UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Elizabeth Hunter, et al.

          Plaintiff(s),

v.

U.S. Department of Education, et al.

          Defendant(s).

Case No.: 6:21-cv-00474-AA

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney David A. Cortman requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties): Western Baptist College d/b/a Corban University, William Jessup University, Phoenix Seminary

    In support of this application, I certify that: 1) I am an active member in good standing with the Georgia State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

    I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name: Cortman     David     A
       (Last Name)     (First Name)     (MI)     (Suffix)

Agency/firm affiliation: Alliance Defending Freedom

Mailing address: 1000 Hurricane Shoals Road NE, Suite D-1100

City: Lawrenceville     State: GA     Zip: 30043

Phone number: (770) 339-0774     Fax number: (770) 339-6744

Business e-mail address: dcortman@ADFlegal.org

(2)   **BAR ADMISSION INFORMATION:**

    (a)   State bar admission(s), date(s) of admission, and bar number(s):
See Attached.

    (b)   Other federal court admission(s) and date(s) of admission:
See Attached.

(3)   **CERTIFICATION OF DISCIPLINARY ACTIONS:**

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

(4)   **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5)   **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 04/09/2021

s/ David A. Cortman
*(Signature)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Waggoner                    Kristen              K.
       (Last Name)               (First Name)         (MI)         (Suffix)

OSB number: 067077

Agency/firm affiliation: Alliance Defending Freedom

Mailing address: 15100 N. 90th Street

City: Scottsdale         State: AZ    Zip: 85260

Phone number: (480) 444-0020    Fax number: (480) 444-0028

Business e-mail address: kwaggoner@ADFlegal.org

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:21-cv-00474-AA.

DATED: 04/09/2021

*Kristen K. Waggoner*
(Signature of Local Counsel)

# DAVID A. CORTMAN

## Bar and Court Admissions

| Bars/Courts | Dates Admitted |
|---|---|
| Bar of the State of Georgia (No. 188810) | August 30, 1996 |
| Bar of the State of Florida (No. 0018433) | December 16, 2005 |
| Bar of the District of Columbia Court of Appeals (No. 478748) | September 13, 2002 |
| Bar of the State of Arizona (No. 029490) | July 31, 2012 |
| | |
| Supreme Court of the United States | January 14, 2000 |
| | |
| United States Court of Appeals for the First Circuit | November 17, 2009 |
| United States Court of Appeals for the Second Circuit | August 21, 2006 |
| United States Court of Appeals for the Third Circuit | August 29, 2007 |
| United States Court of Appeals for the Fourth Circuit | March 2, 2010 |
| United States Court of Appeals for the Fifth Circuit | October 14, 2005 |
| United States Court of Appeals for the Sixth Circuit | April 20, 2011 |
| United States Court of Appeals for the Seventh Circuit | January 25, 2008 |
| United States Court of Appeals for the Eighth Circuit | April 2, 2013 |
| United States Court of Appeals for the Ninth Circuit | June 1, 1998 |
| United States Court of Appeals for the Tenth Circuit | February 12, 2002 |
| United States Court of Appeals for the Eleventh Circuit | April 20, 2006 |
| United States Court of Appeals for the D.C. Circuit (No. 54654) | February 28, 2013 |
| | |
| United States District Court - Eastern District of Arkansas | April 6, 2010 |
| United States District Court - Western District of Arkansas | April 6, 2010 |
| United States District Court - District of Colorado | September 7, 2000 |
| United States District Court – District of Columbia | December 23, 2020 |
| United States District Court - Middle District of Florida | February 6, 2007 |
| United States District Court - Northern District of Florida | January 8, 2007 |
| United States District Court - Southern District of Florida | October 19, 2007 |
| United States District Court - Middle District of Georgia | June 1, 1998 |

| Court | Date |
|---|---|
| United States District Court - Northern District of Georgia | November 4, 1996 |
| United States District Court - Northern District of Illinois | December 28, 2007 |
| United States District Court - Northern District of Indiana | December 22, 2008 |
| United States District Court - Eastern District of Michigan | July 30, 2010 |
| United States District Court – Western District of Michigan | January 10, 2017 |
| United States District Court - Northern District of New York | September 10, 1999 |
| United States District Court – Western District of New York | July 10, 2013 |
| United States District Court - Eastern District of Texas | April 25, 2000 |
| United States District Court - Western District of Texas | November 5, 2007 |
| United States District Court - District of Vermont | October 1, 2007 |
| United States District Court - Western District of Wisconsin | March 18, 2008 |
| Supreme Court of Arizona (and all lower state courts) | July 31, 2002 |
| Supreme Court of Florida (and all lower state courts) | December 16, 2005 |
| Supreme Court of Georgia | November 4, 1996 |
| Georgia Court of Appeals | December 18, 2009 |
| Superior and State Courts of Georgia | August 30, 1996 |
| D.C. Court of Appeals | September 13, 2002 |
| Superior Court of D.C. | September 13, 2002 |