KRISTEN K. WAGGONER,
OR Bar No. 067077
*Lead Counsel*

RYAN J. TUCKER*
AZ Bar No. 034382
MARK A. LIPPELMANN*
AZ BAR No. 036553
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kwaggoner@ADFlegal.org
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org

DAVID A. CORTMAN*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

*Admitted Pro Hac Vice*

*Attorneys for Proposed Intervenors*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> *Defendants*, <br><br> v. <br><br> WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY; WILLIAM JESSUP UNIVERSITY; PHOENIX SEMINARY, <br><br> [Proposed] *Defendant-Intervenors.* | Case No. 6:21-cv-00474-AA <br><br> **PROPOSED INTERVENOR WILLIAM JESSUP UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT** |

Proposed Intervener Defendant William Jessup University, by and through counsel, and pursuant to Local Rule 7.1-1 Hereby states as follows:

William Jessup University is a nonprofit corporation. It issues no stock and has no parent corporation.

Respectfully submitted this 14th day of April, 2021

| | |
|---|---|
| DAVID A. CORTMAN*<br>GA Bar No. 188810<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Rd. NE<br>Suite D-1100<br>Lawrenceville, GA 30043<br>Telephone: (770) 339-0774<br>dcortman@ADFlegal.org<br><br><br>*Admitted Pro Hac Vice | /s/ Mark A. Lippelmann<br>MARK A. LIPPELMANN*<br>AZ BAR No. 036553<br>KRISTEN K. WAGGONER,<br>OR Bar No. 067077<br>*Lead Counsel*<br>RYAN J. TUCKER*<br>AZ Bar No. 034382<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>kwaggoner@ADFlegal.org<br>rtucker@ADFlegal.org<br>mlippelmann@ADFlegal.org |

*Attorneys for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, the foregoing was served via CM/ECF on counsel for Plaintiffs and was mailed by Certified Mail to Defendants, the Attorney General of the United States, and the Acting Assistant U.S. Attorney for the District of Oregon at the following:

U.S. Department of Education
LBJ Dept. of Education Building
400 Maryland Avenue, SW
Washington, DC 20202

Suzanne Goldberg
Acting Asst. Secretary
U.S. Department of Education
Office for Civil Rights
400 Maryland Avenue, SW
Washington, DC 20202-1100

Scott Erik Asphaug
Acting Asst. U.S. Attorney
1000 SW Third Ave Suite 600
Portland, Oregon 97204

Merrick B. Garland
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Mark A. Lippelmann*
MARK A. LIPPELMANN*
AZ BAR NO. 036553
ALLIANCE DEFENDING FREEDOM
15100 N. 90TH STREET
SCOTTSDALE, AZ 85260
TELEPHONE: (480) 444-0020
mlippelmann@ADFlegal.org

*Attorneys for Proposed Intervenor-Defendants*