CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*

BRIAN B. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCTION; and SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for the Office of Civil Rights, U.S. Department of Education, *et al.*, <br><br> Defendants. | Civil Action No. 6:21-cv-00474-AA <br><br> **NOTICE OF APPEARANCE OF CAROL FEDERIGHI** |

NOTICE IS HEREBY GIVEN that Carol Federighi, Civil Division, United States Department of Justice, enters her appearance in this case on behalf of the defendants.

| | |
|---|---|
| Dated:  April 20, 2021 | Respectfully submitted, |
| | BRIAN M. BOYTON<br>Acting Assistant Attorney General |
| | CARLOTTA P. WELLS<br>Assistant Director, Federal Programs Branch |
| | /s/ *Carol Federighi*<br>CAROL FEDERIGHI, TX Bar No. 06872950<br>*Lead Counsel*<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>carol.federighi@usdoj.gov |
| | *Attorneys for Defendants* |