AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-474-AA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Education
was received by me on *(date)* 04/09/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michelle Volker, Records Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Acting US Attorney Scott Erick Asphaug, at 1000 SW 3rd Ave. #600, Portland, OR on *(date)* 04/09/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/12/2021                *[signature]*
                                 *Server's signature*

                                Christy Kropf
                                *Printed name and title*

                                MercuryPDX
                                PO Box 2274
                                Portland, OR 97208
                                *Server's address*

Additional information regarding attempted service, etc:
Time of service - 2:20pm

Documents served - Summons and Complaint