AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  6:21-cv-474-AA

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Suzanne Goldberg, in her official capacity as Acting Assistant Secretary for Civil Rights

was received by me on *(date)*          04/09/2021          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Michelle Volker, Records Manager          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Acting US Attorney Scott Erick

Asphaug, at 1000 SW 3rd Ave. #600, Portland, OR          on *(date)*     04/09/2021     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     04/12/2021

_____
Server's signature

Christy Kropf
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Time of service - 2:20pm

Documents served - Summons and Complaint