Herbert G. Grey, OSB #810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

Gene C. Schaerr, DC Bar #416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas P. Miller, MI Bar #P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar #1685532*
Email: jprince@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060

*Pro Hac Vice Admission Pending*

*Counsel for Proposed Defendant-Intervenor
Council for Christian Colleges & Universities*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| ELIZABETH HUNTER, et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants, <br><br> v. <br><br> COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, <br><br> Proposed Defendant-Intervenor. | Case No. 6:21-cv-00474-AA <br><br> PROPOSED DEFENDANT-INTERVENOR COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES'S CORPORATE DISCLOSURE STATEMENT |

Proposed Defendant-Intervenor Council for Christian Colleges & Universities (CCCU), by and through counsel, and pursuant to Local Rule 7.1-1 hereby states as follows:

Council for Christian Colleges & Universities is not a publicly held corporation, issues no stock, and has no parent corporation.

Respectfully submitted this 13th day of May, 2021.

/s/ Herbert G. Grey
Herbert G. Grey
OSB #810250
4800 SW Griffith Drive, Suite 320
Beaverton, OR 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

Gene C. Schaerr (DC Bar #416368)*
Nicholas P. Miller (MI Bar #P70694)*
Joshua J. Prince (DC Bar #1685532)*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Email: gschaerr@schaerr-jaffe.com

*Pro Hac Vice Admission Pending*

*Counsel for Proposed Defendant-Intervenor Council for Christian Colleges & Universities*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Corporate Disclosure Statement on the following via the indicated method(s) of service:

| | |
|---|---|
| Paul Carlos Southwick<br>Paul Southwick Law, LLC<br>8532 N. Ivanhoe St. #208,<br>Portland, OR 97203<br>Email: paul@paulsouthwick.com<br>Phone: 503-806-9517 | Carol Federighi,<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Email: carol.federighi@usdoj.gov<br>Phone: (202) 514-1903 |

_____     **MAILING** certified full, true, and correct copies thereof in a sealed, first class postage-prepaid envelope, addressed to the attorney(s) shown above at their last known office address(es), and deposited with the U.S. Postal Service at Portland/Beaverton, Oregon, on the date set forth below.

\_\_x\_\_\_\_     **ELECTRONIC FILING** utilizing the Court's electronic filing system.

\_\_x\_\_\_\_     **EMAILING** certified full, true, and correct copies thereof to the attorney(s) shown above at their last known email address(es) on the date set forth below.

_____     **HAND DELIVERING** certified full, true, and correct copies thereof to the attorney(s) shown above at their last known office address(es), on the date set forth below.

_____     **OVERNIGHT COURIER** mailing of certified full, true, and correct copies thereof in a sealed, prepaid envelope, addressed to the attorney(s) shown above at their last known office address(es), on the date set forth below.

DATED this 13th day of May 2021.

*/s/ Herbert G. Grey*
Herbert G. Grey
OSB #810250

*Counsel for Proposed Defendant-Intervenor Council for Christian Colleges & Universities*