CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*

BRIAN B. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; and SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education, *et al.*, <br><br> Defendants. | Civil Action No. 6:21-cv-00474-AA <br><br> **UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO INTERVENE BY THE COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES** |

The parties, Elizabeth Hunter *et al.* ("Plaintiffs") and the United States Department of

Education and Suzanne Goldberg, Acting Assistant Secretary for the Office for Civil Rights,

U.S. Department of Education ("Defendants"), respectfully request an extension until June 8,

2021, to file their responses to the Motion to Intervene (ECF No. 26) ("Motion") filed by the Council for Christian Colleges & Universities ("CCCU") and, in support thereof, state as follows:

1. The Complaint in this action was served on the U.S. Attorney's Office on April 9, 2021. Accordingly, Defendants' answer or other response to the Complaint is due on or before June 8, 2021.

2. Another group of proposed intervenors, Western Baptist College, d/b/a Corban University, William Jessup University, and Phoenix Seminary, filed a Motion to Intervene as Defendants on April 9, 2021. *See* ECF No. 8. Pursuant to a prior motion for extension filed by the parties and granted by the Court, the parties' responses to this motion are now also due on June 8, 2021. *See* ECF Nos. 22 & 23.

3. As the Complaint was only recently filed, Defendants need additional time to research the facts involved in this case and analyze the legal issues before responding to CCCU's Motion. Defendants will be able to respond most effectively to this Motion at the same time they file their answer or other response to the Complaint and their response to the earlier intervention motion, both now due on June 8, 2021.

4. The parties agree that the due date for Plaintiffs to respond to CCCU's Motion should coincide with Defendants' due date.

5. Accordingly, the parties request an extension until June 8, 2021, to file their responses to CCCU's Motion.

6. Counsel for CCCU advised undersigned counsel by email on May 19, 2021, that the CCCU does not oppose this request.

WHEREFORE, for the foregoing reasons, the parties respectfully request an extension until June 8, 2021, to file their responses to CCCU's Motion to Intervene.

Dated: May 21, 2021

Respectfully submitted,

BRIAN M. BOYTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch

/s/ *Carol Federighi*
CAROL FEDERIGHI, TX Bar No. 06872950
*Lead Counsel*
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*


*s/ Paul Carlos Southwick*
Paul Carlos Southwick
(OSB 095141)
TRIAL ATTORNEY
Religious Exemption
Accountability Project
Paul Southwick Law, LLC
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

*Attorney for Plaintiffs*