CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; and SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, *et al.*, <br><br> Defendants. | Civil Action No. 6:21-cv-00474-AA <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Defendants United States Department of Education and Suzanne Goldberg, Acting

Assistant Secretary for Civil Rights, U.S. Department of Education ("Defendants"), respectfully

request an extension until July 9, 2021, to file their answer or other response to the First Amended Complaint (ECF No. 35) ("FAC") and, in support thereof, state as follows:

1. The FAC was filed on June 7, 2021. Accordingly, Defendants' answer or other response to the Complaint is currently due on or before June 21, 2021.

2. The FAC adds seven new plaintiffs and three new causes of action, including claims under the Free Exercise, Speech, Assembly, and Association Clauses of the First Amendment, under the Administrative Procedure Act, and under the Religious Freedom Restoration Act.

3. Undersigned counsel for Defendants has taken considerable leave since mid-April to respond to a family medical situation. She anticipates having to take additional leave in the coming weeks for the same purpose. As a result, work on this case as well as on the rest of her caseload, including extensive discovery obligations in *Chen v. FBI*, No. 18-3074 (D.D.C.), has been delayed.

5. Defendants request an extension until July 9, 2021, to file their answer or other response to the FAC.

6. Counsel for plaintiffs advised undersigned counsel by email on June 14, 2021, that plaintiffs do not oppose this request.

WHEREFORE, for the foregoing reasons, Defendants respectfully request an extension until July 9, 2021, to file their answer or other response to the FAC.

|  |  |
|---|---|
| Dated: June 15, 2021 | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
|  | CARLOTTA P. WELLS<br>Assistant Director, Federal Programs Branch |
|  | /s/ *Carol Federighi*<br>CAROL FEDERIGHI, TX Bar No. 06872950<br>*Lead Counsel*<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>carol.federighi@usdoj.gov |
|  | *Attorneys for Defendants* |