CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, | Civil Action No. 6:21-cv-00474-AA |
| Plaintiffs, | |
| v. | **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| U.S. DEPARTMENT OF EDUCATION; and SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, *et al.*, | |
| Defendants. | |

Defendants United States Department of Education and Suzanne Goldberg, Acting

Assistant Secretary for Civil Rights, U.S. Department of Education ("Defendants"), respectfully

request a further extension until August 9, 2021, to file their answer or other response to the First Amended Complaint (ECF No. 35) ("FAC") and, in support thereof, state as follows:

1.      The FAC was filed on June 7, 2021.  Pursuant to Defendants' prior motion for extension of time, Defendants' answer or other response to the Complaint is currently due on or before July 9, 2021.  *See* ECF Nos. 38 & 39.

2.      The FAC adds seven new plaintiffs and three new causes of action, including claims under the Free Exercise, Speech, Assembly, and Association Clauses of the First Amendment, under the Administrative Procedure Act, and under the Religious Freedom Restoration Act.

3.      As explained in Defendants' prior motion, undersigned counsel for Defendants has taken considerable leave since mid-April to respond to a family medical situation.  Her family obligations are continuing and she has still been unable to devote sufficient time to preparation of the answer or other response to the FAC.

5.      Accordingly, Defendants request a further extension until August 9, 2021, to file their answer or other response to the FAC.

6.      Counsel for plaintiffs advised undersigned counsel in a phone call on July 1, 2021, that plaintiffs do not oppose this request.

WHEREFORE, for the foregoing reasons, Defendants respectfully request a further extension until August 9, 2021, to file their answer or other response to the FAC.

Dated:  July 1, 2021

Respectfully  submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch

/s/ *Carol Federighi*
CAROL FEDERIGHI, TX Bar No. 06872950
*Lead Counsel*
United States Department of Justice
Civil  Division,  Federal Programs Branch
P.O. Box 883
Washington,  DC 20044
Phone: (202)  514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*