Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ██████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Bacon, Victoria |
| **Address:** |  |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Lipscomb University |
| **Address:** | 1 University Park Dr. |
| **City, State, Zip Code:** | Nashville, TN, 37204 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

       Discrimination on the basis of sexual orientation and gender identity

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        While Victoria was a student at Lipscomb, the administration repeatedly
        refused to grant official status to the LGBT student group Victoria joined.
        Lipscomb officials failed to address complaints submitted by Victoria and
        others regarding harassment and discrimination perpetrated by students and
        school officials on campus. Because of Lipscomb's culture and rules, as well
        as the experiences of Victoria's peers, Victoria did not feel safe reporting a
        sexual assault against them to Lipscomb officials. Examples of the
        discrimination Victoria endured include: 1) A Lipscomb administrator told
        Victoria that any events they proposed would require a longer approval
        process than those submitted by others, because they would be considered
        "gay" events. 2) A Lipscomb football coach speaking at school chapel event
        Victoria attended compared gay men to "demon-possessed pedophiles."  See
        attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Victoria's complaint should not be considered time-barred because Lipscomb
        continues to discriminate against Victoria and to promulgate policies and practices
        that discriminate against LGBTQ+ students.

Case 6:21-cv-00474-AA   Document 48-1   Filed 08/06/21   Page 3 of 36

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

        Yes

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,
        the decision in the matter.

        See attached declaration.

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Prevent conflicts of interest by separating Title IX officer positions from administrative
        positions involved in enforcing student codes of conduct/honor code and prevent the
        sharing of information from Title IX office to administrative offices involved in enforcing
        student codes of conduct/honor code.

        Victoria would also like Lipscomb's policies amended to state that (1) same-sex
        dating relationships and displays of affection will be treated by Lipscomb in the
        same manner as opposite-sex dating relationships and displays of affection; (2)
        students will not be punished for coming out as LGBTQ+ or for expressing their
        sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
        Lipscomb will not encourage or facilitate conversion therapy or any other sexual
        or gender orientation change efforts; (4) students who report sexual or physical
        assault will be granted safe harbor from discipline relating to sexual activity or

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

<u>other code of conduct violations; and (5) Lipscomb's non-discrimination policy
includes sexual orientation and gender identity as applied to all aspects of
Lipscomb, including housing and other programs</u>

12.     We cannot accept your complaint if it has not been signed. Please sign and date your
        complaint below.

07/24/21

(Date)                          (Signature)

Jul 26, 2021

Victoria Bacon (Jul 26, 2021 14:12 CDT)

(Date)                          (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ■ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | Bonestroo, Avery |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.      OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Dordt University |
| **Address:** | 700 7th St. NE |
| **City, State, Zip Code**: | Sioux Center, IA, 51250 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐      Discrimination **based on sex (specify)**

Discrimination on the basis of sexual orientation and gender identity

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include
the date(s) the discriminatory act occurred, the name(s) of each person(s)
involved and, why you believe the discrimination was because of race, disability,
age, sex, etc. Also please provide the names of any person(s) who was present
and witnessed the act(s) of discrimination.

Dordt publishes anti-LGBTQ+ policies in its student handbook, including a
prohibition on advocacy for LGBTQ+ rights. Dordt's policy states that
students can be expelled for forbidden behavior. Professors and other
students have told Avery to dress more femininely. Avery feels forced to
use their birthname, hide their relationship with a woman, and use
female pronouns because of the risk of discipline for doing otherwise.
Avery fears filing a Title IX complaint through the school about the
hostility they have experienced from other students because of the risk of
discipline and potential expulsion. Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

Date:  Current, ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
requirement.

 **X**   I am requesting a waiver of the 180-day time frame for filing this
complaint.

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions to
Title IX;
3) The Trump administration's policies and statements about Title IX not prohibiting
discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago,
Avery's complaint should not be considered time-barred because Dordt continues to
discriminate against Avery and to promulgate policies and practices that discriminate
against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
internal grievance procedure, appeal or due process hearing?

 **No**

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other
        Federal, state or local civil rights agency, or any Federal or state court, please
        give details and dates. We will determine whether it is appropriate to investigate
        your complaint based upon the specific allegations of your complaint and the
        actions taken by the other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Prevent conflicts of interest by separating Title IX officer positions from administrative
        positions involved in enforcing student codes of conduct/honor code and prevent the
        sharing of information from Title IX office to administrative offices involved in enforcing
        student codes of conduct/honor code.

        Avery would also like Dordt's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by Dordt in the same
        manner as opposite-sex dating relationships and displays of affection; (2)
        students will not be punished for coming out as LGBTQ+ or for expressing their
        sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
        Dordt will not encourage or facilitate conversion therapy or any other sexual or
        gender orientation change efforts; (4) students who report sexual or physical
        assault will be granted safe harbor from discipline relating to sexual activity or
        other code of conduct violations; and (5) Dordt's non-discrimination policy
        includes sexual orientation and gender identity as applied to all aspects of Dordt,
        including housing and other programs

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/23/2021

(Date)                                        (Signature)

Jul 26, 2021

(Date)                                        (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren L. |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▉▉▉▉▉▉▉ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | Nathan Brittsan |
| **Address:** |  |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Fuller Theological Seminary - Bay Area |
| **Address:** | 320 Middlefield Road |
| **City, State, Zip Code:** | Menlo Park, CA 94025 |
| **Department/School:** | N A |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation and marital status

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

       Nathan was expelled from Fuller Theological Seminary after the school discovered he was married to a man.  Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

       Date: Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

        **X**  I am requesting a waiver of the 180-day time frame for filing this complaint.

       Please explain why you waited until now to file your complaint.

       1) the Covid-19 pandemic;
       2) The Trump administration's policies and statements about religious exemptions to Title IX;
       3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
       4) The discrimination against Nathan remains ongoing, as his same-sex marriage prevents him from being readmitted to complete his degree program.  Although the initial act of discrimination took place more than 180 days ago, Nathan's complaint should not be considered time-barred because of the ongoing discrimination.

8.    Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

       **_X_ Yes**

       If you answered **yes**, please describe the allegations in your grievance or hearing, identify the date you filed it, and tell us the status. If possible, please provide us with a copy of your grievance or appeal or due process request and, if completed, the decision in the matter.

       See attached declaration

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

           **Agency or Court:** U.S. District Court for the Central District of California
           **Date Filed:** 11/21/19
           **Case Number or Reference:** 2:19-cv-09969-CBM-MRW
           **Results of Investigations/Findings by Agency or Court:** Complaint dismissed
           based on religious exemption to Title IX provisions, appeal filed and pending

           **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
           **Date Filed:** 03/29/21
           **Case Number or Reference:** 6:21-cv-00474-AA
           **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

           *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Prevent conflicts of interest by separating Title IX officer positions from administrative
        positions involved in enforcing student codes of conduct/honor code and prevent the
        sharing of information from Title IX office to administrative offices involved in enforcing
        student codes of conduct/honor code.

        Nathan would also like Fuller Theological Seminary's policies amended to state that 2) same-
        sex dating relationships and displays of affection will be treated by Fuller in the same
        manner as opposite-sex dating relationships and displays of affection; (3) students will not
        be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity
        (through pronouns, clothing, hair, makeup, etc.); (4) Fuller will not encourage or facilitate
        conversion therapy or any other sexual or gender orientation change efforts; (5) students
        who report sexual or physical assault will be granted safe harbor from discipline relating to
        sexual activity or other code of conduct violations; and (6) Fuller's non-discrimination policy
        includes sexual orientation and gender identity as applied to all aspects of Fuller, including
        housing and other programs.

        Compensation for emotional distress and economic consequences of expulsion.

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

07/07/2021
_____                    _____
(Date)                             (Signature)

Jul 8, 2021                         *Nathan T. Brittsan*
_____                    Nathan T. Brittsan (Jul 8, 2021 15:43 PDT)
(Date)                             (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▆▆▆▆▆▆▆ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Brown, Hayden |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.      OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | York College |
| Address: | 1125 E. 8th Street |
| City, State, Zip Code: | York, NE, 68467 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation and gender identity

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        The administration and Title IX staff discipline Hayden on an ongoing basis
        for dressing and behaving in a manner reflecting their gender identity. The
        administration does not allow an LGBTQ student alliance Hayden joined at
        York to meet on campus. The York administration has refused to adjust its
        code of conduct to treat all students equally, insisting on maintaining policies
        that target LGBTQ students for discipline for the same behaviors that sexual
        majority students are allowed to practice. See attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

          **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Hayden's complaint should not be considered time-barred because York continues
        to discriminate against Hayden and to promulgate policies and practices that
        discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

         Yes

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

the decision in the matter.

<u>See declaration attached.</u>

9.  If the allegations contained in this complaint have been filed with any other Federal,
    state or local civil rights agency, or any Federal or state court, please give details and
    dates. We will determine whether it is appropriate to investigate your complaint
    based upon the specific allegations of your complaint and the actions taken by the
    other agency or court.

    **Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
    **Date Filed:** <u>03/29/21</u>
    **Case Number or Reference:** <u>6:21-cv-00474-AA</u>
    **Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10. If we cannot reach you at your home or work, we would like to have the name and
    telephone number of another person (relative or friend) who knows where and
    when we can reach you. This information **is not required,** but it will be helpful to
    us.

    *<u>Not applicable</u>*

11. What would you like the institution to do as a result of your complaint — what
    remedy are you seeking?

    <u>Prevent conflicts of interest by separating Title IX officer positions from administrative
    positions involved in enforcing student codes of conduct/honor code and prevent the
    sharing of information from Title IX office to administrative offices involved in enforcing
    student codes of conduct/honor code.</u>

    <u>Hayden would also like York's policies amended to state that (1) same-sex dating
    relationships and displays of affection will be treated by York in the same manner
    as opposite-sex dating relationships and displays of affection; (2) students will not
    be punished for coming out as LGBTQ+ or for expressing their sexual or gender
    identity (through pronouns, clothing, hair, makeup, etc.); (3) York will not
    encourage or facilitate conversion therapy or any other sexual or gender
    orientation change efforts; (4) students who report sexual or physical assault will
    be granted safe harbor from discipline relating to sexual activity or other code of
    conduct violations; and (5) York's non-discrimination policy includes sexual
    orientation and gender identity as applied to all aspects of York, including
    housing and other programs.</u>

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/24/21
_____    _____
(Date)    (Signature)

Jul 24, 2021    _____
_____    Hayden Brown (Jul 24, 2021 13:29 CDT)
(Date)    (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.  Name of person filing this complaint:

    | | |
    |---|---|
    | **Last Name, First, Middle** | Swain, Lauren |
    | **Address:** | 8532 N. Ivanhoe St., #208 |
    | **City, State, Zip Code:** | Portland, OR 97203 |
    | **Home/Work Telephone:** | ▉▉▉▉▉▉▉ |
    | **Email Address:** | lauren@paulsouthwick.com |

2.  Name of person discriminated against (if **other** than person filing). If the person
    discriminated against is age 18 or older, we will need that person's signature on this
    complaint form and the consent/release form before we can proceed with this
    complaint. If the person is a minor, and you do not have the legal authority to file a
    complaint on the student's behalf, the signature of the child's parent or legal
    guardian is required.

    | | |
    |---|---|
    | **Last Name, First, Middle** | C., Brooke |
    | **Address:** | |
    | **City, State, Zip Code:** | |
    | **Home/Work Telephone:** | |
    | **Email Address:** | |

    

3.  OCR investigates discrimination complaints against institutions and agencies which
    receive funds from the U.S. Department of Education and against public educational
    entities and libraries that are subject to the provisions of Title II of the Americans
    with Disabilities Act. Please identify the institution or agency that engaged in the
    alleged discrimination. If we cannot accept your complaint, we will attempt to refer
    it to the appropriate agency and will notify you of that fact.

    | | |
    |---|---|
    | **Name of Institution:** | Cedarville University |
    | **Address:** | 251 N. Main St. |
    | **City, State, Zip Code:** | Cedarville, OH, 45314 |
    | **Department/School:** | |

4.  The regulations OCR enforces prohibit discrimination on the basis of race, color,
    national origin, sex, disability, age or retaliation. Please indicate the basis of your
    complaint:

    ☐   Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation.

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Cedarville's undergraduate student handbook includes anti-LGBT policies.
        Cedarville has expelled students for coming out as gay. As a result, Brooke
        cannot use her real name or express her sexual orientation for fear of being
        dismissed or losing their degree. Brooke is aware of student statements that
        Cedarville uses its religious exemption to Title IX to dismiss sexual assault and
        harassment complaint.  Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Brooke's complaint should not be considered time-barred because Cedarville
        continues to discriminate against Brooke and to promulgate policies and practices
        that discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

         **No**

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

**Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
**Date Filed:** <u>03/29/21</u>
**Case Number or Reference:** <u>6:21-cv-00474-AA</u>
**Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

   <u>*Not applicable*</u>

11.    What would you like the institution to do as a result of your complaint — what remedy are you seeking?

   <u>Brooke would like Cedarville's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Cedarville in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Cedarville will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Cedarville's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Cedarville, including housing and other programs.</u>

12.    We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

   <u>07/23/2021</u>
   (Date)                         (Signature)

   Jul 26, 2021
   _____                    *Brooke C.*
                                  Brooke C. (Jul 26, 2021 10:39 PDT)
   (Date)                         (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

**Last Name, First, Middle**              Campbell, Gary
**Address:**
**City, State, Zip Code:**
**Home/Work Telephone:**
**Email Address:**



3.      OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Clarks Summit University |
| **Address**: | 538 Vernard Rd. |
| **City, State, Zip Code:** | Clarks Summit, PA, 18411 |
| **Department/School:** |  |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation.

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Clarks Summit publishes anti-LGBT policies in its student handbook. Gary was
        reported to Clarks Summit officials for homosexual behavior by a dorm
        monitor who encouraged Gary to engage in sexual behavior with him. Gary
        was disciplined for homosexual behavior by Clarks Summit officials on other
        occasions, including being denied full-time attendance or the option of living
        off campus. Gary left Clarks Summit but attempted to re-enroll to complete
        the six credits he needed for graduation. Clarks Summit refused to re-enroll
        Gary or allow him to graduate. Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

          **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions to
        Title IX;
        3) The Trump administration's policies and statements about Title IX not prohibiting
        discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Gary's complaint should not be considered time-barred because Clarks Summit
        continues to discriminate against Gary and to promulgate policies and practices
        that discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

          **Yes**

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,
        the decision in the matter.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures
<u>See attached declaration.</u>

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
        **Date Filed:** <u>03/29/21</u>
        **Case Number or Reference:** <u>6:21-cv-00474-AA</u>
        **Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *<u>Not applicable</u>*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        <u>Gary would like Clarks Summit's policies amended to state that (1) same-sex</u>
        <u>dating relationships and displays of affection will be treated by Clarks Summit in</u>
        <u>the same manner as opposite-sex dating relationships and displays of affection;</u>
        <u>(2) students will not be punished for coming out as LGBTQ+ or for expressing</u>
        <u>their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.);</u>
        <u>(3) Clarks Summit will not encourage or facilitate conversion therapy or any other</u>
        <u>sexual or gender orientation change efforts; (4) students who report sexual or</u>
        <u>physical assault will be granted safe harbor from discipline relating to sexual</u>
        <u>activity or other code of conduct violations; and (5) Clarks Summit's non-</u>
        <u>discrimination policy includes sexual orientation and gender identity as applied to</u>
        <u>all aspects of Clarks Summit, including housing and other programs.</u>

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

        <u>07/24/21</u>
        (Date)                              (Signature)

        Jul 26, 2021
        _____              Gary Campbell ( Jul 26, 2021 13:40 EDT)
        (Date)                              (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.  Name of person filing this complaint:

    **Last Name, First, Middle**          Swain, Lauren
    **Address:**                          8532 N. Ivanhoe St., #208
    **City, State, Zip Code:**            Portland, OR 97203
    **Home/Work Telephone:**              ███████████
    **Email Address:**                    lauren@paulsouthwick.com

2.  Name of person discriminated against (if **other** than person filing). If the person
    discriminated against is age 18 or older, we will need that person's signature on this
    complaint form and the consent/release form before we can proceed with this
    complaint. If the person is a minor, and you do not have the legal authority to file a
    complaint on the student's behalf, the signature of the child's parent or legal
    guardian is required.

    **Last Name, First, Middle**          Campbell, Tristan
    **Address:**
    **City, State, Zip Code:**            
    **Home/Work Telephone:**
    **Email Address:**

3.  OCR investigates discrimination complaints against institutions and agencies which
    receive funds from the U.S. Department of Education and against public educational
    entities and libraries that are subject to the provisions of Title II of the Americans
    with Disabilities Act. Please identify the institution or agency that engaged in the
    alleged discrimination. If we cannot accept your complaint, we will attempt to refer
    it to the appropriate agency and will notify you of that fact.

    **Name of Institution:**              Oklahoma Baptist University (OBU)
      Address:                            500 W. University St.
    City, State, Zip Code:                Shawnee, OK, 74804
    **Department/School:**

4.  The regulations OCR enforces prohibit discrimination on the basis of race, color,
    national origin, sex, disability, age or retaliation. Please indicate the basis of your
    complaint:

☐   Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
why you believe the discrimination was because of race, disability, age, sex, etc. Also
please provide the names of any person(s) who was present and witnessed the
act(s) of discrimination.

During his time at OBU, Tristan felt that he could not report a physical assault
by a fellow student who was his romantic partner because of OBU's anti-
LGBT culture and policies. The OBU administration fired Tristan from his
Resident Assistant position because Tristan admitted to the Dean of Students
that he is bisexual. The Dean also told Tristan that he was prohibited from
coming out publicly on campus and that he could not guarantee Tristan's
safety were Tristan to do so. After Tristan came out anyway, he learned that
had been dismissed from OBU without receiving any notification. Please see
attached declaration.

6.    What is the most **recent date** you were discriminated against?

Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
requirement.

 **X**   I am requesting a waiver of the 180-day time frame for filing this
complaint.

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions to
Title IX;
3) The Trump administration's policies and statements about Title IX not prohibiting
discrimination on the basis of sexual orientation or gender identity.
4) The discrimination against Tristan remains ongoing, because his bisexual
orientation prevents him from being readmitted to complete his degree
program. Although the initial act of discrimination took place more than 180
days ago, Tristan's complaint should not be considered time-barred because
OBU continues to discriminate against Tristan and to promulgate policies and
practices that discriminate against LGBTQ+ students.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

        **No**

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,
        the decision in the matter.

        *Not applicable*

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Prevent conflicts of interest by separating Title IX officer positions from administrative
        positions involved in enforcing student codes of conduct/honor code and prevent the
        sharing of information from Title IX office to administrative offices involved in enforcing
        student codes of conduct/honor code.

        Tristan would also like OBU's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by OBU in the same manner
        as opposite-sex dating relationships and displays of affection; (2) students will not
        be punished for coming out as LGBTQ+ or for expressing their sexual or gender
        identity (through pronouns, clothing, hair, makeup, etc.); (3) OBU will not
        encourage or facilitate conversion therapy or any other sexual or gender
        orientation change efforts; (4) students who report sexual or physical assault will
        be granted safe harbor from discipline relating to sexual activity or other code of

EXHIBIT A - Title IX Complaints: BACON through DURON                    25

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

conduct violations; and (5) OBU's non-discrimination policy includes sexual
orientation and gender identity as applied to all aspects of OBU, including
housing and other programs.

Compensation for emotional distress and economic consequences of expulsion.

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/24/21

(Date)                                    (Signature)

Jul 24, 2021                              *Tristan Campbell*
                                          Tristan Campbell (Jul 24, 2021 15:43 CDT)

(Date)                                    (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.    Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.    Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

**Last Name, First, Middle**        Carter, Natalie
**Address:**
**City, State, Zip Code:**
**Home/Work Telephone:**
**Email Address:**



3.    OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Toccoa Falls College |
| **Address**: | 107 Kincaid Dr. |
| **City, State, Zip Code:** | Toccoa Falls, GA, 30598 |
| **Department/School:** | |

4.    The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐    Discrimination **based on sex (specify)**

       Discrimination on the basis of sexual orientation.

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.     Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

    Toccoa Falls publishes anti-LGBT policies in its student handbook. Because of this, Natalie cannot express her sexual orientation for fear of being disciplined or expelled. Please see attached declaration.

6.     What is the most **recent date** you were discriminated against?

    Date:  Current, Ongoing

7.     If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

     **X**  I am requesting a waiver of the 180-day time frame for filing this complaint.

    Please explain why you waited until now to file your complaint.

    1) the Covid-19 pandemic;
    2) The Trump administration's policies and statements about religious exemptions to Title IX;
    3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
    4) Although the initial act of discrimination took place more than 180 days ago, Natalie's complaint should not be considered time-barred because Toccoa Falls continues to discriminate against Natalie and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.     Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

     No.

9.     If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

> **Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
> **Date Filed:** <u>03/29/21</u>
> **Case Number or Reference:** <u>6:21-cv-00474-AA</u>
> **Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.  If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

   *<u>Not applicable</u>*

11.  What would you like the institution to do as a result of your complaint — what remedy are you seeking?

   <u>Natalie would also like Toccoa Falls' policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Toccoa Falls in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Toccoa Falls will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Toccoa Falls' non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Toccoa Falls, including housing and other programs.</u>

12.  We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

   <u>07/23/2021</u>
   (Date)                                        (Signature)

   <u>Jul 23, 2021</u>
   _____                    Natalie Carter (Jul 23, 2021 19:21 EDT)
   (Date)                                        (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.  Name of person filing this complaint:

    | | |
    |---|---|
    | **Last Name, First, Middle** | Swain, Lauren |
    | **Address:** | 8532 N. Ivanhoe St., #208 |
    | **City, State, Zip Code:** | Portland, OR 97203 |
    | **Home/Work Telephone:** | ▮▮▮▮▮▮▮▮ |
    | **Email Address:** | lauren@paulsouthwick.com |

2.  Name of person discriminated against (if **other** than person filing). If the person
    discriminated against is age 18 or older, we will need that person's signature on this
    complaint form and the consent/release form before we can proceed with this
    complaint. If the person is a minor, and you do not have the legal authority to file a
    complaint on the student's behalf, the signature of the child's parent or legal
    guardian is required.

    | | |
    |---|---|
    | **Last Name, First, Middle** | Craig, Saren |
    | **Address:** | |
    | **City, State, Zip Code:** | |
    | **Home/Work Telephone:** | |
    | **Email Address:** | |

    

3.  OCR investigates discrimination complaints against institutions and agencies which
    receive funds from the U.S. Department of Education and against public educational
    entities and libraries that are subject to the provisions of Title II of the Americans
    with Disabilities Act. Please identify the institution or agency that engaged in the
    alleged discrimination. If we cannot accept your complaint, we will attempt to refer
    it to the appropriate agency and will notify you of that fact.

    | | |
    |---|---|
    | **Name of Institution:** | College of the Ozarks (C of O) |
    | **Address:** | 100 Opportunity Ave. |
    | **City, State, Zip Code:** | Point Lookout, MO, 65726 |
    | **Department/School:** | |

4.  The regulations OCR enforces prohibit discrimination on the basis of race, color,
    national origin, sex, disability, age or retaliation. Please indicate the basis of your
    complaint:

☐   Discrimination **based on sex (specify)**

    Discrimination on the basis of sexual orientation and gender identity

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
why you believe the discrimination was because of race, disability, age, sex, etc. Also
please provide the names of any person(s) who was present and witnessed the
act(s) of discrimination.

C of O publishes policies that discriminate against LGBT people. A gay student killed himself
in a C of O dean's garage after receiving messages of rejection from his campus community.
C of O's current policy on sexual orientation and gender identity states:

*College of the Ozarks is guided by a long-standing traditional, biblical worldview which
reflects the understanding that human sexuality is a gift from God, and that: sex assigned at
birth is a person's God-given, objective gender, whether or not it differs from their internal
sense of "gender identity" (Genesis 1:27; Leviticus 18:22; Matthew 19:4; Romans 1:26-27; 1
Corinthians 6:9-10); sexual relations are for the purpose of the procreation of human life and
the uniting and strengthening of the marital bond in self-giving love, purposes that are to be
achieved solely through heterosexual relationships in marriage (Genesis 1:28; 2:24; Exodus
20:14; Proverbs 5:15-23; Matthew 19:5; 1 Corinthians 6:12-20, 7:2-5; 1 Thessalonians 4:3).*

*Misuses of God's gift of human sexuality will be understood to include, but not be limited to
gender expression inconsistent with sex assigned at birth (transgender), gender transition,
sexual abuse, sexual harassment, sexual assault, heterosexual misconduct, homosexual
conduct, or possession of pornographic materials. In addition, the College considers
indiscreet public display of affection as inappropriate behavior...Toward this end, the College
may subject to disciplinary action any employee or student who engages in or encourages:*
   *1 . Gender expression inconsistent with sex assigned at birth;*
   *2 . Gender transition;*
   *3 . Sexual relations with a person other than his/her spouse;*
   *4 . Sexual relations with a person of the same sex;*
   *5 . Touching, caressing, and other physical conduct of a sexual nature with a person of the
   same sex;*
   *6 . Touching, caressing, and other physical conduct of a sexual nature
   with a person of the opposite sex that is inappropriate to the time and place in which it
   occurs .*
*Disciplinary action may include disciplinary dismissal.*

While Saren attended C of O, one of C of O's counselors came to their class and told students
that if there was something in their past that they wanted to discuss, they could come and
talk with her. Saren took the counselor up on her offer. In the course of the counseling,
Saren informed the counselor that they were queer. Saren's campus counselor told Saren
that their queerness was the result of their past abuse. This message from the counselor
compounded the harm done by the abuse and caused Saren to become very depressed.
Saren experienced this counseling as psychological abuse that increased their shame around
sexuality. Saren eventually had to stop attending class at C of O because of their depression.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

-

6.    What is the most **recent date** you were discriminated against?

Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
requirement.

 **X**  I am requesting a waiver of the 180-day time frame for filing this
complaint.

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions
to Title IX;
3) The Trump administration's policies and statements about Title IX not
prohibiting discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago,
Saren's complaint should not be considered time-barred because C of O continues
to discriminate against Saren and to promulgate policies and practices that
discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
internal grievance procedure, appeal or due process hearing?

 No

9.    If the allegations contained in this complaint have been filed with any other Federal,
state or local civil rights agency, or any Federal or state court, please give details and
dates. We will determine whether it is appropriate to investigate your complaint
based upon the specific allegations of your complaint and the actions taken by the
other agency or court.

**Agency or Court:**  U.S. District Court - District of Oregon - Eugene Division
**Date Filed:**  03/29/21
**Case Number or Reference:**  6:21-cv-00474-AA
**Results of Investigations/Findings by Agency or Court:**  Pending

10.   If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

*Not applicable*

EXHIBIT A - Title IX Complaints: BACON through DURON                    32

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

11.     What would you like the institution to do as a result of your complaint — what remedy are you seeking?

Saren would like C of O's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by C of O in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) C of O will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) C of O's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Ozarks, including housing and other programs.

12.     We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

07/24/21
(Date)
Jul 24, 2021
_____
(Date)

(Signature)
Saren Craig
Saren Craig (Jul 24, 2021 11:49 PDT)

(Signature

https://
adobecancelledaccountschannel.na3.documents.adobe.co
m/verifier?
tx=CBJCHBCAABAAJK2RzRdYCp2yv9TwZk4PgxO-
AOMkLXJx

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.    Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren L. |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.    Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | Alex Duron |
| **Address:** |  |
| **City, State, Zip Code:** |  |
| **Home/Work Telephone:** |  |
| **Email Address:** |  |



3.    OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Union University |
| **Address:** | 1050 Union University Dr. |
| **City, State, Zip Code:** | Jackson, TN 38305 |
| **Department/School:** |  |

4.    The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐    Discrimination **based on sex (specify)**

Discrimination on the basis of sexual orientation

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Alex applied to Union and was admitted for the Fall 2020 term.  However, a
        few weeks before he was due to begin, Union revoked his admission upon
        learning of his sexual orientation. See attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date: Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

          **X**   I am requesting a waiver of the 180-day time frame for filing this complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions to
        Title IX;
        3) The Trump administration's policies and statements about Title IX not prohibiting
        discrimination on the basis of sexual orientation or gender identity.
        4) The discrimination against Alex remains ongoing, as his sexual orientation
        prevents him from being admitted to Union University.  Although the initial
        act of discrimination took place more than 180 days ago, Alex's complaint
        should not be considered time-barred because of the ongoing discrimination.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

          x   No

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,
        the decision in the matter.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

9.  If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

    **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
    **Date Filed:** 03/29/21
    **Case Number or Reference:** 6:21-cv-00474-AA
    **Results of Investigations/Findings by Agency or Court:** Pending

10. If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

    *Not applicable*

11. What would you like the institution to do as a result of your complaint — what remedy are you seeking?

    Alex would like Union University's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Union in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Union will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Union's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Union, including housing and other programs.

    Compensation for emotional distress and economic consequences of revocation of acceptance.

12. We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

    07/07/2021
    _____          _____
    (Date)                       (Signature)

    Jul 8, 2021                  *Alex Duron*
                                 Alex Duron (Jul 8, 2021 13:37 PDT)
    _____          _____
    (Date)                       (Signature of person in Item 2)