Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
### to the
### United States Department of Education
### Office for Civil Rights

1.    Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.    Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Maxon, Joanna |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.    OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Fuller Theological Seminary |
| **Address:** | 135 N. Oakland Ave. |
| **City, State, Zip Code:** | Pasadena, CA 91182 |
| **Department/School:** | |

4.    The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐    Discrimination **based on sex (specify)**

Discrimination on the basis of sexual orientation and marital status

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    1

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Joanna was expelled from Fuller Theological Seminary after the school
        discovered she was married to a woman.  Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions to
        Title IX;
        3) The Trump administration's policies and statements about Title IX not prohibiting
        discrimination on the basis of sexual orientation or gender identity.
        4) The discrimination against Joanna remains ongoing, as her same-sex
        marriage prevents her from being readmitted to complete her degree
        program.  Although the initial act of discrimination took place more than 180
        days ago, Joanna's complaint should not be considered time-barred because
        of the ongoing discrimination.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

        **_X_Yes**

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,
        the decision in the matter.

        See attached declaration

EXHIBIT C - Title IX Complaints: MAXON through PICKER                     2

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.     If the allegations contained in this complaint have been filed with any other Federal,
       state or local civil rights agency, or any Federal or state court, please give details and
       dates. We will determine whether it is appropriate to investigate your complaint
       based upon the specific allegations of your complaint and the actions taken by the
       other agency or court.

       **Agency or Court:** U.S. District Court for the Central District of California
       **Date Filed:** 11/21/19
       **Case Number or Reference:** 2:19-cv-09969-CBM-MRW
       **Results of Investigations/Findings by Agency or Court:** Complaint dismissed
       based on religious exemption to Title IX provisions, appeal filed and pending

       **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
       **Date Filed:** 03/29/21
       **Case Number or Reference:** 6:21-cv-00474-AA
       **Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and
       telephone number of another person (relative or friend) who knows where and
       when we can reach you. This information **is not required,** but it will be helpful to
       us.

       _Not applicable_

11.    What would you like the institution to do as a result of your complaint — what
       remedy are you seeking?

       Prevent conflicts of interest by separating Title IX officer positions from administrative
       positions involved in enforcing student codes of conduct/honor code and prevent the
       sharing of information from Title IX office to administrative offices involved in enforcing
       student codes of conduct/honor code.

       Joanna would also like Fuller Theological Seminary's policies amended to state
       that (1) same-sex dating relationships and displays of affection will be treated by
       Fuller in the same manner as opposite-sex dating relationships and displays of
       affection; (2) students will not be punished for coming out as LGBTQ+ or for
       expressing their sexual or gender identity (through pronouns, clothing, hair,
       makeup, etc.); (3) Fuller will not encourage or facilitate conversion therapy or any
       other sexual or gender orientation change efforts; (4) students who report sexual
       or physical assault will be granted safe harbor from discipline relating to sexual
       activity or other code of conduct violations; and (5) Fuller's non-discrimination
       policy includes sexual orientation and gender identity as applied to all aspects of
       Fuller, including housing and other programs.

       Compensation for emotional distress and economic consequences of expulsion.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    3

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

07/07/2021
(Date)                                   (Signature)

Jul 8, 2021                              _Joanna A Maxon_
                                        Joanna A Maxon (Jul 8, 2021 12:17 CDT)
(Date)                                   (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    4

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.



|  |  |
|---|---|
| **Last Name, First, Middle** | McCann, Mackenzie |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Liberty University |
| **Address:** | 1971 University Blvd. |
| **City, State, Zip Code:** | Lynchburg, VA, 24515 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation and gender identity

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    5

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Liberty publishes anti-LGBT policies in its Statement on Sexuality and
        Relationships and Student Honor Code. Because of these policies, Mackenzie
        could not express their sexual orientation or gender identity out of fear of
        being disciplined or expelled. Mackenzie felt forced to leave the school in
        2018 without graduating, in order protect their mental health.  Please see
        attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Mackenzie's complaint should not be considered time-barred because Liberty
        continues to discriminate against Mackenzie and to promulgate policies and
        practices that discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

         **No**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    6

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.     If the allegations contained in this complaint have been filed with any other Federal,
       state or local civil rights agency, or any Federal or state court, please give details and
       dates. We will determine whether it is appropriate to investigate your complaint
       based upon the specific allegations of your complaint and the actions taken by the
       other agency or court.

       **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
       **Date Filed:** 03/29/21
       **Case Number or Reference:** 6:21-cv-00474-AA
       **Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and
       telephone number of another person (relative or friend) who knows where and
       when we can reach you. This information **is not required,** but it will be helpful to
       us.

       *Not applicable*

11.    What would you like the institution to do as a result of your complaint — what
       remedy are you seeking?

       Mackenzie would like Liberty's policies amended to state that (1) same-sex dating
       relationships and displays of affection will be treated by Liberty in the same
       manner as opposite-sex dating relationships and displays of affection; (2)
       students will not be punished for coming out as LGBTQ+ or for expressing their
       sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
       Liberty will not encourage or facilitate conversion therapy or any other sexual or
       gender orientation change efforts; (4) students who report sexual or physical
       assault will be granted safe harbor from discipline relating to sexual activity or
       other code of conduct violations; and (5) Liberty's non-discrimination policy
       includes sexual orientation and gender identity as applied to all aspects of
       Liberty, including housing and other programs.

       Compensation for emotional distress and for the economic consequences of
       needing to leave Liberty without graduating.

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

       07/23/2021
       _____
       (Date)                                  _____
                                               (Signature)
       Jul 25, 2021
       _____                        Mackenzie J McCann (Jul 25, 2021 19:45 EDT)
       (Date)                                  (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    7

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▉▉▉▉▉▉▉ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | McDonald, Darren |
| **Address:** | |
| **City, State, Zip Code:** |  |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Fuller Theological Seminary |
| **Address:** | 135 N. Oakland Ave. |
| **City, State, Zip Code:** | Pasadena, CA, 91182 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    8

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Fuller publishes anti-LGBT policies in its student handbook and does not
        provide students with clear guidelines regarding what behavior or speech is
        prohibited by the school. A class Darren attended included anti-LGBT
        programming. Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

          **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Darren's complaint should not be considered time-barred because Fuller continues
        to discriminate against Darren and to promulgate policies and practices that
        discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

          **No**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                    9

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.     If the allegations contained in this complaint have been filed with any other Federal,
       state or local civil rights agency, or any Federal or state court, please give details and
       dates. We will determine whether it is appropriate to investigate your complaint
       based upon the specific allegations of your complaint and the actions taken by the
       other agency or court.

              **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
              **Date Filed:** 03/29/21
              **Case Number or Reference:** 6:21-cv-00474-AA
              **Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and
       telephone number of another person (relative or friend) who knows where and
       when we can reach you. This information **is not required,** but it will be helpful to
       us.

              _Not applicable_

11.    What would you like the institution to do as a result of your complaint — what
       remedy are you seeking?

       Darren would like Fuller's policies amended to state that (1) same-sex dating
       relationships and displays of affection will be treated by Fuller in the same
       manner as opposite-sex dating relationships and displays of affection; (2)
       students will not be punished for coming out as LGBTQ+ or for expressing their
       sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
       Fuller will not encourage or facilitate conversion therapy or any other sexual or
       gender orientation change efforts; (4) students who report sexual or physical
       assault will be granted safe harbor from discipline relating to sexual activity or
       other code of conduct violations; and (5) Fuller's non-discrimination policy
       includes sexual orientation and gender identity as applied to all aspects of Fuller,
       including housing and other programs.

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

       07/24/21                          _____
       (Date)                            (Signature)
       Jul 24, 2021                      _Darren McDonald_
       _____                  Darren McDonald (Jul 24, 2021 16:59 PDT)
       (Date)                            (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                           10

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
### to the
### United States Department of Education
### Office for Civil Rights

1.       Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ██████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.       Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | McDonald, Darren |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.       OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Westmont College |
| **Address:** | 955 La Paz Rd. |
| **City, State, Zip Code:** | Santa Barbara, CA, 93108 |
| **Department/School:** | |

4.       The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

         Discrimination on the basis of sexual orientation.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                      11

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

Westmont publishes anti-LGBT policies in its student handbook. Darren was laughed at and humiliated by other students when he played a gay character in a theater production at Westmont. He did not feel comfortable reporting the incident or other problems related to anti-LGBT discrimination because of Westmont's policies. Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

Date: Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

  **X**  I am requesting a waiver of the 180-day time frame for filing this complaint.

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions to Title IX;
3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago, Darren's complaint should not be considered time-barred because Westmont continues to discriminate against Darren and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

 No

9.    If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                    12

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

**Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
**Date Filed:** <u>03/29/21</u>
**Case Number or Reference:** <u>6:21-cv-00474-AA</u>
**Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

    *<u>Not applicable</u>*

11.    What would you like the institution to do as a result of your complaint — what remedy are you seeking?

<u>Darren would like Westmont's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Westmont in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Westmont will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Westmont's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Fuller, including housing and other programs.</u>

12.    We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

<u>07/24/21</u>
(Date)

Jul 24, 2021
_____
(Date)

_____
(Signature)
<u>Darren McDonald</u>
Darren McDonald (Jul 24, 2021 17:00 PDT)
(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    13

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | McSwain, Scott |
| **Address:** |  |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Union University |
| **Address:** | 1050 Union University Dr. |
| **City, State, Zip Code:** | Jackson, TN, 38305 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

          Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    14

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
      date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
      why you believe the discrimination was because of race, disability, age, sex, etc. Also
      please provide the names of any person(s) who was present and witnessed the
      act(s) of discrimination.

      Union officials told Scott they had been informed that he was gay and that he
      would be expelled and have all his credits taken away if he did not attend
      conversion therapy. Union gave Scott vouchers for a specific conversion therapy
      program. Scott was sexually assaulted by his therapist during one of the
      conversion therapy sessions and he reported it to Union officials. Union's current
      student handbook includes anti-LGBT policies including a statement that "The
      promotion, advocacy, defense, or ongoing practice of a homosexual lifestyle
      (including same-sex dating behaviors) is also contrary to our community values."
      Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

      Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
      requirement.

       **X**   I am requesting a waiver of the 180-day time frame for filing this
      complaint.

      Please explain why you waited until now to file your complaint.

      1) the Covid-19 pandemic;
      2) The Trump administration's policies and statements about religious exemptions to
      Title IX;
      3) The Trump administration's policies and statements about Title IX not prohibiting
      discrimination on the basis of sexual orientation or gender identity.
      4) Although the initial act of discrimination took place more than 180 days
      ago, Scott's complaint should not be considered time-barred because Union
      continues to discriminate against Scott and to promulgate policies and
      practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
      internal grievance procedure, appeal or due process hearing?

       **Yes**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    15

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

> If you answered **yes**, please describe the allegations in your grievance or hearing,
> identify the date you filed it, and tell us the status. If possible, please provide us
> with a copy of your grievance or appeal or due process request and, if completed,
> the decision in the matter.
>
> <u>See attached declaration.</u>

9.    If the allegations contained in this complaint have been filed with any other Federal,
state or local civil rights agency, or any Federal or state court, please give details and
dates. We will determine whether it is appropriate to investigate your complaint
based upon the specific allegations of your complaint and the actions taken by the
other agency or court.

> **Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
> **Date Filed:** <u>03/29/21</u>
> **Case Number or Reference:** <u>6:21-cv-00474-AA</u>
> **Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

> <u>*Not applicable*</u>

11.    What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

> <u>Scott would like Union's policies amended to state that (1) same-sex dating
> relationships and displays of affection will be treated by Union in the same
> manner as opposite-sex dating relationships and displays of affection; (2)
> students will not be punished for coming out as LGBTQ+ or for expressing their
> sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
> Union will not encourage or facilitate conversion therapy or any other sexual or
> gender orientation change efforts; (4) students who report sexual or physical
> assault will be granted safe harbor from discipline relating to sexual activity or
> other code of conduct violations; and (5) Union's non-discrimination policy
> includes sexual orientation and gender identity as applied to all aspects of Union,
> including housing and other programs.</u>

> <u>Compensation for mental and physical health conditions related to sexual assault
> and other injuries sustained during conversion therapy sessions required by
> Union.</u>

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    16

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

07/24/21
_____                          _____
(Date)                                 (Signature)

Jul 26, 2021                           _____
_____                          Scott McSwain (Jul 26, 2021 11:18 PDT)
(Date)                                 (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    17

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|   |   |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ███████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Millender, Faith. |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Eastern University |
| **Address:** | 1300 Eagle Rd. |
| **City, State, Zip Code:** | St. Davids, PA, 19087 |
| **Department/School:** | School of Nursing |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐    Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    18

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
      date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
      why you believe the discrimination was because of race, disability, age, sex, etc. Also
      please provide the names of any person(s) who was present and witnessed the
      act(s) of discrimination.

      Because of Eastern's official statements vaguely implying that LGBT students
      are not welcome or recognized, Faith is not comfortable revealing her sexual
      orientation to some professors and staff.  Professors at Eastern are bound by
      a clause prohibiting "homosexual conduct."  Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

      Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
      requirement.

        **X**  I am requesting a waiver of the 180-day time frame for filing this
      complaint.

      Please explain why you waited until now to file your complaint.

      1) the Covid-19 pandemic;
      2) The Trump administration's policies and statements about religious exemptions
      to Title IX;
      3) The Trump administration's policies and statements about Title IX not
      prohibiting discrimination on the basis of sexual orientation or gender identity.
      4) Although the initial act of discrimination took place more than 180 days ago,
      Faith's complaint should not be considered time-barred because Eastern continues
      to discriminate against Faith and to promulgate policies and practices that
      discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
      internal grievance procedure, appeal or due process hearing?

        **No**

9.    If the allegations contained in this complaint have been filed with any other Federal,
      state or local civil rights agency, or any Federal or state court, please give details and
      dates. We will determine whether it is appropriate to investigate your complaint
      based upon the specific allegations of your complaint and the actions taken by the
      other agency or court.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    19

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

**Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
**Date Filed:** <u>03/29/21</u>
**Case Number or Reference:** <u>6:21-cv-00474-AA</u>
**Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

   _Not applicable_

11.    What would you like the institution to do as a result of your complaint — what remedy are you seeking?

   <u>Faith would like Eastern's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Eastern in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Eastern will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Eastern's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Eastern, including housing and other programs.</u>

12.    We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

<u>07/24/21</u>
(Date)

(Signature)

Jul 24, 2021

Faith Millender (Jul 24, 2021 14:19 EDT)

(Date)

(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    20

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
### to the
### United States Department of Education Office for Civil Rights

1.    Name of person filing this complaint:

|   |   |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.    Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Moulton, Rachel |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.    OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Brigham Young University (BYU-I) |
| **Address:** | 525 Center St. |
| **City, State, Zip Code:** | Rexburg, ID, 83460 |
| **Department/School:** | |

4.    The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐    Discrimination **based on sex (specify)**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                              21

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures
<u>Discrimination on the basis of sexual orientation</u>

5.     Please describe each alleged discriminatory act. For each action, please include
the date(s) the discriminatory act occurred, the name(s) of each person(s)
involved and, why you believe the discrimination was because of race, disability,
age, sex, etc. Also please provide the names of any person(s) who was present
and witnessed the act(s) of discrimination.

<u>BYU-I maintains anti-LGBT policies. Current policy is ambiguous about
whether or not same-sex dating will be disciplined. Professors taught
anti-LGBT content in many of classes Rachel attended.  The LBGT group at
BYU-I was not allowed to meet on campus. BYU-I taught that same sex
attraction could be "cured." When Rachel realized she could not be
"cured", she attempted suicide in her first semester at BYU-I. Rachel felt
unwelcome at BYU-I and left the school in 2017. Rachel left again without
graduating after returning for an online semester in late 2020 because
the discriminatory teachings in the classes Rachel attended were too
harmful to her mental health. Please see attached declaration.</u>

6.     What is the most **recent date** you were discriminated against?

Date:  <u>Current, Ongoing</u>

7.     If this date is **more than 180 days ago,** you may request a waiver of the filing
requirement.

<u>  X  </u>  I am requesting a waiver of the 180-day time frame for filing this
complaint.

Please explain why you waited until now to file your complaint.

<u>1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious
exemptions to Title IX;
3) The Trump administration's policies and statements about Title IX not
prohibiting discrimination on the basis of sexual orientation or gender identity.
4) The discrimination against Rachel remains ongoing, as BYU's policies and
teaching prevent Rachel from feeling safe enough at BYU to complete her degree
program at BYU.  Although the initial act of discrimination took place more than
180 days ago, Rachel's complaint should not be considered time-barred because
BYU continues to discriminate against Rachel and to promulgate policies and
practices that discriminate against LGBTQ+ students.</u>

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    22

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

        **No**

9.      If the allegations contained in this complaint have been filed with any other
        Federal, state or local civil rights agency, or any Federal or state court, please
        give details and dates. We will determine whether it is appropriate to investigate
        your complaint based upon the specific allegations of your complaint and the
        actions taken by the other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Rachel would like BYU's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by BYU in the same manner
        as opposite-sex dating relationships and displays of affection; (2) students will not
        be punished for coming out as LGBTQ+ or for expressing their sexual or gender
        identity (through pronouns, clothing, hair, makeup, etc.); (3) BYU will not
        encourage or facilitate conversion therapy or any other sexual or gender
        orientation change efforts; (4) students who report sexual or physical assault will
        be granted safe harbor from discipline relating to sexual activity or other code of
        conduct violations; and (5) BYU's non-discrimination policy includes sexual
        orientation and gender identity as applied to all aspects of BYU, including housing
        and other programs.

        Compensation for emotional distress and for the economic consequences of not
        being able to complete her degree.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    23

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/23/2021

(Date)                              (Signature)

Jul 23, 2021

Rachel Moulton (Jul 23, 2021 13:50 PDT)

(Date)                              (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    24

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

**DISCRIMINATION COMPLAINT FORM**
**to the**
**United States Department of Education**
**Office for Civil Rights**

1.       Name of person filing this complaint:

|   |   |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ███████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.       Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

|   |   |
|---|---|
| **Last Name, First, Middle** | Mueller, Journey |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.       OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|   |   |
|---|---|
| **Name of Institution:** | Colorado Christian University (CCU) |
| **Address:** | 8787 W. Alameda Ave. |
| **City, State, Zip Code:** | Lakewood, CO 80226 |
| **Department/School:** | |

4.       The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐    Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    25

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        CCU publishes anti-LGBTQ+ policies in its student handbook and encourages
        students to report violations of its policies by other students. Journey's
        roommates locked her in her dorm room and forced her to confess her
        sexual orientation, then reported her to school officials. In response, CCU
        officials placed Journey on academic probation, removed her from her
        housing, and required her to attend conversion therapy and mentorship
        meetings. CCU blocked access to LBGTQ+ -affirming resources on their wi-fi
        service. As a result of this mistreatment, Journey's mental health suffered to
        the point where she felt compelled to leave CCU before completing her
        degree. Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

          **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Journey's complaint should not be considered time-barred because CCU continues
        to discriminate against Journey and to promulgate policies and practices that
        discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

          **No**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                              26

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
        **Date Filed:** <u>03/29/21</u>
        **Case Number or Reference:** <u>6:21-cv-00474-AA</u>
        **Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        <u>*Not applicable*</u>

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        <u>Journey would like CCU's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by CCU in the same manner
        as opposite-sex dating relationships and displays of affection; (2) students will not
        be punished for coming out as LGBTQ+ or for expressing their sexual or gender
        identity (through pronouns, clothing, hair, makeup, etc.); (3) CCU will not
        encourage or facilitate conversion therapy or any other sexual or gender
        orientation change efforts; (4) students who report sexual or physical assault will
        be granted safe harbor from discipline relating to sexual activity or other code of
        conduct violations; and (5) CCU's non-discrimination policy includes sexual
        orientation and gender identity as applied to all aspects of CCU, including housing
        and other programs.</u>

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

        <u>07/29/2021</u>
        (Date)                          (Signature)

        Aug 2, 2021
        (Date)                          (Signature of person in Item 2)
                                        Journey Mueller (Aug 2, 2021 12:40 MDT)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                27

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of
## Education Office for Civil Rights

1.      Name of person filing this complaint:

        Last Name, First, Middle                Swain, Lauren
        Address:                                8532 N. Ivanhoe St., #208
        City, State, Zip Code:                  Portland, OR 97203
        Home/Work Telephone:                    ███████████████
        Email Address:                          lauren@paulsouthwick.com

2.      Name of person discriminated against (if **other** than person filing). If the person
        discriminated against is age 18 or older, we will need that person's signature on
        this complaint form and the consent/release form before we can proceed with this
        complaint. If the person is a minor, and you do not have the legal authority to file a
        complaint on the student's behalf, the signature of the child's parent or legal
        guardian is required.

        Last Name, First, Middle                Penales, Veronica Bonifacio
        Address:
        City, State, Zip Code:                  
        Home/Work Telephone:
        Email Address:

3.      OCR investigates discrimination complaints against institutions and agencies which
        receive funds from the U.S. Department of Education and against public educational
        entities and libraries that are subject to the provisions of Title II of the Americans
        with Disabilities Act. Please identify the institution or agency that engaged in the
        alleged discrimination. If we cannot accept your complaint, we will attempt to refer
        it to the appropriate agency and will notify you of that fact.

        Name of Institution:                    Baylor University
        Address:                                1311 S. 5th St.
        City, State, Zip Code:                  Waco, TX, 76706
        Department/School:

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
        national origin, sex, disability, age or retaliation. Please indicate the basis of your
        complaint:

☐      Discrimination **based on sex (specify)**

                Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    28

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
       date(s) the discriminatory act occurred, the name(s) of each person(s) involved
       and, why you believe the discrimination was because of race, disability, age, sex,
       etc. Also please provide the names of any person(s) who was present and
       witnessed the act(s) of discrimination.

       Baylor publishes a statement on sexuality that includes anti-LGBT policies.
       The statement urges students "struggling" with same sex attraction to seek
       counseling. Baylor claims in its Civil Rights policy that it is exempt from
       compliance with select civil rights laws on the basis of religious exemption.
       As a result of these policies, Veronica does not feel free to express her
       sexual orientation while attending Baylor. When Veronica reports
       harassment hateful anti-LGBT statements from other students, officials at
       the school do not address it and instead tell her to seek counseling. As a
       result, Veronica has stopped reporting hate speech to the school staff.
       Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

       Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
       requirement.

        **X**  I am requesting a waiver of the 180-day time frame for filing this
       complaint.

       Please explain why you waited until now to file your complaint.

       1) the Covid-19 pandemic;
       2) The Trump administration's policies and statements about religious exemptions
       to Title IX;
       3) The Trump administration's policies and statements about Title IX not
       prohibiting discrimination on the basis of sexual orientation or gender identity.
       4) Although the initial act of discrimination took place more than 180 days ago,
       Veronica's complaint should not be considered time-barred because Baylor
       continues to discriminate against Veronica and to promulgate policies and
       practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
       internal grievance procedure, appeal or due process hearing?

        **Yes**

       If you answered **yes**, please describe the allegations in your grievance or
       hearing, identify the date you filed it, and tell us the status. If possible, please

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    29

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

provide us with a copy of your grievance or appeal or due process request and,
if completed, the decision in the matter.

See attached declaration.

9. If the allegations contained in this complaint have been filed with any other
Federal, state or local civil rights agency, or any Federal or state court, please give
details and dates. We will determine whether it is appropriate to investigate your
complaint based upon the specific allegations of your complaint and the actions
taken by the other agency or court.

**Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
**Date Filed:** 03/29/21
**Case Number or Reference:** 6:21-cv-00474-AA
**Results of Investigations/Findings by Agency or Court:** Pending

10. If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

*Not applicable*

11. What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

Veronica would like Baylor's policies amended to state that (1) same-sex dating
relationships and displays of affection will be treated by Baylor in the same
manner as opposite-sex dating relationships and displays of affection; (2)
students will not be punished for coming out as LGBTQ+ or for expressing their
sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
Baylor will not encourage or facilitate conversion therapy or any other sexual or
gender orientation change efforts; (4) students who report sexual or physical
assault will be granted safe harbor from discipline relating to sexual activity or
other code of conduct violations; and (5) Baylor's non-discrimination policy
includes sexual orientation and gender identity as applied to all aspects of Baylor,
including housing and other programs.

12. We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/23/2021
(Date)

[Signature]

Jul 24, 2021
(Date)

Veronica Bon
HG
https://secure.na3.adobesign.com/verifier?
tx=CBJCHBCAABAASvUVcNWxs92NGATNtmfNJPu9rpl9Hq-
Veronica Bonifacio Penales (Jul 24, 2021 17:29 CDT)

(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                30

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | Picker, Jake |
| **Address:** | |
| **City, State, Zip Code:** |  |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Baylor University |
| **Address**: | 1311 S. 5th St. |
| **City, State, Zip Code:** | Waco, TX, 76706 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                31

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

    Baylor publishes a statement on sexuality that includes anti-LGBT policies. Jake fears that his sexual orientation will affect the way he is treated as a student of Baylor and may subject him to discipline that could affect his career in medicine. An LGBTQ student group at Baylor has been repeatedly denied official status. Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

    Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

    **X**  I am requesting a waiver of the 180-day time frame for filing this complaint.

    Please explain why you waited until now to file your complaint.

    1) the Covid-19 pandemic;
    2) The Trump administration's policies and statements about religious exemptions to Title IX;
    3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
    4) Although the initial act of discrimination took place more than 180 days ago, Jake's complaint should not be considered time-barred because Baylor continues to discriminate against Jake and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

    No

    If you answered **yes**, please describe the allegations in your grievance or hearing, identify the date you filed it, and tell us the status. If possible, please provide us with a copy of your grievance or appeal or due process request and, if completed, the decision in the matter.

    See attached declaration.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending


10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*


11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Jake would like Baylor's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by Baylor in the same
        manner as opposite-sex dating relationships and displays of affection; (2)
        students will not be punished for coming out as LGBTQ+ or for expressing their
        sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
        Baylor will not encourage or facilitate conversion therapy or any other sexual or
        gender orientation change efforts; (4) students who report sexual or physical
        assault will be granted safe harbor from discipline relating to sexual activity or
        other code of conduct violations; and (5) Baylor's non-discrimination policy
        includes sexual orientation and gender identity as applied to all aspects of Baylor,
        including housing and other programs.

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

        07/23/2021                          _____
        (Date)                              (Signature)

        Jul 23, 2021                        _____
        _____                            Jake Picker (Jul 23, 2021 16:25 CDT)
        (Date)                              (Signature of person in Item 2)


EXHIBIT C - Title IX Complaints: MAXON through PICKER                    33