Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

**DISCRIMINATION COMPLAINT FORM
to the
United States Department of Education
Office for Civil Rights**

1.    Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▬▬▬▬▬ |
| **Email Address:** | lauren@paulsouthwick.com |

2.    Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Steffen, Megan |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.    OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Moody Bible Institute |
| **Address:** | 820 N. LaSalle Dr. |
| **City, State, Zip Code:** | Chicago, IL, 60610 |
| **Department/School:** | |

4.    The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐    Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Moody Bible Institute publishes anti-LGBT policies in its student handbook.
        Moody staff disciplined Megan for attending the Women's march and for
        statements making statement in support of LGBT rights on social media by
        requiring her to meet with administrators regularly to discuss her behavior.
        Moody staff strongly encourage Megan to meet with religious leaders to
        "work through" her sexual identify. Moody staff told Megan that her
        graduation may be denied if she did not agree to certain statements about
        sexual orientation. Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Megan's complaint should not be considered time-barred because Moody
        continues to discriminate against Megan and to promulgate policies and practices
        that discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

         No

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.    If the allegations contained in this complaint have been filed with any other Federal,
      state or local civil rights agency, or any Federal or state court, please give details and
      dates. We will determine whether it is appropriate to investigate your complaint
      based upon the specific allegations of your complaint and the actions taken by the
      other agency or court.

           **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
           **Date Filed:** 03/29/21
           **Case Number or Reference:** 6:21-cv-00474-AA
           **Results of Investigations/Findings by Agency or Court:** Pending

10.   If we cannot reach you at your home or work, we would like to have the name and
      telephone number of another person (relative or friend) who knows where and
      when we can reach you. This information **is not required,** but it will be helpful to
      us.

           _Not applicable_

11.   What would you like the institution to do as a result of your complaint — what
      remedy are you seeking?

      Megan would like Moody's policies amended to state that (1) same-sex dating
      relationships and displays of affection will be treated by Moody in the same
      manner as opposite-sex dating relationships and displays of affection; (2)
      students will not be punished for coming out as LGBTQ+ or for expressing their
      sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
      Moody will not encourage or facilitate conversion therapy or any other sexual or
      gender orientation change efforts; (4) students who report sexual or physical
      assault will be granted safe harbor from discipline relating to sexual activity or
      other code of conduct violations; and (5) Moody's non-discrimination policy
      includes sexual orientation and gender identity as applied to all aspects of
      Moody, including housing and other programs.

12.   We cannot accept your complaint if it has not been signed. Please sign and date
      your complaint below.

      07/26/21                          _____
      (Date)                            (Signature)

      Jul 26, 2021                      Megan Steffen (Jul 26, 2021 14:46 EDT)
      _____                       _____
      (Date)                            (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

        **Last Name, First, Middle**               Swain, Lauren
        **Address:**                            8532 N. Ivanhoe St., #208
        **City, State, Zip Code:**               Portland, OR 97203
        **Home/Work Telephone:**           ████████████
        **Email Address:**                    lauren@paulsouthwick.com

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

        **Last Name, First, Middle**             Tidwell-Davis, Daniel Christopher
        **Address:**
        **City, State, Zip Code:**
        **Home/Work Telephone:**
        **Email Address:**



3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

        **Name of Institution:**              Lee University
        **Address:**                            1120 N. Ocoee St.
        **City, State, Zip Code**:              Cleveland, TN, 37311
        **Department/School:**

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

EXHIBIT D - Title IX Complaints: STEFFEN through WOJNAROWISCH        4

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
      date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
      why you believe the discrimination was because of race, disability, age, sex, etc. Also
      please provide the names of any person(s) who was present and witnessed the
      act(s) of discrimination.

      Daniel has stated the following:

      "While I was a student at Lee, LGBTQ students were isolated from one
      another, denied protection against discrimination and harassment, denied
      permission to form affirming groups, and some students who participated in
      an underground LGBTQ support group were expelled. I knew a student who
      was expelled for having a DVD of the feature film Latter Days, a gay themed
      movie, in his room. I knew of another student who was expelled because he
      was reported to the school for having been seen on a date with another man
      over the summer when he was at home in another state.

      As a student employee, working as a Resident Assistant in dormitories, I was
      required to search residents' rooms for LGBTQ materials like films, music,
      and books, and to watch for any indications of students in same-sex
      relationships. I was required to report them, with the understanding that this
      would be grounds for their expulsion.

      Lee University had no anti-harassment protections for LGBTQ students at the
      time I attended. When I enrolled in 2002 at the age of 17, I was required to
      sign a community covenant that prohibited same-sex sexual activity and that
      did not include protections against harassment and discrimination on the
      basis of sexual orientation, gender identity or gender expression. (Lee's
      "Community Covenant" can be found here: hbp://catalog.leeuniversity.edu/
      content.php?catoid=14&navoid=13830)

      When I worked for Residential Life as a Resident Assistant (2003-2005)
      residents harassed me with heterosexual pornography, exposed themselves
      to me, and verbally harassed me as a result of their perception of my sexual
      orientation. In weekly staff meetings, the supervising Resident Director (now
      deceased) regularly made sexist and homophobic comments and jokes
      including using homophobic slurs (as well as racist jokes about a fellow
      Resident Assistant). One time, while I was a Resident Assistant of a floor in a
      freshman men's dorm a group of students began throwing pool balls at my
      bedroom door at 2am. When I opened the door to confront them, the
      ringleader of the group was completely naked doing a handstand in my
      doorway with his genitals inches from my face, while 8-10 young men stood
      behind him howling with laughter. But I did not feel comfortable reporting
      this incident, due to the way the school has treated other gay students.

EXHIBIT D - Title IX Complaints: STEFFEN through WOJNAROWISCH            5

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

When I disclosed my experiences of childhood sexual abuse and my understanding of my sexual orientation to the Director of Student Development, he pressured me into participating in an unofficial conversion therapy group he led that was made up of a few of my peers who were also trying to change their orientation. The Director told our group that our sexual orientation was a result of our childhood sexual abuse. He gave us books to read about the Bible and homosexuality. He repeatedly expressed his disgust with gay sexuality to us. Group members were required to talk about our sexual fantasies, masturbation, pornography use, and sexual activity. Along with "confessing" same-sex desires and sexual activity, we were coached in being more typically masculine and encouraged to think of women sexually. By participating in the group we were ostensibly being protected from suspension or/and expulsion by the Dean of Students. We were led to believe that the Director of Student Development was "looking out for us" by putting us through this therapy group.

In 2006, when the SoulForce Equality Ride visited the Lee campus to advocate for fair treatment of LGBTQ students, school administrators banned the group from entering any buildings and from meeting formally with students. In advance of their visit, the university held mandatory chapel services to reinforce the school's anti-LGBTQ policies and beliefs. They presented residential life staff with multiple conversion therapy ("ex-gay") resources, a slide presentation presenting debunked theories about gay and lesbian identity development, and pamphlets for local and national conversion therapy programs to distribute to students. This presentation was given in one of my classes, where we were alsowarned away from speaking with the Equality Riders when they were on campus.

The same Director of Student Development who led the ex-gay therapy group hired me to step in at the last minute as a Resident Assistant for a High School Summer Honors Camp. I was told that another Resident Assistant might be gay and that he should not be allowed on the same floor with the high school summer honors students without someone else there to watch him and make sure that he didn't do anything sexual with any of the students. The implication was that someone who was gay and not participating in conversion therapy was potentially a sexual predator.

While under the guidance of the Director of Student Development, I was encouraged to date a female student at Lee University. Later, we were encouraged to marry each other, and the Director conducted pre-marital counseling with us while we were still enrolled as students, just prior to our graduation in 2007. This led to my first marriage, which ended in divorce four years later after I accepted my sexual orientation.

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

> In addition to these incidents which occurred primarily in student life and
> housing, there was a broader hostile environment promoted across campus
> due to the requirement to attend chapel services that annually featured
> homophobic sermons condemning LGBTQ ideas and promoted conversion
> therapy and sexual orientation change.
>
> In an institutional survey provided to faculty while I was a student, the
> outside surveyors noted that students at the time were hesitant to visit the
> on-campus health clinic for STI screenings and sexual health education due to
> the school's religious stances toward human sexuality. At the time I was a
> student, and even as I worked in residential life, I was not made aware of the
> Title IX office. I knew of multiple straight and LGBTQ students who
> experienced sexual assault and did not report to the university due to fear of
> being expelled for extra-marital sexual conduct. One gay friend who was
> sexually assaulted off-campus by another man later sought counseling and
> was sent to an ex-gay program, and school officials reported this information
> to the denomination that controls the school, resulting in the gay student
> losing his ministerial credentials with the denomination.
>
> There was not a school approved LGBTQ affirming group at the time I was a
> student, and I believe there is no official one now. There have been
> underground LGBTQ groups and, in the past, school administrators have
> targeted students for expulsion who participated in or promoted these secret
> groups on social media."

Lee University's 2020-2021 Student Handbook includes a policy on page 8 stating
that "Engaging in any sexual acts expressly condemned in scripture (premarital
sex, adultery, and same-sex sexual behavior, etc.) will result in disciplinary
consequences that may include suspension or expulsion" as well as other anti-
LGBT language.

6.    What is the most **recent date** you were discriminated against?

      Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
      requirement.

      **X**  I am requesting a waiver of the 180-day time frame for filing this
      complaint.

Page 5 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions
to Title IX;
3) The Trump administration's policies and statements about Title IX not
prohibiting discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago,
Daniel's complaint should not be considered time-barred because Lee continues to
discriminate against Daniel and to promulgate policies and practices that
discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

        No

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Prevent conflicts of interest by separating Title IX officer positions from administrative
        positions involved in enforcing student codes of conduct/honor code and prevent the
        sharing of information from Title IX office to administrative offices involved in enforcing
        student codes of conduct/honor code.

        Daniel would also like Lee's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by Lee in the same manner

Page 6 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

as opposite-sex dating relationships and displays of affection; (2) students will not
be punished for coming out as LGBTQ+ or for expressing their sexual or gender
identity (through pronouns, clothing, hair, makeup, etc.); (3) Lee will not
encourage or facilitate conversion therapy or any other sexual or gender
orientation change efforts; (4) students who report sexual or physical assault will
be granted safe harbor from discipline relating to sexual activity or other code of
conduct violations; and (5) Lee's non-discrimination policy includes sexual
orientation and gender identity as applied to all aspects of Lee, including housing
and other programs, (6) The sanctioning of an LGBTQ student group. (7) Positive
and comprehensive LGBTQ healthcare and mental healthcare through the
university clinic and counseling center. (8) Campus-wide programming to address
the hostile environment, peer harassment, and discrimination faced by LGBTQ
students. (9) Full reimbursement of tuition, fees, and related expenses for all
former students expelled by Lee for being LGBTQ or for same-sex sexual
behavior.

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

07/24/21
_____
(Date)

Jul 24, 2021
_____
(Date)

_____
(Signature)

Daniel C. Tidwell-Davis
Daniel C. Tidwell-Davis (Jul 24, 2021 15:49 PDT)
_____
(Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ███████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

**Last Name, First, Middle**        Tidwell-Davis, Justin Michael
**Address:**
**City, State, Zip Code:**
**Home/Work Telephone:**
**Email Address:**



3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Baylor University |
| **Address:** | 1311 S. 5th St. |
| **City, State, Zip Code:** | Waco, TX, 76706 |
| **Department/School:** |  |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

          Discrimination on the basis of sexual orientation

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Baylor's policies on homosexuality played a significant role in Justin's motivation
        to enroll in conversion therapy, which was psychologically damaging to him and
        interfered with his education. Baylor's sexual misconduct policy listed
        "homosexual acts" as a disciplinary offense alongside sexual abuse, incest and
        adultery. Baylor's policies did not describe what sort of acts would be punished,
        causing Justin to fear discipline for expressing his sexual orientation in any form.
        Justin witnessed a Baylor professor erasing a message of support for LGBTQIA+
        students, a simple "God loves you" with a rainbow, from the sidewalk by
        scrubbing it off with his foot. While Justin was at Baylor, a gay graduate student
        was outed and had his scholarship revoked. Justin has spoken with other Baylor
        alumni who report being subjected to exorcisms by other students, shunned,
        and told they were mentally ill or demonically possessed for being LGBTQIA+.
        Some of Justin's friends at Baylor didn't report sexual harassment and assault
        because they feared that they would be punished for having been assaulted by
        someone of the same sex.

        The existing LGBTQ student group, Gamma Alpha Upsilon (GAY), formerly the Sexual
        Identity Forum, has existed since the Spring of 2011, and sought to have Baylor
        charter the organization every year since, without success. In nearly all
        communications regarding denying GAY's application for an official charter, Baylor's
        spokespeople and administration have stated that Baylor is committed to the
        "biblical" understanding of marriage and sexuality, as stated in the Southern Baptist
        Convention's Baptist Faith and Message of 1963, which shapes Baylor's sexual
        misconduct policy and statement on human sexuality. However, Baylor's Board of
        Regents issued a resolution on May 14, 2021 charging Baylor's President, Linda
        Livingstone, and Baylor's administration with considering the possibility of
        establishing a new university charted LGBTQ group that aligns with Baylor's sexual
        misconduct policy and statement on human sexuality.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

          **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions
to Title IX;
3) The Trump administration's policies and statements about Title IX not
prohibiting discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago,
Justin's complaint should not be considered time-barred because Baylor continues
to discriminate against Justin and to promulgate policies and practices that
discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
internal grievance procedure, appeal or due process hearing?

No

If you answered **yes**, please describe the allegations in your grievance or hearing,
identify the date you filed it, and tell us the status. If possible, please provide us
with a copy of your grievance or appeal or due process request and, if completed,
the decision in the matter.

Justin could find no avenue to resolve these issues while he was a student

9.    If the allegations contained in this complaint have been filed with any other Federal,
state or local civil rights agency, or any Federal or state court, please give details and
dates. We will determine whether it is appropriate to investigate your complaint
based upon the specific allegations of your complaint and the actions taken by the
other agency or court.

**Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
**Date Filed:** 03/29/21
**Case Number or Reference:** 6:21-cv-00474-AA
**Results of Investigations/Findings by Agency or Court:** Pending

10.   If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

*Not applicable*

EXHIBIT D - Title IX Complaints: STEFFEN through WOJNAROWISCH          12

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

11.    What would you like the institution to do as a result of your complaint — what
       remedy are you seeking?

       Prevent conflicts of interest by separating Title IX officer positions from administrative
       positions involved in enforcing student codes of conduct/honor code and prevent the
       sharing of information from Title IX office to administrative offices involved in enforcing
       student codes of conduct/honor code.

       Justin would also like Baylor's policies amended to state that (1) same-sex dating
       relationships and displays of affection will be treated by Baylor in the same
       manner as opposite-sex dating relationships and displays of affection; (2)
       students will not be punished for coming out as LGBTQ+ or for expressing their
       sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
       Baylor will not encourage or facilitate conversion therapy or any other sexual or
       gender orientation change efforts; (4) students who report sexual or physical
       assault will be granted safe harbor from discipline relating to sexual activity or
       other code of conduct violations; and (5) Baylor's non-discrimination policy
       includes sexual orientation and gender identity as applied to all aspects of Baylor,
       including housing and other programs.

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

       07/24/21                          _____
       (Date)                            (Signature)

       Jul 26, 2021                      *Justin Tidwell-Davis*
       _____                           Justin Tidwell-Davis (Jul 26, 2021 10:21 PDT)
       (Date)                            (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
### to the
### United States Department of Education
### Office for Civil Rights

1.       Name of person filing this complaint:

           **Last Name, First, Middle**            Swain, Lauren
           **Address:**            8532 N. Ivanhoe St., #208
           **City, State, Zip Code:**            Portland, OR 97203
           **Home/Work Telephone:**            █████████
           **Email Address:**            lauren@paulsouthwick.com

2.       Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

           **Last Name, First, Middle**            Vigil, Spencer
           **Address:**
           **City, State, Zip Code:**
           **Home/Work Telephone:**
           **Email Address:**



3.       OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

           **Name of Institution:**            Seattle Pacific University
           **Address:**            3307 3rd Ave W.
           **City, State, Zip Code:**            Seattle, WA, 98119
           **Department/School:**

4.       The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐       Discrimination **based on sex (specify)**

           Discrimination on the basis of sexual orientation and gender identity

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

> Seattle Pacific University publishes anti-LGBT policies in its Statement on Human Sexuality and Standards of Conduct. Spencer feared revealing his gender identity or having it be discovered. Students and a teacher called Spencer anti-LGBT slurs on campus. A professor gave Spencer a document explaining that he could be subject to loss of his scholarship and other sanctions for knowingly breaking "lifestyle expectations" related to his gender identity. Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

> Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

> **X**  I am requesting a waiver of the 180-day time frame for filing this complaint.

Please explain why you waited until now to file your complaint.

> 1) the Covid-19 pandemic;
> 2) The Trump administration's policies and statements about religious exemptions to Title IX;
> 3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
> 4) Although the initial act of discrimination took place more than 180 days ago, Spencer's complaint should not be considered time-barred because Seattle Pacific continues to discriminate against Spencer and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

> No

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        _Not applicable_

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Spencer would like Seattle Pacific's policies amended to state that (1) same-sex
        dating relationships and displays of affection will be treated by Seattle Pacific in
        the same manner as opposite-sex dating relationships and displays of affection;
        (2) students will not be punished for coming out as LGBTQ+ or for expressing
        their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.);
        (3) Seattle Pacific will not encourage or facilitate conversion therapy or any other
        sexual or gender orientation change efforts; (4) students who report sexual or
        physical assault will be granted safe harbor from discipline relating to sexual
        activity or other code of conduct violations; and (5) Seattle Pacific's non-
        discrimination policy includes sexual orientation and gender identity as applied to
        all aspects of Seattle Pacific, including housing and other programs.

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

        07/24/21
        (Date)                              (Signature)

        Jul 26, 2021
        _____                        Spencer J. Vail (Jul 26, 2021 13:33 PDT)
        (Date)                             (Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.  Name of person filing this complaint:

     | | |
     |---|---|
     | **Last Name, First, Middle** | Swain, Lauren |
     | **Address:** | 8532 N. Ivanhoe St., #208 |
     | **City, State, Zip Code:** | Portland, OR 97203 |
     | **Home/Work Telephone:** | ▉▉▉▉▉▉▉ |
     | **Email Address:** | lauren@paulsouthwick.com |

2.  Name of person discriminated against (if **other** than person filing). If the person
    discriminated against is age 18 or older, we will need that person's signature on this
    complaint form and the consent/release form before we can proceed with this
    complaint. If the person is a minor, and you do not have the legal authority to file a
    complaint on the student's behalf, the signature of the child's parent or legal
    guardian is required.

     | | |
     |---|---|
     | **Last Name, First, Middle** | Wilson, Lucas |
     | **Address:** | |
     | **City, State, Zip Code:** | |
     | **Home/Work Telephone:** | |
     | **Email Address:** | |



3.  OCR investigates discrimination complaints against institutions and agencies which
    receive funds from the U.S. Department of Education and against public educational
    entities and libraries that are subject to the provisions of Title II of the Americans
    with Disabilities Act. Please identify the institution or agency that engaged in the
    alleged discrimination. If we cannot accept your complaint, we will attempt to refer
    it to the appropriate agency and will notify you of that fact.

     | | |
     |---|---|
     | **Name of Institution:** | Liberty University |
     | **Address:** | 1971 University Blvd. |
     | **City, State, Zip Code:** | Lynchburg, VA, 24515 |
     | **Department/School:** | |

4.  The regulations OCR enforces prohibit discrimination on the basis of race, color,
    national origin, sex, disability, age or retaliation. Please indicate the basis of your
    complaint:

☐   Discrimination **based on sex (specify)**

      Discrimination on the basis of sexual orientation

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
       date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
       why you believe the discrimination was because of race, disability, age, sex, etc. Also
       please provide the names of any person(s) who was present and witnessed the
       act(s) of discrimination.

       Liberty's Statement on Sexuality and Relationships provides vague guidelines
       indicating that behavior reflecting LGBT identify is a violation of the Student
       Honor Code. Lucas feared Liberty would punish him for being gay, and
       enrolled in a conversion therapy program provided and encouraged by
       Liberty policy as a way to avoid punishment for policy violations related to
       LGBT identity. Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

       Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
       requirement.

        **X**   I am requesting a waiver of the 180-day time frame for filing this
       complaint.

       Please explain why you waited until now to file your complaint.

       1) the Covid-19 pandemic;
       2) The Trump administration's policies and statements about religious exemptions
       to Title IX;
       3) The Trump administration's policies and statements about Title IX not
       prohibiting discrimination on the basis of sexual orientation or gender identity.
       4) Although the initial act of discrimination took place more than 180 days ago,
       Lucas's complaint should not be considered time-barred because Liberty continues
       to discriminate against Lucas and to promulgate policies and practices that
       discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
       internal grievance procedure, appeal or due process hearing?

        **No**

       If you answered **yes**, please describe the allegations in your grievance or hearing,
       identify the date you filed it, and tell us the status. If possible, please provide us
       with a copy of your grievance or appeal or due process request and, if completed,
       the decision in the matter.

       *Not applicable*

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Lucas would like Liberty's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by Liberty in the same
        manner as opposite-sex dating relationships and displays of affection; (2)
        students will not be punished for coming out as LGBTQ+ or for expressing their
        sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
        Liberty will not encourage or facilitate conversion therapy or any other sexual or
        gender orientation change efforts; (4) students who report sexual or physical
        assault will be granted safe harbor from discipline relating to sexual activity or
        other code of conduct violations; and (5) Liberty's non-discrimination policy
        includes sexual orientation and gender identity as applied to all aspects of
        Liberty, including housing and other programs.

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

07/24/21
(Date)

Jul 27, 2021
(Date)

(Signature)

*Lucas Wilson*
Lucas Wilson (Jul 27, 2021 09:42 EDT)
(Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ██████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Wojnarowisch, Audrey |
| **Address:** |  |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | George Fox University |
| Address: | 414 N. Meridian St. |
| **City, State, Zip Code:** | Newberg, OR, 97132 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation and gender identity

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.     Please describe each alleged discriminatory act. For each action, please include the
       date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
       why you believe the discrimination was because of race, disability, age, sex, etc. Also
       please provide the names of any person(s) who was present and witnessed the
       act(s) of discrimination.

       George Fox has vague policies implying that behavior reflecting LGBT identity
       is not permissible on campus. Due to fear of being punished for their sexual
       orientation, Audrey hesitated to report that they were stalked and sexually
       assaulted by another student on campus. After Audrey reported the assault
       to a resident assistant, Audrey was told that the Area Coordinator would file
       a Title IX complaint on their behalf, but the coordinator never filed it. Audrey
       had to continue attending school with their assailant. After a fellow student
       came out on campus very publicly in 2019, Audrey and other students
       followed by coming out as LGBT. Soon, the president of student government
       issued a statement in support of LGBTQ students. However, after several
       weeks, George Fox President Robin Baker issued a statement that the
       university prohibits same-sex marriage and all sexual conduct outside of
       heterosexual marriage, putting Audrey and others who came out at the risk
       of discipline and exclusion. Please see attached declaration.

6.     What is the most **recent date** you were discriminated against?

       Date:  Current, Ongoing

7.     If this date is **more than 180 days ago,** you may request a waiver of the filing
       requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
       complaint.

       Please explain why you waited until now to file your complaint.

       1) the Covid-19 pandemic;
       2) The Trump administration's policies and statements about religious exemptions
       to Title IX;
       3) The Trump administration's policies and statements about Title IX not
       prohibiting discrimination on the basis of sexual orientation or gender identity.
       4) Although the initial act of discrimination took place more than 180 days ago,
       Audrey's complaint should not be considered time-barred because George Fox
       continues to discriminate against Audrey and to promulgate policies and practices
       that discriminate against LGBTQ+ students.

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

8.    Have you attempted to resolve these allegations with the institution through an
      internal grievance procedure, appeal or due process hearing?

      Yes

      If you answered **yes**, please describe the allegations in your grievance or hearing,
      identify the date you filed it, and tell us the status. If possible, please provide us
      with a copy of your grievance or appeal or due process request and, if completed,
      the decision in the matter.

          See attached declaration.

9.    If the allegations contained in this complaint have been filed with any other Federal,
      state or local civil rights agency, or any Federal or state court, please give details and
      dates. We will determine whether it is appropriate to investigate your complaint
      based upon the specific allegations of your complaint and the actions taken by the
      other agency or court.

          **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
          **Date Filed:** 03/29/21
          **Case Number or Reference:** 6:21-cv-00474-AA
          **Results of Investigations/Findings by Agency or Court:** Pending

10.   If we cannot reach you at your home or work, we would like to have the name and
      telephone number of another person (relative or friend) who knows where and
      when we can reach you. This information **is not required,** but it will be helpful to
      us.

          *Not applicable*

11.   What would you like the institution to do as a result of your complaint — what
      remedy are you seeking?

      Prevent conflicts of interest by separating Title IX officer positions from administrative
      positions involved in enforcing student codes of conduct/honor code and prevent the
      sharing of information from Title IX office to administrative offices involved in enforcing
      student codes of conduct/honor code.

      Audrey would also like George Fox's policies amended to state that (1) same-sex
      dating relationships and displays of affection will be treated by George Fox in the
      same manner as opposite-sex dating relationships and displays of affection; (2)
      students will not be punished for coming out as LGBTQ+ or for expressing their
      sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
      George Fox will not encourage or facilitate conversion therapy or any other
      sexual or gender orientation change efforts; (4) students who report sexual or
      physical assault will be granted safe harbor from discipline relating to sexual

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

<u>activity or other code of conduct violations; and (5) George Fox's non-
discrimination policy includes sexual orientation and gender identity as applied to
all aspects of George Fox, including housing and other programs.</u>

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

07/24/21
‾‾‾‾‾‾‾‾‾‾                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Date)                       (Signature)

Jul 24, 2021
‾‾‾‾‾‾‾‾‾‾                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                             Audrey Wojnarowisch (Jul 24, 2021 21:05 PDT)
(Date)                       (Signature of person in Item 2)