**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, )<br><br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION and )<br>Suzanne GOLDBERG, in her official capacity as )<br>Acting Assistant Secretary for Civil Rights, )<br>U.S. Department of Education, )<br>)<br>Defendants. ) | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF CAMERON MARTINEZ** |

I, Cameron Martinez, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

3. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

4. Building an affirming community at my college/university/alma mater is a religious exercise for me.

5.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Cameron Martinez
Cameron Martinez

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 6:21-cv-00474-AA |
| Plaintiffs, | ) ) | **DECLARATION OF JOANNA MAXON** |
| v. | ) ) | |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) | |
| Defendants. | ) ) | |

I, Joanna Maxon, declare:

1.  I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2.  I believe that marriage is a holy union and that it includes same-sex couples.

3.  I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4.  My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5.  My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Joanna Maxon

Joanna Maxon

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, <br><br> Defendants. | Case No. 6:21-cv-00474-AA <br><br> **DECLARATION OF DARREN MCDONALD** |

I, Daren McDonald, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5.  My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6.  My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7.  Building an affirming community at my college/university/alma mater is a religious exercise for me.

8.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Darren McDonald
Darren McDonald

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, <br><br> Defendants. | Case No. 6:21-cv-00474-AA <br><br> **DECLARATION OF FAITH MILLENDER** |

I, Faith Millender, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

3. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

4. Building an affirming community at my college/university/alma mater is a religious exercise for me.

5.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Faith Millender
Faith Millender

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 6:21-cv-00474-AA |
| Plaintiffs, | ) ) | **DECLARATION OF JAKE PICKER** |
| v. | ) ) | |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) | |
| Defendants. | ) | |

I, Jake Picker, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I believe that marriage is a holy union and that it includes same-sex couples.

3. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

4. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

5.  Building an affirming community at my college/university/alma mater is a religious exercise for me.

6.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Jake Picker
Jake Picker

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 6:21-cv-00474-AA ) |
| v. | ) **DECLARATION OF MEGAN** ) **STEFFEN** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) |
| Defendants. | ) ) |

I, Megan Steffen, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5.  My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6.  Building an affirming community at my college/university/alma mater is a religious exercise for me.

7.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Megan Steffen
_____
Megan Steffen

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, ) ) ) | Case No. 6:21-cv-00474-AA |
| Plaintiffs, ) ) | |
| v. ) ) | **DECLARATION OF DANIEL CHRISTOPHER TIDWELL-DAVIS** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, ) ) ) ) ) | |
| Defendants. ) | |

I, Daniel Christopher Tidwell-Davis, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7. Building an affirming community at my college/university/alma mater is a religious exercise for me.

8. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Daniel Christopher Tidwell-Davis
Daniel Christopher Tidwell-Davis

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, )<br><br>Defendants. ) | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF JUSTIN TIDWELL-DAVIS** |

I, Justin Tidwell-Davis, declare:

1. I believe that my sexuality and gender identity are gifts inherent to all people and are to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a sacred union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5.  My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6.  My beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7.  Building an affirming community at my college/university/alma mater is a moral imperative for me.

8.  The religious exemption to Title IX creates/created a government-imposed burden on my religious freedom(s) as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Justin Tidwell-Davis
Justin Tidwell-Davis

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, )<br><br>Defendants. ) | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF LUCAS WILSON** |

I, Lucas Wilson, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5.  My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6.  My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7.  Building an affirming community at my college/university/alma mater is a religious exercise for me.

8.  The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Lucas Wilson
Lucas Wilson

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 6:21-cv-00474-AA |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF AUDREY WOJNAROWISCH** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) | |
| Defendants. | ) ) | |

I, Audrey Wojnarowisch, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I believe that marriage is a holy union and that it includes same-sex couples.

3. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6. Building an affirming community at my college/university/alma mater is a religious exercise for me.

7. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Audrey Wojnarowisch
Audrey Wojnarowisch