

© 2020 American Psychological Association
ISSN: 1942-9681

Psychological Trauma:
Theory, Research, Practice, and Policy

2020, Vol. 12, No. S1, S239–S242
http://dx.doi.org/10.1037/tra0000837

# LGBTQ Populations: Psychologically Vulnerable Communities in the COVID-19 Pandemic

John P. Salerno and Natasha D. Williams
University of Maryland, College Park

Karina A. Gattamorta
University of Miami

In the wake of the 2019 novel coronavirus (COVID-19) pandemic and the psychological consequences that will follow, it is critical to acknowledge and understand the unique vulnerabilities of lesbian, gay, bisexual, transgender, and queer or questioning (LGBTQ) populations in order to provide equitable mental health intervention that reaches these highly at-risk groups. It is well established that LGBTQ persons face social disadvantages and mental health disparities, which may be exacerbated as a result of COVID-19 pandemic trauma and social isolation measures. This commentary highlights structural, social, and individual-level challenges among LGBTQ populations in the context of COVID-19 and proposes prevention recommendations to mitigate the psychological ramifications of COVID-19 pandemic-related trauma among LGBTQ persons.

*Keywords:* COVID-19, LGBTQ, mental health, social distancing, healthcare policy

As of April 29, 2020, there were 1,005,147 cases and 57,505 deaths due to the 2019 novel coronavirus (COVID-19) in the United States (Centers for Disease Control and Prevention [CDC], 2020). As the incidence of COVID-19 cases and deaths begins to decline, it is of utmost importance to act fast in responding to the psychological impact of COVID-19 pandemic trauma. Despite well-documented vulnerability to several social, health, and psychological risks, lesbian, gay, bisexual, transgender, and queer or questioning (LGBTQ) populations have received minimal attention during the COVID-19 pandemic. This commentary discusses the status of U.S. healthcare systems and COVID-19 crisis response, outlines LGBTQ-specific risks for COVID-19 psychological burden, and proposes recommendations for mitigating the negative mental health impact of COVID-19 among LGBTQ persons.

## U.S. Healthcare Systems During COVID-19

Thus far, millions of Americans have been laid off as a result of COVID-19. Recent data indicate that over 30 million Americans filed initial unemployment claims between March and April 2020 (U.S. Department of Labor, 2020), skyrocketing national unemployment rates to peak levels greater than those seen in the Great Recession of 2009 (Amadeo & Anderson, 2020). Unfortunately, LGBTQ persons may be overrepresented in these figures. For instance, 40% of all LGBTQ persons in the United States work in service-industry jobs (compared with 22% of non-LGBTQ persons), which suggests that LGBTQ persons are particularly vulnerable (especially LGBTQ persons of color) to financial, employment, and health-insurance-status ramifications as a result of COVID-19 (Whittington, Hadfield, & Calderon, 2020). To mitigate financial burden, the Coronavirus Aid, Relief, and Economic Security Act has provided one-time financial support to millions of eligible individuals, couples, and families in the United States during the pandemic (Snell, 2020).

For those with employer-sponsored health insurance, the loss of their jobs likely signifies the loss of health insurance coverage. These individuals may purchase private insurance under the Affordable Care Act (ACA) if granted a special enrollment period (Centers for Medicare and Medicaid Services [CMS], n.d.-b), sign up for Medicaid if they meet the "low-income" eligibility requirement (Garfield, Orgera, & Damico, 2020), or sign up for Medicare

---

*Editor's Note.* This commentary received rapid review due to the time-sensitive nature of the content. It was reviewed by the Journal Editor.—KKT

This article was published Online First June 18, 2020.

John P. Salerno, Department of Behavioral and Community Health, School of Public Health, University of Maryland, College Park; Natasha D. Williams, Department of Family Science, School of Public Health, University of Maryland, College Park; Karina A. Gattamorta, School of Nursing and Health Studies, University of Miami.

This work was supported by the National Institute of Mental Health (Award 1R36MH123043) and the National Institute on Minority Health and Health Disparities (Award U54MD002266) of the National Institutes of Health (NIH) and by the University of Maryland Prevention Research Center Cooperative Agreement U48DP006382 from the Centers for Disease Control and Prevention (CDC). The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH or the CDC. We are grateful to student members of LGBTQ+ Students and Allies in Public Health at the University of Maryland for their commitment to LGBTQ communities and their mental health in the midst of the COVID-19 pandemic crisis; our work together inspired the idea for this commentary. Additionally, Williams gratefully acknowledges support from the Southern Regional Educational Board.

Correspondence concerning this article should be addressed to John P. Salerno, Department of Behavioral and Community Health, School of Public Health, University of Maryland, 4200 Valley Drive, 1242L, College Park, MD 20742. E-mail: jsalerno@umd.edu

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

if they meet the "elderly age or disability" eligibility requirements (Social Security Administration, 2019). However, in states that have not expanded Medicaid (14 as of April 27, 2020; Kaiser Family Foundation, 2020), low-income workers who lose their jobs may fall into a coverage gap (Garfield et al., 2020), in which they make too much money to qualify for Medicaid but too little to afford ACA health insurance, significantly reducing their access to health care.

For currently insured persons, the Families First Coronavirus Response Act eliminated cost-sharing for COVID-19 testing under employer-sponsored and public health insurance plans (Cubanski & Freed, 2020; Moss et al., 2020; Rudowitz, 2020), and most private health insurers have waived cost-sharing for COVID-19 testing (America's Health Insurance Plans [AHIP], 2020), benefitting many currently insured persons in the United States.

Persons who were uninsured before the pandemic are likely unable to enroll in a health insurance plan under the ACA because they are currently outside of the open-enrollment period or because they are ineligible (e.g., undocumented immigrants). Luckily, nine states and the District of Columbia are currently offering special open-enrollment periods during COVID-19 (Nania, 2020). Eligible persons in other states will have to wait until November 1, 2020, to be able to enroll in ACA health insurance (CMS, n.d.-a). Thus, many will remain unable to access health insurance during and after the pandemic and will be left with little to no alternatives for receiving health care and mental health care.

## Structural Vulnerability Among LGBTQ Populations During COVID-19

Research consistently elucidates mental health disparities among LGBTQ persons relative to their heterosexual, cisgender counterparts (Plöderl & Tremblay, 2015; Price-Feeney, Green, & Dorison, 2020; Russell & Fish, 2016). These disparities are related to social inequalities that disproportionately affect LGBTQ persons. For instance, greater proportions of LGBTQ persons lack access to health insurance (17% vs. 12%) and face poverty (22% vs. 16%) compared with their non-LGBTQ counterparts (Whittington et al., 2020). Poverty figures extend to same-sex parents and single LGBTQ parents and their families, who are at least twice as likely to be living near the poverty line compared with their non-LGBTQ counterparts (Whittington et al., 2020). LGBTQ persons of color face even greater risk for social inequality (Baams, Wilson, & Russell, 2019; Conron & Wilson, 2019; Movement Advancement Project & SAGE, 2017; Morton et al., 2018; Whittington et al., 2020). Ultimately, mental health burden among LGBTQ persons (e.g., PTSD, anxiety, depression, suicidality) may be exacerbated by the psychological impact of COVID-19 pandemic trauma and its intersection with dimensions of social inequality (Galea, Merchant, & Lurie, 2020; Green, Price-Feeney, & Dorison, 2020; Reger, Stanley, & Joiner, 2020; Whittington et al., 2020).

## U.S. Social and Physical Distancing Response to the COVID-19 Pandemic

On March 26, 2020, the president issued the "30 days to slow the spread" national social distancing and stay-at-home guidelines (White House, 2020). Between March 15 and April 7, 2020, 42 states, three counties, 10 cities, Puerto Rico, and the District of Columbia issued "curfew," "stay-at-home," or "shelter-in-place" executive orders (i.e., social and physical distancing mandates) to reduce the spread of COVID-19 (Mervosh, Lu, & Swales, 2020). As of April 29, 2020, 25 states were partially reopened or had begun to lift their mandates, and 25 states and the District of Columbia remained shut down or restricted (Mervosh & Lee, 2020).

Although these orders are designed to keep individuals and communities safe, they present unique challenges for many LGBTQ youth. The closing of K–12 and higher education institutions may confine LGBTQ young persons to traumatic and possibly abusive environments (Green et al., 2020; Whittington et al., 2020). Many LGBTQ youth cannot be their authentic selves at home because they have not disclosed their sexual and gender identities or because they were not met with support or acceptance from their parents and families (Green et al., 2020; Human Rights Campaign, 2018). Additionally, many college students who were living on or near university campuses have been forced to return to homes that may not be welcoming and safe (Green et al., 2020; Whittington et al., 2020). Indeed, research suggests that one third of LGBTQ youth experience parental rejection, and another third do not come out until they are adults (Rosario & Schrimshaw, 2013), and suicide (8 times more likely) and depression (6 times more likely) are significantly more likely among LGBTQ youth who are rejected by their parents (Ryan, Huebner, Diaz, & Sanchez, 2009), emphasizing the severity of this potentially co-occurring psychological trauma.

Schools and universities are a common gateway to mental health services for LGBTQ young persons (Dunbar, Sontag-Padilla, Ramchand, Seelam, & Stein, 2017; Pitcher, Camacho, Renn, & Woodford, 2018; Zhang, Finan, Bersamin, & Fisher, 2020). Among LGBTQ youth, even larger proportions of school-based mental health services are likely used by intersectionally marginalized LGBTQ youth, such as racial and ethnic minorities, the homeless, undocumented immigrants, and those from backgrounds of low socioeconomic status (Ali et al., 2019; Golberstein, Wen, & Miller, 2020). For LGBTQ youth relying on schools for mental health supports around identity development, coming out, and family rejection, the closing of schools is particularly grave (Green et al., 2020). Stay-at-home orders further reduce access to social and community support resources in schools, such as gender and sexualities alliances; other affirming student organizations; and supportive teachers, professors, coaches, counselors, and peers, all of which serve as buffers that protect LGBTQ youth against mental health burden due to social isolation and psychological trauma (Kaniuka et al., 2019; Parra, Bell, Benibgui, Helm, & Hastings, 2018; Poteat, Sinclair, DiGiovanni, Koenig, & Russell, 2013; Reger et al., 2020; Van Orden et al., 2010).

LGBTQ elders also face significant psychological threats as a result of stay-at-home orders during COVID-19. Indeed, LGBTQ elders are twice as likely to be single and living alone, 4 times less likely to have children, and more likely to be estranged from their biological families compared with their heterosexual, cisgender counterparts (de Vries et al., 2019; Whittington et al., 2020). This is highly concerning because social isolation, loneliness, and existing health and mental health concerns may be exacerbated among already-vulnerable LGBTQ elders as a result of COVID-19 pandemic trauma

(Steinman, Perry, & Perissinotto, 2020; Yarns, Abrams, Meeks, & Sewell, 2016; Zelle & Arms, 2015).

### Supporting Mental Health Among LGBTQ Persons During the COVID-19 Aftermath

Clearly, social isolation is a great challenge faced by LGBTQ populations as a result of the COVID-19 pandemic. It is critical for mental health therapists, social services providers, employers, community-based organizations, schools, and higher education institutions serving LGBTQ persons to move toward online delivery of services and modes of work and education to mitigate the mental health ramifications of COVID-19 psychological trauma and social isolation (Galea et al., 2020; Green et al., 2020). Strong efforts are needed from leadership stakeholders in these institutions to incorporate LGBTQ-affirming virtual extracurricular activities that strengthen and maintain social support and community connectedness (Green et al., 2020). These institutions should further leverage social media to connect LGBTQ individuals to trusted, accessible, and affirming mental health resources, such as the Trevor Project (Galea et al., 2020; Green et al., 2020). Even more critical is ensuring human connections among intersectionally marginalized LGBTQ groups, such as low-income persons of color in unstable housing, who may lack equitable access to the digital technologies required to receive online services (Galea et al., 2020; Golberstein et al., 2020). Given the potential confining of LGBTQ young persons to abusive and traumatic environments, it is critical to provide attention to surveillance, reporting, and intervention of child abuse and domestic violence during and after the pandemic (Galea et al., 2020; Green et al., 2020).

Fortunately, many insurance companies are allowing therapists to bill for online therapy during the pandemic (AHIP, 2020). However, although many states have loosened credentialing requirements for doctors, the same is not true for therapists. Some states are granting extensions on licensure expiration dates and/or requesting that therapists with expired licenses return to the field, but state laws still require therapists to hold a license in the state where their client is physically located during teletherapy (American Association for Marriage and Family Therapy, 2020; American Psychological Association, 2020; National Association of Social Workers, 2020). Therefore, as LGBTQ persons shift physical locations during the pandemic (e.g., moving back home after universities closed or moving homes to care for sick family members), their connections to their existing therapists may be severed. Policy stakeholders are urged to lift state-based licensure requirements to increase access to affirming online therapy. Lastly, to help mitigate the psychological ramifications of COVID-19 pandemic trauma, policy stakeholders are urged to open ACA health plan enrollment and close the Medicaid coverage gap so that all uninsured persons are able to obtain health insurance and access affirming health and mental health care (Politz, 2020).

### References

Ali, M. M., West, K., Teich, J. L., Lynch, S., Mutter, R., & Dubenitz, J. (2019). Utilization of mental health services in educational setting by adolescents in the United States. *The Journal of School Health, 89,* 393–401. http://dx.doi.org/10.1111/josh.12753

Amadeo, K., & Anderson, S. (2020). *Unemployment rate by year since 1929 compared to inflation and GDP.* Retrieved from https://www.thebalance.com/unemployment-rate-by-year-3305506

American Association for Marriage and Family Therapy. (2020). *Coronavirus: Telehealth update.* Retrieved from https://www.aamft.org/Events/Coronavirus-Telehealth-Update.aspx

American Psychological Association. (2020). *Telehealth guidance by state during COVID-19.* Retrieved from https://www.apaservices.org/practice/clinic/covid-19-telehealth-state-summary

America's Health Insurance Plans. (2020). *Health insurance providers respond to coronavirus (COVID-19).* Retrieved from https://www.ahip.org/health-insurance-providers-respond-to-coronavirus-covid-19/

Baams, L., Wilson, B. D. M., & Russell, S. T. (2019). LGBTQ youth in unstable housing and foster care. *Pediatrics, 143,* e20174211. http://dx.doi.org/10.1542/peds.2017-4211

Centers for Disease Control and Prevention. (2020). *Cases in the U.S. coronavirus disease 2019 (COVID-19).* Retrieved from https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html

Centers for Medicare and Medicaid Services. (n.d.-a). *Enroll in or change 2020 plans—Only with a special enrollment period.* Retrieved from https://www.healthcare.gov/coverage-outside-open-enrollment/special-enrollment-period/

Centers for Medicare and Medicaid Services. (n.d.-b). *Marketplace coverage & coronavirus.* Retrieved from https://www.healthcare.gov/coronavirus/

Conron, K., & Wilson, B. (2019). *LGBTQ youth of color impacted by the child welfare and juvenile justice systems: A research agenda.* Los Angeles, CA: Williams Institute.

Cubanski, J., & Freed, M. (2020). *FAQs on Medicare coverage and costs related to COVID-19 testing and treatment.* Retrieved from https://www.kff.org/medicare/issue-brief/faqs-on-medicare-coverage-and-costs-related-to-covid-19-testing-and-treatment/

de Vries, B., Gutman, G., Humble, Á., Gahagan, J., Chamberland, L., Aubert, P., . . . Mock, S. (2019). End-of-life preparations among LGBT older Canadian adults: The missing conversations. *International Journal of Aging & Human Development, 88,* 358–379. http://dx.doi.org/10.1177/0091415019836738

Dunbar, M. S., Sontag-Padilla, L., Ramchand, R., Seelam, R., & Stein, B. D. (2017). Mental health service utilization among lesbian, gay, bisexual, and questioning or queer college students. *Journal of Adolescent Health, 61,* 294–301. http://dx.doi.org/10.1016/j.jadohealth.2017.03.008

Galea, S., Merchant, R. M., & Lurie, N. (2020). The mental health consequences of COVID-19 and physical distancing: The need for prevention and early intervention. *Journal of the American Medical Association Internal Medicine.* Advance online publication. http://dx.doi.org/10.1001/jamainternmed.2020.1562

Garfield, R., Orgera, K., & Damico, A. (2020). *The coverage gap: Uninsured poor adults in states that do not expand Medicaid.* Retrieved from https://www.kff.org/medicaid/issue-brief/the-coverage-gap-uninsured-poor-adults-in-states-that-do-not-expand-medicaid/

Golberstein, E., Wen, H., & Miller, B. F. (2020). Coronavirus disease 2019 (COVID-19) and mental health for children and adolescents. *Journal of the American Medical Association Pediatrics.* Advance online publication. http://dx.doi.org/10.1001/jamapediatrics.2020.1456

Green, A., Price-Feeney, M., & Dorison, S. (2020). *Implications of COVID-19 for LGBTQ youth mental health and suicide prevention.* Retrieved from https://www.thetrevorproject.org/2020/04/03/implications-of-covid-19-for-lgbtq-youth-mental-health-and-suicide-prevention/

Human Rights Campaign. (2018). *2018 LGBTQ youth report.* Retrieved from https://www.hrc.org/resources/2018-lgbtq-youth-report/

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Kaiser Family Foundation. (2020). *Status of state Medicaid expansion decisions: Interactive map*. Retrieved from https://www.kff.org/medicaid/issue-brief/status-of-state-medicaid-expansion-decisions-interactive-map/

Kaniuka, A., Pugh, K. C., Jordan, M., Brooks, B., Dodd, J., Mann, A. K., . . . Hirsch, J. K. (2019). Stigma and suicide risk among the LGBTQ population: Are anxiety and depression to blame and can connectedness to the LGBTQ community help? *Journal of Gay & Lesbian Mental Health, 23,* 205–220. http://dx.doi.org/10.1080/19359705.2018.1560385

Mervosh, S., & Lee, J. (2020, April 29). See which states are reopening and which are still shut down. *The New York Times*. Retrieved from https://www.nytimes.com/interactive/2020/us/states-reopen-map-coronavirus.html

Mervosh, S., Lu, D., & Swales, V. (2020, April 20). See which states and cities have told residents to stay at home. *The New York Times*. Retrieved from https://www.nytimes.com/interactive/2020/us/coronavirus-stay-at-home-order.html

Morton, M. H., Dworsky, A., Matjasko, J. L., Curry, S. R., Schlueter, D., Chávez, R., & Farrell, A. F. (2018). Prevalence and correlates of youth homelessness in the United States. *Journal of Adolescent Health, 62,* 14–21. http://dx.doi.org/10.1016/j.jadohealth.2017.10.006

Moss, K., Dawson, L., Long, M., Kates, J., Musumeci, M., Cubanski, J., & Pollitz, K. (2020). *The Families First Coronavirus Response Act: Summary of key provisions*. Retrieved from https://www.kff.org/global-health-policy/issue-brief/the-families-first-coronavirus-response-act-summary-of-key-provisions/

Movement Advance Project & SAGE. (2017). *Understanding issues facing LGBT older adults*. Retrieved from https://www.lgbtmap.org/file/understanding-issues-facing-lgbt-older-adults.pdf

Nania, R. (2020). *Some states hold special ACA open enrollments due to the coronavirus*. Retrieved from https://www.aarp.org/health/health-insurance/info-2020/coronavirus-aca-open-enrollment.html

National Association of Social Workers. (2020). *Transcript for COVID-19 Q&A session: "COVID-19: Ethical, Legal and Clinical Considerations for Social Workers."* Retrieved from https://www.socialworkers.org/About/Ethics/Ethics-Education-and-Resources/COVID-19-Ethics-Resources/Transcript-for-COVID-19-Q-A-Session

Parra, L. A., Bell, T. S., Benibgui, M., Helm, J. L., & Hastings, P. D. (2018). The buffering effect of peer support on the links between family rejection and psychosocial adjustment in LGB emerging adults. *Journal of Social and Personal Relationships, 35,* 854–871. http://dx.doi.org/10.1177/0265407517699713

Pitcher, E. N., Camacho, T. P., Renn, K. A., & Woodford, M. R. (2018). Affirming policies, programs, and supportive services: Using an organizational perspective to understand LGBTQ+ college student success. *Journal of Diversity in Higher Education, 11,* 117–132. http://dx.doi.org/10.1037/dhe0000048

Plöderl, M., & Tremblay, P. (2015). Mental health of sexual minorities. A systematic review. *International Review of Psychiatry, 27,* 367–385. http://dx.doi.org/10.3109/09540261.2015.1083949

Politz, K. (2020). *What people (and policymakers) can do about losing coverage during the COVID-19 crisis*. Retrieved from https://www.kff.org/coronavirus-policy-watch/what-people-and-policymakers-can-do-about-losing-coverage-during-the-covid-19-crisis/

Poteat, V. P., Sinclair, K. O., DiGiovanni, C. D., Koenig, B. W., & Russell, S. T. (2013). Gay–straight alliances are associated with student health: A multischool comparison of LGBTQ and heterosexual youth. *Journal of Research on Adolescence, 23,* 319–330. http://dx.doi.org/10.1111/j.1532-7795.2012.00832.x

Price-Feeney, M., Green, A. E., & Dorison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health*. Advance online publication. http://dx.doi.org/10.1016/j.jadohealth.2019.11.314

Reger, M. A., Stanley, I. H., & Joiner, T. E. (2020). Suicide mortality and coronavirus disease 2019—A perfect storm? *Journal of the American Medical Association Psychiatry*. Advance online publication. http://dx.doi.org/10.1001/jamapsychiatry.2020.1060

Rosario, M., & Schrimshaw, E. W. (2013). The sexual identity development and health of lesbian, gay, and bisexual adolescents: An ecological perspective. In C. J. Patterson & A. R. D'Augelli (Eds.), *Handbook of psychology and sexual orientation* (pp. 87–101). New York, NY: Oxford University Press.

Rudowitz, R. (2020). *COVID-19: Expected implications for Medicaid and state budgets*. Retrieved from https://www.kff.org/coronavirus-policy-watch/covid-19-expected-implications-medicaid-state-budgets/

Russell, S. T., & Fish, J. N. (2016). Mental health in lesbian, gay, bisexual, and transgender (LGBT) youth. *Annual Review of Clinical Psychology, 12,* 465–487. http://dx.doi.org/10.1146/annurev-clinpsy-021815-093153

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123,* 346–352. http://dx.doi.org/10.1542/peds.2007-3524

Snell, K. (2020). *What's inside the Senate's $2 trillion coronavirus aid package*. Retrieved from https://www.npr.org/2020/03/26/821457551/whats-inside-the-senate-s-2-trillion-coronavirus-aid-package

Social Security Administration. (2019). *Medicare*. Retrieved from https://www.ssa.gov/pubs/EN-05-10043.pdf

Steinman, M. A., Perry, L., & Perissinotto, C. M. (2020). Meeting the care needs of older adults isolated at home during the COVID-19 pandemic. *Journal of the American Medical Association Internal Medicine*. Advance online publication. http://dx.doi.org/10.1001/jamainternmed.2020.1661

U.S. Department of Labor. (2020). *News release*. Retrieved from https://www.dol.gov/sites/dolgov/files/OPA/newsreleases/ui-claims/20200774.pdf

Van Orden, K. A., Witte, T. K., Cukrowicz, K. C., Braithwaite, S. R., Selby, E. A., & Joiner, T. E., Jr. (2010). The interpersonal theory of suicide. *Psychological Review, 117,* 575–600. http://dx.doi.org/10.1037/a0018697

White House. (2020). *30 days to slow the spread*. Retrieved from https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf

Whittington, C., Hadfield, K., & Calderon, C. (2020). *The lives and livelihoods of many in the LGBTQ community are at risk amidst COVID-19 crisis*. Retrieved from https://www.hrc.org/resources/the-lives-and-livelihoods-of-many-in-the-lgbtq-community-are-at-risk-amidst

Yarns, B. C., Abrams, J. M., Meeks, T. W., & Sewell, D. D. (2016). The mental health of older LGBT adults. *Current Psychiatry Reports, 18,* 60. http://dx.doi.org/10.1007/s11920-016-0697-y

Zelle, A., & Arms, T. (2015). Psychosocial effects of health disparities of lesbian, gay, bisexual, and transgender older adults. *Journal of Psychosocial Nursing and Mental Health Services, 53,* 25–30. http://dx.doi.org/10.3928/02793695-20150623-04

Zhang, L., Finan, L. J., Bersamin, M., & Fisher, D. A. (2020). Sexual orientation-based depression and suicidality health disparities: The protective role of school-based health centers. *Journal of Research on Adolescence, 30*(Suppl. 1), 134–142. http://dx.doi.org/10.1111/jora.12454

Received April 30, 2020
Revision received May 14, 2020
Accepted May 18, 2020 ∎