


Sociological Spectrum

Mid-South Sociological Association

ISSN: 0273-2173 (Print) 1521-0707 (Online) Journal homepage: https://www.tandfonline.com/loi/usls20

# Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities

Jonathan S. Coley

To cite this article: Jonathan S. Coley (2018) Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities, Sociological Spectrum, 38:6, 422-437, DOI: 10.1080/02732173.2018.1564097

To link to this article:  https://doi.org/10.1080/02732173.2018.1564097

Published online: 20 Feb 2019.

Submit your article to this journal

Article views: 90

View Crossmark data

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=usls20

EXHIBIT I                                                                                        1

SOCIOLOGICAL SPECTRUM
2018, VOL. 38, NO. 6, 422–437
https://doi.org/10.1080/02732173.2018.1564097




# Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities[1]

Jonathan S. Coley

Department of Sociology, Oklahoma State University, Stillwater, OK, USA

**ABSTRACT**

In an era of rapidly evolving attitudes toward lesbian, gay, bisexual, and transgender rights, why do some Christian colleges and universities continue to discriminate against lesbian, gay, and bisexual students? The most intuitive answer to this question might point to many religious traditions' conservative teachings about same-sex relationships. Nevertheless, many schools associated with socially conservative religious traditions are actually inclusive of their sexual minority students. Building on recent insights from the literature on religion and the "culture wars," and analyzing original data on student handbook bans on same-sex relationships and "homosexual behavior" across 682 Christian colleges and universities, I show that it is when schools are associated with individualist religious traditions that emphasize personal piety that conservative teachings on same-sex relationships are associated with discrimination against sexual minorities. The study holds implications both for research on the exclusion of sexual minorities in schools and for theoretical debates on the relationship between religion and social injustice.

## Introduction

Despite the rapid gains by the lesbian, gay, bisexual, and transgender (LGBT) movement in the United States, many Christian faith traditions continue to resist extending equal rights to LGBT people. For example, the largest Christian group in the United States—the Roman Catholic Church—maintains that "homosexual acts [are] acts of grave depravity" and opposes the full inclusion of its noncelibate lesbian, gay, and bisexual members (Human Rights Campaign 2015). Although several mainline Protestant denominations (e.g., Disciples of Christ, Episcopal Church, Evangelical Lutheran Church in America, Presbyterian Church USA, and United Church of Christ) now accept lesbian, gay, and bisexual members and clergy, the largest mainline Protestant denomination, the United Methodist Church, continues to label homosexuality as a "sin" and refuses to ordain openly lesbian, gay, and bisexual clergy (Human Rights Campaign 2015). No major white evangelical Protestant denominations (e.g., Assemblies of God, Churches of Christ, Church of the Nazarene, Lutheran Church—Missouri Synod, Southern Baptist Convention, Wesleyan Church, and Wisconsin Evangelical Lutheran Synod) have embraced LGBT inclusion, and most black Protestant denominations and other religious groups emanating from the Christian tradition continue to resist LGBT inclusion.

CONTACT Jonathan S. Coley  jonathan.s.coley@okstate.edu  Department of Sociology, Oklahoma State University, 431 Murray, Stillwater, OK 74078, USA.
[1]The author thanks Allison Schnable, Andre Audette, Andrew Fullerton, the editor, the anonymous reviewers, and audiences at the 2017 Annual Meeting of the Southern Sociological Society and the 2018 Younger Scholars in the Sociology of Religion for their helpful feedback on the paper. Please direct correspondence to Jonathan Coley, Department of Sociology, Oklahoma State University, jonathan.s.coley@okstate.edu.
© 2019 Taylor & Francis Group, LLC

EXHIBIT I                                                                                                      2

Given the generally bleak landscape for LGBT people within Christian faith traditions (although see, e.g., Adler 2012; Kane 2013b; Whitehead 2013, 2017), it is perhaps no surprise that many Christian-affiliated colleges and universities in the United States still actively discriminate against LGBT students. Indeed, many Christian colleges and universities (31%) maintain official bans on "homosexual acts" or "homosexual behavior" (or similar prohibitions on same-sex relationships), generally found alongside bans on rape and incest in student handbooks.[2] The consequences of such discriminatory stances toward sexual minority students can be significant, certainly putting many students at risk of expulsion. Even if such bans are not always enforced, "if [people] define situations as real, they are real in their consequences" (Thomas and Thomas 1928:571–572): such bans contribute to a negative campus climate for lesbian, gay, and bisexual students (Craig et al. 2017; Rockenbach and Crandall 2016; Woodford, Levy, and Walls 2013) and thus put students at risk of bullying, harassment, and mental health problems (Craig et al. 2017; Wolff et al. 2016). Still, recent research shows that most Christian-affiliated colleges and universities (55%) have actually adopted official nondiscrimination policies protective of their lesbian, gay, and bisexual students, and this group of schools includes many colleges and universities affiliated with Christian traditions that maintain that homosexuality is a "sin" (Coley 2017). Why is it, then, that some Christian colleges and universities officially discriminate against sexual minorities while others do not?

Although a handful of recent studies have examined predictors of LGBT inclusion in U.S. schools (Coley 2017; Fetner and Kush 2008; Fine 2012; Kane 2013b), only one study to date has examined discriminatory policies in U.S. schools in the form of formal prohibitions on same-sex relationships or sexual behavior. That study, by Wolff and Himes (2010), examines a random selection of 20 Christian colleges and universities associated with the Council for Christian Colleges and Universities (CCCU), finding that all had some form of campus ban on homosexual acts, homosexual behavior, or extramarital sexual relations. The study helpfully identifies an issue of ongoing concern for sexual minority students at Christian colleges and universities, but the group of Christian colleges and universities from which that sample was drawn is not representative of all Christian colleges and universities—the CCCU represents only conservative (and mostly, white evangelical Protestant) Christian campuses. The study is also descriptive in nature and does not examine predictors of discriminatory policies. We thus continue to lack research that can explain the variation in discriminatory policies toward sexual minorities across a wide range of Christian colleges and universities.

In this study, I address the puzzle of why some Christian colleges and universities discriminate against sexual minorities while others do not by drawing on recent insights from the literature on religion and the "culture wars." Moving past the binary division of religious traditions into "conservative" and "liberal" camps—with religious traditions that oppose rights for sexual minorities assumed to be in the former camp and religious traditions that support rights for sexual minorities assumed to be in the latter camp—an emerging literature recognizes that religious traditions are also characterized by "individualist" (sometimes labeled "libertarian") and "communalist" (or "communal") impulses (Fuist, Stoll, and Kniss 2012; Kniss 2003; Kniss and Numrich 2007). Individualist religious traditions emphasize personal morality and piety, whereas communalist religious traditions emphasize social justice. Put another way, individualist religious traditions concentrate on the failings of individuals and the obligations of individuals within the larger society; they deploy the language of "sin" and emphasize the need for personal responsibility. Communalist religious traditions concentrate on the failings of society and the obligations of society to their members, and they deploy a language of structural failings and call for human

---

[2]I do not focus on bans on gender transitions or transgender identification in this study, because few Christian colleges and universities have adopted explicit policies on transgender issues in their student handbooks. This is not to suggest, however, that Christian colleges and universities are inclusive of transgender students: As Coley (2017:103) found, only 10% of Christian colleges and universities have adopted nondiscrimination policies inclusive of "gender identity" or "gender expression."

EXHIBIT I                                                                                                         3

rights. Although many religious traditions that have adopted conservative teachings on same-sex relationships fall squarely in the individualist camp, other religious traditions that maintain conservative positions on same-sex relationships are nevertheless better characterized by their communalist impulses. As I show, it is when Christian colleges and universities are associated with religious traditions that are both conservative *and* individualist that they will be most likely to maintain official bans on same-sex relationships or sexual behavior (most commonly referred to as "homosexual acts" or "homosexual behavior").

The study's findings hold not only theoretical implications for literatures in the sociology of religion and sexualities but also practical implications for students mobilizing to challenge discriminatory policies across many Christian colleges and universities (Coley 2014, 2018; Hughes 2018; McEntarfer 2011; Vespone 2016). I elaborate on these findings and their implications later in the article, but I first review previous research on religious opposition to and support for LGBT rights and discuss my data and analytic approach.

## Theorizing discrimination against sexual minorities at Christian colleges and universities

A large body of research has attempted to account for the role of religious groups in the "culture war" debates, including the ongoing debates over LGBT rights. Some researchers (e.g., Hunter 1991; Wuthnow 1988, 1989) link conservative and liberal divides to different religious positions on social issues. Christians with *conservative* religious beliefs—defined in terms of their traditionalist beliefs in the inerrancy and infallibility of church scriptures and/or the authority of church leaders—tend to oppose the incorporation of LGBT members within their religious traditions and are more likely to oppose LGBT rights. In comparison, Christian with *liberal* religious beliefs—defined in terms of their adherence to modernist readings of church scriptures—are more likely to support inclusion of LGBT members within their traditions and thus endorse LGBT rights. Although researchers have debated whether these conservative versus liberal divides are most evident between entire denominations or between congregations in any given denomination, the literature's overall emphasis on conservative versus liberal divides (rather than other potential dividing lines) is of primary interest here. Furthermore, although conservative and liberal divides manifest in a wide range of social debates, I concentrate here on denominations' conservative and liberal divides over the morality of same-sex relationships.

Research on religion and support or opposition to LGBT rights does show that Christian religious traditions with conservative beliefs on same-sex relationships tend to oppose extending rights to LGBT people, whereas Christian religious traditions with liberal beliefs on same-sex relationships tend to endorse LGBT rights. Perhaps unsurprising, at the U.S. denominational level, religious groups with conservative religious teachings on the morality of same-sex relationships all ban the ordination of lesbian, gay, and bisexual clergy and refuse to recognize same-sex marriages (Human Rights Campaign 2015). Most religious groups with conservative teachings on same-sex relationships have also advised congregations to deny lesbian, gay, and bisexual people membership, with the notable exception of the United Methodist Church, which advises the acceptance of lesbian, gay, and bisexual members (Human Rights Campaign 2015). Similarly, in studies of acceptance of gays and lesbians conducted at the U.S. congregational level, Adler (2012:192) showed that "congregations that are *not* biblically inerrant are over two times as likely … to allow membership privileges than those that are biblically inerrant," and Whitehead (2013:307) found that religiously "conservative … congregations are much less likely to include lesbians and gays in congregational life or formally welcome them" especially as compared to religiously liberal congregations. In a sign that religious traditions' official theological positions may be loosely coupled with congregational practices regarding the inclusion of sexual minorities, though, the studies show that Catholic parishes, despite belonging to a religious tradition that

EXHIBIT I                                                                                                   4

officially condemns same-sex relationships, are highly likely to welcome those who are in same-sex relationships as members in practice (see also Whitehead 2017).

A variety of studies have also documented mobilization against LGBT rights in the public sphere by religious traditions with conservative beliefs about same-sex relationships. It is true that, in the early 1960s, many people of faith who maintained that homosexuality was a "sin" were inspired to become active in homophile organizations, arguing against anti-sodomy laws and police harassment of lesbian, gay, and bisexual people (White 2015:ch. 3). Yet by the late 1960s and early 1970s, as gay liberationists and lesbian feminists began mobilizing alongside civil rights, feminist, and working-class movements in the United States, Christians increasingly perceived their institutions to be under assault and came to form the backbone of a major backlash against LGBT rights. Evangelical activist Anita Bryant, for example, formed the organization Save Our Children in 1977, mobilizing churchgoers against local nondiscrimination ordinances inclusive of sexual orientation (Fetner 2008). Similarly, Baptist minister Jerry Falwell formed the Moral Majority in 1979, a conservative coalition that would mobilize churchgoers in support of socially conservative politicians and against any attempts to advance LGBT rights (Wilcox 1991). Conservative Christians were instrumental in a number of anti-LGBT rights policy campaigns thereafter, including in opposition to funding for HIV/AIDS research in the 1980s, in support of discriminatory federal legislation such as the Defense of Marriage Act in the 1990s, in support of a Federal Marriage Amendment that would define marriage as a union between one man and one woman in the 2000s (Griffith 2017; Williams 2010), and in support of religious freedom laws allowing religious discrimination against LGBT people in the 2010s (Kazyak, Burke, and Stange 2018).

Although most research on religious opposition to or support for various "culture war" issues such as LGBT rights continues to focus on such conservative versus liberal religious divides over the morality of same-sex relationships, emerging research (e.g., Fuist et al. 2012; Kniss 2003; Kniss and Numrich 2007) links individualist (sometimes called "libertarian") and communalist (or "communal") religious divides to positions on social issues. Christians who hold *individualist* orientations—and who believe that churches should focus on reforming individuals—generally believe homosexuality threatens their moral purity and are more likely to oppose LGBT rights. However, Christians who hold *communalist* orientations—and who believe that churches should focus on promoting social and/or economic justice in the wider society—are more likely to support LGBT rights. Communalist religious traditions often exhibit a tendency to endorse human rights even for those whom they disagree, and thus a communalist orientation can lead religious traditions to oppose discrimination against LGBT people and endorse LGBT rights even when they hold conservative beliefs on the morality of same-sex relationships.

Recent research on religion and LGBT rights supports a link between individualist and communalist theological orientations and opposition to or support for LGBT rights. In their article aptly titled "Beyond the Liberal-Conservative Divide," Fuist et al. (2012:68) mapped the theological orientations of various religious traditions; they showed that all of the religious traditions with LGBT-inclusive policies happen to have communalistic theologies. In addition, many LGBT religious organizations protesting their denominations' policies on same-sex relationships draw on communalistic theological arguments, with the primary exceptions being those LGBT religious organizations protesting the Church of Jesus Christ of Latter-day Saints, Jehovah's Witness, and evangelical Protestant groups (Fuist et al. 2012:70). In a study on LGBT inclusion at Christian colleges and universities, Coley (2017) shows that Christian schools affiliated with communalist religious traditions are much more likely to have LGBT groups and nondiscrimination policies inclusive of sexual orientation than are Christian schools affiliated with individualist religious traditions, even when controlling for religious traditions' conservative or liberal teachings on same-sex relationships.

EXHIBIT I                                                                 5

Such insights on individualist and communalist theological orientations across religious traditions allow us to move past binary conceptions of conservative and liberal religious divides and thus understand religious traditions as the more complex and multifaceted entities that they are. Specifically, such insights allow us to understand how Christian colleges and universities associated with religious traditions that teach that homosexuality is a "sin" might nevertheless choose not to discriminate against sexual minority students, that is, if these Christian colleges and universities are also associated with religious traditions that have well-developed bodies of social justice teachings, comfort with the idea of universal human rights, and/or concern for the way that societies fail their most vulnerable members. Conversely, Christian colleges and universities may interpret teachings stating that homosexuality is a "sin" as mandates to discriminate when those schools are associated with religious traditions that emphasize personal piety. Denominations certainly have ways to encourage or even require a Christian college or university to adopt an accommodating or discriminatory stance toward their lesbian, gay, and bisexual students, such as requiring schools to place members of or leaders in their denominations on those schools' boards of trust or attaching certain expectations or requirements to money given to the school by a denomination (Coley 2018:ch. 4). If students at a school, or alumni of or donors to a school, are members of the denomination in question, they may add additional pressure to a school drawing on the language of their theological traditions (a phenomenon Fuist et al. [2012] certainly documented in their study of LGBT activists groups mobilizing to promote inclusive membership policies within their respective denominations).

Overall, given the theory and research on religion and the "culture wars" just reviewed, I proceed in this study to test this central proposition: Christian colleges and universities associated with religious traditions that view same-sex relationships as "sinful" will adopt student handbook bans on same-sex relationships or sexual behavior (most commonly referred to as "homosexual behavior" or "homosexual acts") when those denominations also exhibit individualist theological orientations.

## Data and methods

The study's population of interest is Christian colleges and universities in the United States ($N=682$). I generated a list of such schools through the U.S. Department of Education's Integrated Postsecondary Education Data System (Integrated Postsecondary Education Data System [IPEDS] 2014) website. Although these schools certainly differ in the degree to which they expect all members of their community to be Christian—with schools that accept only Christian students or hire Christian faculty or staff on one end, to schools that maintain no expectations that students, faculty, staff, or administrators be Christian on the other end—all of these schools currently maintain religious ties to a Christian denomination or, in the case of nondenominational schools, at least actively identify themselves as Christian.

The dependent variable is a discriminatory student handbook ban on same-sex relationships or sexual behavior.[3] To identify such bans, I examined the student handbooks of the 682 Christian colleges and universities for the 2013 to 2014 school year. I searched for terms such as "homosexual," "homosexuality," "gay," and "sex" to identify any language in the student handbooks regarding sexual intercourse or relationships between two people of the same sex. The schools that adopted discriminatory policies against lesbian, gay, and bisexual students generally

---

[3]A potential additional source for data on discriminatory policies at Christian colleges and universities might be the Title IX waivers that the U.S. Department of Education began issuing to Christian colleges and universities toward the end of the Obama administration, allowing religious schools to discriminate against transgender students in particular (Gjelten 2018). However, the Trump administration rescinded protections for transgender students—in essence issuing a "blanket Title IX waiver" for religious schools to be able to discriminate (Soulforce 2018)—making these waivers redundant and leading many schools to stop requesting them (Allen 2018).

EXHIBIT I                                                                                           6

did so by banning "homosexual acts" or "homosexual behavior" alongside behaviors such as "rape" and "incest" in a student code of conduct section of the student handbook (although I also counted a school as having a discriminatory student handbook ban if it had other language suggesting that same-sex relationships were banned or that the school viewed marriage as only being between a man and a woman).[4] Because the language of "homosexual acts" and "homosexual behavior" was remarkably similar across the student handbooks of the Christian colleges and universities with such bans, Christian colleges and universities were likely looking to peer schools to see how other schools dealt with such relationships or behavior. In qualitative interviews as part of a larger project (Coley 2018), I found that the seemingly broad and ambiguous language of "homosexual acts" and "homosexual behavior" (rather than homosexual intercourse, same-sex relationships, etc.) was adopted out of a belief, at the time such language was drafted, that only two people of the opposite sex could properly have sexual intercourse. Thus, the language of "homosexual acts" and "homosexual behavior" is meant to be enforced against two people of the same sex engaged in sexual activity. Nevertheless, because of the ambiguity of the language, it could theoretically be applied against two people of the same sex engaged in behaviors such as hand-holding. I found that bans on same-sex relationships or sexual behavior were present at 31% of the Christian colleges and universities ($n = 211$ of 682).

The primary independent variables of interest are affiliation with *individualist* (rather than communalist) religious traditions and affiliation with religious traditions with *conservative* (rather than liberal) teachings on same-sex relationships, with a special focus on the interaction between individualism and conservative positions on same-sex relationships. To construct the variable that indicates whether a school is affiliated with an individualist religious tradition, I obtained information on religious affiliation from IPEDS (2014) and then coded the data according to classifications by Fuist et al. (2012:68).[5] Table 1 lists examples of religious traditions with individualist and communal orientations. In general, evangelical Protestant denominations (e.g., Assemblies of God, Churches of Christ, Church of the Nazarene, Lutheran Church—Missouri Synod, Southern Baptist Convention, Wesleyan Church, Wisconsin Evangelical Lutheran Synod) and independent and nondenominational Christian traditions possess individualist orientations, whereas the Roman Catholic Church, black Protestant denominations (e.g., African Methodist Episcopal, Christian Methodist Episcopal Church, National Baptist Convention), mainline Protestant denominations (e.g., American Baptist Churches USA, Disciples of Christ, Episcopal Church, Evangelical Lutheran Church in America, Presbyterian Church USA, United Church of Christ, United Methodist Church), and the historic Protestant peace churches (Church of the Brethren, Friends General Conference, Mennonite Church USA) exhibit communal orientations.[6] Overall, 35% of Christian universities are associated with individualist religious traditions ($n = 238$ of 682).

To construct the variable that indicates whether a school belongs to a religious tradition with socially conservative teachings on same-sex relationships, I used the data on religious affiliation from IPEDS (2014) and then coded these religious traditions as having socially conservative positions on same-sex relationships if they consider same-sex relationships to be "sinful." I draw

---

[4]Note that some schools (13.7%) adopted broader bans on "homosexual/heterosexual intercourse." For my initial analyses, unless these schools separately indicated that they believed same-sex relationships to be intrinsically immoral or that they believed marriage should be between only a man and a woman, I did not code schools with such bans as having discriminatory handbook bans.

[5]I cross-checked Fuist et al.'s (2012) classifications and filled in occasional gaps in their study with my own review of official materials provided on the websites of these denominations.

[6]Although Fuist et al. (2012) consider only formal denominations in their study, I code independent and nondenominational Christian schools as individualist given that their doctrines generally align with evangelical Protestant denominations (Association of Religion Data Archives 2018). Indeed, past research shows nondenominational Christian churches to be deeply individualist in nature, perhaps unsurprising given that they reject formal association with other congregations (e.g., Cohen and Hill 2007).

EXHIBIT I    7

Table 1. Examples of major religious traditions, by individualist and communal orientations and by conservative and liberal teachings on same-sex relationships.

|  | Religious traditions with communal orientations | Religious traditions with individualist orientations |
|---|---|---|
| **Religious traditions with conservative teachings on same-sex relationships** | African Methodist Episcopal<br>American Baptist Churches USA<br>Christian Methodist Episcopal Church<br>Church of the Brethren<br>Mennonite Church USA<br>Moravian Church in North America<br>National Baptist Convention<br>Roman Catholic Church<br>United Methodist Church | Assemblies of God<br>Churches of Christ<br>Church of the Nazarene<br>Lutheran Church—Missouri Synod<br>Seventh Day Adventist<br>Southern Baptist Convention<br>Wesleyan Church<br>Wisconsin Evangelical Lutheran Synod |
| **Religious traditions with liberal teachings on same-sex relationships** | Disciples of Christ<br>Episcopal Church<br>Evangelical Lutheran Church in America<br>Friends General Conference<br>Presbyterian Church USA<br>United Church of Christ | Nondenominational Christian[a]<br>Independent Baptist[a]<br>Independent Lutheran[a] |

[a]Nondenominational and independent schools were coded as being associated with liberal teachings on same-sex relationships if those schools had broken off from a denomination due to a rejection of a denomination's social conservatism.

primarily on information from the Human Rights Campaign's (2015) faith statement database. Religious traditions with socially conservative or liberal teachings on same-sex relationships are also noted in Table 1. The group of religious traditions with socially conservative positions on same-sex relationships includes not only the aforementioned evangelical Protestant denominations but also the Roman Catholic Church, all of the aforementioned black Protestant denominations, two of the mainline Protestant denominations (American Baptist Churches USA and United Methodist Church), and two of the historic peace churches of Protestantism (Church of the Brethren and Mennonite Church USA). Religious traditions with socially liberal positions on same-sex relationships are limited to some of the mainline Protestant denominations (e.g., Disciples of Christ, Episcopal Church, Evangelical Lutheran Church in America, Presbyterian Church USA, and United Church of Christ) and the Friends General Conference, along with some independent or nondenominational Christian universities that have broken off previous ties to socially conservative denominations.[7] Overall, 79% of Christian universities are associated with religious traditions that teach that same-sex relationships are "sinful" ($n = 538$ of 682).

I include control variables from past studies on LGBT groups and policies in U.S. schools (Coley 2017; Fetner and Kush 2008; Fine 2012; Kane 2013a). Although these studies concentrate on LGBT-inclusive policies in U.S. schools, I include variables from such studies with the expectation that any positive effects in studies of LGBT inclusion would be reversed in a study of discriminatory policies toward sexual minorities. For a first group of control variables, I consider institutional characteristics associated with LGBT-related policies, specifically a school's selectivity (percentage acceptance rate, drawing directly from data on the IPEDS [2014] website) and endowment per student (drawn directly from data on FindTheBest [2014], given the lack of data on endowment in IPEDS [2014]). Findings in past studies would seem to imply a negative effect for school selectivity and endowment on discriminatory handbook policies (Coley 2017; Kane 2013a).

For a second group of control variables, I consider student body characteristics associated with LGBT-related policies: the number of students at a school, the percentage of students of color,

---

[7]Although I classified many nondenominational Christian colleges and universities as socially conservative, given that their doctrines generally align with evangelical Protestant denominations (Association of Religion Data Archives 2018), if I found specific documentation that a school had broken off from a Christian denomination in reaction to its social conservatism, I coded that school as "liberal."

EXHIBIT I                                                                 8

the percentage of women students, the percentage of students on need-based loans, and the percentage of students who major in religious studies or theological studies, all drawn directly from data on the IPEDS (2014) website. Findings in past studies would seem to suggest that schools with a lower total number of students and more religious/theological studies students would tend to adopt discriminatory handbook policies (Coley 2017; Fetner and Kush 2008; Fine 2012). (Findings on race, gender, and income composition of students have been extremely mixed across studies, with some indication that a higher percent of students of color is negatively associated with LGBT inclusion; Coley 2017; Kane 2013a.)

Finally, a third group of control variables relates to the sociopolitical contexts in which these Christian colleges and universities are embedded. I consider whether a school is located in a "blue" (Democratic-leaning) state, whether a school is located outside of the South, and whether the school is located outside of a rural area, drawing on data on school location from IPEDS (2014) matched with relevant data on 2012 election results and Census Bureau classification of southern states and rurality. Past studies would seem to imply negative effects for location in "blue states," the non-South, and nonrural areas on the presence of discriminatory handbook policies (Coley 2017; Fetner and Kush 2008; Fine 2012).

In the analyses that follow, I provide descriptive statistics and results from logistic regressions. The descriptive statistics compare schools with discriminatory handbook bans to schools without discriminatory bans in terms of all variables included in the study (not holding other variables constant). I indicate when differences between schools with discriminatory bans and schools without discriminatory bans are statistically significant by providing results from chi-square tests of proportions and $t$ tests of means. The multivariate logistic regression analyses indicate the logged odds of a Christian college or university having a student handbook ban on same-sex relationships or sexual behavior (e.g., "homosexual behavior" or "homosexual acts"). Because intraclass correlation coefficients indicate that a significant proportion of the total variance in discriminatory handbook bans is explained by clustering within religious traditions (but not within states), I employ cluster robust standard errors by religious tradition.[8]

## Results

I begin by providing descriptive statistics. Specifically, Table 2 contrasts schools with discriminatory policies to schools without discriminatory policies in terms of each variable included in the study. The results show that schools with discriminatory policies tend to be associated with religious traditions with conservative teachings on same-sex relationships (94.31%); however, numerous schools without discriminatory policies are also associated with religious traditions maintaining conservative positions on same-sex relationships (75.14%). Schools with discriminatory policies are similarly associated with individualist religious traditions (91%), but the contrast with the percentage of schools that lack discriminatory policies but are associated with individualist religious traditions (9.77%) is much more stark. The bivariate relationships for control variables generally align with expectations.

Next, Table 3 provides the results of the multivariate logistic regression analyses of discriminatory student handbook bans at Christian colleges and universities. Model 1 represents the base model, including all control variables but excluding variables related to the individualist or socially conservative nature of a school's affiliated religious tradition. The measure of model fit (Nagelkerke's measure) is approximately 0.48. The remaining models (2 through 4) then introduce the variables for affiliated religious traditions seriatim. Model 2 shows that affiliation with a religious tradition that maintains a conservative position on same-sex relationships is significantly

---

[8]I also estimated results from multilevel models that conceptualize school (i.e., student body and institutional) characteristics as nested within denominations and found that the results were consistent with the logistic regression models that follow.

EXHIBIT I                                                                                                                    9

**Table 2.** Descriptive statistics for discriminatory handbook policies at Christian universities.

|  | All schools | Schools with discriminatory policies | Schools without discriminatory policies | Sig. |
|---|---|---|---|---|
| Affiliation with conservative religious tradition (prop.) | 78.89% | 94.31% | 75.14% | *** |
| Affiliation with individualist religious tradition (prop.) | 34.90% | 91.00% | 9.77% | *** |
| Number of students (mean) | 2,430 | 1,985 | 2,630 | *** |
| % Students of color (mean) | 31.79% | 27.41% | 33.75% | *** |
| % Women (mean) | 59.17% | 53.27% | 61.81% | *** |
| % Students on loans (mean) | 67.07% | 63.54% | 68.66% | ** |
| Endowment (FTE) (mean) | $30,025 | $18,121 | $35,358 | *** |
| % Acceptance (mean) | 67.70% | 70.77% | 66.32% | * |
| % State vote for Obama (mean) | 48.93% | 46.82% | 49.87% | *** |
| Non-South (prop.) | 61.88% | 53.55% | 65.61% | *** |
| Nonrural (prop.) | 74.78% | 70.14% | 76.86% | * |
| Sample size | 682 | 211 | 471 | |

Note. Sig. = significance; prop. = proportion; FTE = full-time equivalent.
$*p < .05.$ $**p < .01.$ $***p < .001$ (two-tailed tests).

**Table 3.** Logistic regression models for discriminatory handbook policies at Christian universities.

|  | Model 1 b SE | Model 2 b SE | Model 3 b SE | Model 4 b SE |
|---|---|---|---|---|
| *Religion variables* | | | | |
| Affiliation with religious tradition with conservative teachings on same-sex relationships | | 1.565* 0.737 | | −0.945 0.619 |
| Affiliation with individualist religious tradition | | | 4.275*** 0.445 | 0.778 1.282 |
| Affiliation with religious tradition with conservative teachings on same-sex relationships x individualist religious tradition | | | | 4.281** 1.355 |
| *Student body characteristics* | | | | |
| Number of students | 0.000 0.000 | 0.000 0.000 | 0.000 0.000 | 0.000 0.000 |
| % Students of color | −2.413** 0.892 | −2.557** 0.844 | −2.631** 0.875 | −2.315* 1.010 |
| % Women | −2.045 1.434 | −1.952 1.497 | −2.308 1.543 | −2.037 1.767 |
| % Student loans | −0.957 0.825 | −0.715 0.884 | −0.139 1.026 | −0.802 1.015 |
| % Religion majors | 7.750*** 2.247 | 7.450*** 2.214 | 4.723*** 0.937 | 4.463*** 1.083 |
| *Institutional characteristics* | | | | |
| Endowment (FTE) | 0.000 0.000 | 0.000 0.000 | 0.000 0.000 | 0.000 0.000 |
| % Acceptance | −0.298 0.684 | −0.249 0.677 | 0.218 0.930 | 1.021 0.982 |
| *Contextual characteristics* | | | | |
| % State vote for Obama | −2.292 1.690 | −2.232 1.544 | −1.759 3.214 | −2.471 3.430 |
| Non-South | −0.637 0.379 | −0.672 0.421 | 0.110 0.581 | 0.109 0.552 |
| Nonrural | −0.177 0.267 | −0.316 0.281 | −0.342 0.278 | −0.210 0.360 |
| Constant | 3.068* 1.341 | 1.594 1.279 | −0.551 1.254 | 0.026 1.156 |
| Chi-square | 281.00*** | 304.80*** | 526.49*** | 561.83*** |
| Nagelkerke | 0.476 | 0.508 | 0.758 | 0.791 |

Note. SE = standard error; FTE = full-time equivalent.
$*p < .05.$ $**p < .01.$ $***p < .001$ (two-tailed tests).

EXHIBIT I                                                                                                              10



**Figure 1.** Interaction effect between individualist orientation and conservative teachings about same-sex relationships on presence of discriminatory policy.

and positively associated with the presence of discriminatory student handbook bans, as expected. By exponentiating the coefficient for a religious tradition with a conservative position on same-sex relationships, one finds that the odds of having a discriminatory handbook ban are 4.78 times greater for schools associated with religious traditions maintaining conservative positions on same-sex relationships than for schools associated with religious traditions maintaining liberal positions on same-sex relationships. Note, however, that the measure of model fit in Model 2 improves only slightly (to 0.51). Model 3 introduces the variable for affiliation with an individualist religious tradition, and this variable is similarly significantly and positively associated with the presence of student handbook bans. In this case, however, the odds of having a discriminatory handbook ban are 71.88 times greater for schools associated with individualist religious traditions than for schools associated with communal religious traditions. Nagelkerke's measure now improves to 0.76. Finally, Model 4 introduces the interaction term indicating whether a school is affiliated with a religious tradition that is both conservative and individualist in nature. This interaction term is significantly and positively associated with the presence of student handbook bans, indicating that when a school is associated with an individualist religious tradition, the simultaneous association with a religious tradition maintaining a conservative position on same-sex relationships now leads to 72.31 greater odds of having a discriminatory handbook ban. In this final combined model, the measure of model fit improves further to 0.79.

Figure 1 provides a visual model of the interaction effect between theological orientation and teachings on same-sex relationships and makes the utility of the interaction term clear. Specifically, Figure 1 shows that it is when a school is associated with a religious tradition that maintains both a conservative teaching on same-sex relationships and an overall individualist orientation that it is more likely to have a discriminatory ban than not (with more than 80% of such schools having discriminatory policies). Schools affiliated with religious traditions that maintain conservative teachings on same-sex relationships yet are also associated with communalist religious traditions are not likely to have discriminatory bans, and similarly any schools affiliated with religious traditions with liberal teachings on same-sex relationships (whether those religious traditions are individualist or not) are unlikely to have student handbook bans.

Only rarely do any of the control variables have statistically significant effects on the presence of student handbook bans. Specifically, in each of the models, an increase in the percentage of

EXHIBIT I    11

students of color at a school is negatively associated with the presence of a student handbook ban, whereas an increase in the percentage of religion or theological studies majors at a school is positively associated with the presence of a student handbook ban. No other control variables are significant. The finding on a school's racial composition is somewhat surprising, given that the percentage of students of color at a school has sometimes been negatively associated with the presence of LGBT groups at colleges and universities (Coley 2017; Kane 2013a). This finding seems to indicate that, although racially diverse campuses may not be particularly inclusive, they do not go out of their way to be exclusionary, either. By contrast, the finding on percentage of religion and theological studies majors at a school is very much in line with past literature and may partly be driven by some highly conservative schools that require students to maintain religion or theological studies as one of their college majors (Coley 2017).

### Alternative models

It is possible that the dependent variable included in the preceding models undercounts the number of schools that take discriminatory actions against sexual minority students. Specifically, although past research has shown that more than 55% of Christian colleges and universities have adopted nondiscrimination policies inclusive of sexual orientation (Coley 2017), and although this study shows that more than 31% of Christian colleges and universities have adopted student handbook policies on same-sex relationships or sexual behavior, a remaining 13.7% of Christian colleges and universities lack either kind of policy or have seemingly neutral policies toward sexual minority students (e.g., bans on "homosexual/heterosexual intercourse"). It is possible these schools might still find ways to discriminate against sexual minority students or enforce seemingly neutral bans against their lesbian, gay, bisexual students more often than against their heterosexual students. Thus, in additional analyses (not shown here but available upon request), I constructed an alternative dependent variable that analyzes whether a school has declined to adopt a nondiscrimination policy inclusive of sexual orientation (and thus has a formal student handbook ban on same-sex relationships or behavior, a seemingly neutral policy against homosexual/heterosexual policy, or no policy at all). The results remain consistent with the models just presented—the interaction effect between individualist orientation and a conservative teaching on same-sex relationships remains the strongest predictor—although the overall model fit is slightly weaker (0.64 in the combined model). The only control variable that is significant (and a negative predictor) in a combined model is a state's percentage vote for Obama, indicating that a state's political leanings may rise in importance when considering why schools lack inclusive nondiscrimination policies.

### Discussion

Why do some Christian colleges and universities discriminate against lesbian, gay, and bisexual students? The results clearly support the central proposition advanced in this study—specifically, Christian colleges and universities associated with conservative religious traditions that teach that homosexuality is a "sin" will tend to adopt discriminatory student handbook bans on same-sex relationships or sexual behavior if those religious traditions also exhibit individualist theological orientations that emphasize matters of personal piety. Christian schools associated with conservative religious traditions that nevertheless exhibit communal theological orientations—that is, that are oriented toward issues of social justice—tend to lack such handbook bans, as do most Christian schools associated with liberal religious traditions (whether individualist or communalist).

A close analysis of the data reveals limited heterogeneity among schools associated within any given denomination in terms of their policies on same-sex relationships; in other words, schools

EXHIBIT I                                                                                          12

associated within any given denomination largely take the same approach to same-sex relationships. Specifically, the following denominations (all exhibiting communal orientations) are not affiliated with any schools that have adopted discriminatory student handbook policies regarding same-sex relationships or sexual behavior: African American Episcopal Church, American Baptist Churches USA, Disciples of Christ, Episcopal Church, Evangelical Lutheran Church in America, United Church of Christ, and United Methodist Church. Roman Catholic Church, Presbyterian Church USA, and Friends schools come quite close to lacking discriminatory policies. This is not to say these schools are entirely welcoming—indeed, school cultures likely vary significantly—but it is to say that these schools have generally decided not to formally exclude lesbian, gay, and bisexual students from their schools. Conversely, all schools affiliated with the following denominations (all exhibiting individualist orientations) have adopted discriminatory policies toward "homosexual acts" and "homosexual behavior": Assemblies of God and Wesleyan Church. Churches of Christ, Nazarene, and Seventh Day Adventist schools also come close to nearly all having discriminatory policies. (For the sake of this discussion, I have not listed those denominations that are only affiliated with fewer than five schools.)

The schools with the most diversity in terms of their policies among the remaining larger religious traditions are independent and nondenominational Christian schools (some of which broke off from denominations because of objections to their social conservatism and thus no longer have a formal denomination holding them back from opening their doors to lesbian, gay, and bisexual students), as well as Southern Baptist schools. The Southern Baptist Convention is more decentralized than many other large denominations, and indeed Baptist schools tend to be affiliated with state Baptist conventions (rather than the national Southern Baptist Convention as a whole), which may provide individual schools some flexibility in setting policies. Again, it is important to emphasize that schools that lack discriminatory handbook bans are not necessarily welcoming—indeed, very few Baptist schools have gone so far as to adopt inclusive nondiscrimination policies—as well as to note that many of the schools continue to marginalize sexual minority students through more subtle ways, such as through heteronormative housing policies.

Overall, though, it seems clear that the religious traditions with which Christian colleges and universities are affiliated have a strong impact on their schools' policies toward sexual minorities, and this effect is likely due to those religious traditions' individualist or communal orientations. Indeed, the theological orientations of the religious traditions with which Christian colleges and universities are affiliated may shape schools' conceptions of what it means to *be* a Christian college or university. Specifically, schools associated with individualist religious traditions (which emphasize personal piety) may see themselves as catering primarily to Christian students and hold them to their traditions' interpretations of Christian teachings on same-sex relationships. However, schools associated with communal religious traditions (which emphasize social justice) may see themselves as providing education to everyone in their surrounding communities, whether those people are Christian or non-Christian, and that means that these schools open their doors even to students with whom they disagree.

## Conclusion

Lesbian, gay, and bisexual students attend Christian colleges and universities for many of the same reasons as straight students: Some students are devoutly religious and seek to both grow in their faith and have opportunities to explore questions regarding the meaning of life in ways that might not be possible at secular schools (Glanzer, Hill, and Johnson 2017; Hawthorne 2014). Other lesbian, gay, and bisexual students, much like their heterosexual peers, attend Christian colleges and universities not so much out of any strong faith convictions (Dalessandro 2016) but because their parents have encouraged them to go there, because the school is in an attractive location, because the school has a good academic reputation, or because the school gave them the

EXHIBIT I    13

most financial aid (Coley 2018). Regardless, sexual minority students face particular challenges to their inclusion at nearly one-third of such campuses in the form of student handbook bans on same-sex relationships and sexual behavior.

This study is the first both to document and to explain variations in the presence of discriminatory policies toward sexual minority students across Christian colleges and universities in the United States, showing that schools tend to discriminate against their sexual minority students when they are affiliated with religious traditions that teach that same-sex relationships are "sinful" and exhibit an overarching focus on issues of personal piety. The study not only fills a lacuna in research on campus policies toward lesbian, gay, and bisexual students but also seeks to advance sociological theory on the role of various religious traditions in the "culture wars." Specifically, the study pushes back against the notion that religious traditions engaged in the culture wars can be distinguished along predictable conservative or liberal lines and instead argues that to fully understand religious traditions' support or opposition to social justice, one must also understand these religious traditions' individualist or communal orientations (Fuist et al. 2012; Kniss 2003; Kniss and Numrich 2007). Past studies in the sociology of religion on black Protestant churches, although not using the same language of individualism or communalism, have demonstrated similar divides between (and within) religious traditions. For example, Barnes (2004:202) has shown that black churches specializing in "prophetic functions" (e.g., by promoting community empowerment) were more involved in providing social services to black communities than black churches specializing in "priestly functions," which focused on "spiritual/religious needs of members" (see also Reed, Williams, and Ward [2016] on this priestly and prophetic distinction). Similarly, Davidson and Garcia (2014) have shown that, due to their churches' histories of teachings in favor of social justice, black Protestants are more likely to support social services for undocumented immigrants as compared to the more individualistic white evangelical Protestants. However, this study is relatively unique in applying such a framework across a full range of Christian religious traditions (also see Coley 2017; Fuist et al. 2012). Future studies might similarly draw on this framework to understand religious traditions' stances on social issues such as transgender rights, no-fault divorce, and access to contraception.

The results also contribute to the literature on gender, sexuality, and education. Past scholarship has identified predictors of LGBT groups and inclusive nondiscrimination policies in U.S. schools (Fetner and Kush 2008; Fine 2012; Kane 2013b), including Christian colleges and universities in particular (Coley 2017). However, we have lacked insight into why some schools adopt policies that discriminate against their sexual minority students, a phenomenon mostly confined to religious colleges and universities and previously identified by Wolff and Himes (2010). This study has both documented and theorized variation in such discriminatory policies across the full range of Christian colleges and universities in the United States. Future studies might examine whether the framework can explain discriminatory policies at non-Christian religious colleges and universities in the United States or at Christian colleges and universities outside the United States.

Finally, the results have practical implications for the growing number of student movements mobilizing to challenge discriminatory policies at Christian colleges and universities (Coley 2014, 2018; McEntarfer 2011; Vespone 2016), as well as for the work of activist groups such as Soulforce (a national organization that has held "Equality Rides" to schools with discriminatory student handbook policies; see Powell 2011; Spencer and Barnett 2013). Lesbian, gay, and bisexual students attending many Christian colleges and universities face a negative campus climate (Craig et al. 2017; Rockenbach and Crandall 2016; Woodford et al. 2013), placing them at risk of bullying, harassment, and mental health problems (Craig et al. 2017; Wolff et al. 2016). Sexual minority students at such schools also commonly report experiencing personal religious-sexual identity conflicts (Bailey and Strunk 2018; Coley 2014; Hughes 2018; Longard 2013; Wedow et al. 2017), given long-standing skepticism and hostility toward lesbian, gay, and bisexual people from many

EXHIBIT I                                                                                14

people of faith (e.g., Barringer, Gay, and Lynxwiler 2013; Zeininger, Holtzman, and Kraus 2017). The results suggest one practical strategy for challenging such discriminatory policies and thus improving the campus climate for sexual minorities (and perhaps also transgender students) at Christian colleges and universities: deploying communalist religious arguments in favor of LGBT rights. One comparative study of LGBT activism at four Christian colleges and universities showed that employing religious discourse that emphasizes that a Christian community should be loving and welcoming toward everyone has been highly successful at ending discriminatory policies at some schools (such as Belmont University, a formerly Southern Baptist and currently non-denominational university in Nashville, Tennessee, and Goshen College, a Mennonite college in Goshen, Indiana) (Coley 2018:ch. 4). Activist groups that eschewed religious discourse in favor of more generic pro-human rights arguments were, by comparison, less successful in challenging discriminatory polices (Coley 2018:ch. 4). The continued individualist leanings of many of these schools' affiliated denominations will continue, however, to remain an obstacle, as will these schools' affiliation with conservative consortiums such as the CCCU (Wolff and Himes 2010), which will perhaps force more pointed policy and legal conversations in the years to come (Gjelten 2018).

## Author notes

*Jonathan Coley* holds a PhD in Sociology from Vanderbilt University and is currently an Assistant Professor of Sociology at Oklahoma State University. His research agenda is situated within the fields of social movements and the sociology of religion, focusing on processes related to minority-group inclusion within conservative, religious settings. His first book, *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*, was published by The University of North Carolina Press in 2018. He has also published articles in journals such as *Social Currents*, *Sociological Perspectives*, *Mobilization*, and *Social Movement Studies* and the series *Research in Social Movements, Conflicts and Change*.

## ORCID

Jonathan S. Coley  http://orcid.org/0000-0002-0829-6171

## References

Adler, Gary. 2012. "An Opening in the Congregational Closet? Boundary-Bridging Culture and Membership Privileges for Gays and Lesbians in Christian Religious Congregations." *Social Problems* 59(2):177–206

Allen, Samantha. 2018. "Under Trump and DeVos, Trans Students Face 'Spiritual Violence' at Religious Schools." *The Daily Beast*. Retrieved August 25, 2018 (https://www.thedailybeast.com/under-trump-and-devos-trans-students-face-spiritual-violence-at-religious-schools).

Association of Religion Data Archives. 2018. "Evangelical Protestant Denominations." Retrieved March 31 2018. (http://www.thearda.com/rcms2010/evangelical.asp).

Bailey, Lucy E., and Kamden K. Strunk. 2018. "'A Question Everybody Danced Around': Gay Men Making Sense of Their Identities in Christian Colleges." *Educational Studies* 54(5):483–504. doi:10.1080/00131946.2018.1453513.

Barnes, Sandra L. 2004. "Priestly and Prophetic Influences on Black Church Social Services." *Social Problems* 51(2): 202–21. doi:10.1525/sp.2004.51.2.202.

Barringer, Mandi Nicole, David A. Gay, and John P. Lynxwiler. 2013. "Gender, Religiosity, Spirituality, and Attitudes toward Homosexuality." *Sociological Spectrum* 33(3):240–57. doi:10.1080/02732173.2013.732903.

Cohen, Adam B., and Peter C. Hill. 2007. "Religion as Culture: Religious Individualism and Collectivism among American Catholics, Jews, and Protestants." *Journal of Personality* 75(4):709–42.

Coley, Jonathan S. 2014. "Social Movements and Bridge Building: Religious and Sexual Identity Conflicts." *Research in Social Movements, Conflicts, and Change* 37:125–51.

Coley, Jonathan S. 2017. "Reconciling Religion and LGBT Rights: Christian Universities, Theological Orientations, and LGBT Inclusion." *Social Currents* 4(1):87–106. doi:10.1177/2329496516651639.

EXHIBIT I                                                                                                          15

Coley, Jonathan S. 2018. *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. Chapel Hill, NC: University of North Carolina Press.

Craig, Shelley L., Ashley Austin, Mariam Rashidi, and Marc Adams. 2017. "Fighting for Survival: The Experiences of Lesbian, Gay, Bisexual, Transgender, and Questioning Students in Religious Colleges and Universities." *Journal of Gay and Lesbian Social Services* 29(1):1–24. doi:10.1080/10538720.2016.1260512.

Dalessandro, Cristen. 2016. "'I Don't Advertise the Fact That I'm a Catholic': College Students, Religion, and Ambivalence." *Sociological Spectrum* 36(1):1-12. doi:10.1080/02732173.2015.1068141.

Davidson, Theresa C., and Carlos Garcia. 2014. "Welcoming the Stranger: Religion and Attitudes toward Social Justice for Immigrants in the U.S." *Journal of Religion and Society* 16(1):1–21.

Fetner, Tina. 2008. *How the Religious Right Shaped Lesbian and Gay Activism*. Minneapolis, MN: University of Minnesota Press.

Fetner, Tina, and Kristin Kush. 2008. "Gay-straight Alliances in High Schools: Social Predictors of Early Adoption." *Youth and Society* 40(1):114–30. doi:10.1177/0044118X07308073.

Fine, Leigh E. 2012. "The Context of Creating Space: Assessing the Likelihood of College LGBT Center Presence." *Journal of College Student Development* 53(2):285–99. doi:10.1353/csd.2012.0017.

Fuist, Todd N., Laurie Cooper Stoll, and Fred Kniss. 2012. "Beyond the Liberal-Conservative Divide: Assessing the Relationship between Religious Denominations and Their Associated LGBT Organizations." *Qualitative Sociology* 35(1):65–87. doi:10.1007/s11133-011-9211-3.

Gjelten, Tom. 2018. "Christian Colleges Are Tangled in Their Own LGBT Policies." *NPR*. Retrieved March 31, 2018 (https://www.npr.org/2018/03/27/591140811/christian-colleges-are-tangled-in-their-own-lgbt-policies).

Glanzer, Perry L., Jonathan P. Hill, and Byron R. Johnson. 2017. *The Quest for Purpose: The Collegiate Search for a Meaningful Life*. Albany, NY: SUNY Press.

Griffith, R. Marie. 2017. *Moral Combat: How Sex Divided American Christians & Fractured American Politics*. New York, NY: Basic Books.

Hawthorne, John W. 2014. *A First Step into a Much Larger World: The Christian University and beyond*. Eugene, OR: Wipf & Stock.

Hughes, Bryce E. 2018. "Resilience of Grassroots Leaders Involved in LGBT Issues at a Catholic University." *Journal of Student Affairs Research and Practice* 55(2):123–36. doi:10.1080/19496591.2017.1366330.

Human Rights Campaign. 2015. "Faith Positions." *Retrieved June* 20:2015. https://www.hrc.org/resources/faith-positions.

Hunter, James D. 1991. *Culture Wars: The Struggle to Define America*. New York: Basic Books.

Integrated Postsecondary Education Data System (IPEDS). 2014. "College Navigator." U.S. Department of Education. Retrieved November 16, 2014 (http://nces.ed.gov/ipeds).

Kane, Melinda D. 2013a. "Finding 'Safe' Campuses: Predicting the Presence of LGBT Student Groups at North Carolina Colleges and Universities." *Journal of Homosexuality* 60:328–52.

Kane, Melinda D. 2013b. "LGBT Religious Activism: Predicting State Variations in the Number of Metropolitan Community Churches, 1974-2000." *Sociological Forum* 28(1):135–58. doi:10.1111/socf.12006.

Kazyak, Emily, Kelsy Burke, and Matthew Stange. 2018. "Logics of Freedom: Debating Religious Freedom Laws and Gay and Lesbian Rights." *Socius* 4:1–18.

Kniss, Fred. 2003. "Mapping the Moral Order: Depicting the Terrain of Religious Conflict and Change." Pp. 331–47 in *Handbook of the Sociology of Religion*. edited by Michele Dillon. New York: Cambridge University Press.

Kniss, Fred, and Paul D. Numrich. 2007. *Sacred Assemblies and Civic Engagement: How Religion Matters for America's Newest Immigrants*. New Brunswick, NJ: Rutgers University Press.

Longard, Shelby. 2013. "The Reflexivity of Individual and Group Identity within Identity-Based Movements: A Case Study." *Humanity and Society* 37(1):55–79. doi:10.1177/0160597612455745.

McEntarfer, Heather Killelea. 2011. "'Not Going Away': Approaches Used by Students, Faculty, and Staff Members to Create Gay-straight Alliances at Three Religiously Affiliated Universities." *Journal of LGBT Youth* 8(4):309–31.

Powell, Rachel. 2011. "Frames and Narratives as Tools for Recruiting and Sustaining Group Members: The Soulforce Equality Ride as a Social Movement Organization." *Sociological Inquiry* 81(4):454–76. doi:10.1111/j.1475-682X.2011.00386.x.

Reed, Jean-Pierre, Rhys H. Williams, and Kathryn B. Ward. 2016. "Civil Religious Contention in Cairo, Illinois: Priestly and Prophetic Ideologies in a 'Northern' Civil Rights Struggle." *Theory and Society* 45(1):25–55. doi:10.1007/s11186-015-9262-7.

Rockenbach, Alyssa N., and Rebecca E. Crandall. 2016. "Faith and LGBTQ Inclusion: Navigating the Complexities of the Campus Spiritual Climate in Christian Higher Education." *Christian Higher Education* 16(1–2):62–71. doi:10.1080/15363759.2015.1106355.

Soulforce. 2018. "#GiveBackIX FAQ." Soulforce. Retrieved August 25, 2018 (https://www.soulforce.org/ix-campaign).

EXHIBIT I   16

Spencer, Leland G., and Joshua Trey Barnett. 2013. "Touring Homophobia: Understanding the Soulforce Equality Ride as a Toxic Tour." *Southern Communication Journal* 78(1):25–41. doi:10.1080/1041794X.2012.717683.

Thomas, William Isaac, and Dorothy Swaine Thomas. 1928. *The Child in America: Behavior Problems and Programs*. New York, NY: Knopf.

Vespone, Brianna M. 2016. "Integrating Identities: Facilitating a Support Group for LGBTQ Students on a Christian Campus." *Christian Higher Education* 15(4):215–29. doi:10.1080/15363759.2016.1186250.

Wedow, Robbee, Landon Schnabel, Lindsey K. D. Wedow, and Mary Ellen Konieczny. 2017. "I'm Gay and I'm Catholic": Negotiating Two Complex Identities at a Catholic University." *Sociology of Religion* 78(3):289–317. doi:10.1093/socrel/srx028.

White, Heather. 2015. *Reforming Sodom: Protestants and the Rise of Gay Rights*. Chapel Hill, NC: University of North Carolina Press.

Whitehead, Andrew L. 2013. "Religious Organizations and Homosexuality: The Acceptance of Gays and Lesbians in American Congregations." *Review of Religious Research* 55(2):297–317. doi:10.1007/s13644-012-0066-1.

Whitehead, Andrew L. 2017. "Institutionalized Norms, Practical Organizational Activity, and Loose Coupling: Inclusive Congregations' Responses to Homosexuality." *Journal for the Scientific Study of Religion* 56(4):820–35. doi:10.1111/jssr.12484.

Wilcox, Clyde. 1991. *God's Warriors: The Christian Right in Twentieth-Century America*. Baltimore, MD: Johns Hopkins University Press.

Williams, Daniel K. 2010. *God's Own Party: The Making of the Christian Right*. New York, NY: Oxford University Press.

Wolff, Joshua R., and Heather L. Himes. 2010. "Purposeful Exclusion of Sexual Minority Youth in Christian Higher Education: The Implications of Discrimination." *Christian Higher Education* 9(5):439–60. doi:10.1080/15363759.2010.513630.

Wolff, Joshua R., Heather L. Himes, Sabrina D. Soares, and Ellen Miller Kwon. 2016. "Sexual Minority Students in Non-Affirming Religious Higher Education: Mental Health, Outness, and Identity." *Psychology of Sexual Orientation and Gender Diversity* 3(2):201–12. doi:10.1037/sgd0000162.

Woodford, Michael R., Denise Levy, and N. Eugene Walls. 2013. "Sexual Prejudice among Christian College Students, Denominational Teachings, and Personal Religious Beliefs." *Review of Religious Research* 55(1):105–30. doi:10.1007/s13644-012-0067-0.

Wuthnow, Robert. 1988. *The Restructuring of American Religion: Society and Faith since World War II*. Princeton, NJ: Princeton University Press.

Wuthnow, Robert. 1989. *The Struggle for America's Soul: Evangelicals, Liberals, and Secularism*. Grand Rapids, MI: Eerdmans.

Zeininger, Katherine, Melissa Holtzman, and Rachel Kraus. 2017. "The Reciprocal Relationship between Religious Beliefs and Acceptance of One's Gay or Lesbian Family Member." *Sociological Spectrum* 37(5):282–98. doi:10.1080/02732173.2017.1348279.

EXHIBIT I                                                                 17