**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>    Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF PAUL CARLOS SOUTHWICK** |

I, Paul Carlos Southwick, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Exhibit A is Title IX Exemption Request(s) and Response(s) for Baylor University.

3. Exhibit B is Title IX Exemption Request(s) and Response(s) for Bob Jones University.

4. Exhibit C is Title IX Exemption Request(s) and Response(s) for Brigham Young University - Utah and Idaho.

5. Exhibit D is Title IX Exemption Request(s) and Response(s) for Cedarville University.

6. Exhibit E is Title IX Exemption Request(s) and Response(s) for Clarks Summit University.

7. Exhibit F is Title IX Exemption Request(s) and Response(s) for College of the Ozarks.

8. Exhibit G is Title IX Exemption Request(s) and Response(s) for Colorado Christian University.

9. Exhibit H is Title IX Exemption Request(s) and Response(s) for Dordt University.

10. Exhibit I is Title IX Exemption Request(s) and Response(s) for George Fox University.

11. Exhibit J is Title IX Exemption Request(s) and Response(s) for Indiana Wesleyan University.

12. Exhibit K is Title IX Exemption Request(s) and Response(s) for Lee University.

13. Exhibit L is Title IX Exemption Request(s) and Response(s) for Liberty University.

14. Exhibit M is Title IX Exemption Request(s) and Response(s) for Oklahoma Baptist University.

15. Exhibit N is Title IX Exemption Request(s) and Response(s) for Toccoa Falls College.

16. Exhibit O is Title IX Exemption Request(s) and Response(s) for Union University.

17. Exhibit P is Title IX Exemption Request(s) and Response(s) for York College

18. Exhibit Q is a chart documenting exemptions to Title IX statutes granted to colleges and universities attended by Plaintiffs.

19. Exhibit R documents controlling organizations for colleges and universities attended by Plaintiffs.

20. Exhibit S is a Statement of Closure for a Title IX Complaint against Brigham Young University - Idaho.

21. Exhibit T is a Statement of Closure for a Title IX Complaint against George Fox University.

22. Exhibit U is a Statement of Closure for a Title IX Complaint against Liberty University.

23. Exhibit V is a Statement of Closure for a Title IX Complaint against Spring Arbor University.

24. Exhibit W is a chart documenting federal funding for colleges and universities attended by Plaintiffs.

25. Exhibit X is a Title IX case processing manual for the Office for Civil Rights of the DoE.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 6th day of August, 2021.

By: s/Paul Carlos Southwick
Paul Carlos Southwick