| Exemption | College or University (See Corresponding Number Chart) | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 34 C.F.R. § 106.21 | | ■ | * | ■ | | ■ | ■ | ■ | ■ | | | * | ■ | | * | | | | | | ■ | | | ■ | ■ | | |
| 34 C.F.R. § 106.22 | | ■ | | ■ | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.23 | | ■ | | ■ | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | ■ | | | ■ | ■ | | |
| 34 C.F.R. § 106.31 | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | ■ | | ■ | ■ | | | | | * | | | ■ | * | | |
| 34 C.F.R. § 106.32 | | | | ■ | ■ | ■ | ■ | ■ | ■ | | | ■ | ■ | | | | | | | | ■ | | | ■ | | | |
| 34 C.F.R. § 106.33 | | | | | | ■ | ■ | ■ | ■ | | | ■ | ■ | | | | | | | | ■ | | | ■ | | | |
| 34 C.F.R. § 106.34 | | | ■ | ■ | | ■ | ■ | ■ | ■ | | | | ■ | | ■ | | | | | | | | | ■ | | | ■ |
| 34 C.F.R. § 106.35 | | | | | | ■ | ■ | ■ | | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.36 | | | * | ■ | ■ | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.37 | | | * | | | ■ | ■ | ■ | ■ | | | | ■ | | ■ | | | | | | | | | ■ | ■ | | * |
| 34 C.F.R. § 106.38 | | ■ | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | ■ |
| 34 C.F.R. § 106.39 | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | ■ | | |
| 34 C.F.R. § 106.40 | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | * | ■ | | | * | | | | | ■ | | | ■ | ■ | | |
| 34 C.F.R. § 106.41 | | | | | | ■ | ■ | ■ | ■ | | | ■ | ■ | | | | | | | | ■ | | | ■ | | | ■ |
| 34 C.F.R. § 106.42 | | | | | | ■ | | | | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.43 | | | | ■ | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.51 | | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | | | ■ | | ■ | | | | | | ■ | | | ■ | ■ | | |
| 34 C.F.R. § 106.52 | | | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | ■ | | | ■ | | | |
| 34 C.F.R. § 106.53 | | ■ | * | ■ | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | ■ | | | ■ | | | ■ |
| 34 C.F.R. § 106.54 | | | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.55 | | ■ | * | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | ■ | | | ■ | | | * |
| 34 C.F.R. § 106.56 | | | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.57 | | ■ | ■ | | | ■ | ■ | ■ | ■ | | | * | ■ | | | | | | | | ■ | | | ■ | ■ | | |
| 34 C.F.R. § 106.58 | | | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.59 | | | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |
| 34 C.F.R. § 106.60 | | ■ | * | | * | ■ | ■ | ■ | ■ | | | * | ■ | | | | | | | | ■ | | | ■ | ■ | | * |
| 34 C.F.R. § 106.61 | | | | | | ■ | ■ | ■ | ■ | | | | ■ | | | | | | | | | | | ■ | | | |

* only exemption for specific subsection(s)

This chart is based on the good faith efforts to understand and chart the correspondence between institution and Department.

Retrieved from https://www2.ed.gov/about/offices/list/ocr/correspondence/other.html.

| # | College or University (See Corresponding Number Chart) | Regulation |
|---|---|---|
| 1 | Azusa Pacific University | 34 C.F.R. § 106.21 (governing admission) |
| 2 | Clark's Summit (Baptist Bible College and Seminary of Pennsylvania) | 34 C.F.R. § 106.22 (governing preference in admission) |
| 3 | Baylor University | 34 C.F.R. § 106.23 (governing recruitment of students) |
| 4 | Bob Jones University | 34 C.F.R. § 106.31 (governing education programs or activities) |
| 5 | Brigham Young University (ID & UT) | 34 C.F.R. § 106.32 (governing housing) |
| 6 | Cedarville University (College) | 34 C.F.R. § 106.33 (governing comparable facilities) |
| 7 | College of the Ozarks | 34 C.F.R. § 106.34 (governing access to classes and schools) |
| 8 | Colorado Christian University | 34 C.F R. § 106.35 (governing access to institutions of vocational education) |
| 9 | Dordt University | 34 C.F.R. § 106.36 (governing counseling) |
| 10 | Eastern University | 34 C.F.R. § 106.37 (governing financial assistance) |
| 11 | Fuller Theological Seminary | 34 C.F.R. § 106.38 (governing employment assistance to students) |
| 12 | George Fox University | 34 C.F.R. § 106.39 (governing health and insurance benefits and services) |
| 13 | Indiana Wesleyan University | 34 C.F.R. § 106.40 (governing marital or parental status) |
| 14 | La Sierra University | 34 C.F.R. § 106.41 (governing athletics) |
| 15 | Lee University | 34 C.F.R. § 106.42 (governing textbooks and curricular material) |
| 16 | Liberty University | 34 C.F.R. § 106.43 (governing standards in physical education classes) |
| 17 | Lipscomb University | 34 C.F.R. § 106.51 (governing employment) |
| 18 | Messiah University | 34 C.F.R. § 106.52 (governing employment, criteria) |
| 19 | Moody Bible Institute | 34 C.F.R. § 106.53 (governing employment, recruitment) |
| 20 | Nyack College | 34 C.F.R. § 106.54 (governing employment, compensation) |
| 21 | Oklahoma Baptist University | 34 C.F.R. § 106.55 (governing employment, job classification and structure) |
| 22 | Regent University (School of Law) | 34 C.F.R. § 106.56 (governing employment, fringe benefits) |
| 23 | Seattle Pacific University | 34 C.F.R. § 106.57 (governing employment, marital or parental status) |
| 24 | Toccoa Falls College | 34 C.F.R. § 106.58 (governing employment, effect of law or other requirements) |
| 25 | Union University | 34 C.F.R. § 106.59 (governing employment, advertising) |
| 26 | Westmont College | 34 C.F.R. § 106.60 (governing pre-employment inquiries) |
| 27 | York College | 34 C.F.R. § 106.61 (governing employment, sex as occupational qualification) |

| Application of Religious Exemption |
|---|
| gender identity |
| abortion |
| gender identity; sexual orientation; sex; abortion; suicide; euthanasia; exrtamarital sexual activity |
| gender identity; sexual orientation; abortion |
| gender identity; sexual orientation; abortion; marital status; pregnancy; extramarital sex |
| unclear |
| extramarital cohabitation, sex, and promiscuity; divorce; unbiblical marriage |
| sex |
| marital status |
| extramarital sex; abortion; extramarital pregnancy |
| extramarital sexual activity |
| divorce; marital status; pregnancy |

EXHIBIT Q

2