## Controlling Organizations by Institution

| PLAINTIFF | UNIVERSITY | TITLE IX COMPLAINT | SUBMISSION DATE | EXEMPTION GRANTED | CONTROLLING ORGANIZATION* |
|---|---|---|---|---|---|
| Jonathan Jones | Azusa Pacific University | YES | 7/27/21 | NO | NO |
| Justin Tidwell-Davis | Baylor University | YES | 7/27/21 | YES | NO |
| Jake Picker | Baylor University | YES | 7/27/21 | YES | NO |
| Veronica Bonifacio Penales | Baylor University | YES | 7/27/21 | YES | NO |
| Elizabeth Hunter | Bob Jones University | YES | 7/27/21 | YES | NO |
| Chandler Horning | Brigham Young University - ID | YES | 7/27/21 | YES | YES |
| Ashtin Markowski | Brigham Young University - UT | YES | 7/27/21 | YES | YES |
| Brooke C. | Cedarville University (College) | YES | 7/27/21 | YES | NO |
| Gary Campbell | Clark's Summit (Baptist Bible) | YES | 7/27/21 | YES | NO |
| Saren Craig | College of the Ozarks | YES | 7/27/21 | YES | NO |
| Journey Mueller | Colorado Christian University | YES | 8/2/21 | YES | NO |
| Consolata Bryant | Covenant Christian Academy | NO | - | - | - |
| Devin Bryant | Covenant Christian Academy | NO | - | - | - |
| Lauren Hoekstra | Dordt University (College) | YES | 7/27/21 | YES | NO |
| Avery Bonestroo | Dordt University (College) | YES | 7/27/21 | YES | NO |
| Faith Millender | Eastern University | YES | 7/27/21 | NO | NO |
| Joanna Maxon | Fuller Theological Seminary | YES | 7/27/21 | NO | NO |
| Darren McDonald | Fuller Theological Seminary | YES | 7/27/21 | NO | NO |
| Nathan Brittsan | Fuller Theological Seminary | YES | 7/27/21 | NO | NO |
| Jaycen Montgomery | George Fox University | NO | - | YES | YES |
| Audrey Wojnarowisch | George Fox University | YES | 7/27/21 | YES | YES |
| Danielle Powell | Grace University | - | - | - | - |
| Mortimer Halligan | Indiana Wesleyan University | YES | 6/23/21 | YES | YES |
| Louis James | Indiana Wesleyan University | YES | 7/30/21 | YES | YES |
| Cameron Martinez | La Sierra University | YES | 7/27/21 | NO | NO |
| Daniel Tidwell-Davis | Lee University (College) | YES | 7/27/21 | YES | NO |
| Lucas Wilson | Liberty University | YES | 7/27/21 | YES | NO |
| Mackenzie McCann | Liberty University | YES | 7/27/21 | YES | NO |
| Victoria Joy Bacon | Lipscomb University | YES | 7/27/21 | NO | NO |
| Rachel Held | Messiah University | YES | 7/27/21 | NO | NO |
| Megan Steffen | Moody Bible Institute | YES | 7/27/21 | NO | NO |
| Zayn Silva | Nyack College | NO | - | NO | |

| | | | | | |
|---|---|---|---|---|---|
| Tristan Campbell | Oklahoma Baptist University | YES | 7/27/21 | YES | YES |
| Jamie Lord; | Regent University (School of Law) | YES | 7/27/21 | NO | NO |
| Spencer J. Vigil | Seattle Pacific University | YES | 7/27/21 | NO | NO |
| Natalie Carter | Toccoa Falls College | YES | 7/27/21 | YES | NO |
| Alex Duron | Union University | YES | 7/27/21 | YES | YES |
| Scott McSwain | Union University | YES | 7/27/21 | YES | YES |
| Darren McDonald | Westmont College | YES | 7/27/21 | NO | NO |
| Hayden Brown | York College | YES | 7/27/21 | YES | YES |

\* Based on an intitial review of publicly available information, the colleges/universities deemed not to have a controlling religious organization appear to be independent institutions that are not owned by, and whose boards are not contollred by, a religious organization/church