**FEDERAL FUNDING BY INSTITUTION**

| College or University | Contracts | Grants | Student Aid | GI Bill | Yellow Bill | Total |
|---|---|---|---|---|---|---|
| Azusa Pacific University | | 2,758,341.000 | 162,538,675.000 | 2,978,281.230 | 365,233.920 | 168,640,531.15 |
| Clark's Summit | | | 3,603,427.000 | 93,221.520 | | 3,696,648.52 |
| Baylor University | 817,121.000 | 9,936,019.000 | 128,065,014.000 | 10,522,346.790 | 1,857,864.990 | 151,198,365.78 |
| Bob Jones University | | | | 521,407.820 | | 521,407.82 |
| Brigham Young University | | | 133,419,439.000 | 535,482.300 | | 133,954,921.30 |
| Cedarville University | | | 27,042,845.000 | 1,882,881.980 | 221,450.410 | 29,147,177.39 |
| College of the Ozarks | | | 3,394,258.000 | | | 3,394,258.00 |
| Colorado Christian University | | | | 3,461,627.750 | 22,294.600 | |
| Dordt University | | | | 67,307.690 | 7,500.000 | 74,807.69 |
| Eastern University | | 599,798.000 | 25,094,012.000 | 101,031.550 | | |
| Fuller Theological Seminary | 2,436.000 | 9,251,715.000 | | 608.400 | | 9,254,759.40 |
| George Fox University | 20,000.000 | 100,000.000 | 41,804,646.000 | 959,589.060 | 70,550.660 | 42,954,785.72 |
| Indiana Wesleyan University | | 1,438,382.000 | 139,033,603.000 | 1,892,275.410 | 8,995.800 | 142,373,256.21 |
| La Sierra University | 524,813.000 | | 23,001,213.000 | 281,670.270 | 29,343.020 | 23,837,039.29 |
| Lee University | | 1,085,750.000 | 35,023,646.000 | 925,017.250 | | |
| Liberty University | 486,165.000 | | 723,210,706.000 | 43,488,983.380 | 1,104,302.200 | 768,290,156.58 |
| Lipscomb University | | 1,422,315.000 | 49,028,435.000 | 2,921,595.610 | 364,850.580 | 53,737,196.19 |
| Messiah University | | 17,838.000 | 24,679,870.000 | 703,881.440 | 112,329.450 | 25,513,918.89 |
| Moody Bible Institute | | | | 284,670.740 | | |
| Nyack College | | | | | | |
| Oklahoma Baptist University | | | 13,330,470.000 | 562,667.950 | 54,774.130 | 13,947,912.08 |
| Regent University | 3,900.000 | | 116,247,245.000 | 10,482,199.860 | 101,387.810 | 126,834,732.67 |
| Seattle Pacific University | | 581,744.000 | 32,532,993.000 | 2,391,320.970 | 789,086.910 | 36,295,144.88 |
| Toccoa Falls College | | | 4,617,273.000 | 147,897.600 | | 4,765,170.60 |
| Union University | 90,598.000 | 40,317,316.000 | | 646,049.310 | 31,343.030 | 41,085,306.34 |
| Westmont College | | | 9,532,898.000 | 98,961.950 | | 9,631,859.95 |
| York College | | 450,000.000 | 3,743,158.000 | 20,830.920 | | 4,213,988.92 |
| | | | | | *FEDERAL FUNDING TOTAL: | 1,793,363,345.37 |

Contracts, Grants (including Grants Research), and Student Aid figures were retrieved from datalab.usaspending.gov/colleges-and-universities (last visited August 4, 2021).

GI Bill and Yellow Ribbon figures were retrieved from www.va.gov/gi-bill-comparison-tool (last visited August 4, 2021).

* Significant amounts of data were not readily unavailable. Thus, the Federal Funding Total isl likely gross underestimate.

EXHIBIT W                                                                                                                          1