CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755

BRIAN B. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCTION; and SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for the Office of Civil Rights, U.S. Department of Education, *et al.*,<br><br>  Defendants. | Civil Action No. 6:21-cv-00474-AA<br><br>**NOTICE OF APPEARANCE OF ELLIOTT M. DAVIS** |

NOTICE IS HEREBY GIVEN that Elliott M. Davis, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the Defendants.

Dated:  August 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CAROLTTA P. WELLS
Assistant Director, Federal Programs Branch

/s/ *Elliott M. Davis*
CAROL FEDERIGHI, TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS, NY Reg. No. 4596755
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Defendants*