

# The 2019 National School Climate Survey

**The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools**



A Report from GLSEN

www.glsen.org

EXHIBIT D

1

EXHIBIT D



# The 2019 National School Climate Survey

**The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools**

by  Joseph G. Kosciw, Ph.D.
    Caitlin M. Clark, Ph.D.
    Nhan L. Truong, Ph.D.
    Adrian D. Zongrone, M.P.H.

**National Headquarters**
110 William Street, 30th Floor
New York, NY 10038
Ph: 212-727-0135 Fax: 212-727-0254

**DC Policy Office**
Make Office K Street
6th Floor, Attn: GLSEN
1015 15th Street, NW
Washington, DC, 20005
Ph: 202-347-7780 Fax: 202-347-7781

glsen@glsen.org

www.glsen.org

© 2020 GLSEN

ISBN 978-1-934092-33-0

When referencing this document, we recommend the following citation:
Kosciw, J. G., Clark, C. M., Truong, N. L., & Zongrone, A. D. (2020). *The 2019 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools.* New York: GLSEN.

**GLSEN** is the leading national education organization focused on ensuring safe schools for all students. Established in 1990, GLSEN envisions a world in which every child learns to respect and accept all people, regardless of sexual orientation or gender identity/expression. GLSEN seeks to develop school climates where difference is valued for the positive contribution it makes to creating a more vibrant and diverse community. For more information on our educator resources, research, public policy agenda, student leadership programs, or development initiatives, visit www.glsen.org.

Graphic design: Adam Fredericks

Quotes throughout are from students' responses to open-ended questions in the survey.

Electronic versions of this report and all other GLSEN research reports are available at www.glsen.org/research.

# CONTENTS

PREFACE ...................................................................................................................................xi
    Acknowledgements ............................................................................................................. xiv

EXECUTIVE SUMMARY ............................................................................................................. xv

INTRODUCTION ......................................................................................................................... 1

METHODS AND SAMPLE ........................................................................................................... 7
    Insight on Emerging Sexual Orientation and Gender Identity Terms Over Time ............... 10

PART ONE: EXTENT AND EFFECTS OF HOSTILE SCHOOL CLIMATE .................................... 13

School Safety ............................................................................................................................ 15
    Overall Safety at School ..................................................................................................... 16
    School Engagement and Safety Concerns ......................................................................... 16
    Insight on Feelings of Safety Regarding Citizenship Over Time ......................................... 17

Exposure to Biased Language .................................................................................................. 21
    Hearing Anti-LGBTQ Remarks at School ........................................................................... 22
    Anti-LGBTQ Remarks from School Personnel .................................................................... 25
    Hearing Other Types of Biased Remarks at School ........................................................... 26

Experiences of Harassment and Assault at School ................................................................. 27
    Harassment and Assault Based on Sexual Orientation, Gender, and Gender Expression ... 28
    Harassment and Assault Based on Other Characteristics .................................................. 29
    Other Types of Harassment and Negative Events ............................................................. 29

Reporting of School-Based Harassment and Assault .............................................................. 31
    Reasons for Not Reporting Harassment or Assault ........................................................... 32
    Students' Reports on the Nature of School Staff's Responses to Harassment and Assault ... 34
    Effectiveness of Staff Responses to Harassment and Assault ............................................ 36

Experiences of Discrimination at School ................................................................................ 39
    Restricting LGBTQ Expression in School ............................................................................ 40
    Limiting LGBTQ Inclusion in Extracurricular Activities ...................................................... 40
    Enforcing Adherence to Traditional Gender Norms .......................................................... 42
    Gender Separation in School .............................................................................................. 42

Hostile School Climate, Educational Outcomes, and Psychological Well-Being ..................... 45
    Educational Aspirations ..................................................................................................... 46
    School Climate and Educational Aspirations ..................................................................... 47
    School Climate and Academic Achievement ..................................................................... 48
    Absenteeism ...................................................................................................................... 48
    School Climate and School Discipline ................................................................................ 49
    School Climate and School Belonging ............................................................................... 51
    School Climate and Psychological Well-Being ................................................................... 52

PART TWO: SCHOOL-BASED RESOURCES AND SUPPORTS .................................................. 55

Availability of School-Based Resources and Supports ............................................................ 57
    Supportive Student Clubs .................................................................................................. 58
    Inclusive Curricular Resources ........................................................................................... 58
    Insight on GSA Activities .................................................................................................... 59
    Supportive School Personnel .............................................................................................. 61
    Insight on Reasons for Not Attending a GSA ..................................................................... 63
    Inclusive and Supportive School Policies ........................................................................... 64

Utility of School-Based Resources and Supports .................................................................... 69
    Supportive Student Clubs .................................................................................................. 70
    Inclusive Curricular Resources ........................................................................................... 73
    Supportive School Personnel .............................................................................................. 75
    Inclusive and Supportive School Policies ........................................................................... 79

PART THREE: SCHOOL CLIMATE BY DEMOGRAPHIC AND SCHOOL CHARACTERISTICS ....................85

School Climate and Sexual Orientation ................................................................................87
    Victimization .................................................................................................................89
    Discrimination and School Discipline ............................................................................90
    Absenteeism ..................................................................................................................90

School Climate and Gender ................................................................................................93
    Experiences of Transgender Students ...........................................................................94
    Insight on Gender-Related Discrimination Among Transgender Students Over Time........102
    Experiences of Nonbinary Students .............................................................................103
    Experiences of Cisgender LGBQ Students ...................................................................104
    Experiences of Questioning Students ..........................................................................105

School Climate and Racial/Ethnic Identity.........................................................................107
    Experiences of Arab American, Middle Eastern, and North African (MENA) LGBTQ Students ........108
    Experiences of Asian American, Pacific Islander, and Native Hawaiian (AAPI) LGBTQ Students......108
    Experiences of Black LGBTQ Students ........................................................................110
    Experiences of Latinx LGBTQ Students .......................................................................111
    Experiences of Native American, American Indian, and Alaska Native ("Native and Indigenous") LGBTQ Students ........................................................................................112
    Experiences of Multiracial LGBTQ Students ................................................................113
    Experiences of White LGBTQ Students .......................................................................113

School Climate by School Characteristics ..........................................................................115
    Differences by School Level .........................................................................................116
    Differences by School Type .........................................................................................118
    Differences by Locale ..................................................................................................121
    Differences by Region .................................................................................................123

PART FOUR: INDICATORS OF SCHOOL CLIMATE OVER TIME .........................................127

Indicators of School Climate Over Time.............................................................................129
    Anti-LGBTQ Remarks Over Time .................................................................................130
    Experiences of Harassment and Assault Over Time .....................................................133
    Insight on Racist Remarks and Harassment Over Time .................................................135
    Experiences of Discrimination Over Time ....................................................................136
    LGBTQ-Related Resources Over Time ..........................................................................138
    Student Acceptance of LGBTQ People Over Time ........................................................140

Discussion .......................................................................................................................143
    Limitations...................................................................................................................145
    Conclusion and Recommendations .............................................................................146

Endnotes .........................................................................................................................151

Title Page Photo Descriptions...........................................................................................188

# LIST OF TABLES AND FIGURES

Table M.1   Demographic and Educational Characteristics of Survey Participants .............................. 11
Table M.2   Characteristics of Survey Participants' Schools ........................................................... 12
Table 1.1   Reasons LGBTQ Students Did Not Always Report Incidents of
            Harassment or Assault to School Staff ..................................................................... 33
Table 1.2   LGBTQ Students' Reports of School Staff's Responses to
            Reports of Harassment and Assault ....................................................................... 35
Table 1.3   LGBTQ Students' High School Completion Plans ......................................................... 46
Table 1.4   Reasons LGBTQ Students Do Not Plan to Graduate High School or
            Are Unsure If They Will Graduate ........................................................................... 47
Table 1.5   Academic Achievement of LGBTQ Students by Experiences of
            Victimization and Discrimination ............................................................................. 49
Table 2.1   Availability of and Participation in GSAs ................................................................... 58
Table 2.2   Positive Representations of LGBTQ-Related Topics Taught in Class .................................. 60
Table 2.3   LGBTQ Students' Reports of School Bullying, Harassment, and Assault Policies ................. 65
Table 2.4   Transgender and Nonbinary Students' Reports of Areas Addressed in Transgender
            and Nonbinary Student School Policies and Official Guidelines ....................................... 66
Table 2.5   Supportive Staff and LGBTQ Students' Academic Achievement ........................................ 77
Table 3.1   Gender-Related Discrimination by Gender Identity ....................................................... 100
Table 3.2   Percentages of Students Reporting Anti-LGBTQ Language, Experiences of
            LGBTQ-Related Victimization, Discriminatory Policies and Practices, and
            Availability of LGBTQ-Related School Resources and Supports, by School Level ............. 117
Table 3.3   Percentages of Students Reporting Anti-LGBTQ Language, Experiences of
            LGBTQ-Related Victimization, Discriminatory Policies and Practices, and
            Availability of LGBTQ-Related School Resources and Supports, by School Type .............. 119
Table 3.4   Percentages of Students Reporting Anti-LGBTQ Language, Experiences of
            LGBTQ-Related Victimization, Discriminatory Policies and Practices, and
            Availability of LGBTQ-Related School Resources and Supports, by Locale ..................... 122
Table 3.5   Percentages of Students Reporting Anti-LGBTQ Language, Experiences of
            LGBTQ-Related Victimization, Discriminatory Policies and Practices, and
            Availability of LGBTQ-Related School Resources and Supports, by Region ..................... 124
Figure 1.1  LGBTQ Students Who Felt Unsafe at School Because of Actual or
            Perceived Personal Characteristics .......................................................................... 16
Figure 1.2  Percentage of LGBTQ Students Who Avoid Spaces at School
            Because They Feel Unsafe or Uncomfortable .............................................................. 18
Figure 1.3  LGBTQ Students who Avoided School Activities Because They Felt
            Unsafe or Uncomfortable ....................................................................................... 19
Figure 1.4  Frequency of Missing Days of School in the Past Month Because of Feeling
            Unsafe or Uncomfortable ....................................................................................... 19
Figure 1.5  Percentage of LGBTQ Students Who Changed Schools Because of
            School Safety Concerns ......................................................................................... 19
Figure 1.6  Frequency of Hearing Anti-LGBTQ Remarks at School ................................................... 22
Figure 1.7  Degree that LGBTQ Students Were Bothered or Distressed as a Result of
            Hearing "Gay" Used in a Derogatory Way .................................................................. 23
Figure 1.8  LGBTQ Students' Reports of How Many Students Make Homophobic Remarks ................. 23
Figure 1.9  LGBTQ Students' Reports of Staff and Student Intervention in
            Homophobic Remarks ............................................................................................ 24
Figure 1.10 Frequency of LGBTQ Students Hearing Different Types of Remarks about
            Students' Gender Expression .................................................................................. 24
Figure 1.11 LGBTQ Students' Reports of How Many Students Make Negative Remarks about
            Gender Expression ................................................................................................ 25
Figure 1.12 LGBTQ Students' Reports of Staff and Student Intervention in
            Negative Remarks about Gender Expression ............................................................... 25

EXHIBIT D

Figure 1.13  Frequency of LGBTQ Students Hearing Negative Remarks from Teachers or Other School Staff .................................................................................... 25
Figure 1.14  Frequency of LGBTQ Students Hearing Other Biased Remarks in School ......................... 26
Figure 1.15  Frequency of Verbal Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year ................... 28
Figure 1.16  Frequency of Physical Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year ................... 28
Figure 1.17  Frequency of Physical Assault Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year ............. 29
Figure 1.18  Frequency of Other Identity-Based Harassment and Assault Experienced by LGBTQ Students in the Past School Year ............................................. 29
Figure 1.19  Frequency of Other Types of Harassment Experienced by LGBTQ Students in the Past School Year ................................................................................ 30
Figure 1.20  Frequency of LGBTQ Students Reporting Incidents of Harassment and Assault ............... 32
Figure 1.21  Frequency of Intervention by LGBTQ Students' Family Members ..................................... 32
Figure 1.22  LGBTQ Students' Perceptions of Effectiveness of Reporting Incidents of Harassment and Assault to School Staff ......................................................... 36
Figure 1.23  Percentage of LGBTQ Students who Have Experienced Discriminatory Policies and Practices at School ............................................................................. 41
Figure 1.24  LGBTQ Students' Reports of Ways Schools Separate Activities by Gender or Have Different Requirements Based on Gender ......................................... 42
Figure 1.25  Educational Aspirations of LGBTQ Students .................................................................. 48
Figure 1.26  Educational Aspirations and Severity of Victimization ................................................... 48
Figure 1.27  Absenteeism by Experiences of Victimization and Discrimination ................................. 49
Figure 1.28  Percentage of LGBTQ Students who Have Experienced School Discipline ....................... 50
Figure 1.29  School Discipline by Experiences of Victimization and Discrimination ........................... 51
Figure 1.30  School Belonging by Experiences of Victimization and Discrimination ........................... 52
Figure 1.31  Self-Esteem by Experiences of Victimization and Discrimination  ................................. 53
Figure 1.32  Depression by Experiences of Victimization and Discrimination ................................... 53
Figure 2.1   Representations of LGBTQ-Related Topics Taught in Any Classroom Curriculum .............. 60
Figure 2.2   Availability of LGBTQ-Related Curricular Resources ...................................................... 61
Figure 2.3   Percentage of LGBTQ Students Who Have Received Any Sex Education .......................... 61
Figure 2.4   Inclusion of LGBTQ Topics in Sex Education ................................................................. 61
Figure 2.5   LGBTQ Students' Reports on the Number of Teachers and Other School Staff Who are Supportive of LGBTQ Students .......................................................... 62
Figure 2.6   LGBTQ Students' Reports on How Supportive Their School Administration is of LGBTQ Students ................................................................................ 62
Figure 2.7   Comfort Talking with School Personnel about LGBTQ Issues ......................................... 62
Figure 2.8   LGBTQ Students' Reports on the Number of Openly LGBTQ Teachers or Other School Staff ................................................................................. 64
Figure 2.9   Percentage of Students Reporting Their School Has Policy/Guidelines Regarding Transgender and Nonbinary Students ......................................... 66
Figure 2.10  Presence of GSAs and Frequency of Hearing Biased Remarks ...................................... 70
Figure 2.11  Presence of GSAs and LGBTQ Students' Feelings of Safety and Missing School .............. 71
Figure 2.12  Presence of GSAs and Victimization ........................................................................... 71
Figure 2.13  Presence of GSAs and Number of School Staff Supportive of LGBTQ Students ............... 71
Figure 2.14  Presence of GSAs and Intervention in Anti-LGBTQ Remarks ......................................... 72
Figure 2.15  LGBTQ-Inclusive Curriculum and Frequency of Hearing Anti-LGBTQ Remarks ................ 73
Figure 2.16  LGBTQ-Inclusive Curriculum and Victimization ........................................................... 74
Figure 2.17  LGBTQ-Inclusive Curriculum and LGBTQ Students' Feelings of Safety and Missing School ................................................................................ 74
Figure 2.18  LGBTQ-Inclusive Curriculum and Student Intervention in Anti-LGBTQ Remarks .............. 75
Figure 2.19  Supportive School Staff and Feelings of Safety and Missing School ............................... 76
Figure 2.20  Supportive School Staff and Educational Aspirations ................................................... 76

Figure 2.21  Feelings of Safety and Staff Intervention Regarding Negative Remarks about
Sexual Orientation or Gender Expression ........................................................77
Figure 2.22  Effectiveness of Staff Response to Harassment/Assault and
LGBTQ Students' Feelings of Safety and Missing School ..............................77
Figure 2.23  Effectiveness of Staff Response to Harassment/Assault and
LGBTQ Students' Experiences of Victimization ............................................78
Figure 2.24  Safe Space Stickers/Posters and Number of Supportive School Staff ...............78
Figure 2.25  School Harassment/Assault Policies and Frequency of Hearing Anti-LGBTQ Remarks ........79
Figure 2.26  School Harassment/Assault Policies and Experiences of Victimization ..............80
Figure 2.27  School Harassment/Assault Policies and Staff Intervention Regarding
Anti-LGBTQ Remarks ..................................................................................80
Figure 2.28  School Harassment/Assault Policies, Reporting Harassment/Assault,
and Effectiveness of Staff Response ..............................................................81
Figure 2.29  Transgender and Nonbinary Policy and Gender-Related Discrimination ............82
Figure 2.30  Transgender and Nonbinary Policy and Days of Missed School ......................83
Figure 3.1   Outness in School by Sexual Orientation ....................................................88
Figure 3.2   Victimization by Sexual Orientation ..........................................................89
Figure 3.3   Experiences of Discrimination by Sexual Orientation ...................................90
Figure 3.4   School Discipline by Sexual Orientation .....................................................91
Figure 3.5   Missing School Due to Safety Concerns ......................................................91
Figure 3.6   Feelings of Safety at School by Gender Identity ...........................................95
Figure 3.7   School Victimization by Gender Identity ......................................................96
Figure 3.8   Avoiding Spaces at School by Gender Identity .............................................97
Figure 3.9   Percentage of LGBTQ Students who Missed School or Changed Schools
Because of Safety Concerns by Gender Identity ..............................................98
Figure 3.10  Percentage of LGBTQ Students Who Experienced Anti-LGBTQ Discrimination at
School by Gender Identity .............................................................................99
Figure 3.11  Comparison by Gender Identity: Percentage of LGBTQ Students Who
Experienced School Discipline ......................................................................101
Figure 3.12  Sense of Safety at School by Race/Ethnicity ..............................................109
Figure 3.13  Experiences of In-School Victimization Based on Personal Characteristics
by Race/Ethnicity .......................................................................................110
Figure 3.14  Experiences of Anti-LGBTQ Discrimination by Race/Ethnicity.......................111
Figure 3.15  Experiences of School Discipline by Race/Ethnicity......................................112
Figure 4.1   Anti-LGBTQ Language by Students Over Time .............................................131
Figure 4.2   Preponderance of Students Using Anti-LGBTQ Language Over Time ...............131
Figure 4.3   Anti-LGBTQ Language by School Staff Over Time..........................................132
Figure 4.4   Intervention Regarding Homophobic Remarks Over Time ..............................133
Figure 4.5   Intervention Regarding Negative Remarks about Gender Expression Over Time ..............133
Figure 4.6   Frequency of Victimization Based on Sexual Orientation Over Time..................134
Figure 4.7   Frequency of Victimization Based on Gender Expression Over Time ..................134
Figure 4.8   Frequency of Reporting Victimization to School Staff and Effectiveness of
Reporting Over Time ...................................................................................136
Figure 4.9   Frequency of Experiences with Discriminatory Policies and Practices Over Time ............137
Figure 4.10  Availability of GSAs Over Time ................................................................138
Figure 4.11  Availability of Curricular Resources Over Time ...........................................139
Figure 4.12  Availability of Supportive School Staff Over Time.........................................139
Figure 4.13  Prevalence of School or District Anti-Bullying/Harassment Policies Over Time.................140
Figure 4.14  Perceptions of Peer Acceptance of LGBTQ People Over Time .........................141

EXHIBIT D

ix

| | | |
|---|---|---|
| Insight Table | Reasons LGBTQ Students Have Not Attended Any GSA Meetings in the Past School Year | 63 |
| Insight Figure | Feeling Unsafe in School Because of Citizenship Status Among Foreign-Born LGBTQ Students | 17 |
| Insight Figure | Percentage of LGBTQ Students with GSAs at Their School Who Reported the Following GSA Activities During the Past School Year | 59 |
| Insight Figure | Gender-Based Discrimination Among Transgender Students Over Time | 102 |
| Insight Figure | Hearing Racist Remarks and Experiences of Racist Harassment Among LGBTQ Students of Color Over Time | 135 |

# PREFACE

Youth gather march in the 2005 Chicago Pride Parade and demand safer schools for LGBTQ students. Youth marched with GLSEN's Chicago chapter, which evolved to become what is now known as the Illinois Safe Schools Alliance.

EXHIBIT D

In the Fall of 1999, researchers and advocates gathered in a hotel meeting room in Atlanta to discuss the crippling lack of data available about the lives and experiences of LGBTQ+ youth. GLSEN's first "Research Roundtable" was designed to spark new directions of inquiry in academia, and the development of new knowledge that would guide efforts of advocates and service providers to improve the lives of LGBTQ+ youth nationwide. At the same time, GLSEN conducted its first national survey of LGBTQ+ students to begin bridging that gap in knowledge, a study that became the biennial GLSEN National School Climate Survey (NSCS).  Within a year, we began building our independent research capacity.

Over time, the NSCS has helped rally LGBTQ+ students and their allies, illustrating the deep impact of the problem, making the case for the interventions that work, and enabling us to track our progress over time. Beyond the NSCS, the GLSEN Research Institute produces analysis and reports on all facets of LGBTQ+ issues in K-12 education, informing on-going work across the education world and the movement to support LGBTQ+ youth. Today, LGBTQ+ youth-focused organizations in more than 30 other countries are pursuing similar efforts, and GLSEN is proud to partner with them in a growing research revolution for LGBTQ+ youth.

The report in your hands now builds on twenty years of work, our long term commitment to producing the evidence for action on LGBTQ+ issues in K-12 education. In this report, we see that the slowing of progress noted in 2017 has continued. Harassment and discrimination remain at unacceptable levels at the national level.

However, given the vicious attacks we have witnessed over the past four years, particularly on transgender youth, it is remarkable that dedicated educators and active student advocates have held the line as powerfully as they have.  Despite the tenor of our times, we also find that more and more LGBTQ+ youth have access to the vital in-school supports that can change their lives for the better, particularly as GSA student clubs continue to emerge in more schools nationwide. Increasing presence of the supports can be a leading indicator for positive changes in school climate, making this another sign of hope for the future.

As one of the conveners of that first Research Roundtable, I am amazed by what this research revolution has made possible, both across the U.S. and, bit by bit, around the world. May this edition of GLSEN's National School Climate Survey inspire all those who continue to hold the line, fighting to improve the lives of LGBTQ+ youth today and secure a better future for us all.

Eliza Byard, Ph.D.
Executive Director
GLSEN

EXHIBIT D

13    xiii

## *Acknowledgements*

The authors first wish to thank the students who participated in our 2019 survey for continuing to enlighten us about their experiences in school, as well as the over 80,000 students who have participated in the National School Climate Surveys since it began in 1999. We also wish to acknowledge the organizations that helped disseminate information about the survey, including the LGBTQ youth services and programs that invited their constituents to participate in the survey, as well as GLSEN's Chapter network. We are indebted to former GLSEN Research Institute Fellow Leesh Menard-Livingston for their assistance in our data collection, GLSEN Research Institute Fellow Sarah Rosenbach for her assistance in data cleaning and coding, and former longtime GLSEN Research staffer Emily Greytak for her leadership in planning for NSCS 2019 and her dedication to GLSEN's research over the years. We are also thankful for our GLSEN colleagues who provided thoughtful feedback and continual support throughout the survey development and data collection process. Finally, much gratitude goes to Eliza Byard, GLSEN's Executive Director, for her deep commitment to the GLSEN Research Institute and to building a global knowledge base on LGBTQ issues in education.

# EXECUTIVE SUMMARY



GLSEN Student Ambassadors learn the ins and outs of media production at the KABC-TV studios during the 2014 Ambassador Summit, where they met with industry professionals and learned about using their voices to advocate for change.

EXHIBIT D

## ABOUT THE SURVEY

In 1999, GLSEN identified that little was known about the school experiences of lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth and that LGBTQ youth were nearly absent from national studies of adolescents. We responded to this national need for data by launching the first National School Climate Survey, and we continue to meet this need for current data by conducting the study every two years. Since then, the biennial National School Climate Survey has documented the unique challenges LGBTQ students face and identified interventions that can improve school climate. The study documents the prevalence of indicators of a hostile school climate for LGBTQ students, and explores the effects that a hostile school climate may have on LGBTQ students' educational outcomes and well-being. The study also examines the availability and the utility of LGBTQ-related school resources and supports that may offset the negative effects of a hostile school climate and promote a positive learning experience. In addition to collecting this critical data every two years, we also add and adapt survey questions to respond to the changing world for LGBTQ youth. For example, in the 2019 survey we included questions about the activities of LGBTQ-supportive student clubs. The National School Climate Survey remains one of the few studies to examine the school experiences of LGBTQ students nationally, and its results have been vital to GLSEN's understanding of the issues that LGBTQ students face, thereby informing our ongoing work to ensure safe and affirming schools for all.

In our 2019 report, we examine the experiences of LGBTQ students with regard to indicators of negative school climate:

- Hearing biased remarks, including homophobic remarks, in school;

- Feeling unsafe in school because of personal characteristics, such as sexual orientation, gender expression, or race/ethnicity;

- Missing classes or days of school because of safety reasons;

- Experiencing harassment and assault in school; and

- Experiencing discriminatory policies and practices at school.

In addition, we examine whether students report these experiences to school officials or their families, and how these adults addressed the problem. Further, we examine the impact of a hostile school climate on LGBTQ students' academic achievement, educational aspirations and psychological well-being. We also examine how the school experiences of LGBTQ students vary by personal and community characteristics.

We also demonstrate the degree to which LGBTQ students have access to supportive resources in school, and we explore the possible benefits of these resources:

- GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances) or similar clubs;

- Supportive and inclusive school policies, such as anti-bullying/harassment policies and transgender and nonbinary student policies;

- Supportive school staff; and

- Curricular resources that are inclusive of LGBTQ-related topics.

Given that GLSEN has been conducting the survey for two decades, we also examine changes over time on indicators of negative school climate and levels of access to LGBTQ-related resources in schools.

EXHIBIT D

## METHODS

The 2019 National School Climate Survey was conducted online from April through August 2019. To obtain a representative national sample of lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth, we conducted outreach through national, regional, and local organizations that provide services to or advocate on behalf of LGBTQ youth, and advertised and promoted on social media sites, such as Instagram, Facebook, and Snapchat. To ensure representation of transgender youth, youth of color, and youth in rural communities, we made special efforts to notify groups and organizations that work predominantly with these populations.

The final sample consisted of a total of 16,713 students between the ages of 13 and 21. Students were from all 50 states, the District of Columbia, Puerto Rico, American Samoa, and Guam. Just over two-thirds of the sample (69.2%) was White, two-fifths (41.6%) was cisgender female, and 40.4% identified as gay or lesbian. The average age of students in the sample was 15.5 years and they were in grades 6 to 12, with the largest numbers in grades 9, 10 and 11.

## SUMMARY OF FINDINGS

### *Hostile School Climate*

Schools nationwide are hostile environments for a distressing number of LGBTQ students, the overwhelming majority of whom routinely hear anti-LGBTQ language and experience victimization and discrimination at school. As a result, many LGBTQ students avoid school activities or miss school entirely.

**School Safety**

- 59.1% of LGBTQ students felt unsafe at school because of their sexual orientation, 42.5% because of their gender expression, and 37.4% because of their gender.

- 32.7% of LGBTQ students missed at least one entire day of school in the past month because they felt unsafe or uncomfortable, 8.6% missed four or more days in the past month.

- Many avoided gender-segregated spaces in school because they felt unsafe or uncomfortable: 45.2% avoided bathrooms and 43.7% avoided locker rooms.

- Most reported avoiding school functions (77.6%) and extracurricular activities (71.8%) because they felt unsafe or uncomfortable.

- Nearly a fifth of LGBTQ students (17.1%) reported having ever changed schools due to feeling unsafe or uncomfortable at school.

**Anti-LGBTQ Remarks at School**

- Almost all LGBTQ students (98.8%) heard "gay" used in a negative way (e.g., "that's so gay") at school; 75.6% heard these remarks frequently or often, and 91.8% reported that they felt distressed because of this language.

- 96.9% of LGBTQ students heard the phrase "no homo" at school, and 60.9% heard this phrase frequently or often.

- 95.2% of LGBTQ students heard other types of homophobic remarks (e.g., "dyke" or "faggot"); 54.4% heard this type of language frequently or often.

EXHIBIT D

- 91.8% of LGBTQ students heard negative remarks about gender expression (not acting "masculine enough" or "feminine enough"); 53.2% heard these remarks frequently or often.

- 87.4% of LGBTQ students heard negative remarks specifically about transgender people, like "tranny" or "he/she;" 43.7% heard them frequently or often.

- 52.4% of students reported hearing homophobic remarks from their teachers or other school staff, and 66.7% of students reported hearing negative remarks about gender expression from teachers or other school staff.

- Less than one-fifth of LGBTQ students (13.7%) reported that school staff intervened most of the time or always when overhearing homophobic remarks at school, and less than one-tenth of LGBTQ students (9.0%) reported that school staff intervened most of the time or always when overhearing negative remarks about gender expression.

**Harassment and Assault at School**

The vast majority of LGBTQ students (86.3%) experienced harassment or assault based on personal characteristics, including sexual orientation, gender expression, gender, actual or perceived religion, actual or perceived race and ethnicity, and actual or perceived disability.

- 68.7% of LGBTQ students experienced verbal harassment (e.g., called names or threatened) at school based on sexual orientation, 56.9% based on gender expression, and 53.7% based on gender.

- 25.7% of LGBTQ students were physically harassed (e.g., pushed or shoved) in the past year based on sexual orientation, 21.8% based on gender expression, and 22.2% based on gender.

- 11.0% of LGBTQ students were physically assaulted (e.g., punched, kicked, injured with a weapon) in the past year based on sexual orientation, 9.5% based on gender expression, and 9.3% based on gender.

- A sizable number of LGBTQ students were also bullied or harassed at school based on other characteristics – 36.5% based on actual or perceived disability, 23.1% based on actual or perceived religion, and 21.4% based on actual or perceived race or ethnicity.

- 44.9% of LGBTQ students experienced electronic harassment in the past year (via text messages or postings on Facebook), often known as cyberbullying.

- 58.3% of LGBTQ students were sexually harassed (e.g., unwanted touching or sexual remarks) in the past year at school.

**Student Reporting of Harassment and Assault Incidents**

- 56.6% of LGBTQ students who were harassed or assaulted in school did not report the incident to school staff, most commonly because they doubted that effective intervention would occur or the situation could become worse if reported.

- 60.5% of the students who did report an incident said that school staff did nothing in response or told the student to ignore it.

**Discriminatory School Policies and Practices**

Most LGBTQ students (59.1%) reported personally experiencing any LGBTQ-related discriminatory policies or practices at school. Specifically, LGBTQ students reported being:

- Prevented from using bathrooms aligned with their gender identity: 28.4%.

- Disciplined for public displays of affection that were not similarly disciplined among non-LGBTQ students: 28.0%.

- Prevented from using locker rooms aligned with their gender identity: 27.2%.

- Prevented from using chosen names/pronouns: 22.8%.

- Prevented from wearing clothes considered "inappropriate" based on gender: 18.3%.

- Prohibited from discussing or writing about LGBTQ topics in school assignments: 16.6%.

- Prohibited from including LGBTQ topics in school extracurricular activities: 16.3%.

- Restricted from forming or promoting a GSA: 14.7%.

- Prevented from wearing clothing or items supporting LGBTQ issues: 10.7%.

- Prevented or discouraged from participating in school sports because they were LGBTQ: 10.2%.

- Prevented from attending a dance or function with someone of the same gender: 7.6%.

- Disciplined for simply identifying as LGBTQ: 3.0%.

### *Effects of a Hostile School Climate*

A hostile school climate affects students' academic success and mental health. LGBTQ students who experience victimization and discrimination at school have worse educational outcomes and poorer psychological well-being.

**Effects of Victimization**

- LGBTQ students who experienced higher levels of victimization based on their sexual orientation:

  - Were nearly three times as likely to have missed school in the past month than those who experienced lower levels (57.2% vs. 21.7%);

  - Had lower grade point averages (GPAs) than students who were less often harassed (3.03 vs. 3.34);

  - Were nearly twice as likely to report that they did not plan to pursue any post-secondary education (e.g., college or trade school) than those who experienced lower levels (9.9% vs. 5.8%);

  - Were nearly twice as likely to have been disciplined at school (47.0% vs. 26.7%); and

  - Had lower self-esteem and school belonging and higher levels of depression.

- LGBTQ students who experienced higher levels of victimization based on their gender expression:

  - Were almost three times as likely to have missed school in the past month than those who experienced lower levels (59.0% vs. 21.8%);

  - Had lower GPAs than students who were less often harassed (2.98 vs. 3.36);

- Were twice as likely to report that they did not plan to pursue any post-secondary education (e.g., college or trade school; 11.1% vs. 5.4%);

- Were more likely to have been disciplined at school (46.8% vs. 27.2%), and

- Had lower self-esteem and school belonging and higher levels of depression.

• Of the LGBTQ students who indicated that they were considering dropping out of school, a sizable percentage (42.2%) indicated that it was related to the harassment they faced at school.

**Effects of Discrimination**

• Compared to LGBTQ students who did not experience LGBTQ-related discrimination at school, those who experienced discrimination:

- Were nearly three times as likely to have missed school in the past month (44.1% vs. 16.4%);

- Had lower GPAs (3.14 vs. 3.39);

- Were more likely to have been disciplined at school (40.2% vs. 22.6%); and

- Had lower self-esteem and school belonging and higher levels of depression.

• Of the LGBTQ students who indicated that they were considering dropping out of school, a sizable percentage (30.1%) indicated that it was related to the hostile climate created by gendered school policies and practices.

---

## *LGBTQ-Related School Resources and Supports*

Students who feel safe and supported at school have better educational outcomes. LGBTQ students who have LGBTQ-related school resources report better school experiences and academic success. Unfortunately, all too many schools fail to provide these critical resources.

**GSAs (Gay-Straight Alliances/Gender and Sexuality Alliances)**

*Availability and Participation*

• Most LGBTQ students (61.6%) said that their school had a GSA or similar student club.

• Most LGBTQ students with a GSA at school reported participating in the club at some level, but more than a third (38.2%) had not.

*Utility*

• Compared to LGBTQ students who did not have a GSA in their school, students who had a GSA in their school:

- Were less likely to hear "gay" used in a negative way often or frequently (70.5% vs. 83.5%);

- Were less likely to hear the phrase "no homo" often or frequently (57.4% vs. 66.4%);

- Were less likely to hear homophobic remarks such as "fag" or "dyke" often or frequently (49.4% vs. 62.5%);

EXHIBIT D

21

- Were less likely to hear negative remarks about gender expression often or frequently (49.3% vs. 59.5%);

- Were less likely to hear negative remarks about transgender people often or frequently (39.9% vs. 50.0%);

- Were more likely to report that school personnel intervened when hearing homophobic remarks — 16.4% vs. 9.4% reporting that staff intervened most of the time or always;

- Were less likely to feel unsafe regarding their sexual orientation (53.6% vs. 67.4%) and gender expression (40.2% vs. 46.0%);

- Were less likely to miss school because of safety concerns (28.4% vs. 39.6%);

- Experienced lower levels of victimization related to their sexual orientation and gender expression;

- Reported a greater number of supportive school staff and more accepting peers; and

- Felt greater belonging to their school community.

**Inclusive Curricular Resources**

*Availability*

- Only 19.4% of LGBTQ students were taught positive representations of LGBTQ people, history, or events in their schools; 17.0% had been taught negative content about LGBTQ topics.

- Only 8.2% of students reported receiving LGBTQ-inclusive sex education.

- Just under half of students (48.9%) reported that they could find information about LGBTQ-related issues in their school library.

- Just over half of students with internet access at school (55.9%) reported being able to access LGBTQ-related information online via school computers.

*Utility*

- Compared to students in school without an LGBTQ-inclusive curriculum, LGBTQ students in schools with an LGBTQ-inclusive curriculum:

  - Were less likely to hear "gay" used in a negative way often or frequently (59.2% vs. 79.8%);

  - Were less likely to hear homophobic remarks such as "fag" or "dyke" often or frequently (38.6% vs. 58.3%);

  - Were less likely to hear negative remarks about gender expression often or frequently (30.1% vs. 47.2%);

  - Were less likely to hear negative remarks about transgender people often or frequently (41.8% vs. 56.0%);

  - Were less likely to feel unsafe because of their sexual orientation (44.4% vs. 62.7%) and gender expression (33.5% vs. 44.7%);

- Experienced lower levels of victimization related to their sexual orientation and gender expression;

- Were less likely to miss school in the past month because they felt unsafe or uncomfortable (23.2% vs. 35.0%);

- Performed better academically in school (3.32 vs. 3.23 average GPA) and were more likely to plan on pursuing post-secondary education;

- Were more likely to report that their classmates were somewhat or very accepting of LGBTQ people (66.9% vs. 37.9%); and

- Felt greater belonging to their school community.

**Supportive Educators**

*Availability*

- Almost all LGBTQ students (97.7%) could identify at least one staff member supportive of LGBTQ students at their school.

- Approximately two-thirds of students (66.3%) could identify at least six supportive school staff.

- Only 42.3% of students could identify 11 or more supportive staff.

- Just over two-fifths of students (42.4%) reported that their school administration was somewhat or very supportive of LGBTQ students.

- Over half of students (62.8%) had seen at least one Safe Space sticker or poster at their school (these stickers or posters often serve to identify supportive educators).

*Utility*

- Compared to LGBTQ students with no or few supportive school staff (0 to 5), students with many (11 or more) supportive staff at their school:

  - Were less likely to feel unsafe because of their sexual orientation (44.8% vs. 74.2%) and less likely to feel unsafe because of their gender expression (33.6% vs. 51.3%);

  - Were less likely to miss school because they felt unsafe or uncomfortable (21.3% vs. 45.9%);

  - Had higher GPAs (3.34 vs. 3.14);

  - Were less likely to say they might not graduate high school and more likely to plan on pursuing post-secondary education; and

  - Felt greater belonging to their school community.

- Students who had seen a Safe Space sticker or poster in their school were more likely to identify school staff who were supportive of LGBTQ students.

**Inclusive and Supportive School Policies**

*Availability*

- Although a majority of students (79.1%) had an anti-bullying policy at their school, only 13.5% of students reported that their school had a comprehensive policy (i.e., one that specifically enumerates both sexual orientation and gender identity/expression).

- Only 10.9% of LGBTQ students reported that their school or district had official policies or guidelines to support transgender or nonbinary students.

*Utility*

- LGBTQ students in schools with a comprehensive anti-bullying/harassment policy:

  - Were less likely to hear "gay" used in a negative way often or frequently (63.4% vs. 77.6% of students with a generic policy and 79.0% of students with no policy);

  - Were less likely to hear the phrase "no homo" often or frequently (55.3% vs. 61.8% of students with a generic policy and 62.5% of students with no policy);

  - Were less likely to hear other homophobic remarks such as "fag" or "dyke" often or frequently (43.9% vs. 55.7% of students with a generic policy and 58.8% of students with no policy);

  - Were less likely to hear negative remarks about gender expression often or frequently (42.5% vs. 54.7% of students with a generic policy and 56.5% of students with no policy);

  - Were less likely to hear negative remarks about transgender people often or frequently (35.4% vs. 44.5% of students with a generic policy and 47.5% of students with no policy);

  - Were more likely to report that staff intervened when hearing anti-LGBTQ remarks than those with a generic policy or no policy;

  - Experienced less anti-LGBTQ victimization than those with a generic policy or no policy; and

  - Were more likely to report victimization incidents to school staff and were more likely to rate school staff's responses to such incidents as effective than those with a generic policy or no policy.

- Among transgender and nonbinary students, those in schools with transgender/nonbinary student policies or guidelines:

  - Were less likely to experience anti-LGBTQ discrimination in their school than transgender and nonbinary students in schools without such policies and guidelines. Specifically, they were:

    ~ Less likely to be prevented from using their name or pronoun of choice in school (18.8% vs. 44.9%);

    ~ Less likely to be prevented from using bathrooms aligned with their gender (26.7% vs. 53.6%);

    ~ Less likely to be prevented from using locker rooms aligned with their gender (25.6% vs. 50.7%); and

    ~ Less likely to be prevented from wearing clothes thought to be "inappropriate" based on gender (6.9% vs. 23.9%);

- Were less likely to miss school because they felt unsafe or uncomfortable (36.5% vs. 42.4%) than transgender and nonbinary students in schools <u>without</u> such policies and guidelines; and

- Felt greater belonging to their school community than transgender and nonbinary students in schools <u>without</u> such policies and guidelines.

---

### *Changes in School Climate for LGBTQ Students Over Time*

Although school climate for LGBTQ students has improved overall since our first installment of this survey in 1999, school remains quite hostile for many LGBTQ students. In 2019, we saw more positive changes than we had in the 2017 installment of this survey, but not as much positive change as in prior years.

**Changes in Indicators of Hostile School Climate**

*Anti-LGBTQ Remarks*

- The frequency with which LGBTQ students heard homophobic remarks like "fag" or "dyke" was lower in 2019 than in all prior years, and there was a general downward trend in hearing homophobic remarks from 2001 to 2015, but these remarks remained consistent between 2015 and 2017.

- The expression "that's so gay" remains the most common form of anti-LGBTQ language heard by LGBTQ students, and its prevalence has been increasing from 2015 to 2019, after years of consistent decline.

- There was a sizeable increase in the frequency of LGBTQ students hearing "no homo" at school in 2019, after a consistent pattern of decline between 2011 and 2017.

- Negative remarks about gender expression have decreased from 2017 to 2019.

- The frequency of hearing negative remarks about transgender people decreased between 2017 and 2019, after a steady increase between 2013 and 2017.

- After a steady decline in homophobic remarks from school staff between 2007 and 2013, there was no change from 2013 to 2017. In 2019, however, homophobic remarks from staff decreased once again.

- There had been an upward trend from 2013 to 2017 in the frequency of staff making negative remarks about gender expression, however these remarks decreased in 2019 to levels that are similar to our findings from 2015.

*Harassment and Assault*

- With regard to victimization based on sexual orientation:

  - After years of decline, the frequency of verbal harassment has not changed from 2015 to 2019; and

  - Frequencies of physical harassment resumed a pattern of decline in 2019 after no change occurred in 2017, and frequencies of physical assault resumed a pattern of decline in 2019 after no change occurred in 2015 and 2017.

- With regard to victimization based on gender expression:

  - Frequencies of verbal harassment resumed a pattern of decline in 2019, following an increase between 2015 and 2017; and

EXHIBIT D                                                                                               25    **xxv**

- Physical harassment and assault continued a pattern of modest decline, and were lower in 2019 than all previous years.

• The frequency of LGBTQ students reporting victimization to school staff in 2019 was similar to 2017 and greater than nearly all other years; however, the frequency of students rating staff intervention as effective in 2019 has remained similar from 2013 to 2017, and is somewhat lower than prior years.

*Discriminatory Policies and Practices*

• For all time points since we began asking about LGBTQ-related discrimination in 2013, over half of LGBTQ students experienced this type of discrimination at school. In 2019, students were less likely to experience any type of discrimination than in 2013 and 2017.

• For most specific types of LGBTQ-related discrimination, incidence was greatest in 2013, and for certain gender-specific forms of discrimination — including being prevented from using facilities aligned with one's gender, and being prevented from using chosen name/pronouns — incidence was greatest in 2017. However, incidence for most types of discrimination was lower in 2019 than in previous years.

**Changes in Availability of LGBTQ-Related School Resources and Supports**

*Supportive Student Clubs (GSAs)*

• The percentage of LGBTQ students reporting that they have a GSA has continued to increase since 2007, and was greater in 2019 than in all prior survey years.

*Curricular Resources*

• Overall, there has been little change in LGBTQ-related curricular resources over time.

- Access to LGBTQ-related internet resources through school computers increased in 2019 and has steadily increased since 2007;

- Access to LGBTQ-related books and library resources increased in 2019 and was higher than all previous years; and

- The percentage of LGBTQ students who were taught positive LGBTQ-related content in class, as well as those with LGBTQ inclusion in textbooks and class resources, did not change in 2019 from 2017.

• The percentage being taught negative LGBTQ-related content in class increased between 2013 and 2015, and has not changed since 2015.

*Supportive Educators*

• The percentage of students who had at least one supportive educator was higher in 2019 than all previous years.

• The percentage of students who had a high number of supportive educators (6 or more) was also higher in 2019 than all previous years.

*Anti-Bullying/Harassment Policies*

• Overall, there was a sharp increase in the number of students reporting any type of policy after 2009, and the rate has remained more or less consistent since 2011. After small increases from 2011 to

2015, and a small decline in 2017, the number of students with any type of policy did not change in 2019.

- With regard to enumerated policies, there was a small but significant increase in the percentage of students reporting comprehensive school policies (i.e., policies that enumerate protections for both sexual orientation and gender identity/expression) from 2015 to 2017 and this percentage did not change in 2019. Further, there has been a steady, modest decline in the percentage reporting partially enumerated policies from 2015 to 2019, and the rate was lower in 2019 than all prior years.

### *Differences in LGBTQ Students' School Experiences by Personal Demographics*

LGBTQ students are a diverse population, and although they share many similar experiences, their experiences in school often vary based on their personal demographics. We examined differences in LGBTQ student experiences, based on: 1) sexual orientation, including differences between gay and lesbian, bisexual, pansexual, queer, and questioning students; 2) gender identity, including differences between and among transgender, nonbinary, cisgender, and questioning students; and 3) racial/ethnic identity, including differences between Arab American/Middle Eastern/North African (MENA), Asian American/ Pacific Islander/Native Hawaiian (AAPI), Black, Latinx, Native American/American Indian/Alaska Native (referred to as "Native and Indigenous"), multiracial, and White LGBTQ students.

**Sexual Orientation**

- Overall, pansexual students experienced more hostile climates than gay and lesbian, bisexual, queer, and questioning students, including facing the highest rates of victimization, school discipline, and missing school because of safety reasons.

- Compared to students of other sexual orientations, gay and lesbian students were more likely to be "out" about their sexual orientation at school – both to other students and to school staff.

**Gender**

- Transgender students reported more hostile school experiences than LGBQ cisgender students and nonbinary students.

- Nonbinary students reported more hostile school experiences than cisgender LGBQ students.

- Among cisgender LGBQ students, male students experienced a more hostile school climate based on their gender expression and on sexual orientation than cisgender female students, whereas cisgender female students experienced a more hostile school climate based on their gender than cisgender male students.

**Race and Ethnicity**

- All students of color experienced similar levels of victimization based on race/ethnicity, although Black students were more likely to feel unsafe about their race/ethnicity than AAPI, Latinx, Native and Indigenous, multiracial, and White students.

- Native and Indigenous LGBTQ students were generally more likely than other racial/ethnic groups to experience anti-LGBTQ victimization and discrimination.

- Many LGBTQ students of color experienced victimization based on both their race/ethnicity and their LGBTQ identities. The percentages of students of color experiencing these multiple forms of victimization were similar across racial/ethnic groups.

- White students were less likely than all other racial/ethnic groups to feel unsafe or experience victimization because of their racial/ethnic identity.

---

### *Differences in LGBTQ Students' School Experiences by School Characteristics*

---

LGBTQ students' experiences in school may often vary based on the kind of school they attend and where they live.

**School Level**

- LGBTQ students in middle school had more hostile school experiences than LGBTQ students in high school, including experiencing higher rates of biased language, victimization, and anti-LGBTQ discriminatory school policies and practices.

- LGBTQ middle school students were less likely than high school students to have access to LGBTQ-related school resources, including GSAs, supportive school personnel, LGBTQ-inclusive curricular resources, and inclusive policies.

**School Type**

- Overall, LGBTQ students in private non-religious schools had fewer hostile school experiences than those in public schools and those in religious schools.

- LGBTQ public school students were most likely to hear homophobic remarks at school and experienced the greatest levels of gender-based victimization, whereas those in religious schools were most likely to hear negative remarks about gender expression.

- Students in religious schools were the most likely to report experiencing anti-LGBTQ discriminatory school policies and practices.

- Students in private non-religious schools had greater access to most LGBTQ-related school resources and supports than all others, however public school students were most likely to report having a GSA and most likely to report having LGBTQ-inclusive school library resources. Students in religious schools were least likely to have access to LGBTQ-related school resources and supports.

- Among students in public schools, those in charter schools were similar to those in regular public schools regarding anti-LGBTQ experiences and many resources and supports, although charter school students were more likely to have access to: inclusive curricular resources, supportive policies for transgender and nonbinary students, and a supportive administration. Students in regular public schools were more likely to have LGBTQ-inclusive school library resources.

**School Locale**

- LGBTQ students in rural schools faced more hostile school climates than students in urban and suburban schools including experiencing higher rates of biased language, victimization, and anti-LGBTQ discriminatory school policies and practices.

- LGBTQ students in suburban schools experienced lower levels of anti-LGBTQ victimization than all others.

- LGBTQ students in rural schools were least likely to have LGBTQ-related school resources or supports, as compared to students in urban and suburban schools.

EXHIBIT D

**Region**

- LGBTQ students in the South had more negative school experiences overall than students in all other regions, including higher rates of biased language, victimization, and anti-LGBTQ discriminatory school policies and practices; those in the Midwest had more negative experiences overall than those in the Northeast and West.

- Overall, LGBTQ students in the South were least likely to have access to LGBTQ-related resources at school, whereas students in the Northeast were most likely to have LGBTQ-related school resources.

## CONCLUSIONS AND RECOMMENDATIONS

It is clear that there is an urgent need for action to create safe and affirming learning environments for LGBTQ students. Results from the 2019 National School Climate Survey demonstrate the ways in which school-based supports — such as supportive staff, inclusive and supportive school policies, curricular resources inclusive of LGBTQ people, and GSAs — can positively affect LGBTQ students' school experiences. Yet findings on school climate over time suggest that more efforts are needed to reduce harassment and discrimination and increase affirmative supports. Based on these findings, we recommend:

- Increasing student access to appropriate and accurate information regarding LGBTQ people, history, and events through inclusive curricula, and library and internet resources;

- Supporting student clubs, such as GSAs, that provide support for LGBTQ students and address LGBTQ issues in education;

- Providing professional development for school staff to improve rates of intervention and increase the number of supportive teachers and other staff available to students;

- Ensuring that school policies and practices, such as those related to dress codes and school dances, do not discriminate against LGBTQ students;

- Enacting school policies that provide transgender and gender nonbinary students equal access to school facilities and activities and specify appropriate educational practices to support these students; and

- Adopting and implementing comprehensive bullying/harassment policies that specifically enumerate sexual orientation, gender identity, and gender expression in individual schools and districts, with clear and effective systems for reporting and addressing incidents that students experience.

Instituting these measures can move us toward a future in which all students have the opportunity to learn and succeed in school, regardless of sexual orientation, gender identity, or gender expression.

EXHIBIT D

# INTRODUCTION



Candlelight vigil held during GLSEN's 2009 Safe Schools Advocacy Summit in Washington, D.C. for Lawrence King. King was a junior high student who was killed by a classmate because of his sexual orientation and gender expression.

For nearly 30 years, GLSEN has worked to ensure that schools are safe and affirming spaces for all students, regardless of their sexual orientation, gender identity, or gender expression. As part of its mission, GLSEN conducts research on sexual orientation, gender identity, and gender identity issues in education to raise awareness among policymakers, educators, advocates, and the general public. In 1999, GLSEN began conducting the GLSEN National School Climate Survey (NSCS), a national biennial survey of secondary school students who identified as lesbian, gay, bisexual, or transgender, and as identities change over time, later surveys included those who identify also as pansexual, queer, transgender, nonbinary, genderqueer, two-spirit, and other non-cisgender and non-heterosexual identities. (All aforementioned identities are referred to as "LGBTQ" in this report). The NSCS explores the experiences of U.S. LGBTQ middle and high school students, reports on the prevalence of anti-LGBTQ language, discrimination, and victimization, and the impact that these experiences have on LGBTQ students' educational outcomes and well-being. The NSCS also examines the availability of school resources and supports and their utility for creating safer and more affirming learning environments for LGBTQ students, including GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances) and similar supportive student clubs, LGBTQ-inclusive curricular resources, supportive educators, and inclusive and supportive school district policies.

Since our 2017 NSCS report, we have continued to see the Federal Government roll back many LGBTQ-supportive actions of the previous administration, sending a message to LGBTQ youth that their safety is not a priority. In 2017, the Departments of Justice and Education under the Trump administration rescinded guidance[1] created under the Obama administration that had declared that Title IX protects the rights of transgender students, including their right to access school facilities, such as bathrooms and locker rooms, in accordance with their gender identity. (Title IX is a federal civil rights law prohibiting discrimination based on sex in schools that receive federal funding.) Further, in 2018 it was revealed that under U.S. Secretary of Education Betsy DeVos, the Department of Education was failing to investigate complaints of discrimination by LGBTQ students. Compared to the actions of the Office of Civil Rights (OCR) during the Obama administration, since the start of the Trump administration, LGBTQ students' complaints of discrimination were less likely to result in the OCR opening a formal investigation, and such complaints were more than nine times less likely to be addressed and corrected.[2]

The Equality Act, a bill that would establish anti-discrimination protections for LGBTQ people in all federally funded programs, including in schools, was passed by the U.S. House of Representatives in May of 2019. After passing in the House, the Trump administration released guidance opposing the passage of the bill, and it failed to pass in the Senate. Without these protections, LGBTQ students, educators, and other staff remain vulnerable to discrimination in school. Further, the Trump administration has worked to expand religious exemptions from federal civil rights laws.[3] Such exemptions allow private religious schools to discriminate against students and teachers based on their sexual orientation or gender identity without any legal consequences. Additionally, DeVos has worked diligently to divert public money from public schools to private and religious schools,[4] which would reduce public school resources while financially strengthening schools that can legally discriminate based on LGBTQ identity.

At the state level however, we have seen some progress in addressing hostile climates for LGBTQ youth. Between 2017 and 2019, numerous states passed LGBTQ affirming legislation. For example, New Mexico passed an enumerated anti-bullying and harassment bill in 2019, becoming the 21st state to prohibit students from being discriminated against based on their sexual orientation or gender identity.[5] Illinois, New Jersey, Oregon, and Colorado passed legislation requiring LGBTQ-inclusive curricular standards in 2019,[6] increasing the number of students in the U.S. who will be exposed to positive representations of LGBTQ people and issues. Arizona also took a step toward greater curricular inclusion in 2019 when the state repealed its "No Promo Homo" law[7] — a type of law which restricts LGBTQ curricular inclusion in health class, and which has been shown to have broad negative effects on school climate.[8]

Between 2017 and 2019, many discriminatory state-level bills that were introduced during this time focused on restricting transgender students' participation in school sports teams, and limiting their access to public spaces, including bathrooms

and locker rooms.[9] For example, six states in 2018 and four states in 2019 introduced bills to bar transgender people, including transgender students, from using the bathrooms or locker rooms that align with their gender. Although these bills failed to become laws, they have sparked local, state-wide, and national conversations about the rights of transgender and nonbinary people, which may have resulted in negative attention toward transgender and nonbinary students across the country. Indeed, although public opinions about LGBTQ people have improved over time, recent public polling shows more favorable attitudes about the rights of LGBQ people than about transgender people and their rights.[10]

In addition to the visibility of transgender and nonbinary issues brought to the fore by federal and state actions, there has been increasing visibility in popular culture.[11] Television shows with young audiences, such as *One Day at a Time*, *Supergirl*, and *Pose* tell stories about transgender and nonbinary characters, and many shows feature transgender characters played by transgender actors. Additionally, films, young adult novels, and national ad campaigns have featured transgender and nonbinary people in recent years. Transgender Day of Remembrance and International Day of Transgender Visibility are recognized by celebrities and influencers across social media. Now, more than ever before, transgender youth are able to find positive representations of themselves in the media and popular culture that they consume. This representation has resulted in heightened visibility of transgender and nonbinary people and issues, yet this heightened visibility has also come with increased transphobic rhetoric and sentiment.[12] Vocal opponents to the progress of transgender and nonbinary people have gained large followings on social media, and "trans exclusionary radical feminists," who espouse transphobic ideas about gender, have been given platforms in respected news and media outlets.[13] As transgender and nonbinary people gain more visibility and representation, they also face more opposition.

Despite this increase in visibility regarding transgender and nonbinary youth, there still remains a dearth of national-level data on the school experiences of these young people. Much of the academic literature that has been recently published about transgender and nonbinary youth has focused on mental and physical health.[14] Less research has examined the educational environments or school experiences of transgender and nonbinary youth. Furthermore, virtually none of the U.S. research is national in scope. One notable exception is the National Center for Transgender Equality's (NCTE) series of reports based on their U.S. Transgender Survey, a survey of transgender adults that includes critical national data about their past school experiences, among other topics. The 2015 U.S. Transgender Survey documented high rates of violence at school, and illustrated the detrimental effects of these experiences on socioeconomic outcomes and psychological well-being.[15] NCTE's study found that 12% of the sample had been out as transgender or perceived to be transgender at some point in their K-12 school years, that the majority of these respondents (77%) had experienced one or more negative experiences at school, and that nearly a fifth (17%) left school because of mistreatment. However, because the NCTE study is a survey of adults, these questions were about past school experiences, and therefore may not be representative of the current experiences of transgender and nonbinary students in school.

Although there has been a lack of national-level data specifically examining the school experiences of transgender and nonbinary youth, more work has been done to examine LGBTQ youth in general. For example, the Centers for Disease Control and Prevention (CDC) Division of Adolescent and School Health (DASH) added questions about sexual orientation to the federal and standard versions of their Youth Risk Behavior Survey (YRBS) in 2015. Additionally, CDC DASH has begun asking students about transgender identity. In 2017, this question was piloted in 19 Youth Risk Behavior Surveillance System (YRBSS) sites, and in 2019 the item was approved for use as an optional question available for all YRBSS sites to use. These changes will allow policymakers and educators to collect state and local data about, and better understand, the experiences of transgender youth in their states or localities. Most recent results from the national 2017 YRBS data reveal that lesbian, gay, and bisexual students are at greater risk for most adverse health outcomes, including school violence.[16] Further, the 2017 YRBS results from the 19 locations that asked about transgender identity similarly reveal a greater risk for adverse health outcomes among transgender students, compared to their cisgender peers.[17] The Trevor Project's National Survey on LGBTQ Mental Health from 2019[18] contributes

invaluable data about LGBTQ youth's mental health and information on how to best provide care and support; however, their research contains limited information about school experiences. Given that the YRBS is focused specifically on health risk behaviors, and the Trevor Project's report is focused on mental health, both surveys include limited items specifically related to the school environment. GLSEN's National School Climate survey continues to be vitally important to the understanding of the school experiences of LGBTQ students nationally.

The 2019 NSCS offers a broad understanding of the policies, practices, and conditions that make LGBTQ students more vulnerable to discrimination and victimization at school and how these experiences impact their educational success and trajectories. This report also demonstrates the resilience of LGBTQ youth, even in the face of hostile environments, and highlights the ways LGBTQ students are engaging in school and taking steps to improve their schools and communities. Given that we have been conducting the NSCS for twenty years, we continue to examine changes over time on measures of school climate and levels of access to LGBTQ-related resources in schools. In recognition of the 20th anniversary of our National School Climate Survey, this year's report includes multiple insights that take a closer look at changes in LGBTQ youth and identities over time, while centering the experiences of the most marginalized youth. We examine how youth's endorsement of different sexual orientation and gender identity terms and labels has evolved, how transgender students' experiences with discriminatory policies and practices has changed throughout the years, how the experiences of LGBTQ youth of color have changed with regard to race-based victimization, and how anti-immigrant bias experienced by LGBTQ youth has changed in recent years. In addition, as there has been tremendous growth in the number of GSAs in schools across the United States over the past 20 years, we provide a deeper examination into the role of these supportive clubs in schools and LGBTQ students' experiences with them. The 2019 NSCS report offers advocates, educators, and policymakers up-to-date and valuable information that will strengthen their work in creating safe and affirming schools for all students.

# METHODS AND SAMPLE

Student organizers brainstorm at GLSEN's 2013 Safe Schools Advocacy Summit, a weekend of learning and lobbying, where safe schools advocates from across the country gathered and met with U.S. representatives about passing safe schools legislation.

Participants completed an online survey about their experiences in school during the 2018–2019 school year, including hearing biased remarks, feeling safe, being harassed, feeling comfortable at school, and experiencing discriminatory actions. Participants were also asked about their academic experiences, attitudes about school, involvement in school, and availability of supportive school resources. Youth were eligible to participate in the survey if they were at least 13 years of age, attended a K–12 school in the United States during the 2018–19 school year, and identified as lesbian, gay, bisexual, pansexual, queer, or a sexual orientation other than heterosexual (e.g., homoflexible, questioning) or described themselves as transgender or as having another gender identity that is not cisgender ("cisgender" describes a person whose gender identity is aligned with the sex/gender they were assigned at birth). Data collection occurred between April and August 2019.

The survey was available online through GLSEN's website. The survey and survey outreach materials were available in English and Spanish. Notices and announcements were sent through GLSEN's email and chapter networks, SMS messages to GLSEN constituents, and on GLSEN's social media pages including Facebook, Instagram and Twitter. Additionally, national, regional, and local organizations that provide services to or advocate on behalf of LGBTQ youth posted notices about the survey on listservs, websites, and social network accounts. Local organizations serving LGBTQ youth and GLSEN chapters also notified their participants about the online survey via paper flyers, and promotional stickers. To ensure representation of transgender and gender nonconforming youth, youth of color, and youth in rural communities, additional outreach efforts were made to notify groups and organizations that work predominantly with these populations about the survey.

Contacting participants only through LGBTQ youth-serving groups and organizations would have limited our ability to reach LGBTQ students who were not connected to or engaged in LGBTQ communities in some way. Thus, in order to broaden our reach to LGBTQ students who may not have had such connections, we conducted targeted outreach and advertising through social media sites. Specifically, we broadly advertised the survey on Facebook, Instagram, and Snapchat to U.S. users between 13 and 18 years of age who had interests aligned with LGBTQ communities and issues. To ensure representation of groups who have historically been underrepresented in national surveys of LGBTQ youth and past GLSEN surveys, including transgender girls, LGBTQ youth of color, and cisgender gay, bisexual, and queer boys, additional advertisements were targeted specifically to these groups. Additionally, GLSEN reached out to "influencers," or well-known young actors and social media personalities, with large LGBTQ youth audiences and asked them to post or talk about the survey on their social media pages. Information about the survey was also posted on subgroups or pages of social media sites with significant LGBTQ youth content or LGBTQ youth followers. Lastly, advertisements for the survey were placed on digital billboards in malls and shopping centers in cities across the country.

The final sample consisted of a total of 16,713 students between the ages of 13 and 21. Students came from all 50 states, the District of Columbia, Puerto Rico, American Samoa, and Guam. Table M1 presents participants' demographic and educational characteristics, and Table M2 shows the characteristics of the schools attended by participants. As shown in Table M1, 69.2% was White, 41.6% was cisgender female, and 40.4% identified as gay or lesbian. Students were in grades 6 to 12, and most participants were in 9th, 10th, and 11th grades (see also Table M1). As shown in Table M2, the majority of LGBTQ students were in public schools (89.8%) and nearly half (45.2%) were from suburban schools. Compared to national public school enrollment[19], our sample included more students from the North and Midwest and fewer students from the South.[20]

# Insight on Emerging Sexual Orientation and Gender Identity Terms Over Time

Over the last 20 years, sexual orientation and gender identities have changed and evolved. LGBTQ youth in 2020 identify in countless different ways, whereas in the early 2000s, they may have more commonly identified with the terms "lesbian," "gay," "bisexual," and "transgender." As new identity terms arose through the years, and as youth began to endorse them, our survey adapted to account for the current sexual orientation and gender identity labels being endorsed by LGBTQ youth. Thus, we believe our surveys may provide some insight into when identity terms emerged among LGBTQ youth, as new sexual orientation and gender identities were added to sexual orientation and gender identity measure items after being endorsed by youth throughout the years.

In 2001, the second iteration of the National School Climate Survey, an option was provided for students to write in their sexual orientation or gender identity if they identified as something different from the provided options. These open-ended response options, and the youth voices that the responses allowed us to capture, have been vital in adapting how we ask about students' LGBTQ identities.

**Queer.** In our 2001 survey, "queer" was not listed as an option on our sexual orientation item, but was written in by over 20 students. In the following years, students continued to write in "queer" as their sexual orientation at a growing rate. It was the most popular write-in response in 2005, and was added as an option in all later surveys.

**Pansexual.** Just as students wrote in "queer" in 2001, a few students also wrote in "pansexual." Although "queer" was a more common write-in response than "pansexual" in the early years of the survey, "pansexual" gradually increased in frequency over time and became the most common write-in response before being added as an option to the sexual orientation item in 2015.

Although the terms "pansexual" and "bisexual" may share certain meaning, it became clear that "pansexual" is a discrete term, different from "bisexual," given that "pansexual" continued to increase in usage over the years. Since "pansexual" was added to the sexual orientation item in 2015, the percentage of our sample identifying as pansexual has remained relatively consistent (just under 20% of the sample), as has the percentage of students identifying as bisexual (around a third of the sample).

**Asexual.** In 2003, one student wrote in "asexual" as their sexual orientation. Over the years, this term grew in frequency in write-in responses, often accompanied by romantic orientation terms such as "homoromantic" and "panromantic." More specific asexual identities, such as "demisexual" and "graysexual," have appeared and increased in more recent years. "Demisexual" first appeared in 2011, and "graysexual" in 2015. By the 2015 survey, almost 400 students had written in an asexual identity. In 2017, "asexual" was added as an option in the sexual orientation item.

**Genderqueer.** Gender identities have also emerged and evolved in the 20 years of NSCS survey administration. In 2001, there was one instance of a student identifying as "genderqueer," and the number of students identifying their gender in this way continued to grow. Before being added as an option on the gender identity item in 2013, the only non-cisgender options listed for students to select were transgender identities.

**Nonbinary.** In more recent years, nonbinary identities have also emerged. "Nonbinary" first appeared in the write-in responses in 2011 and was written in by a small number of students in 2011 and 2013. However, a much larger number of students identified as nonbinary in 2015, and it was added to the survey in 2017.

Honoring youth voices and allowing them to report all the identities with which they are aligned has allowed us to better understand the emerging identities that youth have endorsed over the last 20 years. We believe that using this information to modify our identity items to better accommodate the current times and to represent a more diverse and large number of sexual orientation and sexual orientation identities, has allowed more youth to feel affirmed and visible in our survey. It has also been a benefit to our research, as we have become increasingly able to examine more nuanced differences in school experiences based on different sexual orientation and gender identities (You can read more about the differences in experiences of youth with different sexual orientation identities and different gender identities in the "School Climate by Sexual Orientation" and "School Climate by Gender" sections in Part 3 of this report).

| Table M.1 Demographic and Educational Characteristics of Survey Participants | | |
|---|---|---|

**Sexual Orientation**[21] (n = 16578)

| | |
|---|---|
| Gay or Lesbian | 40.4% |
| Bisexual | 32.9% |
| Pansexual[22] | 18.0% |
| Queer | 3.9% |
| Asexual[23] | 1.7% |
| Another Sexual Orientation (e.g., fluid, heterosexual) | 1.2% |
| Questioning or Unsure | 1.9% |

**Race and Ethnicity**[24] (n = 16631)

| | |
|---|---|
| White | 69.2% |
| Hispanic or Latinx,[25] any race | 14.6% |
| African American or Black | 2.6% |
| Asian American, Pacific Islander, and Native Hawaiian | 3.1% |
| Arab American, Middle Eastern, or North African | 1.3% |
| Native American, American Indian or Alaska Native | 0.5% |
| Multiracial | 8.6% |

**Religious Affiliation** (n = 16657)

| | |
|---|---|
| Christian (non-denominational) | 12.3% |
| Catholic | 5.3% |
| Protestant | 2.0% |
| Jewish | 2.6% |
| Buddhist | 1.1% |
| Muslim | 0.3% |
| Hindu | 0.3% |
| Another Religion (e.g., Unitarian Universalist, Wiccan, Pagan) | 8.7% |
| No Religion, Atheist, or Agnostic | 67.2% |

**Sex at Birth** (n = 16676)

| | |
|---|---|
| Assigned Male | 13.1% |
| Assigned Female | 86.9% |
| Intersex (regardless of assigned sex) | 0.6% |

**Gender**[26] (n = 16632)

| | |
|---|---|
| Cisgender | 51.4% |
| *Female* | *41.6%* |
| *Male* | *9.6%* |
| *Nonbinary/Genderqueer* | *0.2%* |
| Transgender | 28.2% |
| *Female* | *1.1%* |
| *Male* | *16.9%* |
| *Nonbinary/Genderqueer* | *5.7%* |
| *Unspecified* | *4.5%* |
| Nonbinary | 15.1% |
| *Nonbinary or Genderqueer Only* | *9.8%* |
| *Nonbinary or Genderqueer Female* | *2.6%* |
| *Nonbinary or Genderqueer Male* | *0.5%* |
| *Other Nonbinary Gender Identity (e.g., agender, demigender)* | *2.2%* |
| Questioning | 5.3% |

**Grade in School** (n = 16640)

| | |
|---|---|
| 6th | 1.2% |
| 7th | 6.9% |
| 8th | 14.5% |
| 9th | 21.7% |
| 10th | 22.8% |
| 11th | 20.1% |
| 12th | 12.7% |

**Receive Educational Accommodations**[27] (n = 16598)

23.9%

**Average Age** (n = 16713) = 15.5 years

| Table M.2 Characteristics of Survey Participants' Schools | |
|---|---|

**Grade Level** (n = 16664)

| | |
|---|---|
| K through 12 School | 7.6% |
| Lower School (elementary and middle grades) | 1.7% |
| Middle School | 15.8% |
| Upper School (middle and high grades) | 8.1% |
| High School | 66.7% |

**School Locale** (n = 16488)

| | |
|---|---|
| Urban | 24.0% |
| Suburban | 45.2% |
| Rural or Small Town | 30.9% |

**School Type** (n = 16529)

| | |
|---|---|
| Public School | 89.8% |
| _Charter_ | _4.1%_ |
| _Magnet_ | _8.6%_ |
| Religious-Affiliated School | 3.7% |
| Other Independent or Private School | 6.5% |

**Region**[28] (n = 16695)

| | |
|---|---|
| Northeast | 21.5% |
| South | 29.8% |
| Midwest | 24.9% |
| West | 23.4% |
| U.S. Territories | 0.4% |



# PART ONE: EXTENT AND EFFECTS OF HOSTILE SCHOOL CLIMATE

Members of GLSEN's National Student Council march at the 2019 World Pride march in New York City, on the 50th anniversary of the 1969 Stonewall Riots.

EXHIBIT D

# School Safety

## Key Findings

- 6 in 10 LGBTQ students reported feeling unsafe at school because of their sexual orientation; 4 in 10 reported feeling unsafe at school because of how they expressed their gender.

- One-third of LGBTQ students missed at least one day of school in the past month because they felt unsafe at or on their way to or from school.

- Nearly one-fifth of LGBTQ students reported having changed schools due to feeling unsafe or uncomfortable at school.

- LGBTQ students reported most commonly avoiding school bathrooms and locker rooms because they felt unsafe or uncomfortable in those spaces.

- Most LGBTQ students reported avoiding school functions and extracurricular activities to some extent, and over a quarter avoided them often or frequently.

### Overall Safety at School

For LGBTQ youth, school can be an unsafe place for a variety of reasons. Students in our survey were asked whether they ever felt unsafe at school because of a personal characteristic, including: sexual orientation, gender, gender expression (i.e., how traditionally "masculine" or "feminine" they were in appearance or behavior), body size or weight, family's income or economic status, academic ability, citizenship status, and actual or perceived race or ethnicity, disability, and religion. Almost 8 in 10 LGBTQ students (79.6%) reported feeling unsafe at school because of at least one of these personal characteristics. As shown in Figure 1.1, LGBTQ students most commonly felt unsafe at school because of their sexual orientation or their gender expression,[29] with 68.9% reporting feeling unsafe for one, or both, of these reasons.

- More than half of LGBTQ students (59.1%) reported feeling unsafe at school because of their sexual orientation.

- Four in ten students (42.5%) felt unsafe because of how they expressed their gender.

- Sizable percentages of LGBTQ students also reported feeling unsafe because of their body size or weight (39.6%), gender (37.4%), emotional, developmental, or physical disability (29.5%), and because of their academic ability or how well they do in school (23.3%).

We also asked students to tell us if they felt unsafe at school for another reason not included in the listed characteristics and, if so, why. As also shown in Figure 1.1, 8.5% of survey participants reported feeling unsafe at school for other reasons, most commonly due to fear or threat of gun violence or other types of violence, mental health issues such as anxiety or depression, and sexually biased incidents, such as sexual violence, sexual harassment, or sexist language.

### School Engagement and Safety Concerns

When students feel unsafe or uncomfortable in school, they may choose to avoid the particular areas or activities where they feel most unwelcome or may feel that they need to avoid attending school altogether. Thus, a hostile school climate can impact an LGBTQ student's ability to fully engage and participate with the school community.

**Avoiding spaces**. To examine this possible restriction of LGBTQ students' school engagement, we asked LGBTQ students if there were particular spaces at school that they avoided specifically because they felt unsafe or uncomfortable. As shown in Figure 1.2, school bathrooms, locker rooms, and physical education or gym classes were most commonly avoided, with approximately 4 in 10 students avoiding each of these spaces because they felt unsafe or uncomfortable (45.2%, 43.7%, and 40.2% respectively). One-quarter of LGBTQ students avoided school athletic fields or facilities (25.1%) or the school cafeteria or lunchroom (25.9%) because they felt unsafe or uncomfortable.



**Figure 1.1 LGBTQ Students Who Felt Unsafe at School Because of Actual or Perceived Personal Characteristics**

"Do you feel unsafe at school because of..."

| Characteristic | Percentage |
|---|---|
| Sexual Orientation | 59.1% |
| Gender Expression | 42.5% |
| Body Size or Weight | 39.6% |
| Gender | 37.4% |
| Disability | 29.5% |
| Academic Ability | 23.3% |
| Family Income | 14.9% |
| Religion | 10.5% |
| Race or Ethnicity | 7.5% |
| English Proficiency | 1.5% |
| Citizenship Status | 1.4% |
| Other Reasons | 8.5% |

# Insight on Feelings of Safety Regarding Citizenship Over Time

Increasing anti-immigrant rhetoric and government actions in recent years[1] further complicate an already complex environment negotiated by LGBTQ immigrants in the United States. Among LGBTQ youth, who already routinely experience negative classroom environments, those not born in the U.S. may experience further marginalization. For these reasons, in 2013, we began asking LGBTQ students about their feelings of safety at school regarding their citizenship status. Given the aforementioned recent increases in anti-immigrant attitudes and actions, for this report, we examined whether these feelings of safety have changed over time for foreign-born students.[2]

As shown in the figure, across all years, LGBTQ students who were undocumented were more likely to feel unsafe at school regarding their citizenship status than those who were documented residents as well as those who were U.S. citizens. We also found that even those LGBTQ students who were documented residents were more likely to feel unsafe in school regarding citizenship than those who were U.S. citizens across all years. From 2013 to 2019, as shown in the figure, these feelings of safety remained similar across years for each group, with one notable exception: undocumented LGBTQ students were significantly more likely to feel unsafe regarding their citizenship status in 2019 than in 2017. We did not observe any significant differences across years for foreign-born LGBTQ students who were U.S. citizens or documented residents.

Overall, these results suggest that, in addition to anti-LGBTQ harassment and discrimination, some LGBTQ immigrant students may also face challenges at school regarding their citizenship status. All students born outside the U.S. may face challenges with acculturation in the school environment,[3] as well as legal scrutiny over their right to reside in the U.S. at all. However, national anti-immigrant policy and rhetoric may exacerbate these challenges, especially for undocumented students. For example, in February 2019, a national state of emergency was declared to fund a wall along the U.S.-Mexico border, in which undocumented immigrants were characterized as violent criminals.[4]




**Feeling Unsafe in School Because of Citizenship Status Among Foreign-Born LGBTQ Students**

Legend: Undocumented Resident; Documented Resident; U.S. Citizen

Thus, it is not surprising that undocumented LGBTQ students were more likely than all other foreign-born LGBTQ students to feel unsafe regarding their citizenship status across all years, and that undocumented LGBTQ students in 2019 were more likely to report feeling unsafe for this reason than those in 2017. Our findings also underscore the importance of acknowledging the multiple identities held by LGBTQ students, and ensuring that programs and resources for and about LGBTQ students respond to the needs and experiences of immigrant students and their families.

[1]    Pierce, S. (2019). *Immigration-Related Policy Changes in the First Two Years of the Trump Administration.* Washington, DC: Migration Policy Institute.

[2]    To test differences in the percentages of LGBTQ students who were born outside the United States and its territories on feeling unsafe because of citizen status over time, a two-way analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across survey years, with two independent variables Survey Year and Citizenship Status (U.S. Citizen, Documented Resident, Undocumented Resident), and the interaction Survey Year X Citizenship Status. The main effect for Survey Year was significant: $F(3, 1939) = 3.31$, $p<.05$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.05$ and indicated that the percentage was higher in 2019 than all other years. The main effect for Citizenship Status was also significant: $F(2, 1939) = 157.31$, $p<.001$, $\eta_p^2 = .14$. Pairwise differences indicated a higher percentage of feeling unsafe for Undocumented Residents than all others, and a higher percentage for Documented Residents compared to U.S. Citizens. The interaction term was also significant: $F(6, 1939) = 2.82$, $p<.05$, $\eta_p^2 = .01$. Post-hoc t-test comparisons indicated a significant difference across years only for Undocumented Residents, specifically a significant increase from 2017 to 2019.

[3]    Schwartz, S. J., Waterman, A. S., Umaña-Taylor, A. J., Lee, R. M., Kim, S. Y., Vazsonyi, A. T., Huynh, Q.-L., Whitbourne, S. K., Park, I. J. K., Hudson, M., Zamboanga, B. L., Bersamin, M., & Williams, M. K. (2013). Acculturation and well-being among college students from immigrant families. *Journal of Clinical Psychology, 69*(4), 298–318.

[4]    Taylor, J., & Naylor, B. (2019 February 15). As Trump declares national emergency to fund border wall, democrats promise a fight. National Public Radio. Retrieved from https://www.npr.org/2019/02/15/695012728/trump-expected-to-declare-national-emergency-to-help-fund-southern-border-wall

## "I don't feel very safe or accepted at my school at all. I feel like if I were to come out to my friends/classmates, I would be hated for just being who I am."

**Avoiding functions and extracurricular activities**. In addition to avoiding certain spaces in school because of safety reasons, LGBTQ students may also avoid other more social aspects of student life, for similar fears for personal safety. For any student, involvement in school community activities like clubs or special events can have a positive impact on students' sense of belonging at school, self-esteem, and academic achievement.[30] However, LGBTQ students who do not feel safe or comfortable in these environments may not have full access to the benefits of engaging in these school activities. Thus, we specifically asked students if they avoided school functions, such as school dances or assemblies, and extracurricular clubs or programs because of feeling unsafe or uncomfortable. As seen in Figure 1.3, most LGBTQ students reported avoiding school functions and extracurricular activities to some extent (77.6% and 71.8%, respectively), and over a quarter

avoided them often or frequently (31.3% and 25.9%, respectively).

**Avoiding school.** Feeling unsafe or uncomfortable at school can negatively affect the ability of students to thrive and succeed academically, particularly if it results in avoiding school altogether. When asked about absenteeism, about one third of LGBTQ students (32.7%) reported missing at least one entire day of school in the past month because they felt unsafe or uncomfortable, and just under a tenth (8.6%) missed four or more days in the past month (see Figure 1.4). Additionally, in some cases, the school environment may be so hostile that some students need to leave their current school. In the 2017 survey, we asked students whether they had ever changed schools due to feeling unsafe or uncomfortable; slightly less than a fifth of LGBTQ students (17.1%) reported having done so (see Figure 1.5).

The majority of LGBTQ youth do not feel safe at their schools because of their sexual orientation, gender expression, and gender identity, and frequently avoid school spaces and activities at school. These high rates of avoiding school activities indicate that LGBTQ students may be discouraged from full participation in school life, and for some, are being denied access to their education because they avoid school altogether for safety reasons.

**Figure 1.2 Percentage of LGBTQ Students Who Avoided Spaces at School Because They Felt Unsafe or Uncomfortable**





Figure 1.3 LGBTQ Students Who Avoided School Activities Because They Felt Unsafe or Uncomfortable



Figure 1.4 Frequency of Missing Days of School in the Past Month Because of Feeling Unsafe or Uncomfortable



Figure 1.5 Percentage of LGBTQ Students Who Changed Schools Because of School Safety Concerns

# Exposure to Biased Language



**Key Findings**

- Three-fourths of LGBTQ students heard the word "gay" used in a negative way often or frequently at school.

- More than half of LGBTQ students heard the phrase "no homo" often or frequently at school.

- Over half of LGBTQ students heard homophobic remarks such as "fag" or "dyke" often or frequently at school.

- More than half of LGBTQ students heard negative remarks about gender expression often or frequently at school. Remarks about students not acting "masculine enough" were more common than remarks about students not acting "feminine enough."

- More than two-fifths of LGBTQ students heard negative remarks specifically about transgender people, such as "tranny" or "he/she," often or frequently.

- More than half of LGBTQ students heard homophobic remarks from school staff, and two-thirds heard negative remarks from staff about students' gender expression.

- Less than one-fifth of LGBTQ students reported that school staff intervened most of the time or always when overhearing homophobic remarks at school, and nearly one-tenth of LGBTQ students reported that school staff intervened most of the time or always when overhearing negative remarks about gender expression.

- More than 3 in 4 LGBTQ students heard sexist remarks often or frequently at school, and three-quarters of students heard negative remarks about ability (e.g., "retard" or "spaz") often or frequently.

- Over half of LGBTQ students heard their peers make racist remarks often or frequently at school, and almost a fifth of students heard negative remarks about students' immigration status often or frequently.

EXHIBIT D                                                                                                51

GLSEN strives to make schools safe and affirming for all students, regardless of their sexual orientation, gender identity or expression, or any other characteristic that may be the basis for harassment. Keeping classrooms and hallways free of homophobic, sexist, racist, and other types of biased language is one aspect of creating a more positive school climate for all students. Thus, we asked LGBTQ students about their experiences with hearing anti-LGBTQ remarks and other types of biased remarks while at school. We further asked students in our survey about school staff's usage of and responses to hearing anti-LGBTQ language, specifically.

### Hearing Anti-LGBTQ Remarks at School

We asked students about the frequency with which they heard homophobic remarks (such as "faggot" and "dyke," the word "gay" being used in a negative way, or the phrase "no homo"). We also asked about the frequency of hearing negative remarks about the way students expressed their gender at school (such as comments related to a female student not acting "feminine enough") and negative remarks about transgender people (such as "tranny" or "he/she"). Further, we also asked students about the frequency of hearing these types of remarks from school staff, as well as whether anyone intervened when hearing this type of language at school.

**Homophobic remarks.** As shown in Figure 1.6, more than half of LGBTQ students (54.4%) reported hearing homophobic remarks, such as "fag" or "dyke," regularly (often or frequently) at school. The most common form of homophobic language that was heard by LGBTQ students in our survey was "gay" being used in a negative way at school, such as comments like "that's so gay" or "you're so gay,"[31] with three-fourths of LGBTQ

students (75.6%) reporting that they heard these types of comments often or frequently in their schools. These expressions are often used to mean that something or someone is stupid or worthless and, thus, may be dismissed as innocuous by school authorities and students in comparison to overtly derogatory remarks such as "faggot" or "dyke." However, 91.8% of LGBTQ students reported that hearing "gay" used in a negative manner caused them to feel bothered or distressed to some degree (see Figure 1.7).

"No homo" is a phrase employed at the end of a statement in order to rid it of a potential homosexual connotation. For instance, some might use the phrase after giving a compliment to someone of the same gender, as in, "I like your jeans—no homo." This expression is homophobic in that it promotes the notion that it is unacceptable to have a same-gender attraction. This expression was also heard regularly by students in our 2019 survey — the majority of LGBTQ students (60.9%) reported hearing this remark often or frequently in their schools (see also Figure 1.6). We also asked LGBTQ students who heard homophobic remarks in school how pervasive this behavior was among the student population. As shown in Figure 1.8, almost a quarter of students (23.2%) reported that these types of remarks were made by most of their peers.

Students who reported hearing homophobic remarks at school were asked how often homophobic remarks were made in the presence of teachers or other school staff, and whether staff intervened when present. Almost a third of students in our survey (35.7%) reported that school staff members were present all or most of the time when homophobic remarks were made. When school staff were present, the use of biased and derogatory language by students remained

**Figure 1.6 Frequency of Hearing Anti-LGBTQ Remarks at School**



| | Never | Rarely | Sometimes | Often | Frequently |
|---|---|---|---|---|---|
| "That's So Gay" | 1.2% | 6.8% | 16.5% | 25.2% | 50.4% |
| "No Homo" | 3.1% | 13.5% | 22.5% | 24.2% | 36.7% |
| Other Homophobic Remarks (e.g., "fag" or "dyke") | 4.8% | 16.7% | 24.1% | 23.8% | 30.6% |
| Remarks about Gender Expression | 8.2% | 13.2% | 25.4% | 26.6% | 26.6% |
| Remarks about Transgender People (e.g., "tranny," "he/she") | 12.6% | 16.8% | 26.9% | 19.9% | 23.8% |

largely unchallenged. Nearly half (46.6%) reported that staff never intervened when hearing homophobic remarks, and only 13.7% reported that school personnel intervened most of the time or always when homophobic remarks were made in their presence (see Figure 1.9). One would expect teachers and school staff to bear the responsibility for addressing problems of biased language in school. However, given that school personnel are often not present during these incidents, students may also intervene when hearing biased language. Thus, other students' willingness to intervene when hearing this kind of language may be another important indicator of school climate. However, less than a tenth of students (6.4%) reported that their peers intervened always or most of the time when hearing homophobic remarks, and more than half (59.8%) said their peers never intervened (see also Figure 1.9).

Altogether, these findings indicate that the majority of LGBTQ students report rampant usage of homophobic remarks in their schools, which contributes to a hostile learning environment for this population. Infrequent intervention by school authorities when hearing such language in school may also send a message to students that homophobic language is tolerated.

**Negative remarks about gender expression.** Society often imposes norms for what is considered appropriate expression of one's gender. Those who express themselves in a manner considered to be atypical may experience criticism, harassment, and sometimes violence. Thus, we asked students in our survey two separate questions about hearing comments related to a student's gender expression:

1) how often they heard remarks about someone not acting "masculine enough," and 2) how often they heard comments about someone not acting "feminine enough." Findings from this survey indicate that negative remarks about someone's gender expression were pervasive in schools. As previously shown in Figure 1.6, 53.2% of students reported hearing either type of remark often or frequently. Figure 1.10 shows the specific frequencies of the two variables: hearing remarks about other students not acting "masculine enough" and hearing remarks about other students not acting "feminine enough." Remarks related to students not acting "masculine enough" were found to be more common than remarks related to students not acting "feminine enough."[32]  Nearly half of students (46.9%) heard negative comments related to students' masculinity regularly (i.e., often or frequently), compared to just under a third of students (31.9%) that regularly heard comments related to students' femininity. When asked how much of the student population made these types of remarks, almost a fifth of students (17.4%) reported that most of their peers made negative remarks about someone's gender expression (see Figure 1.11).

Almost a third of students in our survey who heard negative remarks about gender expression (30.7%) reported that school staff members were present all or most of the time when these remarks were made. In addition, intervention by educators regarding gender expression remarks was even less common than intervention for homophobic remarks — 9.0% of LGBTQ students reported that school staff intervened most of the time or always when remarks about gender expression were made in their presence (see Figure 1.12),



**Figure 1.7 Degree that LGBTQ Students Were Bothered or Distressed as a Result of Hearing "Gay" Used in a Derogatory Way**

Not at all 8.2%
A little 32.6%
Pretty much 37.5%
Extremely 21.7%



**Figure 1.8 LGBTQ Students' Reports of How Many Students Make Homophobic Remarks**

None 0.6%
A Few 22.9%
Some 53.3%
Most 23.2%

compared to 13.7% of LGBTQ students who reported that staff intervened most of the time or always for homophobic remarks (see Figure 1.9).[33] Furthermore, less than a tenth of students (8.6%) reported that other students intervened most of the time or always when negative remarks about gender expression were made.

The high frequency of hearing these remarks, coupled with the fact that these comments are so rarely challenged by adults at school, suggests that a range of gender expressions may not be commonly tolerated in schools. In addition, homophobic remarks may be more commonly understood by school personnel to be inappropriate for the school environment than are negative remarks about someone's gender expression, and greater education among school professionals may be needed for them to understand the contribution of gender bias to a hostile school environment.

**Negative remarks about transgender people.**
Similar to negative comments about gender expression, people may make negative comments about transgender people because they can pose a challenge to "traditional" ideas about gender. Also, in recent years, there has been greater transgender visibility in the media and more political attention to transgender student rights.[34] Therefore, we asked students about how often they heard negative remarks specifically about transgender people, like "tranny" or "he/she." Over two-fifths of LGBTQ students in our survey (43.7%) reported hearing these comments often or frequently (see Figure 1.6).

The pervasiveness of anti-LGBTQ remarks is a concerning contribution to hostile school climates for all LGBTQ students. Any negative remark about sexual orientation, gender identity, or gender expression may signal to LGBTQ students that they are unwelcome in their school communities, even if a specific negative comment is not personally applicable to the individual student who hears it. For example, negative comments about gender expression may disparage transgender or LGB people, even if transgender-specific or homophobic slurs are not used.



**Figure 1.9 LGBTQ Students' Reports of Staff and Student Intervention in Homophobic Remarks**



**Figure 1.10 Frequency of LGBTQ Students Hearing Different Types of Remarks about Students' Gender Expression**



**Figure 1.11 LGBTQ Students' Reports of How Many Students Make Negative Remarks about Gender Expression**



**Figure 1.12 LGBTQ Students' Reports of Staff and Student Intervention in Negative Remarks about Gender Expression**

## Anti-LGBTQ Remarks from School Personnel

We asked the students in our survey how often they hear homophobic remarks and negative remarks about gender expression from teachers or other school staff. Disturbingly, slightly more than half of students (52.4%) reported hearing homophobic remarks from their teachers or other school staff (see Figure 1.13). Further, two thirds of students (66.7%) had heard teachers or other school staff make negative comments about a student's gender expression (see Figure 1.13). LGBTQ students heard school staff make negative remarks about gender expression more frequently than homophobic remarks.[35] In that most students in our 2019 survey heard school staff make homophobic remarks and negative remarks about gender expression themselves, school staff may be modeling poor behavior and legitimizing the use of anti-LGBTQ language.



**Figure 1.13 Frequency of LGBTQ Students Hearing Negative Remarks from Teachers or Other School Staff**

# "Many students at my school use offensive language about race, gender and sexuality which very few people do anything about."

### *Hearing Other Types of Biased Remarks at School*

In addition to hearing anti-LGBTQ remarks at school, hearing other types of biased language is also an important indicator of school climate for LGBTQ students. We asked students about their experiences hearing racist remarks, sexist remarks (such as someone being called "bitch" in a negative way, or girls being talked about as inferior to boys), negative remarks about other students' ability (such as "retard" or "spaz"), negative remarks about other students' religion, negative remarks about other students' body size or weight, and negative remarks about students' immigration status (such as "illegal," "alien," or "anchor baby") at school. The LGBTQ students in our survey reported that many of these types of remarks were commonplace at their schools, although some comments were more prevalent than others (see Figure 1.14). The majority of LGBTQ students (77.4%) heard sexist remarks regularly (i.e., frequently or often) at their school. In fact, sexist remarks were the most commonly heard remark — even more than homophobic remarks.[36] In addition, the majority (74.9%) also heard negative remarks about students' ability/disability regularly. Negative remarks about students' weight or body size and racist remarks were also very commonly heard types of biased remarks, with over half having heard these types of remarks regularly from other students (56.6% and 55.8%, respectively). Comments about religion were somewhat less common, with nearly a quarter (23.4%) reporting hearing negative remarks about other students' religion from other students regularly. Least commonly heard were negative remarks about students' immigration status, with almost a fifth (17.4%) reporting that they heard them regularly at school.

Hearing biased or derogatory language is a common occurrence at school, and most teachers and other school authorities did not consistently intervene when these remarks were made in their presence, with regard to homophobic remarks and negative remarks about gender expression. Thus, the pervasive use of biased language would remain largely unchallenged. In order to ensure schools are welcoming and safe for LGBTQ students, teachers and other school personnel need to intervene when LGBTQ-biased remarks are made in their presence, and school personnel need to make clear to students that such biased remarks will not be tolerated. Although homophobic and sexist remarks were most commonly heard at school, other types of remarks were also common, such as remarks about a student's ability or body size or weight. As such, any type of biased remark tolerated in school can create an unwelcoming environment for all students, and especially for students with marginalized identities.



**Figure 1.14 Frequency of LGBTQ Students Hearing Other Biased Remarks in School**

| | Never | Rarely | Sometimes | Often | Frequently |
|---|---|---|---|---|---|
| Sexist Remarks | 2.0% | 5.7% | 14.9% | 22.3% | 55.1% |
| Remarks about Ability (e.g., "retarded" or "spaz") | 2.5% | 6.9% | 15.6% | 23.7% | 51.2% |
| Remarks about Weight or Body Size | 4.6% | 13.2% | 25.6% | 23.7% | 32.9% |
| Racist Remarks | 4.6% | 13.9% | 25.7% | 23.6% | 32.2% |
| Remarks about Religion | 19.6% | 32.3% | 24.7% | 11.6% | 11.8% |
| Remarks about Immigration Status | 39.8% | 26.8% | 16.0% | 8.1% | 9.3% |

# Experiences of Harassment and Assault at School

## Key Findings

- More than 8 in 10 LGBTQ students experienced harassment or assault at school.

- LGBTQ students were most commonly harassed or assaulted at school based on sexual orientation and gender expression.

- Over two-thirds of LGBTQ students reported being verbally harassed at school due to their sexual orientation; more than half were verbally harassed because of their gender expression.

- A quarter of LGBTQ students reported being physically harassed at school due to their sexual orientation; over a fifth were physically harassed because of their gender expression.

- 1 in 7 LGBTQ students reported being physically assaulted at school in the past year due to their sexual orientation, gender, or gender expression.

- Over a third of LGBTQ students reported being bullied or harassed due to their actual or perceived disability, and more than 1 in 5 reported being harassed based on their religion and actual or perceived disability.

- Relational aggression (i.e. spreading rumors or deliberate exclusion) was reported by the vast majority of LGBTQ students.

- Over two-fifths of LGBTQ students reported experiencing some form of electronic harassment ("cyberbullying") in the past year.

- Nearly 6 in 10 LGBTQ students were sexually harassed at school in the past year.

EXHIBIT D

Hearing anti-LGBTQ remarks in school can contribute to feeling unsafe and create a negative learning environment. However, direct experiences with harassment and assault may have even more serious consequences on the lives of students. The vast majority of LGBTQ students (86.3%) experienced harassment or assault based on personal characteristics, including sexual orientation, gender expression, gender, and actual or perceived race and ethnicity, religion, and disability.

### Harassment and Assault Based on Sexual Orientation, Gender, and Gender Expression

We asked survey participants how often ("never," "rarely," "sometimes," "often," or "frequently") they had been verbally harassed, physically harassed, or physically assaulted at school during the past year specifically based on sexual orientation, gender, and gender expression (e.g., not acting "masculine" or "feminine enough").

**Verbal harassment.** Students in our survey were asked how often in the past year they had been verbally harassed (e.g., been called names or threatened) at school specifically based on sexual orientation, gender expression, and gender. An overwhelming majority (81.0%) reported being verbally harassed at some point in the past year, and over a third (35.1%) experienced higher frequencies (often or frequently) of verbal harassment based on any of these characteristics. LGBTQ students most commonly reported experiencing verbal harassment at school based on their sexual orientation, followed by gender expression (see Figure 1.15):[37]

- More than two-thirds of LGBTQ students (68.7%) were verbally harassed at school in the past year based on their sexual orientation; over a fifth (21.7%) experienced this harassment often or frequently;

- A majority of LGBTQ students (56.9%) were verbally harassed at school in the past year based on their gender expression; a fifth (20.0%) experienced this harassment often or frequently;

- Over half of LGBTQ students (53.7%) were verbally harassed at school in the past year based on their gender; nearly a fifth (18.3%) experienced this harassment often or frequently.

**Physical harassment.** With regard to physical harassment, over a third of LGBTQ students (34.2%) had been physically harassed (e.g., shoved or pushed) at some point at school during the past year based on their sexual orientation, gender expression, or gender. Students most commonly reported being physically harassed at school based on their sexual orientation, followed by gender expression and gender (see Figure 1.16):[38]

- Approximately a quarter of LGBTQ students (25.7%) were physically harassed at school in the past year based on their sexual orientation; 5.4% experienced this harassment often or frequently;

- More than a fifth of LGBTQ students (21.8%) were physically harassed at school in the past year based on their gender expression;

**Figure 1.15 Frequency of Verbal Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year**



**Figure 1.16 Frequency of Physical Harassment Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year**



5.3% experienced this harassment often or frequently; and

- Over a fifth of LGBTQ students (22.2%) were physically harassed at school in the past year based on their gender; 5.1% experienced this harassment often or frequently.

**Physical assault.** LGBTQ students were less likely to report experiencing physical assault (e.g., being punched, kicked, or injured with a weapon) at school than verbal or physical harassment,[39] which is not surprising given the more severe nature of assault. Nonetheless, 14.8% of students in our survey were assaulted at school during the past year based on their sexual orientation, gender, or gender expression. As we found with physical harassment, LGBTQ students most commonly experienced physical assault based on their sexual orientation, followed by assault based on gender expression and gender (see Figure 1.17):[40]

- 11.0% of LGBTQ students were physically assaulted at school in the past year based on their sexual orientation;

- 9.5% of LGBTQ students were physically assaulted at school in the past year based on how they expressed their gender; and

- 9.3% of LGBTQ students were physically assaulted at school in the past year school based on their gender.

### Harassment and Assault Based on Other Characteristics

Although harassment based on gender and sexuality may be the most salient type of victimization

for many LGBTQ students, students also may be victimized for other reasons, given that LGBTQ students, like all people, hold multiple identities. We also asked LGBTQ students about their experiences with harassment related to other identity-based characteristics, including their religion, their actual or perceived race or ethnicity, and an actual or perceived emotional, developmental, or physical disability. As shown in Figure 1.18, over a third of LGBTQ students were harassed at school based on their actual or perceived disability (36.5%), and more than one in five reported being harassed at school based on their religion (23.1%) and actual or perceived race or ethnicity (21.4%).

### Other Types of Harassment and Negative Events

LGBTQ students may be harassed or experience other negative events at school for reasons that are not clearly related to their gender, sexuality, or other identities. In our survey, we also asked students how often they experienced these other types of events in the past year, such as sexual harassment and deliberate property damage.

> "As soon as I came out, I was actively tormented and bullied by the popular boys and sexually harassed by them as well."



**Figure 1.17 Frequency of Physical Assault Based on Sexual Orientation, Gender, and Gender Expression Experienced by LGBTQ Students in the Past School Year**



**Figure 1.18 Frequency of Other Identity-Based Harassment and Assault Experienced by LGBTQ Students in the Past School Year**

**Sexual harassment.** Survey participants were asked how often they had experienced sexual harassment at school in the past year, such as unwanted touching or sexual remarks directed at them. As shown in Figure 1.19, a majority of LGBTQ students (58.3%) had been sexually harassed at school, and 13.4% reported that such events occurred often or frequently.

**Relational aggression.** Research on school-based bullying and harassment often focuses on physical or overt acts of aggressive behavior; however, it is also important to examine relational forms of aggression that can damage peer relationships, such as spreading rumors or excluding students from peer activities.[41] We asked participants how often they had experienced two common forms of relational aggression: being purposefully excluded by peers and being the target of mean rumors or lies. As illustrated in Figure 1.19, the vast majority of LGBTQ students (90.1%) in our survey reported that they had felt deliberately excluded or "left out" by other students, and nearly half (47.5%) experienced this often or frequently. Most LGBTQ students (73.6%) had mean rumors or lies told about them at school, and over a quarter (25.2%) experienced this often or frequently.

**Electronic harassment or "cyberbullying."** Electronic harassment (often called "cyberbullying") is using an electronic medium, such as a mobile phone or the Internet, to threaten or harm others.[42] We asked students in our survey how often they were harassed or threatened by students at their school via electronic media (for example, text messages, emails, Instagram, Twitter, Tumblr, Facebook, Snapchat), and over two-fifths of LGBTQ students (44.9%) reported experiencing this type of harassment in the past year, with 10.8% reporting that they experienced it often or frequently (see also Figure 1.19).

**Property theft or damage at school.** Having one's personal property damaged or stolen is yet another dimension of a hostile school climate for students. Over a third of LGBTQ students (35.7%) reported that their property had been stolen or purposefully damaged by other students at school in the past year, and 5.5% said that such events had occurred often or frequently (see Figure 1.19).

In this section, we found that the vast majority of LGBTQ students experienced identity-based harassment at school, most-often targeting their LGBTQ identities. We also found that, in addition to verbal and physical harassment and assault, LGBTQ students faced other forms of harassment, such as relational aggression and sexual harassment. Although we do not know the degree to which these other forms of harassment target students' LGBTQ identities, it is likely that LGBTQ youth face these forms of peer victimization more frequently than their non-LGBTQ peers. These forms of victimization can have serious consequences on students' academic outcomes and well-being, and we examine these relationships for LGBTQ students later in this report.

**Figure 1.19 Frequency of Other Types of Harassment Experienced by LGBTQ Students in the Past School Year**



THE 2019 NATIONAL SCHOOL CLIMATE SURVEY    60

# Reporting of School-Based Harassment and Assault

## Key Findings

- The majority of LGBTQ students who were harassed or assaulted at school did not report these incidents to school staff.

- The most common reasons that LGBTQ students did not report incidents of victimization to school staff were doubts that effective intervention would occur, and fears that reporting would make the situation worse.

- When asked to describe how staff responded to reports of victimization, LGBTQ students most commonly said that staff did nothing or told the student to ignore it; 2 in 10 students were told to change their behavior (e.g., to not act "so gay" or dress in a certain way)

- Just over a quarter of LGBTQ students who had reported incidents of victimization to school staff said that staff had effectively addressed the problem.

EXHIBIT D

GLSEN advocates that anti-bullying/harassment measures in school must include clear processes for reporting by both students and staff, and stipulations that staff are adequately trained to effectively address instances of bullying and harassment when informed about them. In our survey, we asked those students who had experienced harassment or assault in the past school year how often they had reported the incidents to school staff. Given that family members may be able to advocate on behalf of the student with school personnel, we further asked students in our survey if they reported harassment or assault to a family member (i.e., to a parent, guardian, or other family member), and if family members intervened on their behalf with the school.

As shown in Figure 1.20, over half of these students (56.6%) never reported incidents of victimization to school staff, and less than a fifth of students (16.7%) indicated that they reported these incidents to staff regularly (i.e., reporting "most of the time" or "always"). Less than half of students (44.9%) said that they had ever told a family member about the victimization they faced at school (see also Figure 1.20), and of those who had, only half (51.9%) reported that a family member had ever addressed the issue with school staff (see Figure 1.21). Although more research is needed to understand why LGBTQ students do not inform their families about school victimization, we posit that one reason may be related to whether or not they are out to a parent or guardian. We, indeed, found that students who were out as LGBTQ to at least one parent or guardian

were more likely to tell their families about the victimization they were experiencing in school (52.3% vs. 28.1%).[43]

### Reasons for Not Reporting Harassment or Assault

Reporting incidents of harassment and assault to school staff may be an intimidating task for students, especially when there is no guarantee that reporting these incidents will result in effective intervention. Students who indicated that they had not always told school personnel about their experiences with harassment or assault were asked why they did not do so. Table 1.1 shows the frequencies for the reasons given by survey respondents for not reporting.

**Doubted that effective intervention would occur.** As shown in Table 1.1, the most common reasons that LGBTQ students cited for not always reporting incidents of victimization to school staff were related to doubt that doing so would be effective. Almost three-fourths of victimized students in our survey (72.7%) expressed the belief that school staff would not do anything about the harassment even if they reported it. In addition, about two-thirds of students (65.8%) believed that even if staff did do something, their actions would not effectively address the victimization that they were experiencing.

**Feared making the situation worse.** Many LGBTQ students indicated that they did not report instances of victimization because they were afraid of exacerbating an already hostile situation. For example, nearly two-thirds of these students (63.0%) indicated they wanted to avoid being



**Figure 1.20 Frequency of LGBTQ Students Reporting Incidents of Harassment and Assault**



**Figure 1.21 Frequency of Intervention by LGBTQ Students' Family Members** (n = 5020)

labeled a "snitch" or "tattle-tale." Furthermore, many students did not report their harassment or assault to school staff due to concerns about confidentiality. Specifically, approximately two-fifths of LGBTQ students in our survey (43.5%) were worried about being "outed" to school staff or to their family members simply by reporting the bias-based bullying that they were experiencing. Lastly, just over two-fifths of students (41.6%) expressed explicit safety concerns, such as fear of retaliation from the perpetrator if they reported the harassment to school staff.

**Concerns about approaching school staff**.
Many LGBTQ students reported that they were uncomfortable approaching school staff. About half of students said they felt too embarrassed or ashamed to report the incident to school staff members (49.5%), and also about half (48.4%) felt they might be blamed and/or disciplined by school staff simply for reporting the incident. In addition, more than a quarter of students (27.7%) were deterred from reporting harassment or assault because they felt that staff members at their school were homophobic or transphobic themselves. Such staff may not fully grasp the victimization LGBTQ

students experience, or may simply choose not to help. Perhaps the most troubling, however, is that nearly one-tenth of victimized students in our survey (8.5%) said that school staff members were actually part of the harassment or assault they were experiencing, thus leaving students to feel that there is no recourse for addressing incidents of victimization at their school.

Staff themselves perpetrating victimization against LGBTQ students is troubling in and of itself, but also can exacerbate the negative school climate that many LGBTQ students often experience. Harassment by school staff can cause additional harm when witnessed by other students by sending a message that harassment is acceptable in the classroom or within the school community. Harassment of students by staff also serves as a reminder that safer school efforts must address all members of the school community, and not just the student body.

**Did not think harassment was serious enough.**
Nearly half of students (48.3%) expressed that they did not report incidents of victimization to school personnel because they did not consider

| Table 1.1 Reasons LGBTQ Students Did Not Always Report Incidents of Harassment or Assault to School Staff (n = 10406) | | |
|---|---|---|
| Students Reporting Specific Response* | % | number |
| **Doubted that Effective Intervention Would Occur** | | |
| Did Not Think School Staff Would Do Anything About It | 72.7% | 7560 |
| Did Not Think School Staff's Handling of the Situation Would Be Effective | 65.8% | 6843 |
| **Feared Making the Situation Worse** | | |
| Did Not Want to be Perceived as a "Snitch" or a "Tattle Tale" | 63.0% | 6560 |
| Did Not Want to be "Outed" as Being LGBTQ to Staff or Family Members | 43.5% | 4526 |
| Was Concerned for Their Safety (e.g., retaliation, violence from perpetrator) | 41.6% | 4330 |
| **Concerns about Approaching School Staff** | | |
| Was Too Embarrassed or Ashamed to Report It | 49.5% | 5156 |
| Fear of Being Blamed or Getting in Trouble for the Harassment | 48.4% | 5032 |
| Homophobic/Transphobic School Staff | 27.7% | 2878 |
| School Staff Were Part of the Harassment | 8.5% | 882 |
| **Did Not Think the Harassment was Serious Enough** | 48.3% | 5030 |
| **Student Handled It Themselves** | 25.3% | 2629 |
| **Other Reason** (e.g., reported incident to friends or family instead, did not want perpetrator punished) | 1.1% | 110 |

*Because respondents could select multiple responses, categories are not mutually exclusive. Percentages may not add up to 100%.

# "I got rocks thrown at me and was beaten by kids at my school. I never told anyone about this. Not a parent, school staff member, nor peer."

the harassment to be serious enough to report. Because we lack specific details about these particular incidents of victimization, we cannot determine whether the events perceived as "not serious enough" to report were truly minor. We, nevertheless, did find that students who said they did not report victimization because it was "not that serious" had lower levels of victimization compared to those who did not cite this reason for not reporting harassment or assault.[44] However, it is also possible that some students may convince themselves that their harassment is insignificant, and therefore not worth reporting, due to the many other inhibiting factors discussed throughout this section.

**Students handled it themselves.** A quarter of students (25.3%) in our survey said they did not report harassment or assault to school staff because they handled the situation themselves. Without further information, we cannot know what specific actions these students took to address these incidents. It may be that they confronted the perpetrator directly, either instructing them to stop, or they retaliated in some way. However, it is a concern because such actions could put the victimized students at risk for disciplinary consequences and may not prevent further peer victimization. Further research is needed to explore the nature and possible consequences of the various ways that students handle incidents of harassment themselves.

Taken together, these responses demonstrate a pervasive problem in our nation's schools. It is clear that LGBTQ youth are not able to report experiences of harassment and/or assault in their schools, whether due to doubts about school staff taking effective action, fear of retaliation from perpetrators, concerns about being "outed" as LGBTQ, or by simply being too embarrassed to come forward and report the victimization they are experiencing. In order to create a safe learning environment for all students, schools should work

toward appropriately and effectively responding to incidents of victimization. Many of the reasons students gave for not reporting victimization could be addressed through more intentional school policies and practices. School staff should respond to each incident brought to their attention, as well as inform victims of the action that was taken. Training all members of the school community to be sensitive to LGBTQ student issues and effectively respond to bullying and harassment, in addition to doing away with zero-tolerance policies that lead to automatic discipline of targets of harassment and assault, could increase the likelihood of reporting by students who are victimized at school. Such efforts could, in turn, improve school climate for all students.

### Students' Reports on the Nature of School Staff's Responses to Harassment and Assault

We asked those LGBTQ students who had reported incidents to school staff about the actions taken by staff in response to the most recent incident. As shown in Table 1.2, the most common responses were that the staff member:

- Did nothing and/or told the reporting student to ignore the victimization (60.5%);

- Talked to the perpetrator/told them to stop the harassment (43.1%);

- Provided emotional support to the reporting student (23.1%); and

- Told the reporting student to change their behavior (e.g., not to act "so gay" or not to dress a certain way — 20.8%).

Formal disciplinary action to address reported incidents of victimization occurred less frequently—less than one-fifth of students who had reported harassment (14.9%) indicated that the perpetrator had been disciplined by school staff. Unfortunately, formal disciplinary action was sometimes directed at the target of the harassment themselves. Nearly one in ten students (7.3%) reported that they themselves were disciplined when they reported being victimized (see also Table 1.2).

Failing to intervene when harassment is reported, punishing students for their own victimization, and other inappropriate responses to reports of harassment and assault are unacceptable and

| Table 1.2 LGBTQ Students' Reports of School Staff's Responses to Reports of Harassment and Assault (n = 4841) | | |
|---|---|---|
| Students Reporting Specific Response* | % | n |
| **Staff Did Nothing/Took No Action and/or Told the Student to Ignore It** | **60.5%** | **2930** |
| Staff told the student to ignore it | 45.2% | 2186 |
| Staff did nothing/Took no action | 43.2% | 2092 |
| **Staff Talked to Perpetrator/Told Perpetrator to Stop** | **43.1%** | **2085** |
| **Provided Them Emotional Support** | **23.1%** | **1120** |
| **Parents were Contacted** | **21.5%** | **1040** |
| Staff contacted the reporting student's parents | 15.8% | 766 |
| Staff contacted the perpetrator's parents | 11.9% | 576 |
| **Told Reporting Student to Change Their Behavior** (e.g., to not act "so gay" or dress in a certain way) | **20.8%** | **1006** |
| **Reporting Student and Perpetrator were Separated from Each Other** | **17.7%** | **857** |
| **Perpetrator was Disciplined** (e.g., with detention, suspension) | **14.9%** | **719** |
| **Incident was Referred to Another Staff Person** | **16.5%** | **799** |
| **Filed a Report of the Incident** | **15.2%** | **734** |
| **Staff Attempted to Educate Students about Bullying** | **11.3%** | **549** |
| Staff educated the perpetrator about bullying | 7.4% | 356 |
| Staff educated the whole class or school about bullying | 5.9% | 284 |
| **Used Peer Mediation or Conflict Resolution Approach** | **6.5%** | **317** |
| **Reporting Student was Disciplined** (e.g., with detention, suspension) | **7.3%** | **351** |
| **Other Responses** (e.g., staff counseled student, victim was blamed, threats of discipline) | **1.8%** | **86** |

potentially harmful to students who experience them. Staff members who do not address reports of student victimization not only fail to help the victimized student, but also may discourage other students from reporting when they are harassed or assaulted at school.

### Effectiveness of Staff Responses to Harassment and Assault

In our survey, students who said that they reported incidents of harassment and assault to school staff were also asked how effective staff members were in addressing the problem.[45] As shown in Figure 1.22, just over a quarter of students (28.0%) believed that staff responded effectively to their reports of victimization. The staff actions that students were more likely to indicate as effective included:[46]

- Staff took disciplinary action against the perpetrator;

- Staff educated the perpetrator about bullying;

- Staff contacted the perpetrator's parents; and

- Staff provided emotional support.

The responses that students were more likely to indicate were less effective were:[47]

- Staff told the reporting student to change their behavior;

- Staff disciplined the student who reported the incident;



**Figure 1.22 LGBTQ Students' Perceptions of Effectiveness of Reporting Incidents of Harassment and Assault to School Staff**

Very Effective 7.3%

Not at All Effective 51.2%

Somewhat Effective 20.7%

Somewhat Ineffective 20.8%

- Staff did nothing to address the incident and/or told the reporting student to ignore the harassment;

- Staff talked to the perpetrator/told the perpetrator to stop;

- Staff filed a report;

- Staff referred the incident to another staff member;

- Staff contacted the reporting student's parents;

- Staff used a peer mediation/conflict resolution approach;

- Staff educated the class or student body about bullying; and

- Staff separated the perpetrator and reporting student.

Although these findings about ineffective responses may suggest a lack of care on the part of staff, they may also be indicative of school staff who are well-meaning but are also misinformed about effective intervention strategies for cases of bullying and harassment. For example, peer mediation and conflict resolution strategies, in which students speak to each other about an incident, are only effective in situations where conflict is among students with equal social power. Peer mediation that emphasizes that all involved parties contribute to conflict can be ineffective, and, at worst, may re-victimize the targeted student when there is an imbalance of power between the perpetrator and the victim. When harassment is bias-based, as is the case with anti-LGBTQ harassment, there is almost always, by definition, an imbalance of power.[48]

School personnel are charged with providing a safe learning environment for all students. In this survey, the most common reason students gave for not reporting harassment or assault was the belief that nothing would be done by school staff. And as discussed above, even when students *did* report incidents of victimization, the most common staff responses were to do nothing or merely to tell the student to ignore it. By not effectively addressing harassment and assault, students who are victimized are denied an adequate opportunity to learn. It is particularly troubling that one-fifth of victimized students (20.8%) were told by school

staff to change their behavior for reasons such as their sexual orientation or gender expression (see Table 1.2), which implies that they somehow brought the problem upon themselves for simply being who they are. It is even more concerning that this type of response — that an LGBTQ identity is the actual problem — aligns with the notion of conversion therapy, a practice that claims to change an individual's sexual orientation or gender identity/expression, which can lead to lowered psychological well-being among other issues for LGBTQ youth.[49] Although this practice has been widely discredited by mainstream medical and mental health organizations, some practitioners continue to administer conversion therapy in the U.S. This type of response by school staff may exacerbate an already hostile school climate for LGBTQ students, and may deter students from reporting other incidents of harassment or assault in the future.

When students reported incidents of harassment or assault to staff members, the interventions had varying degrees of perceived effectiveness. The findings suggest that direct actions taken by school staff were more likely seen as effective, such as teaching the perpetrator about bullying. In contrast, indirect actions that are not as visible and immediate to the student, such as teaching the class or student body about bullying, filing a report, or referring to another staff person, were more likely to be seen as ineffective. One interesting exception, however, was that talking to the perpetrator or telling the perpetrator to stop, a direct action, was less likely to be seen as an effective response, yet taking disciplinary action against the perpetrator and teaching the perpetrator about bullying were more likely to be seen as effective responses. It may be that talking to the perpetrator or telling the perpetrator to stop was a simple, momentary reprimand without any further action that would have stopped future incidents. In contrast, taking disciplinary action against the perpetrator and teaching the perpetrator about bullying connote more substantial actions that could prevent future incidents, than talking to the perpetrator or telling

them to stop. Separating the student was also not an effective intervention. Although this type of intervention may be a near-term solution to the problem, it does not necessarily address the root of the problem and may not be an effective long-term solution. Finally, peer mediation was not an effective response because, as discussed earlier in this section, the LGBTQ student may be re-victimized due to the imbalance of power between the perpetrator and the victim.

Given that we do not know the circumstances for each instance of harassment or assault, or the reasons why students would characterize a response as effective or not, we are not able to know details about what made certain staff responses (e.g., talking to the perpetrator) more effective than others (i.e., whether it resulted in an end to the harassment and/or made the student feel more supported in school). As discussed, it may be that actions taken by school staff that are directed at the perpetrator and actions that have negative consequences for the perpetrator are seen as more effective intervention strategies than actions that are not directed at the perpetrator or that do not have consequences. Disciplining the perpetrator, contacting the perpetrator's parents, and educating the perpetrator about bullying may be more likely to change their behavior than simply talking to the perpetrator or telling the perpetrator to stop, and educating the class or student body about bullying. Our prior research has indicated that general training about bullying and harassment may not be enough to equip educators with the ability to effectively address anti-LGBTQ victimization.[50] School or district-wide educator professional development trainings on issues specifically related to LGBTQ students and bias-based bullying and harassment may better equip educators with tools for effectively intervening in cases of bullying of LGBTQ students. In addition, such trainings may help educators become more aware of the experiences of LGBTQ students, including incidents of harassment and bullying, which could play a vital role in improving LGBTQ students' school experiences overall.

# Experiences of Discrimination at School



**Key Findings**

- Approximately 6 in 10 LGBTQ students indicated that they had experienced LGBTQ-related discriminatory policies and practices at their school.

- Students were commonly restricted from expressing themselves as LGBTQ at school, including being: disciplined for public displays of affection that are not disciplined among non-LGBTQ students, prevented from discussing or writing about LGBTQ topics in assignments, restricted from wearing clothing or items supporting LGBTQ issues, prohibited from bringing a date of the same gender to a school dance, and being disciplined unfairly simply because they were LGBTQ.

- Schools often limited the inclusion of LGBTQ topics or ideas in extracurricular activities, including: preventing LGBTQ students from using locker rooms aligned with their gender identity, preventing or discouraging students from participating in school sports because they were LGBTQ, preventing students from discussing or writing about LGBTQ issues in extracurricular activities, and inhibiting GSAs' activities.

- Schools often enforced adherence to traditional gender norms, including being: prevented from using bathrooms aligned with their gender identity, prevented from using their chosen name or pronouns, and prevented from wearing clothes considered "inappropriate" based on gender.

- Students commonly experienced gender separation practices at school, including homecoming court or prom royalty, attire for graduation, and attire for official school photographs.

EXHIBIT D

Hearing homophobic language and negative remarks about gender expression in the hallways and directly experiencing victimization from other students clearly contribute to a hostile climate for LGBTQ students. Certain school policies and practices may also contribute to negative experiences for LGBTQ students and make them feel as if they are not valued by their school communities. In our survey, we asked students about a number of specific LGBTQ-related discriminatory policies and practices at their school that they may have personally experienced. Nearly 6 in 10 students (59.1%) indicated that they had experienced any of these LGBTQ-related discriminatory policies and practices (see Figure 1.23).

### Restricting LGBTQ Expression in School

Several of the questions about policies and practices were related to efforts to restrict students from identifying as LGBTQ, from being themselves in the school environment, and from expressing support for or interest in LGBTQ issues. Not only do these policies stifle students' expression, but they also serve to maintain a silence around LGBTQ people and issues that could have the effect of further stigmatizing LGBTQ people. As shown in Figure 1.23, over a quarter of LGBTQ students (28.0%) said that they had been disciplined for public affection, such as kissing or holding hands, that is not similarly disciplined among non-LGBTQ students. Additionally, 16.6% of LGBTQ students said that they had been prevented from including LGBTQ topics in class assignments and projects, or discussing LGBTQ topics in class. One in ten LGBTQ students (10.7%) indicated that their schools had prevented them from wearing clothing or items supporting LGBTQ issues (e.g., a t-shirt with a rainbow flag), and 7.6% had been prevented from attending dances with someone of the same gender. Finally, 3.0% of students reported that they had been disciplined simply for identifying as LGBTQ.

### Limiting LGBTQ Inclusion in Extracurricular Activities

Students in our survey indicated that some schools also maintained policies and practices that limited LGBTQ content in extracurricular activities and/or restricted LGBTQ students' participation in these activities. For example, 16.3% of LGBTQ students said that their school prevented them from discussing or writing about LGBTQ issues in extracurricular activities, such as the yearbook, school newspaper, or events like Day of Silence.[51] Additionally, 14.7% reported that they had been hindered in forming or promoting a GSA or similar school club supportive of LGBTQ issues (see also Figure 1.23).

LGBTQ students in our survey also reported discriminatory experiences with regard to school athletics. Approximately one-tenth of students (10.2%) indicated that school staff or coaches had prevented or discouraged them from playing sports because they were LGBTQ. LGBTQ students may also be indirectly discouraged from participating in sports if they are unable to use the locker rooms aligned with their gender identity. For example, transgender and nonbinary students may be required to use the locker room of their assigned sex, and other LGBQ students may be prevented from using gendered locker rooms based on their same-sex attraction (e.g., staff preventing a lesbian girl from using the girl's locker room because she is a lesbian). We found that 27.2% of LGBTQ students were prevented from using locker rooms aligned with their gender identity. Further, we found that LGBTQ students who experienced this locker room discrimination were less likely to participate in school sports, and were more likely to avoid gym class, sports fields, and locker rooms at school.[52]

Clearly, some schools are sending the message that LGBTQ topics are not appropriate for extracurricular activities, and in some cases, that LGBTQ people should not be allowed to participate. Discriminatory policies and practices that mark official school activities as distinctly non-LGBTQ prevent LGBTQ students from participating in the school community as fully and completely as other students.

## "More than one teacher did not allow me to hold hands with my girlfriend and threatened detention if they even saw us in the halls holding hands."

**Figure 1.23 Percentage of LGBTQ Students Who Have Experienced Discriminatory Policies and Practices at School**



### Enforcing Adherence to Traditional Gender Norms

Other discriminatory policies appeared to target students' gender by prescribing certain rules or practices that limited their gender expression or access to gendered facilities (see Figure 1.23). Nearly a quarter of LGBTQ students (22.8%) said that they had been prevented from using their chosen name or pronouns in school, and nearly a fifth of students (18.3%) reported that their school prevented them from wearing clothing deemed "inappropriate" based on their gender (e.g., a student prevented from wearing a dress because they are a boy, or because staff think they are a boy). Additionally, over a quarter of LGBTQ students (28.4%) said that they had been prevented from using the bathroom aligned with their gender. Policies and practices that restrict bathroom access may have a particularly damaging impact on LGBTQ youth, including physical health complications if students are forced to avoid using the bathroom during the school day.[53] In fact, we found that LGBTQ students were approximately twice as likely to avoid the bathroom at school if they experienced bathroom discrimination (71.8% vs. 34.6%).[54]

It is important to note that each of these gender-related discriminatory policies and practices, including the discriminatory locker room policies mentioned previously, explicitly target students' gender identity and expression, and thus, may uniquely impact transgender and nonbinary students. For further discussion on the experiences of transgender and nonbinary students and their experiences with discriminatory policies and practices at school, see the "School Climate and Gender" section of this report.

### Gender Separation in School

School policies and practices that separate students by gender or impose different standards and expectations based on gender may pose distinct challenges for transgender and nonbinary students. Depending on how these practices are enforced, students may be forced to group with others based on their legal sex, regardless of their gender identity. These practices may also place undue pressure on transgender and nonbinary students to disclose their transgender status before they are ready in order to advocate for their right to be grouped in a way that affirms their gender identity. As these practices reinforce the gender binary (i.e., the notion that there are only two distinct and opposite genders) by separating boys from girls, they create an environment that may be uniquely difficult to navigate for nonbinary students. When gendered spaces, activities, and rules provide no options for students who do not conform to a gender binary, these students may feel as if they have no place in school at all.

Previously in this section, we discussed discriminatory practices in sports participation,



**Figure 1.24 LGBTQ Students' Reports of Ways Schools Separate Activities by Gender or Have Different Requirements Based on Gender**
(Percentage of LGBTQ Students in Co-ed Schools, n = 16497)

EXHIBIT D                        THE 2019 NATIONAL SCHOOL CLIMATE SURVEY

and access to bathrooms and locker rooms. In addition to these gendered spaces, we asked LGBTQ students about other specific practices that separate students by gender in school or require different standards for students based on gender. As seen in Figure 1.24, the majority of LGBTQ students (62.4%) experienced gendered spaces or practices at school.[55] Nearly half of LGBTQ students (44.9%) reported that their school had gender-specified homecoming courts, prom kings/ queens, or other types of honors at dances. These practices not only reinforce the gender binary, but by selecting a "king" and a "queen," also enforce the idea that heterosexuality is the norm and the only acceptable way of being. In addition, just over one-fourth of students (26.4%) reported that their school required gendered attire for graduation, such as different-colored robes for boys and girls, and 25.5% reported gendered attire for official school photographs, such as having boys wear tuxedos and girls wear dresses for senior portraits (see also Figure 1.24).

We also provided an opportunity for students to indicate additional ways that their school separated student activities by gender, and 10.0% reported other types of gender separation. Students most commonly reported practices related to orchestra, band, chorus, and dance performances (e.g., different dress requirements, separation of boys and girls), as well as school uniforms and dress codes (e.g., having different dress codes or uniforms for boys and girls, or differential enforcement of dress code based on gender). A number of students also discussed special events or classroom activities that pitted boys against girls.

Our findings indicate that anti-LGBTQ discriminatory school policies and practices are all too pervasive in our nation's schools. In order to ensure that schools are welcoming and affirming of all students, staff and administration should eliminate policies and practices that treat LGBTQ couples differently, censor expressions of LGBTQ identities, enforce traditional gender norms, needlessly separate students by gender, or maintain different rules or standards for boys and girls. Ending these practices can help to provide LGBTQ youth with a more inclusive school experience. Later in this report, we discuss the negative effects of these discriminatory policies and practices on LGBTQ students' well-being and academic outcomes.

# Hostile School Climate, Educational Outcomes, and Psychological Well-Being

**Key Findings**

- LGBTQ students who experienced high levels of in-school victimization:

    - Had lower GPAs than other students;

    - Were less likely to plan to pursue any post-secondary education;

    - Were nearly three times as likely to have missed school in the past month because they felt unsafe;

    - Were more likely to have been disciplined at school;

    - Were less likely to feel a sense of belonging to their school community; and

    - Had lower levels of self-esteem and higher levels of depression.

- LGBTQ students who experienced discrimination at school:

    - Had lower GPAs than other students;

    - Were nearly three times as likely to have missed school in the past month because they felt unsafe;

    - Were more likely to have been disciplined at school;

    - Were less likely to feel a sense of belonging to their school community; and

    - Had lower levels of self-esteem and higher levels of depression.

- LGBTQ students who did not plan to graduate high school (e.g., who planned to drop out or were not sure if they would finish high school) most commonly reported mental health concerns, academic concerns, and hostile school climate as reasons for leaving school.

# "I love learning but most days i just hate school. i can't deal with the comments and the inability for people to just be kind to LGBTQIA+ students."

## *Educational Aspirations*

In order to examine the relationship between school climate and educational outcomes, we asked students about their aspirations with regard to further education, including their plans to complete high school and their highest level of expected educational attainment.

**High school completion**. As shown in Table 1.3, almost all LGBTQ students in our survey (96.5%) planned to graduate high school, and 3.5% of students indicated that they did not plan to complete high school or were not sure if they would. We also found that LGBTQ students in earlier grades were more likely than their older peers to indicate that they were unsure about their high school graduation plans.[56] Further, it is important to note that the 2019 NSCS only included students who were in school at some point during the 2018–2019 school year. Thus, this study sample includes some LGBTQ students who may not finish high school, but does not include youth who had already left school before the school year began.

We also asked LGBTQ students who did not plan on completing high school or who were not sure if they would graduate whether they planned to obtain a General Education Diploma (GED) or similar equivalent, and 65.7% indicated that they did. Some research on high school equivalency certification in the general student population suggests that GED equivalencies are not associated with the same educational attainment and earning potential as high school diplomas.[57] Nevertheless, the majority of students who planned to get a GED (59.4%) indicated that they intended to pursue some type of post-secondary education.[58] More research is needed to better understand how LGBTQ students' educational and career plans may be impeded if they do not graduate from high school.

**Reasons LGBTQ students may not finish high school**. To better understand why LGBTQ students might not finish high school, we asked those students who indicated they were not planning on completing high school or were not sure if they would graduate about their reasons for leaving school. Most of these students cited multiple reasons for potentially not graduating. As shown in Table 1.4, the most common reason concerned mental health, such as depression, anxiety, or stress (92.7% of those who provided reasons for leaving high school), followed by academic issues (68.4%), including poor grades, high number of absences, or not having enough credits to graduate, and then a hostile school climate (60.8%), including issues with harassment, unsupportive peers or educators, and gendered school policies/practices, such as restrictions on which bathroom they are allowed to use.[59]

| Table 1.3 LGBTQ Students' High School Completion Plans | | |
|---|---|---|
| **High School Graduation Plans** | **% of All Students** | |
| **Plan to Graduate HS** | **96.5%** | |
| **Do Not Plan to Graduate HS or Not Sure if Will Graduate HS** | **3.5%** | |
| Do not plan to graduate | 0.7% | |
| Unsure if will graduate | 2.8% | |
| **Plans to Receive GED or Equivalent** | **% of Students Not Planning to Graduate or Not Sure** (n = 589) | |
| Do not plan to obtain a GED or equivalent | 34.3% | 1.2% |
| Plan to obtain a GED or equivalent | 65.7% | 2.3% |
| *Due to rounding, percentages may not add up to 100%. | | |

LGBTQ students may consider leaving school for many reasons, some of which may have little to do with their sexual orientation, gender identity, or peer victimization — as noted above. However, it is also possible that some of the mental health and academic concerns that students reported were caused by experiences of a hostile school environment, as noted later in this section. For example, school-based victimization may impact students' mental health,[60] and this lower psychological well-being may also place students at risk for lower academic achievement.[61] Furthermore, a lack of safety may lead to students missing school, which can result in a student being pushed out of school by school disciplinary or criminal sanctions for truancy,[62] dropping out of school as a result of poor academic achievement, or disengaging with school due to the days missed. Indeed, we found that among students in our survey, missing school due to feeling unsafe or uncomfortable was related to increased likelihood of not planning to complete high school.[63] Future research should examine the potentially interconnected mechanisms that lead LGBTQ students to leave high school before graduating.

**Post-secondary aspirations.** When asked about their aspirations with regard to post-secondary education, only 7.2% of LGBTQ students indicated that they did *not* plan to pursue any type of post-secondary education (i.e., that they only planned to obtain a high school diploma, did not plan to finish high school, or were unsure of their plans). Just over two-fifths of students (43.0%) said that they planned to complete their education with a Bachelor's degree (see Figure 1.25) and another two-fifths of students (39.1%) reported that they planned to continue on to obtain a graduate degree (e.g., Master's degree, PhD, MD).

### School Climate and Educational Aspirations

Students who experience victimization in school may respond by avoiding the harassment, perhaps by dropping out of school or avoiding any further type of formal educational environments, such as college. We assessed the relationship between school victimization[64] and educational aspirations for students in our survey and found that LGBTQ students who reported higher levels of victimization based on their sexual orientation or gender

| Table 1.4 Reasons LGBTQ Students Do Not Plan to Graduate High School or Are Unsure If They Will Graduate (n = 632) | % of Students Reporting* (of students who indicated that they did not plan to graduate or were unsure) |
|---|---|
| **Mental Health Concerns** (e.g., depression, anxiety, stress) | **92.7%** |
| **Academic Concerns (Any)** | **68.4%** |
| Poor Grades | 57.4% |
| Absences | 39.2% |
| Not Enough Credits | 29.0% |
| **Hostile School Climate (Any)** | **60.8%** |
| Unsupportive Peers | 49.5% |
| Harassment | 42.2% |
| Unsupportive Teachers/Staff | 30.1% |
| Gendered School Policies/Practices | 30.1% |
| **Future Plans Do Not Require HS Diploma** | **24.2%** |
| **Family Responsibilities** (e.g., child care, wage earner) | **15.5%** |
| **Other** (e.g., lack of motivation, unsupportive family) | **5.5%** |

*Because respondents could select multiple responses, categories are not mutually exclusive, and percentages do not add up to 100%.

EXHIBIT D

expression reported lower educational aspirations than LGBTQ students who reported lower levels of victimization.[65] For example, as shown in Figure 1.26, students who experienced a higher severity of victimization based on sexual orientation were less likely to plan to go on to college or to vocational or trade school, compared with those who had experienced less severe victimization (9.9% vs. 5.8%). Anti-LGBTQ discriminatory policies and practices were also related to lower educational aspirations for LGBTQ students in our survey – students who experienced this type of discrimination at school reported lower educational aspirations than those who did not experience discrimination.[66]

### School Climate and Academic Achievement

As detailed previously in this section, a hostile school climate can lead LGBTQ students to not want to continue on with their education. However, it can also result in these students struggling academically. We found that more severe victimization was related to lower academic achievement among LGBTQ students. As shown in Table 1.5, the mean reported grade point averages (GPA) for students who had higher levels of victimization based on their sexual orientation or gender expression was significantly lower than for students who experienced less harassment and assault.[67] For example, LGBTQ students who experienced higher levels of victimization based on gender expression reported an average GPA of 2.98 and LGBTQ students who experienced lower levels of this type of victimization reported an average GPA of 3.36 (see Table 1.5). As also

illustrated in Table 1.5, experiences of institutional discrimination were also related to lower educational achievement.[68]

Overall, the vast majority of LGBTQ students planned to complete high school as well as some form of post-secondary education, although experiences with anti-LGBTQ harassment and discrimination were both associated with lower educational aspirations as well as lower GPA. Thus, supporting LGBTQ students' future educational attainment requires focused efforts that reduce anti-LGBTQ bias in schools and create affirming academic environments. Further, these efforts must be implemented at all grade levels, with particular attention paid to younger students, who may be at greater risk for not completing high school.

### Absenteeism

School-based victimization can impinge on a student's right to an education. Students who are regularly harassed or assaulted in school may attempt to avoid these hurtful experiences by not attending school and, accordingly, may be more likely to miss school than students who do not experience such victimization. We found that experiences of harassment and assault were, in fact, related to missing days of school.[69] As shown in Figure 1.27 students were nearly three times as likely to have missed school in the past month if they had experienced higher levels of victimization related to their sexual orientation (57.2% vs. 21.7%) or gender expression (59.0% vs. 21.8%).



**Figure 1.25 Educational Aspirations of LGBTQ Students**

Graduate Degree 39.1%
Bachelor's Degree 43.0%
Associate's Degree 7.0%
Vocational, Trade or Technical School 3.7%
High School Diploma or Equivalent (GED) 5.9%
Less Than High School 1.2%



**Figure 1.26 Educational Aspirations and Severity of Victimization**
(Percentage of LGBTQ Students Not Planning to Pursue Postsecondary Education)

Victimization Re: Sexual Orientation — 5.8% / 9.9%
Victimization Re: Gender Expression — 5.4% / 11.1%

Lower Victimization    Higher Victimization

In addition to victimization, we found that experiences of discrimination were related to missing days of school.[70] As also shown in Figure 1.27, LGBTQ students were almost three times as likely to have missed school in the past month because they felt unsafe or uncomfortable if they had experienced LGBTQ-related discrimination in their school (44.1% vs. 16.4%).

As these findings indicate, both negative interpersonal experiences, such as victimization, as well as negative institutional treatment, such as anti-LGBTQ discriminatory policies and practices both contribute to a school setting that feels unwelcoming for many LGBTQ students. And as such, they restrict access to an LGBTQ student's education.

### School Climate and School Discipline

The use of harsh and exclusionary discipline, such as zero tolerance policies, has proliferated over the previous several decades for both serious infractions as well as minor violations of school policies.[71] Initially framed as vital for protecting teachers and students,[72] these disciplinary policies are regarded by many as being over-employed in removing students from the traditional school environment.[73] The use of harsh discipline has contributed to higher dropout rates, as well as more youth in alternative educational settings and in juvenile justice facilities, where educational supports and opportunities may be less available.[74] Growing awareness of the soaring use of exclusionary school discipline approaches in the

| Table 1.5 Academic Achievement of LGBTQ Students by Experiences of Victimization and Discrimination | |
|---|---|
| | **Mean Reported Grade Point Average** |
| **Peer Victimization** | |
| Sexual Orientation | |
|     Lower Victimization | 3.34 |
|     Higher Victimization | 3.03 |
| Gender Expression | |
|     Lower Victimization | 3.36 |
|     Higher Victimization | 2.98 |
| **Experiences of Discrimination** | |
| Had Not Experienced Discriminatory Policies or Practices at School | 3.39 |
| Had Experienced Discriminatory Policies or Practices at School | 3.14 |



**Figure 1.27 Absenteeism by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Who Missed at Least a Day of School in Past Month)

# "My last school I went to before I moved to my new one, expelled me for being a member of the LGBTQ community."

U.S. has included some attention to their effect on LGBTQ youth.[75] It is possible that both the high rates of peer victimization and the school policies that, intentionally or unintentionally, target LGBTQ students may put these students at risk of greater contact with school authorities and increase their likelihood of facing disciplinary sanctions.

**Rates of school discipline.** We asked LGBTQ students if they had certain types of experiences at school as a result of disciplinary action. A third of students in this survey (33.0%) reported having ever been disciplined at school, with most of these students reporting discipline that occurred in-school, such as being sent to principal's office, receiving detention, or receiving in-school suspension (see Figure 1.28). A smaller portion of LGBTQ students reported experiencing disciplinary consequences that prohibited them from attending school, such as out-of-school suspension and expulsion (see also Figure 1.28). In addition, disciplinary action in school can lead to having contact with the criminal or juvenile justice system, such as being arrested or serving time in a detention facility. A very small portion of LGBTQ students (1.2%) reported having had contact with the criminal or juvenile justice system. It is important to note that we asked students specifically about justice system involvement as a result of school discipline, and thus the finding does not reflect student involvement in criminal or juvenile justice system in general.

LGBTQ youths' high rates of victimization, and discriminatory policies that intentionally or unintentionally target LGBTQ students, may put them in greater contact with school authorities and increase their risk of discipline. For these reasons, we examined whether students who experienced victimization and discrimination experienced higher rates of school discipline.

**Discipline due to punitive response to harassment and assault.** As discussed in the "Reporting of School-Based Harassment and Assault" section, some LGBTQ students reported that they themselves were disciplined when they reported being victimized to school staff. As a result, LGBTQ students who experience higher rates of victimization may also experience higher rates of school discipline, perhaps because they were perceived to be the perpetrator in these incidents. Indeed, LGBTQ youth who reported higher than average levels of victimization based on their sexual orientation or gender expression experienced substantially greater rates of discipline examined in this survey.[76] For example, as shown in Figure 1.29, 47.0% of students with higher levels of victimization based on sexual orientation experienced school discipline compared to 26.7% of students with lower levels of this type of victimization.

**Absenteeism.** LGBTQ students who are victimized at school may also miss school because they



Figure 1.28 Percentage of LGBTQ Students Who Have Experienced School Discipline

feel unsafe, and thus, face potential disciplinary consequences for truancy. We found that students who reported missing school due to safety concerns were more likely to have experienced school discipline.[77] Specifically, 44.3% of students who had missed at least a day of school in past month because they felt unsafe or uncomfortable had faced some sort of disciplinary action, compared to 27.4% of students who had not missed school for these reasons.

**Discipline due to discriminatory policies and practices**. As discussed in the "Experiences of Discrimination" section of this report, some schools have official policies or unofficial practices that unfairly target LGBTQ youth, and also put LGBTQ youth at greater risk for school discipline. For example, having a gendered dress code may result in a transgender or nonbinary student being disciplined because they are wearing clothing deemed "inappropriate" based on their legal sex. Furthermore, as also indicated in that earlier section, a number of students in our survey reported that they were subjected to punishment for violations that were not similarly punished among their non-LGBTQ peers (e.g., same-sex couples experiencing harsher discipline for public displays of affection in schools than heterosexual couples). When we examined the relationship between discrimination and discipline, we found that LGBTQ students who had experienced discriminatory policies and practices at school had reported higher rates of school discipline — 40.2% of LGBTQ youth experiencing discrimination at

school had experienced some form of disciplinary action, compared to 22.6% of youth who had not experienced discrimination (see Figure 1.29).[78]

These findings evidence that a sizeable number of LGBTQ students experienced school discipline, and that unsafe and unfair school environments, including experiences with victimization and discriminatory school policies and practices, contribute to higher rates of school discipline. In order to reduce disciplinary disparities toward LGBTQ students, schools need to employ non-punitive discipline practices and the creation of safe and affirming spaces for LGBTQ students, with properly trained school personnel. Educators need to be provided professional development trainings on issues specifically related to LGBTQ student and bias-based bullying and harassment, so that they can effectively intervene in cases of bullying of LGBTQ students. In addition, schools need to eliminate school policies and practices that discriminate against LGBTQ students.

### School Climate and School Belonging

The degree to which students feel accepted by and a part of their school community is another important indicator of school climate and is related to a number of educational outcomes, including greater academic motivation and effort and higher academic achievement.[79] Students who experience victimization or discrimination at school may feel excluded and disconnected from their school community. Thus, we examined the relationship



**Figure 1.29 School Discipline by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Who Experienced School Discipline)

## "Most students use homophobic, racist, and transphobic slurs. One gay student has been beaten. I feel like I do not belong here."

between these negative indicators of school climate and LGBTQ students' sense of belonging to their school community.[80]

As illustrated in Figure 1.30, students who experienced a higher severity of victimization based on sexual orientation or gender expression reported lower levels of school belonging than students who experienced less severe victimization in school.[81] For example, nearly two-thirds of students who experienced lower levels of victimization based on their sexual orientation (62.7%) reported a positive sense of connection to their school, compared to less than a third of students who experienced more severe victimization (28.7%).

Experiencing anti-LGBTQ discriminatory policies and practices at school was also related to decreased feelings of connectedness to the school community. As also illustrated in Figure 1.30, LGBTQ students who did not experience school-based discrimination were more likely to report

positive feelings of school belonging compared to students who had experienced school-based discrimination (72.7% vs. 37.9%).[82]

### School Climate and Psychological Well-Being

Previous research has shown that being harassed or assaulted at school may have a negative impact on students' mental health and self-esteem.[83] Given that LGBTQ students face an increased likelihood for experiencing harassment and assault in school,[84] it is especially important to examine how these experiences relate to their well-being. We specifically examined two aspects of psychological well-being: self-esteem[85] and depression[86]. As illustrated in Figures 1.31 and 1.32, LGBTQ students who reported more severe victimization regarding their sexual orientation or gender expression had lower levels of self-esteem[87] and higher levels of depression[88] than those who reported less severe victimization. For example, 72.0% of students who experienced higher levels of victimization based on sexual orientation demonstrated higher levels of depression compared to 42.3% of students who experienced lower levels of victimization (see Figure 1.32).

Discrimination and stigma have also been found to adversely affect the well-being of LGBTQ people.[89] We found that LGBTQ students in our survey who reported experiencing discriminatory policies or practices in school had lower levels of self-esteem[90] and higher levels of depression[91] than students who did not report experiencing this



**Figure 1.30 School Belonging by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Demonstrating Positive School Belonging)



**Figure 1.31 Self-Esteem by Experiences of Victimization and Discrimination**
(Percentage of LGBTQ Students Demonstrating Higher Levels of Self-Esteem)



**Figure 1.32 Depression by Experiences of Victimization and Discrimination**
(Percentages of LGBTQ Students Demonstrating Higher Levels of Depression)

discrimination (see Figures 1.31 and 1.32). For example, as shown in Figure 1.31, only 36.9% of students who experienced discrimination demonstrated higher levels of self-esteem compared to 56.6% of students who had not experienced discrimination.

## Conclusions

The findings in this section provide insight into how peer victimization and institutional discrimination may lead to less welcoming schools and more negative educational outcomes for LGBTQ students. LGBTQ students who experienced victimization and discrimination were more likely to have lower educational aspirations, lower grades, and higher absenteeism. They were also more likely to experience school discipline, which could result in pushing students out of school, and even into the criminal justice system.[92] These findings also demonstrate that a hostile school climate may negatively impact an LGBTQ student's sense of school belonging and psychological well-being. In order to ensure that LGBTQ students are afforded supportive learning environments and equal educational opportunities, community and school advocates must work to prevent and respond to in-school victimization and to eliminate school policies and practices that discriminate against LGBTQ youth. Reducing victimization and discrimination in school may then lead to better mental health for LGBTQ youth, better enabling them to reach their fullest potential inside and outside of school.



# PART TWO: SCHOOL-BASED RESOURCES AND SUPPORTS

Student organizers gather at the 2012 Students of Color Organizing Conference, held by the GLSEN Baltimore chapter to help train LGBTQ and ally youth to work toward creating safer schools for LGBTQ students of color.

EXHIBIT D

# Availability of School-Based Resources and Supports

## Key Findings

- Just over 6 in 10 LGBTQ students attended a school that had a Gay-Straight Alliance or Gender and Sexuality Alliance (GSA) or similar student club that addressed LGBTQ issues in education.

- Approximately 1 in 5 LGBTQ students were taught positive representations of LGBTQ people, history, or events in their classes. A similar amount had been taught negative content about LGBTQ topics.

- Few LGBTQ students (8.2%) reported having ever received LGBTQ-inclusive sex education at school.

- Approximately a fifth of LGBTQ students (19.6%) had access to information about LGBTQ-related topics in their textbooks or other assigned readings, just under half of LGBTQ students (48.9%) had access to these topics in their school library, and just over half (55.9%) with internet access at school had access to these topics online on school computers.

- Almost all students could identify at least one school staff member whom they believed was supportive of LGBTQ students. Just over two-fifths (42.3%) could identify many (11 or more) supportive school staff.

- Just over two-fifths of LGBTQ students reported that their school administration was supportive of LGBTQ students.

- Few students reported that their school had a comprehensive anti-bullying/harassment policy that specifically included protections based on sexual orientation and gender identity/expression.

- Approximately one-tenth of LGBTQ students reported that their school had official policies or guidelines to support transgender or nonbinary students.

The availability of resources and supports in school for LGBTQ students is another important dimension of school climate. There are several key resources that may help to promote a safer climate and more positive school experiences for students: 1) student clubs that address issues for LGBTQ students, 2) school personnel who are supportive of LGBTQ students, 3) LGBTQ-inclusive curricular materials, and 4) inclusive, supportive school policies, such as inclusive anti-bullying policies and policies supporting transgender and nonbinary students.[93] Thus, we examined the availability of these resources and supports among LGBTQ students in the survey.

### Supportive Student Clubs

For all students, including LGBTQ students, participation in extracurricular activities is related to a number of positive outcomes, such as academic achievement and greater school engagement.[94] Supportive student clubs for LGBTQ students, often known as Gay-Straight Alliances or Gender and Sexuality Alliances (GSAs), can provide LGBTQ students in particular with a safe and affirming space within a school environment that they may otherwise experience as unwelcoming or hostile.[95] GSAs may also provide leadership opportunities for students and potential avenues for creating positive school change.[96] In our survey, nearly two-thirds of LGBTQ students (61.6%) reported that their school had a GSA or similar student club. Among students with a GSA in their school, almost half (48.7%) said that they

| Table 2.1 Availability of and Participation in GSAs | |
|---|---|
| **Have a GSA at School** | |
| Yes | 61.6% |
| No | 38.4% |
| **Frequency of GSA Meeting Attendance** (n=10265) | |
| Frequently | 29.6% |
| Often | 7.4% |
| Sometimes | 11.7% |
| Rarely | 13.1% |
| Never | 38.2% |
| **Acted as a Leader or Officer** (n=6340) | |
| Yes | 34.1% |
| No | 65.9% |

attended club meetings at least sometimes, and just over a third (34.1%) had participated as a leader or an officer in their club (see Table 2.1). Although most LGBTQ students in schools with a GSA reported having participated in the GSA at some level, nearly two-fifths (38.2%) had not.

There is a small body of research examining why LGBTQ students may or may not participate in their school's GSA. Some research suggests that LGBTQ students may be motivated to join their GSAs because of experiences of harassment and discrimination at school, to seek support (e.g., emotional support), and to engage in advocacy.[97] However, some research specifically on LGBTQ students of color suggests that some racial/ethnic groups may be discouraged from attending because they do not perceive their schools' GSAs to be inclusive of or useful for youth of color.[98] In contrast, recent research from GLSEN has found that there are some benefits to GSA participation for LGBTQ students of color, such as feeling more comfortable in bringing up LGBTQ issues in class and greater engagement in activism.[99] More research is needed in this area. Nevertheless, GSA leaders and advisors should assess potential barriers to GSA attendance at their school and take steps to ensure that GSA meetings are accessible to a diverse range of LGBTQ students.

### Inclusive Curricular Resources

LGBTQ student experiences may also be shaped by inclusion of LGBTQ-related information in the curriculum. Learning about LGBTQ historical events and positive role models may enhance LGBTQ students' engagement in their schools and provide valuable information about the LGBTQ community. Students in our survey were asked whether they had been exposed to representations of LGBTQ people, history, or events in lessons at school, and the majority of respondents (66.8%) reported that their classes did *not* include these topics (see Figure 2.1).

**Access to LGBTQ-inclusive instruction.** Of the third of students (33.2%) who indicated that LGBTQ topics had been discussed in one or more of their classes, 48.8% said that they were covered in a positive manner only, 41.5% said that they were covered in a negative manner only, and 9.6% said that they were covered both in a positive and negative manner.[100] Among the students who had been taught positive things about LGBTQ-related

THE 2019 NATIONAL SCHOOL CLIMATE SURVEY

# Insight on GSA Activities

As discussed in the "Availability of School-Based Resources and Supports" section of this report, the majority of LGBTQ students (61.6%) have a GSA at their school, and among those who have a GSA, nearly two-thirds (61.8%) have attended GSA meetings. However, we do not have a strong understanding of what GSAs do and how they may vary in their actions. Therefore, in the present 2019 survey, we asked students who were members of their GSAs about the activities that their GSAs have engaged in during the past school year.

As shown in the figure, the most common activities that GSAs engaged in during the past school year were providing a space or events to meet and socialize (87.5%), providing emotional support (73.8%), and organizing a school event to raise awareness on LGBTQ issues (54.2%). The least common activities were collaborating with other student-led clubs or organizations on events and advocacy (26.7%), working outside of their school to advocate on LGBTQ issues (24.7%), and working with district officials to advocate for inclusive policies and staff trainings (12.6%). Students were also asked if there were other activities that their GSA engaged in that were not listed. Few students (5.1%) reported other activities, such as providing education for members, fundraising, and awareness campaigns in school.

**Percentage of LGBTQ Students With GSAs at Their School Who Reported the Following GSA Activities During the Past School Year (n = 6168)**



Given that the majority of LGBTQ students experience high levels of victimization and discrimination at school, it is not surprising that the vast majority of students reported that GSAs serve as a place to socialize and to receive emotional support. Also, for some LGBTQ students, it may be the only extracurricular activity where they can feel safe as an LGBTQ person. It is also important to note that the majority of students reported that their GSAs organize school events to raise awareness about LGBTQ issues, which may further indicate that the majority of GSAs also actively engage in making their school safer and more inclusive. Although we know that the availability of GSAs is positively associated with psychological well-being and school belonging for LGBTQ youth (see the "Utility of School-Based Resources and Supports" section of this report), we do not know whether specific GSA activities are related to these outcomes. Also, there may be certain activities that draw LGBTQ students to join their GSA because of negative school experiences related to their LGBTQ identity. Thus, further research should examine the benefits of GSA membership and whether they vary by type of activities of the GSA and whether certain activities that their GSA engages in are related to their school experiences, such as with anti-LGBTQ victimization.

topics in class, History/Social Studies and English were the classes most often mentioned as being inclusive of these topics (see Table 2.2).

**Access to LGBTQ-inclusive materials and resources.** We also asked students about potential curricular inclusion outside of direct classroom instruction, such as in class readings. Only a fifth of LGBTQ students (19.6%) reported that LGBTQ-related topics were included in textbooks or other assigned readings, with 0.5% of students reporting that these topics were included in many of their

## "I wish there was more education and discussion of LGBTQ people and issues, but no one will start the conversation."

textbooks and readings and 19.2% of students reporting that they were included in only a few (see Figure 2.2).[101] Additionally, we asked students about their ability to access information about LGBTQ issues that may not be directly covered in class or assigned readings, such as information available in school libraries or via school computers. Many LGBTQ students in our survey did not have access to these types of LGBTQ-related curricular resources. As Figure 2.2 illustrates, about half (48.9%) reported that they could find books or information on LGBTQ-related topics in their school library (8.2% of students reported they could find many resources, and 40.8% reported they could find only a few).[102] In addition, just over half of students with internet access at school (55.9%) reported being able to access LGBTQ-related information via school computers.



Figure 2.1 Representations of LGBTQ-Related Topics Taught in Any Classroom Curriculum

None 66.8%
Positive 16.2%
Negative 13.8%
Both Positive & Negative 3.2%

| Table 2.2 Positive Representations of LGBTQ-Related Topics Taught in Class | | |
|---|---|---|
| Classes | % of LGBTQ Students Taught Positive Representations of LGBTQ-Related Topics (n = 3213) | % of All LGBTQ Students* (n = 16636) |
| History or Social Studies | 60.3% | 11.6% |
| English | 38.0% | 7.3% |
| Health | 26.6% | 5.1% |
| Art | 14.2% | 2.7% |
| Music | 11.6% | 2.2% |
| Science | 10.6% | 2.1% |
| Psychology | 8.9% | 1.7% |
| Foreign Language | 8.8% | 1.7% |
| Gym or Physical Education | 5.3% | 1.0% |
| Sociology | 4.6% | 0.9% |
| Math | 3.6% | 0.7% |
| Other Class (e.g., Drama, Advisory) | 10.2% | 2.0% |
| *Note: This number does not include respondents who chose not to respond to the question about the availability of LGBTQ curricular content. | | |

**Access to LGBTQ-inclusive sex education.** In addition to asking broadly about LGBTQ inclusion in students' classes in the past year, we also asked students specifically about LGBTQ inclusion in any sex education they had ever received in school. Sex education can be a prime location for LGBTQ inclusion and an important source of information for youth about a variety of critical topics — including contraception and pregnancy, HIV/AIDS and other sexually transmitted infections (STIs), dating and marriage, sexual violence, and puberty. Sex education is often included in health classes, and as previously discussed, 26.6% of LGBTQ youth reported that they were taught positive representations of LGBTQ-related topics in their health classes. However, we wanted to specifically examine LGBTQ inclusion in sex education that occurs in school, both in and out of health classes.



**Figure 2.2 Availability of LGBTQ-Related Curricular Resources**

Less than a quarter of students (22.9%) who received some kind of sex education reported that it included LGBTQ topics in some way, either positively or negatively (see Figure 2.3). Furthermore, when considering all students in the sample, including those who did and did not receive sex education, only 8.2% received LGBTQ-inclusive sex education, which included positive representations of both LGB and transgender and nonbinary identities and topics. Of those who received sex education, 27.5% reported inclusion of lesbian, gay, and bisexual (LGB) topics, and 19.4% of these students reported that this inclusion was positive. In addition, 18.5% of students who received sex education were taught about transgender and nonbinary topics in their sex education courses, and of these students, 12.3% reported that these topics were taught in a positive manner. LGB topics were more common[103] in sex education classes, and were taught more positively[104] than transgender and nonbinary topics. However, for both LGB and transgender and nonbinary topics, more students reported positive than negative inclusion (see Figure 2.4).

### Supportive School Personnel

Supportive teachers, principals, and other school staff serve as another important resource for LGBTQ students. Being able to speak with a caring adult in school may have a significant positive impact on school experiences for students, particularly those who feel marginalized or experience harassment. In our survey, almost all students (97.7%) could identify at least one



**Figure 2.3 Percentage of LGBTQ Students Who Have Received Any Sex Education**



**Figure 2.4 Inclusion of LGBTQ Topics in Sex Education**
(Percentage of LGBTQ Students with Inclusion of Topics, Among Those Who Received Sex Education)

EXHIBIT D

91    **61**

school staff member whom they believed was supportive of LGBTQ students at their school, and 66.3% could identify six or more supportive school staff (see Figure 2.5).

As the leaders of the school, school administrators have a particularly important role to play in the school experiences of LGBTQ youth. They may serve not only as caring adults to whom the youth can turn, but they also set the tone of the school and determine specific policies and programs that may affect the school's climate. As shown in Figure 2.6, 42.4% of LGBTQ students reported that their school administration (e.g., principal, vice principal) was very or somewhat supportive

of LGBTQ students, and less than a quarter of students (22.5%) said their administration was very or somewhat unsupportive. It is also important to note that over a third of students (35.1%) indicated that their administration was neutral. This may signify administration that has not been actively supportive or unsupportive regarding LGBTQ students. It may also signify that students are unsure of their administration's stance on LGBTQ issues, perhaps because they have not been at all vocal about LGBTQ student issues.

To understand whether certain types of educators were more likely to be seen as supportive, we asked LGBTQ students how comfortable they would feel



**Figure 2.5 LGBTQ Students' Reports on the Number of Teachers and Other School Staff Who Are Supportive of LGBTQ Students**

- None 2.3%
- One 4.0%
- More than 10 42.3%
- Between 2 and 5 27.5%
- Between 6 and 10 24.0%



**Figure 2.6 LGBTQ Students' Reports on How Supportive Their School Administration Is of LGBTQ Students**

- Very Unsupportive 7.4%
- Somewhat Unsupportive 15.1%
- Neutral 35.1%
- Very Supportive 16.9%
- Somewhat Supportive 25.5%



**Figure 2.7 Comfort Talking with School Personnel about LGBTQ Issues**

| | School-Based Mental Health Professional | Teacher | Librarian/Other Resource Staff | School Nurse | Principal/Vice Principal | School Safety, Resource or Security Officer | Athletics Coach or P.E. Teacher |
|---|---|---|---|---|---|---|---|
| Very Comfortable | 20.2% | 10.7% | 10.4% | 7.8% | 6.4% | 6.3% | 5.0% |
| Somewhat Comfortable | 31.6% | 31.1% | 20.3% | 20.3% | 16.5% | 16.2% | 10.8% |
| Somewhat Uncomfortable | 25.5% | 24.3% | 28.2% | 30.9% | 28.6% | 28.4% | 22.7% |
| Very Uncomfortable | 22.7% | 23.9% | 41.1% | 41.0% | 48.6% | 49.1% | 61.5% |

Legend:
- Very Uncomfortable
- Somewhat Uncomfortable
- Somewhat Comfortable
- Very Comfortable

# Insight on Reasons for Not Attending a GSA

As shown in the "Availability of School-Based Resources and Supports" section of this report, nearly two-fifths (38.2%) of LGBTQ students who had a GSA at their school did not attend the meetings. Little is known about why LGBTQ students do not attend GSAs at their school. One qualitative study suggested that some LGBTQ students may not want to join a GSA because of lack of interest or awareness of a GSA at their school; lack of time or time conflict; not being out or unaware of their sexual orientation; fear of being outed, stigmatized, victimized or discriminated against; and the perception that the GSA is inactive or disorganized.[1] Furthermore, some groups of LGBTQ students, such as students of color, may feel discouraged from attending because they do not perceive their school's GSAs to be inclusive or useful.[2] Therefore, we ask students who have a GSA at their school, but never attended GSA meetings, an open-ended question about their reasons for not attending.

As shown in the table, the most common reasons for not attending GSAs at their school were interpersonal dynamics, such as having conflicts with other GSA members (27.4%), scheduling and logistics issues (26.7%), and issues with outness related to attending GSA meetings (26.2%). The least common reasons for not attending were with issues with the functioning of their GSA such as lack of organization (12.8%), that their GSA did not meet their needs (12.3%), and personal concerns associated with attending their GSA such as fear or discomfort and social awkwardness (8.1%). Few students (1.3%) reported other reasons for not attending.

Given that many LGBTQ students who have a GSA at their school do not attend GSA meetings, it is important to address the issues that these students have about their GSA and barriers that prevent them from attending their GSA. Future research should examine how to address these issues, so that all LGBTQ students can benefit from attending GSA meetings at their school.

| Reasons LGBTQ Students Have Not Attended Any GSA Meetings in the Past School Year (n = 3663) | Students Reporting %* (n) |
|---|---|
| **Interpersonal Dynamics** (e.g., "I just don't get along with the people in it, not my type of folks.") | **27.4%** (1005) |
| **Scheduling and Logistics** (e.g., "The meetings were on the days I had dance.") | **26.7%** (977) |
| **Outness** (e.g., "I didn't feel comfortable coming out to that many people.") | **26.2%** (959) |
| General Concerns of Being Outed | 15.3% (560) |
| Not Out to Parents/Family | 4.9% (180) |
| Not Out at School | 2.5% (90) |
| **Potential Repercussions** (e.g., "I am afraid of what others might do to me if they find out I have attended.") | **15.8%** (580) |
| General Repercussion | 7.7% (281) |
| From Parents/Family | 6.1% (224) |
| From Peers | 2.1% (78) |
| From Teachers or Staff | 0.3% (12) |
| **Club Functioning** (e.g., "It was not well put together and no one knew when or where meetings were.") | **12.8%** (469) |
| **GSA Does Not Meet Their Needs** (e.g., "I already feel comfortable as a lesbian, and my school does a good job of making everyone feel safe and included.") | **12.3%** (452) |
| **Personal Concerns** (e.g., "I was too shy and nervous to participate…") | **8.1%** (295) |
| Fear or Discomfort | 5.1% (186) |
| Social Awkwardness | 2.7% (99) |
| **Other** (e.g., other personal reasons, not aware of GSA until recently) | **1.3%** (47) |

*Because respondents could indicate multiple reasons, categories are not mutually exclusive. Percentages may not add up to 100%.

---

[1] Heck, N. C., Lindquist, L. M., Stewart, B. T., Brennan, C., Cochran, B. N. (2013). To join or not to join: Gay-Straight Student Alliances and the high school experiences of lesbian, gay, bisexual, and transgender youths. *Journal of Gay & Lesbian Social Services, 25*(1), 77–101.

[2] Ocampo, A. C. & Soodjinda, D. (2016). Invisible Asian Americans: The intersection of sexuality, race, and education among gay Asian Americans. *Race Ethnicity and Education, 19*(3), 480–499.

Toomey, R. B., Huynh, V. W., Jones, S. K., Lee, S. & Revels-Macalinao, M. (2016). Sexual minority youth of color: A content analysis and critical review of the literature. *Journal of Gay and Lesbian Mental Health, 21*(1), 3–31.

EXHIBIT D

# "…my school's policy on bullying/harassment is extremely vague and unspecific, stating that they will not stand for it but not including any specific measures that will be taken to prevent/solve any problems and also not including protections for ANY minorities, including religious, ethnic, and LGBTQ students."

talking one-on-one with various school personnel about LGBTQ-related issues. As shown in Figure 2.7, students reported that they would feel most comfortable talking with school-based mental health professionals (e.g., school counselors, social workers, or psychologists) and teachers: 51.8% said they would be somewhat or very comfortable talking about LGBTQ issues with a mental health staff member and 41.8% would be somewhat or very comfortable talking with a teacher (see also Figure 2.7). Fewer students indicated that they would feel comfortable talking one-on-one with a school librarian (30.7%) or a school nurse (28.1%) about these issues. LGBTQ students were least likely to feel comfortable talking with an athletic coach/Physical Education (P.E.) teacher about LGBTQ issues (see also Figure 2.7).[105]

Supportive teachers and other school staff members serve an important function in the lives of LGBTQ youth, helping them feel safer in school, as well as promoting their sense of school belonging and psychological well-being. One way that educators can demonstrate their support for LGBTQ youth is through visible displays of such support, such as Safe Space stickers and posters. These stickers and posters are part of GLSEN's

Safe Space Kit,[106] an educator resource aimed at making learning environments more positive for LGBTQ students. These materials are intended to help students identify staff members who are allies to LGBTQ students and who can be a source of support or needed intervention. We asked students if they had seen Safe Space stickers or posters displayed in their school, and nearly two-thirds of LGBTQ students (62.8%) in the survey reported seeing these materials at their school.

The presence of LGBTQ school personnel who are out or open at school about their sexual orientation and/or gender identity may provide another source of support for LGBTQ students. In addition, the number of out LGBTQ personnel may provide a sign of a more supportive and accepting school climate. Nearly half of students (48.8%) in our survey said they could identify at least one out LGBTQ staff person at their school (see Figure 2.8).

### Inclusive and Supportive School Policies

GLSEN believes that all students should have access to a safe and supportive learning environment, regardless of a student's sexual orientation, gender identity, or gender expression. Official school policies and guidelines can contribute toward this goal by setting the standards for which students should be treated, noting what types of behavior are unacceptable, and making students aware of the protections and rights afforded to them. In this section, we examine the availability of two specific forms of supportive school policies: inclusive anti-bullying and harassment policies and supportive transgender and nonbinary student policies.

**School policies for addressing bullying, harassment, and assault.** School policies that address in-school bullying, harassment, and assault are powerful tools for creating school environments where students feel safe. These types of policies can explicitly state protections based on personal characteristics,



**Figure 2.8 LGBTQ Students' Reports on the Number of Openly LGBTQ Teachers or Other School Staff**

Between 6 and 10
2.1%

More than 10
1.1%

Between 2 and 5
23.0%

None
51.2%

One
22.6%

such as sexual orientation and gender identity/
expression, among others. In this report, we identify
and discuss three types of school anti-bullying and
harassment policies: 1) comprehensive, 2) partially
enumerated, and 3) generic. Comprehensive
policies explicitly enumerate protections based on
personal characteristics and include both sexual
orientation and gender identity/expression. When
a school has and enforces a comprehensive policy,
especially one which also includes procedures
for reporting incidents to school authorities, it
can send a message that bullying, harassment,
and assault are unacceptable and will not be
tolerated. Comprehensive school policies may also
provide students with greater protection against
victimization because they make clear the various
forms of bullying, harassment, and assault that
will not be tolerated. They may also demonstrate
that student safety, including the safety of LGBTQ
students, is taken seriously by school administrators.
Partially enumerated policies explicitly mention
sexual orientation or gender identity/expression,
but not both, and may not provide the same level
of protection for LGBTQ students. Lastly, generic
anti-bullying or anti-harassment school policies do
not enumerate sexual orientation or gender identity/
expression as protected categories.[107]

Students were asked whether their school had
a policy about in-school bullying, harassment,
or assault, and if that policy explicitly included
sexual orientation and gender identity/expression.
Although a majority of students (79.1%) reported
that their school had some type of policy (see Table
2.3), only 13.5% of students in our survey reported
that their school had a comprehensive policy that
specifically mentioned both sexual orientation and
gender identity/expression (see also Table 2.3).

**Policies and guidelines on transgender and
nonbinary students**. Anti-bullying and harassment
policies are critical for ensuring safe school

environments for all students. However, these
policies do not explicitly address potential
discrimination faced by LGBTQ students. Our
research has indicated that transgender and
nonbinary youth are at heightened risk for in-
school discrimination that can greatly hinder their
right to an education (see also the "Experiences
of Discrimination at School" section).[108]
Some state and local education agencies have
developed explicit policies and implemented
practices designed to ensure transgender and
nonbinary students are provided with equal access
to education.[109] For example, to ensure that
transgender and nonbinary students are called by
the appropriate name and pronouns, some schools
have adopted policies that require those at school
to use students' chosen names and pronouns
consistent with their gender identity. However, little
is known about the prevalence or the content of
these types of policies.

In our survey, we asked LGBTQ students whether
their school or district had official policies or
guidelines to support transgender and nonbinary
students, and one in ten LGBTQ students (10.9%)
indicated that their school or district did have
such a policy (see Figure 2.9). Transgender and
nonbinary students were more likely to report that
their school or district had official policies in this
area than cisgender LGBQ students and students
questioning their gender identity (see also Figure
2.9),[110] which is not surprising given that these
policies are more salient for transgender and
nonbinary students who would likely be more aware
of their existence.

Students who reported that their school had such
a policy were provided a list of nine different
areas that the policy might address, and were also
provided the opportunity to indicate other areas
that were not listed. Responses from transgender
and nonbinary students are provided in Table 2.4,

| Table 2.3 LGBTQ Students' Reports of School Bullying, Harassment, and Assault Policies | |
|---|---|
| No Policy/Don't Know | 20.9% |
| Any Policy | 79.1% |
|     Generic (enumerates neither sexual orientation nor gender expression) | 57.7% |
|     Partially Enumerated | 7.9% |
|         *Sexual orientation only* | *7.0%* |
|         *Gender identity/expression only* | *0.9%* |
|     Comprehensive (enumerates both sexual orientation and gender identity/expression) | 13.5% |

EXHIBIT D

both the percentages among only those transgender and nonbinary students who had such a policy and the percentages for all transgender and nonbinary students in the survey. Although we highlight responses from transgender and nonbinary students



**Figure 2.9 Percentage of Students Reporting Their School Has Policy/Guidelines Regarding Transgender and Nonbinary Students**

specifically in the table, cisgender students in our survey reported inclusion to nearly the same degree as transgender and nonbinary students.[111] Transgender and nonbinary students most commonly reported that transgender and nonbinary student policies addressed the use of students' names/pronouns (10.9% of all transgender and nonbinary students in the survey, and 89.5% of those with a policy), school bathrooms (8.6% of all transgender and nonbinary students reported use of boys/girls bathroom, and 70.3% of those with a policy; 7.9% of all transgender and nonbinary students reported gender neutral bathroom access, and 64.4% of those with a policy), and changing official school records (7.9% of all transgender and nonbinary students, and 64.9% of those with a policy).[112] The least commonly addressed area was housing in dorms or during field trips (3.8% of all transgender and nonbinary students, and 31.0% of those with a policy). Several students also indicated that their policy included other topics, such as access to gender-neutral locker rooms or permission to change unofficial school documents, such as a student identification card or student email address.

**Table 2.4 Transgender and Nonbinary Students' Reports of Areas Addressed in Transgender and Nonbinary Student School Policies and Official Guidelines**

| | % of Trans/ Nonbinary Students* with Policy | % of All Trans/ Nonbinary Students in Survey |
|---|---|---|
| Use of chosen name/pronouns | 89.5% | 10.9% |
| Access to bathroom corresponding to one's gender | 70.3% | 8.6% |
| Change in official school records to reflect name or gender change | 64.9% | 7.9% |
| Access gender neutral bathroom | 64.4% | 7.9% |
| Able to participate in extracurricular activities that match gender identity (non-sports) | 54.4% | 6.7% |
| Able to wear clothes that reflect gender identity | 48.5% | 5.9% |
| Access to locker rooms that match gender identity | 45.5% | 5.6% |
| Participate in school sports that match gender identity | 41.7% | 5.1% |
| Stay in housing during field trips or in dorms that matches one's gender identity | 31.0% | 3.8% |
| Another topic not listed (e.g., gender-neutral locker rooms, name change on unofficial school documents) | 1.5% | 0.2% |

*"Transgender and nonbinary students" refers to all students in the survey sample who were not cisgender and were not questioning their gender identity, including transgender students, genderqueer students, nonbinary students, and other students with an identity other than cisgender (e.g., agender).

## Conclusions

Overall, the findings in this section on "Availability of School-Based Resources and Supports" revealed that many LGBTQ students did not have access to LGBTQ resources and supports at their school. Regarding GSAs, over a third reported that they did not have this type of club at their school. With regard to inclusive curricular resources, the majority of students reported that their classes did not teach positive representations of LGBTQ history, people, or events, and did not include positive representations of LGBTQ topics in sex education. Furthermore, regarding curricular resources, most students did not have access to LGBTQ-inclusive materials and resources, including LGBTQ-related textbooks or other assigned readings, LGBTQ-inclusive content in the curriculum, and LGBTQ-related library resources.

Regarding supportive school personnel, although the vast majority of students could identify at least one supportive school staff member, many students could only identify five or fewer supportive staff.

Furthermore, less than half of LGBTQ students reported that their school administration was somewhat or very supportive, and over a third of the students reported that their administration was neutral in terms of supportiveness. In order to create an inclusive school environment for LGBTQ students, it is important for students to have a wide network of staff at school that they can turn to, and administrators that are proactive in their support for LGBTQ students.

Finally, few LGBTQ students reported having comprehensive anti-bullying/harassment policies or supportive transgender and nonbinary student policies in their school or district. These findings indicate that more efforts are needed to provide positive supports in schools in order to create safer and more affirming school environments for LGBTQ students.

# Utility of School-Based Resources and Supports

**Key Findings**

- LGBTQ students experienced a safer, more positive school environment when:

    - Their school had a Gay-Straight Alliance or Gender and Sexuality Alliance (GSA) or similar student club;

    - They were taught positive representations of LGBTQ people, history, and events through their school curriculum;

    - They had supportive school staff who frequently intervened in biased remarks and effectively responded to reports of harassment and assault; and

    - Their school had an anti-bullying/ harassment policy that specifically included protections based on sexual orientation and gender identity/expression.

- Transgender and nonbinary students in schools with official policies or guidelines to support transgender and nonbinary students had more positive school experience, including less discrimination and more positive school belonging.

School-based resources, such as supportive student clubs, LGBTQ-inclusive curricula, supportive school personnel, and inclusive, supportive policies, may contribute directly to a more positive school environment for LGBTQ students.[113] These institutional supports may also indirectly foster better school outcomes and well-being for students by decreasing the incidence of negative school climate factors, such as anti-LGBTQ remarks and victimization.[114] In this section, we examine the relationship between school-based institutional supports and school climate, as well as educational indicators (specifically, absenteeism, academic achievement, educational aspirations, and school belonging), and indicators of student well-being (specifically, self-esteem and depression).

### Supportive Student Clubs

Student clubs that address issues of sexual orientation and gender identity/expression, such as GSAs, can provide a safe space for LGBTQ students and their allies to meet, socialize, and advocate for changes in their schools and communities.[115] The presence of a GSA may also contribute to a more respectful student body by raising awareness of LGBTQ issues, as well as demonstrate to LGBTQ students that they have allies in their schools.[116] As such, GSAs can contribute to safer and more inclusive schools for LGBTQ students.[117] We specifically examined how, for LGBTQ students, the availability of a GSA at school impacts negative indicators of school climate, as well as peer intervention regarding

anti-LGBTQ remarks, as well as peer acceptance of LGBTQ people. We also examined how the availability of GSAs impacts LGBTQ students' connection to school staff, and feelings of school belonging and well-being.

**Biased language, school safety, and absenteeism.** We found that LGBTQ students in our survey who attended schools with a GSA were less likely to report negative indicators of school climate. LGBTQ students in schools with a GSA:

- Heard anti-LGBTQ remarks less frequently than LGBTQ students in schools without a GSA (see Figure 2.10).[118] For example, 49.4% of students in schools with a GSA reported hearing homophobic remarks such as "fag" or "dyke" often or frequently, compared to 62.5% of students in schools without a GSA;

- Were less likely to feel unsafe regarding their sexual orientation (53.6% vs. 67.4% of students without a GSA) or gender expression (40.2% vs. 46.0%; see Figure 2.11);[119] and

- Experienced less severe victimization related to their sexual orientation or gender expression (see Figure 2.12).[120] For example, a quarter of students (24.9%) in schools with a GSA experienced higher levels of victimization based on sexual orientation, compared to two-fifths of students (40.1%) in schools without GSAs.



**Figure 2.10 Presence of GSAs and Frequency of Hearing Biased Remarks**
(Percentage of LGBTQ Students Hearing Remarks Often or Frequently)

Perhaps, in part, because of the positive effect of GSAs on school climate, LGBTQ students in schools with a GSA were less likely to have missed school in the past month because of feeling unsafe or uncomfortable (28.4% vs. 39.6% without a GSA; see also Figure 2.11).[121]

**Students' connections to school staff**. Given that GSAs typically have at least one faculty advisor, the presence of a GSA may make it easier for LGBTQ students to identify a supportive school staff person. Indeed, students in schools with a GSA could identify more supportive staff members than students in schools without a GSA.[122] For example, as shown in Figure 2.13, over half of LGBTQ students (55.8%) with a GSA reported having 11 or more supportive staff, compared to just one-fifth (20.6%) of those without a GSA in their school.



Figure 2.11 Presence of GSAs and LGBTQ Students' Feelings of Safety and Missing School



Figure 2.12 Presence of GSAs and Victimization
(Percentage of LGBTQ Students Experiencing Higher Levels of Victimization)



Figure 2.13 Presence of GSAs and Number of School Staff Supportive of LGBTQ Students

# "I really wish that so many other LGBTQ+ kids could come to our school and feel the support we do, or at least have the ability to come to a GSA like ours which inputs so much change in our school community, and provides so much support for its members."

GSAs increase visibility around anti-LGBTQ bullying and discrimination in school. In addition, some GSAs also conduct trainings or workshops for faculty on LGBTQ student experiences. By increasing awareness of anti-LGBTQ bias in the school environment or promoting training for educators on LGBTQ issues, GSAs may help increase rates of staff intervention when anti-LGBTQ biased remarks occur. We found that staff in schools with GSAs intervened in homophobic remarks and negative remarks about gender expression more frequently than educators in schools without a GSA.[123] For example, 16.4% of staff in schools with GSAs intervened in homophobic remarks most of the time or always, compared to 9.4% of staff in schools without GSAs (see Figure 2.14).

**Peer acceptance and intervention**. GSAs provide an opportunity for LGBTQ students and their allies to meet together in the school environment, and they may also provide an opportunity for LGBTQ students and issues to be visible to other students in school. In addition, GSAs may engage in activities designed to combat anti-LGBTQ prejudice and raise awareness about LGBTQ issues. Overall, 31.9% of LGBTQ students participated in a GLSEN Day of Action, such as the Day of Silence,[124] and those who had a GSA in their school were much more likely to participate than those who did not have a GSA (41.5% of those with a GSA vs. 16.6% of those without).[125] As such, GSAs may foster greater acceptance of LGBTQ people among the student body, which in turn may result in a more positive school climate for LGBTQ students.

Among all students in our survey, 43.5% reported that their peers were somewhat or very accepting of LGBTQ people.[126] Students who attended schools with a GSA were much more likely than those without a GSA to report that their classmates were accepting of LGBTQ people: 52.0% of LGBTQ students in schools with GSAs described their peers as accepting, compared to 29.9% of those in schools without a GSA.[127] GSAs were also related to increased student intervention regarding biased



**Figure 2.14 Presence of GSAs and Intervention in Anti-LGBTQ Remarks**
(Percentage of LGBTQ Students Reporting that Staff and Students Intervene Most of the Time or Always)

Intervention in Homophobic Remarks — Staff: 9.4% / 16.4%; Students: 5.4% / 7.0%

Intervention in Negative Remarks About Gender Expression — Staff: 5.9% / 10.9%; Students: 7.7% / 9.3%

School Does Not Have a GSA   School Has a GSA

remarks — students in schools with GSAs reported that other students intervened more often when hearing homophobic remarks and negative remarks about gender expression than those in schools without GSAs (see Figure 2.14).[128]

**School belonging and student well-being**. Given that LGBTQ students with a GSA report having supportive educators and more accepting peers, it is likely that these students may also have greater feelings of connectedness to their school community and more positive feelings about themselves and their LGBTQ identity. Indeed, we found that LGBTQ students in schools with GSAs reported greater feelings of school belonging,[129] lower levels of depression, and higher levels of self-esteem[130] than students in schools without GSAs.

As shown above, having a GSA at school benefits LGBTQ students in several ways. Students in schools with GSAs reported fewer homophobic remarks and negative remarks about gender expression, experienced less anti-LGBTQ victimization, were less likely to feel unsafe and miss school for safety reasons, and reported a greater sense of belonging to their school community and increased psychological well-being. However, many LGBTQ students do not have access to GSAs at their school, and given the benefits of GSAs, more work is needed to make GSAs available to all students in order to help create safer and more inclusive schools.

## Inclusive Curricular Resources

Many experts in multicultural education believe that a curriculum that is inclusive of diverse groups -including diverse cultures, races, ethnicities, genders, and sexual orientations - instills a belief in the intrinsic worth of all individuals and in the value of a diverse society.[131] Including LGBTQ-related issues in the curriculum in a positive manner may make LGBTQ students feel like more valued members of the school community, and it may also promote more positive feelings about LGBTQ issues and persons among their peers, thereby resulting in a more positive school climate.[132] Thus, we examined the relationship between access to LGBTQ-inclusive curricular resources and various indicators of school climate and well-being.

**Biased language.** Among the LGBTQ students in our survey, attending a school that included positive representations of LGBTQ topics in the curriculum was related to less frequent use of anti-LGBTQ language.[133] Specifically, LGBTQ students in schools with an LGBTQ-inclusive curriculum:

- Heard homophobic remarks less frequently than students in schools without an inclusive curriculum (see Figure 2.15);

- Heard negative remarks about gender expression less frequently than students in schools without an inclusive curriculum (see also Figure 2.15); and



Figure 2.15 LGBTQ-Inclusive Curriculum and Frequency of Hearing Anti-LGBTQ Remarks

- Heard negative remarks about transgender people less frequently than students in schools without an inclusive curriculum (see also Figure 2.15).

**Victimization and school safety.** Attending a school with an LGBTQ-inclusive curriculum was also related to greater school safety and fewer absences related to feeling unsafe at school. Specifically, LGBTQ students in schools with an LGBTQ-inclusive curriculum:



Figure 2.16 LGBTQ-Inclusive Curriculum and Frequency of Hearing Anti-LGBTQ Remarks

- Reported less severe victimization based on sexual orientation and on gender expression than students in schools without an inclusive curriculum (see Figure 2.16);[134]

- Were less likely to feel unsafe at school because of their sexual orientation and their gender expression than those without an inclusive curriculum (see Figure 2.17);[135] and

- Were less likely to report having missed school due to feeling unsafe or uncomfortable (see also Figure 2.17).[136]

**Students' connections to school staff.** When educators include LGBTQ-related content in their curriculum, they may also be sending a message that they are open to discussing LGBTQ-related issues with their students. LGBTQ students in schools with an inclusive curriculum were more likely to say they felt comfortable discussing these issues with their teachers than students in schools without an inclusive curriculum — almost two-thirds of students (64.6%) with an inclusive curriculum indicated they felt "somewhat" or "very" comfortable talking with their teachers about these issues, compared to just over one-third of students (36.4%) without an inclusive curriculum.[137]

**Achievement and aspirations.** Inclusive curricula can serve a vital role in creating an affirming learning environment where LGBTQ students see themselves reflected in their classroom. This may result in increased student engagement and may encourage



Figure 2.17 LGBTQ-Inclusive Curriculum and LGBTQ Students' Feelings of Safety and Missing School

students to strive academically which, in turn, may yield better educational outcomes. Indeed, we found that LGBTQ students in schools with an inclusive curriculum reported a somewhat higher grade point average (GPA) than those in schools without an inclusive curriculum (3.32 vs. 3.23).[138] We also found that students with an LGBTQ-inclusive curriculum evidenced higher academic aspirations — students in schools with an inclusive curriculum were less likely to say they did not plan to pursue some type of post-secondary education compared to LGBTQ students in schools without an inclusive curriculum (6.1% vs. 8.3%).[139]

**Peer acceptance and peer intervention.** The inclusion of positive portrayals of LGBTQ topics in the classroom may not only have a direct effect on LGBTQ students' experiences, but may also help educate the general student body about LGBTQ issues and promote respect and understanding of LGBTQ people in general. LGBTQ students who attended schools with an LGBTQ-inclusive curriculum were much more likely to report that their classmates were somewhat or very accepting of LGBTQ people (66.9% vs. 37.9%).[140] Increased understanding and respect may lead students in general to speak up when they witness anti-LGBTQ behaviors. Although overall rates of students' intervention regarding these types of remarks were low, we found that LGBTQ students in schools with an inclusive curriculum reported that other students were more than twice as likely to intervene most or all of the time when hearing homophobic remarks and negative remarks about gender expression, compared to students in schools without an inclusive curriculum (see Figure 2.18).[141]

**School belonging and well-being.** Given that having positive curricular inclusion was related to a greater number of supportive educators and more accepting peers, it is likely that being taught a curriculum that is inclusive of LGBTQ people and topics would also be related to LGBTQ students feeling more connected to their school community, and more positively about themselves and their LGBTQ identity. Indeed, we found that access to an inclusive curriculum was related to greater feelings of school belonging,[142] higher self-esteem, and lower depression[143] among the LGBTQ students in our survey.

Overall, we found that access to inclusive curriculum is related to a more positive school climate. Students who are taught an LGBTQ-inclusive curriculum report less anti-LGBTQ biased language and victimization, and are less likely to feel unsafe and miss school because of their LGBTQ identity than those who do not have access to LGBTQ-inclusive curriculum. LGBTQ students with an inclusive curriculum are more comfortable talking to school staff about LGBTQ topics and report that their peers are more accepting. Finally, students at schools with an inclusive curriculum report higher levels of school belonging and self-esteem and lower levels of depression. However, as we saw in the "Availability of School-Based Resources and Supports" section, most LGBTQ students are not taught positive LGBTQ-related information and many lack access to other LGBTQ-inclusive curricular resources at school. It is important for educators to implement LGBTQ-inclusive curriculum in their classes, as increased access to LGBTQ-inclusive curriculum and curricular resources can lead to more positive school experiences for LGBTQ students.

### Supportive School Personnel

Having supportive teachers and school staff can have a positive effect on the educational experiences of any student, and has been shown to increase student motivation to learn and positive engagement in school.[144] Given that LGBTQ students often feel unsafe and unwelcome in school, having access to school



Figure 2.18 LGBTQ-Inclusive Curriculum and Student Intervention in Anti-LGBTQ Remarks

personnel who provide support may be particularly critical for these students.[145] Therefore, we examined the relationships between the presence of supportive staff and several indicators of school climate.

**School safety and absenteeism.** Having staff supportive of LGBTQ students was related to feeling safer in school and missing fewer days of school. As shown in Figure 2.19, students with more supportive staff at their schools were less likely to feel unsafe regarding their sexual orientation or gender expression, as well as less likely to miss school because of feeling unsafe or uncomfortable.[146] For example, 44.8% of students with a high number (11 or more) of supportive staff reported feeling unsafe regarding their sexual orientation, compared to 74.2% of students with low number (0 to 5) of supportive staff.

**Achievement and aspirations.** Supportive staff members serve a vital role in creating an affirming learning environment that engages students and encourages them to strive academically. Therefore, it stands to reason that supportive staff would be related to LGBTQ students' educational outcomes. We found that students with more supportive staff hkad greater educational aspirations.[147] For example, as seen in Figure 2.20, approximately one-tenth of students (10.6%) with a low number

(0 to 5) of supportive staff said they did not plan to pursue post-secondary education, compared to only 4.7% of students with a high number (11 or more) of supportive staff. We also found that students with more supportive staff reported higher GPAs: students with 0 to 5 supportive staff reported an average GPA of 3.14, compared to a GPA of 3.34 for students with 11 or more supportive staff (see Table 2.5).[148]

**School belonging and well-being.** As we saw with having a GSA and an LGBTQ-inclusive curriculum, having supportive school personnel may also enhance a student's connection to school. Students with more supportive staff members expressed higher levels of school belonging.[149] Increased feelings of connection may also have a positive effect on student well-being. We found that LGBTQ students in schools with more supportive staff reported higher levels of self-esteem and lower levels of depression.[150]

**Staff responses to anti-LGBTQ remarks and victimization.** School staff members serve a vital role in ensuring a safe learning environment for all students, and, as such, should respond to biased language and all types of victimization. We found that students felt safer at school when they had educators who intervened more often when anti-LGBTQ remarks were made.[151] As shown in in Figure 2.21, students in schools where staff intervened most of the time or always in



**Figure 2.19 Supportive School Staff and Feelings of Safety and Missing School**



**Figure 2.20 Supportive School Staff and Educational Aspirations**

THE 2019 NATIONAL SCHOOL CLIMATE SURVEY

response to anti-LGBTQ remarks were less likely to report that they felt unsafe regarding their sexual orientation or gender expression (55.6% vs. 76.2%). Staff intervention was also related to fewer days of missing school.[152] Nearly two-fifths of students (38.1%) in schools where school staff never intervened or intervened only sometimes in anti-LGBTQ remarks had missed school due to feeling unsafe or uncomfortable, compared to a fourth of students (25.0%) in schools where staff members intervened most or all of the time (see also Figure 2.21).

When school staff respond to incidents of victimization, the overarching goals should be to protect students, prevent future victimization, and demonstrate to the student body that such actions will not be tolerated. Clear and appropriate actions on the part of school staff regarding harassment and assault can improve the school environment for LGBTQ youth and may also serve to deter future acts of victimization.[153] In fact, as shown in Figure 2.22, when students believed that staff effectively addressed harassment and assault, they were less likely to feel unsafe at school regarding their sexual orientation or gender expression (67.9% vs. 84.2%)[154] and less likely to miss school because they felt unsafe or uncomfortable

**"My teachers are usually very kind, and four have openly defended me/LGBT rights. Two have given me serious emotional help and have made my life feel less terrible."**

| Table 2.5 Supportive Staff and LGBTQ Students' Academic Achievement | |
|---|---|
| | **Mean Reported Grade Point Average (GPA)** |
| 0 to 5 Supportive Staff | 3.14 |
| 6 to 10 Supportive Staff | 3.22 |
| 11 or More Supportive Staff | 3.34 |



**Figure 2.21 Feelings of Safety and Staff Intervention Regarding Negative Remarks about Sexual Orientation or Gender Expression**
(Percentage of LGBTQ Students Who Felt Unsafe or Missed School)



**Figure 2.22 Effectiveness of Staff Response to Harassment/Assault and LGBTQ Students' Feelings of Safety and Missing School**
(Percentage Among Those Who Reported Victimization to Staff, n = 4824)

(33.6% vs. 54.7%).[155] In addition, as shown in Figure 2.23, students in schools where staff responded effectively experienced lower levels of victimization based on their sexual orientation or gender expression. For example, 30.4% of students who reported that staff intervened effectively experienced higher levels of victimization based on gender expression, compared to over half of students (52.2%) who reported that staff responded ineffectively.[156]

**Visible displays of support.** One of the many ways that educators can demonstrate to LGBTQ students that they are supportive allies is through visible displays of support, such as GLSEN's Safe Space stickers and posters. LGBTQ students who reported seeing Safe Space stickers and posters were more likely to report having supportive teachers and other staff at their schools.[157] For instance, as shown in Figure 2.24, just over half of students (56.1%) who had seen a Safe Space sticker or poster were able to identify a high number of supportive staff (11 or more) in their schools, compared to less than a fifth of students (18.8%) who had not seen a Safe Space sticker or poster at school.

LGBTQ-supportive school staff play a critical role in creating a more positive school climate for LGBTQ students. When LGBTQ students attend school with more caring adults to whom they can turn, they feel safer and more connected to the school community, and are more likely to plan on graduating and going on to post-secondary education. Further, when school staff demonstrate their support for LGBTQ students by intervening on anti-LGBTQ language or effectively responding to harassment, they help to reduce hostile school experiences for LGBTQ youth, thereby improving the learning environment for LGBTQ students. Our findings also highlight the importance of having several LGBTQ-supportive staff at school, rather than only a few. Having a large network of supportive staff may create more spaces throughout the school where LGBTQ students can feel at ease about their identities, and where anti-LGBTQ remarks and harassment are interrupted. Thus, schools must invest in professional development for all staff on recognizing and responding to the needs of LGBTQ students, and effectively intervening in bias-based harassment.



**Figure 2.23 Effectiveness of Staff Response to Harassment/Assault and LGBTQ Students' Experiences of Victimization**
(Percentage Experiencing Higher Severities of Victimization, Among Those Who Reported Victimization to Staff, n = 4654)



**Figure 2.24 Safe Space Stickers/Posters and Number of Supportive School Staff**

### Inclusive and Supportive School Policies

Inclusive and supportive school policies can help to ensure that students are safe, respected, and feel valued in their school. Not only do policies specify prohibited and allowable behaviors, but they also serve to set a tone for the entire school community. When these policies are supportive of LGBTQ students, they can contribute to more positive school climate for these students.

**Policies for addressing bullying, harassment, and assault**. Comprehensive anti-bullying/harassment policies can help ensure schools are safe for LGBTQ students in that they explicitly state protections from victimization based on sexual orientation and gender identity/expression. Furthermore, comprehensive anti-bullying/harassment policies may also provide school staff with the guidance needed to appropriately intervene when students use anti-LGBTQ language and when LGBTQ students report incidents of harassment and assault.

*Anti-LGBTQ language.* Overall, LGBTQ students in schools with comprehensive policies were the least likely to hear anti-LGBTQ language, followed by those in schools with partially enumerated policies and schools with generic policies (see Figure 2.25).[158] Students with no anti-bullying and harassment policy were most likely to hear such language. For example, 35.4% of students in schools with a comprehensive policy commonly heard negative remarks about transgender people, compared to 42.9% of students in schools with

partially enumerated policies, 44.5% in schools with generic policies, and 47.5% in schools with no policy.

*Experiences of anti-LGBTQ victimization.* Overall, LGBTQ students in schools with comprehensive policies experienced the lowest levels of anti-LGBTQ victimization, followed by partially enumerated and generic policies (see Figure 2.26).[159] Students with no anti-bullying and harassment policy reported the highest levels of experiences with anti-LGBTQ victimization. Furthermore, students in schools with comprehensive policies experienced lower levels of victimization based on gender expression and on sexual orientation than compared to those in schools with a generic policy (i.e., those that have no enumeration) and with no policy. For example, 23.4% of students in schools with a comprehensive policy reported higher levels of victimization based on gender expression, compared to 29.5% in schools with a generic policy, and 33.2% in schools with no policy.

*Responses to anti-LGBTQ remarks.* School anti-bullying/harassment policies often provide guidance to educators in addressing incidents of harassment and biased remarks. Even though students reported, in general, that staff intervention was a rare occurrence, it was more common in schools with anti-bullying policies. Students in schools with comprehensive policies reported the highest frequencies of staff intervention when anti-LGBTQ remarks occurred, followed by partially enumerated policies, and generic policies (see Figure 2.27).[160] Students with no anti-bullying and harassment



**Figure 2.25 School Harassment/Assault Policies and Frequency of Hearing Anti-LGBTQ Remarks**
(Percentage of LGBTQ Students Hearing Remarks Often or Frequently)

policy reported the lowest frequencies of staff intervention. For example, a quarter of LGBTQ students (25.3%) in schools with comprehensive polices said teachers intervened most of the time or always when homophobic remarks were made, compared to under a fifth of those (17.8%) in schools with partially enumerated policies, 13.0% in schools with a generic policy, and 6.8% in schools with no policy.

*Students' reporting of victimization to school staff and effectiveness of staff response.* Policies may provide guidance to students on reporting bullying and harassment, but perhaps more importantly, policies may also signal that students' experiences of victimization will be addressed by school officials. We found that the presence of a comprehensive anti-bullying policy was related to reporting of victimization — students in schools with a comprehensive school policy were most likely to report victimization to school staff than all other students in the survey (see Figure 2.28). We did not find that students in schools with partially enumerated policies differed from students with generic policies regarding reporting incidents of victimization to school staff.[161] There were no differences in reporting victimization among the other three types of policies. LGBTQ students in schools with comprehensive policies were also more likely to report that when staff responded to victimization, their responses were effective (see also Figure 2.28).[162] LGBTQ students in



**Figure 2.26 School Harassment/Assault Policies and Experiences of Victimization**
(Percentage of LGBTQ Students Experiencing Higher Levels of Victimization)



**Figure 2.27 School Harassment/Assault Policies and Staff Intervention Regarding Anti-LGBTQ Remarks**
(Percentage of LGBTQ Students Reporting that Staff Intervened Most of the Time or Always)

schools with comprehensive policies and partially enumerated policies were more likely to report that staff responses were effective, compared to all other students. We did not find that students in schools with comprehensive policies differed from students with partially enumerated policies regarding effectiveness of staff responses.

Collectively, these findings suggest that comprehensive policies are more effective than other types of policies in promoting a safe school environment for LGBTQ students. These policies may send the message to teachers and other school staff that responding to LGBTQ-based harassment is expected and critical. As we saw in our results, school personnel intervened more often and more effectively when the school was reported to have a comprehensive policy. In addition, comprehensive policies may be effective in curtailing anti-LGBTQ language and behaviors among students — students in schools with comprehensive policies reported the lowest incidence of homophobic remarks, negative remarks about gender expression, negative remarks about transgender people, and reported the lowest levels of anti-LGBTQ victimization. These policies may also send a message to students that LGBTQ-based harassment is not tolerated, and that students should take appropriate action when witnessing LGBTQ-based harassment. Thus, comprehensive policies may signal to all members of the school community that anti-LGBTQ victimization and biased remarks are not tolerated.

**Policies and official guidelines on transgender and nonbinary students.** School or district policies detailing the rights and protections afforded to transgender and nonbinary students help to ensure these students have access to an education. These policies can also serve to send the message that transgender and nonbinary students are a valuable and important part of the school community.

*Transgender and nonbinary policies/guidelines and students' experiences of discrimination.* We examined whether the presence of a policy or official guidelines supporting transgender and nonbinary students was related to experiences of gender-related discrimination at school for these students. We found that having a supportive transgender and nonbinary policy was related to a lower likelihood of gender-related discrimination — specifically, being prevented from using bathrooms of their gender identity, prevented from using locker rooms of their gender identity, prevented from wearing clothes deemed "inappropriate" based on gender, and prevented from using their chosen name or pronouns.[163] For example, as shown in Figure 2.29, transgender and nonbinary students in schools with a transgender and nonbinary student policy were less than half as likely as those in schools without a policy to experience discrimination related to their name or pronouns in school (18.8% vs. 44.9%).

As discussed in the "Experiences of Discrimination at School" section of this report, we asked about



Figure 2.28 School Harassment/Assault Policies, Reporting Harassment/Assault, and Effectiveness of Staff Response

specific forms of gender-related discriminatory school policies and practices experienced by transgender and nonbinary students. We further asked transgender and nonbinary students whether there were any policies that protect against those specific forms of gender-related discrimination. For example, we asked if they were prevented from using the bathroom aligned with their gender identity, and here we asked whether there was any policy to specifically protect them from bathroom discrimination. We examined whether inclusion of protections regarding boys/girls bathrooms, gender-neutral bathrooms, locker rooms, clothing/dress codes, and name/pronouns usage were related to the discrimination experiences associated with those protections (bathroom, locker rooms, clothing/dress code, and name/pronouns usage, respectively).

Regarding locker rooms, we found that transgender and nonbinary students with policies specifying locker room access were less likely to have been prevented from using the locker room of their gender.[164] Similarly, regarding bathroom access, we found that transgender and nonbinary students in schools with policies explicitly allowing them access to boys' or girls' bathrooms consistent with their gender identity, as well as those with policies allowing them access to gender neutral bathrooms, were less likely to be prevented from using

bathrooms that were consistent with their gender.[165] With regard to experiences of discrimination related to names/pronouns for transgender and nonbinary students, we found that transgender and nonbinary students in schools with policies having the specific inclusion of name/pronoun protections were less likely to be prevented from using their chosen names/pronouns.[166] However, with regard to the experiences of clothing-related discrimination, inclusion of protections related to gendered dress codes was not related to clothing discrimination.[167] It may be that certain types of discrimination, such as enforcing restrictive gendered dress code policies, may be more dependent on individual school staff and their knowledge or interpretation of the policy, and this finding may indicate a need for staff training on the policy and its implementation.

The findings on locker room and bathroom policies highlight the importance of codifying access to these spaces for transgender and nonbinary students in official policies, given that transgender and nonbinary students in schools with such policies reported less discrimination.[168] In addition, our findings demonstrate how policies about names and pronouns are crucial as they were associated with less discrimination of that type. Furthermore, previous research has shown that preventing



**Figure 2.29 Transgender and Nonbinary Policy and Gender-Related Discrimination**
(Percentage of Transgender and Nonbinary Students Experiencing Type of Discrimination in School)

Prevented from Using Chosen Name or Pronouns — 44.9% / 18.8%
Required to Use Bathroom of Legal Sex — 53.6% / 26.7%
Required to Use Locker Room of Legal Sex — 50.7% / 25.6%
Prevented from Wearing Clothes Deemed "Inappropriate" Based on Gender — 23.9% / 6.9%

School Does Not Have a Transgender and Nonbinary Policy

School Has a Transgender and Nonbinary Policy

transgender and nonbinary students from using their chosen pronouns is associated with lowered psychological well-being,[169] which, along with our findings on names/pronouns discrimination, underscore the importance of enforcing the implementation of such policies. Regarding clothing-related discrimination, the findings may reflect the need for effective implementation of policies, including notification, enforcement, and related training.

*Transgender and nonbinary official policies/ guidelines and school engagement.* Having policies that provide access and support to transgender and nonbinary students may help students feel comfortable and welcome in their school, ultimately resulting in greater school engagement. In fact, we found that transgender and nonbinary students in schools with these policies or guidelines were more engaged with their school community. Transgender and nonbinary students with supportive transgender and nonbinary policies were less likely to miss school due to feeling unsafe or uncomfortable — 63.5% of those with a policy had not missed school for those reasons, compared to 57.6% of students without a policy (see Figure 2.30).[170] Furthermore, transgender and nonbinary students with these policies also felt more connected to their school community; they reported higher levels of school belonging than those without policies.[171]

In addition to the presence of any type of transgender and nonbinary policy, policies that are more comprehensive and cover more areas of protection may be more effective in promoting school engagement for these youth. We found that among transgender and nonbinary students whose school had a transgender and nonbinary policy, the number of protections addressed in these policies was related to greater school belonging, but was not related to absenteeism.[172] Thus, the more comprehensive a school's policy is, the more effective it may be in ensuring transgender and nonbinary students feel connected to their school.

These findings indicate that having specific policies or official guidelines that explicitly document the rights of transgender and nonbinary students can greatly improve the school experience for these students. Given transgender and nonbinary students are at higher risk of in-school victimization, absenteeism, school discipline, and ultimately leaving school altogether,[173] it is critical

that schools institute policies to help safeguard these students' rights and ensure they have equal access to an education. For instance, the findings regarding locker room and bathroom discrimination indicate that allowing students to access gendered facilities that correspond to their gender are critical for transgender and nonbinary students. Although having official protections for transgender and nonbinary students and their rights is crucial, the power of the policy is in the degree to which it is implemented. Professional development is critical to ensure that school staff are aware of policy mandates including those that protect transgender and nonbinary students, and are able to enact them. Furthermore, schools and districts should develop monitoring and accountability measures to ensure that these policies are being effectively implemented and that transgender and nonbinary students are not being deprived of their rights.

Supportive and inclusive school policies play an essential role in creating safe and inclusive school communities. However, it is important to note that a significant portion of students in schools with these policies still faced hostile school climates — including victimization and



**Figure 2.30 Transgender and Nonbinary Policy and Days of Missed School**
(Percentage of Transgender and Nonbinary Students Who Missed School in the Past Month Due to Feeling Unsafe or Uncomfortable)

discrimination — even when they reported having an anti-bullying/harassment policy or a transgender and nonbinary student policy. Clearly, it is not enough for policies to merely exist in schools, but they must also be enforced and effectively implemented. For both types of policies explored in this section, a substantial portion of students indicated that they did not know whether their school had such policies (see Table 2.3 and Figure 2.9 in "Availability of School-Based Resources and Supports" section). If a student is not aware of their school's policies, then they would not be aware of the valuable rights and protections these policies provide. Therefore, it is critical not only that schools enact these policies but also that all members of the school community are made aware of the policies and what they include. Furthermore, policies are vitally important, yet are only one of the key elements necessary to ensure safe and welcoming schools for LGBTQ students.

### Conclusions

Our findings indicate that LGBTQ supports and resources play an important role in making schools safer and more affirming for LGBTQ students. Students in schools that had a GSA and students in schools that had LGBTQ inclusive curriculum (taught positive representations of LGBTQ people, history, and events) reported less anti-LGBTQ biased language and less anti-LGBTQ victimization, were less likely to feel unsafe and to miss school for safety reasons, and reported a greater sense of belonging to their school community and increased psychological well-being. Students in schools with LGBTQ-inclusive curriculum also had higher GPAs, higher educational aspirations, were more

comfortable talking to school staff about LGBTQ topics, and were more likely to have classmates who were accepting of LGBTQ people. Our findings also showed that students with more supportive school staff were less likely to feel unsafe and to miss school for safety reasons, had higher GPAs, higher educational aspirations, and reported a greater sense of belonging to their school community and increased psychological well-being.

Students in schools with comprehensive anti-bullying/harassment policies that included protections for sexual orientation and gender identity/expression reported less anti-LGBTQ biased language and less anti-LGBTQ victimization. Furthermore, students with comprehensive policies reported greater frequency of school staff intervention regarding anti-LGBTQ biased remarks, were more likely to report incidents of harassment and assault to school personnel, and more likely to rate school staff's response to such incidents as effective. Among transgender and nonbinary students, those in schools with supportive transgender and nonbinary official policies or guidelines reported less gender-related discrimination, were less likely to miss school because of feeling unsafe, and felt a greater sense of connection to their school community.

Unfortunately, as discussed previously in the "Availability of School-Based Resources and Supports" section, many LGBTQ students do not have access to these supports and resources at their schools. These findings indicate the importance of advocating for the inclusion of these resources in schools to ensure positive learning environments for LGBTQ students in all schools.



# PART THREE: SCHOOL CLIMATE BY DEMOGRAPHIC AND SCHOOL CHARACTERISTICS

The 2019–2020 GLSEN National Student Council. The National Student Council dedicates their time, passion, and commitment to safer schools, advising GLSEN programs and campaigns, sharing their stories with community stakeholders, and elevating the voices of marginalized groups within the LGBTQ community.

# School Climate and Sexual Orientation



### Key Findings

- Pansexual students experienced more hostile climates than students of other sexual orientations.

- Gay and lesbian students were more likely to be "out" about their sexual orientation at school, both to other students and to school staff, than students of other sexual orientations.

**"I had no idea what pansexual was until somebody explained it to me in high school and that's how I identify. If somebody had told me what it was sooner, I would not have spent so much time questioning my sexuality and thinking I was weird and broken."**

An important element of adolescent development is identity formation, in which youth explore and come to define their personal identity, both as an individual and as a member of different social groups.[174] Youth in our survey were navigating the development of multiple identities, including their sexual orientation identity. As it is a developmental process, age plays a role in identity formation. Older youth, who have had more time to explore and develop their identity, may be more secure and confident about their lesbian, gay, bisexual, pansexual, or queer identity, which could contribute to different school experiences than younger youth. In fact, we found that age was related to sexual orientation identity. Queer students were older than students with all other sexual orientations,

and pansexual students were younger than gay and lesbian, bisexual, and queer students.[175]

One of the last steps of sexual orientation identity formation is coming out publicly about one's lesbian, gay, bisexual, pansexual, or queer identity.[176] Students who have reached this stage of identity development may be more confident in their identity, but also may be more targeted for victimization and discrimination. Indeed, previous research has shown that being out about one's LGBTQ identity at school relates to greater peer victimization.[177] In our survey, gay and lesbian students were more out to peers than were students with other sexual orientations, and pansexual students were more out to peers than were bisexual and questioning students. Gay and lesbian students were also more out to school staff than pansexual, bisexual, and questioning students, and pansexual students were more out to staff than bisexual and questioning students (see Figure 3.1).[178]

LGBTQ students in our sample were not only navigating their sexual orientation identity, many were also developing their non-cisgender gender identities. It is important to reiterate that sexual orientation identity and gender identity are not wholly independent amongst LGBTQ youth, and prior research has shown that transgender and nonbinary students are more likely to have negative school experiences than cisgender students.[179] In our survey, pansexual and queer students were least likely to be cisgender — they were more likely to identify as transgender, genderqueer, nonbinary, or another non-cisgender identity than were gay

**Figure 3.1 Outness in School by Sexual Orientation**
(Percentages of LGBTQ Students Out to Peers and School Staff)



and lesbian, bisexual, and questioning students.[180] Nearly two thirds of pansexual (62.4%) and queer (64.3%) students did not identify as cisgender. Alternatively, gay and lesbian and bisexual students were more likely to identify as cisgender than were pansexual and questioning students,[181] and 6 in 10 gay and lesbian (59.8%) and bisexual (60.0%) students identified as such.

We examined differences in school climate and students' school experiences across sexual orientation groups — gay and lesbian ("gay/lesbian") students, bisexual students, pansexual students, queer students, and students questioning their sexual orientation ("questioning").[182] Because of the differences in age, outness to peers and adults in school, and gender identity discussed above, and the fact that they contribute to students' school experiences, in the following analyses we controlled for all these characteristics.

With regard to victimization, we specifically examined students' experiences related to sexual orientation and gender expression, as they are most related to students' LGBTQ identities. We also examined differences in students' experiences of sexual harassment, as previous research has found significant differences based on sexual orientation.[183] Lastly, we examined differences across sexual orientations regarding the experiences of students with discriminatory school policies and practices, and school discipline and regarding their levels of school engagement, as these were also identified as particularly salient.

## Victimization

Students' experiences of in-school victimization based on sexual orientation and gender expression differed based on their sexual orientation (see Figure 3.2).[184]

Gay/lesbian and pansexual students reported higher levels of victimization based on sexual orientation than did queer, bisexual, and questioning students. For example, approximately three-quarters of gay/lesbian (73.5%) and pansexual (75.9%) students reported having been victimized based on sexual orientation in contrast to nearly two-thirds of queer (66.5%) and bisexual (64.9%) students, and half of questioning (51.0%) students.

Pansexual students experienced higher levels of victimization based on gender expression than students of all other sexual orientations. Specifically, 69.9% of pansexual students



Figure 3.2 Victimization by Sexual Orientation

experienced this type of victimization compared to 57.7% of gay/lesbian, 50.9% of bisexual, 64.4% of queer, and 53.1% of questioning students.

Regarding sexual harassment, we found that pansexual students reported a higher incidence than students of all other sexual orientations, and that bisexual students reported a higher incidence than gay/lesbian and questioning students.[185] As shown in Figure 3.2, almost two-thirds of pansexual students (64.6%) reported having been sexually harassed at school in the past year, compared to more than half of gay/lesbian (55.4%), bisexual (59.8%), and queer (57.1%) students, and nearly half of questioning (54.2%) students.

### Discrimination and School Discipline

Experiences of anti-LGBTQ discrimination through school policies and practices also varied based on students' sexual orientation.[186] Pansexual students were more likely to report experiencing this type of discrimination than gay/lesbian, bisexual, and questioning students (see Figure 3.3). For example, over two-thirds of pansexual students (69.5%) experienced discrimination, compared to approximately half of bisexual and questioning students (54.5% and 52.9%, respectively).

A growing field of research on school discipline has suggested that LGBTQ students may be at a higher risk of experiencing school discipline than their non-LGBTQ peers,[187] but most of these studies have not examined sexual orientation

differences within the LGBTQ population, perhaps because of small sample sizes of LGBTQ students. Therefore, we examined whether in-school and out-of-school rates of school discipline varied based on students' sexual orientation among the students in our survey. Specifically, we examined differences in in-school discipline (being referred to the principal, getting detention, or receiving an in-school suspension), and in out-of-school discipline (receiving out-of-school suspension or being expelled). As shown in Figure 3.4, pansexual students reported higher rates of in-school discipline than queer students. Queer students experienced lower rates of both in- and out-of-school discipline than did gay and lesbian and pansexual students.[188]

### Absenteeism

Experiencing victimization, discrimination, and disproportionate rates of discipline all serve to make schools less safe and welcoming for students, which could influence students' desire to attend school. Given that pansexual students experienced higher rates of victimization, it is not surprising that pansexual students were more likely than gay and lesbian, bisexual, and queer students to report having missed school because they felt unsafe than all other students (see Figure 3.5).[189] For example, 40.1% of pansexual students reported missing school in the past month due to safety concerns, compared to slightly less than a third of gay and lesbian (31.6%) and bisexual (30.2%) students.



**Figure 3.3 Experiences of Discrimination by Sexual Orientation**
(Percentage of LGBTQ Students Who Experienced
Anti-LGBTQ Discriminatory Policies and Practices)



## *Conclusions*

Overall, our results indicate that pansexual students reported the most negative school experiences in comparison to students of other sexual orientations. Pansexual students experienced higher levels of victimization based on gender identity and sexual harassment than all other sexual orientations. Pansexual students, along with gay and lesbian students, reported the highest rates of victimization based on sexual orientation. Pansexual students also experienced more discriminatory policies and practices and missed more school due to feeling unsafe than did gay and lesbian, bisexual, and questioning students.

Further research is clearly warranted to understand why pansexual students appear to face more hostile school climates than other students. This research should examine factors related to a student's decision to adopt particular sexual identity labels (i.e., why a student who is attracted to people of multiple genders may identify as pansexual as opposed to queer or bisexual) to better understand these different sexual orientation groups.

These findings reveal a complex picture regarding differences among LGBTQ students by sexual orientation. In our survey, bisexual students experienced less victimization based on sexual orientation and gender expression than gay and

**Figure 3.4 School Discipline by Sexual Orientation**
(Percentage of LGBTQ Students Who Experienced In-School and Out-of-School Discipline)



**Figure 3.5 Missing School Due to Safety Concerns**



lesbian students, but more sexual harassment than their gay and lesbian peers. However, bisexual youth did not differ from gay and lesbian students with regard to discrimination, discipline, and missing school due to safety concerns. Yet research on adolescent health outcomes has demonstrated that bisexual youth are typically at higher risk than both heterosexual and lesbian/gay peers on suicidality, substance abuse, and intimate partner violence.[190] Furthermore, queer students were similar to gay and lesbian and bisexual students with regard to hostile school climate experiences, but they were less likely to experience school discipline. More research is needed to better understand the complex role sexual identity plays in the experiences of adolescents' lives both in and out of school.

# School Climate and Gender

**Key Findings**

- Transgender students experienced a more hostile school climate than LGBQ cisgender students and nonbinary students.

- Nonbinary students experienced a more hostile school climate than cisgender LGBQ students.

- Among cisgender LGBQ students, male students experienced a more hostile school climate based on their gender expression and on sexual orientation than cisgender female students.

- Cisgender female students experienced a more hostile school climate based on their gender than cisgender male students.

# "I'm the first openly transgender person at my school which makes me a bigger target for bullying and harassment than most others."

We also examined potential differences in LGBTQ students' experiences of safety, victimization, and discrimination by gender identity, specifically, the differences between transgender, nonbinary, cisgender, and questioning students as well as differences within each of those identity groups.[191] Furthermore, we examined school engagement, specifically absenteeism for safety reasons, feelings of school belonging, changing schools for safety reasons, and dropping out. Given the growing attention to inequities in administration of school discipline and some previous research indicating that transgender and gender nonconforming students are more likely to face disciplinary consequences at school,[192] we also examined gender differences in rates of school discipline — both in-school discipline and out-of-school discipline.

Across all gender groups, students commonly reported feeling unsafe, experiencing high frequencies of harassment or assault, and facing discrimination at school related to their gender, gender expression, and sexual orientation. Furthermore, a sizable number of students across gender groups reported missing school and, to a lesser extent, changing schools because of safety concerns. In addition, LGBTQ students of all gender identities reported having been disciplined at school. However, there were some significant differences among gender groups in all of these areas.

## *Experiences of Transgender Students*

Overall, transgender students were more likely than all other students to have negative experiences at school.

**Safety and victimization.** Specifically, compared to cisgender and nonbinary students, transgender students:

- Were more likely to have felt unsafe based on their gender expression (see Figure 3.6);[193]

- Experienced higher levels of victimization based on their gender expression (see Figure 3.7);[194]

- Were more likely to have felt unsafe at school based on their gender (see Figure 3.6);[195] and

- Experienced higher levels of victimization based on their gender (see Figure 3.7).[196]

Transgender students were also more likely to have felt unsafe[197] and experienced higher levels of victimization[198] because of their sexual orientation compared to cisgender LGBQ students, but were less likely than nonbinary students to feel unsafe based on sexual orientation (see Figures 3.6 and 3.7).

**Avoiding school spaces.** As shown in the "School Safety" section in Part 1 of this report, sizable percentages of LGBTQ students avoided places at school because they felt unsafe or uncomfortable, most notably spaces that are traditionally segregated by sex in schools, such as bathrooms and locker rooms. Overall, transgender students were more likely to avoid spaces at school than were other students.[199] For transgender and nonbinary youth (i.e., genderqueer and other nonbinary-identified youth), sex-segregated spaces at school may be particularly challenging.[200] Because of this, we specifically examined whether transgender students were more likely to avoid gendered spaces. As shown in Figure 3.8, we found that, compared to cisgender students and nonbinary students, transgender students were:[201]

- More likely to avoid school bathrooms at school because they felt unsafe or uncomfortable;

- More likely to avoid school locker rooms because they felt unsafe or uncomfortable; and

- More likely to avoid Gym/Physical Education class because they felt unsafe or uncomfortable.

**Educational attachment.** A hostile school climate can affect students' feelings of school belonging, can result in students avoiding school altogether,

and can hinder students' overall educational experience. We found that transgender students were:

- Less likely than other students to feel connected to their school, i.e., reported lower levels of school belonging;[202]

- More likely than other students to report missing school because they felt unsafe or uncomfortable (see Figure 3.9);[203]

- More likely than other students to report having changed schools because they felt unsafe or uncomfortable(see also Figure 3.9);[204] and

More likely than other students to report that they were not planning to complete high school or were not sure if they would complete high school.[205]

**Discriminatory policies and practices.** As shown in Figure 3.10, transgender students were more likely, overall, to report incidences with discriminatory policies and practices[206] — 77.3% of transgender students reported having been discriminated against compared to 46.1% of cisgender students and 69.1% of nonbinary students. Certain forms of discrimination are more specific to the experiences of transgender and nonbinary students, such as being prevented from using the bathroom consistent with one's gender identity. Thus, it is



**Figure 3.6 Feelings of Safety at School by Gender Identity**
(Percentage of LGBTQ Students Who Felt Unsafe Based On Sexual Orientation, Gender Expression, and Gender)

| | Sexual Orientation | Gender Expression | Gender |
|---|---|---|---|
| All Cisgender | 56.7% | 22.2% | 8.8% |
| Cis Male | 59.1% | 39.4% | 1.6% |
| Cis Female | 56.1% | 18.1% | 10.4% |
| All Transgender | 58.9% | 69.5% | 84.4% |
| Trans Male | 57.4% | 69.6% | 86.4% |
| Trans Female | 58.7% | 70.7% | 81.0% |
| Trans Nonbinary | 62.3% | 77.7% | 69.2% |
| Trans Only | 69.5% | 60.4% | 86.1% |
| All Nonbinary | 65.2% | 58.3% | 52.4% |
| Nonbinary/Genderqueer | 63.9% | 59.5% | 57.7% |
| Other Nonbinary | 63.4% | 60.9% | 57.7% |
| Nonbinary Male/Female | 70.5% | 52.4% | 31.7% |
| Questioning | 65.5% | 48.2% | 20.6% |

not surprising that transgender students reported more of these incidents than cisgender students.[207] Compared to cisgender students, as shown in Table 3.1, transgender students were:

- More likely to be required to use the bathroom of their legal sex (58.1% for transgender students vs. 10.8% for cisgender students);

- More likely to be required to use the locker room of their legal sex (55.5% vs.10.7%);

- More likely to be prevented from using their chosen name and pronouns (44.5% vs. 7.3%); and

- More likely to be prevented from wearing clothing deemed "inappropriate" based on gender (20.5% vs. 15.1%).

As seen in Table 3.1, transgender students also reported more instances of being required to use the bathroom and locker room of their legal sex and being prevented from using their chosen name and pronouns than nonbinary students.[208] However, transgender and nonbinary students reported similar rates of being prevented from wearing clothing deemed "inappropriate" based on gender.

In addition to the specific types of gender-related discrimination noted above, transgender students were also more likely than cisgender LGBQ



**Figure 3.7 School Victimization by Gender Identity**
(Percentage of LGBTQ Students Who Experienced Victimization Based On Sexual Orientation, Gender Expression, and Gender)

students to experience all forms of anti-LGBTQ discrimination, including broader forms of LGBTQ discrimination, such as being prevented from addressing LGBTQ topics in class assignments and being unfairly disciplined for identifying as LGBTQ.[209] It may be that transgender and nonbinary students are generally more targeted for discipline because they are more visible and/or more stigmatized than other LGBQ students. Further research is needed to explore these disparities and the factors that determine which students are most often targeted by discriminatory policies and practices.

**School discipline.** Compared to cisgender LGBQ students, transgender students reported (see Figure 3.11):

- Higher rates of in-school discipline (e.g. principal's office, detention);[210] and

- Higher rates of out-of-school discipline (e.g., out of school suspension, expulsion).[211]

**Differences among transgender students.** Transgender students in our survey fell into four different categories: 1) those who identified as transgender and male, 2) those who identified as transgender and female, 3) those who identified as transgender and nonbinary or genderqueer (i.e., transgender nonbinary), and 4) those who identified only as transgender and no other gender identity (referred to as "transgender only" for the rest of this section). Transgender students, in general, experienced the most hostile school climates



**Figure 3.8 Avoiding Spaces at School by Gender Identity**
(Percentage of LGBTQ Students Who Avoided Spaces)

Bathrooms · Locker Rooms · Gym/PE Class

compared to their peers, and we wanted to further examine whether school experiences varied across these four groups of transgender students. We found some significant differences within the group of transgender students regarding victimization, feelings of unsafety because of gender, experiencing discriminatory policies and practices, avoiding certain school spaces, and missing school.

*Victimization and safety.* There were no differences among transgender students in feeling unsafe at school because of their sexual orientation or because of their gender expression. However, transgender nonbinary students were less likely to feel unsafe at school because of their gender than were transgender male and transgender only students (see Figure 3.6).[212]

With regard to victimization based on sexual orientation, transgender only students reported higher rates than transgender nonbinary and transgender male students, but did not differ from



**Figure 3.9 Percentage of LGBTQ Students Who Missed School or Changed Schools Because of Safety Concerns by Gender Identity**

**Cisgender Students**
All Cisgender — 13.1% / 24.9%
Cis Male — 11.1% / 20.0%
Cis Female — 13.5% / 26.0%

**Transgender Students**
All Transgender — 23.6% / 43.6%
Trans Male — 25.6% / 44.4%
Trans Female — 20.1% / 34.1%
Trans Nonbinary — 19.3% / 37.7%
Trans Only — 22.6% / 50.5%

**Nonbinary Students**
All Nonbinary — 18.5% / 38.1%
Nonbinary/Genderqueer — 18.9% / 38.9%
Other Nonbinary — 18.2% / 35.5%
Nonbinary Male/Female — 17.5% / 37.4%

**Questioning Students**
All Questioning Students — 16.2% / 35.1%

Ever Changed Schools    Missed School in Past Month

transgender female students. Furthermore, there were no differences between transgender male and transgender female students on victimization based on sexual orientation (see Figure 3.7).[213]

With regard to victimization based on gender expression, transgender only students reported higher rates than transgender male and transgender nonbinary students, but did not differ from transgender female students, and transgender female and transgender male students did not differ. However, transgender male students reported higher rates than did transgender nonbinary students (see also Figure 3.7).[214]

With regard to victimization based on gender, transgender male students reported higher rates than did transgender only students. In addition, transgender nonbinary students reported lower rates than transgender male and transgender only students (see Figure 3.7).[215]



Figure 3.10 Percentage of LGBTQ Students Who Experienced Anti-LGBTQ Discrimination at School by Gender Identity

**Cisgender Students**
- All Cisgender — 46.1%
- Cis Male — 41.6%
- Cis Female — 47.0%

**Transgender Students**
- All Transgender — 77.3%
- Trans Male — 77.5%
- Trans Female — 72.1%
- Trans Nonbinary — 74.7%
- Trans Only — 80.9%

**Nonbinary Students**
- All Nonbinary — 69.1%
- Nonbinary/Genderqueer — 70.2%
- Other Nonbinary — 75.4%
- Nonbinary Male/Female — 61.6%

**Questioning Students**
- Questioning — 58.7%

| Table 3.1 Gender-Related Discrimination by Gender Identity[216] | | | | |
| --- | --- | --- | --- | --- |
| | Bathrooms | Locker Rooms | Names/ Pronouns | Gendered Clothing |
| **All Cisgender Students**[217] | 10.8% | 10.7% | 7.3% | 15.1% |
| Cis Male Students | 9.8% | 9.5% | 5.7% | 15.5% |
| Cis Female Students | 11.0% | 10.9% | 7.5% | 15.0% |
| **All Transgender Students**[218] | 58.1% | 55.5% | 44.5% | 20.5% |
| Trans Male Students | 58.9% | 57.7% | 44.1% | 19.5% |
| Trans Female Students | 50.8% | 51.9% | 36.6% | 26.1% |
| Trans Nonbinary Students | 51.2% | 45.7% | 43.5% | 19.0% |
| Trans Only Students | 65.6% | 60.4% | 49.0% | 24.6% |
| **All Genderqueer and Other Nonbinary Students**[219] | 35.5% | 32.8% | 36.3% | 24.1% |
| Nonbinary/Genderqueer students | 38.2% | 34.7% | 39.8% | 24.9% |
| Other Nonbinary Students | 38.8% | 37.7% | 38.6% | 38.6% |
| Nonbinary Male/Female Students | 24.5% | 23.3% | 23.5% | 23.5% |
| Questioning Students | 20.8% | 19.6% | 18.6% | 19.5% |

*Avoiding school spaces.* Transgender students also differed in their avoidance of gendered school spaces because they felt unsafe in them. Transgender nonbinary students were less likely to avoid bathrooms, locker rooms, and gym/PE class than were transgender male and transgender only students.[220] As seen in Figure 3.8, transgender male, transgender female, and transgender only students avoided these spaces at similar rates.

*Educational attachment.* Transgender only students were more likely than other transgender students to have missed school because they felt unsafe or uncomfortable (see Figure 3.9).[221] Transgender male and transgender female students did not differ in their rates of missing school; however, transgender male students were more likely to change schools for safety reasons than were transgender nonbinary students (see Figure 3.9).[222] Educational aspirations did not differ by transgender identity — there were no differences in transgender students' plans to complete high school.[223]

*Discriminatory policies and practices.* When considering overall experiences with anti-LGBTQ discriminatory policies and practices, there were no significant differences among transgender students (see Figure 3.10).[224] There were, however, significant differences across transgender students when specifically examining gender-specific discriminatory policies and practices:

- Regarding being prevented from wearing clothes that align with their gender, transgender male and transgender female students reported similar rates, but transgender only students reported this kind of discrimination slightly more than transgender nonbinary students (see Table 3.1).[225]

- Regarding being prevented from using the bathroom that aligns with their gender, transgender only students were more likely to report this form of discrimination than other transgender students (see Table 3.1).[226] Additionally, transgender male students were more likely than transgender nonbinary students to report this type of discrimination.

- Regarding being denied locker room access, transgender male and transgender only students did not differ, but both groups were more likely to report being prevented from using the locker room that aligns with their gender than were transgender nonbinary students (see Table 3.1).[227]

Overall, these findings suggest that transgender only students may experience somewhat more hostile school climates and that transgender nonbinary students may experience somewhat less hostile climates than other transgender students. Additionally, transgender male and transgender

female students in our sample experienced generally similar school climates. However, regarding certain indicators of school climate that we examined, transgender female students appeared to have more negative experiences, even though they were not statistically different. For example, when considering discriminatory policies and practices, transgender female students seem to report higher rates of gender-based clothing discrimination than other transgender students, but this difference was not statistically significant. Our sample included a small number of transgender female students, compared to all other gender identities (1.1% of the full sample), and we may have been unable to detect statistically significant differences with this small of a sample.

There is no consensus in the literature regarding differences between transgender males and transgender females regarding mental health. Some



Figure 3.11 Comparison by Gender Identity:
Percentage of LGBTQ Students Who Experienced School Discipline

# Insight on Gender-Related Discrimination Among Transgender Students Over Time

As discussed in the "School Climate and Gender" section of this report, transgender students were more likely to experience discrimination at school than students of all other gender identities in our 2019 survey. Given that there has been much public and political discourse in recent years regarding the rights of transgender youth to access bathrooms and locker rooms that align with their gender, we examined whether there have been changes in recent years in the experiences of transgender students with regard to gender-related discrimination at school.[1]

As shown in the figure, with regard to being prevented from wearing clothing deemed "inappropriate" based on gender, there had been a significant decline in the percentage of transgender students reporting this type of discrimination from 2015 to 2017, and from 2017 to 2019. With regard to being prevented from using one's chosen name or pronoun, there was an increase in the percentage of transgender students reporting this type of discrimination from 2013 to 2015 and no change from 2015 to 2017. However, there was a significant decrease from 2017 to 2019. With regard to being prevented from using the bathroom or locker room that aligns with one's gender identity, there were no differences across years in the percentage of transgender students experiencing this discrimination.



**Gender-Based Discrimination Among Transgender Students Over Time**

Considering these findings together, it appears that schools may be becoming more accepting with regard to transgender students' expression of their identity through their clothing and use of their chosen names and pronouns. However, schools have remained unchanged in their restrictions of transgender students' use of school facilities that align with their gender identity. It is also important to note that the enforcement of dress code or use of name or pronoun may be more likely to happen as a result of actions by an individual school staff person, and findings with regard to those two forms of discrimination may indicate how attitudes of teachers and other school staff may be changing with regard to transgender students. In contrast, restrictions on use of facilities and policies codifying such restrictions may more likely be the responsibility of school administrators or school district officials. Thus, more education and advocacy may be indicated at the administrative level of U.S. schools.

---

[1]    To test differences in the percentages of transgender students experiencing gender-related discrimination at school, a multivariate analysis of covariance (MANCOVA) was performed, controlling for demographic and method differences across the survey years, with Survey Year as the independent variable and the three gender-related discrimination items as dependent variables. Note that in 2017, the question about access to locker rooms and bathrooms was split into two questions; thus, we recombined the two questions for 2017 and 2019 by taking the higher of the two values in order to compare with prior years. The multivariate effect was significant: Pillai's Trace = .01, $F(9, 34938) = 17.34$, $p<.001$, $\eta_p^2 = .00$. Univariate and post hoc comparisons were considered at $p<.05$, and only significant pairwise differences are listed. The univariate effect for discrimination regarding clothing was significant: $F(3, 11646) = 24.43$, $p<.01$, $\eta_p^2 = .01$; 2019<all; 2017<2015, 2015. The univariate effect for discrimination regarding use of name and pronoun was significant: $F(3, 11646) = 19.52$, $p<.01$, $\eta_p^2 = .01$; 2019<2017, 2015; 2015>2019, 2013; 2005>2019, 2013; 2013<2017, 2015. The univariate effect for discrimination regarding locker room and bathroom access was not significant at $p<.05$.

research has found that transgender males and transgender females do not differ with regard to some mental health outcomes;[228] some has found that transgender males have poorer outcomes than transgender females,[229] and some has indicated transgender males have better outcomes.[230] In addition to this lack of consensus on differences between transgender males and females, there is very little research on transgender nonbinary people.[231] Furthermore, even less in known about people who identify as only transgender, with no additional gender identity (what we refer to in our sample as "transgender only."). Considering that transgender only students in our survey experienced the most hostile climate, future research should further investigate this population of transgender people to increase knowledge and understanding of this identity. Of the research that exists on transgender and nonbinary people, very little is on transgender youth populations, and thus, our findings on transgender youth and other research on transgender adults are not wholly comparable, and differences between research studies could be due to developmental or generational differences. Clearly, further research is needed to explore differences among transgender students and potential factors accounting for those differences.

### Experiences of Nonbinary Students

In addition to those transgender students who identified as nonbinary (see above), there were other students in our survey who endorsed a nonbinary identity but did not also identify as transgender. This group included students who identified as "nonbinary," "genderqueer," and those who wrote in identities outside the gender binary, such as "bigender," "agender," or "genderfluid." Some nonbinary students also identified as male or female, but not cisgender or transgender. As reported above in the "Experiences of Transgender Students" section, nonbinary students had somewhat better school experiences than transgender-identified students. Compared to transgender students, nonbinary students were:

- Less likely to feel unsafe[232] or be victimized[233] based on their gender and their gender expression (see Figure 3.6 and Figure 3.7, respectively);

- Less likely to avoid gender segregated spaces in schools, such as bathrooms, locker rooms, and Gym/PE class (see Figure 3.8);[234]

- Less likely to avoid athletic fields or facilities;[235]

- More likely to feel connected to school, and report positive school belonging;[236]

- Less likely to have been prevented from using the locker rooms and bathrooms that match their gender and to have been prevented from using their chosen name and pronouns (see Table 3.1);[237]

- Less likely to have missed school or changed schools because of safety concerns (see Figure 3.9);[238] and

- Less likely to have been prevented from playing sports.[239]

However, nonbinary students were more likely than transgender students to feel unsafe based on sexual orientation (see Figure 3.6).[240] In addition, nonbinary students did not differ from transgender students on victimization based on sexual orientation (see Figure 3.7).[241] They also did not differ from transgender students on experiences of in- and out-of-school discipline (see Figure 3.11).[242] Lastly, nonbinary students did not differ from transgender students in avoiding school spaces or in experiences with anti-LGBTQ discriminatory policies and practices that were not gender-specific, except for the differences in sports and athletics related spaces and discrimination mentioned above.

Compared to cisgender LGBQ students, nonbinary students were:

- More likely to feel unsafe[243] at school and to experience higher levels of victimization[244] at school based on sexual orientation, gender expression, and gender (see Figures 3.6 and 3.7);

- More likely to avoid bathrooms, locker rooms, and Gym/Physical Education class because they felt unsafe or uncomfortable (see Figure 3.8);[245]

- More likely to report both missing school and changing school for safety reasons (see Figure 3.9);[246]

- More likely to experience discrimination at school, particularly for gender-related

discrimination such as names/pronouns or locker room access (see Table 3.1);[247] and

• More likely to experience in-school discipline (see Figure 3.11).[248]

**Differences among nonbinary students.** In examining differences among students who identified as nonbinary — those who identified as nonbinary or genderqueer, some other nonbinary identity, or as nonbinary and also male or female — we found few differences between nonbinary and genderqueer students and other nonbinary students. However, we did find significant differences between nonbinary male or female students compared to other students in the nonbinary group. Compared to other students in the nonbinary group, the group of nonbinary students who also identified as male or female were:

• Less likely to feel unsafe[249] and experience victimization[250] based on their gender (see Figures 3.6 and 3.7);

• Less likely to avoid bathrooms because of safety concerns (see Figure 3.8),[251] and

• Less likely to experience gender-related discrimination, including pronoun and name usage and bathroom and locker room access (see Table 3.1).[252]

## Experiences of Cisgender LGBQ Students

Overall, most LGBQ cisgender students faced hostile school climates, but experienced fewer negative experiences in school than did transgender students and nonbinary students. Compared to transgender and nonbinary students, cisgender students:

• Were less likely to feel unsafe based on sexual orientation, gender expression, and gender (see Figure 3.6);[253]

• Experienced lower levels of victimization based on sexual orientation, gender expression, and gender (see Figures 3.7);[254]

• Were less likely to avoid gender-segregated and all other spaces due to safety concerns (see Figure 3.8);[255]

• Were less likely to report missing school or changing schools due to safety concerns (see Figure 3.9);[256]

• Were less likely to experience anti-LGBTQ discrimination in school (see Figure 3.10);[257]

• Experienced lower rates of in-school discipline (see Figure 3.11);[258] and

• Were more likely to report that they planned to continue school after high school (94.5% for cisgender vs. 88.2% for transgender and 91.6% for nonbinary students).[259]

**Differences among cisgender LGBQ students.** There were a few notable differences between cisgender male and cisgender female LGBQ students. Compared to cisgender female students, cisgender male students:

• Were more likely to feel unsafe because of their gender expression[260] and experienced higher levels of victimization based on gender expression[261] (see Figures 3.6 and 3.7);

• Experienced higher levels of victimization based on sexual orientation (see Figure 3.7);[262]

• Were more likely to avoid gender segregated spaces, i.e. bathrooms, locker rooms, and Gym/PE class (see Figure 3.8);[263] and

• Reported higher rates of school discipline (see Figure 3.11).[264]

In contrast, compared to cisgender male students, cisgender female students:

• Were more likely to feel unsafe because of their gender[265] and experienced higher levels of victimization based on gender[266] (see Figures 3.6 and 3.7);

• Were more likely to report missing school and changing schools because of safety concerns (see Figure 3.9);[267] and

• Were more likely to report experiencing any form of anti-LGBTQ discrimination at school (47.0% vs 41.6%).[268]

It is important to note that both LGBQ cisgender male and female students reported frequent victimization and high rates of discrimination. Nevertheless, the above findings indicate that they also face some differing challenges. Cisgender male students experienced feeling less safe at school and experienced greater victimization

regarding gender expression than cisgender female students. It is possible that our society allows for more fluidity of gender expression for girls, particularly compared to boys. For example, it is often considered more acceptable for a girl to behave in ways deemed "masculine" than for a boy to behave in ways deemed "feminine."[269] Conversely, cisgender female students experienced lower feelings of safety and greater victimization than cisgender male students with regard to their gender, illustrating the additional ways that female students may experience sexism at school.

### Experiences of Questioning Students

Little research exists on the experiences of youth who are questioning their gender identity. Overall, students in our survey who were questioning their gender identity experienced less hostile school climates than did transgender and nonbinary students. However, compared to cisgender students, questioning students:

- Were more likely to feel unsafe because of their gender expression and gender[270] and experience victimization[271] based on these characteristics (see Figures 3.6 and 3.7);

- Were more likely to experience victimization based on their sexual orientation (see Figure 3.7);[272]

- Were more likely to avoid gendered spaces at school, including bathrooms, locker rooms, and PE classes (see Figure 3.8);[273]

- Were more likely to have missed school due to safety concerns (see Figure 3.9),[274] and report positive school belonging;[275]

- Were more likely to report experiencing gender-based discrimination (see Table 3.1);[276] and

- Were more likely to experience in-school discipline (see Figure 3.11).[277]

In some instances, questioning students had similar experiences to transgender and nonbinary students. For example, questioning students experienced in-school discipline at the same rate as transgender and nonbinary students (see Figure 3.11).[278] Additionally, those three groups were similar in feeling unsafe[279] and in the severity of victimization based on sexual orientation (see Figures 3.6 and

3.7).[280] Furthermore, their school experiences differed quite significantly from cisgender students. These findings suggest that students questioning their gender may not be perceived as cisgender by their peers and teachers, leading to generally more hostile school experiences. When considering students who identify as "questioning," it is also important to recognize that it is unknown which gender identities they are specifically questioning. It could be that these students are questioning whether or not they are cisgender. It is also possible that they know they are not cisgender, but are questioning their non-cisgender identity (for example, questioning whether they are transgender and male or nonbinary). This latter type of questioning could help explain why questioning students in our survey more frequently reported school experiences that were similar to transgender and nonbinary students than experiences that were similar to cisgender students.

### Conclusions

Overall, we found that among the LGBTQ students in our survey, students whose identities do not align with their sex assigned at birth (i.e., transgender, nonbinary, genderqueer, and other nonbinary-identified students) faced a more hostile climate than their cisgender LGBQ peers. Specifically, transgender students appear to face the most hostile school climates. Our findings also highlight that transgender and nonbinary students have less access to education than their peers — not only because they feel more unsafe and experience more victimization, but also because they often have restricted access within the school environment itself, specifically, a lack of access to gender segregated spaces. School staff need to be aware of the various ways that gender-segregated spaces may be particularly difficult for transgender and gender nonconforming youth to navigate, and should work to ensure that all students have equal access to school facilities. Educators must also be mindful that improving school climate for transgender and nonbinary students goes beyond ensuring that they can access school facilities like bathrooms and locker rooms. They must work to be inclusive and affirming of transgender and nonbinary students in their teaching and in their interactions with transgender and nonbinary students.

Among LGBQ cisgender students, we found that cisgender male students encountered a more hostile school climate regarding their gender

expression and sexual orientation, whereas cisgender female students encountered a more hostile school climate with regard to their gender. Both the bias experienced by cisgender male students based on gender expression (i.e., stigmatizing boys who are perceived to be "feminine") and the bias experienced by cisgender female students based on gender can be considered manifestations of misogyny, in that they demonstrate hostility towards females and femininity. Thus, it is critical that efforts to combat victimization and marginalization of LGBTQ students at school also incorporate efforts to combat sexism.

# School Climate and Racial/Ethnic Identity

## Key Findings

- All LGBTQ students of color experienced similar levels of victimization based on race/ethnicity, although Black students were more likely to feel unsafe about their race/ethnicity than AAPI, Latinx, Native and Indigenous, multiracial, and White students.

- Native and Indigenous LGBTQ students were generally more likely than other racial/ethnic groups to experience anti-LGBTQ victimization and discrimination.

- Many LGBTQ students of color experienced victimization based on both their race/ethnicity and their LGBTQ identities. The percentages of students of color experiencing these multiple forms of victimization were similar across racial/ethnic groups.

- White students were less likely than all other racial/ethnic groups to feel unsafe or experience victimization because of their racial/ethnic identity.

EXHIBIT D

As discussed previously in this report, many LGBTQ students feel unsafe at school or face identity-based victimization related to a variety of personal characteristics, including race/ethnicity. Furthermore, for students with multiple marginalized identities, such as LGBTQ youth of color, multiple forms of oppression may interact with and affect one another.[281] For example, the racism that an LGBTQ student of color experiences at school may impact the homophobia or transphobia that they experience, and vice versa.[282] Thus, we examined school climate for different racial/ethnic groups[283] of LGBTQ students in our survey: Arab American, Middle Eastern, and North African (MENA); Asian American, Pacific Islander, and Native Hawaiian (AAPI); Black; Latinx;[284] Native American, American Indian, and Alaska Native (referred to as "Native and Indigenous" in this section); multiracial; and White students. Specifically, we examined safety and victimization related to sexual orientation, gender expression, and race/ethnicity. We further examined how anti-LGBTQ bias may manifest for different racial/ethnic groups by also examining their experiences with anti-LGBTQ discriminatory school policies and practices. Finally, given previous research that indicates some youth of color may be disproportionately targeted by school staff for disciplinary action, as compared to their White peers,[285] we also examined students' experiences with school disciplinary action, including: in-school discipline (including referral to the principal, detention, and in-school suspension), out-of-school discipline (including out-of-school suspension and expulsion), and contact with the criminal justice system as a result of school discipline.

Throughout this section, we present the school experiences of each racial/ethnic group of LGBTQ students, and we specifically note statistically significant differences between groups. Further, because differences in outness and student body racial composition may also impact students' school experiences, we account for these and other demographic and school characteristics in our analyses, as appropriate.

### Experiences of Arab American, Middle Eastern, and North African (MENA) LGBTQ Students

Just over a quarter of MENA LGBTQ students (26.2%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and nearly half

(46.9%) were bullied or harassed based on their actual or perceived racial/ethnic identity (see Figure 3.13). We also found that MENA students were more likely than White students to feel unsafe[286] and to experience harassment[287] based on race/ethnicity.

The majority of MENA LGBTQ students reported negative school experiences related to their LGBTQ identity. Most (61.0%) felt unsafe regarding their sexual orientation, and over a third (40.5%) felt unsafe based on the way they express their gender, although we did not observe differences with other students (see Figure 3.12).[288] Approximately two-thirds (67.5%) experienced harassment or assault related to their sexual orientation, and nearly two-thirds (64.7%) experienced this kind of victimization related to their gender expression (see Figure 3.13). For both victimization based on sexual orientation and based on gender expression, MENA LGBTQ students experienced greater levels of harassment than Black and AAPI LGBTQ students.[289] Additionally, two-fifths of MENA LGBTQ students (42.2%) experienced both anti-LGBTQ and racist harassment at school.[290]

We also examined MENA LGBTQ students' experiences with anti-LGBTQ discriminatory school policies and practices, and found that nearly two-thirds (63.3%) encountered this type of discrimination at school (see Figure 3.14). MENA students were more likely than AAPI students to experience this discrimination.[291]

Many MENA LGBTQ students also experienced school discipline: 33.7% experienced some form of in-school discipline, and 7.2% experienced some form of out-of-school discipline (see Figure 3.15). Further, 1.4% had contact with law enforcement as a result of school discipline. We did not observe any differences between MENA students and others with regard to discipline.[292]

### Experiences of Asian American, Pacific Islander, and Native Hawaiian (AAPI) LGBTQ Students

Approximately a quarter of AAPI LGBTQ students (25.4%) felt unsafe at school regarding their race/ethnicity — less than Black LGBTQ students, but more than multiracial and White students (see Figure 3.12).[293] Furthermore, just over half (51.2%) were assaulted or bullied based on their actual or perceived race/ethnicity, and they faced

more frequent race-based harassment than White students (see Figure 3.13).[294]

The majority of AAPI LGBTQ students reported negative school experiences regarding their LGBTQ identity, although these experiences were somewhat less common than for other racial/ethnic groups. Nearly half of AAPI students (49.3%) felt unsafe regarding their sexual orientation and nearly a third (32.0%) felt unsafe regarding the way they express their gender (see Figure 3.12). However, AAPI students were less likely than White, Latinx, and Native and Indigenous youth to feel unsafe for either reason, and were also less likely than multiracial students to feel unsafe about their gender expression.[295] We also found that most AAPI LGBTQ students (55.7%) experienced harassment or assault related to their sexual orientation, and 43.5% experienced harassment or assault related to their gender expression (see Figure 3.13), although both were less severe than the victimization experienced by Latinx, MENA, Native

and Indigenous, White, and multiracial LGBTQ students.[296] Despite the fact that AAPI students experienced comparatively lower levels of anti-LGBTQ experiences, it is important to note that two-fifths (40.8%) experienced both anti-LGBTQ and racist harassment at school.

Many AAPI LGBTQ students experienced anti-LGBTQ discriminatory school policies and practices. Over a third (35.5%) experienced anti-LGBTQ discrimination at school, although AAPI youth were less likely to experience this type of discrimination than all other racial/ethnic groups (see Figure 3.14).[297]

With regard to school disciplinary action, one-fifth of AAPI LGBTQ students (19.9%) experienced in-school discipline, although this was less than all others except Native and Indigenous students, and 2.8% experienced out-of-school discipline, which was less than Black LGBTQ youth (see Figure 3.15).[298] Finally, 0.6% of AAPI students had



**Figure 3.12 Sense of Safety at School by Race/Ethnicity**

contact with law enforcement as a result of school discipline.

### Experiences of Black LGBTQ Students

A quarter of Black LGBTQ students (25.9%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and they were more likely than AAPI, Latinx, Native and Indigenous, multiracial, and White LGBTQ students to feel unsafe for this reason.[299] Furthermore, 43.2% of Black students experienced harassment or bullying based on their actual or perceived race/ethnicity, which was more frequent than the race-based victimization faced by White students (see Figure 3.13).[300]

Most Black LGBTQ students also reported negative school experiences due to their LGBTQ identity, although they were generally less likely to do so than LGBTQ youth of other racial/ethnic identities.

Nearly half of Black students (47.5%) felt unsafe regarding their sexual orientation and approximately a third (32.3%) felt unsafe regarding their gender expression (see Figure 3.12). However, Black LGBTQ students were less likely than White, Latinx, and Native and Indigenous youth to feel unsafe about sexual orientation and gender expression, and were also less likely than multiracial students to feel unsafe about their gender expression.[301] Many Black LGBTQ students also experienced victimization based on their sexual orientation (58.6%) and their gender expression (46.0%), although they experienced lower levels of both forms of victimization than all other racial/ethnic groups except for AAPI students (see Figure 3.13).[302] Nevertheless, even though Black LGBTQ youth experienced comparatively lower levels of anti-LGBTQ victimization compared to most other students, over a third (34.7%) experienced both anti-LGBTQ and racist harassment at school.

**Figure 3.13 Experiences of In-School Victimization Based on Personal Characteristics by Race/Ethnicity**
(Percentage of LGBTQ Students Who Experienced any Bullying, Harassment, or Assault Based on . . .)



Many Black LGBTQ students also experienced anti-LGBTQ discriminatory school policies and practices. Nearly half (48.3%) experienced this type of discrimination in school — more than AAPI students, but less than Latinx, White, multiracial, and Native and Indigenous (see Figure 3.14).[303]

With regard to school discipline, a third of Black LGBTQ students (33.3%) experienced in-school discipline and nearly a tenth (8.8%) experienced out-of-school discipline (see Figure 3.15). Black LGBTQ students were more likely to experience both forms of discipline than LGBTQ AAPI students, and were also more likely to experience out-of-school discipline than White LGBTQ students.[304] Finally, 1.6% of Black LGBTQ students had contact with law enforcement as a result of school discipline.

### Experiences of Latinx LGBTQ Students

Approximately a fifth of Latinx LGBTQ students (20.5%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and nearly half (44.9%) experienced bullying or harassment related to their race or ethnicity (see Figure 3.13). Latinx students were more likely than White and multiracial students to feel unsafe regarding their race/ethnicity, but less likely than Black students.[305] Latinx students were also more likely than White and multiracial students to experience bullying or harassment based on race/ethnicity.[306]

We also found that many Latinx students reported negative school experiences related to their LGBTQ identity. Over half of Latinx LGBTQ students (57.1%) felt unsafe at school regarding their sexual orientation, more than a third (43.2%) felt unsafe regarding their gender expression, and they were more likely than Black and AAPI students to feel unsafe for these reasons (see Figure 3.12).[307] Over two-thirds of Latinx students (71.2%) experienced peer victimization based on their sexual orientation, and over half (59.5%) experienced victimization based on how they express their gender (see Figure 3.13). Similar to feelings of safety, Latinx LGBTQ students were more likely than Black and AAPI students to experience both forms of anti-LGBTQ victimization, although they were less likely to experience homophobic victimization than Native and Indigenous LGBTQ students.[308] Notably, two-fifths of Latinx LGBTQ students (41.0%) experienced both anti-LGBTQ and racist harassment at school.

The majority of Latinx LGBTQ students (57.4%) also experienced anti-LGBTQ discriminatory school policies and practices (see Figure 3.14). Latinx students were more likely than Black and AAPI students to experience this type of discrimination.[309]

Regarding school discipline, more than a third of Latinx LGBTQ students (35.1%) experienced in-school discipline — more than White and AAPI students — and 5.9% experienced some form of out-of-school discipline (see Figure 3.15).[310] Additionally, 1.5% had contact with law enforcement as a result of school discipline.

**Figure 3.14 Experiences of Anti-LGBTQ Discrimination by Race/Ethnicity**
(Percentage of LGBTQ Students Experiencing Anti-LGBTQ Discriminatory School Policies and Practices)



### Experiences of Native American, American Indian, and Alaska Native ("Native and Indigenous") LGBTQ Students

Nearly one-fifth of Native and Indigenous LGBTQ students (17.2%) felt unsafe at school regarding their race/ethnicity (see Figure 3.12), and nearly half (48.3%) were bullied or harassed based on their actual or perceived race/ethnicity (see Figure 3.13). Native and Indigenous students were more likely than White students to feel unsafe regarding race/ethnicity, but less likely than Black students.[311] Native and Indigenous students were also more likely than White students to experience victimization based on race/ethnicity.[312]

The vast majority of Native and Indigenous LGBTQ students reported negative school experiences related to their LGBTQ identity, and were generally more likely to report these experiences than other racial/ethnic groups. Nearly three quarters of Native and Indigenous LGBTQ students felt unsafe regarding their sexual orientation (73.6%) and over half (56.3%) because of the way they express their gender (see Figure 3.12). Native and Indigenous students were also more likely than Black and AAPI students to feel unsafe for both reasons.[313] As shown in Figure 3.13, over four-fifths of Native and Indigenous students (82.0%) experienced harassment and assault based on their sexual orientation, and over two-thirds (68.2%) based on their gender expression. In fact, Native and Indigenous students experienced more severe homophobic victimization than all others, except for MENA students from whom they did not differ, and faced more severe victimization based on gender expression than White, Black, and AAPI students.[314] It is also important to note that nearly half (47.2%) experienced both anti-LGBTQ and racist harassment at school.

Experiences of anti-LGBTQ discriminatory school policies and practices were also common among Native and Indigenous students. Nearly three-fourths (73.6%) experienced this type of discrimination at school, and they were more likely to experience discrimination than Black and AAPI LGBTQ students (see Figure 3.14).[315]

Many Native and Indigenous LGBTQ students also experienced school disciplinary practices. Nearly two-fifths (37.1%) experienced in-school discipline, and nearly one-tenth (9.0%) experienced some form of out-of-school discipline (see Figure 3.15). In addition, 2.2% had contact with law enforcement as a result of school discipline. We, however, did not observe any differences regarding discipline between Native and Indigenous students and other groups.[316]



**Figure 3.15 Experiences of School Discipline by Race/Ethnicity**
(Percentage of LGBTQ Students Who Experienced School Discipline)

# "I feel … outnumbered, looked down upon. I have to work twice as hard just to be at par with a white boy with privilege, not to mention that being worse because of the fact that I'm not straight."

### Experiences of Multiracial LGBTQ Students

Nearly a fifth of multiracial LGBTQ students (18.1%) felt unsafe in school regarding their race/ethnicity (see Figure 3.12), and they were more likely to feel unsafe for this reason than White students, but less likely than MENA, Black, and AAPI students.[317] Additionally, over two-fifths (41.2%) faced harassment based on racial/ethnic identity, and they faced more frequent harassment than White LGBTQ students (see Figure 3.13).[318]

Many multiracial LGBTQ students also reported negative school experiences regarding their LGBTQ identity. More than half (58.2%) felt unsafe at school regarding their sexual orientation, and more than two-fifths (44.3%) felt unsafe regarding the way they express their gender (see Figure 3.12). Although multiracial students did not differ from other students on feeling unsafe because of their sexual orientation, they were more likely than Black and AAPI students to feel unsafe regarding their gender expression.[319] The majority of multiracial LGBTQ students also experienced harassment regarding their LGBTQ identity — 72.3% faced harassment based on their sexual orientation and 62.3% experienced this victimization based on gender expression (see Figure 3.13). Multiracial students reported greater levels of homophobic victimization than Black and AAPI students, but lower levels than Native and Indigenous students. They also reported greater levels of victimization based on gender expression than Black and AAPI LGBTQ students.[320] Notably, over a third of multiracial LGBTQ students (36.5%) experienced both racist and anti-LGBTQ harassment at school.

We also found that the majority of multiracial LGBTQ students experienced anti-LGBTQ discriminatory policies and practices at school. Nearly two-thirds (64.4%) experienced this type of discrimination — more than Black and AAPI students (see Figure 3.14).[321]

Many multiracial LGBTQ students reported experiences with school discipline. Nearly two-fifths of multiracial LGBTQ students (38.6%) experienced in-school discipline, and nearly a tenth (7.4%) experienced some form of out-of-school discipline (see Figure 3.15). Multiracial students were more likely to experience both in-school and out-of-school discipline than White youth, and were also more likely to experience in-school discipline than AAPI youth.[322] Finally, 1.3% of multiracial LGBTQ students had contact with law enforcement as a result of school discipline.

### Experiences of White LGBTQ Students

A small number of White LGBTQ students (1.4%) felt unsafe at school regarding their race/ethnicity, and just over one-tenth (11.0%) experienced bullying or harassment based on their actual or perceived race/ethnicity (see Figures 3.12 and 3.13). Not surprisingly, White LGBTQ students were less likely than all other racial/ethnic groups to feel unsafe[323] or experience bullying or harassment[324] for this reason.

The majority of White LGBTQ students reported negative school experiences with regard to LGBTQ identity. Over half (60.1%) felt unsafe regarding their sexual orientation, and over two-fifths (42.7%) felt unsafe regarding their gender expression (see Figure 3.12). White students were more likely to feel unsafe regarding sexual orientation and gender expression than both Black and AAPI students.[325] More than two-thirds of White LGBTQ students (70.4%) experienced victimization related to their sexual orientation, and over half (58.4%) experienced victimization related to gender expression (see Figure 3.13). Similar to feelings of safety, White students were more likely to face anti-LGBTQ victimization than Black and AAPI students, although they were less likely to experience this victimization than Native and Indigenous students.[326] Although most White LGBTQ students had negative school experiences regarding their LGBTQ identity, only one-tenth (10.1%) experienced harassment based on both LGBTQ identity and actual or perceived race/ethnicity.

The majority of White LGBTQ youth (60.0%) experienced some form of anti-LGBTQ discrimination at school (see Figure 3.14). Furthermore, White students were more likely than Black and AAPI students to experience this form of discrimination.[327]

Regarding school discipline, just under a third of White LGBTQ students (31.3%) experienced some form of in-school discipline and 4.6% experienced out-of-school discipline (see Figure 3.15). White students were more likely than AAPI students to experience either form of discipline. However, they were less likely than multiracial and Latinx students to experience in-school discipline, and less likely than multiracial and Black students to report experiences with out-of-school discipline.[328] Finally, 1.1% of White students had contact with law enforcement as a result of school discipline.

### Conclusions

The majority of LGBTQ students of all races and ethnicities reported hostile school experiences due to their marginalized identities. Nevertheless, we observed some notable relationships between racial/ethnic identity and feelings of safety as well as experiences of victimization, discrimination, and disciplinary action in school.

With regard to students' experiences with race/ethnicity, it is interesting to note that nearly all LGBTQ students of color experienced similar rates of racist harassment, but Black LGBTQ students were more likely than nearly all others to feel unsafe about their race/ethnicity. In part, this may be related to the nature of racist victimization that Black LGBTQ students experience, which may occur at a similar rate but could be more severe than the harassment faced by other racial/ethnic groups. It is also likely that Black LGBTQ

students' feelings of safety about their race are related to other experiences of racism not captured in this survey, given this country's long, ongoing, and pervasive culture of racism against Black communities in particular.[329]

Black and AAPI LGBTQ students were both generally less likely than others to have had anti-LGBTQ experiences at school. Conversely, we found that Native and Indigenous LGBTQ students were more likely to have experienced anti-LGBTQ bias in school than other racial/ethnic groups. It is unclear why anti-LGBTQ experiences differ across racial/ethnic groups in this way, and further research is warranted regarding the relationship between racial/ethnic identity and anti-LGBTQ school experiences.

Despite the differences that we found, it is important to acknowledge that all LGBTQ youth of color were at greater risk of experiencing multiple forms of victimization than their White LGBTQ peers.[330] Furthermore, our prior research has shown that LGBTQ youth of color who experienced both racist and anti-LGBTQ victimization at school reported the poorest well-being, and are most likely to feel unsafe at school, compared to those who experienced one or neither form of victimization.[331] Thus, school staff must support LGBTQ youth of color with an intersectional approach that acknowledges and responds to racism, homophobia, and transphobia, and to the ways these interconnected forms of oppression may influence one another. This approach must also acknowledge the uniquely harmful impact of racism on Black students and Black communities, in particular. Further research is needed to critically examine how school climate manifests for LGBTQ students of different racial and ethnic backgrounds, as well as best practices to serve these populations of youth.

# School Climate by School Characteristics

## Key Findings

- LGBTQ students in middle school had more hostile school experiences and less access to LGBTQ-related school supports than LGBTQ students in high school.

- LGBTQ students in private non-religious schools experienced a less hostile school climate than those in public or religious schools. LGBTQ students in private non-religious schools also had greater access to most LGBTQ-related school supports, however public schools were more likely to have a GSA and most likely to have LGBTQ-inclusive school library resources.

- Among students in public schools, those in charter schools were similar to those in regular public schools regarding anti-LGBTQ experiences and many resources and supports, although charter school students were more likely to have access to: inclusive curricular resources, supportive policies for transgender and nonbinary students, and a supportive administration. Regular public school students were more likely to have LGBTQ-inclusive school library resources.

- LGBTQ students in small towns or rural areas were most likely to hear anti-LGBTQ remarks, and experience anti-LGBTQ victimization and discrimination than students in urban and suburban schools. They were also least likely to have access to LGBTQ-related school supports.

- LGBTQ students in schools in the South were most likely to hear anti-LGBTQ remarks, and experience anti-LGBTQ victimization and discrimination than students in other regions. They were also least likely to have access to LGBTQ-related school supports.

EXHIBIT D

145

LGBTQ students' experiences at school with regard to safety and LGBTQ-related supports may vary depending on the characteristics of the school itself. Students in our survey were asked about their grade level, the type of school they attend, and the geographic location of their school. We examined potential differences in LGBTQ students' reports of hearing anti-LGBTQ language, experiences of anti-LGBTQ victimization and discrimination, and access to LGBTQ-related resources and supports by school level, school type, locale, and geographic region.[332]

### Differences by School Level

We examined differences in the experiences of LGBTQ students in middle schools and high schools.[333] Overall, we found that LGBTQ middle school students reported a more hostile school climate than LGBTQ high school students.

**Biased language.** LGBTQ students in middle school heard homophobic remarks, including "that's so gay," "no homo," and other homophobic remarks, more frequently than LGBTQ students in high school. Middle school students, however, did not differ from high school students with regard to hearing gender-biased remarks, including negative remarks about gender expression and negative remarks about transgender people (see Table 3.2).[334]

**Peer victimization.** Middle school students also experienced higher levels of all types of anti-LGBTQ victimization, including victimization based on sexual orientation, gender expression, and gender (see Table 3.2).[335]

**Anti-LGBTQ discrimination.** Middle school students were more likely to experience anti-LGBTQ discriminatory school policies and practices than high school students (see Table 3.2).[336]

**LGBTQ-related resources and supports.** LGBTQ students in middle school were less likely to have access to LGBTQ-related resources and supports in school, as compared to those in high school (see Table 3.2).[337] LGBTQ middle school students were less likely to report having both comprehensive anti-bullying/harassment policies and policies supportive of transgender and nonbinary students. Middle school students reported having fewer supportive educators, less supportive school administrations, and fewer visible signs of LGBTQ support in school, specifically Safe Space stickers/

> ## "My school has both middle and high school students in the same building. The middle schoolers are much more intolerant of LGBTQ people. The high schoolers are much more supportive."

posters. In addition, LGBTQ students in middle school were less likely than those in high school to report having LGBTQ-inclusive curriculum, including LGBTQ-inclusive sex education, as well as other LGBTQ-inclusive curricular resources, such as website access, library resources, and textbooks/other assigned readings. It is important to note, regarding LGBTQ-inclusive sex education, that we asked students about whether they had ever received this type of instruction, and as such,  high school students would have had more opportunity to receive this type of curriculum than middle school students because they have had more years of schooling. Nevertheless, it is important that LGBTQ students receive LGBTQ-inclusive sex education early on before they are faced with situations that may put them at risk for sexual health problems, especially because prior research has shown that LGBTQ youth are more likely to engage in sexual health risk behaviors than non-LGBTQ youth.[338]

Middle school students were also less likely to report that their school had a supportive student club, such as a GSA. However, among LGBTQ students who had a GSA in their school, those in middle school reported attending meetings more often.[339] It may be that because GSAs are less common in middle schools, there is a stronger commitment and greater effort among LGBTQ students to sustain those GSAs that do exist. It may also be that LGBTQ students in middle school are more likely than those in high school to seek support at GSA meetings, given the comparatively more hostile school climate in middle school.

Overall, these findings are consistent with research on the general population which indicates that students in middle schools face more hostile climates than students in high schools.[340] School districts should devote greater attention to implementing these LGBTQ-supportive resources in

**Table 3.2 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by School Level.***

| | Middle School | High School |
|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 87.4% | 73.4% |
| Other Homophobic Remarks | 59.4% | 54.4% |
| "No Homo" | 77.8% | 57.3% |
| Negative Remarks About Gender Expression | 52.1% | 53.2% |
| Negative Remarks About Transgender People | 45.0% | 43.8% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/ Harassment/Assault)** | | |
| Victimization Based on Sexual Orientation | 80.7% | 67.2% |
| Victimization Based on Gender Expression | 64.6% | 56.4% |
| Victimization Based on Gender | 61.5% | 54.4% |
| **Discriminatory School Policies and Practices** | | |
| Any LGBTQ-Related Discrimination | 68.9% | 55.7% |
| **School Resources and Supports** | | |
| GSAs | | |
| Presence of GSA | 34.3% | 73.5% |
| Curricular Inclusion | | |
| Positive LGBTQ Curricular Inclusion | 15.7% | 20.4% |
| Negative LGBTQ Curricular Inclusion | 14.8% | 16.5% |
| Positive LGBTQ Inclusion in Sex Education | 7.4% | 8.6% |
| Curricular Resources | | |
| LGBTQ Website Access | 45.9% | 59.4% |
| LGBTQ Library Resources | 44.3% | 52.2% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 11.3% | 21.7% |
| Supportive Educators | | |
| Many (11 or More Supportive Staff) | 32.3% | 46.8% |
| Supportive Administration (Somewhat or Very Supportive) | 35.7% | 45.0% |
| Safe Space Stickers/Posters | 45.2% | 70.8% |
| Inclusive and Supportive Policies | | |
| Comprehensive Anti-Bullying/Harassment Policy | 10.7% | 14.8% |
| Transgender/Nonbinary Student Policy | 7.2% | 12.1% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

middle schools and to addressing anti-LGBTQ bias in younger grades, before it becomes engrained in middle school students' behaviors and attitudes. With specific regard to school policies, given that comprehensive anti-bullying/harassment policies and supportive policies for transgender and nonbinary students are often mandated at the district level, one would not necessarily expect any differences by school level. It may be that younger students are less aware of protective policies at their schools, and as such, school districts may need to increase efforts to educate students at all school levels about their rights. It also might reflect that some districts are inconsistent in the implementation of policies among their schools, particularly middle schools, and in such cases, districts must ensure that all schools are following district policies about school climate.

### Differences by School Type

We examined differences in the experiences of LGBTQ students in public schools, religious schools, and private non-religious schools. Overall, we found that LGBTQ students in private non-religious schools experienced the least hostile school climates.

**Biased language.** Overall, we found that LGBTQ students from public schools were most likely to hear LGBTQ-biased language at school, whereas LGBTQ students in private non-religious schools were least likely to hear this type of language (see Table 3.3).[341] Specifically, LGBTQ students in private non-religious schools heard all types of anti-LGBTQ remarks less frequently than public school students, and heard most types of anti-LGBTQ remarks less frequently than religious school students, with the exception of hearing "no homo" where there were no differences between private non-religious and religious school students. There were also differences between LGBTQ students in public schools and those in religious schools, although they were somewhat more nuanced. LGBTQ students in religious schools heard most types of homophobic remarks less frequently than those in public schools, with the exception of hearing "gay" used in a negative way where there were no differences. However, public school students heard negative remarks about gender expression less frequently than religious school students. There were no differences between public and religious school students on hearing negative remarks about transgender people.

Among public school students, we also examined anti-LGBTQ language between students in charter schools and those in regular public schools. However, for all types of anti-LGBTQ remarks, we did not observe any differences (see Table 3.3).[342]

**Peer victimization.** The frequency of anti-LGBTQ victimization also differed across school type (see Table 3.3).[343] LGBTQ students in public schools generally experienced higher levels of anti-LGBTQ victimization than others. Specifically, public school students experienced higher levels of all types of anti-LGBTQ victimization than those in private non-religious schools, and higher levels of victimization based on gender than those in religious schools. However, public school and religious school students did not differ on victimization based on sexual orientation and based on gender expression. Private non-religious school students and religious school students did not differ on any type of anti-LGBTQ victimization. Furthermore, among public school students, there were no significant differences with regard to victimization between those in charter schools and those in regular public schools (see Table 3.3).[344]

**Anti-LGBTQ discrimination.** Students in private non-religious schools were the least likely to report experiencing anti-LGBTQ discriminatory school policies and practices, and students in religious schools were the most likely to experience anti-LGBTQ discrimination (see Table 3.3).[345] Among public school students, there were no significant differences in experiences with discrimination between those in charter schools and those in regular public schools (see also Table 3.3).[346]

**LGBTQ-related resources and supports.** We examined differences by school type regarding LGBTQ students' access to LGBTQ-related school supports, including: GSAs, supportive staff, LGBTQ-inclusive curriculum, other curricular resources, and inclusive and supportive school policies. Overall, students in religious schools were less likely to report having LGBTQ-related resources and supports in their schools, and students in private non-religious schools were more likely to report having these resources and supports (see Table 3.3).[347] Furthermore, there were few differences in the availability of LGBTQ-related resources and supports among public school students between those in charter schools and those in regular public schools (see also Table 3.3).[348]

**Table 3.3 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by School Type.***

| | All Public | Public** Regular Public | Charter | Private | Religious |
|---|---|---|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | | | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 77.2% | 77.3% | 74.5% | 54.5% | 70.9% |
| Other Homophobic Remarks | 56.5% | 56.6% | 55.6% | 31.3% | 46.8% |
| "No Homo" | 61.7% | 61.6% | 64.2% | 51.8% | 54.1% |
| Negative Remarks About Gender Expression | 53.4% | 53.4% | 53.3% | 47.1% | 60.7% |
| Negative Remarks About Transgender People | 44.9% | 44.9% | 44.4% | 29.0% | 42.8% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/ Harassment/Assault)** | | | | | |
| Victimization Based on Sexual Orientation | 70.9% | 70.7% | 75.1% | 58.9% | 68.1% |
| Victimization Based on Gender Expression | 58.8% | 58.6% | 65.2% | 51.6% | 57.4% |
| Victimization Based on Gender | 56.5% | 56.3% | 60.8% | 51.4% | 44.4% |
| **Discriminatory School Policies and Practices** | | | | | |
| Any LGBTQ-Related Discrimination | 58.7% | 58.5% | 62.3% | 51.2% | 83.5% |
| **School Resources and Supports** | | | | | |
| GSAs | | | | | |
|    Presence of GSA | 63.9% | 64.0% | 61.2% | 57.9% | 14.9% |
| Curricular Inclusion | | | | | |
|    Positive LGBTQ Curricular Inclusion | 18.8% | 18.4% | 26.8% | 32.9% | 13.2% |
|    Negative LGBTQ Curricular Inclusion | 15.6% | 15.5% | 16.3% | 13.1% | 59.2% |
|    Positive LGBTQ Inclusion in Sex Education | 8.0% | 7.9% | 11.0% | 14.2% | 3.1% |
| Curricular Resources | | | | | |
|    LGBTQ Website Access | 56.1% | 56.0% | 57.1% | 68.7% | 42.3% |
|    LGBTQ Library Resources | 50.5% | 50.8% | 42.9% | 43.1% | 24.1% |
|    LGBTQ Inclusion in Textbooks or Other Assigned Readings | 18.9% | 18.8% | 21.8% | 26.4% | 27.0% |
| Supportive Educators | | | | | |
|    Many (11 or More Supportive Staff) | 42.8% | 42.9% | 40.5% | 50.2% | 17.2% |
|    Supportive Administration (Somewhat or Very Supportive) | 42.4% | 42.2% | 46.5% | 55.9% | 18.6% |
|    Safe Space Stickers/Posters | 64.4% | 64.5% | 62.6% | 65.9% | 19.5% |
| Inclusive and Supportive Policies | | | | | |
|    Comprehensive Anti-Bullying/Harassment Policy | 13.6% | 13.6% | 14.3% | 16.9% | 3.6% |
|    Transgender/Nonbinary Student Policy | 10.9% | 10.7% | 13.8% | 17.3% | 2.6% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

**Analyses were conducted on all public schools. Within public schools, analyses were also conducted on regular (non-charter) and charter schools.

Students in private non-religious schools were most likely to have LGBTQ-related supportive school resources, with a few exceptions. We did not observe a difference between those in private non-religious schools and those in religious schools regarding access to LGBTQ-related textbooks and other assigned reading materials. Further, we did not observe a difference between those in private non-religious and those in public schools regarding visible displays of support (i.e., Safe Space stickers/posters), and private non-religious school students were actually less likely than those in public schools to have GSAs and LGBTQ-related library resources.

In contrast to private non-religious schools, students in religious schools were least likely to report having most supportive school resources we examined, including: GSAs, LGBTQ-inclusive curriculum, access to LGBTQ-related websites, LGBTQ-related library resources, indicators of supportive school personnel (i.e., supportive educators, supportive school administration, Safe Space stickers/posters), comprehensive anti-bullying/harassment policies, and policies supportive of transgender and nonbinary students. Furthermore, religious school students were most likely to report *negative* representations of LGBTQ people and topics in their curriculum (see Table 3.3).[349] However, we also found that LGBTQ students in religious schools were more likely to have LGBTQ-related information in textbooks or other assigned readings than public school students, and as previously mentioned, were not different from private non-religious school students in their access to these types of resources.

It is perhaps surprising that LGBTQ students in our sample from religious schools reported more LGBTQ content in their textbooks or other assigned readings than public school students. However, students in the survey were asked about any LGBTQ inclusion in textbooks and assigned readings, regardless of its nature. Considering the finding that religious school students were more likely than others to report being taught negative LGBTQ content, it is possible that the LGBTQ topics included in students' textbooks and assigned readings are often included in a negative manner.

Within public schools, students in charter schools and students in regular public schools did not differ regarding access to most LGBTQ resources and supports. However, students in charter schools were more likely than those in regular public schools

to report having LGBTQ-inclusive curriculum, including LGBTQ-inclusive sex education, as well as supportive transgender and nonbinary student policies. Charter school students also reported having more supportive administrations. However, students in charter schools were less likely to have access to LGBTQ-related library resources than those in regular public schools.

In general, we found that private non-religious schools were more positive environments for LGBTQ youth than public or religious schools, as private non-religious school students were least likely to hear anti-LGBTQ remarks, least likely to experience anti-LGBTQ victimization or discrimination, and were most likely to have LGBTQ-related school resources and supports. The differences between LGBTQ student experiences in religious schools and those in public schools, however, are more nuanced. Students in religious schools were less likely than those in public schools to hear homophobic remarks and to experience victimization based on gender, but they were more likely to hear negative remarks about gender expression, more likely to experience LGBTQ-related discrimination at school, and less likely to have LGBTQ resources and supports.

The results regarding gender-based bias, in particular, indicate a somewhat complex pattern. Compared to students in public schools, those in religious schools experienced less gender-based victimization and similar rates of victimization based on gender expression. However, students in religious schools were more likely to hear negative comments about gender expression. In part, this pattern may come from a culture in religious schools that is often more gendered than in public schools. For example, students in religious schools were more likely than those in public schools to report that they attended a single-sex school (17.0% vs 0.2%),[350] and students in religious schools were also more likely to report school practices that separated students by gender or held them to different standards based on gender, such as gendered dress codes or uniforms.[351] Thus, the gender of LGBTQ students' peers in religious schools may be more homogenous, whereas gender expression would still vary among students. As such, one might expect less victimization based on gender, but one might not necessarily expect less victimization based on gender expression, as we saw in our findings. Furthermore, students in religious schools were less likely than those in

public schools to report that school staff intervened on negative remarks about gender expression,[352] which may reflect more traditional attitudes and values in religious schools about gender roles.

In addition to the gendered culture and practices in many religious schools, it is also important to note that all private schools, both religious and non-religious, can select who attends their school and can more easily expel students than public schools, which could result in comparatively lower rates of harassment that LGBTQ students experience in private non-religious schools. However, the policies and practices of some religious schools may reflect a more negative, anti-LGBTQ attitude of their specific religious doctrine or beliefs, which in turn, may result in greater LGBTQ-related discrimination and fewer supports.

Despite the differences we found between public, religious, and private non-religious schools, we found that LGBTQ students in all three school types commonly reported experiences of anti-LGBTQ remarks, victimization, and discrimination. For all types of schools, more effort needs to be made to provide positive school environments for LGBTQ youth. With specific regard to religious schools, greater efforts toward providing more inclusive curricular resources and policies for LGBTQ students are specifically warranted. In addition, given that little is known about the expulsion of LGBTQ students in private schools, further research is needed to better understand how these and other school disciplinary actions might affect school climate for LGBTQ students. Furthermore, there is a need for action in all types of schools to combat policies that create a hostile climate for LGBTQ students.

Among students in public schools, specifically, those in charter schools were generally similar to those in regular public schools with regard to anti-LGBTQ experiences. With regard to LGBTQ-related resources and supports, however, students in charter schools were more likely to have inclusive curricular materials, supportive transgender and nonbinary policies, and a supportive administration. With regard to curricular inclusion in particular, it may be that charter schools provide more curricular flexibility for teachers than regular public schools. In contrast, charter schools were less likely to have LGBTQ-related library resources than regular public schools, although this may be related to charter schools having fewer library

> ## "I go to a Catholic school... My school also was begged by LGBT students to create a support group of LGBT or some of the sort. Students asked for literally 4 years, and they told them straight up NO."

resources in general than regular public schools.[353] More research is needed to understand these differences in resources and supports between charter schools and regular public schools. With increased attention paid to charter schools in recent years, it is also important that future research further examines the experiences of LGBTQ students in these schools. As charter schools may vary widely in their missions, ideals, and practices, further exploration into how various types of charter schools address LGBTQ student issues would be particularly valuable.

### Differences by Locale

We examined differences in the experiences of LGBTQ students in urban, suburban, and rural schools. Overall, we found that LGBTQ students in rural schools experienced the most hostile school climates.

**Biased language.** LGBTQ students in rural schools reported hearing most types of anti-LGBTQ remarks more frequently than those in other locales, and there were few differences between students in urban and those in suburban schools.[354] The one exception was the phrase "no homo" — students in urban schools reported hearing this more frequently than those in suburban schools, but did not differ from students in rural schools (see Table 3.4).

**Peer victimization.** LGBTQ students in suburban schools experienced less anti-LGBTQ victimization compared to students in other locales.[355] LGBTQ students in urban schools were less likely to experience victimization based on sexual orientation than LGBTQ students in rural schools, but students in the two regions did not differ in victimization based on gender expression and victimization based on gender (see Table 3.4).

**Table 3.4 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by Locale.***

| | Urban | Suburban | Rural/Small Town |
|---|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 71.6% | 73.3% | 81.7% |
| Other Homophobic Remarks | 51.3% | 50.0% | 63.5% |
| "No Homo" | 62.9% | 59.1% | 61.8% |
| Negative Remarks About Gender Expression | 52.8% | 51.1% | 56.8% |
| Negative Remarks About Transgender People | 40.1% | 40.7% | 51.0% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/Harassment/Assault)** | | | |
| Victimization Based on Sexual Orientation | 68.8% | 66.1% | 76.4% |
| Victimization Based on Gender Expression | 59.8% | 54.6% | 62.7% |
| Victimization Based on Gender | 57.5% | 52.5% | 59.2% |
| **Discriminatory Policies and Practices** | | | |
| Any LGBTQ-Related Discrimination | 57.7% | 55.1% | 66.1% |
| **School Resources and Supports** | | | |
| GSAs | | | |
| Presence of GSA | 65.6% | 71.6% | 44.3% |
| Curricular Inclusion | | | |
| Positive LGBTQ Curricular Inclusion | 23.9% | 21.0% | 13.9% |
| Negative LGBTQ Curricular Inclusion | 16.5% | 15.5% | 19.4% |
| Positive LGBTQ Inclusion in Sex Education | 11.0% | 8.5% | 5.6% |
| Curricular Resources | | | |
| LGBTQ Website Access | 57.1% | 59.5% | 51.6% |
| LGBTQ Library Resources | 46.3% | 52.3% | 46.5% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 21.3% | 21.8% | 15.2% |
| Supportive Educators | | | |
| Many (11 or More Supportive Staff) | 46.5% | 49.8% | 28.3% |
| Supportive Administration (Somewhat or Very Supportive) | 46.6% | 46.4% | 33.5% |
| Safe Space Stickers/Posters | 67.7% | 70.6% | 47.9% |
| Inclusive and Supportive Policies | | | |
| Comprehensive Anti-Bullying/Harassment Policy | 14.4% | 15.4% | 10.1% |
| Transgender/Nonbinary Student Policy | 14.1% | 11.4% | 7.9% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

**Anti-LGBTQ discrimination.** LGBTQ students in rural schools were more likely to experience anti-LGBTQ discrimination than those in other locales. There were no differences in experiences of this kind of discrimination between students in urban schools and students in suburban schools (see Table 3.4).[356]

**LGBTQ-related resources and supports.** Overall, LGBTQ students in rural schools were least likely to report having LGBTQ-related resources and supports in their schools (see Table 3.4).[357] Specifically, students from rural schools had less access to all LGBTQ-related resources and supports than students in suburban schools. Students in rural schools also had less access to most LGBTQ-related resources and supports than students in urban schools, except they did not differ on the availability of LGBTQ-related library resources.

The pattern of differences between students in urban and suburban schools in regard to school resources was somewhat mixed. Students in urban schools were more likely to have LGBTQ-inclusive curriculum, LGBTQ-inclusive sex education, and supportive transgender and nonbinary student policies than students in suburban schools. However, students in urban schools were less likely to have GSAs, supportive educators, Safe Space stickers/posters, LGBTQ-related website access, and LGBTQ-related library resources than students in suburban schools. Certain resources, such as an educator who shows support of LGBTQ students or displays of a Safe Space sticker/poster, or a librarian who selects LGBTQ-related content to be included in the school library, may more likely be a result of individual-level actions taken by educators and staff. In contrast, other resources, such as positive curricular inclusion or LGBTQ-supportive policies, may more likely be a result of district-level stipulations by school board or district leadership. With regard to resources driven by individual-level actions, differences between urban and suburban schools may be caused by inequities in funding and resources. Urban schools often have fewer financial resources relative to the size of the student population than suburban schools,[358] and thus, educators in urban schools may have less access to training and supports that facilitate LGBTQ-inclusion. With regard to resources driven by institutional action, such as curriculum and policy, differences between urban and suburban schools may be related to differences in social and political attitudes of the local communities. There tends to be greater community acceptance of LGBTQ people in urban areas than in suburban areas.[359] As such, there may be a greater willingness, or less resistance, on the part of district administrations or school boards in urban areas to provide institutional LGBTQ-related resources and supports in the schools. However, more research is warranted to understand why LGBTQ students in suburban schools have greater access to the other types of resources and supports.

Overall, our findings indicate that schools in rural areas were the most unsafe and were least likely to have LGBTQ-related school resources and supports. Although schools in suburban areas appeared to be safest for LGBTQ students, they sometimes lagged behind urban schools with regard to certain resources and supports. More research is needed to examine the relationship between school supports and their effect on school climate for LGBTQ students, particularly while taking into account differences by locale. Nevertheless, given the positive impact of LGBTQ-related school resources and supports, specific efforts should be made to increase these resources in all schools, particularly in rural schools where there may be the greatest need.

### Differences by Region

We examined differences in experiences of LGBTQ students in the South, Midwest, West, and Northeast. In general, LGBTQ students from the South and Midwest reported a more hostile school climate than students from the West and Northeast.

**Biased language.** Overall, LGBTQ students from the South and Midwest were more likely to hear anti-LGBTQ language than students in the Northeast and West (see Table 3.5).[360] For all types of anti-LGBTQ remarks, except for the phrase, "no homo," students in the South reported the highest rates relative to all other regions, students in the Midwest reported higher rates than students in the Northeast and West, and students in the Northeast and West did not differ. For the expression "no homo," students in the Northeast were the least likely to hear the phrase "no homo" in school, compared to all other regions. Further, students in the Midwest were less likely to hear "no homo" in school than those in the South and those in the West. However, we did not find that those in

EXHIBIT D

**123**

**Table 3.5 Percentages of Students Reporting Anti-LGBTQ Language, Experiences of LGBTQ-Related Victimization, Discriminatory Policies and Practices, and Availability of LGBTQ-Related School Resources and Supports, by Region.***

| | South | Midwest | West | Northeast |
|---|---|---|---|---|
| **Anti-LGBTQ Language in School (Heard Often or Frequently)** | | | | |
| "Gay" Used in Negative Way (e.g., "that's so gay") | 81.4% | 75.7% | 72.6% | 70.8% |
| Other Homophobic Remarks | 60.7% | 55.3% | 48.4% | 51.0% |
| "No Homo" | 65.8% | 59.5% | 64.0% | 52.6% |
| Negative Remarks About Gender Expression | 57.6% | 53.5% | 50.4% | 49.5% |
| Negative Remarks About Transgender People | 48.7% | 46.5% | 39.4% | 39.1% |
| **Experiences of LGBTQ-Related Victimization (Any Bullying/Harassment/Assault)** | | | | |
| Victimization Based on Sexual Orientation | 74.4% | 71.4% | 67.1% | 65.3% |
| Victimization Based on Gender Expression | 60.8% | 59.5% | 57.2% | 54.7% |
| Victimization Based on Gender | 56.6% | 56.6% | 56.6% | 52.9% |
| **Discriminatory Policies and Practices** | | | | |
| Any LGBTQ-Related Discrimination | 68.1% | 61.6% | 54.0% | 49.2% |
| **School Resources and Supports** | | | | |
| GSAs | | | | |
| Presence of GSA | 46.8% | 60.7% | 71.6% | 73.8% |
| Curricular Inclusion | | | | |
| Positive LGBTQ Curricular Inclusion | 12.2% | 17.8% | 25.4% | 25.2% |
| Negative LGBTQ Curricular Inclusion | 19.9% | 17.7% | 16.2% | 12.8% |
| Positive LGBTQ Inclusion in Sex Education | 2.3% | 5.9% | 13.7% | 13.3% |
| Curricular Resources | | | | |
| LGBTQ Website Access | 47.0% | 59.5% | 56.9% | 65.8% |
| LGBTQ Library Resources | 43.5% | 51.0% | 48.3% | 55.8% |
| LGBTQ Inclusion in Textbooks or Other Assigned Readings | 16.7% | 19.5% | 21.5% | 22.1% |
| Supportive Educators | | | | |
| Many (11 or More Supportive Staff) | 30.7% | 40.8% | 47.0% | 55.9% |
| Supportive Administration (Somewhat or Very Supportive) | 29.0% | 41.6% | 49.2% | 55.0% |
| Safe Space Stickers/Posters | 45.5% | 62.1% | 73.0% | 77.7% |
| Inclusive and Supportive Policies | | | | |
| Comprehensive Anti-Bullying/Harassment Policy | 6.3% | 10.6% | 18.3% | 21.6% |
| Transgender/Nonbinary Student Policy | 4.6% | 9.6% | 15.0% | 17.1% |

*Note: The percentages shown in the table are raw percentages. Because demographic differences were controlled for in the analyses, the raw percentages may not reflect differences in the analyses.

**"I live in a fairly rural area, so it is a lot of old fashioned people there…So I did get called some names and a couple of shoves in the hall, but nothing that bad. Teachers could see these things, but they never do anything. Even the teachers I was closest to didn't care. Getting involved in a matter like that would very much so hurt their reputation with other students."**

the South and those in the West differed in the frequency of hearing this type of remark.

**Peer victimization.** Overall, LGBTQ students from the Northeast reported the lowest levels of anti-LGBTQ victimization, compared to students from all other regions (see Table 3.5).[361] In contrast, LGBTQ students from the South generally experienced higher levels of anti-LGBTQ victimization than students from all other regions. Specifically, students from the South experienced higher levels of victimization based on sexual orientation than those in all other regions. Students in the South also experienced higher levels of victimization based on gender expression and based on gender than those in the Northeast, but did not differ from students in the Midwest or the West. Students in the Midwest experienced higher levels of all forms of anti-LGBTQ victimization than students in the Northeast, but they did not differ from students in the West. Lastly, students in the West experienced higher levels of victimization based on gender expression and based on gender than students in the Northeast, but they did not differ regarding victimization based on sexual orientation.

**Anti-LGBTQ discrimination.** Students from the Northeast were least likely to experience anti-LGBTQ discriminatory school policies and practices, followed by students from the West, and then students from the Midwest (see Table 3.5).[362] Students from the South were the most likely to experience anti-LGBTQ discriminatory school policies and practices, compared to all other regions.

**LGBTQ-related resources and supports.** Students from the Northeast were, for the most part, more likely to report having access to LGBTQ-related school resources and supports than all other regions, and students from the South were the

least likely to report having access to resources and supports than all other regions (see Table 3.5).[363]

Students in the Northeast were more likely than those in the Midwest to have access to all resources and supports that we examined. Students in the Northeast also were more likely than those in the West to report having supportive school personnel, LGBTQ website access, LGBTQ library resources, and comprehensive anti-bullying/harassment policies, but they did not differ regarding curricular inclusion, GSAs, LGBTQ-related textbooks/other assigned readings, and supportive transgender and nonbinary policies. Students in the West were more likely to report having GSAs, curricular inclusion, supportive school personnel, and school policies than students in the Midwest, but did not differ regarding LGBTQ website access, LGBTQ library resources, and LGBTQ-related textbooks/other assigned readings.

Overall, LGBTQ students in the South and Midwest faced more negative school climates and less access to LGBTQ-related resources and supports, compared to those in the Northeast and West. These regional findings highlight that much more needs to be done to ensure that LGBTQ students are safe no matter where they attend school, and that education leaders and safe school advocates must pay particular attention to schools in regions where LGBTQ students experience a more hostile school climate. Given that attitudes about LGBTQ people are less positive in the South and Midwest,[364] further inquiry is needed on how best to implement LGBTQ resources and supports in schools in more conservative regions, in spite of cultural and political beliefs towards the LGBTQ community. Furthermore, national efforts regarding bullying prevention and positive school climate must not only take into account the overall experiences of LGBTQ students, but they must also

acknowledge and respond to regional differences regarding anti-LGBTQ victimization and access to LGBTQ student supports.

## Conclusions

Overall, schools nationwide are not safe learning environments for LGBTQ students and are lacking in LGBTQ resources and supports, and they differ by school and geographical characteristics. By and large, the majority of LGBTQ students in middle schools, from schools in rural areas, and from schools in the South and Midwest experience more hostile school climate, and have less access to LGBTQ-related resources and supports.

With regard to school type, the picture of school climate for LGBTQ students is more complex. It is evident from our findings that private non-religious schools were safer and had more supportive resources for LGBTQ students than religious and public schools. However, the differences between religious and public schools were more nuanced. LGBTQ students in religious schools were less likely to hear homophobic remarks and experienced less victimization based on gender than those in public schools, but were more likely to hear gender-biased remarks. Furthermore, students in public schools had more positive LGBTQ supports and resources and were less likely to experience anti-LGBTQ discrimination. Thus, as discussed in the section above, religious schools may be physically safer but not supportive or equitable environments.

In the recent 2020 Supreme Court ruling *Bostock v. Clayton County, Georgia* and two other consolidated cases,[365] the determination was that discrimination based on sexual orientation or gender identity is a violation of Title VII's prohibition on employment discrimination based on sex. However, there is no federal legislation that has *explicitly* established protections from discrimination in schools based on sexual orientation and gender identity, and additional fixes must be added to federal law. Further, private religious schools can be exempt from Title IX protections while public schools are not eligible for the same exemption, which allows religious schools the opportunity to discriminate against LGBTQ students without the same legal ramifications as public schools.[366] Given the lack of consistent enforcement of federal protections from anti-LGBTQ discrimination for LGBTQ students, along with our findings regarding LGBTQ youth in religious schools, it is evident that focused efforts must be made to provide positive school environments for LGBTQ youth in these schools.

Efforts should be made to ensure that schools are safe and welcoming for all students across these school characteristics, while paying particular attention to school characteristics with the most hostile school climate. Furthermore, efforts should be made to ensure that LGBTQ students are provided with access to LGBTQ-related resources and supports, with particular attention to the types of schools that are least likely to have such resources and supports.



# PART FOUR: INDICATORS OF SCHOOL CLIMATE OVER TIME

The 2016–2017 GLSEN National Student Council (NSC) meet with Congressman John Lewis. Lewis, who died in 2020, helped organize the 1968 March on Washington and was a decades-long champion for LGBTQ rights. GLSEN's NSC met Representative Lewis as part of the 2016 NSC summit in Washington, D.C.

EXHIBIT D

# Indicators of School Climate Over Time

**Key Findings**

- From 2001 to 2015, there had been a general downward trend in students' frequency of hearing homophobic remarks at school. In 2019, the frequency of hearing homophobic remarks like "fag" or "dyke" was lower than all prior years, and these remarks did not differ between 2015 and 2017. However, there has been a sizeable increase in frequency of hearing "no homo" at school in 2019, after a consistent pattern of decline between 2011 and 2017.

- There had been a decrease in hearing negative remarks about someone's gender expression from 2017 to 2019. There was also a decrease of negative remarks about transgender people between 2017 and 2019, after a steady increase between 2013 and 2017.

- With regard to remarks from school staff, after seeing a steady decline in students' frequency of hearing homophobic remarks from school staff from 2007 to 2013, and no change from 2013 to 2017, we saw a decrease from staff on homophobic remarks once again in 2019. Furthermore, we saw an increase in frequency from 2013 to 2017 in hearing school staff making negative remarks about gender expression, but these remarks decreased in 2019 to levels that are similar to our findings from 2015.

- Students' frequency of experiencing verbal harassment based on sexual orientation did not change from 2015 to 2019, but frequency of victimization based on gender expression resumed a pattern of decline in 2019, following an increase between 2015 and 2017.

- Frequency of experiencing physical harassment based on sexual orientation resumed a pattern of decline in 2019 after no change occurred in 2017, and frequency of physical assault based on sexual orientation resumed a pattern of decline in 2019 after no change occurred in 2015 and 2017. For physical harassment and assault based on gender expression, there continued to be a pattern of modest decline, and was lower in 2019 than all prior years.

- LGBTQ students' reporting of incidents or harassment to school staff in 2019 was similar to 2017, and greater than nearly all other years. However, students' reports on the effectiveness of staff's responses to these incidents in 2019 has remained similar from 2013 to 2017, and is somewhat lower than prior years.

- Overall, LGBTQ students were less likely to experience discrimination in 2019 than in 2013 and 2017. For certain gender-specific forms of discrimination, including being prevented from using facilities aligned with one's gender and being prevented from using chosen name/pronouns, incidence was greatest in 2017. However, incidence for most types of discrimination was lower in 2019 than in previous years.

- In 2017, there were few changes in presence of several LGBTQ-related resources and supports in school. However, in 2019, we have seen promising increases in many LGBTQ supports in school. LGBTQ students were more likely to report having a GSA, supportive school personnel, access to LGBTQ information from school libraries and school computers, and comprehensive anti-bullying and harassment policies.

- LGBTQ students' reports of peer acceptance of LGBTQ people had steadily increased from 2011 to 2015, but has largely leveled off since that time.

GLSEN strives to make schools safe for all students, regardless of their sexual orientation, gender identity or expression, race or ethnicity, or any other characteristic that may be the basis for harassment. In 1999, there was very little research on the experiences of LGBTQ students and their experiences in schools, and as such, GLSEN sought to fill this knowledge gap by conducting its first National School Climate Survey (NSCS). Since that time, for 20 years, the National School Climate Survey has been conducted biennially and is the only study that has continually assessed the school experiences of LGBTQ students in the U.S. Thus, it is vital that we use our data to examine changes over time in the education landscape for this population.

In this section, we examine whether there have been changes from 1999 to the present 2019 survey with regard to indicators of school climate for LGBTQ students. Across the years, the survey has been slightly modified with each installment to reflect new or emerging concerns about school climate for LGBTQ students, but its content has remained largely the same and has used virtually the same data collection methods since 2001. The 1999 survey differed slightly from all subsequent surveys in the comprehensiveness of the survey questions and in the methods. Nevertheless, there were two questions — frequency of homophobic remarks and frequency of harassment — that were equivalent to all subsequent surveys, and the 1999 data was included for comparison in the analyses of those two variables.

We examine differences across years in indicators of a hostile school climate, such as hearing homophobic remarks, experiences of harassment and assault, and experiences of discriminatory school policies and practices. We also examine the availability of positive resources for LGBTQ students in their schools such as supportive educators, student-led clubs such as GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances), inclusive curricular resources, and comprehensive anti-bullying/harassment policies. In addition, we examine whether there have been changes over time in students' acceptance of LGBTQ people.

### Anti-LGBTQ Remarks Over Time

Language perpetually evolves, and so is the case with anti-LGBTQ remarks since we began conducting the NSCS. To keep current with changes in usage, we have modified how we ask

## "This was the most inclusive year at my school so far, but there is a tremendous amount of work to be done."

LGBTQ students about anti-LGBTQ remarks. In 1999, because the expression "that's so gay" was perhaps not as commonly used, we only assessed the frequency of hearing homophobic epithets, such as "fag" or "dyke." In 2001, we assessed the frequency of hearing homophobic remarks, remarks like "fag" or "dyke," but also expressions using "gay" to mean something bad or valueless. In 2003, we began asking questions about hearing negative remarks about gender expression, such as someone acting not "feminine enough" or "masculine enough." In 2009, we began assessing the expression "no homo," and in 2013 we asked about negative expressions about transgender people, such as "tranny" or "he/she."

Our results indicated that although there had been a general trend that homophobic remarks were on the decline from 2001 to 2015, the frequency of these remarks remained consistent from 2015 to 2017. However, in 2019, we found that the downward trend in the frequency of remarks continued, with LGBTQ students reporting a lower frequency of homophobic remarks than all prior years.[367] As shown in Figure 4.1, a little more than half reported hearing homophobic remarks frequently in 2019, compared to three-quarters of students in 2009 and more than 90% in 1999. Use of expressions such as "that's so gay" has remained the most common form of biased language heard by LGBTQ students in school, and had been in consistent decline until 2015, but has been increasing from 2015 to 2019, as also shown in Figure 4.1.[368] Hearing the expression "no homo" had consistently been less common than most other types of LGBTQ-related biased remarks, and the frequency had been on a decline from 2011 to 2017. However, in 2019, we saw a sizeable increase from 2017.[369] From open-ended responses from the LGBTQ students in our survey, several mentioned that "no homo" was in common use in their schools, in ways similar to how "that's so gay" has been used. For example, one student wrote:

"Many people use gay in an insulting way and no homo," and another wrote: "People deny they

are homophobic but then use negative terms like no homo or that's gay." However, there were other students who commented that the use of the phrase was used more commonly among LGBTQ students in an ironic or humorous way. For example, another student commented: "In school the use of 'No Homo' is said amongst me and my friends as a joke, those of us who identify as LGBT see it as a joke only and not a derogatory term," and another commented: "All of us including me use the term no homo as a meme or a joke...." Both types of use for the expression "no homo," as a homophobic or a reclaimed joke among LGBTQ friends, might explain the recent steep increase in use of the phrase in schools.

With regard to hearing negative remarks about gender expression, we had seen few changes across years between 2003, when we first included these items, and 2011. From 2011 to 2013, we saw a decrease in frequency but then an increase from 2013 to 2015, with no subsequent change from 2015 to 2017. However, we saw a decrease in frequency from 2017 to 2019 (see Figure 4.1).[370] With regard to negative remarks about transgender people, we saw a steady incline in the rate of negative remarks about transgender people in schools from 2013, when we first asked this question, to 2017, but a decrease from 2017 to 2019.[371]

Figure 4.2 illustrates the preponderance of students who reportedly use anti-LGBTQ language in school. The percentage of students who reported that homophobic remarks were used pervasively by the student body had been on a decline since the



**Figure 4.1 Anti-LGBTQ Language by Students Over Time**
(Percentage of LGBTQ Students Hearing Language Frequently and Often Based on Estimated Marginal Means)

- "That's So Gay"
- Other Homophobic Remarks
- Negative Remarks about Gender Expression
- "No Homo"
- Negative Remarks about Transgender People



**Figure 4.2 Preponderance of Students Using Anti-LGBT Language Over Time**
(Percentage of LGBTQ Students Reporting that Most of Students Make Remarks, Based on Estimated Marginal Means)

- Homophobic Remarks
- Negative Remarks about Gender Expression

2001 survey through 2015, but there have been no meaningful differences between 2015 and 2019.[372] As also shown in Figure 4.2, the preponderance of students reportedly making negative remarks about gender expression at school has remained low, relative to homophobic remarks. However, the preponderance of students had largely not changed from 2003 to 2015, but decreased slightly from 2015 to 2017 and again from 2017 to 2019. The preponderance of students making negative remarks about gender expression was lower in 2019 than all years prior.[373]

As shown in Figure 4.3, since 2001, the majority of students have reported that they have heard anti-LGBTQ remarks from teachers or other staff in their school. We had seen a steady decline in the frequency of staff making homophobic remarks from 2007 to 2013, but no change from 2013 to 2017. However, from 2017 to 2019, we saw a significant decrease in the frequency of school staff making homophobic remarks.[374] With regard to hearing negative remarks about gender expression from school staff, there had been a small, downward trend in frequency between 2003 and 2013, yet an upward trend from 2013 to 2017. However, the frequency of gender biased remarks by school staff in 2019 was lower than 2017, and unchanged from 2015 (see also Figure 4.3).

In our 2001 survey, we began asking students how frequently people in their school intervened when hearing homophobic remarks. As shown in Figure 4.4, the levels of intervention by staff were relatively similar across years between 2001 and 2013, but declined from 2013 to 2015

and remained at a similar lower level from 2015 to 2019. With regard to intervention by other students, there has largely been a steady decrease through 2013. The rate of intervention increased from 2013 to 2015, but has decreased since that time. The rate of student intervention in 2019 was significantly lower than all prior years.[375]

Regarding staff intervention with regard to negative remarks about gender expression, there was little change from 2003 to 2011 (see Figure 4.5). There was a small decrease in staff intervention from 2011 to 2013, and has largely remained at a similar rate in subsequent years. The rates of staff intervention beginning in 2013 were lower than prior years. In 2019, specifically, the rate of staff intervention was only greater than 2015. With regard to intervention by other students, we have seen an upward trend in rates of intervention after 2013, although the rate in 2019 was somewhat lower than in 2017 (see also Figure 4.5).[376]

Taking into account all the results related to anti-LGBTQ remarks in schools, we see a complex picture of how anti-LGBTQ remarks are contributing to a negative school climate for LGBTQ students. Certain types of homophobic remarks, like "fag" or "dyke," and negative remarks about gender expression show a decline in 2019, after no change in 2017. Further, negative transgender remarks have decreased from 2017 to 2019. However, our findings about remarks such as "that's so gay" and "no homo" evidence a concerning upward trend in frequency, and the expression "no homo" shows a startling incline after years of low and declining use. With regard



**Figure 4.3 Anti-LGBT Language by School Staff Over Time**
(Percentage of LGBTQ Students Reporting Ever Hearing Remarks, Based on Estimated Marginal Means)



to hearing biased remarks from school personnel, we see a continued declining trend regarding homophobic remarks, and the frequency was lower in 2019 than all prior years. With hearing gender-biased remarks from school personnel, although there was a significant decrease from 2017 to 2019, the frequency in 2019 was still higher than most years prior. Regarding intervention when hearing anti-LGBTQ remarks in school, by staff or other students, we see little positive change in recent years. In fact, student intervention when hearing homophobic remarks has continued to decline since 2015. It is important to note that in these analyses regarding intervention, we took into account the frequency of remarks heard. Thus, the diminished rate of response is not related to decreases in these remarks occurring in schools.

Anti-LGBTQ remarks in school may be increasingly left unaddressed, even though many of these remarks have become less commonly heard at school.

### Experiences of Harassment and Assault Over Time

To gain further understanding of changes in school climate for LGBTQ students in secondary schools, we examined the incidence of reported anti-LGBTQ harassment and assault over time. Beginning with our first survey in 1999, we have assessed the frequency of experiencing verbal and physical harassment and physical assault based on sexual orientation in school. As shown in Figure 4.6, we saw few changes between 1999 and 2007 and



**Figure 4.4 Intervention Regarding Homophobic Remarks Over Time**
(Percentage of LGBTQ Students Reporting Any Intervention, Based on Estimated Marginal Means)



**Figure 4.5 Intervention Regarding Negative Remarks about Gender Expression Over Time**
(Percentage of LGBTQ Students Reporting Any Intervention, Based on Estimated Marginal Means)

a significant decline in verbal harassment based on sexual orientation from 2007 to 2015, yet no change between 2015 and 2019. With regard to physical harassment and assault, however, we generally saw increases in the frequency of these types of victimization from 1999 to 2007, and decreases starting in 2009 to 2015. In 2019, there was a small but significant decrease in the frequency of physical harassment from 2015 and 2017, and also a small but significant decrease in the frequency of physical assault from 2017.[377]

In 2001, we began including questions in the National School Climate Survey about harassment and assault related to gender expression, as well as other personal characteristics. As shown in Figure 4.7, there had been a notable decrease in verbal harassment based on gender expression from 2001 to 2015, but an increase from 2015 to 2017. In 2019, we saw a decrease in this form of verbal harassment from 2017, but was not different than 2015. With regard to physical harassment and assault based on gender expression, we mostly saw a small decline from 2007 to 2019. In general, physical harassment and assault based on gender expression were generally lower in 2019 than all prior years.[378]



**Figure 4.6  Frequency of Victimization Based on Sexual Orientation Over Time**
(Percentage of LGBTQ Students Reporting Event Frequently, Based on Estimated Marginal Means)



**Figure 4.7  Frequency of Victimization Based on Gender Expression Over Time**
(Percentage of LGBTQ Students Reporting Event Frequently or Often, Based on Estimated Marginal Means)

# Insight on Racist Remarks and Harassment Over Time

Since 2001, the GLSEN National School Climate Survey has included questions assessing the frequency of LGBTQ students' hearing racist remarks in school and their experiences with victimization based on actual or perceived race/ethnicity. As shown in Part 3 of this report, among LGBTQ students of color groups, just over a third to nearly half experienced both anti-LGBTQ and racist victimization at school (see "School Climate and Racial/Ethnic Identity" section). However, we know of no prior research on differences in LGBTQ students of color's experiences with racist victimization over time. Therefore, we examined potential changes from 2001 to the present 2019 survey with regard to LGBTQ students of color's experiences with racist events at school. Specifically, we examined whether there were differences in hearing racist remarks and differences in experiences with racist victimization for all students of color across survey years.

With regard to hearing racist remarks, we found significant differences among students of color over time. The figure shows an increasing trend in the frequency of racist remarks starting from 2003. The frequency of racist remarks was higher in 2019 than all previous years, except there was no difference between 2013 and 2019.[1]

With regard to racist harassment at school, there were also differences among all students of color over time — LGBTQ students of color in 2019 were less likely to experience racist harassment than those in all prior years.[2]

Overall, there was an increase in racist remarks, but a decrease in racist victimization over time for LGBTQ students of color. Because racist victimization is person-specific, it may be that it is covered under anti-bullying/harassment policies at their school, whereas racist remarks are not necessarily person-specific. Thus, school personnel may intervene more often when racist victimization occurs in their presence because they understand that to be a clear violation of school policy, and in turn, intervention may curtail future incidents of victimization. Similarly, it is also possible that students understand that bullying, harassment or assault regarding another student's race/ethnicity is not acceptable in school, but may not have the same understanding with regard to racist remarks. Educators, school administrators, and advocates should make efforts to ensure that all LGBTQ students feel safe and inclusive at their school, not only based on their LGBTQ identity, but also based on their other identities, including race/ethnicity. This includes addressing school incidents of racist victimization toward LGBTQ students of color, as well as racist remarks that LGBTQ students of color are exposed to at their school.

**Hearing Racist Remarks and Experiences of Racist Harassment Among LGBTQ Students of Color Over Time**
(based on estimated marginal means)



---

1    To examine differences across years among LGBTQ students of color in the frequency of hearing racist remarks, an analysis of covariance (ANCOVA) was performed, with Survey Year as the independent variable, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(9, 25069) = 14.44$, $p<.001$, $\eta^2 = .01$. In examining post-hoc year-by-year comparisons, differences were considered at $p<.01$ (non-significant pairs not listed): 2019>2001 to 2011, 2015, 2017; 2017>2003 to 2011, 2015 <2019; 2015>2003, 2005, <2019, 2017; 2013>2003 to 2011; 2011>2003, 2005, < 2013, 2017, 2019; 2009>2003, <2013, 2017, 2019; 2007>2003, 2005, <2013, 2017, 2019; 2005<2007, 2011 to 2019; 2003<2007 to 2019; 2001<2019. Percentages are shown for illustrative purposes.

2    Because of methodological changes to the question about race-based harassment, we examined differences in the frequencies of any experiences of this type of harassment. To examine differences across years and across racial groups in the frequency of race-based harassment, an analysis of covariance (ANCOVA) was performed, with Survey Year as the independent variable, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(9, 24873) = 15.82$, $p<.001$, $\eta^2 = .01$. In examining post-hoc group comparisons, differences were considered at $p<.01$ (non-significant pairs not listed): 2019<all prior years; 2017 and 2015<2001, 2007 to 2011, >2019; 2013, 2011, 2009, and 2007>2013 to 2019; 2005 and 2003>2019; 2001>2013 to 2019.

In 2003, we began asking students about the frequency of students reporting experiences of victimization to school staff. Across years, as shown in Figure 4.8, we saw that the highest level of reporting was in 2003 and the lowest levels in 2007 and 2009, Since that time, we saw a small but significant incline in the frequency of reporting up to 2017. The frequency of reporting did not differ between 2017 and 2019, but LGBTQ students in these years were more likely to report victimization to school personnel than all prior years except for 2003.[379]

In 2005, we began asking students how effective their teachers or other school staff were in addressing incidents of harassment and assault when students reported them. Across all years, a minority of students reported that any intervention on the part of school staff was effective—generally between 30% and 40% reported that staff intervention was somewhat or very effective across years (see Figure 4.8). The highest levels of effectiveness were reported in 2005 and 2011. In 2019, the effectiveness of reporting was similar to 2013, 2015, and 2017, and was somewhat lower than prior years, specifically 2005, 2009, and 2011.[380]

Considering all changes over time with regard to victimization, we have seen significant improvements from the first years of our biennial survey, but few changes in recent years. There have been some improvements in 2019 — small, but significant decreases in most types of victimization related to sexual orientation and gender expression. However, the most commonly reported type of victimization across year, verbal harassment based on sexual orientation, has not improved in recent years. With regard to reporting harassment and assault, it is hopeful that the higher level of reporting we saw in 2017 remained constant in 2019, but nevertheless has not increased. Further, LGBTQ students have continued to see reporting victimization to school personnel as less effective in recent years. It may be that LGBTQ students may feel more empowered to report problems, perhaps related to the presence of school policies on bullying and harassment, but school staff may still be lacking in the professional development to adequately address these issues at school. In sum, although we do not see an overall trend that schools are becoming appreciably safer for LGBTQ students, we do not see that they have become significantly worse. These trends continue to give us concern in light of the high levels of victimization that LGBTQ students were reporting in their schools in 2019.

### Experiences of Discrimination Over Time

In addition to hearing anti-LGBTQ remarks in the hallways and directly experiencing victimization from other students, LGBTQ-related discriminatory policies and practices also contribute to a hostile school experience for LGBTQ students. As mentioned previously in the section "Experiences of Discrimination at School," we began asking students about a number of specific LGBTQ-related discriminatory policies and practices at their school in 2013, and in the following section, we examine how these experiences may have changed between 2013 and 2019.[381]

**Figure 4.8  Frequency of Reporting Victimization to School Staff and Effectiveness of Reporting Over Time**
(Percentage of LGBTQ Students, Based on Estimated Marginal Means)



Staff Response was Somewhat or Very Effective

Reported Always or Most of the Time



**Figure 4.9  Frequency of Experiences with Discriminatory Policies and Practices Over Time**
(Percentage of LGBTQ Students, Based on Estimated Marginal Means)

Figure 4.9 shows the incidence of having had any experience with anti-LGBTQ discrimination at school over the four time points, along with the incidences for the specific types of discriminatory policies or practices asked across the four surveys. Overall, over half of LGBTQ students experienced some type of LGBTQ-related discrimination at school at all four time points. This percentage was highest in 2013, and lower in 2019 than 2013 and 2017.[382]

With regard to the specific forms of discrimination, the percentages for most forms were highest in 2013, with a few notable exceptions.[383] Overall in 2019, we saw a decline in most other forms of discrimination from prior years. Two forms of discrimination that were specific to gender — prevented from using facilities that align with one's gender and prevented from using one's preferred name or pronouns — were highest in 2017, but decreased from 2017 to 2019. However, the third gender-specific form of discrimination — being prohibited from wearing clothes of another gender — had not changed between 2013 and 2017, but was lower in 2019 than all prior years.

### LGBTQ-Related Resources Over Time

In 2001, we began asking LGBTQ students in the NSCS about the availability of LGBTQ-related resources in school, such as GSAs (Gay-Straight Alliances or Gender and Sexuality Alliances) and curricular resources. In this section, we examine the levels of availability of these supportive school resources over time.

**Supportive student clubs.** As shown in Figure 4.10, we continue to see a steady, significant increase from previous years in the percentage of LGBTQ students having a GSA at school.[384] The percentage of students reporting that they had a GSA at school has increased from under 40% in 2007 to over 60% in 2019. The percentage of LGBTQ students who reported having a GSA in their school in 2019 was significantly higher than all prior years.

**Inclusive curricular resources.** Overall, there have been a few positive changes in LGBTQ-related curricular resources over time (see Figure 4.11). With regard to internet access to LGBTQ content on school computers, we saw a significant increase across years between 2007 and 2019, including an increase from 2017 to 2019. With regard to LGBTQ-related books and resources in school libraries, we saw a significant increase in 2019; the percentage in 2019 was higher than all prior years. However, with regard to LGBTQ inclusion in textbooks and class resources and being taught positive LGBTQ material in class, not only have these types of inclusion been the least common overall, they have also remained unchanged in recent years.[385] It is interesting to note that there has not been much change over the years with regard to LGBTQ students being taught negative LGBTQ-related content in class. Since we first asked this question in 2013, the percentage increased slightly in 2015, and had not changed from 2015 to 2019.[386]

**Figure 4.10 Availability of GSAs Over Time**
(Percentage of LGBTQ Students Reporting Having GSA in School, Accounting for Covariates)



**Supportive school personnel.** Figure 4.12 shows the percentage of students reporting any supportive educators (from 2001 to 2019) and the percentage of students reporting a higher number of supportive educators (from 2003 to 2019).[387] Across the years, we have seen a positive increasing trend in the number of supportive educators at school. Regarding the percentage of students who had any supportive educators at school, 2019 was higher than all prior years. In 2001, approximately 60% of LGBTQ students reported having at least one supportive educator, whereas in 2019, nearly all students did so. LGBTQ students in 2019 also reported a significantly higher number of supportive educators than all prior years. As shown in Figure 4.12, the percentage reporting 6 or more supportive educators ranged from under 50% in the earlier years of the survey compared to nearly 70% in 2019.

**Bullying, harassment, and assault policies.** In all years, as shown in Figure 4.13, the majority of LGBTQ students reported that their schools had some type of anti-bullying/harassment policy; however, the minority of students reported that the policy enumerated sexual orientation and/or gender identity/expression. Overall, there was a sharp increase in the number of students reporting any type of policy after 2009, and the rate has remained more or less consistent since 2011. From 2011 to 2015, there had been consistent yet small increases with regard to any type of anti-bullying/harassment policy, followed by a small decline from 2015 to 2017, and the rate had not changed between 2017 and 2019.

With regard to enumerated policies, from 2015 to 2017 there was a small but significant increase in



**Figure 4.11  Availability of Curricular Resources Over Time**
(Percentage of LGBTQ Students Reporting Resource in School, Accounting for Covariates)

Positive Inclusion of LGBTQ Issues in Curriculum

LGBTQ-Related Content in Textbooks

LGBTQ-Related Content Library Materials

Internet Access to LGBTQ Resources



**Figure 4.12 Availability of Supportive School Staff Over Time**
(Percentage of LGBTQ Students Reporting Having Supportive Staff in School, Accounting for Covariates)

Any Supportive Teachers/Staff

Many Supportive Teachers/Staff (6 or more)

the number of students reporting comprehensive policies in their schools and the rate has remained similar between 2017 and 2019. In 2019 and 2017, the rate of comprehensive policies was higher than all prior years. There was also a small but significant decrease in the number reporting partially enumerated policies from 2017 to 2019, and the rate was lowest in 2019 than all previous years.[388] Thus, even though the percentage of LGBTQ students reporting any type of anti-bullying/harassment policy in their school had not increased in recent years, we saw an increase in the percentage of policies that were fully enumerated.

In our 2017 NSCS, we saw that the availability of many LGBTQ-related resources in schools had largely leveled off. In 2019, however, we saw increases in most resources. LGBTQ student in 2019 were more likely to report having a GSA, school personnel who were supportive of LGBTQ students, access to LGBTQ information from school libraries and school computers, and comprehensive policies. However, it is important to note that curricular inclusion — LGBTQ inclusion in textbooks and class resources and being taught positive LGBTQ material in class — were not only the most uncommon of all resources across all years of the survey, but their rates of availability had not changed in recent years.

### Student Acceptance of LGBTQ People Over Time

Previously in this part of the report, we noted that the frequency of student intervention with regard to homophobic remarks was lowest in 2019 than all prior years, and student intervention with regard to negative remarks about gender expression had decreased in 2019. These findings raise the question as to whether student attitudes about LGBTQ people have changed, and if so, in what ways. However, we also found positive changes in the availability of LGBTQ supports in schools, which we found to be directly related to a more accepting student body (see the "Utility of School-Based Resources and Supports" section of this report). For these reasons, we examined whether student attitudes toward LGBTQ people have changed over time, and found that although student acceptance steadily increased from 2011 to 2015, it has largely level off since that time (see Figure 4.14).[389]

### Conclusions

Considering all the differences across time — remarks, victimization, LGBTQ-related supports, and peer acceptance — we see a complex picture of how school climate is changing for LGBTQ



**Figure 4.13 Prevalence of School or District Anti-Bullying/Harassment Policies Over Time**
(Percentage of LGBTQ Students Reporting Policy, Accounting for Covariates)

students. Certain types of homophobic remarks, like "fag" or "dyke," and negative remarks about gender expression showed a decline in 2019, after no change in 2017. Further, negative transgender remarks have decreased from 2017 to 2019. However, homophobic remarks like "that's so gay" and "no homo" increased in 2019. In addition, intervention when hearing anti-LGBTQ remarks in school, by staff or other students, generally has not changed in recent years, with the exception of student intervention regarding homophobic remarks, which was lowest in 2019.

With regard to experiences of harassment and assault, we again have seen few changes in recent years. There have been some improvements in 2019 — small, but significant decreases in most types of victimization related to sexual orientation and gender expression. However, the most commonly reported type of victimization across the years, verbal harassment based on sexual orientation, has not improved in recent years. In sum, although we do not see an overall trend that schools have become appreciably safer for LGBTQ students in 2019, we do not see that they have become significantly worse.

We have seen promising increases in many LGBTQ supports in school. LGBTQ students in 2019 were more likely to report having a GSA, school personnel who were supportive of LGBTQ students, access to LGBTQ information from school libraries and school computers, and comprehensive anti-bullying and harassment policies. In 2017, in contrast, we had seen few positive changes with regard to school resources. It may be that the lack of change in supports in 2017 is related to few changes in negative indicators of school climate in 2019 — it may take time for school supports to combat a negative school climate. Although we cannot know for sure, given our data each year is correlational, our results in future surveys may provide further insight. In that we have seen increases in school supports in 2019, it is possible that LGBTQ students in 2021 will see the continued benefits of these resources and have fewer negative experiences at school related to their LGBTQ identities.

In that LGBTQ student issues have been under attack in recent years, with the U.S. Department of Education's revocation of the Title IX guidance on transgender students and failure to investigate complaints of discrimination by LGBTQ students, the fact that we have seen increases in many LGBTQ supports in schools and that we have not seen a tremendous worsening of school climate may be a testament to the resilience and strength of our LGBTQ young people in this country, and to the resourcefulness and dedication of school personnel for continuing to offer support and resources to create safer and more affirming school environments for their students.

**Figure 4.14  Perceptions of Peer Acceptance of LGBTQ People Over Time**
(Percentage of LGBTQ Students Reporing Somewhat or Very Accepting Peers, Accounting for Covariates)





# DISCUSSION

Student organizers gathered at GLSEN's 2007 Summer Start week of training.

EXHIBIT D

173

## *Limitations*

Although there are no national population parameters regarding LGBTQ youth, we believe that the methods used for our survey resulted in a nationally representative sample of LGBTQ students who identify as lesbian, gay, bisexual, transgender, or queer (or another non-heterosexual sexual orientation and/or non-cisgender gender identity) and who were able to find out about the survey in some way, either through a connection to LGBTQ or youth-serving organizations that publicized the survey, or through social media. As discussed in the "Methods and Sample" section, we conducted targeted advertising on the social media sites Facebook, Instagram, and Snapchat in order to broaden our reach and obtain a more representative sample. Advertising on these sites allowed LGBTQ students who did not necessarily have any formal connection to the LGBTQ community to participate in the survey. However, the social media advertisements for the survey were sent only to youth who visited pages that included LGBTQ content.[390] LGBTQ youth who were not comfortable viewing pages with LGBTQ content would not have received the advertisement about the survey. Thus, LGBTQ youth who are perhaps the most isolated — those without a formal connection to the LGBTQ community or without access to online resources and supports, and those who are not comfortable viewing LGBTQ content on social media — may be underrepresented in the survey sample.

The sample also did not include students who have a sexual attraction to the same gender or multiple genders, but who do not identify themselves as LGBQ.[391] These youth may be more isolated, unaware of supports available to them, or, even if aware, uncomfortable using such supports. Similarly, youth whose gender identity is not the same as their sex assigned at birth, but who do not identify as transgender, may also be more isolated and without the same access to resources as the youth in our survey. The survey was primarily advertised as being for LGBTQ students, so non-heterosexual students and non-cisgender students who did not identify as LGBTQ may be less likely to participate in the survey, even though they were included in the survey sample.

Another possible limitation to the survey is related to the sample's racial/ethnic composition — the percentage of LGBQ African American/Black students and LGBQ Hispanic/Latinx students were lower, and LGBQ White students was higher than compared to LGBQ secondary school students from other population-based data.[392] In part, this discrepancy may be related to different methods for measuring race/ethnicity. In our survey, students were asked one question about their race/ethnicity, and could choose multiple options.[393] In contrast, national youth surveys often include two questions — one about whether the respondent identifies as Hispanic/Latinx, and the other about their race.[394] This difference in methodology may also impact how students choose to identify in the survey, and thus may account for some of the discrepancy in racial/ethnic representation between our LGBQ sample and LGBQ secondary students from other population-based data. Nevertheless, it is possible that LGBQ African American/Black students and LGBQ Hispanic/Latinx students were underrepresented, and LGBQ White students were overrepresented in our sample. Additionally, because there are no national statistics on the demographic breakdown of transgender-identified youth, we cannot know how our transgender sample compares to other population-based studies.

Our sample, like other national samples of LGBTQ youth, included a small percentage of cisgender males who identified as gay, bisexual, or queer. It may be that these youth are less likely to be out in middle school or high school, and would be less likely to learn about the survey or feel comfortable taking a survey specifically for LGBTQ students. Additionally, our sample had a small percentage of transgender female students. In that our sample only includes students who had been in school during the 2018–2019 school year, it is possible that transgender girls leave school at higher rates than do transgender boys, thereby leading to fewer transgender girls eligible to take our survey. It is also possible that transgender boys come out earlier than do transgender girls, which would lead to lower numbers of transgender female secondary school students.

Given that our survey is available only in English and Spanish, LGBTQ students who are not proficient in either of those languages might be limited in their ability to participate. Thus, these students may also be underrepresented in our survey sample.

It is also important to note that our survey only reflects the experiences of LGBTQ students who were in school during the 2018–2019 school year.

EXHIBIT D

Although our sample does allow for students who had left school at some point during the 2018–2019 school year to participate, it still does not reflect the experiences of LGBTQ youth who may have already dropped out in prior school years. The experiences of these youth may likely differ from those students who remained in school, particularly with regard to hostile school climate, access to supportive resources, severity of school discipline, and educational aspirations.

Lastly, the data from our survey are cross-sectional (i.e., the data were collected at one point in time), which means that we cannot determine causality. For example, although we can say that there was a relationship between the number of supportive staff and students' academic achievement, we cannot say that one predicts the other.

While considering these limitations, our attempts at diverse recruitment of a hard-to-reach population have yielded a sample of LGBTQ students that we believe most likely reflects the population of LGBTQ middle and high school students in the U.S.

### Conclusion and Recommendations

The 2019 National School Climate Survey continues to provide evidence that schools are often unsafe learning environments for LGBTQ students. Hearing biased or derogatory language at school, especially sexist remarks, homophobic remarks, and negative remarks about gender expression, was a common occurrence. However, teachers and other school authorities did not often intervene when anti-LGBTQ remarks were made in their presence, and students' use of such language remained largely unchallenged. Almost 8 in 10 students in our survey reported feeling unsafe at school because of at least one personal characteristic, with sexual orientation and gender expression being the most commonly reported characteristics. Students also frequently reported avoiding spaces in their schools that they perceived as being unsafe, especially bathrooms, locker rooms, and physical education (P.E.) or gym classes. More than two-thirds of LGBTQ students reported that they had been verbally harassed at school based on their sexual orientation, and nearly 6 in 10 students had been harassed based on their gender expression. In addition, many students reported experiencing incidents of physical harassment and assault related to their sexual orientation or gender expression, as well as other incidents of victimization such as sexual

harassment, cyberbullying, and deliberate property damage at school.

In addition to anti-LGBTQ behavior by peers, be it biased language in the hallways or direct personal victimization, the majority of LGBTQ students also faced anti-LGBTQ discriminatory school policies and practices. Schools prohibited LGBTQ students from expressing themselves through their clothing or their relationships, limited LGBTQ inclusion in curricular and extracurricular activities, and enforced other policies that negatively affected transgender and nonbinary students in particular, such as preventing use of their chosen name or pronoun.

LGBTQ students are a diverse population, and the results from our 2019 survey reveal important differences among these students. Transgender and nonbinary students in particular were more likely to have felt unsafe and face anti-LGBTQ victimization at school than their cisgender LGBQ peers. Similarly, pansexual students were more likely to feel unsafe and experienced greater levels of anti-LGBTQ victimization than their LGBTQ peers with other sexual orientations. Furthermore, we found that LGBTQ students of color (including Black, AAPI, Latinx, Native and Indigenous, MENA, and multiracial LGBTQ students) commonly experienced both racist and anti-LGBTQ victimization at school, and were more likely to experience multiple forms of victimization than White LGBTQ students.

Results from our survey also demonstrate the serious consequences that anti-LGBTQ victimization and discrimination can have on LGBTQ students' academic success and their general well-being. LGBTQ students who experienced frequent harassment and assault based on their sexual orientation or gender expression reported missing more days of school, having lower GPAs, lower educational aspirations, and higher rates of school discipline than students who were harassed less often. In addition, students who experienced higher levels of victimization felt less connected to their school community and had poorer psychological well-being. LGBTQ students who reported experiencing anti-LGBTQ discrimination at school also had worse educational outcomes, including missing more days of school, lower GPAs, and lower educational aspirations, and were more likely to be disciplined at school, than students who did not experience anti-LGBTQ

discrimination. Furthermore, students who experienced anti-LGBTQ discrimination also felt less connected to their school community and had poorer psychological well-being.

Although our results suggest that school climate remains unsafe and hostile environments for many LGBTQ students, they also call attention to the important role that institutional supports and resources have in making schools safer and promoting better educational outcomes and healthy youth development for these students. Our findings demonstrate the important role that supportive school staff play in creating safer and more affirming learning environments for LGBTQ students. Supportive educators positively influenced students' academic performance, educational aspirations, feelings of safety, school absenteeism (missing fewer days of school), psychological well-being, and connection to their school community. Furthermore, when staff responded effectively to incidents of victimization, LGBTQ students reported less anti-LGBTQ victimization than LGBTQ students in schools where staff responded ineffectively.

In addition to their role in providing direct support and in intervening when anti-LGBTQ events occur at school, educators also serve a crucial role in teaching a curriculum that includes positive representations of LGBTQ people, history, and events. By teaching about LGBTQ topics in a positive manner, educators may enhance the connections of their LGBTQ students to the school environment and to learning, in general. Students in schools where their classroom included positive representations of LGBTQ history, people, or events had better educational outcomes, were more comfortable engaging in conversations about LGBTQ issues with their teachers, and had a greater connection to their school community. Furthermore, by teaching positive LGBTQ-related content in class, educators may also increase the knowledge, awareness, and acceptance of LGBTQ people for all students in school. LGBTQ students who reported positive curricular inclusion were less likely to feel unsafe and miss school for safety reasons, and reported less hostile behavior from peers (i.e., less anti-LGBTQ language and victimization). Students with positive curricular inclusion also reported that their peers were more likely to intervene regarding anti-LGBTQ biased remarks, and were more accepting of LGBTQ people in general.

## "I sincerely hope that queer kids in future generations do not have to go through what I have been through and will most likely continue to suffer through."

Our findings indicate that Gay-Straight Alliances/ Gender and Sexuality Alliances (GSAs) and similar clubs also play a key role in improving school climate for LGBTQ students. Students who attended schools with a GSA or similar club were less likely to feel unsafe at school and miss school for safety reasons, heard fewer anti-LGBTQ remarks at school, reported more frequent staff and peer intervention regarding anti-LGBTQ remarks, and experienced less anti-LGBTQ victimization. Thus, GSAs may demonstrate to the whole school community that anti-LGBTQ behaviors should not be tolerated, and that they must be addressed when they do occur. Students who had a GSA at school also reported that their peers were more accepting of LGBTQ people in general, indicating that GSAs may provide awareness to the student community of LGBTQ student issues. Furthermore, having a GSA at school was also associated with a greater sense of belonging to the school community and greater psychological well-being among LGBTQ students, perhaps as a result of the overall positive impact of GSAs on the school environment.

With regard to school policies, our findings indicate important benefits associated with both comprehensive anti-bullying/harassment policies, as well as policies affirming the rights of transgender and nonbinary students. LGBTQ students with comprehensive anti-bullying/harassment policies that included protections for sexual orientation and gender identity/expression reported hearing less anti-LGBTQ language and reported lower levels of anti-LGBTQ victimization. Such policies may provide guidance for educators that these anti-LGBTQ behaviors must be addressed, as well as guidance on appropriate strategies for intervention. Our results indicate that LGBTQ students with comprehensive policies reported that staff were more likely to intervene regarding biased remarks, and were more effective in their responses to harassment and assault. We also found that LGBTQ students in schools with this type of policy were more likely

# "It's awful, and there needs to be some country-wide regulations to stop harassment, bullying, and etc. idk something! I have friends who are hurting much worse than me—and my heart is in constant pain for them."

to report incidents of harassment and assault to school personnel, indicating that these policies may also provide important instruction for students on reporting. In addition, comprehensive policies may send a message to LGBTQ students that they are valued by the school community. Similarly, policies affirming transgender and nonbinary students' rights appear to improve school climate, particularly for transgender and nonbinary students. Transgender and nonbinary students with such policies or guidelines were less likely to miss school because of feeling unsafe, felt a greater sense of belonging to their school community, and were less likely to experience gender-related discrimination.

Unfortunately, each of the LGBTQ-related resources and supports that we examined were not available to all LGBTQ students. GSAs were somewhat more common than other resources, although over a third of students did not have such a club at their school. Most students could not identify a large number of school staff (11 or more) who were supportive of LGBTQ students, and a small number were unable to identify any supportive staff. Furthermore, many LGBTQ students lacked access to positive LGBTQ information from school libraries and school computers, and few LGBTQ students reported being taught LGBTQ information in class or having this material in their textbooks and other class readings. With regard to supportive school policies, although a majority of students said that their school had some type of harassment/ assault policy, few said that it was a comprehensive policy that explicitly stated protections based on sexual orientation and gender identity/expression, and only a tenth reported that they had official policies or guidelines to support transgender and nonbinary students at their schools. Finally, although all LGBTQ students commonly lacked access to supportive resources at school, those in middle schools, religiously-affiliated private schools, schools in rural areas, and schools in the South and Midwest, were all less likely than others to report having these resources. These findings underscore the importance of advocating for GSAs, supportive staff, inclusive curricular resources, and supportive school policies in all schools to ensure

positive learning environments for LGBTQ students everywhere—environments in which students can be successful in learning, graduate, and even continue on to further education.

The findings in this report also highlight some gains toward safe and inclusive schools for LGBTQ secondary school students since our last report. Certain types of homophobic remarks, such as "fag" or "dyke," and negative remarks about gender expression have declined in 2019, after no change between 2015 and 2017. Further, negative remarks about transgender people decreased from 2017 to 2019. Our findings also indicate a sharp increase in students hearing the phrase "no homo." However, this upward trend in frequency may be due in part to LGBTQ students reclaiming this phrase, and thus the degree to which LGBTQ students consider this language negative or derogatory is unclear. With regard to personal experiences of harassment and assault, we have seen few changes in recent years. There have been small but significant decreases in most types of anti-LGBTQ victimization. However, verbal harassment based on sexual orientation has not improved in recent years. We have also failed to see gains in intervention regarding anti-LGBTQ incidents. Rates of staff and student intervention regarding anti-LGBTQ remarks did not improve much in 2019. In fact, student intervention when hearing homophobic remarks has continued to decline since 2015. Further, the level of reporting harassment and assault to staff in 2019 was not different from 2017, and students have continued to see staff responses to victimization as less effective in recent years. We also continue to find that the majority of LGBTQ students experience some type of LGBTQ-related discriminatory policies and practices at school. However, there was an overall decline in most forms of anti-LGBTQ discrimination from prior years. Although there is an overall pattern that schools may be becoming appreciably safer for LGBTQ students, the trends we observed are not consistent and should remain a concern in light of the high levels of victimization that LGBTQ students continued to report in 2019.

There have been promising increases in the availability of LGBTQ-related positive supports in schools. Compared to prior years, LGBTQ students in 2019 reported more GSAs in schools, school personnel who were supportive of LGBTQ students, access to LGBTQ information from school libraries and school computers, and comprehensive anti-bullying and harassment policies. Although we saw increases in internet access to LGBTQ content on school computers and LGBTQ-related books and resources in school libraries, we have not seen much change regarding the number of students being taught positive LGBTQ material in class, or with LGBTQ-related content in textbooks and class resources. Further, these two aspects of curricular inclusion remain the least common of all school resources, as in all previous years.

It is also important to note that we observed few positive changes with regard to school resources in our 2017 report. This lack of improvement in school supports observed in 2017 may be related to the few improvements in negative indicators of school climate observed in 2019. It may take time for school supports to have a demonstrable, positive effect on school climate. In that we have seen increases in certain school supports in 2019, it is possible that LGBTQ students will see the continued benefits of these resources and have fewer negative experiences at school related to their LGBTQ identities in our next national survey of LGBTQ students.

LGBTQ student issues have been under attack in recent years, including the U.S. Department of Education's revocation of the Title IX guidance on transgender students and failure to investigate complaints of discrimination by LGBTQ students. Yet, we have not seen a parallel increase in many hostile school experiences in 2019. Further, we have seen greater access to certain LGBTQ-related supports and resources in schools. This continued progress may be a testament to the many school personnel who continue to offer support and resources aimed at creating safer and more affirming school environments for LGBTQ students. Nevertheless, hostile political and legislative government actions underscore the continued urgent need for action to create safer and more inclusive schools for LGBTQ students

across the country. There are steps that concerned stakeholders can take to remedy the situation. Results from the 2019 National School Climate Survey demonstrate the ways in which the presence of supportive student clubs, supportive educators, inclusive and supportive policies, and other school-based resources and supports can positively affect LGBTQ students' school experiences. Therefore, we recommend the following measures:

- Support student clubs, such as Gay-Straight Alliances or Gender and Sexuality Alliances (GSAs), that provide support for LGBTQ students and address LGBTQ issues in education;

- Provide training for school staff to improve rates of intervention and increase the number of supportive teachers and other staff available to students;

- Increase student access to appropriate and accurate information regarding LGBTQ people, history, and events through inclusive curricula and library and Internet resources;

- Ensure that school policies and practices, such as those related to dress codes and school dances, do not discriminate against LGBTQ students;

- Enact and implement policies and practices to ensure transgender and nonbinary students have equal access to education, such as having access to gendered facilities that correspond to their gender; and

- Adopt and implement comprehensive school and district anti-bullying/harassment policies that specifically enumerate sexual orientation, gender identity, and gender expression as protected categories alongside others such as race, religion, and disability, with clear and effective systems for reporting and addressing incidents that students experience.

Instituting these measures can move us towards a future in which all students have the opportunity to learn and succeed in school, regardless of sexual orientation, gender identity, or gender expression.

EXHIBIT D

## Endnotes

1   Battle, S. & Wheeler, T. E. (2017). *Dear colleague letter.* Washington, D.C.: Retrieved from https://www.justice.gov/opa/press-release/file/941551/download

2   Bewkes, F. J. (2019, July 29). *Secretary DeVos is failing to protect the civil rights of LGBTQ students.* Center for American Progress. https://www.americanprogress.org/issues/lgbtq-rights/reports/2019/07/29/472636/secretary-devos-failing-protect-civil-rights-lgbtq-students/

3   Liptak, A. (2020, July 8). *Job bias laws do not protect teachers in Catholic school, Supreme Court rules.* The New York Times. https://www.nytimes.com/2020/07/08/us/job-bias-catholic-schools-supreme-court.html?action=click&module=Top%20Stories&pgtype=Homepage.

    Liptak, A. (2020, July 8). *Supreme Court upholds Trump administration regulation letting employers opt out of birth control coverage.* The New York Times. https://www.nytimes.com./2020/07/08/us/supreme-court-birth-control-obamacare.html.

4   Green, E. L. (2019, February 28). *Betsy DeVos backs $5 billion in tax credits for school choice.* The New York Times. https://www.nytimes.com./2019/02/28/us/politics/devos-tax-credit-school-choice.html?searchResultPosition=6

5   Movement Advancement Project. "Equality Maps: Safe Schools Laws." https://www.lgbtmap.org/equality-maps/safe_school_laws. Accessed August 2, 2020.

6   Walker, H. (2019, August 16). *Here's every state that requires schools to teach LGBTQ+ history.* Out. https://www.out.com/news/2019/8/16/heres-every-state-requires-schools-teach-lgbtq-history

7   Arizona Department of Education. (2019, April 11). *Superintendent Hoffman Celebrates Repeal of Anti-LGBTQ Curriculum Law* [Press release]. https://www.azed.gov/communications/2019/04/11/superintendent-hoffman-celebrates-repeal-of-anti-lgbtq-curriculum-law/

8   GLSEN. (2018). Laws Prohibiting "Promotion of Homosexuality" in Schools: Impacts and Implications (Research Brief). New York: GLSEN.

9   ACLU (2020, March 20). *Legislation affecting LGBT rights across the country.* https://www.aclu.org/legislation-affecting-lgbt-rights-across-country

10  Lewis, D. C., Flores, A. R., & Haider-Markel, D. P. (2017). Degrees of acceptance: Variation in public attitudes toward segments of the LGBT community. *Political Research Quarterly, (70)*4, 861-875. https://journals.sagepub.com/doi/abs/10.1177/1065912917717352

11  Bernstein, I. (2014, March 12). *In their own terms.* The New York Times. https://www.nytimes.com/2014/03/13/fashion/the-growing-transgender-presence-in-pop-culture.html

    Wolfe, E. & Ries, B. (2019, November 16). *There are more LGBTQ characters on television than ever before.* CNN. https://www.cnn.com/2019/11/16/entertainment/lgbtq-tv-representation-numbers-trnd/index.html

12  Burns, K. (2019, December 27) *The internet made trans people visible. It also left them more vulnerable.* Vox. https://www.vox.com/identities/2019/12/27/21028342/trans-visibility-backlash-internet-2010

    Faye, S. (2018, March 30). *Trans visibility is greater than ever - but that's a double-edged sword.* The Guardian. https://www.theguardian.com/commentisfree/2018/mar/30/transgender-acceptance-media-international-day-visibility

13  Burns, K. (2019, September 5). *The rise of anti-trans "radical" feminists, explained.* Vox. https://www.vox.com/identities/2019/9/5/20840101/terfs-radical-feminists-gender-critical

    Haynes, S. (2019, October 25). *A study analyzed 10 million online posts over 3.5 years. It found a torrent of transphobic abuse.* Time. https://time.com/5710466/transphobic-abuse-online-study/

14  Birnkrant, J. M. & Przeworski, A. (2017). Communication, advocacy, and acceptance among support-seeking parents of transgender youth. *Journal of Gay & Lesbian Mental Health, 21*(2), 132-153.

    Durwood, L., McLaughlin, K. A., & Olsen, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry,* *56*(2), 116-123.

    Johns, M. M., Beltran, O., Armstrong, H. L., Jayne, P. E., & Barrios, L. C. (2018). Protective factors among transgender and gender variant youth: A systematic review by socioecological level. *The Journal of Primary Prevention, 39*(3), 263-301.

    McCann, E., Keogh, B., Coyle, L., & Coyne, I. (2017). The experiences of youth who identify as trans* in relation to health and social care needs: A scoping review. *Youth & Society,* 0044118X17719345.

    Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics, 137*(3).

    Price-Feeney, M., Green, A. E., & Dorrison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health, 66*(6), 683-687.

    Todd, K., Peitzmeier, S. M., Kattari, S. K., Miller-Perusse, M., Sharma, A., & Stephenson, R. (2019). Demographic and behavioral profiles of nonbinary and binary transgender youth. *Transgender Health, 4*(1), 254-261.

15  James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2015). *The report of the 2015 U.S. transgender survey.* Washington, D.C.: National Center for Transgender Equality. Retrieved from http://www.ustranssurvey.org/

16  Kann, L., McManus, T., Harris, W. A., Shanklin, S. L., Flint, K. H., Queen, B., Lowry, R., Chyen, D., Whittle, L., Thornton, J., Lim, C., Bradford, D., Yamakawa, Y., Leon, M., Brener, N., & Ethier, K. A. (2018) Youth Risk Behavior Surveillance – United States, 2017. *MMWR Surveillance Summary* 2018; 67(No. SS-8):1-114. https://www.cdc.gov/mmwr/volumes/67/ss/ss6708a1.htm

17  Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L., & Underwood, J. M. Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students — 19 States and Large Urban School Districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71. DOI: http://dx.doi.org/10.15585/mmwr.mm6803a3external icon.

18  The Trevor Project. (2019). *National Survey on LGBTQ Mental Health.* New York, New York: The Trevor Project. Available at: https://www.thetrevorproject.org/survey-2019.

19  U.S. Department of Education, National Center for Education Statistics, Common Core of Data (CCD), "State Nonfiscal Survey of Public Elementary/Secondary Education," 1990-91 through 2015-16; and State Public Elementary and Secondary Enrollment Projection Model, 1980 through 2027. https://nces.ed.gov/programs/digest/d17/tables/dt17_203.30.asp

20  To test if the regional representation of our sample differed from national public school enrollment, a one-sample chi-square test was conducted comparing our observed population numbers by region to expected population numbers based on national projected enrollment for fall 2018 from the National Center for Education Statistics. The test was significant: $\chi^2 = 790.18$, $df = 3$, $p<.001$.

21  Sexual orientation was assessed with a multi-check item (i.e., gay, lesbian, straight/heterosexual, bisexual, pansexual, queer, and questioning) with an optional write-in item for sexual orientations not listed. Youth were allowed to endorse multiple options. Mutually exclusive categories were created at the data cleaning stage so that analyses could compare youth across sexual orientation categories using the following hierarchy: gay/lesbian, bisexual, pansexual, queer, questioning, and straight/heterosexual. Thus, as an example, if an individual identified as "gay" and "queer" they were categorized as "gay/lesbian"; if an individual identified as "bisexual" and "questioning," they were categorized as "bisexual."

22  Pansexual identity is commonly defined as experiencing attraction to some people, regardless of their gender identity. This identity may be distinct from a Bisexual identity, which is commonly described as either experiencing attraction to some male-identified people and some female-identified people or as experiencing attraction to some people of the same gender and some people of different genders.

23  Students who indicated that they were asexual and another sexual orientation were categorized as another sexual orientation. Additionally, students who indicated that their only sexual orientation was asexual and also indicated that they were cisgender

were not included in the final study sample. Therefore, all students included in the Asexual category also are not cisgender (i.e., are transgender, genderqueer, another nonbinary identity, or questioning their gender).

24 Race/ethnicity was assessed with a single multi-check question item (i.e., African American or Black; Asian or South Asian; Native Hawaiian or other Pacific Islander; Native American, American Indian, or Alaska Native; White or Caucasian; Hispanic or Latino/ Latina/Latinx; and Arab American, Middle Eastern, or North African) with an optional write-in item for race/ethnicities not listed. Participants who selected more than one race category were coded as multiracial, with the exception of participants who selected either "Hispanic or Latino/Latina/Latinx" or "Arab American, Middle Eastern, or North African" as their ethnicity. Participants who selected either one ethnicity were coded as that ethnicity, regardless of any additional racial identities they selected. Participants who selected both ethnicities were coded as multiracial.

25 Latinx is a variant of the masculine "Latino" and feminine "Latina" that leaves gender unspecified and, therefore, aims to be more inclusive of diverse gender identities, including nonbinary individuals. To learn more: https://www.meriam-webster.com/words-at-play/word-history-latinx

26 Gender was assessed via two items: an item assessing sex assigned at birth (i.e., male or female) and an item assessing gender identity (i.e., cisgender, transgender, nonbinary, genderqueer, male, female, questioning, and an additional write-in option). Based on responses to these two items, students' gender was categorized for these analyses as: Cisgender (including cisgender male, cisgender female, cisgender nonbinary/genderqueer, or unspecified male or female), Transgender (including transgender male, transgender female, transgender nonbinary/genderqueer, and transgender only), Nonbinary/Genderqueer (including nonbinary, genderqueer, nonbinary/genderqueer male, nonbinary/genderqueer female, or another nonbinary identity (i.e., those who who wrote in identites such as "genderfluid," "agender" or "demigender") and Questioning. Students in the "nonbinary/genderqueer" group did not also identify as "transgender."

27 Receiving educational accommodations was assessed with a question that asked students if they received any educational support services at school, including special education classes, extra time on tests, resource classes, or other accommodations.

28 Students were placed into region based on the state they were from – Northeast: Connecticut, Delaware, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Washington, DC; South: Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia; Midwest: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin; West: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming; U.S. Territories: American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Virgin Islands.

29 Because of the large sample size and the multiple analyses conducted for this report, we use the more restrictive $p$<.01 in determinations of statistical significance for our analyses, unless otherwise indicated. To examine mean differences in feelings of unsafety a repeated measures multivariate analysis of variance (MANOVA) was conducted among the following "feeling unsafe because of…" variables: sexual orientation, gender expression, body size or weight, gender, disability, academic ability, family income, religion, race or ethnicity, how well one speaks English, citizenship status. The multivariate effect was significant, Pillai's Trace = .807, $F$(12, 16556) = 5768.36, $p$<.001, $\eta_p^2$ = .81. Pairwise comparisons were considered at $p$<.01. All variables were significantly different with the following exception: English proficiency was not different from citizenship status.

30 Darling, N., Caldwell, L. L., & Smith, R. (2005). Participation in school-based extracurricular activities and adolescent adjustment. *Journal of Leisure Research, 37*(1), 51-76.

Fredericks, J. A., & Eccles, J. S. (2006). Is extracurricular participation associated with beneficial outcomes? Concurrent and longitudinal relations. *Developmental Psychology, 42*(4), 698-713.

Peck, S. C., Roeser, R. W., Zarrett, N., & Eccles, J. S. (2008). Exploring the roles of extracurricular activity quantity and quality in the educational resilience of vulnerable adolescents: Variable

and pattern-centered approaches. *Journal of Social Issues, 62*(1), 125-155.

Toomey, R. B., & Russell, S. T. (2012). An initial investigation of sexual minority youth involvement in school-based extracurricular activities. *Journal of Research on Adolescence, 23*(2), 304-318.

31 Mean differences in the frequencies across types of biased remarks were examined using a repeated measures multivariate analysis of variance (MANOVA), and percentages are shown for illustrative purposes. The multivariate effect was significant. Pillai's Trace = .36, $F$(4, 16650) = 2343.87, $p$<.001. Differences were significant for all remarks. Hearing "gay" used in a negative way was higher than all others. Hearing "no homo" was lower than "gay" used in a negative way, but higher than other homophobic remarks, negative remarks about gender expression and negative remarks about transgender people. Hearing other homophobic remarks was lower than "gay" used in a negative way and other homophobic remarks, but higher than negative remarks about gender expression and negative remarks about transgender people. Hearing gender expression used in a negative way was higher than negative remarks about transgender people, but lower than "gay" used in a negative way, "no homo," and other homophobic remarks. Hearing negative remarks about transgender people was lower than all others.

32 Mean differences in the frequencies between types of biased remarks based on gender expression were examined using a paired samples t-test. The difference was significant, $t$(16683) = 51.84, $p$<.001, Cohen's $d$ = .40.

33 Mean differences in the frequencies of intervention regarding homophobic remarks and gender expression remarks by school staff and by students were examined using paired samples t-tests and percentages given for illustrative purposes. The differences were significant at $p$<.001 – staff intervention: $t$(10722) = -25.12; student intervention: $t$(15246) = 22.22, Cohen's $d$ = .18.

34 Burns, K. (December 27, 2019). *The internet made trans people visible. It also left them more vulnerable.* Vox. https://www.vox.com/identities/2019/12/27/21028342/trans-visibility-backlash-internet-2010

Faye, S. (March 30, 2018). *Trans visibility is greater than ever – but that's a double-edged sword.* The Guardian. https://www.theguardian.com/commentisfree/2018/mar/30/transgender-acceptance-media-international-day-visibility

Jaschik, S. (October 22, 2018). *Trump may eliminate trans rights.* Inside Higher Ed. https://www.insidehighered.com/news/2018/10/22/trump-administration-considers-plan-end-legal-status-transgender-students

35 Mean differences in the frequencies between homophobic remarks and gender expression remarks made by school staff were examined using a paired samples t-test. The difference was significant, $t$(15289) = 50.67, $p$<.001.

36 Mean differences in the frequencies across types of biased remarks were examined using a repeated measures multivariate analysis of variance (MANOVA), and percentages are shown for illustrative purposes. The multivariate effect was significant. Pillai's Trace = .77, $F$(10, 16597) = 5420.92, $p$<.001. Differences were significant for all remarks, anti-LGBTQ and other remarks. Hearing sexist remarks was higher than all others. Hearing "gay" used in a negative way was lower than hearing sexist remarks, but higher than all other remarks. Hearing negative remarks about ability was lower than hearing sexist remarks, and "gay" used in a negative way, but higher than all other remarks. Hearing the phrase "no homo" was lower than hearing sexist remarks, "gay" used in a negative way, and negative remarks about ability, but was higher than all other remarks. Hearing negative remarks about body size/weight was lower than hearing sexist remarks, "gay" used in a negative way, negative remarks about ability, and "no homo," but higher than all other remarks. Hearing racist remarks was lower than hearing sexist remarks, "gay" used in a negative way, negative remarks about ability, "no homo," and negative remarks about body size/weight, but higher than all other remarks. Hearing other homophobic remarks was higher than hearing negative remarks about gender expression, transgender people, religion, and immigration status, but lower than all other remarks. Hearing negative remarks about gender expression was higher than negative remarks about transgender people, religion, and immigration status, but lower than all other remarks. Hearing negative remarks about transgender people was higher than hearing negative remarks about religion and immigration status, but lower than all other remarks.

Hearing negative remarks about religion was higher than hearing negative remarks about immigration status, but lower than all other remarks. Hearing negative remarks about immigration status was lower than all other remarks.

37  Mean differences in the frequencies of verbal harassment based on sexual orientation, gender, and gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .05, $F(2, 16482) = 391.81$, $p<.001$, $\eta_p^2 = .05$. Univariate effects were considered at $p<.01$. Students experienced verbal harassment based on sexual orientation more commonly than gender expression or gender; students experienced verbal harassment based on gender expression more commonly than gender. Percentages are shown for illustrative purposes.

38  Mean differences in the frequencies of physical harassment based on sexual orientation, gender, and gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .007, $F(2, 16364) = 54.55$, $p<.001$, $\eta_p^2 = .01$. Univariate effects were considered at $p<.01$. Students experienced physical harassment based on sexual orientation more commonly than gender expression or gender; we did not observe a difference between physical harassment based on gender expression and based on gender. Percentages are shown for illustrative purposes.

39  Mean differences in the percentage of students who had ever experienced verbal harassment, physical harassment, and physical assault based on sexual orientation, gender, or gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .66, $F(2, 16071) = 15652.01$, $p<.001$, $\eta_p^2 = .66$. Pairwise comparisons were considered at $p<.01$. Students were more likely to experience verbal harassment than physical harassment or physical assault; students were more likely to experience physical harassment than physical assault.

40  Mean differences in the frequencies of physical assault based on sexual orientation, gender, and gender expression were examined using repeated measures multiple analysis of variance (MANOVA): Pillai's Trace = .00, $F(2, 16203) = 23.99$, $p<.001$, $\eta_p^2 = .00$. Univariate effects were considered at $p<.01$. Students experienced physical assault based on sexual orientation more commonly than gender expression or gender; we did not observe a difference between physical assault based on gender expression and based on gender. Percentages are shown for illustrative purposes.

41  Blakely-McClure, S. J., & Ostrov, J. M. (2016). Relational aggression, victimization, and self-concept: Testing pathways from middle childhood to adolescence. *Journal of Youth and Adolescence, 45*(2), 376-390.

Prinstein, M. J., Boergers, J., & Vernberg, E. M. (2010). Overt and relational aggression in adolescents: Social-psychological adjustment of aggressors and victims. *Journal of Clinical Child & Adolescent Psychology, 4*, 479-491.

Young, E. L., Boye, A. E., & Nelson, D. A. (2006). Relational aggression: Understanding, identifying, and responding in schools. *Psychology in the Schools, 4(43)*, 297-312.

42  GLSEN, CiPHR, & CCRC (2013). *Out online: The experiences of lesbian, gay, bisexual, and transgender youth on the Internet.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-01/ Out_Online_Full_Report_2013.pdf

Jones, L. M., Mitchell, K. J., & Finkelhor, D. (2013). Online harassment in context: Trends from three youth internet safety surveys. *Psychology of Violence, 3*, 53-69.

Ybarra, M. L., Mitchell, K. J., Palmer, N. A., & Reisner, S. L. (2015). Online social support as a buffer against online and offline peer and sexual victimization among US LGBT and non-LGBT youth. *Child Abuse & Neglect, 39*, 123-126.

43  To test differences in frequency of reporting victimization to family members by outness to family members, we conducted an independent samples t-test among LGBTQ students who had experienced victimization, where frequency of reporting to family was the dependent variable and being out or not was the independent variable. Results were significant, $t(8543.35) = -26.49$, $p<.001$.

44  To test differences on severity of experiences with anti-LGBTQ victimization between those who reported that they did not report victimization because it was "not that serious" and those who did not cite this reason for not reporting victimization, a multivariate analysis of variance (MANOVA) was conducted with three weighted victimization variables (based on sexual orientation, gender, and

gender expression) as dependent variables. The independent variable was dichotomous, where 1 = "not that serious" and "0" indicated that students had not cited this reason for not reporting victimization to school staff. Multivariate results were significant: Pillai's Trace = .05, $F(3, 9937) = 165.92$, $p<.001$. Univariate effects for all three types of anti-LGBTQ victimization were significant. Victimization based on sexual orientation: $F(1, 9939) = 453.23$, $p<.001$, $\eta_p^2 = .04$; Victimization based on gender: $F(1, 9939) = 318.38$, $p<.001$, $\eta_p^2 = .03$; Victimization based on gender expression: $F(1, 9939) = 366.63$, $p<.001$, $\eta_p^2 = .04$. Students who said that they did not report victimization because it was not that serious had lower levels of victimization based on sexual orientation, victimization based on gender, and victimization based on gender expression, than students who did not say this as a reason for not reporting victimization.

45  We define effectiveness in two different ways, one is whether staff made a positive impact on the school climate for the student who experienced the harassment or assault (e.g., preventing future harassment and assault), and the other is whether staff comforted the student who experienced the harassment or assault.

46  Chi-square tests were performed examining type of school staff response by whether it was perceived to be effective or ineffective (dichotomous variable was created for effectiveness: effective = "very effective" or "somewhat effective"; ineffective = "not at all effective" or "somewhat ineffective"). Responses that were more likely to be effective: Disciplined perpetrator: $\chi^2 = 599.92$, $df = 1$, $p<.001$, $\phi = .35$; Educated perpetrator about bullying: $\chi^2 = 262.38$, $df = 1$, $p<.001$, $\phi = .23$; Contacted perpetrator's parents: $\chi^2 = 222.19$, $df = 1$, $p<.001$, $\phi = .22$; and Provided emotional support: $\chi^2 = 634.90$, $df = 1$, $p<.001$, $\phi = .36$.

47  Chi-square tests were performed examining type of school staff response by whether it was perceived to be effective or ineffective (dichotomous variable was created for effectiveness: effective = "very effective" or "somewhat effective"; ineffective = "not at all effective" or "somewhat ineffective"). Responses that were more likely to be ineffective: Told reporting student to change their behavior: $\chi^2 = 289.72$, $df = 1$, $p<.001$, $\phi = -.25$; Disciplined the reporting student: $\chi^2 = 88.99$, $df = 1$, $p<.001$, $\phi = -.14$; Did nothing/Told student to ignore: $\chi^2 = 1151.29$, $df = 1$, $p<.001$, $\phi = -.49$; Talked to the perpetrator/told the perpetrator to stop: $\chi^2 = 395.43$, $df = 1$, $p<.001$, $\phi = -.29$; Filed a report: $\chi^2 = 161.59$, $df = 1$, $p<.001$, $\phi = -.18$; Referred the incident to another staff member: $\chi^2 = 70.22$, $df = 1$, $p<.001$, $\phi = -.12$; Contacted the reporting student's parents: $\chi^2 = 31.26$, $df = 1$, $p<.001$, $\phi = -.08$; Used peer mediation/conflict resolution approach: $\chi^2 = 46.63$, $df = 1$, $p<.001$, $\phi = -.10$; Educated class/school about bullying: $\chi^2 = 45.12$, $df = 1$, $p<.001$, $\phi = -.10$; and Separated students: $\chi^2 = 190.63$, $df = 1$, $p<.001$, $\phi = -.20$.

48  stopbullying.gov. (n.d.). *Misdirections in bullying prevention and intervention.* https://www.stopbullying.gov/sites/default/ files/2017-10/misdirections-in-prevention.pdf

49  Human Rights Campaign (n.d.). The lies and dangers of efforts to change sexual orientation or gender identity. https://www.hrc.org/ resources/the-lies-and-dangers-of-reparative-therapy

50  Greytak, E. A., Kosciw, J. G., Villenas, C., & Giga, N. M. (2016). *From Teasing to Torment: School Climate Revisited, A Survey of U.S. Secondary School Students and Teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_ Teasing_to_Tormet_Revised_2016.pdf

51  The Day of Silence is a national student-led event, coordinated by GLSEN, that is designed to draw attention to anti-LGBTQ name-calling, bullying, and harassment in schools. Visit dayofsilence.org for more information

52  A series of chi-square tests were conducted to examine the relationship between locker room discrimination and: sports participation (intramural or interscholastic), avoiding gym/ physical education classes, avoiding sports fields, and avoiding locker rooms. The results for all tests were significant. Sports participation: $\chi^2 = 66.40$, $df = 1$, $p<.001$, $\phi = -.07$; avoiding gym: $\chi^2 = 905.43$, $df = 1$, $p<.001$, $\phi = .24$; avoiding sports fields: $\chi^2 = 492.08$, $df = 1$, $p<.001$, $\phi = .17$; avoiding locker rooms: $\chi^2 = 1191.28$, $df = 1$, $p<.001$, $\phi = .27$.

53  American Medical Association. (2018). *Transgender individuals' access to public facilities.* https://www.ama-assn.org/system/ files/2019-03/transgender-public-facilities-issue-brief.pdf

54  A chi-square test was conducted to compare avoiding bathrooms by

experiences of bathroom-based discrimination: $\chi^2 = 1873.89$, $df = 1$, $p<.001$, $\phi = .34$. Percentages are shown for illustrative purposes.

55  A small percentage of survey respondents (1.0%) attended single-sex spaces. Given that single-sex spaces are uniquely gendered spaces, all analyses regarding gender separation in schools excluded students who attended single-sex schools. More information about the experiences of LGBTQ students in single-sex schools can be found in the *School Climate and School Characteristics* section of this report.

56  To assess differences in high school graduation plans by grade level, an analysis of variance (ANOVA) was performed where grade level was the dependent variable and high school graduation plans was the independent variable. Results were significant: $F(2, 16628) = 75.33$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Students who were unsure whether they would graduate high school were in lower grades than those who planned on graduating high school as well those who did not plan on graduating high school. We did not observe a significant difference between those who planned on graduating high school and those who did not plan on graduating high school.

57  Heckman, J. J., Humphries, J. E., & Mader, N. S. (2010). *The GED: NBER working paper no. 16064.* Cambridge, MA: National Bureau of Economic Research. https://www.nber.org/papers/w16064.pdf

   Tyler, J., & Lofstrom, M. (2008). *Is the GED an effective route to postsecondary education for school dropouts?* Bonn, Germany: Institute for the Study of Labor (IZA). https://www.nber.org/papers/w13816.pdf

58  The full percentage breakdown of educational aspirations for LGBTQ students planning to obtain a GED are as follows: 40.6% planned to obtain a GED only; 10.9% planned to complete Vocational, Trade, or Technical School; 15.6% planned to obtain an Associate's degree; 20.6% planned to obtain a Bachelor's degree; and, 12.2% planned to obtain a Graduate degree.

59  Mean differences in the frequencies of reasons for not planning to finish high school or being unsure about finishing high school were examined using repeated measures analysis of variance (ANOVA): Pillai's Trace = .84, $F(5, 627) = 759.07$, $p<.001$. Univariate effects were considered at $p<.01$. Significant differences were observed between all reasons for not planning to finish high school, except we did not observe a difference between academic concerns and hostile school climate. Percentages are shown for illustrative purposes.

60  Espelage, D. L., Merrin, G. J., & Hatchel, T. (2016). Peer victimization and dating violence among LGBTQ youth: The impact of school violence and crime on mental health outcomes. *Youth Violence and Juvenile Justice, 16*(2), 156-173.

61  Watson, R.J., & Russell, S.T. (2014). Disengaged or bookworm: Academics, mental health, and success for sexual minority youth *Journal of Research on Adolescence, 26*(1), 159-165.

62  Palmer, N. A., & Greytak, E. A. (2017). LGBTQ student victimization and its relationship to school discipline and justice system involvement. *Criminal Justice Review, 42*(2), 163-187.

63  To assess differences in high school graduation plans by absenteeism, an analysis of covariance (ANCOVA) was performed where number of school days missed was the dependent variable, whether or not a student planned to graduate high school was the independent variable, and student grade level was included as a covariate. Results were significant: $F(1, 16311) = 344.24$, $p<.001$, $\eta_p^2 = .02$. Students with higher absenteeism due to feeling unsafe/uncomfortable were less likely to plan to finish high school.

64  For purposes of analysis, we measured victimization by creating composite weighted variables for both types of victimization (victimization based on sexual orientation and victimization based on gender expression) based on the severity of harassment with more weight given to more severe forms of harassment. Physical assault received the most weight, followed by physical harassment, and verbal harassment.

65  To assess the relationship between anti-LGBTQ victimization and educational aspirations, a multivariate analysis of covariance (MANCOVA) was performed where severity of victimization based on sexual orientation and gender expression were the dependent variables, educational aspirations was the independent variable, and student grade level was included as a covariate. The multivariate effect was significant: Pillai's Trace = .02, $F(10, 31496) = 38.80$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for

victimization based on sexual orientation was significant: $F(5, 15748) = 45.81$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Those not planning to graduate high school experienced greater levels of victimization than all others. Those planning to only graduate high school, those planning to attend vocational, trade, or technical school, and those planning to obtain an associate's degree all experienced greater levels of victimization than those planning to obtain a Bachelor's or graduate degree. No other differences were observed. The univariate effect for victimization based on gender expression was also significant: $F(5, 15748) = 75.94$, $p<.001$, $\eta_p^2 = .02$. Post hoc differences were similar to victimization based on sexual orientation, except those planning to graduate high school only experienced greater levels of victimization than those planning to obtain an associate's degree. Percentages are shown for illustrative purposes.

66  To assess the relationship between anti-LGBTQ discriminatory school policies/practices and educational aspirations, an analysis of variance (ANCOVA) was performed where experiencing discrimination was the dependent variable, educational aspirations was the independent variable, and student grade level was included as a covariate. The effect was significant: $F(5, 16320) = 30.01$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Those planning to obtain a graduate degree as well as those planning to obtain a Bachelor's degree were less likely to experience discrimination than all others. No other differences were observed.

67  The relationship between GPA and severity of victimization was examined through Pearson correlations. – victimization based on sexual orientation: $r(16217) = -.19$, $p<.001$; victimization based on gender expression: $r(16023) = -.22$, $p<.001$.

68  To assess the relationship between educational achievement by experiencing anti-LGBTQ discriminatory policies and practices at school, an analysis of variance (ANOVA) was conducted, with GPA as the dependent variable, and experiencing anti-LGBTQ discrimination as the independent variable. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(1, 16527) = 333.30$, $p<.001$, $\eta_p^2 = .02$.

69  The relationship between missing school and severity of victimization was examined through Pearson correlations. *Victimization based on sexual orientation:* $r(16222) = .42$, $p<.001$; *victimization based on gender expression:* $r(16026) = .42$, $p<.001$. Percentages are shown for illustrative purposes.

70  To test differences in missing school for safety reasons by experiences of anti-LGBTQ discrimination at school, we conducted an independent samples t-test with missing any school as the dependent variable, and having experienced discrimination as the independent variable. Results were significant: $t(16376.37) = -39.94$, $p<.001$, Cohen's $d = .60$. Percentages are shown for illustrative purposes.

71  Kang-Brown, J., Trone, J., Fratello, J., & Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

   Pigott, C., Stearns, A. E., & Khey, D. N. (2018). School resource officers and the schools to prison pipeline: discovering trends of expulsions in public schools. *American Journal of Criminal Justice, 43*: 120-138.

   Skiba, R. J., Arredondo, M. I., & Williams, N. T. (2014). More than a metaphor: The contribution of exclusionary discipline to a school-to-prison pipeline. *Equity & Excellence in Education, 47*(4), 546-564.

   White, R. E., & Young, D. C. (2020). The social injustice of zero-tolerance discipline. In R. Papa (Ed), *Handbook on Promoting Social Justice in Education* (pp 2471-2485). Switzerland: Springer.

72  Kang-Brown, J., Trone, J., Fratello, J., Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

   White, R. E., & Young, D. C. (2020). The social injustice of zero-tolerance discipline. In R. Papa (Ed), *Handbook on Promoting Social Justice in Education* (pp 2471-2485). Switzerland: Springer.

73  Carr, S. (2014). How strict is too strict? The backlash against no-excuses discipline in high schools. *The Atlantic, December 2014.* Retrieved from http://www.theatlantic.com/magazine/archive/2014/12/how-strict-is-too-strict/382228/?utm_source = JFSF+Newsletter&utm_campaign = 78e5068481-Newsletter_December_2014&utm_medium = email&utm_term = 0_2ce9971b29-78e5068481-356428881

Department of Justice (DOJ). (2011). Attorney General Holder, Secretary Duncan announce effort to respond to school-to-prison pipeline by supporting good discipline practices. Press release. Washington, DC: DOJ. Retrieved from http://www.justice.gov/opa/pr/2011/July/11-ag-951.html.

Kang-Brown, J., Trone, J., Fratello, J., & Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Kostyo, S., Cardichon, J., & Darling-Hammond, L. (2018). Reducing student suspension rates. *Learning Policy Institute.* https://learningpolicyinstitute.org/sites/default/files/product-files/ESSA_Equity_Promise_Suspension_BRIEF.pdf

Mitchell, M. M., & Bradshaw, C. P. (2013). Examining classroom influences on student perceptions of school climate: The role of classroom management and exclusionary discipline strategies. *Journal of School Psychology, 51*(5), 599-61.

74 Christle, C. A., Jolivette, K., & Nelson, C. M. (2005). Breaking the school to prison pipeline: Identifying school risk and protective factors for youth delinquency. *Exceptionality, 13*(2), 69-88.

Fabelo, T., Thompson, M. D., Plotkin, M., Carmichael, D., Marchbanks, M. P., & Booth, E. A. (2011). *Breaking schools' rules: A statewide study of how school discipline relates to students' success and juvenile justice involvement.* New York, NY: The Council of State Governments Justice Center.

Kang-Brown, J., Trone, J., Fratello, J.,& Daftary-Kapur, T. (2013). *Generation later: What we've learned about zero tolerance in schools.* New York, NY: Vera Institute of Justice.

Reynolds, C. R., Skiba, R. J., Graham, S., Sheras, P., Conoley, J. C., & Garcia-Vazquez, E. (2008). Are zero tolerance policies effective in the schools? An evidentiary review and recommendations. *The American Psychologist, 63*(9), 852-862.

Sander, J. B., Sharkey, J. D., Groomes, A. N., Krumholz, L., Walker, K., & Hsu, J. Y. (2011). Social justice and juvenile offenders: Examples of fairness, respect, and access in education settings. *Journal of Educational and Psychological Consultation, 21*(4), 309-337.

Todis, B., Bullis, M., Waintrup, M., Schultz, R., & D'Ambrosio, R. (2001). Overcoming the odds: Qualitative examination of resilience among formerly incarcerated adolescents. *Exceptional Children, 68*(1), 119-139.

White, R. E., & Young, D. C. (2020). The social injustice of zero-tolerance discipline. In R. Papa (Ed), *Handbook on Promoting Social Justice in Education* (pp 2471-2485). Switzerland: Springer.

75 Arredondo, M., Gray, C., Russell, S., Skiba, R., & Snapp, S. (2016). *Documenting disparities for LGBT students: Expanding the collection and reporting of data on sexual orientation and gender identity.* Discipline Disparities: A Research-to Practice Collaborative. The Equity Project. Bloomington, IN.

GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth.* New York: GLSEN.

Himmelstein, K. E., & Brückner, H. (2011). Criminal-justice and school sanctions against nonheterosexual youth: A national longitudinal study. *Pediatrics, 127*(1), 49-57. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Panfil, V. R. (2018). LGBTQ populations of color, crime, and justice: an emerging but urgent topic. In R. Martinez Jr., M. E. Hollis, & J. I. Stowell (Eds), *The Handbook of Race, Ethnicity, Crime, and Justice* (pp. 415-433). Hoboken, NJ: John Wiley & Sons.

Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2015). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30,* 57-82.

76 High and low levels of victimization are indicated by a cutoff at the mean score of victimization: students above the mean were characterized as "Experiencing Higher Levels of Victimization."

To compare disciplinary experiences by severity of victimization based on sexual orientation and gender expression, two separate chi-square tests were conducted using a dichotomized variable indicating that students had experienced higher than average victimization, and a dichotomized variable regarding having experienced any type of school discipline. Both analyses were

significant. Victimization based on sexual orientation: $\chi^2 = 640.28$, $df = 1$, $p<.001$, $\phi = .20$; Victimization based on gender expression: $\chi^2 = 573.74$, $df = 1$, $p<.001$, $\phi = .19$. Students who had experienced higher levels of victimization for both types were more likely to have experienced school discipline than students who had experienced lower levels of victimization for both types.

77 To compare disciplinary experiences by missing school due to safety reasons, a chi-square test was conducted with the variable indicating whether a student had missed any school due to feeling unsafe or uncomfortable and a dichotomized variable regarding having experienced any type of school discipline: $\chi^2 = 587.77$, $df = 4$, $p < .001$, Cramer's $V = .19$. Students who had missed school were more likely to have experienced any school discipline than students who had not missed school.

78 To compare disciplinary experiences by experiences of discrimination at school, a chi-square test was conducted using a dichotomized variable indicating that students had experienced discriminatory policies or procedures  and a dichotomized variable regarding having experienced any type of school discipline: $\chi^2 = 559.16$, $df = 1$, $p<.001$, $\phi = .18$. Students who had experienced discriminatory policies or practices at school reported higher rates of school disciplinary action than students who had not experienced these policies or practices. Note further analyses demonstrated that these relationships between discriminatory practices and school discipline held even after controlling for peer victimization.

79 Goodenow, C., & Grady, K.E. (1993). The relationship of school belonging and friends' values to academic motivation among urban adolescent students. *Journal of Experimental Education, 62*(1), 60–71.

Murdock, T. B., & Bolch, M. B. (2005). Risk and protective factors for poor school adjustment in lesbian, gay, and bisexual (LGB) high school youth: Variable and person-centered analyses. *Psychology in the Schools, 42*(5), 159–172.

Wang, W., Vaillancourt, T., Brittain, H. L., McDougall, P., Krygsman, A., Smith, D., & Hymel, S. (2014). School climate, peer victimization, and academic achievement: Results from a multi-informant study. *School Psychology Quarterly, 29*(3), 360–377.

Wormington, S. V., Anderson, K. G., Schneider, A., Tomlinson, K. L., & Brown, S. A. (2016). Peer victimization and adolescent adjustment: Does school belonging matter? *Journal of School Violence, 15*(1), 1–21.

80 To assess school belonging in our survey, we used an instrument designed to measure the psychological sense of school membership among adolescents by Goodenow (1993):

Goodenow, C. (1993). The Psychological sense of school membership among adolescents: Scale development and educational correlates. *Psychology in the Schools, 30*(1), 79–90.

The measure includes 18 4-point Likert-type items, such as "Other students in my school take my opinions seriously."

81 The relationship between school belonging and severity of anti-LGBTQ victimization was examined through Pearson correlations: Victimization based on sexual orientation: $r(16217) = -.40$, $p<.001$; Victimization based on gender expression: $r(16021) = -.39$, $p<.001$. For illustrative purposes percentages of LGBTQ students "Demonstrating Positive School Belonging" are shown; positive and negative school belonging are indicated by a cutoff at the score indicating neither positive nor negative attitudes about one's belonging in school: students above this cutoff were characterized as "Demonstrating Positive School Belonging."

82 To test differences in school belonging by experiencing anti-LGBTQ discriminatory policies and practices at school, an analysis of variance (ANOVA) was conducted, with school belonging as the dependent variable, and experiencing any form of this type of discrimination as the independent variable. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(1, 16529) = 3160.18$, $p<.001$, $\eta_p^2 = .16$. Percentages are shown for illustrative purposes.

83 Gruber, J. E., & Fineran, S. (2008). Comparing the impact of bullying and sexual harassment victimization on the mental and physical health of adolescents. *Sex Roles, 59*(1-2), 1–13.

Hase, C.N., Goldberg, S.B., & Smith, D. (2015*).* Impacts of traditional bullying and cyberbullying on the mental health of middle school and high school students. *Psychology in Schools,*

52(6), 607–617.

Holt, M. K., Vivolo-Kantor, A. M., Polanin, J. R., Holland, K. M., DeGue, S., Matjasko, J. L., Wolfe, M, & Reid, G. (2015). Bullying and suicidal ideation and behaviors: A meta-analyses. *Pediatrics, 135*(2), 496-509.

Hong, J. S., & Espelage, D. L (2012). A review of research on bullying and peer victimization in school" An ecological system analysis. *Aggression and Violent Behavior, 17*(4), 311-322.

84    Greytak, E.A., Kosciw, J.G., Villenas, C., & Giga, N.M. (2016). *From Teasing to Torment: School Climate Revisited, A Survey of U.S. Secondary School Students and Teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

Kann, L., McManus, T., Harris, W. A., Shanklin, S. L., Flint, K. H., Queen, B., Lowry, R., Chyen, D., Whittle, L., Thornton, J., Lim, C., Bradford, D., Yamakawa, Y., Leon, M., Brener, N., & Ethier, K. A. (2018) Youth Risk Behavior Surveillance – United States, 2017. *MMWR Surveillance Summary* 2018; 67(No. SS-8):1-114. https://www.cdc.gov/mmwr/volumes/67/ss/ss6708a1.htm

85    Self-esteem was measured using the 10-item Likert-type Rosenberg self-esteem scale (RSE; Rosenberg, 1989), which includes such items as "I am able to do things as well as most people":

Rosenberg, M. (1989). *Society and the adolescent self-image* (Revised ed.) Middletown, CT: Wesleyan University Press.

86    Depression was measured using the 20-item Likert-type CES-D depression scale (Eaton et al., 2004), which includes such items as "During the past week, I felt hopeful about the future":

Eaton, W. W., Smith, C., Ybarra, M., Muntaner, C., & Tien, A. (2004). Center for Epidemiologic Studies Depression Scale: Review and Revision (CESD and CESD-R). In M. E. Maruish (Ed.), *The use of psychological testing for treatment planning and outcomes assessment: Instruments for adults* (pp. 363-377). Mahwah, NJ, US: Lawrence Erlbaum Associates Publishers.

87    The relationship between self-esteem and severity of victimization was examined through Pearson correlations: victimization based on sexual orientation: $r(16055) = -.226$, $p<.001$; victimization based on gender expression: $r(15866) = -.229$, $p<.001$. For illustrative purposes, percentages of students "Demonstrating Positive Self-Esteem." Positive and negative self-esteem are indicated by a cutoff at the score indicating neither positive nor negative feelings about oneself: students above this cutoff were characterized as "Demonstrating Positive Self-Esteem."

88    The relationship between depression and severity of victimization was examined through Pearson correlations: Victimization based on sexual orientation: $r(16058) =.348$, $p<.001$; Victimization based on gender expression: $r(15863) =.342$, $p<.001$. For illustrative purposes percentages of LGBTQ students with "Higher Levels of Depression" are shown; higher levels were determined by a cutoff at the mean score of depression: students above the mean were characterized as "Demonstrating Higher Levels of Depression."

89    Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American Journal of Public Health, 103*(5), 943–951.

Burton, C. M., Marshal, M. P., Chisolm, D. J., Sucato, G. S., & Friedman, M. S. (2013). Sexual minority-related victimization as a mediator of mental health disparities in sexual minority youth: A longitudinal analysis. *Journal of Youth and Adolescence, 42*, 394-402.

Lee, J. H., Gamarel, K. E., Bryant, K. J., Zaller, N. D., & Operario, D. (2016). Discrimination, mental health, and substance use disorders among sexual minority populations. *LGBT Health, 3*(4), 258-265.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*(5), 674.

90    To test differences in self-esteem by experiencing ant-LGBTQ discriminatory policies and practices at school, as analysis of variance (ANOVA) was conducted, with self-esteem as the dependent variable, and experiencing ant-LGBTQ discrimination as the independent variable. The main effect for experiencing ant-LGBTQ discrimination was significant: $F(1, 16355) = 873.33$, $p<.001$, $\eta_p^2 =.05$.

91    To test differences in depression by experiencing discriminatory policies and practices at school, as analysis of variance (ANOVA) was conducted, with depression as the dependent variable, and experiencing discrimination as the independent variable. The main effect for experiencing discrimination was significant: $F(1, 16356) = 1701.16$, $p<.001$, $\eta_p^2 = .09$. In order to account for experiences of victimization on the effect of discrimination on depression, an analysis of covariance (ANCOVA) was conducted, controlling for victimization. Even when accounting for direct experiences of victimization, the ANCOVAs revealed differences between students who had experienced discriminatory policies and practices and those who had not; thus, results of the ANOVAs are reported for the sake of simplicity.

92    GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/Educational_Exclusion_2013.pdf

Center for American Progress & Movement Advancement Project (2016). *Unjust: How the broken criminal justice system fails LGBT people.* Washington, DC: MAP. https://www.lgbtmap.org/file/lgbt-criminal-justice.pdf

Palmer, N. A., & Greytak, E. G. (2017). LGBTQ student victimization and its relationship to school discipline and justice system involvement. *Criminal Justice Review, 42*(2), 163-187.

Poteat, P. V., Scheer, J. R., & Chong, E. S. K. (2016). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2), 229-241.

93    Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*(1), 45-63.

Palmer, N.A., Kosciw, J.G., & Greytak, E.A. (2016). Disrupting hetero-gender- normativity: The complex role of LGBT affirmative supports at school. In S. T. Russell & S. S. Horn (Eds.) *Sexual orientation, gender identity, and schooling: The nexus of research, practice, and policy* (pp. 68-74). Oxford University Press.

94    Denault, A. & Guay, F. (2017). Motivation towards extracurricular activities and motivation at school: A test of the generalization effect hypothesis. *Journal of Adolescence, 54*, 94–103.

Farb, A. F., & Matjasko, J. L. (2012). Recent advances in research on school-based extracurricular activities and adolescent development. *Developmental Review, 32*(1), 1–48.

Fredericks, J. A., & Eccles, J. S. (2006). Is extracurricular participation associated with beneficial outcomes? Concurrent and longitudinal relations. *Developmental Psychology, 42*(4), 698–713.

Kort-Butler, L. A. & Hagewen, K. J. (2011). School-based extracurricular activity involvement and adolescent self-esteem: A growth-curve analysis. *Journal of Youth and Adolescence, 40*(5), 568–581.

Toomey, R. B., & Russell, S. T. (2013). An initial investigation of sexual minority youth involvement in school-based extracurricular activities. *Journal of Research on Adolescence, 23*(2), 304-318.

95    Greytak, E. A., Kosciw, J. G., Villenas, C. & Giga, N. M. (2016). *From teasing to torment: School climate revisited, A survey of U.S. secondary school students and teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

96    Griffin, P., Lee, C., Waugh, J., & Beyer, C. (2004). Describing roles that gay-straight alliances play in schools: From individual support to school change. *Journal of Gay & Lesbian Issues in Education, 1*(3), 7-22.

Porta, C. M., Singer, E., Mehus, C. J., Gower, A. M., Saewyc, E., Fredkove, W., & Eisenberg, M. E. (2017). LGBTQ youth's view of Gay-Straight Alliances: building community, providing gateways, and representing safety and support. *Journal of School Health, 87*(7), 489-497.

St. John, A., Travers, R., Munro, L., Liboro, R. M., Schneider, M., & Greig, C. L. (2014). The success of Gay–Straight Alliances in Waterloo region, Ontario: A confluence of political and social factors. *Journal of LGBT Youth, 11*(2), 150-170.

97    Miceli, M. (2005). *Standing out, standing together: The social and political impact of gay-straight alliances.* New York: Routledge.

Poteat, V. P. (2017). Gay-Straight Alliances: promoting student resilience and safer school climates. *American Educator, 40*(4), 10-14.

Sweat, J. W. (2004). *Crossing boundaries: Identity and activism in Gay-Straight Alliances.* University of California, Davis.

98  Ocampo, A. C. & Soodjinda, D. (2016). Invisible Asian Americans: The intersection of sexuality, race, and education among gay Asian Americans. *Race Ethnicity and Education, 19*(3), 480–499.

Toomey, R. B., Huynh, V. W., Jones, S. K., Lee, S. & Revels-Macalinao, M. (2016). Sexual minority youth of color: A content analysis and critical review of the literature. *Journal of Gay and Lesbian Mental Health, 21*(1), 3–31.

99  Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Black-2020.pdf

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Asian American and Pacific Islander LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-AAPI-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Latinx LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Latinx-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Native American, American Indian, and Alaska Native LGBTQ youth in U.S. schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Native-2020.pdf

100  Mean differences in the frequencies of positive and negative LGBTQ inclusion were compared using repeated measures analysis of variance (ANOVA): Pillai's Trace = .00, $F$(1, 16635) = 32.41, $p$ = .001, $\eta_p^2$ = .00. Positive inclusion was higher than negative inclusion.

101  71.7% of students reported that LGBTQ-related topics were not included in any textbooks or other assigned readings and 8.7% reported that they did not know if these topics were included.

102  24.1% of students reported that they could not find LGBTQ-related books or information in their school library, and 27.0% reported that they did not know if their library had these resources.

103  To test differences between inclusion of LGB topics and inclusion of transgender and nonbinary topics, a McNemar Chi-Square test was conducted among students who had received sex education. The test included two dichotomous variables, indicating whether LGB and whether transgender and nonbinary topics were included in their sex education. The results were significant: $\chi 2$=706.64, $df$ = 1, $p$<.001, $\phi$ = .62. LGB topics were more common in sex education classes than transgender and nonbinary topics.

104  To test differences between quality of LGB topics and quality of transgender and nonbinary topics included in sex education, a paired samples t-test was conducted on the LGB quality and transgender and nonbinary quality variables, each measuring the quality of content, from "Very Negative" to "Very Positive." The results were significant: $t$(2000) = 12.59, $p$<.001, Cohen's $d$ = .23.

105  Mean differences in comfort level talking to school staff across type of school staff member were examined using repeated measures multivariate analysis of variance (repeated measures MANOVA), with type of school staff as the independent variable and comfort level for each of the seven school staff categories as the dependent variables. The multivariate effect was significant: Pillai's Trace = .52, $F$(6, 16294) = 2983.89, $p$<.001, $\eta_p^2$ = .52. Univariate effects were considered at $p$<.01. All mean differences were significant except between Principal/Vice Principal and School Safety/Resource/Security Officer. Percentages are shown for illustrative purposes.

106  Visit https://glsen.org/safespace for more information or to obtain a Safe Space Kit for an educator or school.

107  Note: The generic policy category includes students who explicitly said that their school policy included neither sexual orientation or gender expression, and also students who said they were unsure if their school policy included those protections.

108  Kosciw, J. G., Greytak, E. A., Zongrone, A. D., Clark, C. M., & Truong, N. L. (2018). *The 2017 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools.* New York: GLSEN. http://live-glsen-website.pantheonsite.io/sites/default/files/2019-10/GLSEN-2017-National-School-Climate-Survey-NSCS-Full-Report.pdf

GLSEN (2016). *Educational exclusion: Drop out, push out, and the school-to-prison pipeline among LGBTQ youth.* New York, NY: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Movement Advancement Project (MAP) and GLSEN. (April 2017). *Separation and stigma: Transgender youth and school facilities.* https://www.lgbtmap.org/file/transgender-youth-school.pdf

109  U.S. Department of Education, Office of Elementary and Secondary Education, Office of Safe and Healthy Students. (May 2016). *Examples of policies and emerging practices for supporting transgender students.* https://www2.ed.gov/about/offices/list/oese/oshs/emergingpractices.pdf

110  To compare LGBTQ students' reports of having a transgender and nonbinary policy in their school by cisgender status (cisgender vs transgender and nonbinary vs questioning), a chi-square test was conducted. The test was significant: $\chi^2$ = 197.38, $df$ = 4, $p$<.001, Cramer's V = .08. Cisgender students and questioning students were more likely to indicate that they were "not sure" if their school had such a policy, and less likely to indicate that they had a such a policy, than compared to transgender and nonbinary students. No other differences were found.

111  The table below shows student reports of areas addressed in transgender and nonbinary student school policies and official guidelines for the full LGBTQ sample (includes cisgender, questioning, and transgender and nonbinary students). The percentages for the full LGBTQ sample were similar to the transgender and nonbinary student sample (see Table 2.4 in the report).

| | % of LGBTQ Students with Policy | % of All LGBTQ Students in Survey |
|---|---|---|
| Use pronoun/name of choice | 87.8% | 9.4% |
| Which bathroom to use (boys or girls) | 65.3% | 7.0% |
| Access gender neutral bathroom | 61.8% | 6.6% |
| Change official school records after name or gender change | 59.9% | 6.4% |
| Participate in extracurricular activities that matches their gender (non-sports) | 53.2% | 5.7% |
| Dress codes/school uniforms match gender identity | 49.2% | 5.2% |
| Locker rooms that match gender identity | 42.7% | 4.6% |
| Participate in school sports that match their gender identity | 39.9% | 4.2% |
| Stay in housing during field trips or in dorms that match gender identity | 28.3% | 3.0% |
| Another topic not listed (e.g., confidentiality policies, education for school community) | 1.3% | 0.1% |

112  Mean differences in prevalence of policy components among transgender and other nonbinary students were examined using a repeated measures multivariate analysis of variance (repeated measures MANOVA). The multivariate effect was significant: Pillai's Trace = .62, $F$(8, 872) = 178.06, $p$<.001, $\eta_p^2$ = .62. Univariate effects were considered at $p$<.01. All mean differences were significant except between: official records and use of bathroom

(boys or girls); official records and gender neutral bathrooms; school sports participation and locker rooms; extracurricular participation (non-sports) and dress codes/uniforms; use of bathroom (boys or girls) and gender neutral bathrooms; locker rooms and dress codes/uniforms.

113 Palmer, N.A., Kosciw, J.G., & Greytak, E.A. (2017). Disrupting hetero-gender-normativity: The complex role of LGBT affirmative supports at school. In S. T. Russell & S. S. Horn (Eds.) *Sexual orientation, gender identity, and schooling: The nexus of research, practice, and policy* (pp. 68-74). New York, NY: Oxford University Press.

114 Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*(1), 45-63.

115 Porta, C. M., Singer, E., Mehus, C. J., Gower, A. L., Saewyc, E., Fredkove, W., & Eisenberg, M. E. (2017). LGBTQ youth's views on Gay-Straight Alliances: Building community, providing gateways, and representing safety and support. *Journal of School Health, 87*(7), 489-497.

Toomey, R. B., & Russell, S. T. (2013). Gay-Straight Alliances, social justice involvement, and school victimization of lesbian, gay, bisexual, and queer youth: Implications for school well-being and plans to vote. *Youth & Society, 45*(4), 500-522.

116 Griffin, P., Lee, C., Waugh, J., & Beyer, C. (2004). Describing roles that Gay-Straight Alliances play in schools: From individual support to school change. *Journal of Gay & Lesbian Issues in Education, 1*(3), 7-22.

117 Poteat, V. P. (2017). Gay-Straight Alliances: Promoting student resilience and safer school climates. *American Educator, 40*(4), 10.

Toomey, R. B., Ryan, C., Diaz, R. M., & Russell, S. T. (2011). High school Gay–Straight Alliances (GSAs) and young adult well-being: An examination of GSA presence, participation, and perceived effectiveness. *Applied developmental science, 15*(4), 175-185.

118 To test differences in hearing biased remarks by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and frequency of hearing anti-LGBTQ remarks as the dependent variables. The multivariate effect was significant: Pillai's trace = .03, $F$(5, 16615) = 118.53, $p$<.001, $\eta_p^2$ = .03. The univariate effects of GSA presence on anti-LGBTQ remarks were all significant – "Gay" used in a negative way: $F$(1, 16619) = 490.41, $p$<.001, $\eta_p^2$ = .03; The phrase "no homo": $F$(1, 16619) = 155.94, $p$<.001, $\eta_p^2$ = .01; Other homophobic remarks: $F$(1, 16619) = 513.24, $p$<.001, $\eta_p^2$ = .02; Negative remarks regarding gender expression: $F$(1, 16619) = 183.82, $p$<.001, $\eta_p^2$ = .01; Negative remarks about transgender people: $F$(1, 16619) = 161.20, $p$<.001, $\eta_p^2$ = .01. Percentages are shown for illustrative purposes.

119 To test differences in feeling unsafe regarding their sexual orientation and gender expression, experiences of anti-LGBTQ victimization, and missing school because of safety concerns by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and feeling unsafe regarding their sexual orientation and gender expression, experiences of anti-LGBTQ victimization, and missing school because of safety concerns as the dependent variables. The multivariate effect was significant: Pillai's trace = .04, $F$(5, 15795) = 121.85, $p$<.001. The univariate effects of GSA presence on feeling unsafe regarding their sexual orientation and gender expression were significant – Feeling unsafe regarding their sexual orientation: $F$(1, 15799) = 309.63, $p$<.001, $\eta_p^2$ = .02; Feeling unsafe regarding their gender expression: $F$(1, 15799) = 52.74, $p$<.001, $\eta_p^2$ = .00. Percentages are shown for illustrative purposes.

120 To test differences in victimization based on sexual orientation and gender expression by presence of a GSA, these variables were included in the MANOVA described in the previous endnote. The univariate effects of GSA presence on victimization based on sexual orientation and based on gender expression were significant – Victimization based on sexual orientation: $F$(1, 15799) = 425.30, $p$<.001, $\eta_p^2$ = .03; Victimization based on gender expression: $F$(1, 15799) = 221.94, $p$<.001, $\eta_p^2$ = .01. For illustrative purposes, figures depicting differences in victimization based on sexual orientation or gender expression rely on a cutoff at the mean score of victimization: students above the mean score were characterized as "Experiencing Higher Levels of Victimization." Percentages are

shown for illustrative purposes.

121 To test differences in missing school because of feeling unsafe or uncomfortable by presence of a GSA, this variable was included in the MANOVA described in previous endnotes. The univariate effect of GSA presence on days missing school in the past month was significant: $F$(1, 15799) = 236.30, $p$<.001, $\eta_p^2$ = .02. Percentages are shown for illustrative purposes.

122 To test differences in number of supportive school staff by presence of a GSA, an independent-samples t-test was conducted, with GSA presence as the independent variable, and number of supportive staff as the dependent variable. The effect of GSA presence on number of supportive staff was significant: $t$(11004.62) = -56.38, $p$<.001, Cohen's $d$ = .93. Percentages are shown for illustrative purposes.

In addition, a chi-square test was conducted to compare the likelihood of having any supportive staff at all (having at least 1 supportive staff vs having no supportive staff) by presence of a GSA. The test was significant: $\chi^2$ = 459.08, $df$ = 1, $p$<.001, $\phi$ = .17. Students who had a GSA at their school were more likely to have at least 1 supportive educator compared to students who did not have a GSA at their school.

123 To test differences in staff intervention regarding anti-LGBTQ remarks by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and frequency of staff intervention in homophobic remarks and negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .02, $F$(2, 10702) = 117.58, $p$<.001. The univariate effects of GSA presence on staff intervention in both homophobic remarks and negative remarks about gender expression were significant – Homophobic remarks: $F$(1, 10703) = 204.89, $p$<.001, $\eta_p^2$ = .02; Negative remarks about gender expression: $F$(1, 10703) = 155.74, $p$<.001, $\eta_p^2$ = .01. Percentages are shown for illustrative purposes.

124 GLSEN Days of Action (including Ally Week, No Name-Calling Week, and Day of Silence) are national student-led events of school-based LGBTQ advocacy, coordinated by GLSEN. The Day of Silence occurs each year in the spring, and is designed to draw attention to anti-LGBTQ name-calling, bullying and harassment in schools. Visit https://www.dayofsilence.org for more information.

125 To test differences in GLSEN Days of Action participation by presence of a GSA, a chi-square test was conducted. The test was significant: $\chi^2$ = 1114.38, $df$ = 1, $p$<.001, $\phi$ = .26. Students with a GSA at their school were more likely to participate in GLSEN Days of Action than student without a GSA at their school.

126 The full breakdown of student responses to the question, "In general, how accepting do you think students at your school are of LGBTQ people?" was as follows: not at all accepting: 4.4%, not very accepting: 26.9%, neutral: 25.2%, somewhat accepting: 32.9%, very accepting: 10.6%.

127 To test differences in peer acceptance and peer intervention regarding anti-LGBTQ remarks by presence of a GSA, a multivariate analysis of variance (MANOVA) was conducted, with GSA presence as the independent variable, and peer acceptance, peer intervention regarding homophobic remarks, and peer intervention regarding negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .08, $F$(3, 15210) = 408.18, $p$<.001. The univariate effect of GSA presence on peer acceptance was significant: $F$(1, 15212) = 1224.10, $p$<.001, $\eta_p^2$ = .07. Percentages are shown for illustrative purposes.

128 To test differences in peer intervention regarding anti-LGBTQ remarks by presence of a GSA, we conducted the MANOVA described in the previous endnote. The univariate effects of GSA presence on student intervention were significant – Homophobic remarks, $F$(1, 15212) = 42.91, $p$<.001, $\eta_p^2$ = .00; Negative remarks about gender expression, $F$(1, 15212) = 45.03, $p$<.001, $\eta_p^2$ = .00. Percentages are shown for illustrative purposes.

129 To test differences in school belonging and presence of a GSA, an independent-samples t-test was conducted, with presence of a GSA as the independent variable and school belonging as the dependent variable. The effect was significant: $t$(13347.26) = -31.25, $p$<.001, Cohen's $d$ = .50.

130 To test differences in well-being and presence of a GSA a multivariate analysis of variance (MANOVA) was conducted, with the presence of a GSA as the independent variable, and depression

and self-esteem as the dependent variables. The multivariate effect was significant: Pillai's trace = .02, $F(2, 16370) = 138.49$, $p<.001$. The univariate effects of GSA presence on depression and self-esteem were both significant – Depression: $F(1, 16371) = 269.71$, $p<.001$, $\eta_p^2 = .02$; Self-esteem: $F(1, 16371) = 193.05$, $p<.001$, $\eta_p^2 = .01$.

131  Gay, G. (2018). *Culturally responsive teaching: Theory, research, and practice, third edition.* New York, NY: Teachers College Press.

National Association for Multicultural Education (NAME). (2020). *Definitions of multicultural education.* https://www.nameorg.org/definitions_of_multicultural_e.php

132  Greytak, E. & Kosciw, J. (2013). Responsive classroom curricula for lesbian, gay, bisexual, transgender, and questioning students. In E. Fisher, & K. Komosa-Hawkins (Eds.) *Creating School Environments to Support Lesbian, Gay, Bisexual, Transgender, and Questioning Students and Families: A Handbook for School Professionals* (pp. 156-174). New York, NY: Routledge.

Palmer, N. A., Kosciw, J. G., Greytak, E. A., & Boesen, M. J. (2016). Disrupting hetero-gender-normativity: The complex role of LGBT affirmative supports at school. In S. T. Russell & S Horn (Eds) *Sexual Orientation, Gender Identity, and Schooling: The Nexus of Research, Practice, and Policy* (pp. 58-74). New York, NY: Oxford University Press.

Snapp, S. D., Sinclair, K. O., Russell, S. T., McGuire, J. K., & Gabrion, K. (2015). LGBTQ-inclusive curricula: Why supportive curricula matter. *Sex Education, 15*(6), 580-596.

133  To test differences in hearing homophobic remarks by presence of an inclusive curriculum, a multivariate analysis of variance (MANOVA) was conducted, with inclusive curriculum presence as the independent variable, and frequency of hearing anti-LGBTQ remarks as the dependent variables. The multivariate effect was significant: Pillai's trace = .06, $F(5, 16606) = 192.06$, $p<.001$. The univariate effects for inclusive curriculum presence was significant for hearing all types of anti-LGBTQ language – "Gay" used in a negative way: $F(1, 16612) = 724.53$, $p<.001$, $\eta_p^2 = .04$; The phrase "no homo": $F(1, 16612) = 139.59$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(1, 16612) = 609.42$, $p<.001$, $\eta_p^2 = .04$; Negative remarks about gender expression: $F(1, 16612) = 271.43$, $p<.001$, $\eta_p^2 = .02$; Negative remarks about transgender people: $F(1, 16612) = 443.62$, $p<.001$, $\eta_p^2 = .03$. Percentages are shown for illustrative purposes.

134  To test differences in victimization by presence of an inclusive curriculum, a multivariate analysis of variance (MANOVA) was conducted, with inclusive curriculum as the independent variable, and victimization based on sexual orientation and gender expression, feeling unsafe because of their sexual orientation and gender expression, and missing school because of feeling unsafe or uncomfortable as the dependent variables. The multivariate effect was significant: Pillai's trace = .76, $F(5, 15789) = 105.16$, $p<.001$. The univariate effects for victimization were significant – Victimization based on sexual orientation: $F(1, 15795) = 254.06$, $p<.001$, $\eta_p^2 = .02$; Victimization based on gender expression was significant: $F(1, 15795) = 174.83$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

135  To test differences in feelings of safety because of sexual orientation and gender expression by the presence of a school curriculum, this variable was included in the MANOVA described in the previous endnote above. The univariate effects for feeling unsafe were significant – Feeling unsafe regarding their sexual orientation: $F(1, 15795) = 354.86$, $p<.001$, $\eta_p^2 = .02$; Feeling unsafe regarding their gender expression: $F(1, 15795) = 133.12$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

136  To test differences in days missed school because of feeling unsafe or uncomfortable by the presence of an inclusive curriculum, this variable was included in the MANOVA described in previous endnotes. The univariate effect for missing school was significant: $F(1, 15795) = 191.89$, $p<.001$, $\eta_p^2 = .01$. Percentages are shown for illustrative purposes.

137  To test differences in feeling comfortable talking to teachers about LGBTQ issues by presence of an inclusive curriculum, an analysis of variance (ANOVA) was conducted, with presence of an inclusive curriculum as the independent variable and feeling comfortable talking to teachers about LGBTQ issues as the dependent variable. The main effect was significant: $F(1, 16601) = 1162.04$, $p<.001$, $\eta_p^2 = .07$. Percentages are provided for illustrative purposes.

138  To test differences in academic achievement, an independent-samples t-test was conducted with presence of an inclusive curriculum as the independent variable, and GPA as the dependent variable. The effect was significant: $t(5213.04) = -5.45$, $p<.001$, Cohen's $d = .10$.

139  To test differences in educational aspirations, an independent-samples t-test was conducted with presence of an inclusive curriculum as the independent variable and educational aspirations as the dependent variable. The effect was significant: $t(5342.13) = -8.21$, $p<.001$, Cohen's $d = .14$.

To test differences in plans to graduate high school and plans to pursue secondary education by presence of an inclusive curriculum, two separate chi-square tests were conducted. The effect of inclusive curriculum on plans to pursue secondary education was significant: $\chi^2 = 23.88$, $df = 1$, $p<.001$, $\phi = .04$. The effect of inclusive curriculum on plans to graduate high school was significant: $\chi^2 = 8.30$, $df = 1$, $p<.01$, $\phi = .02$.

140  To test differences in peer acceptance about LGBTQ people and student intervention regarding anti-LGBTQ remarks by presence of an inclusive curriculum, a multivariate analysis of variance (MANOVA) was conducted, with inclusive curriculum as the independent variable, and peer acceptance about LGBTQ people and peer intervention regarding homophobic remarks and negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .08, $F(3, 15204) = 464.80$, $p<.001$. The univariate effect for peer acceptance was significant: $F(1, 15206) = 1235.44$, $p<.001$, $\eta_p^2 = .08$. Percentages are shown for illustrative purposes.

141  To test differences in student intervention regarding anti-LGBTQ remarks by presence of an inclusive curriculum, these variables were included in the MANOVA described in previous endnote. The univariate effects were significant – Peer intervention when hearing homophobic remarks: $F(1, 15206) = 283.99$, $p<.001$, $\eta_p^2 = .02$; Peer intervention when hearing negative remarks about gender expression: $F(1, 15206) = 310.34$, $p<.001$, $\eta_p^2 = .02$. Percentages are shown for illustrative purposes.

142  To test differences in school belonging and presence of an inclusive curriculum, an analysis of variance (ANOVA) was conducted with presence of an inclusive curriculum as the independent variable and school belonging as the dependent variable. The main effect was significant: $F(1, 16627) = 1568.36$, $p<.001$, $\eta_p^2 = .09$.

143  To test differences in well-being and presence of an inclusive curriculum, two separate one-way analyses of variance (ANOVAs) were conducted with the presence of an inclusive curriculum as the independent variable and depression and self-esteem as the dependent variables. The main effect for self-esteem was significant: $F(1, 16455) = 416.42$, $p<.001$, $\eta_p^2 = .03$. The main effect for depression was significant: $F(1, 16456) = 404.50$, $p<.001$, $\eta_p^2 = .02$.

144  Klem, A. M., & Connell, J. P. (2004). Relationships matter: Linking teacher support to student engagement and achievement. *Journal of School Health, 74*(7), 262–273.

Konishi, C., Hymel, S., Zumbo, B. D., & Li, Z. (2010). Do school bullying and student—teacher relationships matter for academic achievement? A multilevel analysis. *Canadian Journal of School Psychology, 25*(1), 19-39.

Shepard, J., Salina, C, Girtz, S, Cox, J., Davenport, N., & Hillard, T. L. (2012). Student success: Stories that inform high school change. *Reclaiming Children and Youth, 21*(2), 48-53.

Vollet, J. W., Kindermann, T. A., Skinner, E. A. (2017) In peer matters, teachers matter: Peer group influences on students' engagement depend on teacher involvement. *Journal of Educational Psychology, 109*(5), 635-652.

145  Joyce, H. D. (2015). School connectedness and student-teacher relationships: A comparison of sexual minority youths and their peers. *Children & Schools, 35*(3), 185-192.

Kosciw, J. G., Palmer, N. A., Kull, R. M., & Greytak, E. A. (2013). The effect of negative school climate on academic outcomes for LGBT youth and the role of in-school supports. *Journal of School Violence, 12*(1), 45-63.

Marshall, A., Yarber, W. L., Sherwood-Laughlin, C. M., Gray, M. L., & Estell, D. B. (2015). Coping and survival skills: The role school personnel play regarding support for bullied sexual minority-oriented youth. *Journal of School Health, 85*(5), 334-340.

Watson, R. J., Grossman, A. H., & Russell, S. T. (2016). Sources of social support and mental health among LGB youth. *Youth and Society*, 1-19.

146  The relationships between number of supportive staff, and feeling unsafe at school and missing school due to feeling unsafe were examined through Pearson correlations – Feeling unsafe regarding their sexual orientation: $r(16428) = -.26$, $p<.001$; Feeling unsafe because of their gender expression: $r(16428) = -.15$, $p<.001$; Number of school days missed because of feeling unsafe: $r(16529) = -.24$, $p<.001$. Percentages are shown for illustrative purposes.

147  To assess the relationship between number of supportive staff and educational aspirations, an analysis of covariance (ANCOVA) was performed where number of supportive staff was the dependent variable, educational aspirations was the independent variable, and student grade level was included as a covariate. The main effect was significant: $F(5, 16331) = 57.64$, $p<.001$, $\eta_p^2 = .02$. Post hoc comparisons were considered at $p<.01$. Those not planning to graduate high school had fewer supportive educators than those planning on any postsecondary education (vocational/trade school, Associate's degree, Bachelor's degree, graduate degree); those planning to graduate high school only had fewer supportive educators than those planning on an Associate's degree, a Bachelor's degree, or a graduate degree but did not differ from those planning on vocational school; those planning on vocational school and those planning on an Associate's degree both had fewer supportive educators than those planning on a Bachelor's degree or a graduate degree. No other significant differences were observed. Percentages are shown for illustrative purposes.

148  The relationship between number of supportive staff and GPA was examined through Pearson correlations: $r(16538) = .10$, $p<.001$.

149  The relationship between number of supportive staff and school belonging was examined through Pearson correlations: $r(16531) =.48$, $p<.001$.

150  The relationship between number of supportive staff and student well-being was examined through Pearson correlations – Depression: $r(16362) = -.26$, $p<.001$; Self-esteem: $r(16362) = .22$, $p<.001$.

151  The relationship between feeling unsafe because of sexual orientation or gender expression and frequency of school staff intervention was examined through Pearson correlations – Intervention regarding homophobic language: $r(13488) = -.16$, $p<.001$; Intervention regarding negative remarks about gender expression: $r(11810) = -.12$, $p<.001$. Percentages are shown for illustrative purposes.

152  The relationship between missing school due to feeling unsafe and frequency of school staff intervention was examined through Pearson correlations – Intervention regarding homophobic language: $r(13557) = -.10$, $p<.001$; Intervention regarding negative remarks about gender expression: $r(11863) = -.08$, $p<.001$. Percentages are shown for illustrative purposes.

153  In the NSCS we asked students about the last time they reported victimization experiences to staff, how staff responded, and how effective that response was. Although we only asked students about how effective staff were the last time they responded to victimization, we used this as a proxy measure in this section for how effective staff are, in general, when responding to LGBTQ students' reports of victimization.

154  The relationship between feeling unsafe regarding their sexual orientation or gender expression and effectiveness of staff intervention was examined through a Pearson correlation: $r(4830) = -.20$, $p<.001$. Percentages are shown for illustrative purposes.

155  The relationship between missing school due to feeling unsafe or uncomfortable and effectiveness of staff intervention was examined through a Pearson correlation: $r(4843) = -.24$, $p<.001$. Percentages are shown for illustrative purposes.

156  To test differences in victimization by effectiveness of staff intervention, two Pearson correlations were conducted, with effectiveness of staff intervention as the independent variable, and victimization based on sexual orientation and gender expression as the dependent variables. Both relationships were significant – Victimization based on sexual orientation: $r(4712) = -.26$, $p<.001$; Victimization based on gender expression: $r(4683) = -.23$, $p<.001$. Percentages are shown for illustrative purposes.

157  To test differences in number of supportive educators by presence of Safe Space stickers/posters, an independent-samples t-test was conducted with Safe Space sticker/poster presence as the independent variable, and number of supportive staff as the dependent variable. The effect was significant: $t(10403.76) = 60.10$, $p<.001$, Cohen's $d = .14$. Percentages are shown for illustrative purposes.

158  To test differences in anti-LGBTQ language by type of school policy, a multivariate analysis of variance (MANOVA) was conducted, with policy type as the independent variable and frequency of hearing each type of anti-LGBTQ remarks as the dependent variables. The multivariate effect was significant: Pillai's trace = .02, $F(15, 49869) = 24.50$, $p<.001$. All univariate effects were significant – "Gay" used in a negative way: $F(3, 16625) = 87.90$, $p<.001$, $\eta_p^2 = .02$; The phrase "no homo": $F(3, 16625) = 21.89$, $p<.001$, $\eta_p^2 = .00$; Other homophobic remarks: $F(3, 16625) = 66.04$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about gender expression: $F(3, 16625) = 57.47$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about transgender people: $F(3, 16625) = 40.97$, $p<.001$, $\eta_p^2 = .01$. Post-hoc Bonferroni comparisons were considered at $p<.01$. All types of anti-LGBTQ remarks were least frequently heard in schools with comprehensive policies, followed by those with partially enumerated policies, those with generic policies, and lastly, those with no policy, except for the following: "Gay" used in a negative way – the differences between schools with no policy and schools with a generic policy were not significant; The phrase "no homo" - the differences between schools with no policy and schools with a generic policy, between schools with no policy and schools with a partially enumerated policy, between schools with a generic policy and schools with a partially enumerated policy, between schools with a partially enumerated policy and schools with a comprehensive policy, were not significant; Other homophobic remarks – the differences between schools with a generic policy and schools with a partially enumerated policy were not significant; Negative remarks about gender expression – the differences between schools with no policy and schools with a generic policy, and between schools with a generic policy and schools with a partially enumerated policy, were not significant; Negative remarks about transgender people – the differences between schools with a generic policy and schools with partially enumerated policy were not statistically significant. Percentages of students hearing remarks "frequently" or "often" are shown for illustrative purposes.

159  To test differences in victimization by type of school policy, a multivariate analysis of variance (MANOVA) was conducted, with policy type as the independent variable and experiences of anti-LGBTQ victimization (victimization based on sexual orientation and victimization based on gender expression) as the dependent variables. The multivariate effect was significant: Pillai's trace = .01, $F(6, 31892) = 19.98$, $p<.001$.The univariate effect of policy type was significant for both types of victimization – Victimization based on sexual orientation: $F(3, 15946) = 38.17$, $p<.001$, $\eta_p^2 = .01$; Victimization based on gender expression: $F(3, 15946)=22.51$, $p<.001$, $\eta_p^2 = .00$. Post-hoc Bonferroni comparisons were considered at $p<.01$.Both types of victimization students in schools with comprehensive policies experienced the least victimization, followed by students with partially enumerated policies, followed by those with generic policies, and lastly followed by schools with no policies, except for the following: Victimization based on sexual orientation – the differences between schools with a partially enumerated policy and schools with a generic policy, and between schools with a partially enumerated policy and schools with a comprehensive policy, were not significant; Victimization based on gender expression – the differences between schools with a partially enumerated policy and schools with a generic policy, and between schools with a partially enumerated policy and schools with a comprehensive policy, were not significant. Percentages of students experiencing "higher levels" (i.e., higher than the average of the survey sample) of victimization are shown for illustrative purposes.

160  To test differences in rates of staff intervention regarding anti-LGBTQ language by type of school policy, a multivariate analysis of variance (MANOVA) was conducted, with policy type as the independent variable and frequency of intervention regarding homophobic remarks and intervention regarding negative remarks about gender expression as the dependent variables. The multivariate effect was significant: Pillai's trace = .04, $F(6, 21410) = 65.42$, $p<.001$.The univariate effects of policy type on rates of intervention regarding homophobic language and on rates of intervention regarding negative remarks about gender expression were significant – Intervention regarding homophobic language: $F(3, 10705) = 117.93$, $p<.001$, $\eta_p^2 = .03$; Intervention

regarding negative remarks about gender expression: $F(3, 10705)$ = 83.83, $p<.001$, $\eta_p^2$ = .02. Post-hoc Bonferroni comparisons were considered at $p<.01$. For both interventions regarding homophobic language and negative remarks about gender expression, teachers intervened most frequently in schools with comprehensive policies, followed by schools with partially enumerated policies, followed by schools with a generic policy, and lastly followed by schools with no policy. Percentages of staff intervention "most of the time" or "always" are shown for illustrative purposes.

161   To test differences in rates of student reporting of victimization incidents to staff by type of school policy, an analysis of variance (ANOVA) was conducted, with policy type as the independent variable and frequency of student reporting of victimization to staff as the dependent variable. The main effect of policy type on rates of reporting was significant: $F(3, 11142)$ = 26.82, $p<.001$, $\eta_p^2$ = .01. Post-hoc Bonferroni comparisons were considered at $p<.01$. Students reported most frequently in schools with a comprehensive policy than students in schools with no policy, students with a generic policy, and students with a partially enumerated policy. No other policy differences were found. Percentages of students reporting victimization incidents to school staff "most of the time" or "always" are shown for illustrative purposes.

162   To test differences in effectiveness of staff intervention regarding victimization incidents by type of school policy, an analysis of variance (ANOVA) was conducted, with policy type as the independent variable and effectiveness staff of intervention as the dependent variable. The main effect of policy type on effectiveness of intervention was significant: $F(3, 4839)$=38.13, $p<.001$, $\eta_p^2$ = .02. Post-hoc Bonferroni comparisons were considered at $p<.01$. Students in schools with a comprehensive policy and students in schools with a partially enumerated policy were more likely to report effective staff intervention than students in schools with a generic policy and students in schools with no policy. No other significant policy type differences were found. Percentages of students reporting that staff intervention regarding victimization incidents was "somewhat" or "very" effective are shown for illustrative purposes.

163   To test differences between whether schools that have transgender and nonbinary student policies/guidelines and experiences with gender-related discrimination among transgender and nonbinary students, a multivariate analysis of variance (MANOVA) was conducted with transgender and nonbinary student policies as the independent variable, and the four variables related to gender-related discrimination as the dependent variables (required to use bathrooms of legal sex, required to use locker rooms of legal sex, prevented from using chosen name/pronouns, prevented from wearing clothes thought inappropriate based on gender). Multivariate results were significant: Pillai's Trace = .05, $F(4, 7105)$ = 89.63, $p<.001$. Univariate effects were significant for all gender-related discrimination – Required to use bathrooms of legal sex: $F(1, 7108)$ = 230.65, $p<.001$, $\eta_p^2$ = .03; required to use locker room of legal sex: $F(1, 7108)$ = 201.01, $p<.001$, $\eta_p^2$ = .03; Prevented from using chosen name/pronouns: $F(1, 7108)$ = 224.46, $p<.001$, $\eta_p^2$ = .03; Prevented from wearing clothes deemed inappropriate based on gender: $F(1, 7108)$ = 134.19, $p<.001$, $\eta_p^2$ = .02. Percentages are shown for illustrative purposes.

164   To compare differences between specific policy protections for use of locker room that align with their gender and corresponding experiences of locker room discrimination among transgender and nonbinary students, a chi-square test was conducted. The analysis was significant: $\chi^2$ = 56.36, $df$ = 1, $p<.001$, $\phi$ = -.25. Transgender and nonbinary students in schools with policy protections for use of locker room that align with their gender were less likely to have been prevented from using the locker room of their gender than compared to those who did not have such policy.

165   To compare differences between specific policy protections for use of bathrooms that align with their gender and use of gender-neutral bathrooms, and corresponding experiences of bathroom discrimination among transgender and nonbinary students, two separate chi-square tests were conducted. All analyses were significant – Policy protections for use of bathrooms that align with gender: $\chi^2$ = 63.28, $df$ = 1, $p<.001$, $\phi$ = -.27; Policy protections for use of gender-neutral bathrooms: $\chi^2$ = 4.55, $df$ = 1, $p<.05$, $\phi$ = -.07. Transgender and nonbinary students in schools with policy protections for use of bathroom that align with their gender and for use of gender neutral bathrooms were less likely to have been prevented from using bathrooms that aligned with their gender, than compared to those who did not have such policies.

166   To compare differences between specific policy protections for use of chosen names/pronouns and corresponding experiences with name/pronoun discrimination among transgender and nonbinary students, a chi-square test was conducted. The analysis was significant: $\chi^2$ = 14.55, $df$ = 1, $p<.001$, $\phi$ = -.13. Transgender and nonbinary students in schools with policy protections with regard to using their chosen names/pronouns were less likely to have been prevented from using their chosen names/pronouns, than compared to those who did not have such policy.

167   To compare differences between specific policy protections related to gendered dress codes and corresponding experiences with clothing discrimination among transgender and nonbinary students, a chi-square test was conducted. The analysis was not significant.

168   Wernick, L. J., Kulick, A., & Chin, M. (2017). Gender identity disparities in bathroom safety and wellbeing among high school students. *Journal of Youth and Adolescence, 46*(5), 917-930.

169   Russell, S. T., Pollitt, A. M., Li, G., & Grossman, A. H. (2018). Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *Journal of Adolescent Health, 63*(4), 503-505.

170   To compare number of days having missed school in past month due to feeling unsafe or uncomfortable by presence of supportive transgender and nonbinary policies among transgender and nonbinary students, a chi-square test was conducted. The analysis was significant: $\chi^2$ = 19.71 $df$ = 4, $p<.001$ Cramer's V = .05. Transgender and nonbinary students in schools with supportive transgender and nonbinary policies were less likely to miss school due to safety concerns than those in schools without such policies. Percentages are shown for illustrative purposes.

171   To compare levels of school belonging by presence of a transgender and nonbinary policy among transgender and nonbinary students, an independent-samples t-test was conducted with presence of supportive a transgender and nonbinary policy as the independent variable, and school belonging as the dependent variable. The effect was significant: $t(1122.24)$ = 18.09, $p<.001$, Cohen's $d$ = .67.

172   The relationship between number of protections included in transgender and nonbinary policy, and school belonging and missing school due to feeling unsafe among transgender and nonbinary students were assessed through Pearson correlations – School belonging: $r(878)$ = .18, $p<.001$. Missing school due to feeling unsafe was not significantly associated with number of protections included in transgender and nonbinary policy at $p<.01$.

173   GLSEN (2016). *Educational exclusion: Drop out, push out, and the school-to-prison pipeline among LGBTQ youth.* New York, NY: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The report of the 2015 U.S. Transgender Survey.* Washington, DC: National Center for Transgender Equality. https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf

Movement Advancement Project (MAP) and GLSEN. (April 2017). *Separation and stigma: Transgender youth and school facilities.* https://www.lgbtmap.org/file/transgender-youth-school.pdf

174   Kroger, J. (2007). *Identity development: Adolescence through adulthood.* Sage Publications.

McClean, K. C. & Syed, M. (2015). *The Oxford Handbook of Identity Development.* Oxford University Press.

175   To examine differences in age by sexual orientation, an analysis of variance (ANOVA) was conducted. The effect was significant, $F(4, 16089)$ = 22.70, $p<.001$, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p<.01$: queer ($M$=15.86) was different from all other sexual orientations; gay/lesbian ($M$=15.60) was different from pansexual ($M$=15.36) and questioning ($M$=15.37); bisexual ($M$=15.54) was different from pansexual. There were no other group differences.

176   Cass, V. (1979). Homosexual identity formation: A theoretical model. *Journal of Homosexuality, 4*(3), 219-235.

Glover, J. A., Galliher, R. V., Lamere, T. G. (2009). Identity development and exploration among sexual minority adolescents: Examination of a multidimensional model. *Journal of Homosexuality, 56,* 1-25.

EXHIBIT D

Institute of Medicine of the National Academies. (2011). *The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding.* The National Academies Press.

Kenneady, D. A., & Oswalt, S. B. (2014). Is Cass's model of homosexual identity formation relevant to today's society? *American Journal of Sexuality Education, 9*(2), 229-246.

177   Kosciw, J. G., Palmer, N. A., & Kull, R. M. (2015). Reflecting resiliency: Openness about sexual orientation and/or gender identity and its relationships to well-being and educational outcomes for LGBT students. *American Journal of Community Psychology, 55*(1), 167-178.

Watson, R. J., Wheldon, C. W., & Russell, S. T. (2015). How does sexual identity disclosure impact school experiences? *Journal of LGBTQ Youth, 12*(4), 385-386.

178   To examine differences in outness to peers and outness to staff by sexual orientation, a multivariate analysis of covariance (MANCOVA) was conducted with degree of outness to peers and degree of outness to staff as the dependent variables, sexual orientation as the independent variable, and age as a control. The multivariate effect was significant: Pillai's Trace = .03, $F_{(8, 32108)}$ = 50.94, $p$<.001. The univariate effect for outness to peers was significant: $F_{(4, 16054)}$ = 79.26, $p$<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at $p$<.01: gay and lesbian was different from all; bisexual was different from pansexual and questioning; pansexual was different from queer; questioning was different from all. There were no other group differences. The univariate effect for outness to staff was significant $F_{(4, 16054)}$ = 70.64, $p$<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at $p$<.01: Gay and lesbian was higher than bisexual, pansexual, and questioning; bisexual was lower than pansexual and queer; questioning was lower than pansexual and queer. There were no other group differences. Percentages are shown for illustrative purposes.

179   Kosciw, J. G., Greytak, E. A., Zongrone, A. D., Clark, C. M., & Truong, N. L. (2018). *The 2017 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools.* New York: GLSEN.

180   To examine differences in identifying as cisgender or not cisgender by sexual orientation, a chi square test was conducted. The test was significant: χ2 = 1007.25, $df$ = 8, $p$<.001, Cramer's V = .18. Pairwise comparisons were considered at $p$<.05. Pansexual and queer were not different from each other, but were different from all other sexual orientations. Gay and lesbian and bisexual were not different from each other, but were different from all other sexual orientations. Questioning was different from all others.

181   See endnote above.

182   Sexual orientation was assessed with a multi-check item (i.e., gay, lesbian, straight/heterosexual, bisexual, pansexual, queer, and questioning) with an optional write-in item for sexual orientations not listed. Youth were allowed to endorse multiple options. Mutually exclusive categories were created at the data cleaning stage so that analyses could compare youth across sexual orientation categories using the following hierarchy: gay/lesbian, bisexual, pansexual, queer, questioning, and straight/heterosexual. Thus, as an example, if an individual identified as "gay" and "queer" they were categorized as "gay/lesbian"; if an individual identified as "bisexual" and "questioning," they were categorized as "bisexual."

In addition to the list of sexual orientation options students could choose, students were also provided with the opportunity to write in a sexual orientation that was not included in the list of options. Most write-in responses were able to be coded into one of the listed sexual orientations. A small portion of the total sample indicated that they identified with a sexual orientation other than the ones listed (0.4%). Of these, some defined themselves as some form as "flexible," (e.g., "homo-flexible") and others refused to label themselves altogether (e.g., "I love who I love"). Another group, made up predominantly of students with nonbinary gender identities, defined their sexual identity in terms of solely the gender identity or expressions of others, without reference to their own gender (i.e., 'androsexual' or 'gynosexual' individuals - those who have sexual feelings towards men or women, respectively). Given that these categories do not comprise a meaningful group and that they account for such a small portion of the sample, we did not include these students in this analysis examining differences based on sexual orientation.

183   Mitchell, K. J., Ybarra, M. L., & Korchmaros, J. D. (2014). Sexual harassment among adolescents of different sexual orientations and gender identities. *Child Abuse & Neglect, 38*(2), 280-295.

O'Malley Olsen, E., Vivolo-Kantor, A., & Kann, L. (2017). Physical and sexual teen dating violence victimization and sexual identity among U.S. high school students, 2015. *Journal of Interpersonal Violence.* Published online. doi: 10.1177/0886260517708757

184   To compare experiences of anti-LGBTQ victimization by sexual orientation, a multivariate analysis of covariance (MANCOVA) was conducted with two victimization variables (weighted victimization based on sexual orientation and weighted victimization based on gender expression) as dependent variables, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The multivariate effect was significant: Pillai's Trace = .02, $F_{(8, 30588)}$ = 22.86, $p$<.001. The univariate effect for victimization based on sexual orientation was significant: $F_{(4, 15294)}$ = 35.11, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: pansexual and gay/lesbian were higher than all other groups, but were not different from each other. Bisexual was different from questioning. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F_{(4, 15296)}$ = 10.28, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01:  pansexual was different from all other sexual orientations. There were no other group differences. Percentages are shown for illustrative purposes.

185   To examine differences in experiences of sexual harassment by sexual orientation, an analysis of covariance (ANCOVA) was conducted with sexual harassment as the dependent variable, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The effect was significant: $F_{(4, 15924)}$ = 20.78, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: pansexual was different from all sexual orientations; gay/lesbian was different from bisexual. There were no other group differences. Percentages are shown for illustrative purposes.

186   To examine differences in experiencing anti-LGBTQ discrimination by sexual orientation, an analysis of covariance (ANCOVA) was conducted with the composite anti-LGBTQ discrimination variable (experienced any anti-LGBTQ victimization) as the dependent variable, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The effect was significant: $F_{(4, 15834)}$ = 10.63, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: pansexual was different from gay/lesbian, bisexual, and questioning. There were no other group differences. Percentages are shown for illustrative purposes.

187   Greytak, E. A., Kosciw, J. G., Villenas, C, & Giga, N. M. (2016). *From teasing to torment: School climate revisited, a survey of U.S. secondary school students and teachers.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-12/From_Teasing_to_Tormet_Revised_2016.pdf

Mittleman, J. (2018). Sexual orientation and school discipline: New evidence from a population-based sample. *Educational Researcher, 47*(3), 181-190.

Palmer, N. A. & Greytak, E. A. (2017). LGBTQ student victimization and its relationship to school discipline and justice system involvement. *Criminal Justice Review, 42*(2), 163-187.

Poteat, V. P., Scheer, J. R., & Chong, E. S. K. (2016). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*(2), 229-241.

188   To examine differences in experiencing in-school and out-of-school discipline by sexual orientation, a multivariate analysis of covariance (MANCOVA) was conducted with a composite variable for any in-school discipline (referred to principal, detention, in-school suspension) and a composite variable for any out-of-school discipline (out-of-school suspension, expelled) as the dependent variables, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The multivariate effect was significant: Pillai's Trace = .00, $F_{(8, 31714)}$ = 5.35, $p$<.001. The univariate effect was significant for in-school discipline: $F_{(4, 15857)}$ = 7.81, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: pansexual was different from queer and was marginally different from gay/lesbian $p$<.05; queer was different from gay and lesbian and bisexual. There were no other group differences. The univariate effect for out-of-school discipline was significant F(4, 15895) =

5.46, p<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at p<.01: queer was different from gay and lesbian and pansexual and was marginally different from bisexual p<.05—. There were no other group differences. Percentages are shown for illustrative purposes.

189  To examine differences in missing school by sexual orientation, an analysis of covariance (ANCOVA) was conducted with days of school missed in the last month due to feeling unsafe as the dependent variable, sexual orientation as the independent variable, and age, outness (to peers and to staff), and gender as controls. The effect was significant: $F(4, 15940)$ = 9.65, p<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at p<.01: pansexual was different from gay/lesbian, bisexual, and queer. There were no other group differences. Percentages are shown for illustrative purposes.

190  O'Malley Olsen, E., Vivolo-Kantor, A., & Kann, L. (2017). Physical and sexual teen dating violence victimization and sexual identity among U.S. high school students, 2015. *Journal of Interpersonal Violence.* Published online. doi: 10.1177/0886260517708757

   Rasberry, C. N., Lowry, R., John, M., Robin, L., Dunville, R., Pampati, S., Dittus, P. J., & Balaji, A. B. (2018, September 14). Morbidity and mortality weekly report: Sexual Risk Behavior Differences Among Sexual Minority High School Students — United States, 2015 and 2017. *MMWR Morb Mortal Wkly Rep, 67*, 1007–1011.

   Saewyc, E. M., Skay, C. L., Pettingell, S., Bearinger, L. H., Resnick, M. D., & Reis, E. (2007). Suicidal ideation and attempts in North American school-based surveys: Are bisexual youth at increasing risk? *Journal of LGBT Health Research, 3*(1), 25-36.

191  Gender was assessed via two items: an item assessing sex assigned at birth (i.e., male or female) and an item assessing gender identity (i.e., cisgender, transgender, nonbinary, genderqueer, male, female, questioning, and an additional write-in option). Based on responses to these two items, students' gender was categorized for these analyses as: Cisgender (including cisgender male, cisgender female, cisgender nonbinary/genderqueer, or unspecified male or female), Transgender (including transgender male, transgender female, transgender nonbinary/genderqueer, and transgender only), Nonbinary (including nonbinary, genderqueer, nonbinary/genderqueer male, nonbinary/genderqueer female, or another nonbinary identity [i.e., those who wrote in identities such as "genderfluid," "agender" or "demigender"]), and Questioning.

192  GLSEN (2016). *Educational exclusion: Drop out, push out, and the school-to-prison pipeline among LGBTQ youth.* New York: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

193  To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety regarding their sexual orientation, safety regarding their gender expression, and safety regarding their gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969)$ = 1020.73, p<.001. The univariate effect for safety regarding their sexual orientation was significant: $F(3, 16331)$ = 363.70, p<.001  $\eta_p^2$ = .00. Pairwise comparisons were considered at p<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety regarding their gender expression was significant: $F(3, 16331)$ = 115.82, p<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. The univariate effect for safety regarding their gender was significant: $F(3, 16331)$ = 284.66, p<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

194  To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076)$ = 319.41, p<.001. The univariate effect

for victimization based on sexual orientation was significant: $F(3, 15699)$ = 61.58, p<.001  $\eta_p^2$ = .01. Pairwise comparisons were considered at p<.01: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699)$ = 529.26, p<.001, $\eta_p^2$ = .09. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699)$ = 639.98, p<.001, $\eta_p^2$ = .11. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

195  To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety regarding their sexual orientation, safety regarding their gender expression, and safety regarding their gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969)$ = 1020.73, p<.001. The univariate effect for safety regarding their sexual orientation was significant: $F(3, 16331)$ = 363.70, p<.001  $\eta_p^2$ = .00. Pairwise comparisons were considered at p<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety regarding their gender expression was significant: $F(3, 16331)$ = 115.82, p<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. The univariate effect for safety regarding their gender was significant: $F(3, 16331)$ = 284.66, p<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

196  To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076)$ = 319.41, p<.001. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699)$ = 61.58, p<.001  $\eta_p^2$ = .01. Pairwise comparisons were considered at p<.01: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699)$ = 529.26, p<.001, $\eta_p^2$ = .09. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699)$ = 639.98, p<.001, $\eta_p^2$ = .11. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

197  To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety regarding their sexual orientation, safety regarding their gender expression, and safety regarding their gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969)$ = 1020.73, p<.001. The univariate effect for safety regarding their sexual orientation was significant: $F(3, 16331)$ = 363.70, p<.001  $\eta_p^2$ = .00. Pairwise comparisons were considered at p<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety regarding their gender expression was significant: $F(3, 16331)$ = 115.82, p<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. The univariate effect for safety regarding their gender was significant: $F(3, 16331)$ = 284.66, p<.001, $\eta_p^2$ = .02. Pairwise comparisons were considered at p<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

198  To compare experiences of anti-LGBTQ victimization by gender

identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

199 To compare avoiding spaces by gender identity, an analysis of covariance (ANCOVA) was conducted with having avoided any space as dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 16304) = 492.34$, $p<.001$ $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$. Cisgender avoided spaces less than all other gender identities; transgender avoided spaces more than all other gender identities. There were no other group differences.

200 Foley, J. T., Pineiro, C., Miller, D., & Foley, M. L. (2016). Including transgender students in school physical education. *Journal of Physical Education, Recreation & Dance, 87*(3), 5-8.

Johnson, J. (2014). Transgender youth in public schools: Why identity matters in the restroom. *William Mitchell Law Rev Sua Sponte, 40,* 63-98.

Murchison, G. R., Agénor, M., Reisner, S. L., & Watson, R. J. (2019). School restroom and locker room restrictions and sexual assault. *Pediatrics,* 143(6).

Szczerbinski, K. (2016). Education connection: The importance of allowing students to use bathrooms and locker rooms reflecting their gender identity. *Child Legal Rights Journal, 36,* 153.

201 To compare avoiding gendered spaces at school because they felt unsafe or uncomfortable by gender identity, a series of analyses of covariance (ANCOVA) were conducted with different avoiding gendered spaces variables (school bathrooms, school locker rooms, gym/P.E. class) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for avoiding gym/P.E. class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

202 To compare school belonging by gender identity, an analysis of covariance (ANCOVA) was conducted with school belonging as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 16433) = 499.83$, $p<.001$ $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$: cisgender was higher than all other gender identities; transgender students had lower school belonging that all other gender identities. There were no other group differences.

203 To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness

(to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect for missing school was significant: $F(3, 16407) = 164.70$, $p<.001$ $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

204 See previous endnote.

205 To compare not planning to complete high school or being unsure about graduating by gender identity, an analysis of covariance (ANCOVA) was conducted with planning to graduate high school as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 16432) = 27.67$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities. There were no other group differences.

206 To compare having experienced any anti-LGBTQ discrimination at school by gender identity, an analysis of covariance (ANCOVA) was conducted with any anti-LGBTQ discrimination as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 16312) = 430.79$, $p<.001$, $\eta_p^2 = .07$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

207 To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F(3, 16120) = 25.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F(3, 16120) = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F(3, 16120) = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F(3, 16120) = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F(3, 16120) = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F(3, 16120) = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F(3, 16120) = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F(3, 16120) = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise

comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

208  See previous endnote.

209  To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F(3, 16120) = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F(3, 16120) = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F(3, 16120) = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F(3, 16120) = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F(3, 16120) = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F(3, 16120) = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F(3, 16120) = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender differences. There were no other gender differences. The effect for sports was significant: $F(3, 16120) = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

210  To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with in-school discipline and out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant, $F(3, 16336) = 20.58$, $p<.001$ $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant, $F(3, 16336) = 4.17$, $p<.001$ $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

211  See previous endnote.

212  To compare feelings of safety by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety because of sexual orientation, safety because of gender expression, and safety because of gender) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(9, 13794) = 7.83$, $p<.001$. The univariate effect for safety because gender was significant: $F(3, 4598) = 13.67$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans male and trans only. There were no other group differences. The univariate effects for safety because of sexual orientation and gender expression were not significant. Percentages are shown for illustrative purposes.

213  To compare experiences of anti-LGBTQ victimization by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .04, $F(9, 13326) = 17.59$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 4442) = 13.34$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans NB were different from trans only. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 4442) = 18.05$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male, trans NB, and trans only were different from each other. There were no other group differences. The univariate effect for victimization based on gender was significant: $F(3, 4442) = 26.60$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other trans identities; trans male and trans NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

214  See previous endnote.

215  To compare experiences of anti-LGBTQ victimization by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .04, $F(9, 13326) = 17.59$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 4442) = 13.34$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans NB were different from trans only. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 4442) = 18.05$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male, trans NB, and trans only were different from each other. There were no other group differences. The univariate effect for victimization based on gender was significant: $F(3, 4442) = 26.60$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other trans identities; trans male and trans NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

216  To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other.

217 To compare gender-specific anti-LGBTQ discrimination by gender identity among cisgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (cis male, cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were not significant. Percentages are shown for illustrative purposes.

218 To compare gender-specific anti-LGBTQ discrimination by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (trans male, trans female, trans NB, trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .02, $F(12, 13716) = 6.24$, $p<.001$. The univariate effect for bathroom access was significant, $F(3, 4573) = 14.36$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other transgender identities; trans male and trans NB were different. There were no other group differences. The univariate effect for locker room access was significant, $F(3, 4573) = 16.47$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans only were different from trans NB. There were no other group differences. The univariate effect for gendered clothing was significant: $F(3, 4573) = 3.75$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans only were different from each other. There were no other group differences. The univariate effect for names/pronouns was not significant. Percentages are shown for illustrative purposes.

219 To compare gender-specific anti-LGBTQ discrimination among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with each kind of discrimination as the dependent variables, gender identity (nonbinary/genderqueer (NB/GQ), other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .02, $F(8, 4840) = 6.07$, $p<.001$. The univariate effect for bathrooms was significant, $F(2, 2422) = 12.48$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for locker rooms was significant, $F(2, 2422) = 10.41$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for names/pronouns was significant, $F(2, 2422) = 20.84$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for gendered clothing was not significant. Percentages are shown for illustrative purposes.

220 To compare experiences of avoiding gendered school spaces by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gendered spaces variables (avoiding bathrooms, avoiding locker rooms, and avoiding gym/P.E. class) as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(9, 13808) = 17.25$, $p<.001$. The univariate effect for avoiding bathrooms was significant: $F(3,4606) = 44.59$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans males and trans only. There were no other group differences. The univariate effect for avoiding locker rooms was significant: $F(3, 4606) = 16.13$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans males and trans only. There were no other group differences. The univariate effect for avoiding gym/P.E. class was significant: $F(3, 4606) = 14.16$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans NB was different from trans male and trans only. There were no other group differences. Percentages are shown for illustrative purposes.

221 To compare missing school and changing schools by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable,

and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .01, $F(6, 9206) = 6.74$, $p<.001$, $\eta_p^2 = .00$. The univariate effect for missing school was significant: $F(3,4603) = 47.96$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other trans identities; trans male and trans NB were different from each other. There were no other group differences. The univariate effect for changing schools was marginally significant: $F(3,4603) = 2.51$, $p=.011$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans male and trans NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

222 See previous endnote.

223 To compare educational aspirations by gender identity among transgender students, an analysis of covariance (ANCOVA) was conducted with expecting to graduate high school as the dependent variable, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable and age, outness (to peers and to staff), and sexual orientation as controls. The effect was not significant.

224 To compare overall discrimination by gender identity among transgender students, an analysis of covariance (ANCOVA) was conducted with total discrimination as dependent variable, gender identity (trans male, trans female, trans NB, trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant, $F(3, 4601) = 3.95$, $p<.01$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans male were marginally different at $p<.05$. Percentages are shown for illustrative purposes.

225 To compare each type of gender-specific anti-LGBTQ discrimination by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .02, $F(12, 13716) = 6.24$, $p<.001$. The univariate effect for gendered clothes was significant, $F(3, 4573) = 3.75$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans only were marginally different from each other, $p<.05$. There were no other group differences. The univariate effect for bathroom access was significant, $F(3, 4573) = 14.36$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other transgender identities; trans male and trans NB were different. There were no other group differences. The univariate effect for locker room access was significant, $F(3, 4573) = 16.47$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans only were different from trans NB. There were no other group differences. The univariate effect for pronouns was significant $F(3, 4573) = 3.97$, $p<.01$. However, there were no significant pairwise comparisons. Percentages are shown for illustrative purposes.

226 See previous endnote.

227 To compare each type of gender-specific anti-LGBTQ discrimination by gender identity among transgender students, a multivariate analysis of covariance (MANCOVA) was conducted with each type of discrimination as the dependent variables, gender identity (trans male, trans female, trans NB, and trans only) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .02, $F(12, 13716) = 6.24$, $p<.001$. The univariate effect for gendered clothes was significant, $F(3, 4573) = 3.75$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: trans NB and trans only were marginally different from each other, $p<.05$. There were no other group differences. The univariate effect for bathroom access was significant, $F(3, 4573) = 14.36$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans only was different from all other transgender identities; trans male and trans NB were different. There were no other group differences. The univariate effect for locker room access was significant, $F(3, 4573) = 16.47$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: trans male and trans only were different from trans NB. There were no other group differences. The univariate effect for pronouns was significant $F(3, 4573) = 3.97$, $p<.01$. However, there were no significant pairwise comparisons. Percentages are shown for illustrative purposes.

228 Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum,

S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. *Journal of Adolescent Health, 56*(3), 274-279.

Veale, J. F., Watson, R. J., Peter, T., & Saewyc, E. M. (2017). Mental health disparities among Canadian transgender youth. *Journal of Adolescent Health, 60*(1), 44-49.

229  Bauer, G. R., Scheim, A. I., Deutsch, M. B., & Massarella, C. (2014). Reported emergency department avoidance, use, and experiences of transgender persons in Ontario, Canada: results from a respondent-driven sampling survey. *Annals of Emergency Medicine, 63*(6), 713-720.

Bradford, J., Reisner, S. L., Honnold, J. A., & Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: results from the Virginia Transgender Health Initiative Study. *American Journal of Public Health, 103*(10), 1820-1829.

Cruz, T. M. (2014). Assessing access to care for transgender and gender nonconforming people: A consideration of diversity in combating discrimination. *Social Science & Medicine, 110*, 65-73.

Kenagy, G. P., & Bostwick, W. B. (2005). Health and social service needs of transgender people in Chicago. *International Journal of Transgenderism, 8*(2-3), 57-66.

Riggs, D. W., Coleman, K., & Due, C. (2014). Healthcare experiences of gender diverse Australians: A mixed-methods, self-report survey. *BMC Public Health, 14*(1), 230.

Xavier, J., Honnold, J. A., & Bradford, J. (2007). *The health, health-related needs and life course experiences of transgender Virginians.* Virginia Department of Health.

230  Bradford, J., Reisner, S. L., Honnold, J. A., & Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: results from the Virginia Transgender Health Initiative Study. *American Journal of Public Health, 103*(10), 1820-1829.

Factor, R. & Rothblum, E. (2008). Exploring gender identity and community among three groups of transgender individuals in the United States: MTFs, FTMs, and genderqueers. *Health Sociology Review, 17*(3), 235-253.

Kenagy, G. P. (2005). The health and social service needs of transgender people in Philadelphia. *International Journal of Transgenderism, 8*(2-3), 49-56.

Simon, L., Zsolt, U., Fogd, D., & Czobor, P. (2011). Dysfunctional core beliefs, perceived parenting behavior and psychopathology in gender identity disorder: A comparison of male-to-female, female-to-male transsexual and nontranssexual control subjects. *Journal of Behavior Therapy and Experimental Psychiatry, 42*(1), 38-45.

231  For one example, see Price-Feeny, M., Green, A., & Dorison, S. (2020). Understanding the mental health of transgender and nonbinary youth. *Journal of Adolescent Health, 66*(6), 641-642.

232  To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .474, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$ $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

233  To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .173, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes

234  To compare avoiding gender segregated spaces at school by gender identity, a series of analysis of covariance (ANCOVA) were conducted with different avoiding gender segregated spaces variables (bathrooms, locker rooms, gym/PE class) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff) and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

235  To compare avoiding school spaces by gender identity, a series of analysis of covariance (ANCOVA) were conducted with different avoiding spaces variables as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The effect for avoiding cafeterias/lunchrooms was significant: $F(3, 16304) = 46.92$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding hallways/stairwells was significant: $F(3, 16304) = 18.92$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding athletic fields/facilities was significant: $F(3, 16304) = 125.03$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: transgender was different from all gender identities; cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school buses was significant: $F(3, 16304) = 42.01$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender and cisgender. There were no other group differences. The effect for avoiding classrooms was significant: $F(3, 16304) = 75.44$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school grounds was significant: $F(3, 16304) = 42.33$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences.

236  To compare school belonging by gender identity, an analysis of covariance (ANCOVA) was conducted with school belonging as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff) and sexual orientation as controls. The effect was significant. $F(3, 16433) = 499.83$,

$p<.001$, $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$: cisgender was higher than all other gender identities; transgender was lower than all other gender identities. There were no other group differences.

237   To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F_{(3, 16120)} = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F_{(3, 16120)} = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F_{(3, 16120)} = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F_{(3, 16120)} = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F_{(3, 16120)} = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F_{(3, 16120)} = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F_{(3, 16120)} = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F_{(3, 16120)} = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F_{(3, 16120)} = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F_{(3, 16120)} = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F_{(3, 16120)} = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender differences. The effect for sports was significant: $F_{(3, 16120)} = 175.91$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes. Percentages are shown for illustrative purposes.

238   To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F_{(6, 32814)} = 89.41$, $p<.001$. The univariate effect for missing school was significant: $F_{(3, 16407)} = 164.70$, $p<.001$ $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F_{(3, 16407)} = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

239   To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for gendered clothes was significant: $F_{(3,}$

$16120)} = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F_{(3, 16120)} = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F_{(3, 16120)} = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F_{(3, 16120)} = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F_{(3, 16120)} = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance date was significant: $F_{(3, 16120)} = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F_{(3, 16120)} = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F_{(3, 16120)} = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F_{(3, 16120)} = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F_{(3, 16120)} = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F_{(3, 16120)} = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender differences. The effect for sports was significant: $F_{(3, 16120)} = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

240   To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB] as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F_{(9, 48969)} = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F_{(3, 16331)} = 363.70$, $p<.001$  $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F_{(3, 16331)} = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F_{(3, 16331)} = 284.66$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

241   To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F_{(9, 47076)} = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F_{(3, 15699)} = 61.58$, $p<.001$  $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F_{(3, 15699)} = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons

were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

242   To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant: $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant: $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

243   To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB]) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

244   To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

245   To compare avoiding gender segregated spaces at school by gender identity, a series of analyses of covariance (ANCOVA) were conducted with different avoiding gender segregated spaces variables (bathrooms, locker rooms, gym/PE class) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$, $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3,$

16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

246   To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect missing school was significant: $F(3, 16407) = 164.70$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

247   To compare each type of anti-LGBTQ discrimination by gender identity, a series of analysis of covariance (ANCOVA) were conducted with each type of anti-LGBTQ discrimination as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff) and sexual orientation as controls. The effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower from transgender and NB; NB was higher than questioning. There were no other group differences. The effect for name/pronouns usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The effect for LGBTQ clothes was significant: $F(3, 16120) = 25.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for school dance data was significant: $F(3, 16120) = 22.72$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other group differences. The effect for public display of affection was significant: $F(3, 16120) = 61.15$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for identifying as LGBTQ was significant: $F(3, 16120) = 10.87$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in assignments was significant: $F(3, 16120) = 40.14$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for forming a GSA was significant: $F(3, 16120) = 45.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than transgender and NB. There were no other group differences. The effect for LGBTQ content in extracurriculars was significant: $F(3, 16120) = 42.87$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities. There were no other gender differences. The effect for sports was significant: $F(3, 16120) = 175.91$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: cisgender was lower than all other gender identities; transgender was higher than all other gender identities. There were no other group differences. Percentages are shown for illustrative purposes.

248   To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school

discipline was significant: $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant: $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

249  To compare feelings of safety by gender identity among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety because of sexual orientation, safety because of gender expression, and safety because of gender) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(6, 4884) = 20.69$, $p<.001$. The univariate effect for safety because of gender expression was significant: $F(2, 2443) = 4.84$, $p<.01$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for safety because of gender was significant: $F(2, 2349) = 14.78$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety because of sexual orientation was not significant. Percentages are shown for illustrative purposes.

250  To compare experiences of anti-LGBTQ victimization by gender identity among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, and weighted victimization based on gender expression, and weighted victimization based on gender) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .06, $F(6, 4696) = 6.20$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for victimization because of gender expression was significant: $F(2, 2349) = 8.21$, $p<.001$, $\eta_p^2 = .01$. However, there were no significant pairwise comparisons for gender expression. There were no other group differences. The univariate effect for victimization because of gender was significant: $F(2, 2443) = 46.03$, $p<.001$, $\eta_p^2 = .04$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were higher than nonbinary male or female. There were no other group differences. The univariate effect for victimization because of sexual orientation was not significant. Percentages are shown for illustrative purposes.

251  To compare avoiding gender segregated spaces by gender identity among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gender segregated spaces variables (avoid bathrooms, avoid locker rooms, avoid gym/PE class) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .01, $F(6, 4872) = 3.62$, $p<.001$. The univariate effect for avoiding bathrooms was significant: $F(2, 2437) = 7.86$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. Univariate effects for locker rooms and gym/PE class were not significant. Percentages are shown for illustrative purposes.

252  To compare gender-specific anti-LGBTQ discrimination among nonbinary students, a multivariate analysis of covariance (MANCOVA) was conducted with four gender-specific discrimination variables (prevented from wearing gendered clothes, prevented from using name and pronoun, prevented from using bathroom, and prevented from using locker rooms) as the dependent variables, gender identity (nonbinary/genderqueer [NB/GQ], other nonbinary, and nonbinary male or female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .02, $F(8, 4840) = 6.07$, $p<.001$. The univariate effect for names/pronouns usage was significant: $F(2, 2422) = 20.84$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for

bathrooms was significant: $F(2, 2422) = 12.48$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for locker rooms was significant: $F(2, 2422) = 10.41$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: NB/GQ and other nonbinary were different from nonbinary male or female. There were no other group differences. The univariate effect for gendered clothing was not significant. Percentages are shown for illustrative purposes.

253  To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

254  To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

255  To compare avoiding school spaces by gender identity, a series of analysis of covariance (ANCOVA) were conducted with different avoiding spaces variables as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect for avoiding bathrooms was significant: $F(3, 16304) = 1464.80$, $p<.001$ $\eta_p^2 = .21$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding locker rooms was significant: $F(3, 16304) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: All gender identities were different from each other. The effect for avoiding gym/PE class was significant: $F(3, 16304) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The effect for avoiding cafeterias/lunchrooms was significant: $F(3, 16304) = 46.92$, $p<.001$ $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding hallways/stairwells was significant: $F(3, 16304) = 18.92$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from all gender identities. There were no other group differences. The effect for avoiding athletic fields/facilities was significant: $F(3, 16304) = 125.03$, $p<.001$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: transgender was different

from all gender identities; cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school buses was significant: $F(3, 16304) = 42.01$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender and cisgender. There were no other group differences. The effect for avoiding classrooms was significant: $F(3, 16304) = 75.44$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences. The effect for avoiding school grounds was significant: $F(3, 16304) = 42.33$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all gender identities. There were no other group differences.

256　To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect missing school was significant: $F(3, 16407) = 164.70$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

257　To compare having experienced any anti-LGBTQ discrimination at school by gender identity, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effects were significant: $F(3, 16312) = 430.79$, $p<.001$, $\eta_p^2 = .07$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

258　To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant: $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant: $F(3, 16336) = 4.17$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

259　To compare planning not to continue school after high school by gender identity, an analysis of covariance (ANCOVA) was conducted with planning to graduate high school as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effects were significant: $F(3, 16432) = 47.78$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was lower than all other gender identities. Cisgender was higher than nonbinary. There were no other group differences. Percentages are shown for illustrative purposes.

260　To compare feelings of safety among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (feeling unsafe because of sexual orientation, feeling unsafe because of gender expression, and feeling unsafe because of gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8371) = 151.45$, $p<.001$. The univariate effect for feeling unsafe because of gender expression was significant: $F(1, 8373) = 292.94$, $p<.001$, $\eta_p^2 = .03$. The

univariate effect for unsafety because of gender was significant: $F(1, 8373) = 118.04$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for unsafety due to sexual orientation was not significant. Percentages are shown for illustrative purposes.

261　To compare experiences of anti-LGBTQ victimization among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8023) = 146.36$, $p<.001$. The univariate effect for sexual orientation victimization was significant: $F(1, 8373) = 85.99$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for gender expression victimization was significant: $F(1, 8373) = 133.98$, $p<.001$, $\eta_p^2 = .02$. The univariate effect for gender victimization was significant: $F(1, 8373) = 34.73$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

262　See previous endnote.

263　To compare avoiding gender segregated spaces among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gender segregated spaces variables (avoiding bathrooms, avoiding locker rooms, and avoiding gym/PE class) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .06, $F(3, 8345) = 178.80$, $p<.001$. The univariate effect for bathrooms was significant: $F(1, 8347) = 459.48$, $p<.001$, $\eta_p^2 = .05$. The univariate effect for locker rooms was significant: $F(1, 8347) = 184.05$, $p<.01$, $\eta_p^2 = .02$. The univariate effect for gym/PE class was significant: $F(1, 8347) = 11.23$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

264　To compare in-school discipline and out-of-school discipline among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school and any out-of-school discipline as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .00, $F(2, 8404) = 17.42$, $p<.001$. The univariate effect for in-school discipline was significant: $F(1, 8405) = 26.52$, $p<.001$, $\eta_p^2 = .00$. The univariate effect for out-of-school discipline was significant: $F(1, 8405) = 17.14$, $p<.01$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

265　To compare feelings of safety among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (feeling unsafe because of sexual orientation, feeling unsafe because of gender expression, and feeling unsafe because of gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8371) = 151.45$, $p<.001$. The univariate effect for safety because of gender expression was significant: $F(1, 8373) = 292.94$, $p<.001$, $\eta_p^2 = .03$. The univariate effect for safety because of gender was significant: $F(1, 8373) = 118.04$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for safety because of sexual orientation was not significant. Percentages are shown for illustrative purposes.

266　To compare experiences of anti-LGBTQ victimization among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .05, $F(3, 8023) = 146.36$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(1, 8373) = 85.99$, $p<.001$, $\eta_p^2 = .01$. The univariate effect for victimization based on gender expression was significant: $F(1, 8373) = 133.98$, $p<.001$, $\eta_p^2 = .02$. The univariate effect for victimization based on gender was significant: $F(1, 8373) = 34.73$, $p<.001$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

267  To compare missing school and changing schools among cisgender male and female students, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as the dependent variables, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .00, $F(2, 8440) = 13.45$, $p<.001$. The univariate effect for missing school was significant: $F(1, 8441) = 20.69$, $p<.001$, $\eta_p^2 = .00$. The univariate effect for changing schools was significant: $F(1, 8441) = 1.35$, $p<.01$, $\eta_p^2 = .00$. Percentages are shown for illustrative purposes.

268  To compare having experienced any anti-LGBTQ discrimination among cisgender male and female students, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination as the independent variable, gender identity (cis male or cis female) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant: $F(3, 8363) = 14.65$, $p<.001$, $\eta_p^2 = .00$. Percentages shown for illustrative purposes.

269  Kimmel, M. (2004). Masculinity as homophobia: Fear, shame, and silence in the construction of gender identity. In P. F. Murphy (Ed.), *Feminism and Masculinities* (pp. 182–199). New York: Oxford University Press.

270  To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F(9, 48969) = 1020.73$, $p<.001$. The univariate effect for safety based on sexual orientation was significant: $F(3, 16331) = 363.70$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F(3, 16331) = 115.82$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F(3, 16331) = 284.66$, $\eta_p^2 = .02$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

271  To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F(9, 47076) = 319.41$, $p<.001$. The univariate effect for victimization based on sexual orientation was significant: $F(3, 15699) = 61.58$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F(3, 15699) = 529.26$, $p<.001$, $\eta_p^2 = .09$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F(3, 15699) = 639.98$, $p<.001$, $\eta_p^2 = .11$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages are shown for illustrative purposes.

272  See previous endnote.

273  To compare avoiding gender segregated spaces at school by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three avoiding gender segregated spaces variables (avoid bathrooms, avoid locker rooms, avoid gym/PE class) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .24, $F(9, 48912) = 464.34$, $p<.001$. The univariate effect for avoiding bathrooms was significant: $F(3, 16312) = 1464.80$, $p<.001$, $\eta_p^2 = .21$. Pairwise comparisons were considered at

$p<.01$: all gender identities were different from each other. The univariate effect for avoiding locker rooms was significant: $F(3, 16312) = 614.65$, $p<.001$, $\eta_p^2 = .10$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for avoiding gym/PE class was significant: $F(3, 16312) = 350.43$, $p<.001$, $\eta_p^2 = .06$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. Percentages are shown for illustrative purposes.

274  To compare missing school and changing schools by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with missing school and changing schools as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .03, $F(6, 32814) = 89.41$, $p<.001$. The univariate effect for missing school was significant: $F(3, 16407) = 164.70$, $p<.001$, $\eta_p^2 = .03$. Pairwise comparisons were considered at $p<.01$: NB and questioning were not different from each other. All other gender identities were different from each other. The univariate effect for changing schools was significant: $F(3, 16407) = 51.85$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: transgender was different from all other gender identities; cisgender and NB were different from each other. There were no other group differences. Percentages are shown for illustrative purposes.

275  To compare school belonging by gender identity, an analysis of covariance (ANCOVA) was conducted with school belongings as the dependent variable, gender identity (cisgender, transgender, nonbinary [NB], and questioning), as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The effect was significant, $F(3, 16433) = 499.83$, $p<.001$ $\eta_p^2 = .08$. Pairwise comparisons were considered at $p<.01$: cisgender was higher than all other gender identities; transgender students had lower school belonging that all other gender identities. There were no other group differences.

276  To compare each type of gender-specific anti-LGBTQ discrimination by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with each type of gender-specific anti-LGBTQ discrimination (gendered clothes, pronouns/names usage, bathroom access, locker room access) as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .24, $F(36, 48332) = 6.41$, $p<.001$. The univariate effect for gendered clothes was significant: $F(3, 16120) = 53.69$, $p<.001$, $\eta_p^2 = .01$. Pairwise comparisons were considered at $p<.01$: Cisgender was different from transgender and NB; NB was different from questioning. There were no other group differences. The univariate effect for pronouns/names usage was significant: $F(3, 16120) = 961.26$, $p<.001$, $\eta_p^2 = .15$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for bathroom access was significant: $F(3, 16120) = 1215.63$, $p<.001$, $\eta_p^2 = .18$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. The univariate effect for locker room access was significant: $F(3, 16120) = 1069.60$, $p<.001$, $\eta_p^2 = .17$. Pairwise comparisons were considered at $p<.01$: all gender identities were different from each other. Percentages for are shown for illustrative purposes.

277  To compare experiences of school discipline by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with any in-school discipline and any out-of-school discipline as the dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. Multivariate results were significant: Pillai's Trace = .00, $F(6, 32672) = 10.90$, $p<.001$. The univariate effect for in-school discipline was significant, $F(3, 16336) = 20.58$, $p<.001$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from all other gender identities. There were no other group differences. The univariate effect for out-of-school discipline was significant, $F(3, 16336) = 4.17$, $p<.01$, $\eta_p^2 = .00$. Pairwise comparisons were considered at $p<.01$: cisgender was different from transgender. There were no other group differences. Percentages are shown for illustrative purposes.

278  See previous endnote.

279    To compare feelings of safety by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three safety variables (safety based on sexual orientation, safety based on gender expression, and safety based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB] as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .47, $F$(9, 48969) = 1020.73, $p$<.001. The univariate effect for safety based on sexual orientation was significant: $F$(3, 16331) = 363.70, $p$<.001, $\eta_p^2$ = .00. Pairwise comparisons were considered at $p$<.01: cisgender was different from all other identities; transgender and NB were different from each other. There were no other group differences. The univariate effect for safety based on gender expression was significant: $F$(3, 16331) = 115.82, $p$<.001, $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The univariate effect for safety based on gender was significant: $F$(3, 16331) = 284.66, $\eta_p^2$ = .02. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

280    To compare experiences of anti-LGBTQ victimization by gender identity, a multivariate analysis of covariance (MANCOVA) was conducted with three anti-LGBTQ victimization variables (weighted victimization based on sexual orientation, weighted victimization based on gender expression, and weighted victimization based on gender) as dependent variables, gender identity (cisgender, transgender, nonbinary [NB], and questioning) as the independent variable, and age, outness (to peers and to staff), and sexual orientation as controls. The multivariate effect was significant: Pillai's Trace = .17, $F$(9, 47076) = 319.41, $p$<.001. The univariate effect for victimization based on sexual orientation was significant: $F$(3, 15699) = 61.58, $p$<.001  $\eta_p^2$ = .01. Pairwise comparisons were considered at $p$<.01: cisgender was different from all other identities. There were no other group differences. The univariate effect for victimization based on gender expression was significant: $F$(3, 15699) = 529.26, p<.001, $\eta_p^2$ = .09. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. The univariate effect for victimization based on gender was significant: $F$(3, 15699) = 639.98, $p$<.001, $\eta_p^2$ = .11. Pairwise comparisons were considered at $p$<.01: all gender identities were different from each other. Percentages are shown for illustrative purposes.

281    Bowleg, L. (2012). The problem with the phrase women and minorities: Intersectionality—an important theoretical framework for public health. *American Journal of Public Health, 102*(7), 1267-1273.

Crenshaw, K. (1990). Mapping the margins: Intersectionality, identity politics, and violence against women of color. *Stanford Law Review, 43*(6), 1241-1299.

282    Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Asian American and Pacific Islander LGBTQ youth in U.S. Schools*. New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-AAPI-2020.pdf

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. Schools*. New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Black-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Latinx LGBTQ youth in U.S. Schools*. New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Latinx-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Native and Indigenous LGBTQ youth in U.S. Schools*. New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Native-2020.pdf

283    Race/ethnicity was assessed with a single multi-check question item (i.e., African American or Black; Asian or South Asian; Native Hawaiian or other Pacific Islander; Native American, American Indian, or Alaska Native; White or Caucasian; Hispanic or Latino/Latina/Latinx; and Arab American, Middle Eastern, or North African) with an optional write-in item for race/ethnicities not listed. Participants who selected more than one race category

were coded as multiracial, with the exception of participants who selected either "Hispanic or Latino/Latina/Latinx" or "Arab American, Middle Eastern, or North African" as their ethnicity. Participants who selected either one ethnicity were coded as that ethnicity, regardless of any additional racial identities they selected. Participants who selected both ethnicities were coded as multiracial. The resulting racial/ethnic groupings were: MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White.

284    Latinx is a variant of the masculine "Latino" and feminine "Latina" that leaves gender unspecified and, therefore, aims to be more inclusive of diverse gender identities, including nonbinary individuals. To learn more: https://www.meriam-webster.com/words-at-play/word-history-latinx

285    Anyon, Y, Jenson, J. M., Altschul, I., Farrar, J., McQueen, J., Greer, E., Downing, B., & Simmons, J. (2014). The persistent effect of race and the promise of alternatives to suspension in school discipline outcomes. *Children and Youth Services Review, 44*, 379-386.

GLSEN (2016). *Educational exclusion: Drop out, push out, and school-to-prison pipeline among LGBTQ youth*. New York: GLSEN. https://www.glsen.org/sites/default/files/2019-11/Educational_Exclusion_2013.pdf

Losen, D. J., Hodson, C., Keith II, M. A., Morrison, K., & Belway, S. (2015). *Are we closing the school discipline gap?* Los Angeles: The Center for Civil Rights Remedies.

U.S. Department of Education (2018). *2015-16 Civil Rights Data Collection: School Climate and Safety, Data Highlights on School Climate and Safety in our Nation's Public Schools*. Washington, SC: U.S. Department of Education, Office for Civil Rights. Retrieved from: https://www2.ed.gov/about/offices/list/ocr/docs/school-climate-and-safety.pdf

286    To compare feeling unsafe due to race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe due to actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of student body that was the same race/ethnicity as the student. The main effect for feeling unsafe was significant: $F$(6, 16100) = 202.83, $p$<.001, $\eta_p^2$ = .07. Post hoc comparisons were considered at $p$<.01. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

287    To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F$(6, 16190) = 179.07, $p$<.001, $\eta_p^2$ = .06. Post hoc comparisons were considered at $p$<.01. White students experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

288    To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and

EXHIBIT D

203    **173**

percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F_{(12, 32134)}$ = 5.57, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F_{(6, 16067)}$ = 7.31, $p<.001$, $\eta_p^2$ = .00; Gender expression: $F_{(6, 16067)}$ = 6.83, $p<.001$, $\eta_p^2$ = .00. Post hoc comparisons were considered at $p<.01$. For both dependent variables, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

289    To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F_{(12, 31050)}$ = 9.06, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F_{(6, 15525)}$ = 16.13, $p<.001$, $\eta_p^2$ = .01; Gender expression, $F_{(6, 15525)}$ = 14.60, $p<.001$, $\eta_p^2$ = .01. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

290    In order to assess experiences of both anti-LGBTQ and racist harassment, a new variable was calculated that included students who experienced any harassment based on race and also experienced any harassment or assault based on sexual orientation or gender expression.

291    To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F_{(6, 16075)}$ = 22.63, $p<.001$, $\eta_p^2$ = .01. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

292    To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F_{(18, 49158)}$ = 5.37, $p<.001$. The univariate effects for in-school

discipline and out-of-school discipline were significant – In-school discipline: $F_{(6, 16395)}$ = 10.95, $p<.001$, $\eta_p^2$ = .00; Out-of-school discipline: $F_{(6, 16395)}$ = 7.53, $p<.001$, $\eta_p^2$ = .00. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

293    To compare feeling unsafe because of race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe of their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe was significant: $F_{(6, 16100)}$ = 202.83, $p<.001$, $\eta_p^2$ = .07. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

294    To compare victimization based on race/ethnicity by race/ethnicity, a univariate analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization was significant: $F_{(6, 16190)}$ = 179.07, $p<.001$, $\eta_p^2$ = .06. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

295    To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F_{(12, 32134)}$ = 5.57, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F_{(6, 16067)}$ = 7.31, $p<.001$, $\eta_p^2$ = .00; Gender expression, $F_{(6, 16067)}$ = 6.83, $p<.001$, $\eta_p^2$ = .00. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

296    To compare victimization based on sexual orientation and victimization based on gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/

ethnicity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression: $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

297  To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

298  To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (AAPI, MENA, Black, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

299  To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the

same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

300  To compare victimization based on race/ethnicity by race/ethnicity, a univariate analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

301  To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, and percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both dependent variables, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

302  To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, and percentage of student body that was White, percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation, $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others

but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

303  To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

304  To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (Black, MENA, AAPI, Latinx, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

305  To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

306  To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant:

$F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

307  To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation: $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

308  To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression: $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

309  To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all

others; no other significant differences were observed. Percentages are shown for illustrative purposes.

310  To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (Latinx, MENA, AAPI, Black, Native and Indigenous, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F_{(18, 49158)}$ = 5.37, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F_{(6, 16395)}$ = 10.95, $p<.001$, $\eta_p^2$ = .00; Out-of-school discipline: $F_{(6, 16395)}$ = 7.53, $p<.001$, $\eta_p^2$ = .00. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

311  To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F_{(6, 16100)}$ = 202.83, $p<.001$, $\eta_p^2$ = .07. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

312  To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F_{(6, 16190)}$ = 179.07, $p<.001$, $\eta_p^2$ = .06. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

313  To compare feeling unsafe regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F_{(12, 32134)}$ = 5.57, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation, $F_{(6, 16067)}$ = 7.31, $p<.001$,

$\eta_p^2$ = .00; Gender expression, $F_{(6, 16067)}$ = 6.83, $p<.001$, $\eta_p^2$ = .00. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

314  To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F_{(12, 31050)}$ = 9.06, $p<.001$. The univariate effects for victimization were significant – Sexual orientation, $F_{(6, 15525)}$ = 16.13, $p<.001$, $\eta_p^2$ = .01; Gender expression, $F_{(6, 15525)}$ = 14.60, $p<.001$, $\eta_p^2$ = .01. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

315  To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F_{(6, 16075)}$ = 22.63, $p<.001$, $\eta_p^2$ = .01. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

316  To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (Native and Indigenous, MENA, AAPI, Black, Latinx, multiracial, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F_{(18, 49158)}$ = 5.37, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F_{(6, 16395)}$ = 10.95, $p<.001$, $\eta_p^2$ = .00; Out-of-school discipline: $F_{(6, 16395)}$ = 7.53, $p<.001$, $\eta_p^2$ = .00. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences

were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

317  To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of the student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous, and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

318  To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization based on race/ethnicity was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students were experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

319  To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.57$, $p<.001$. The univariate effects for feeling unsafe – Sexual orientation, $F(6, 16067) = 7.31$, $p<.001$, $\eta_p^2 = .00$; Gender expression, $F(6, 16067) = 6.83$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

320  To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$,

$p<.001$. The univariate effects for victimization were significant – Sexual orientation, $F(6, 15525) = 16.13$, $p<.001$, $\eta_p^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

321  To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies and practices. The independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

322  To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (multiracial, MENA, AAPI, Black, Latinx, Native and Indigenous, and White). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

323  To compare feelings of safety regarding race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was feeling unsafe regarding their actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), percentage of the student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for feeling unsafe regarding their race/ethnicity was significant: $F(6, 16100) = 202.83$, $p<.001$, $\eta_p^2 = .07$. Post hoc comparisons were considered at $p<.01$. Black students were more likely to feel unsafe than AAPI, Latinx, multiracial, Native and Indigenous, and White students; AAPI and Latinx students were more likely to feel unsafe than multiracial and White students; MENA, Native and Indigenous,

and multiracial students were more likely to feel unsafe than White students; White students were less likely to feel unsafe based on race/ethnicity than all other racial/ethnic groups; no other significant differences were observed. Percentages are shown for illustrative purposes.

324   To compare victimization based on race/ethnicity by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was rate of experiencing victimization based on actual or perceived race/ethnicity, and the independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), percentage of the student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for victimization was significant: $F(6, 16190) = 179.07$, $p<.001$, $\eta_p{}^2 = .06$. Post hoc comparisons were considered at $p<.01$. White students experienced less frequent victimization than all other racial/ethnic groups; multiracial students experienced less frequent victimization than Latinx students; no other significant differences were observed. Percentages are shown for illustrative purposes.

325   To compare feelings of safety regarding sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. Two dichotomous dependent variables were included: feeling unsafe regarding sexual orientation, and feeling unsafe regarding gender expression. The independent variable was race/ethnicity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .00, $F(12, 32134) = 5.07$, $p<.001$. The univariate effects for feeling unsafe were significant – Sexual orientation: $F(6, 16067) = 7.31$, $p<.001$, $\eta_p{}^2 = .00$; Gender expression, $F(6, 16067) = 6.83$, $p<.001$, $\eta_p{}^2 = .00$. Post hoc comparisons were considered at $p<.01$. For both feeling unsafe regarding their sexual orientation and gender expression, Native and Indigenous, Latinx, White, and multiracial students were all more likely to feel unsafe than Black and AAPI students; multiracial students were also more likely to feel unsafe about gender expression than Black and AAPI students; no other significant differences were observed. Percentages are shown for illustrative purposes.

326   To compare victimization based on sexual orientation and gender expression by race/ethnicity, a multivariate analysis of covariance (MANCOVA) was conducted. The two dependent variables were weighted victimization variables measuring harassment and assault based on sexual orientation and based on gender expression. The independent variable was race/ethnicity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to students, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The multivariate effect was significant: Pillai's trace = .01, $F(12, 31050) = 9.06$, $p<.001$. The univariate effects for victimization were significant – Sexual orientation: $F(6, 15525) = 16.13$, $p<.001$, $\eta_p{}^2 = .01$; Gender expression, $F(6, 15525) = 14.60$, $p<.001$, $\eta_p{}^2 = .01$. Post hoc comparisons were considered at $p<.01$. Sexual orientation: Native and Indigenous students experienced higher levels of victimization than all other racial/ethnic groups except MENA students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than AAPI and Black; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. Gender expression: Native and Indigenous students experienced higher levels of victimization than White, Black, and AAPI students; multiracial, Latinx, White, and MENA students all experienced higher levels of victimization than Black and AAPI students; Black and AAPI students experienced lower levels of victimization than all others but were not significantly different from each other. No other significant differences were observed. Percentages are shown for illustrative purposes.

327   To compare experiences of anti-LGBTQ discriminatory school policies and practices by race/ethnicity, an analysis of covariance (ANCOVA) was conducted. The dependent variable was experiencing any of the anti-LGBTQ discriminatory school policies

and practices. The independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included student age, school locale (urban/suburban/rural), how out the student was about their LGBTQ identity to school staff, percentage of student body that was White, and percentage of the student body that was the same race/ethnicity as the student. The main effect for experiencing anti-LGBTQ discrimination was significant: $F(6, 16075) = 22.63$, $p<.001$, $\eta_p{}^2 = .01$. Post hoc comparisons were considered at $p<.01$. Native and Indigenous, multiracial, White, and Latinx students were all more likely to experience discrimination than Black and AAPI students; MENA and Black students were more likely to experience discrimination than AAPI students; AAPI students were less likely to experience discrimination than all others; no other significant differences were observed. Percentages are shown for illustrative purposes.

328   To compare experiences of school discipline by race/ethnicity, a multivariate analysis of variance (MANCOVA) was conducted. The three dichotomous dependent variables were: experiencing any in-school discipline, experiencing any out-of-school discipline, and having contact with law enforcement as a result of school discipline. The independent variable was racial/ethnic identity (White, MENA, AAPI, Black, Latinx, Native and Indigenous, and multiracial). As covariates, we included how out the student was about their LGBTQ identity to staff and their grade level. The multivariate effect was significant: Pillai's trace = .01, $F(18, 49158) = 5.37$, $p<.001$. The univariate effects for in-school discipline and out-of-school discipline were significant – In-school discipline: $F(6, 16395) = 10.95$, $p<.001$, $\eta_p{}^2 = .00$; Out-of-school discipline: $F(6, 16395) = 7.53$, $p<.001$, $\eta_p{}^2 = .00$. Post hoc comparisons were considered at $p<.01$. In-school discipline: Latinx and multiracial students were both more likely to experience in-school discipline than White and AAPI students; Black and White students were more likely to experience in-school discipline than AAPI students; no other significant differences were observed. Out-of-school discipline: Black students were more likely to experience out-of-school discipline than White and AAPI students and multiracial students were more likely to experience out-of-school discipline than White students; no other significant differences were observed. The univariate effect for contact with law enforcement was not significant. Percentages are shown for illustrative purposes.

329   Causadias, J. M., & Korous, K. M. (2019). Racial discrimination in the United States: A national health crisis that demands a national health solution. *Journal of Adolescent Health, 64*(2), 147-148.

Ramsey, S. (2017). *The troubled history of American education after the Brown decision.* The Organization of American Historians. https://www.oah.org/tah/issues/2017/february/the-troubled-history-of-american-education-after-the-brown-decision/

Tatum, B. D. (2017). *Why are all the Black kids sitting together in the cafeteria?: And other conversations about race.* Basic Books.

330   To compare experiencing multiple forms of victimization by race/ethnicity, an analysis of covariance (ANCOVA) was conducted with a dichotomous variable, whether a student experienced both racist and anti-LGBTQ victimization as the dependent variable, racial/ethnic identity (MENA, AAPI, Black, Latinx, Native and Indigenous, multiracial, and White) as the independent variable, and both outness to peers and school locale (urban/suburban/rural) as covariates. The main effect was significant: $F(6, 16372) = 371.21$, $p<.001$, $\eta_p{}^2 = .12$. Post hoc comparisons were considered at $p<.01$. White students were less likely to experience both forms of victimization than all other racial/ethnic groups; Latinx students were more likely to experience both forms of victimization than multiracial students; no other significant differences were observed. Percentages are shown for illustrative purposes.

331   Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Asian American and Pacific Islander LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-AAPI-2020.pdf

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Black-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Latinx*

*LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Latinx-2020.pdf

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). *Erasure and resilience: The experiences of LGBTQ students of color, Native and Indigenous LGBTQ youth in U.S. Schools.* New York: GLSEN. https://www.glsen.org/sites/default/files/2020-06/Erasure-and-Resilience-Native-2020.pdf

332 In this section, for analyses examining the associations between school characteristics and students' experiences with anti-LGBTQ victimization, students' individual demographic characteristics (sexual orientation, gender, and race/ethnicity) and their experiences with school discipline are included in the model as covariates because in prior sections of this report these demographic characteristics and school discipline were found to be associated with experiences with anti-LGBTQ victimization. For analyses examining the associations between school characteristics and students' experiences with anti-LGBTQ discrimination, students' individual demographic characteristics (sexual orientation, gender, and race/ethnicity) are included in the model as covariates because in prior sections of this report these demographic characteristics were found to be associated with their experiences of anti-LGBTQ discrimination in school.

333 For comparisons by school level, only students who attended middle or high schools were included in this analysis. Students who attended elementary schools, K-12 schools, lower schools, upper schools, or another type of school were excluded.

334 To test differences in anti-LGBTQ language by school level, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and school level (middle school and high school) as the independent variable. Multivariate results were significant: Pillai's Trace = .05, $F(5, 13693) = 150.79$, $p<.001$. Univariate effects were significant for the following anti-LGBTQ language remarks – "Gay" used in a negative way: $F(1, 13697) = 334.68$, $p<.001$, $\eta_p^2 = .02$; "No homo": $F(1, 13697) = 473.97$, $p<.001$, $\eta_p^2 = .03$; Other homophobic remarks: $F(1, 13697) = 30.75$, $p<.001$, $\eta_p^2 = .00$. Middle school students heard "gay" used in a negative way, "no homo," and other homophobic remarks more than high school students. The univariate effects for negative remarks about gender expression and negative remarks about transgender people were not significant. Percentages are shown for illustrative purposes.

335 To examine differences in anti-LGBTQ victimization experiences by school level, a multivariate analysis of covariance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, school level (middle school and high school) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .03, $F(3, 12810) = 119.19$, $p<.001$. Univariate effects were significant for anti-LGBTQ victimization – Sexual orientation: $F(1, 12812) = 348.20$, $p<.001$, $\eta_p^2 = .03$; Gender expression: $F(1, 12812) = 117.88$, $p<.001$, $\eta_p^2 = .01$; Gender: $F(1, 12812) = 119.45$, $p<.001$, $\eta_p^2 = .01$. Middle school students experienced higher levels of anti-LGBTQ victimization on all types than high school students. Percentages are shown for illustrative purposes.

336 To compare differences in experiences of anti-LGBTQ discriminatory practices and policies by school level, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, school level (middle school and high school) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(1, 13402) = 161.03$, $p<.001$, $\eta_p^2 = .01$. Middle school students were more likely to experience anti-LGBTQ discrimination than high school students. Percentages are shown for illustrative purposes.

337 To examine differences in access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by school level, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all.) All analyses were significant at $p<.05$ – GSAs: $\chi^2 = 1448.48$, $df = 1$, $p<.001$, $\phi = .33$; LGBTQ website access: $\chi^2 = 155.84$, $df = 1$, $p<.001$, $\phi = .11$; LGBTQ library resources: $\chi^2 = 52.55$, $df = 1$, $p<.001$, $\phi = .06$; LGBTQ inclusion in textbooks/other assigned readings: $\chi^2 = 145.04$, $df = 1$, $p<.001$, $\phi = .10$; LGBTQ-inclusive curriculum: $\chi^2 = 29.87$, $df = 1$, $p<.001$, $\phi = .05$; LGBTQ-inclusive sex education: $\chi^2 = 3.98$, $df = 1$, $p<.05$, $\phi = .02$; Safe Space stickers/posters: $\chi^2 = 620.00$, $df = 1$, $p<.001$, $\phi = .21$, comprehensive anti-bullying/harassment policy: $\chi^2 = 29.47$, $df = 1$, $p<.001$, $\phi = .05$; transgender/other nonbinary student policy: $\chi^2 = 50.60$, $df = 1$, $p<.001$, $\phi = .06$. Middle school students had less access to GSAs, LGBTQ websites, LGBTQ library resources, LGBTQ inclusion in textbooks/other assigned readings, LGBTQ-inclusive curriculum and sex education, comprehensive bullying/harassment policy, and transgender/other nonbinary student policy, and less display of safe space stickers/posters, than high school students. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel by school level, two separate independent samples t-tests were conducted, with supportive educators and supportive administrators as the dependent variables, and school level (middle school and high school) as the independent variable. Both analyses were significant – Supportive educators: $t(3637.35) = 16.55$, $p<.001$, Cohen's $d = .38$; Supportive administrators: $t(3874.66) = 7.34$, $p<.001$, Cohen's $d = .16$. Middle school students had less supportive school educators and less supportive administrators than high school students. Percentages are shown for illustrative purposes.

338 Travers, M., Murray, L., & Kull, M. (2020). Sexual health and risk-taking behaviors among New York City high school students: Variation by sexual orientation and gender identity status. *Journal of LGBT Youth.* doi: 10.1080/19361653.2020.1795776

339 To compare differences in GSA participation by school level, two separate independent samples t-tests were conducted, with GSA attendance and GSA participation as a leader/officer as the dependent variables, and school level (middle school and high school). GSA attendance was significant: $t(1097.78) = 10.18$, $p<.001$, Cohen's $d = .36$. Middle school students had higher GSA attendance than high school students. GSA participation as a leader/officer was not significant.

340 U.S. Department of Education. (2019). *Student reports of bullying: Results from the 2017 School Crime Supplement to the National Crime Victimization Survey.* Retrieved August 2, 2020. https://nces.ed.gov/pubs2019/2019054.pdf

341 To examine differences in anti-LGBTQ language by school type, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and school type (public, religious, and private non-religious) as the independent variable. Multivariate results were significant: Pillai's Trace = .04, $F(10, 32936) = 65.53$, $p<.001$. All univariate effects were significant for the anti-LGBTQ language remarks – "Gay" used in a negative way: $F(2, 16471) = 197.93$, $p<.001$, $\eta_p^2 = .02$; "No homo": $F(2, 16471) = 45.05$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(2, 16471) = 229.17$, $p<.001$, $\eta_p^2 = .03$, Negative remarks about gender expression: $F(2, 16471) = 22.11$, $p<.001$, $\eta_p^2 = .00$; Trans remarks: $F(2, 16471) = 85.83$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. "Gay" used in a negative way: Private school students heard less than all other school types; no other significant differences were found. "No homo": Private school students heard less than public students; Religious school students heard less than public school students; no other significant differences were found. Other homophobic remarks: Private school students heard less than all other school types; Religious school students heard less than public school students. Gender expression remarks: Private school students heard less than all other school types; Religious school students heard more than public school

students. Trans remarks: Private school students heard less than all other school types; no other significant differences were found. Percentages are shown for illustrative purposes.

342 To examine differences in anti-LGBTQ language by type of public school, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and type of public school (regular public school and charter school) as the independent variable. The multivariate results were not significant.

343 To examine differences in anti-LGBTQ victimization experiences by school type, a multivariate analysis of covariance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, school type (public, religious, and private non-religious) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline (see School Climate and School Discipline section)) as covariates. Multivariate results were significant: Pillai's Trace = .00, $F(6, 30768) = 11.40$, $p<.001$. Univariate effects were significant for all types of anti-LGBTQ victimization – Sexual orientation: $F(2, 15385) = 22.59$, $p<.001$, $\eta_p^2 = .00$; Gender expression: $F(2, 15385) = 11.89$, $p<.001$, $\eta_p^2 = .00$; Gender: $F(2, 15385) = 20.61$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. Victimization based on sexual orientation: Public school students experienced more than private school students; no other significant differences were found. Victimization based on gender expression: Public school students experienced more than private school students; no other significant differences were found. Victimization based on gender: Public school students experienced more than private and religious school students; no other significant differences were found. Percentages are shown for illustrative purposes.

344 To examine differences in anti-LGBTQ victimization by type of public school, a multivariate analysis of covariance (MANCOVA) was conducted, with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, type of public school (regular public school and charter school) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. The multivariate results were not significant.

345 To examine differences in experiences of anti-LGBTQ discriminatory policies and practices by school type, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, school type (public, religious, and private non-religious) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(2, 16112) = 97.93$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. Private school students experienced less anti-LGBTQ discrimination than public and religious school students. Public school students experienced less anti-LGBTQ discrimination than religious school students. Percentages are shown for illustrative purposes.

346 To examine differences in experiences of anti-LGBTQ discriminatory policies and practices by type of public school, an analysis of covariance (ANCOVA) was conducted with experiencing any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, type of public school (regular public school and charter school) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were not significant.

347 To examine differences in access to GSAs, inclusive curriculum,

inclusive curricular resources, and comprehensive anti-bullying/ harassment and supportive trans/nonbinary policies by school type, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant – GSAs: $\chi^2 = 141.94$, $df = 2$, $p<.001$, Cramer's V = .09; LGBTQ website access: $\chi^2 = 113.35$, $df = 2$, $p<.001$, Cramer's V = .08; LGBTQ library resources: $\chi^2 = 181.00$, $df = 2$, $p<.001$, Cramer's V = .11; LGBTQ inclusion in textbooks/other assigned readings: $\chi^2 = 57.15$, $df = 2$, $p<.001$, Cramer's V = .06; LGBTQ-inclusive curriculum: $\chi^2 = 141.94$, $df = 2$, $p<.001$, Cramer's V = .09; LGBTQ-inclusive sex education: $\chi^2 = 73.44$, $df = 2$, $p<.001$, Cramer's V = .07; Safe Space stickers/posters: $\chi^2 = 516.77$, $df = 2$, $p<.001$, Cramer's V = .18; Comprehensive anti-bullying/harassment policy: $\chi^2 = 63.56$, $df = 2$, $p<.001$, Cramer's V = .06; Supportive trans/nonbinary student policy: $\chi^2 = 88.78$, $df = 2$, $p<.001$, Cramer's V = .07. Post hoc comparisons were considered at $p<.05$. GSAs: Religious had less than public and private; public had more than private. LGBTQ website access: Religious had less than public and private; public had less than private. LGBTQ library resources: Religious had less than public and private; public had less than private. LGBTQ inclusive textbooks/other readings: Religious had more than public; public had less than private; no other significant differences were found. LGBTQ-inclusive curriculum: Religious had less than public and private; public had less than private. LGBTQ library resources: Religious had less than public and private; public had more than private. LGBTQ-inclusive sex education: Religious had less than public and private; public had less than private. Safe Space stickers/posters: Religious had less than public and private; no other significant differences were found. Comprehensive policy: Religious school students had less than public and private school students; public school students had less than private school students. Supportive trans/nonbinary policy: Religious school students had less than public and private school students; public school students had less than private school students. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel by school type, two separate analysis of variance (ANOVAs) were conducted with supportive educators and supportive administrators as the dependent variables, and school type (public, religious, and private non-religious) as the independent variable. The results for both analyses were significant: Supportive educators: $F(2, 16390) = 332.25$, $p<.001$, $\eta_p^2 = .04$; Supportive administrators: $F(2, 16337) = 351.13$, $p<.001$, $\eta_p^2 = .04$. Post hoc comparisons were considered at $p<.05$. Supportive educators: Religious school students had less than public and private school students; public school students had less than private school students. Supportive administrators: Religious school students had less than public and private school students; public school students had less than private school students. Percentages are shown for illustrative purposes.

348 To examine differences in access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/ harassment and supportive trans/nonbinary policies by type of public school, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). The following analyses were significant at $p<.05$: LGBTQ library resources: $\chi^2 = 14.14$, $df = 1$, $\phi = -.03$; LGBTQ-inclusive curriculum: $\chi^2 = 26.04$, $df = 1$, $\phi = -.04$; LGBTQ-inclusive sex education: $\chi^2 = 7.27$, $df = 1$, $\phi = .02$; Supportive trans/nonbinary policy: $\chi^2 = 5.65$, $df = 1$, $\phi = -.02$. LGBTQ library resources: Regular public schools had more than charter schools. LGBTQ-inclusive curriculum: Regular public schools had less than charter schools. LGBTQ-inclusive sex education: Regular publics schools had less than charter schools. Supportive trans/nonbinary policy: Regular public schools had less than charter schools. No significant differences were found for GSAs, LGBTQ website access, LGBTQ-inclusive textbooks/other assigned readings, Safe Space stickers/poster, and comprehensive policy. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel type of public school, two separate independent-samples t-tests were conducted with supportive educators and supportive administrators as the dependent variables, and type of public school (regular public school and charter school) as the independent variable. Supportive administrators was significant at $p<.05$: $t(625.61) = -2.41$, Cohen's $d = .10$. Students in regular public schools had less supportive student administrators than students in charter schools. Regular public schools and charter schools did not differ on supportive educators. Percentages are shown for illustrative purposes.

349  To examine differences in having negative LGBTQ representation in the curriculum by school type, a chi-square test was conducted. The results of the analysis were significant: $\chi^2 = 813.33$, $df = 2$, $p<.001$, Cramer's V = .22. Post hoc comparisons were considered at $p<.05$. Religious school students had more negative LGBTQ curriculum than public and private school students. No other significant differences were found. Percentages are shown for illustrative purposes.

350  To compare differences in gender-segregated schools (whether there was a single-sex school or not) by school type, a chi-square test was conducted. The results of the analysis were significant: $\chi^2 = 1776.39$, $df = 2$, $p<.001$, Cramer's V = .33. Post hoc comparisons were considered at $p<.05$. Religious schools were more likely to be single-sex schools than public and private schools. Private schools were more likely to be single-sex schools than public schools. Percentages are shown for illustrative purposes.

351  To compare differences in having any gender-segregated school practices (yearbook photos/senior pictures, homecoming court/prom royalty, graduation attire, and other types) by school type, a chi-square test was conducted. The results of the analysis were significant: $\chi^2 = 143.80$, $df = 2$, $p<.001$, Cramer's V = .10. Post hoc comparisons were considered at $p<.05$. Religious schools were more likely to have gender-segregated school practices than public and private schools. Public schools were more likely to have gender-segregated school practices than private schools.

352  To examine differences in frequency of school staff intervention on negative remarks about gender expression by school type, an analysis of variance (ANOVA) was conducted. The results of the analysis were significant: $F(2, 11766) = 40.59$, $p<.001$, $\eta^2 = .01$. Post hoc comparisons were considered at $p<.01$. There was less school staff intervention on negative remarks about gender expression in religious schools than in public and private schools. There was less school staff intervention in public schools than in private schools.

353  Chandler, M. A. (March 10, 2015). Charter schools less likely to have libraries. *The Washington Post*. Retrieved on August 8, 2020. https://www.washingtonpost.com/local/education/charter-schools-less-likely-to-have-libraries/2015/03/10/5e5e723a-c739-11e4-b2a1-bed1aaea2816_story.html

Koons, S. (June 20, 2020). Professor, students examine charter school hiring practices. *Penn State News*. Retrieved on August 2, 2020. https://news.psu.edu/story/621818/2020/06/02/research/professor-students-examine-charter-school-hiring-practices

354  To examine differences in anti-LGBTQ language by locale, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and locale (urban, suburban, rural) as the independent variable. Multivariate results were significant: Pillai's Trace = .03, $F(10, 32860) = 42.87$, $p<.001$. All univariate effects were significant – "Gay" used in a negative way: $F(2, 16433) = 104.37$, $p<.001$, $\eta^2 = .01$; "No homo": $F(2, 16433) = 8.04$, $p<.001$, $\eta^2 = .00$; Other homophobic remarks: $F(2, 16433) = 142.31$, $p<.001$, $\eta^2 = .02$; Negative remarks about gender expression: $F(2,16433) = 27.07$, $p<.001$, $\eta^2 = .00$; Negative transgender remarks: $F(2, 16433) = 107.97$, $p<.001$, $\eta^2 = .01$. Post hoc comparisons were considered at $p<.01$. "Gay" used in a negative way: Rural students heard less than urban and suburban students; no other significant differences were found. "No homo": Rural students heard more than suburban students; urban students heard more than suburban students; no other significant differences were found. Other homophobic remarks: Rural students heard more than urban and suburban students; no other significant differences were found. Negative gender expression remarks: Rural students heard more than urban and suburban students; no other

significant differences were found. Negative transgender remarks: Rural students heard more than urban and suburban students; no other significant differences were found. Percentages are shown for illustrative purposes.

355  To examine differences on anti-LGBTQ victimization experiences by locale, a multivariate analysis of variance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, locale (urban, suburban, and rural) as the independent variable, and student demographic characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .01, $F(6, 30712) = 22.67$, $p<.001$. All univariate effects were significant: Victimization based on sexual orientation: $F(2, 15357) = 51.81$, $p<.001$, $\eta^2 = .01$; Victimization based on gender expression: $F(2, 15357) = 46.62$, $p<.001$, $\eta^2 = .01$; Victimization based on gender: $F(2, 15357) = 34.30$, $p<.001$, $\eta^2 = .00$. Post hoc comparisons were considered at $p<.01$. Victimization based on sexual orientation: Rural students experienced more than urban and suburban students; urban students experienced more than suburban students. Victimization based on gender expression: Rural and urban students experienced more than suburban students; no other significant differences were found. Victimization based on gender: Rural and urban students experienced more than suburban students; no other significant differences were found. Percentages are shown for illustrative purposes.

356  To examine differences on experiences of anti-LGBTQ discriminatory policies and practices by locale, an analysis of covariance (ANCOVAs) was conducted with experiences of any anti-LGBTQ discrimination (a combined variable of whether the student experienced any of the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, locale (urban, suburban, and rural) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(2, 16081) = 76.77$, $p<.001$, $\eta^2 = .01$. Post hoc comparisons were considered at $p<.01$. Rural students were more likely to experience anti-LGBTQ discrimination than urban and suburban students. No other significant differences were found. Percentages are shown for illustrative purposes.

357  To examine differences on access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by locale, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant – GSAs: $\chi^2 = 979.53$, $df = 2$, $p<.001$, Cramer's V = .24; LGBTQ website access: $\chi^2 = 76.30$, $df = 2$, $p<.001$, Cramer's V = .07; LGBTQ library resources: $\chi^2 = 56.28$, $df = 2$, $p<.001$, Cramer's V = .06; LGBTQ inclusion in textbooks/other assigned readings: $\chi^2 = 92.28$, $df = 2$, $p<.001$, Cramer's V = .08; LGBTQ-inclusive curriculum: $\chi^2 = 162.96$, $df = 2$, $p<.001$, Cramer's V = .10; LGBTQ-inclusive sex education: $\chi^2 = 86.34$, $df = 2$, $p<.001$, Cramer's V = .07; Safe Space stickers/posters: $\chi^2 = 718.02$, $df = 2$, $p<.001$, Cramer's V = .21; Comprehensive anti-bullying/harassment policy: $\chi^2 = 75.39$, $df = 2$, $p<.001$, Cramer's V = .07; Trans/nonbinary student policy: $\chi^2 = 89.91$, $df = 2$, $p<.001$, Cramer's V = .07. Post hoc comparisons were considered at $p<.05$. GSAs: Rural students had less than urban and suburban students; urban students had less than suburban students. Safe Space stickers/posters: Rural students had less than urban and suburban students; urban students had less than suburban students. LGBTQ library resources: Rural and urban students had less than suburban students; no other significant differences were found. LGBTQ inclusive textbooks/other readings: Rural students had less than urban and suburban students; no other significant differences were found. LGBTQ-inclusive curriculum: Rural students had less than urban and suburban students; urban students had more than suburban students. LGBTQ-inclusive sex education: Rural students had less

than urban and suburban students; urban students had more than suburban students. Safe Space stickers/posters: Rural students had less than urban and suburban students; urban students had less than suburban students. Comprehensive policy: Rural students had less than urban and suburban students; no other significant differences were found. Supportive trans/nonbinary policy: Rural students had less than urban and suburban students; urban students had more than suburban students. Percentages are shown for illustrative purposes.

To examine differences in supportive school personnel by locale, two separate analysis of variance (ANOVAs) were conducted with supportive educators and supportive administrators as the dependent variables, and locale (urban, suburban, and rural) as the independent variable. The results for both analyses were significant – Supportive educators: $F(2, 16354) = 378.95$, $p<.001$, $\eta_p^2 = .04$; Supportive administrators: $F(2, 16312) = 165.09$, $p<.001$, $\eta_p^2 = .02$. Post hoc comparisons were considered at $p<.05$. Supportive educators: Rural students had less than urban and suburban students; urban students had less than suburban students. Supportive administrators: Rural students had less than urban and suburban students; no other significant differences were found. Percentages are shown for illustrative purposes.

358 Darling-Hammond, L. (2013). Inequality and school resources: what it will take to close the opportunity gap. In P. L. Carter & K. G. Welner (Eds.), *Closing the Opportunity Gap: What America Must Do to Give Every Child an Even Chance.* New York, NY: Oxford University Press.

Roscigno, V. J., Tomaskovic-Devey, D., & Crowley, M. (2006). Education and the inequalities of place. *Social Forces, 84*(4), 2121-2145.

359 Movement Advancement Project. (April, 2019). *Where we call home: LGBT people in rural America.* Retrieved from: https://www.lgbtmap.org/file/lgbt-rural-report.pdf

Pew Research Center. (June 8, 2015). *Knowing gays and lesbians, religious conflicts, beliefs about homosexuality.* Retrieved from: https://www.pewresearch.org/politics/2015/06/08/section-2-knowing-gays-and-lesbians-religious-conflicts-beliefs-about-homosexuality/

360 To examine differences in anti-LGBTQ language by region, a multivariate analysis of variance (MANOVA) was conducted with the anti-LGBTQ remarks variables ("gay" used in a negative way, "no homo," other homophobic remarks, negative remarks about gender expression, and negative remarks about transgender people) as the dependent variables, and region (South, Midwest, West, and Northeast) as the independent variable. Multivariate results were significant: Pillai's Trace = .03, $F(15, 49668) = 30.38$, $p<.001$. All univariate effects were significant – "Gay" used in a negative way: $F(3, 16558) = 65.63$; $p<.001$, $\eta_p^2 = .01$; "No homo": $F(3, 16558) = 73.63$, $p<.001$, $\eta_p^2 = .01$; Other homophobic remarks: $F(3, 16558) = 64.87$, $p<.001$, $\eta_p^2 = .01$; Negative remarks about gender expression: $F(3, 16558) = 28.81$, $p<.001$, $\eta_p^2 = .01$; Trans remarks: $F(3, 16558) = 51.51$, $p<.001$, $\eta_p^2 = .01$. Post hoc comparisons were considered at $p<.01$. "Gay" used in a negative way: Students in the South heard more than all the other regions; students in the Midwest heard more than the West and Northeast; no other significant differences were found. "No homo": Students in the South heard more than the Midwest and Northeast; students in the West heard more than the West and more than the Northeast; students in the Midwest heard less than the West and more than the Northeast; no other significant differences were found. Other homophobic remarks: Students in the South heard more than all the other regions; students in the Midwest heard more than the West and Northeast; no other significant differences were found. Negative gender expression remarks: Students in the South heard more than all the other regions; students in Midwest heard more than the West and Northeast; no other significant differences were found. Negative transgender remarks: Students in the South heard more than all the other regions; students in the Midwest heard more than the West and Northeast; no other significant differences were found. Percentages are shown for illustrative purposes.

361 To examine differences on anti-LGBTQ victimization experiences by region, a multivariate analysis of covariance (MANCOVA) was conducted with experiences of anti-LGBTQ victimization (i.e., the three weighted victimization variables for victimization based on sexual orientation, gender expression, and gender) as the dependent variables, region (South, Midwest, West, and Northeast) as the independent variable, and student demographic

characteristics (sexual orientation, gender expression, and gender) and any school discipline (a combined variable of whether the student experienced any of the five types of school discipline [see School Climate and School Discipline section]) as covariates. Multivariate results were significant: Pillai's Trace = .01, $F(9, 46383) = 10.19$, $p<.001$. Univariate effects were significant for all types of anti-LGBTQ victimization – Victimization based on sexual orientation: $F(3, 15461) = 24.78$, $p<.001$, $\eta_p^2 = .01$; Victimization based on gender expression: $F(3, 15461) = 13.33$, $p<.001$, $\eta_p^2 = .00$; Victimization based on gender: $F(3, 15461) = 11.42$, $p<.001$, $\eta_p^2 = .00$. Post hoc comparisons were considered at $p<.01$. Victimization based on sexual orientation: Students in the South experienced more than all other regions; students in the Midwest experienced more than the Northeast; no other significant differences were found. Victimization based on gender expression: Students in the South, Midwest, and West experienced more than the Northeast; no other significant differences were found. Victimization based on gender: Students in the South, Midwest, and West experienced more than the Northeast; no other significant differences were found. Percentages are shown for illustrative purposes.

362 To examine differences on experiences of anti-LGBTQ discriminatory practices and practices by region, an analysis of covariance (ANCOVA) was conducted with experiences of any anti-LGBTQ discrimination (i.e., the 11 discriminatory actions assessed [see Discriminatory Practices and Policies section]) as the dependent variable, region (South, Midwest, West, Northeast) as the independent variable, and student demographic characteristics including sexual orientation, gender expression, and gender as covariates. The results of the analysis were significant: $F(3, 16195) = 123.27$, $p<.001$, $\eta_p^2 = .02$. Post hoc comparisons were considered at $p<.01$. Students in the South experienced more discrimination than all other regions; students in the Midwest experienced more discrimination than the West and Northeast; students in the West experienced more discrimination than the Northeast. Percentages are shown for illustrative purposes.

363 To examine differences on access to GSAs, inclusive curriculum, inclusive curricular resources, and comprehensive anti-bullying/harassment and supportive trans/nonbinary policies by region, a series of chi-square tests were conducted. (For the purposes of this analysis and similar analyses in this section regarding school differences in availability of comprehensive policy, we examined only whether students reported that their school had a comprehensive, i.e., fully enumerated, anti-bullying/harassment policy or not. Therefore, students without a comprehensive policy might have had a partially enumerated policy, a generic policy, or no policy at all). All analyses were significant – GSAs: $\chi 2 = 852.60$, $df = 3$, $p<.001$, Cramer's V = .23; LGBTQ website access: $\chi 2 = 322.82$, $df = 3$, $p<.001$, Cramer's V = .14; LGBTQ library resources: $\chi 2 = 133.06$, $df = 3$, $p<.001$, Cramer's V = .09; LGBTQ inclusion in textbooks/other assigned readings: $\chi 2 = 49.39$, $df = 3$, $p<.001$, Cramer's V = .06; LGBTQ-inclusive curriculum: $\chi 2 = 336.83$, $df = 3$, $p<.001$, Cramer's V = .14; LGBTQ-inclusive sex education: $\chi 2 = 536.05$, $df = 3$, $p<.001$, Cramer's V = .18; Safe Space stickers/posters: $\chi 2 = 1151.96$, $df = 3$, $p<.001$, Cramer's V = .26; Comprehensive anti-bullying/harassment policy: $\chi 2 = 527.73$, $df = 3$, $p<.001$, Cramer's V = .18; Supportive trans/nonbinary student policy: $\chi 2 = 414.97$, $df = 3$, $p<.001$, Cramer's V = .16. Post hoc comparisons were considered at $p<.05$. GSAs: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. LGBTQ website access: Students in the South had less than all other regions; students in the Midwest and West had less than the Northeast; no other significant differences were found. LGBTQ library resources: Students in the South had less than all other regions; students in the Midwest and West had less than the Northeast; no other significant differences were found. LGBTQ inclusive textbooks/other readings: Students in the South had less than all other regions; students in the Midwest had less than the Northeast; no other significant differences were found. LGBTQ-inclusive curriculum: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. LGBTQ-inclusive sex education: Students in the South had less than the West and Northeast; students in the Midwest had less than the West and Northeast; no other significant differences were found. Safe Space stickers/posters: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; students in the West had less than the Northeast. Comprehensive policy: Students in the South

had less than all other regions; students in the Midwest had less than the West and Northeast; students in the West had less than the Northeast. Supportive trans/nonbinary policy: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; no other significant differences were found. Percentages are shown for illustrative purposes.

To compare differences in supportive school personnel by region, two separate analysis of variance (ANOVAs) were conducted with supportive educators and supportive administrators as the dependent variables, and region (South, Midwest, West, and Northeast) as the independent variable. The results for both analyses were significant – Supportive educators: $F_{(3, 16476)}$ = 237.16, $p<.001$, $\eta_p^2$ = .04; Supportive administrators: $F_{(3, 16419)}$ = 275.17, $p<.001$, $\eta_p^2$ = .05. Post hoc comparisons were considered at $p<.05$. Supportive educators: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast; students in the West had less than the Northeast. Supportive administrators: Students in the South had less than all other regions; students in the Midwest had less than the West and Northeast, students in the West had less than Northeast. Percentages are shown for illustrative purposes.

364 GLAAD. (2016). Accelerating acceptance: A Harris Poll survey of Americans' acceptance of LGBT people. Retrieved August 30, 2018. https://www.glaad.org/files/2016_GLAAD_Accelerating_Acceptance.pdf

365 Bostock v. Clayton Cty., Ga., 140 S.Ct. 1731, 1747 (2020). https://www.supremecourt.gov/opinions/19pdf/17-1618_hfci.pdf

366 Donheiser, J. (August, 2017). Chalkbeat explains: When can private schools discriminate against students? https://www.chalkbeat.org/2017/8/10/21107283/chalkbeat-explains-when-can-private-schools-discriminate-against-students

367 To examine differences across years in use of anti-LGBTQ language, a series of one-way analyses of covariance (ANCOVAs) were performed. Given certain demographic differences among the samples across the years, we controlled for participation in a community group or program for LGBTQ youth, age, racial/ethnic group, gender, sexual orientation, and method of taking the survey (paper vs. internet version). These individual-level covariates were chosen based on preliminary analysis that examined what school characteristics and personal demographics were most predictive of survey year membership. Because there were more cases in recent survey years that were missing on demographic information, we also included a dummy variable controlling for missing demographics. Because of the large sample size for all years combined, a more restrictive p-value was used when determining statistical significance: $p<.001$.

To examine differences across years in the use of other homophobic remarks (e.g., "fag," "dyke"), an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F_{(10, 83530)}$ = 153.92, $p<.001$, $\eta_p^2$ = .02 . Post-hoc group comparisons among years indicated 2019 was significantly different from all prior years. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<all but 2013 and 2019, >2013 and 2019; 2015<1999 to 2011, >2019; 2013<1999 to 2011, >2015 to 2019; 2011<1999,2001, >2013 to 2019; 2009<1999 and 2001, >2013 to 2019; 2007<1999 to 2005, >2013 to 2019; 2005<2013 to 2019, >1999,2001, and 2007; 2003<1999 and 2001, >2007 and 2013 to 2019; 2001<all but 1999; 1999<all but 2001.

368 To examine differences across years in the use of expressions like "that's so gay," an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F_{(9, 82964)}$ = 538.57 $p<.001$, $\eta_p^2$ = .05. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019>2015 and 2017, <2001 to 2011; 2017>2015, <all others; 2015>all years; 2013<2001 to 2011, >2015 to 2019; 2011<2001 to 2009, >2013 to 2019; 2009<2001 and 2003, >2013 to 2019; 2007<2001, >2011 to 2019; 2005>2011 to 2019; 2003>2009 to 2019; 2001>2007 to 2019.

369 To examine differences across years in the use of "no homo," an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean

differences across years: $F_{(5, 73331)}$ = 654.59, $p<.001$, $\eta_p^2$ = .04. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019>all years; 2017<2011 and 2013, >2019; 2015<2011 and 2013, >2019; 2013>2009, 2015, and 2017, <2011 and 2019; 2011>2009 to 2017, <2019; 2009<2009, 2011, and 2019.

370 To examine differences across years in the use of negative remarks about gender expression, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years, using a composite variable of the means of the two variables (negative remarks about not acting "masculine enough" and about not acting "feminine enough"). The main effect for Survey Year was significant, indicating mean differences across years: $F_{(8, 82127)}$ = 139.87, $p<.001$, $\eta_p^2$ = .01. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2003 to 2015, >2019; 2015<2005 to 2011, >2013 to 2019; 2013<2003 to 2017, >2019; 2011>2013 to 2019; 2009>2013 to 2019; 2007>2013 to 2019; 2005>2013 to 2019; 2003>2013, 2017, and 2019.

371 To examine differences across years in the use of negative remarks about transgender people, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F_{(3, 57656)}$ = 53.86, $p<.001$, $\eta_p^2$ = .00. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2017, >2013 and 2015; 2017>all years; 2015>2013, <2017; 2013< all years.

372 To examine differences across years in the number of students in school who make homophobic remarks, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F_{(9, 826.37)}$ = 499.05, $p<.001$, $\eta_p^2$ = .05. In examining post-hoc group comparisons, the mean for 2019 was statistically higher than 2017 at $p<.001$, but was not different than 2015, and there were no differences between 2015 and 2017. Given the effect size of these differences is so small, we considered them as not meaningfully different, as noted in the text. For all pairs, differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2001 to 2013, >2017; 2017<all years but 2015; 2015<all years but 2017; 2011<2001 to 2009; >2013 to 2019; 2009 to 2003<2001, >2011 to 2019; 2001>all years.

373 To examine differences across years in the number of students in school who make negative remarks about gender expression, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years as well as the frequency of hearing these remarks. The main effect for Survey Year was significant: $F_{(8, 77444)}$ = 111.40, $p<.001$, $\eta_p^2$ = .01. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2003 to 2011, and 2015, >2019; 2015<2005, 2009, and 2011, >2017 and 2019; 2009<2003, >2013 to 2019; 2007<2003 and 2005, >2013, 2017, and 2019; 2005>2007, >2011 to 2019; 2003>2007 to 2019.

374 To examine differences across years in the frequency of hearing biased remarks from school staff, analyses of covariance (ANCOVAs) were performed controlling for demographic and method differences with each of the two dependent variables: frequency of hearing homophobic remarks and frequency of hearing negative remarks about gender expression from school staff. Regarding homophobic remarks, the main effect for Survey Year was significant: $F_{(9, 82770)}$ = 72.86, $p<.001$, $\eta_p^2$ = .01. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2001, 2003, 2007, 2009, and 2011, >2019; 2015<2001 and 2003, <2007 to 2011, >2019; 2013<2001 to 2011, >2019; 2011<2001, 2007, and 2009, >2013 to 2019; 2009>2005, 2011 to 2019, <2007; 2007>2005 to 2019; 2005<2001, 2007, and 2009, >2013 and 2019; 2003>2013 to 2019; 2001>2005, 2011 to 2019.

Regarding remarks about gender expression, the main effect for Survey Year was significant: $F_{(8, 79161)}$ = 65.68, $p<.001$, $\eta_p^2$ = .01. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019>2011 and 2013, <2019; 2017<all years but 2003; 2015>2009 to 2017; 2013<all years; 2011>2013, <2015 to 2019; 2009>2013, <2015 to 2019; 2007>2013, <2017; 2005>2013, <2017; 2003>2013.

375 Mean differences in intervention regarding homophobic remarks were examined using analysis of covariance (ANCOVA), controlling

THE 2019 NATIONAL SCHOOL CLIMATE SURVEY

for demographic and method differences across the survey years, as well as the frequency of hearing those remarks. Regarding staff intervention, the main effect for Survey Year was significant: $F(9, 67870) = 22.36$, $p<.001$, $\eta_p^2 = .00$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019, 2017, and 2015<2003 to 2013; 2013 to 2009<2007, >2015 to 2019; 2007 and 2005>2009 to 2019; 2003>2015 to 2019; 2001 not different from any years. Regarding student intervention, the main effect for Survey Year was significant: $F(9, 82416) = 50.55$, $p<.001$, $\eta_p^2 = .01$ Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<all years; 2017<2001 to 2009,and 2015, >2019; 2015>2011 to 2019, <2001 and 2003; 2013<2001 to 2009,and 2015, >2019; 2011<2001 to 2007, and 2015, >2019; 2009<2001 to 2007, >2013, 2017 and 2019; 2007<2001 and 2003, >2009 to 2013, 2017 and 2019; 2005>2009 to 2013, 2017, 2019; 2003 and 2001>2007 to 2019.

376   Mean differences in intervention regarding negative remarks about gender expression were examined using a series of analyses of covariance (ANCOVA), controlling for demographic and method differences across the survey years. For staff intervention, the main effect for Survey Year was also significant: $F(8, 60285) =49.20$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2003 to 2011, >2009; 2017>2003 to 2011, <2015; 2015<all years; 2013<2003 to 2011, >2015; 2011<2007, >2013 to 2019; 2009<2007, >2013 to 2019; 2007>2009 to 2019; 2005 and 2003>2013 to 2019. Regarding student intervention, the main effect for Survey Year was significant: $F(8, 77110) = 59.68$, $p<.001$, $\eta_p^2 = .01$. Pairwise differences were considered at $p<.001$ (non-significant pairs not listed): 2019<2007 and 2017, >2009 to 2013; 2017>2009 to 2019; 2015<2007 and 2017, >2011 and 2013; 2013<all years but 2011; 2011<all years but 2013; 2009<2003, 2007, 2017, and 2019, >2013, and 2011; 2007>2009 to 2015, and 2019; 2005 and 2003>2011 and 2013.

377   To test differences across years in the experiences of victimization based on sexual orientation, a multivariate analysis of covariance was conducted with the three harassment/assault based on sexual orientation variables as dependent variables. In order to account for differences in sampling methods across years, youth group participation, age, race/ethnicity, and survey method were used as covariates. In 1999, frequency of harassment and assault was assessed using a 4-point scale, and in the subsequent year, a 5-point scale was used. To accommodate these differences for this variable, we examined differences in the frequency of reporting "Frequently." The multivariate results were significant: Pillai's Trace=.035, $F(30, 247089) = 98.27$, $p<.001$. Univariate effects and subsequent post-hoc comparisons were considered at $p<.001$. All three types of victimization were significant (non-significant pairs not listed). For verbal harassment, 2019<1999 to 2013; 2017<1999 to 2013; 2015<1999 to 2013; 2013<1999 to 2011, >2015 to 2019; 2011<1999 to 2009, >2013 to 2019; 2009<2001 and 2007; >2011 to 2019; 2007>2009 to 2019; 2005>2011 to 2019; 2003>2011 to 2019; 2001>2009 to 2019; 1999>2011 to 2019. For physical harassment, 2019<2001 to 2015; 2017<2001 to 2015; 2015<2001, <2005 to 2013, >2017 and 2019; 2013<2001, 2005 to 2009,>2015 to 2019; 2011<2001, 2007, and 2009, >2015 to 2019; 2009<2007, >2011 to 2019; 2007>1999, >2003 to 2019; 2005<2007, >2013 to 2019; 2003<2001 and 2007, >2017 and 2019; 2001<2003, 2017 to 2019; 1999<2001 and 2008, >2017 and 2019. For physical assault, 2019<2001, <2005 to 2015; 2017<2001, <2005 to 2015; 2015<2001, <2007 to 2013, >2017 and 2019; 2013<2007, >2015 to 2019; 2011<2007, >2015 to 2019; 2009<2007, >2015 to 2019; 2007>all years; 2005<2007, >2017 and 2019; 2003<2007; 2001<2007, >2017 and 2019; 1999<2007.

378   To examine differences across years in the experiences of victimization based on gender expression, a multivariate analysis of covariance (MANCOVA) was conducted with the three harassment/ assault based on gender expression variables as dependent variables, controlling for demographic and method differences across years. The multivariate results were significant: Pillai's Trace = .039, $F(27, 240486) = 118.59$, $p<.001$, $\eta_p^2 = .01$. Univariate effects and subsequent post-hoc comparisons were considered at $p<.001$. All three types of victimization were significant. For verbal harassment, 2019<all but 2015; 2017<2001 to 2013, >2015, and 2019; 2015<2001 to 2017, >2019; 2013<2001 to 2011, >2015 to 2019; 2011<2001 to 2009, >2013 to 2019;

2009<2001, and 2007, >2011 to 2019; 2007>2009 to 2019; 2005>2011 to 2019; 2003>2011 to 2019; 2001>2009 to 2019. For physical harassment, 2019<all years; 2017<2001 to 2013, >2019; 2015<2001 to 2013, >2011; 2013<2001 to 2011, >2015 to 2019; 2011<2001<2007, 2009, >2013 to 2019; 2009<2001, and 2007, >2011 to 2019; 2007>2009 to 2019; 2005<2001, >2013 to 2019; 2003>2013 to 2019; 2001>2005,2009 to 2019. For physical assault, 2019<2001 to 2013, <2017<2001 to 2013, <2019; 2015<2001 to 2013; 2013<2001, 2007, and 2009, <2015 to 2019; 2011<2001, and 2007, >2015 to 2019; 2009<2007, >2013 to 2019; 2007>2009 to 2019; 2005>2015 to 2019; 2003>2015 to 2019; 2001>2011 to 2019.

379   Mean differences in reporting victimization to school personnel were examined using an analysis of covariance (ANCOVA), controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(8,56076) = 38.98$, $p<.001$, $\eta_p^2 = .01$. Post-hoc comparisons were considered at $p<.001$: 2019<2003, >2005 to 2013; 2017<2003, >2005 to 2015; 2015<2003, and 2017, >2007 to 2011; 2013<2003, 2017, and 2019, >2007 to 2011; 2011<2003, <2013 to 2019; 2009<2003, and 2005, <2013 to 2019; 2007<2003, <2013 to 2019; 2005<2003, 2017, and 2019, >2009; 2003>all years.

380   Mean differences in the effectiveness of staff intervention regarding victimization were examined using an analysis of covariance (ANCOVA), controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(7, 24086) = 9.64$, $p<.001$, $\eta_p^2 = .00$. Post-hoc comparisons were considered at $p<.001$: 2019 and 2017<2005, 2009, and 2011; 2015 and 2013<2005; 2011 and 2009>2017, and 2019; 2007<2005; 2005>2007, 2013 to 2019.

381   The set of discrimination variables has changed over the years. In 2013, the set included 9 types of discrimination. In 2015, the list was expanded to 12 items. For the over-time analyses, we only examined the 9 types of discrimination that occurred in all years of the survey. In 2015, we added questions about sports-related discrimination and about being prevented from raising LGBTQ issues in extracurricular activities. In 2017, we also split the single question about discrimination regarding bathrooms and locker rooms into two separate questions. But for analysis over time, we combined the two variables about discrimination regarding bathrooms and regarding locker rooms so the data from 2017 and 2019 would be consistent with the data from 2013 and 2015.

382   Mean differences in overall experiences of discrimination were examined using an analysis of covariance (ANCOVA), controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant: $F(3, 57788) = 16.22$, $p<.001$, $\eta_p^2 = .00$. Post-hoc comparisons were considered at $p<.001$: 2019<2013, and 2017; 2017<2019; 2015<2013; 2013>all years.

383   To examine differences across years in experiences of the specific types of discrimination, a multivariate analysis of covariance (MANCOVA) was conducted with the 9 discrimination variables as dependent variables, controlling for demographic and method differences across the survey years. The multivariate results were significant: Pillai's Trace = .030, $F(27, 168612) = 63.98$, $p<.001$, $\eta_p^2 = .01$. Univariate effects and subsequent post-hoc comparisons were considered at $p<.001$. Public affection: 2019<2013 and 2017; 2017<2013, >2019; 2013>2017 and 2019; Bathroom or locker room use: 2019>2013 and 2015, <2017; 2017<all; 2015<all; 2013>2015, <2017 and 2019; Prevented from wearing clothes deemed "inappropriate" re: gender: 2019<all; Using preferred names/pronouns: 2019<2017, >2013; 2017<all; 2015>2013, <2017, 2013<all; LGBTQ topics in class assignments/projects: 2013>2017, and 2019; Forming or promoting a GSA, Identifying as LGBTQ: 2013>all; Attending a school dance: 2019<all; 2017<2013 and 2015, >2019; 2015<2013, >2017 and 2019; 2013>all; Wearing clothing supporting LGBTQ issues: 2013>all; 2019<all; Unfairly disciplined at school for identifying as LGBTQ: 2013>all.

384   To examine differences across years in presence of a GSA, an analysis of covariance (ANCOVA) was conducted with the GSA variable as the dependent variable, controlling for demographic and method differences across the survey years. The univariate effect for Survey Year was significant: $F(9, 82693) = 287.98$, $p<.001$, $\eta_p^2 = .03$. Post-hoc group comparisons were considered at $p<.001$:

2019>all; 2017>all prior years; 2015>all prior years; 2013>all prior years except 2003; 2011 and 2009>all prior years except 2003 and 2005; 2007>2001, <all other years; 2005>2001, 2007, and 2009, <2013 to 2019; 2003>2001, <2015 to 2019; 2001<all other years.

385   To examine differences across years in curricular resources, a multivariate analysis of covariance (MANCOVA) was conducted with four dependent variables (positive curricular representations of LGBTQ topics, inclusion of LGBTQ-related topics in textbooks, internet access to LGBTQ-related information/resources through school computers, LGBTQ-related library materials), controlling for demographic and method differences across the survey years. The multivariate results were significant: Pillai's Trace = .039, $F(36, 328960) = 90.01$ $p<.001$, $\eta_p^2 = .01$. Univariate effects were significant for all variables at $p<.001$. Subsequent post-hoc comparisons were considered at $p<.001$. For textbooks, 2019 to 2013 were greater than all prior years; 2011 was greater than 2007. For library, 2019> all other years; 2017<2009, >2001, and 2019; 2015>2001, <2009, and 2019; 2013 and 2011>2001, <2019; 2009>2001, 2005, 2007, 2015, and 2017, <2019; 2007>2001, <2009, and 2019; 2005<2009, and 2019; 2003<2019; 2001<2007 to 2019. For internet access, 2019>all years; 2017>2001 to 2015, <2019; 2015>2001 to 2013, <2017, and 2019; 2013>2001, >2007 to 2011, <2015 to 2019; 2011>2001, 2007, and 2009, <2013 to 2019; 2009<2005, <2011 to 2019, >2007; 2007<2003 to 2019; 2005>2001, 2007, and 2009, <2015 to 2019; 2003>2001, and 2007, <2015 to 2019; 2001<2003, and 2005, <2011 to 2019. For curriculum, 2019>2001 to 2013, <2015; 2017>2001 to 2013; 2015>2001 to 2013, >2019; 2013>2005 to 2011, <2015 to 2019; 2011>2005 to 2009, <2015 to 2019; 2007 and 2009<2001 and 2003, <2011 to 2019; 2005<2011 to 2019; 2001 and 2013>2007 and 2009, <2015 to 2019.

386   To examine differences across years in being taught negative LGBTQ-related content, an analysis of covariance (ANCOVA) was performed, controlling for demographic and method differences across the survey years. The main effect for Survey Year was significant, indicating mean differences across years: $F(3, 57391) = 8.84$, $p<.001$, $\eta_p^2 = .00$. Post-hoc group comparisons were considered at $p<.001$. The percentage in 2013 was lower than 2015 and 2017, and there were no other significant differences across years. Estimated marginal means were: 2013 - 15.6%; 2015 - 17.5%; 2017 - 18.3%; 2019 – 17.3%.

387   In 2001, students were asked a question about whether there were any supportive school personnel in their school. In 2003 and beyond, we asked a Likert-type question about the number of supportive school personnel. In order to include 2001 in the analyses, we created a comparable dichotomous variable for the other survey years. To examine differences across all years, an analysis of covariance (ANCOVA) was conducted with the dichotomous variable of having any supportive educators as the dependent variable, controlling for demographic and method differences across survey years. The univariate effect for Survey Year was significant: $F(9,81355) = 519.68$, $p<.001$, $\eta_p^2 = .05$. Post-hoc group comparisons were considered at $p<.001$: 2019> all years; 2017 and 2015>2001 to 2013, <2019; 2013>2001 to 2011, <2015 to 2019; 2011>2001 to 2007, <2013 to 2019; 2009>2001, 2005, and 2007, <2011 to 2019; 2007>2001, <2003 to 2019; 2005>2001 and 2007, <2009 to 2019; 2003>2001, and 2007, <2011 to 2019; 2001<all years.

To examine differences in the number of supportive school personnel (in 2003 and beyond), we tested the mean difference on the full variable. The main effect for Survey Year was significant: $F(8,80524) = 579.39$, $p<.001$, $\eta_p^2 = .05$. Post-hoc group comparisons were considered at $p<.001$: 2019>all years; 2017>2003 to 2013, <2019; 2015>2003 to 2013, and 2019; 2013>2003 to 2011, <2015 to 2019; 2011>2003 to 2009, <2013 to 2019; 2009>2003 to 2007, <2011 to 2019; 2007<all years; 2005 and 2003>2007, <2009 to 2019.

388   To examine differences across years in the percentage of students reporting a school harassment/assault policy, three analyses of covariance (ANCOVAs) were performed controlling for demographic and method differences with the three dependent variables: any type of policy, partially enumerated policy (enumerating sexual orientation or gender identity/expression, but not both), and comprehensive policy (enumerating both sexual orientation and gender identity/expression). Univariate effects indicated significant difference across years for each policy variable, and post-hoc

comparisons by survey year were considered at $p<.001$. Any type of policy: $F(8 81969) =484.91$, $p<.001$, $\eta_p^2 = .05$; 2019>2003 to 2011, <2015; 2017>2003 to 2009, <2015; 2015>2003 to 2019, 2013>2003 to 2011, <2015 to 2019; 2011>2003 to 2009, <2013 to 2019; 2009>2003, <2005, <2011 to 2019; 2007>2003, <2005, <2011 to 2019; 2005>2003, 2007, and 2009, <2011 to 2019; 2003>all years. Partially enumerated policy: $F(7, 81095) = 62.11$, $p<.001$, $\eta_p^2 = .00$; 2019<all years; 2017, 2009, and 2007<2005, <2011 to 2015, >2019; 2015, 2013, 2011, and 2005>2007, 2009, 2017, and 2009, <2011 to 2019; 2003>all years. Comprehensive policy: $F(7, 81095) =92.13$, $p<.001$, $\eta_p^2 = .01$; 2019 and 2017>2005 to 2015; 2015 and 2013>2005 to 2011, <2017 and2019; 2011 and 2009<2013 to 2019; 2007 and 2005<2013 to 2019.

389   To examine differences across years, an analysis of covariance (ANCOVA) was conducted with the student acceptance variable as the dependent variable, controlling for demographic and method differences across years. The main effect for Survey Year was significant: $F(5, 72592) = 205.04$, $p<.001$, $\eta_p^2 = .01$. Post-hoc group comparisons were considered at $p<.001$: 2019 and 2017>2009 to 2013, <2015; 2015>all years; 2013>2009 and 2011, >2015 to 2019; 2011 and 2009<2013 to 2019.

390   A variety of strategies were used to target LGBTQ adolescents via Facebook, Instagram, and Snapchat ads: ads were shown to 13- to 18- year-olds, who indicated that they were interested in causes, events, or organizations specifically related to LGBTQ community or topics, or who were "friends" of those who followed one of the GLSEN-related Facebook/Instagram pages. Advertising on Instagram also involved videos of LGBTQ students from GLSEN's National Student Council promoting the survey study. In order to be included in the final sample, respondents had to have identified as lesbian, gay, bisexual, transgender, or queer or as a sexual orientation or gender that would fall under the LGBTQ "umbrella" (e.g., pansexual, questioning, genderqueer).

391   Pooled data from the 2015 and 2017 Youth Risk Behavior Survey document was in which high school students who identify as LGBQ differ from students who engage in same-sex behavior but do not identify as LGBQ:

Rasberry, C. N., Lowry, R., Johns, M., Robin, C., Dunville, R., Pampati, S., Dittus, P. J., & Balaji, A. (2018). Sexual risk behavior differences among sexual minority high school students – United States, 2015 and 2017. *MMWR, 67*(36), 1007-1011.

392   Internal analyses of unweighted population-based data from the CDC 2017 Youth Risk Behavior Survey (YRBS) indicated that our sample of Black/African American LGBQ (2.6%) students was lower than the YRBS sample of Black/African American LGBQ (22.1%), and our sample of Hispanic/Latinx LGBQ students (14.6%) was lower than the YRBS sample (24.2%). Our sample of White LGBQ students (69.4%) was higher than the YRBS sample (41.4%). Our sample of AAPI (3.1%) and Native LGBQ students (0.5%) were similar to the YRBS sample (4.7% and 1.0%, respectively). Although the YRBS data provides the closest estimate for NSCS data (as they are both national samples of secondary school students), there are key differences between these sample to bear in mind when considering comparisons— as noted in the text, racial/ethnic identity is captured differently by the NSCS and YRBS, and YRBS data is from 2017 whereas NSCS data is from 2019. Furthermore, the NSCS sample consists of both middle and high school students, whereas the national YRBS sample consist of only high school students. Finally, the full NSCS sample includes transgender and other nonbinary students, and there is no population-based national data of transgender and nonbinary students with which to compare the NSCS sample.

Center for Disease Control and Prevention (CDC). *YRBSS Data & Documentation.* Available at: https://www.cdc.gov/healthyyouth/data/yrbs/data.htm.

393   Hispanic/Latinx and Arab American/Middle Eastern/North African categories were considered ethnicities as opposed to races, and thus students selecting either of those categories were coded as such, regardless of race (e.g., student selecting "African American" and "Latino/a" were coded as "Latino/a").

394   de Brey, C., Musu, L., McFarland, J., Wilkinson-Flicker, S., Diliberti, M., Zhang, A., Branstetter, C., and Wang, X. (2019). Status and Trends in the Education of Racial and Ethnic Groups 2018 (NCES 2019-038). U.S. Department of Education. Washington, DC: National Center for Education Statistics. Retrieved July 21, 2020 from https://nces.ed.gov/pubs2019/2019038.pdf.

## Title Page Photo Descriptions

**Cover**: Members of GLSEN's National Student Council march at the 2019 World Pride march in New York City, on the 50th anniversary of the 1969 Stonewall Riots.

**p. 15**: Student organizers at GLSEN's 2007 Jump-Start National Student Leadership Summit.

**p. 21**: Members of Ilima Intermediate School's Rainbow Royales hold up a sign for No Name Calling Week. The Rainbow Royales were honored as GLSEN's 2020 GSA of the year.

**p. 27**: GLSEN contingent in the 2017 NYC Pride parade.

**p. 31**: Members of GLSEN's 2016–2017 National Student Council.

**p. 39**: Demonstrators marching with GLSEN and SMYAL in the 2018 March For Our Lives protest against gun violence.

**p. 45**: Students participating in a workshop at GLSEN's 2008 Jump-Start National Student Leadership Summit.

**p. 57**: Students marching with GLSEN in the 2014 New York Pride parade.

**p. 69**: A student organizer preparing for the 2004 National Day of Silence.

**p. 87**: Members of the 2011 cohort of GLSEN student ambassadors.

**p. 93**: Students participating in Youth Pride, NYC, in 2019.

**p. 107**: GLSEN's 2003 cohort of student organizers.

**p. 115**: GLSEN Southern Maine student leader, 2010.

**p. 129**: GLSEN Southern Maine at Portland Pride 2009.



**GLSEN**
110 William Street, 30th Floor
New York, NY 10038
www.glsen.org



ISBN 978-1-934092-33-0

52000>

9 781934 092330