Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.     Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.     Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.



|  |  |
|---|---|
| **Last Name, First, Middle** | Maxon, Joanna |
| **Address:** |  |
| **City, State, Zip Code:** |  |
| **Home/Work Telephone:** |  |
| **Email Address:** |  |

3.     OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Fuller Theological Seminary |
| **Address:** | 135 N. Oakland Ave. |
| **City, State, Zip Code:** | Pasadena, CA 91182 |
| **Department/School:** |  |

4.     The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐     Discrimination **based on sex (specify)**

       Discrimination on the basis of sexual orientation and marital status

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    1

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Joanna was expelled from Fuller Theological Seminary after the school
        discovered she was married to a woman.  Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date:  Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions to
        Title IX;
        3) The Trump administration's policies and statements about Title IX not prohibiting
        discrimination on the basis of sexual orientation or gender identity.
        4) The discrimination against Joanna remains ongoing, as her same-sex
        marriage prevents her from being readmitted to complete her degree
        program.  Although the initial act of discrimination took place more than 180
        days ago, Joanna's complaint should not be considered time-barred because
        of the ongoing discrimination.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

         **X  Yes**

        If you answered **yes**, please describe the allegations in your grievance or hearing,
        identify the date you filed it, and tell us the status. If possible, please provide us
        with a copy of your grievance or appeal or due process request and, if completed,
        the decision in the matter.

        See attached declaration

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                    2

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.    If the allegations contained in this complaint have been filed with any other Federal,
state or local civil rights agency, or any Federal or state court, please give details and
dates. We will determine whether it is appropriate to investigate your complaint
based upon the specific allegations of your complaint and the actions taken by the
other agency or court.

**Agency or Court:** U.S. District Court for the Central District of California
**Date Filed:** 11/21/19
**Case Number or Reference:** 2:19-cv-09969-CBM-MRW
**Results of Investigations/Findings by Agency or Court:** Complaint dismissed
based on religious exemption to Title IX provisions, appeal filed and pending

**Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
**Date Filed:** 03/29/21
**Case Number or Reference:** 6:21-cv-00474-AA
**Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

*Not applicable*

11.    What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

Prevent conflicts of interest by separating Title IX officer positions from administrative
positions involved in enforcing student codes of conduct/honor code and prevent the
sharing of information from Title IX office to administrative offices involved in enforcing
student codes of conduct/honor code.

Joanna would also like Fuller Theological Seminary's policies amended to state
that (1) same-sex dating relationships and displays of affection will be treated by
Fuller in the same manner as opposite-sex dating relationships and displays of
affection; (2) students will not be punished for coming out as LGBTQ+ or for
expressing their sexual or gender identity (through pronouns, clothing, hair,
makeup, etc.); (3) Fuller will not encourage or facilitate conversion therapy or any
other sexual or gender orientation change efforts; (4) students who report sexual
or physical assault will be granted safe harbor from discipline relating to sexual
activity or other code of conduct violations; and (5) Fuller's non-discrimination
policy includes sexual orientation and gender identity as applied to all aspects of
Fuller, including housing and other programs.

Compensation for emotional distress and economic consequences of expulsion.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                    3

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

07/07/2021
_____
(Date)

_____
(Signature)

Jul 8, 2021
_____
(Date)

_Joanna A Maxon_
Joanna A Maxon (Jul 8, 2021 12:17 CDT)
_____
(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                4

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.       Name of person filing this complaint:

         Last Name, First, Middle                Swain, Lauren
         Address:                                8532 N. Ivanhoe St., #208
         City, State, Zip Code:                  Portland, OR 97203
         Home/Work Telephone:                    ████████████
         Email Address:                          lauren@paulsouthwick.com

2.       Name of person discriminated against (if **other** than person filing). If the person
         discriminated against is age 18 or older, we will need that person's signature on this
         complaint form and the consent/release form before we can proceed with this
         complaint. If the person is a minor, and you do not have the legal authority to file a
         complaint on the student's behalf, the signature of the child's parent or legal
         guardian is required.

         Last Name, First, Middle                McCann, Mackenzie
         Address:                                
         City, State, Zip Code:
         Home/Work Telephone:
         Email Address:

3.       OCR investigates discrimination complaints against institutions and agencies which
         receive funds from the U.S. Department of Education and against public educational
         entities and libraries that are subject to the provisions of Title II of the Americans
         with Disabilities Act. Please identify the institution or agency that engaged in the
         alleged discrimination. If we cannot accept your complaint, we will attempt to refer
         it to the appropriate agency and will notify you of that fact.

         **Name of Institution:**                Liberty University
         **Address:**                            1971 University Blvd.
         **City, State, Zip Code:**              Lynchburg, VA, 24515
         **Department/School:**

4.       The regulations OCR enforces prohibit discrimination on the basis of race, color,
         national origin, sex, disability, age or retaliation. Please indicate the basis of your
         complaint:

☐       Discrimination **based on sex (specify)**

         Discrimination on the basis of sexual orientation and gender identity

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                    5

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.   Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

   Liberty publishes anti-LGBT policies in its Statement on Sexuality and Relationships and Student Honor Code. Because of these policies, Mackenzie could not express their sexual orientation or gender identity out of fear of being disciplined or expelled. Mackenzie felt forced to leave the school in 2018 without graduating, in order protect their mental health.  Please see attached declaration.

6.   What is the most **recent date** you were discriminated against?

   Date:  Current, Ongoing

7.   If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

   **X**   I am requesting a waiver of the 180-day time frame for filing this complaint.

   Please explain why you waited until now to file your complaint.

   1) the Covid-19 pandemic;
   2) The Trump administration's policies and statements about religious exemptions to Title IX;
   3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
   4) Although the initial act of discrimination took place more than 180 days ago, Mackenzie's complaint should not be considered time-barred because Liberty continues to discriminate against Mackenzie and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.   Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

   **No**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                6

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.    If the allegations contained in this complaint have been filed with any other Federal,
state or local civil rights agency, or any Federal or state court, please give details and
dates. We will determine whether it is appropriate to investigate your complaint
based upon the specific allegations of your complaint and the actions taken by the
other agency or court.

> **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
> **Date Filed:** 03/29/21
> **Case Number or Reference:** 6:21-cv-00474-AA
> **Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

> *Not applicable*

11.    What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

> Mackenzie would like Liberty's policies amended to state that (1) same-sex dating
> relationships and displays of affection will be treated by Liberty in the same
> manner as opposite-sex dating relationships and displays of affection; (2)
> students will not be punished for coming out as LGBTQ+ or for expressing their
> sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
> Liberty will not encourage or facilitate conversion therapy or any other sexual or
> gender orientation change efforts; (4) students who report sexual or physical
> assault will be granted safe harbor from discipline relating to sexual activity or
> other code of conduct violations; and (5) Liberty's non-discrimination policy
> includes sexual orientation and gender identity as applied to all aspects of
> Liberty, including housing and other programs.

> Compensation for emotional distress and for the economic consequences of
> needing to leave Liberty without graduating.

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/23/2021
(Date)

Jul 25, 2021
(Date)

(Signature)

Mackenzie J McCann (Jul 25, 2021 19:45 EDT)
(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    7

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
### to the
### United States Department of Education
### Office for Civil Rights

1.     Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.     Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | McDonald, Darren |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.     OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Fuller Theological Seminary |
| **Address:** | 135 N. Oakland Ave. |
| **City, State, Zip Code:** | Pasadena, CA, 91182 |
| **Department/School:** | |

4.     The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐    Discrimination **based on sex (specify)**

       Discrimination on the basis of sexual orientation.

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

Fuller publishes anti-LGBT policies in its student handbook and does not provide students with clear guidelines regarding what behavior or speech is prohibited by the school. A class Darren attended included anti-LGBT programming. Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

 **X**   I am requesting a waiver of the 180-day time frame for filing this complaint.

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions to Title IX;
3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago, Darren's complaint should not be considered time-barred because Fuller continues to discriminate against Darren and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

 **No**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    9

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.    If the allegations contained in this complaint have been filed with any other Federal,
      state or local civil rights agency, or any Federal or state court, please give details and
      dates. We will determine whether it is appropriate to investigate your complaint
      based upon the specific allegations of your complaint and the actions taken by the
      other agency or court.

      **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
      **Date Filed:** 03/29/21
      **Case Number or Reference:** 6:21-cv-00474-AA
      **Results of Investigations/Findings by Agency or Court:** Pending

10.   If we cannot reach you at your home or work, we would like to have the name and
      telephone number of another person (relative or friend) who knows where and
      when we can reach you. This information **is not required,** but it will be helpful to
      us.

      *Not applicable*

11.   What would you like the institution to do as a result of your complaint — what
      remedy are you seeking?

      Darren would like Fuller's policies amended to state that (1) same-sex dating
      relationships and displays of affection will be treated by Fuller in the same
      manner as opposite-sex dating relationships and displays of affection; (2)
      students will not be punished for coming out as LGBTQ+ or for expressing their
      sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
      Fuller will not encourage or facilitate conversion therapy or any other sexual or
      gender orientation change efforts; (4) students who report sexual or physical
      assault will be granted safe harbor from discipline relating to sexual activity or
      other code of conduct violations; and (5) Fuller's non-discrimination policy
      includes sexual orientation and gender identity as applied to all aspects of Fuller,
      including housing and other programs.

12.   We cannot accept your complaint if it has not been signed. Please sign and date
      your complaint below.

      07/24/21                              _____
      (Date)                                (Signature)
                                           *Darren McDonald*
      Jul 24, 2021                          Darren McDonald (Jul 24, 2021 16:59 PDT)
      _____                        _____
      (Date)                                (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    10

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.      Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ███████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | McDonald, Darren |
| **Address:** |  |
| **City, State, Zip Code:** |  |
| **Home/Work Telephone:** |  |
| **Email Address:** |  |

3.      OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Westmont College |
| **Address:** | 955 La Paz Rd. |
| **City, State, Zip Code:** | Santa Barbara, CA, 93108 |
| **Department/School:** |  |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐      Discrimination **based on sex (specify)**

   Discrimination on the basis of sexual orientation.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                11

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.      Please describe each alleged discriminatory act. For each action, please include the
        date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
        why you believe the discrimination was because of race, disability, age, sex, etc. Also
        please provide the names of any person(s) who was present and witnessed the
        act(s) of discrimination.

        Westmont publishes anti-LGBT policies in its student handbook. Darren was
        laughed at and humiliated by other students when he played a gay character
        in a theater production at Westmont. He did not feel comfortable reporting
        the incident or other problems related to anti-LGBT discrimination because
        of Westmont's policies. Please see attached declaration.

6.      What is the most **recent date** you were discriminated against?

        Date: Current, Ongoing

7.      If this date is **more than 180 days ago,** you may request a waiver of the filing
        requirement.

         **X**   I am requesting a waiver of the 180-day time frame for filing this
        complaint.

        Please explain why you waited until now to file your complaint.

        1) the Covid-19 pandemic;
        2) The Trump administration's policies and statements about religious exemptions
        to Title IX;
        3) The Trump administration's policies and statements about Title IX not
        prohibiting discrimination on the basis of sexual orientation or gender identity.
        4) Although the initial act of discrimination took place more than 180 days ago,
        Darren's complaint should not be considered time-barred because Westmont
        continues to discriminate against Darren and to promulgate policies and practices
        that discriminate against LGBTQ+ students.

8.      Have you attempted to resolve these allegations with the institution through an
        internal grievance procedure, appeal or due process hearing?

         No

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    12

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

> **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
> **Date Filed:** 03/29/21
> **Case Number or Reference:** 6:21-cv-00474-AA
> **Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

   *Not applicable*

11.    What would you like the institution to do as a result of your complaint — what remedy are you seeking?

   Darren would like Westmont's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Westmont in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Westmont will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Westmont's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Fuller, including housing and other programs.

12.    We cannot accept your complaint if it has not been signed. Please sign and date your complaint below.

07/24/21
_____
(Date)

Jul 24, 2021
_____
(Date)

_____
(Signature)

*Darren McDonald*
Darren McDonald (Jul 24, 2021 17:00 PDT)

(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER          13

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.  Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▓▓▓▓▓▓▓▓ |
| **Email Address:** | lauren@paulsouthwick.com |

2.  Name of person discriminated against (if **other** than person filing). If the person
    discriminated against is age 18 or older, we will need that person's signature on this
    complaint form and the consent/release form before we can proceed with this
    complaint. If the person is a minor, and you do not have the legal authority to file a
    complaint on the student's behalf, the signature of the child's parent or legal
    guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | McSwain, Scott |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.  OCR investigates discrimination complaints against institutions and agencies which
    receive funds from the U.S. Department of Education and against public educational
    entities and libraries that are subject to the provisions of Title II of the Americans
    with Disabilities Act. Please identify the institution or agency that engaged in the
    alleged discrimination. If we cannot accept your complaint, we will attempt to refer
    it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Union University |
| **Address:** | 1050 Union University Dr. |
| **City, State, Zip Code:** | Jackson, TN, 38305 |
| **Department/School:** | |

4.  The regulations OCR enforces prohibit discrimination on the basis of race, color,
    national origin, sex, disability, age or retaliation. Please indicate the basis of your
    complaint:

☐  Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    14

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.     Please describe each alleged discriminatory act. For each action, please include the
       date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
       why you believe the discrimination was because of race, disability, age, sex, etc. Also
       please provide the names of any person(s) who was present and witnessed the
       act(s) of discrimination.

       Union officials told Scott they had been informed that he was gay and that he
       would be expelled and have all his credits taken away if he did not attend
       conversion therapy. Union gave Scott vouchers for a specific conversion therapy
       program. Scott was sexually assaulted by his therapist during one of the
       conversion therapy sessions and he reported it to Union officials. Union's current
       student handbook includes anti-LGBT policies including a statement that "The
       promotion, advocacy, defense, or ongoing practice of a homosexual lifestyle
       (including same-sex dating behaviors) is also contrary to our community values."
       Please see attached declaration.

6.     What is the most **recent date** you were discriminated against?

       Date: Current, Ongoing

7.     If this date is **more than 180 days ago,** you may request a waiver of the filing
       requirement.

        **X**   I am requesting a waiver of the 180-day time frame for filing this
       complaint.

       Please explain why you waited until now to file your complaint.

       1) the Covid-19 pandemic;
       2) The Trump administration's policies and statements about religious exemptions to
       Title IX;
       3) The Trump administration's policies and statements about Title IX not prohibiting
       discrimination on the basis of sexual orientation or gender identity.
       4) Although the initial act of discrimination took place more than 180 days
       ago, Scott's complaint should not be considered time-barred because Union
       continues to discriminate against Scott and to promulgate policies and
       practices that discriminate against LGBTQ+ students.

8.     Have you attempted to resolve these allegations with the institution through an
       internal grievance procedure, appeal or due process hearing?

        **Yes**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    15

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

If you answered **yes**, please describe the allegations in your grievance or hearing, identify the date you filed it, and tell us the status. If possible, please provide us with a copy of your grievance or appeal or due process request and, if completed, the decision in the matter.

<u>See attached declaration.</u>

9.   If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

**Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
**Date Filed:** <u>03/29/21</u>
**Case Number or Reference:** <u>6:21-cv-00474-AA</u>
**Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.   If we cannot reach you at your home or work, we would like to have the name and telephone number of another person (relative or friend) who knows where and when we can reach you. This information **is not required,** but it will be helpful to us.

*<u>Not applicable</u>*

11.   What would you like the institution to do as a result of your complaint — what remedy are you seeking?

<u>Scott would like Union's policies amended to state that (1) same-sex dating relationships and displays of affection will be treated by Union in the same manner as opposite-sex dating relationships and displays of affection; (2) students will not be punished for coming out as LGBTQ+ or for expressing their sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3) Union will not encourage or facilitate conversion therapy or any other sexual or gender orientation change efforts; (4) students who report sexual or physical assault will be granted safe harbor from discipline relating to sexual activity or other code of conduct violations; and (5) Union's non-discrimination policy includes sexual orientation and gender identity as applied to all aspects of Union, including housing and other programs.</u>

<u>Compensation for mental and physical health conditions related to sexual assault and other injuries sustained during conversion therapy sessions required by Union.</u>

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    16

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

07/24/21
_____                    _____
(Date)                               (Signature)

Jul 26, 2021
_____                    _____
(Date)                               Scott McSwain (Jul 26, 2021 11:18 PDT)
                                     (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    17

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
### to the
### United States Department of Education
### Office for Civil Rights

1.      Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Millender, Faith. |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.      OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Eastern University |
| **Address:** | 1300 Eagle Rd. |
| **City, State, Zip Code:** | St. Davids, PA, 19087 |
| **Department/School:** | School of Nursing |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    18

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, etc. Also please provide the names of any person(s) who was present and witnessed the act(s) of discrimination.

Because of Eastern's official statements vaguely implying that LGBT students are not welcome or recognized, Faith is not comfortable revealing her sexual orientation to some professors and staff.  Professors at Eastern are bound by a clause prohibiting "homosexual conduct."  Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

Date: Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing requirement.

**X**  I am requesting a waiver of the 180-day time frame for filing this complaint.

Please explain why you waited until now to file your complaint.

1) the Covid-19 pandemic;
2) The Trump administration's policies and statements about religious exemptions to Title IX;
3) The Trump administration's policies and statements about Title IX not prohibiting discrimination on the basis of sexual orientation or gender identity.
4) Although the initial act of discrimination took place more than 180 days ago, Faith's complaint should not be considered time-barred because Eastern continues to discriminate against Faith and to promulgate policies and practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an internal grievance procedure, appeal or due process hearing?

**No**

9.    If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint based upon the specific allegations of your complaint and the actions taken by the other agency or court.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    19

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

**Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
**Date Filed:** <u>03/29/21</u>
**Case Number or Reference:** <u>6:21-cv-00474-AA</u>
**Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

   _Not applicable_

11.    What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

   <u>Faith would like Eastern's policies amended to state that (1) same-sex dating
relationships and displays of affection will be treated by Eastern in the same
manner as opposite-sex dating relationships and displays of affection; (2)
students will not be punished for coming out as LGBTQ+ or for expressing their
sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
Eastern will not encourage or facilitate conversion therapy or any other sexual or
gender orientation change efforts; (4) students who report sexual or physical
assault will be granted safe harbor from discipline relating to sexual activity or
other code of conduct violations; and (5) Eastern's non-discrimination policy
includes sexual orientation and gender identity as applied to all aspects of
Eastern, including housing and other programs.</u>

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

<u>07/24/21</u>
(Date)                                        (Signature)

Jul 24, 2021
_____                     Faith Millender (Jul 24, 2021 14:19 EDT)
(Date)                                        (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    20

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT
# FORM
## to the
## United States Department of
## Education Office for Civil Rights

1.      Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ███████████ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on
this complaint form and the consent/release form before we can proceed with
this complaint. If the person is a minor, and you do not have the legal authority
to file a complaint on the student's behalf, the signature of the child's parent or
legal guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Moulton, Rachel |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.      OCR investigates discrimination complaints against institutions and agencies
which receive funds from the U.S. Department of Education and against public
educational entities and libraries that are subject to the provisions of Title II of
the Americans with Disabilities Act. Please identify the institution or agency that
engaged in the alleged discrimination. If we cannot accept your complaint, we
will attempt to refer it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Brigham Young University (BYU-I) |
| **Address:** | 525 Center St. |
| **City, State, Zip Code:** | Rexburg, ID, 83460 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐      Discrimination **based on sex (specify)**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    21

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures
<u>Discrimination on the basis of sexual orientation</u>

5.    Please describe each alleged discriminatory act. For each action, please include
the date(s) the discriminatory act occurred, the name(s) of each person(s)
involved and, why you believe the discrimination was because of race, disability,
age, sex, etc. Also please provide the names of any person(s) who was present
and witnessed the act(s) of discrimination.

> <u>BYU-I maintains anti-LGBT policies. Current policy is ambiguous about
> whether or not same-sex dating will be disciplined. Professors taught
> anti-LGBT content in many of classes Rachel attended.  The LBGT group at
> BYU-I was not allowed to meet on campus. BYU-I taught that same sex
> attraction could be "cured." When Rachel realized she could not be
> "cured", she attempted suicide in her first semester at BYU-I. Rachel felt
> unwelcome at BYU-I and left the school in 2017. Rachel left again without
> graduating after returning for an online semester in late 2020 because
> the discriminatory teachings in the classes Rachel attended were too
> harmful to her mental health. Please see attached declaration.</u>

6.    What is the most **recent date** you were discriminated against?

Date:  <u>Current, Ongoing</u>

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
requirement.

  <u>**X**</u>  I am requesting a waiver of the 180-day time frame for filing this
complaint.

Please explain why you waited until now to file your complaint.

> <u>1) the Covid-19 pandemic;
> 2) The Trump administration's policies and statements about religious
> exemptions to Title IX;
> 3) The Trump administration's policies and statements about Title IX not
> prohibiting discrimination on the basis of sexual orientation or gender identity.
> 4) The discrimination against Rachel remains ongoing, as BYU's policies and
> teaching prevent Rachel from feeling safe enough at BYU to complete her degree
> program at BYU.  Although the initial act of discrimination took place more than
> 180 days ago, Rachel's complaint should not be considered time-barred because
> BYU continues to discriminate against Rachel and to promulgate policies and
> practices that discriminate against LGBTQ+ students.</u>

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    22

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

8.     Have you attempted to resolve these allegations with the institution through an
       internal grievance procedure, appeal or due process hearing?

        **No**

9.     If the allegations contained in this complaint have been filed with any other
       Federal, state or local civil rights agency, or any Federal or state court, please
       give details and dates. We will determine whether it is appropriate to investigate
       your complaint based upon the specific allegations of your complaint and the
       actions taken by the other agency or court.

            **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
            **Date Filed:** 03/29/21
            **Case Number or Reference:** 6:21-cv-00474-AA
            **Results of Investigations/Findings by Agency or Court:** Pending

10.    If we cannot reach you at your home or work, we would like to have the name and
       telephone number of another person (relative or friend) who knows where and
       when we can reach you. This information **is not required,** but it will be helpful to
       us.

            *Not applicable*

11.    What would you like the institution to do as a result of your complaint — what
       remedy are you seeking?

       Rachel would like BYU's policies amended to state that (1) same-sex dating
       relationships and displays of affection will be treated by BYU in the same manner
       as opposite-sex dating relationships and displays of affection; (2) students will not
       be punished for coming out as LGBTQ+ or for expressing their sexual or gender
       identity (through pronouns, clothing, hair, makeup, etc.); (3) BYU will not
       encourage or facilitate conversion therapy or any other sexual or gender
       orientation change efforts; (4) students who report sexual or physical assault will
       be granted safe harbor from discipline relating to sexual activity or other code of
       conduct violations; and (5) BYU's non-discrimination policy includes sexual
       orientation and gender identity as applied to all aspects of BYU, including housing
       and other programs.

       Compensation for emotional distress and for the economic consequences of not
       being able to complete her degree.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    23

Page 4 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

12.    We cannot accept your complaint if it has not been signed. Please sign and date
       your complaint below.

07/23/2021
(Date)                                  (Signature)

Jul 23, 2021
Rachel Moulton (Jul 23, 2021 13:50 PDT)
(Date)                                  (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    24

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.    Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.    Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

|  |  |
|---|---|
| **Last Name, First, Middle** | Mueller, Journey |
| **Address:** | |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |



3.    OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Colorado Christian University (CCU) |
| **Address:** | 8787 W. Alameda Ave. |
| **City, State, Zip Code:** | Lakewood, CO 80226 |
| **Department/School:** | |

4.    The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐    Discrimination **based on sex (specify)**

> Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                                25

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
      date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
      why you believe the discrimination was because of race, disability, age, sex, etc. Also
      please provide the names of any person(s) who was present and witnessed the
      act(s) of discrimination.

      CCU publishes anti-LGBTQ+ policies in its student handbook and encourages
      students to report violations of its policies by other students. Journey's
      roommates locked her in her dorm room and forced her to confess her
      sexual orientation, then reported her to school officials. In response, CCU
      officials placed Journey on academic probation, removed her from her
      housing, and required her to attend conversion therapy and mentorship
      meetings. CCU blocked access to LBGTQ+ -affirming resources on their wi-fi
      service. As a result of this mistreatment, Journey's mental health suffered to
      the point where she felt compelled to leave CCU before completing her
      degree. Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

      Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
      requirement.

       **X**   I am requesting a waiver of the 180-day time frame for filing this
      complaint.

      Please explain why you waited until now to file your complaint.

      1) the Covid-19 pandemic;
      2) The Trump administration's policies and statements about religious exemptions
      to Title IX;
      3) The Trump administration's policies and statements about Title IX not
      prohibiting discrimination on the basis of sexual orientation or gender identity.
      4) Although the initial act of discrimination took place more than 180 days ago,
      Journey's complaint should not be considered time-barred because CCU continues
      to discriminate against Journey and to promulgate policies and practices that
      discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
      internal grievance procedure, appeal or due process hearing?

       **No**

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    26

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.     If the allegations contained in this complaint have been filed with any other Federal,
state or local civil rights agency, or any Federal or state court, please give details and
dates. We will determine whether it is appropriate to investigate your complaint
based upon the specific allegations of your complaint and the actions taken by the
other agency or court.

        **Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
        **Date Filed:** <u>03/29/21</u>
        **Case Number or Reference:** <u>6:21-cv-00474-AA</u>
        **Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

     <u>*Not applicable*</u>

11.    What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

<u>Journey would like CCU's policies amended to state that (1) same-sex dating
relationships and displays of affection will be treated by CCU in the same manner
as opposite-sex dating relationships and displays of affection; (2) students will not
be punished for coming out as LGBTQ+ or for expressing their sexual or gender
identity (through pronouns, clothing, hair, makeup, etc.); (3) CCU will not
encourage or facilitate conversion therapy or any other sexual or gender
orientation change efforts; (4) students who report sexual or physical assault will
be granted safe harbor from discipline relating to sexual activity or other code of
conduct violations; and (5) CCU's non-discrimination policy includes sexual
orientation and gender identity as applied to all aspects of CCU, including housing
and other programs.</u>

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

<u>07/29/2021</u>
(Date)

Aug 2, 2021
(Date)

(Signature)

Journey Mueller (Aug 2, 2021 12:40 MDT)
(Signature of person in Item 2)

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

## DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of
## Education Office for Civil Rights

1.      Name of person filing this complaint:

| | |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.      Name of person discriminated against (if **other** than person filing). If the person discriminated against is age 18 or older, we will need that person's signature on this complaint form and the consent/release form before we can proceed with this complaint. If the person is a minor, and you do not have the legal authority to file a complaint on the student's behalf, the signature of the child's parent or legal guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Penales, Veronica Bonifacio |
| **Address:** |  |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.      OCR investigates discrimination complaints against institutions and agencies which receive funds from the U.S. Department of Education and against public educational entities and libraries that are subject to the provisions of Title II of the Americans with Disabilities Act. Please identify the institution or agency that engaged in the alleged discrimination. If we cannot accept your complaint, we will attempt to refer it to the appropriate agency and will notify you of that fact.

| | |
|---|---|
| **Name of Institution:** | Baylor University |
| **Address:** | 1311 S. 5th St. |
| **City, State, Zip Code:** | Waco, TX, 76706 |
| **Department/School:** | |

4.      The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

☐      Discrimination **based on sex (specify)**

        Discrimination on the basis of sexual orientation

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    28

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.    Please describe each alleged discriminatory act. For each action, please include the
      date(s) the discriminatory act occurred, the name(s) of each person(s) involved
      and, why you believe the discrimination was because of race, disability, age, sex,
      etc. Also please provide the names of any person(s) who was present and
      witnessed the act(s) of discrimination.

      Baylor publishes a statement on sexuality that includes anti-LGBT policies.
      The statement urges students "struggling" with same sex attraction to seek
      counseling. Baylor claims in its Civil Rights policy that it is exempt from
      compliance with select civil rights laws on the basis of religious exemption.
      As a result of these policies, Veronica does not feel free to express her
      sexual orientation while attending Baylor. When Veronica reports
      harassment hateful anti-LGBT statements from other students, officials at
      the school do not address it and instead tell her to seek counseling. As a
      result, Veronica has stopped reporting hate speech to the school staff.
      Please see attached declaration.

6.    What is the most **recent date** you were discriminated against?

      Date:  Current, Ongoing

7.    If this date is **more than 180 days ago,** you may request a waiver of the filing
      requirement.

       **X**   I am requesting a waiver of the 180-day time frame for filing this
      complaint.

      Please explain why you waited until now to file your complaint.

      1) the Covid-19 pandemic;
      2) The Trump administration's policies and statements about religious exemptions
      to Title IX;
      3) The Trump administration's policies and statements about Title IX not
      prohibiting discrimination on the basis of sexual orientation or gender identity.
      4) Although the initial act of discrimination took place more than 180 days ago,
      Veronica's complaint should not be considered time-barred because Baylor
      continues to discriminate against Veronica and to promulgate policies and
      practices that discriminate against LGBTQ+ students.

8.    Have you attempted to resolve these allegations with the institution through an
      internal grievance procedure, appeal or due process hearing?

       **Yes**

      If you answered **yes**, please describe the allegations in your grievance or
      hearing, identify the date you filed it, and tell us the status. If possible, please

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    29

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

provide us with a copy of your grievance or appeal or due process request and,
if completed, the decision in the matter.

<u>See attached declaration.</u>

9.     If the allegations contained in this complaint have been filed with any other
Federal, state or local civil rights agency, or any Federal or state court, please give
details and dates. We will determine whether it is appropriate to investigate your
complaint based upon the specific allegations of your complaint and the actions
taken by the other agency or court.

**Agency or Court:** <u>U.S. District Court - District of Oregon - Eugene Division</u>
**Date Filed:** <u>03/29/21</u>
**Case Number or Reference:** <u>6:21-cv-00474-AA</u>
**Results of Investigations/Findings by Agency or Court:** <u>Pending</u>

10.    If we cannot reach you at your home or work, we would like to have the name and
telephone number of another person (relative or friend) who knows where and
when we can reach you. This information **is not required,** but it will be helpful to
us.

*<u>Not applicable</u>*

11.    What would you like the institution to do as a result of your complaint — what
remedy are you seeking?

<u>Veronica would like Baylor's policies amended to state that (1) same-sex dating</u>
<u>relationships and displays of affection will be treated by Baylor in the same</u>
<u>manner as opposite-sex dating relationships and displays of affection; (2)</u>
<u>students will not be punished for coming out as LGBTQ+ or for expressing their</u>
<u>sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)</u>
<u>Baylor will not encourage or facilitate conversion therapy or any other sexual or</u>
<u>gender orientation change efforts; (4) students who report sexual or physical</u>
<u>assault will be granted safe harbor from discipline relating to sexual activity or</u>
<u>other code of conduct violations; and (5) Baylor's non-discrimination policy</u>
<u>includes sexual orientation and gender identity as applied to all aspects of Baylor,</u>
<u>including housing and other programs.</u>

12.    We cannot accept your complaint if it has not been signed. Please sign and date
your complaint below.

<u>07/23/2021</u>
(Date)

Jul 24, 2021
(Date)

(Signature)

*Veronica Bon*
Veronica Bonifacio Penales (Jul 24, 2021 17:29 CDT)

https://secure.na3.adobesign.com/verifier?
tx=CBJCHBCAABAASvUVcNWxs92NGATNtrnfNJPu9rpl9Hq-
HG

(Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    30

Page 1 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

# DISCRIMINATION COMPLAINT FORM
## to the
## United States Department of Education
## Office for Civil Rights

1.     Name of person filing this complaint:

|  |  |
|---|---|
| **Last Name, First, Middle** | Swain, Lauren |
| **Address:** | 8532 N. Ivanhoe St., #208 |
| **City, State, Zip Code:** | Portland, OR 97203 |
| **Home/Work Telephone:** | ▮▮▮▮▮▮ |
| **Email Address:** | lauren@paulsouthwick.com |

2.     Name of person discriminated against (if **other** than person filing). If the person
discriminated against is age 18 or older, we will need that person's signature on this
complaint form and the consent/release form before we can proceed with this
complaint. If the person is a minor, and you do not have the legal authority to file a
complaint on the student's behalf, the signature of the child's parent or legal
guardian is required.

| | |
|---|---|
| **Last Name, First, Middle** | Picker, Jake |
| **Address:** |  |
| **City, State, Zip Code:** | |
| **Home/Work Telephone:** | |
| **Email Address:** | |

3.     OCR investigates discrimination complaints against institutions and agencies which
receive funds from the U.S. Department of Education and against public educational
entities and libraries that are subject to the provisions of Title II of the Americans
with Disabilities Act. Please identify the institution or agency that engaged in the
alleged discrimination. If we cannot accept your complaint, we will attempt to refer
it to the appropriate agency and will notify you of that fact.

|  |  |
|---|---|
| **Name of Institution:** | Baylor University |
| **Address**: | 1311 S. 5th St. |
| **City, State, Zip Code:** | Waco, TX, 76706 |
| **Department/School:** | |

4.     The regulations OCR enforces prohibit discrimination on the basis of race, color,
national origin, sex, disability, age or retaliation. Please indicate the basis of your
complaint:

☐     Discrimination **based on sex (specify)**

         Discrimination on the basis of sexual orientation.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    31

Page 2 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

5.     Please describe each alleged discriminatory act. For each action, please include the
       date(s) the discriminatory act occurred, the name(s) of each person(s) involved and,
       why you believe the discrimination was because of race, disability, age, sex, etc. Also
       please provide the names of any person(s) who was present and witnessed the
       act(s) of discrimination.

       Baylor publishes a statement on sexuality that includes anti-LGBT policies.
       Jake fears that his sexual orientation will affect the way he is treated as a
       student of Baylor and may subject him to discipline that could affect his
       career in medicine. An LGBTQ student group at Baylor has been repeatedly
       denied official status. Please see attached declaration.

6.     What is the most **recent date** you were discriminated against?

       Date:  Current, Ongoing

7.     If this date is **more than 180 days ago,** you may request a waiver of the filing
       requirement.

        **X**  I am requesting a waiver of the 180-day time frame for filing this
       complaint.

       Please explain why you waited until now to file your complaint.

       1) the Covid-19 pandemic;
       2) The Trump administration's policies and statements about religious exemptions
       to Title IX;
       3) The Trump administration's policies and statements about Title IX not
       prohibiting discrimination on the basis of sexual orientation or gender identity.
       4) Although the initial act of discrimination took place more than 180 days ago,
       Jake's complaint should not be considered time-barred because Baylor continues
       to discriminate against Jake and to promulgate policies and practices that
       discriminate against LGBTQ+ students.

8.     Have you attempted to resolve these allegations with the institution through an
       internal grievance procedure, appeal or due process hearing?

        No

       If you answered **yes**, please describe the allegations in your grievance or hearing,
       identify the date you filed it, and tell us the status. If possible, please provide us
       with a copy of your grievance or appeal or due process request and, if completed,
       the decision in the matter.

       See attached declaration.

EXHIBIT C - Title IX Complaints: MAXON through PICKER                    32

Page 3 of 4 – U.S. Department of Education, Office for Civil Rights Discrimination
Complaint Form, Consent Form, and Complaint Processing Procedures

9.      If the allegations contained in this complaint have been filed with any other Federal,
        state or local civil rights agency, or any Federal or state court, please give details and
        dates. We will determine whether it is appropriate to investigate your complaint
        based upon the specific allegations of your complaint and the actions taken by the
        other agency or court.

        **Agency or Court:** U.S. District Court - District of Oregon - Eugene Division
        **Date Filed:** 03/29/21
        **Case Number or Reference:** 6:21-cv-00474-AA
        **Results of Investigations/Findings by Agency or Court:** Pending

10.     If we cannot reach you at your home or work, we would like to have the name and
        telephone number of another person (relative or friend) who knows where and
        when we can reach you. This information **is not required,** but it will be helpful to
        us.

        *Not applicable*

11.     What would you like the institution to do as a result of your complaint — what
        remedy are you seeking?

        Jake would like Baylor's policies amended to state that (1) same-sex dating
        relationships and displays of affection will be treated by Baylor in the same
        manner as opposite-sex dating relationships and displays of affection; (2)
        students will not be punished for coming out as LGBTQ+ or for expressing their
        sexual or gender identity (through pronouns, clothing, hair, makeup, etc.); (3)
        Baylor will not encourage or facilitate conversion therapy or any other sexual or
        gender orientation change efforts; (4) students who report sexual or physical
        assault will be granted safe harbor from discipline relating to sexual activity or
        other code of conduct violations; and (5) Baylor's non-discrimination policy
        includes sexual orientation and gender identity as applied to all aspects of Baylor,
        including housing and other programs.

12.     We cannot accept your complaint if it has not been signed. Please sign and date
        your complaint below.

        07/23/2021
        _____
        (Date)

        Jul 23, 2021
        _____
        (Date)

        _____
        (Signature)

        Jake Picker (Jul 23, 2021 16:25 CDT)
        _____
        (Signature of person in Item 2)

EXHIBIT C - Title IX Complaints: MAXON through PICKER                          33