**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF AVERY BONESTROO** |

I, Avery Bonestroo, declare:

1. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

2. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

3. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

4. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

EXHIBIT E - BONESTROO through HOEKSTRA                                                                                      1
AVERY BONESTROO DECLARATION                                                                                                 1

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

                                                                          By: s/ Avery Bonestroo  
                                                                          Avery Bonestroo

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>      Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF HAYDEN BROWN** |

I, Hayden Brown, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6. Building an affirming community at my college/university/alma mater is a religious exercise for me.

7. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

> By: s/ Hayden Brown
> Hayden Brown

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 6:21-cv-00474-AA<br>) |
| v. | ) **DECLARATION OF BROOK C**<br>) |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

I, Brook C, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

EXHIBIT E - BONESTROO through HOEKSTRA                                     5
BROOK C DECLARATION                                                                    1

5. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7. Building an affirming community at my college/university/alma mater is a religious exercise for me.

8. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Brook C<br>
Brook C

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 6:21-cv-00474-AA |
| v. | **DECLARATION OF TRISTAN CAMPBELL** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | |
| Defendants. | |

I, Tristan Campbell, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7. Building an affirming community at my college/university/alma mater is a religious exercise for me.

8. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Tristan Campbell
Tristan Campbell

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,　　　　　Plaintiffs,　　　v.　　U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,　　　　　　　　　　　Defendants. | Case No. 6:21-cv-00474-AA　　**DECLARATION OF SAREN CRAIG** |

I, Saren Craig, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I believe that marriage is a holy union and that it includes same-sex couples.

3. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6. Building an affirming community at my college/university/alma mater is a religious exercise for me.

7. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Saren Craig
Saren Craig

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>      Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF ALEX DURON** |

I, Alex Duron, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I believe that marriage is a holy union and that it includes same-sex couples.

3. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

4. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Alex Duron
Alex Duron

Paul Carlos Southwick (OSB 095141)
TRIAL ATTORNEY
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

s

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>       v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>               Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF MORTIMER HALLIGAN** |

I, Mortimer Halligan, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7. Building an affirming community at my college/university/alma mater is a religious exercise for me.

8. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.


By: s/ Mortimer Halligan
Mortimer Halligan

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,  ) ) ) | |
| Plaintiffs, ) | Case No. 6:21-cv-00474-AA |
| v. ) ) | **DECLARATION OF RACHEL HELD** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, ) ) ) ) ) | |
| Defendants. ) ) | |

I, Rachel Held, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I believe that marriage is a holy union and that it includes same-sex couples.

3. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6. Building an affirming community at my college/university/alma mater is a religious exercise for me.

7. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Rachel Held
Rachel Held

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF LAUREN HOEKSTRA** |

I, Lauren Hoekstra, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. I believe that marriage is a holy union and that it includes same-sex couples.

3. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

4. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

5. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

6. Building an affirming community at my college/university/alma mater is a religious exercise for me.

7. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Lauren Hoekstra
Lauren Hoekstra

**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 6:21-cv-00474-AA ) ) |
| v. | ) **DECLARATION OF JAMIE** ) **LORD** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) ) |
| Defendants. | ) ) |

I, Jamie Lord, declare:

1. I believe that my sexuality and gender identity are gifts from God to be celebrated and expressed.

2. When I started at my college/university, I believed that being LGBTQ+ was sinful but I changed that religious belief while at college/university.

3. I believe that marriage is a holy union and that it includes same-sex couples.

4. I endured spiritual abuse while at my religious college/university because the beliefs and practices of my college/university regarding sexuality and gender identity attacked and undermined my own religious beliefs about myself and other LGBTQ+ people.

5. My religious beliefs require me to reject internalized and externalized homophobia and transphobia.

6. My religious beliefs call on me to protect LGBTQ+ students at my college/alma mater from abuse, violence, and oppression.

7. Building an affirming community at my college/university/alma mater is a religious exercise for me.

8. The religious exemption to Title IX creates/created a government-imposed burden on my religious beliefs as described in my Declarations and the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2021.

By: s/ Jamie Lord
Jamie Lord