CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Civil Action No. 6:21–cv–00474–AA <br><br> **DECLARATION OF ELLIOTT M. DAVIS** |

## DECLARATION OF ELLIOTT M. DAVIS

I, Elliott M. Davis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Trial Attorney with the United States Department of Justice, and one of the attorneys representing Defendants in the above-captioned action.

2. I respectfully submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue.

3. Attached as Exhibit A is a true and correct copy of email correspondence between me and Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 13, 2021, in Washington, DC.

/s/ Elliott M. Davis<br>
ELLIOTT M. DAVIS