# EXHIBIT A

| | |
|---|---|
| **From:** | Davis, Elliott M. (CIV) |
| **To:** | Paul Southwick; Joe Baxter; Lauren Swain; tim@timvolpertlaw.com |
| **Cc:** | Federighi, Carol (CIV) |
| **Bcc:** | Davis, Elliott M. (CIV) |
| **Subject:** | RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order |
| **Date:** | Friday, August 13, 2021 2:57:00 PM |

Thank you Paul.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
elliott.m.davis@usdoj.gov

---

**From:** Paul Southwick <paul@paulsouthwick.com>
**Sent:** Friday, August 13, 2021 2:53 PM
**To:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>;
Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com
**Cc:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Subject:** Re: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al
Motion for Temporary Restraining Order

Elliott,

We just filed it. We corrected paragraph 7.

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

---

**From:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>
**Sent:** Friday, August 13, 2021 11:37 AM
**To:** Paul Southwick <paul@paulsouthwick.com>; Joe Baxter <joe@paulsouthwick.com>; Lauren
Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com <tim@timvolpertlaw.com>
**Cc:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Subject:** RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al
Motion for Temporary Restraining Order

Hi Paul:

Thank you for letting me know.  I recognize that mistakes can and do happen—hence my inquiry.

Please let me know if you have a timeframe for when you will be filing the amended declaration.  As you know, our response is due to be filed today, and my other obligations will keep me from burning the midnight oil on this one.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
elliott.m.davis@usdoj.gov

---

**From:** Paul Southwick <paul@paulsouthwick.com>
**Sent:** Friday, August 13, 2021 1:57 PM
**To:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com
**Cc:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Subject:** Re: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

Elliott,

Thank you for bringing this to our attention. It looks like there was some confusion on our end regarding correspondence relating to a different OCR complaint. My apologies. We will file an amended declaration shortly.

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

---

**From:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>
**Sent:** Thursday, August 12, 2021 3:27 PM
**To:** Paul Southwick <paul@paulsouthwick.com>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com <tim@timvolpertlaw.com>
**Cc:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Subject:** RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

Hi Paul:

The referenced email was not attached to Ms. Swain's declaration and, so far, my clients have not located an email that matches that characterization.  That said, I've worked in government long enough to recognize that there could be multiple reasons for that (e.g., something got misfiled, the person who does these things is on leave for a month, IT issues, etc.).  Since Plaintiffs reference this email, sent by an employee of my client, in briefing and a declaration, I figured that you would be able to provide me with a

copy.  If you are not willing to send me this email, would you please let me know why?

I do not know the answer to your second inquiry.  Please let me know which of your clients had their interviews cancelled so we can make the appropriate inquiries, and to the extent that I can pass along information, I will of course do so.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
elliott.m.davis@usdoj.gov

---

**From:** Paul Southwick <paul@paulsouthwick.com>
**Sent:** Thursday, August 12, 2021 5:40 PM
**To:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com
**Cc:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Subject:** Re: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

Elliott,

Could you let us know the purpose of your request?

Also, could you explain why multiple OCR offices have recently cancelled interviews with our clients?

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

---

**From:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>
**Sent:** Thursday, August 12, 2021 9:54 AM
**To:** Paul Southwick <paul@paulsouthwick.com>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com <tim@timvolpertlaw.com>
**Cc:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Subject:** RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

Dear Counsel:

Could I please trouble you to send me a copy of the August 2 email from Ms. Lee to Ms. Swain referenced in paragraph 7 of Ms. Swain's declaration, and which appears to be referenced below.

Thank you,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
elliott.m.davis@usdoj.gov

---

**From:** Paul Southwick <paul@paulsouthwick.com>
**Sent:** Monday, August 09, 2021 8:24 PM
**To:** Catherine Kramer <Cathy_Kramer@ord.uscourts.gov>; Federighi, Carol (CIV)
<Carol.Federighi@usdoj.gov>
**Cc:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>;
Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com
**Subject:** Re: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al
Motion for Temporary Restraining Order

Ms. Kramer,

Thank you for the update. Plaintiffs' counsel is available on the 18th. However, several
pending Title IX complaints are in immediate danger of being dismissed. Plaintiffs provided
evidence in our TRO motion that at least one of the complaints could be dismissed any day
now, based on the OCR investigator's statement that the religious exemption issue is about to
be decided and could result in dismissal of the Title IX complaint, causing immediate dignitary
harm to that plaintiff. The plaintiffs are suffering because they don't know whether
Defendants are going to protect them before they return to their campuses. An expedited
hearing on Plaintiffs' TRO motion, or some other direction from the Court, is necessary to
avoid this harm.

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

---

**From:** Catherine Kramer <Cathy_Kramer@ord.uscourts.gov>
**Sent:** Monday, August 9, 2021 4:57 PM
**To:** Paul Southwick <paul@paulsouthwick.com>; Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Cc:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>;
Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com <tim@timvolpertlaw.com>
**Subject:** RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al
Motion for Temporary Restraining Order

Good afternoon,

The Court's schedule is rather full the next few weeks.  We could set a telephone hearing on either 8/18 at 2pm or 8/31 at 1pm.  Do either of those work?

Thanks,
~Cathy

**From:** Paul Southwick <paul@paulsouthwick.com>
**Sent:** Monday, August 9, 2021 4:44 PM
**To:** Catherine Kramer <Cathy_Kramer@ord.uscourts.gov>; Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Cc:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com
**Subject:** Re: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

**<mark>CAUTION - EXTERNAL:</mark>**


Thank you, Ms. Kramer. Plaintiffs look forward to receiving the Court's direction today and repeat their request for an expedited hearing as soon as possilbe.

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

**From:** Catherine Kramer <Cathy_Kramer@ord.uscourts.gov>
**Sent:** Friday, August 6, 2021 3:15 PM
**To:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Cc:** Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com <tim@timvolpertlaw.com>; Paul Southwick <paul@paulsouthwick.com>
**Subject:** RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

Good afternoon,

Judge Aiken is going to allow defendants an opportunity to respond to the Motion, but we will follow up about scheduling by the end of the day Monday.

Best,
~Cathy

---

**From:** Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>
**Sent:** Friday, August 6, 2021 2:19 PM
**To:** Catherine Kramer <Cathy_Kramer@ord.uscourts.gov>
**Cc:** ORDml Aiken CRD <Aiken_CRD@ord.uscourts.gov>; Davis, Elliott M. (CIV)
<Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain
<lauren@paulsouthwick.com>; tim@timvolpertlaw.com; Paul Southwick
<paul@paulsouthwick.com>
**Subject:** RE: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al
Motion for Temporary Restraining Order

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Ms. Kramer:

Defendants request an opportunity to respond to Plaintiffs' 44-page motion for temporary
restraining order, which was filed late yesterday evening (with the exhibits filed earlier
today).  This action has been pending since March 30 and Defendants are in the process of
finalizing their motion to dismiss, which is due to be filed on Monday, August 9.

In past cases, it appears that the Court has afforded defendants an opportunity to respond to
motions for temporary restraining order.  *See, e.g.*, *Hernandez v. Oregon House of
Representatives*, No. 6:21–cv–238 (D. Or. filed Feb. 12, 2021), Doc. Nos. 2, 5 & 8 (allowing a
Wednesday response to a TRO motion filed the preceding Friday).

Defendants respectfully request that the Court permit them to file an opposition brief by
Wednesday, August 11.

Regards,

Carol Federighi
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

---

**From:** Paul Southwick <paul@paulsouthwick.com>
**Sent:** Friday, August 06, 2021 3:10 PM
**To:** cathy_kramer@ord.uscourts.gov

**Cc:** aiken_crd@ord.uscourts.gov; Federighi, Carol (CIV) <Carol.Federighi@usdoj.gov>; Davis, Elliott M. (CIV) <Elliott.M.Davis@usdoj.gov>; Joe Baxter <joe@paulsouthwick.com>; Lauren Swain <lauren@paulsouthwick.com>; tim@timvolpertlaw.com
**Subject:** Fw: Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

Ms. Kramer:

Attached please find Plaintiffs' recently filed Motion for a Temorary Restraining Order. Plaintiffs respectfully request a hearing on their TRO as soon as possible. Will the Court be able to hear the motion today?

Best,

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

---

**From:** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Sent:** Thursday, August 5, 2021 11:53 PM
**To:** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>
**Subject:** Activity in Case 6:21-cv-00474-AA Hunter et al v. U.S. Department of Education et al Motion for Temporary Restraining Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**District of Oregon**

**Notice of Electronic Filing**

The following transaction was entered by Southwick, Paul on 8/5/2021 at 11:53 PM PDT and filed on 8/5/2021

**Case Name:**      Hunter et al v. U.S. Department of Education et al
**Case Number:**      6:21-cv-00474-AA

**Filer:**          Victoria Joy Bacon
                    Avery Bonestroo
                    Nathan Brittsan
                    Hayden Brown
                    Consolata Bryant
                    Devin Bryant
                    Brooke C.
                    Gary Campbell
                    Tristan Campbell
                    Natalie Carter
                    Saren Criag
                    Alex Duron
                    Mortimer Halligan
                    Rachel Held
                    Lauren Hoekstra
                    Chandler Horning
                    Elizabeth Hunter
                    Louis James
                    Jonathan Jones
                    Jamie Lord
                    Ashtin Markowski
                    Cameron Martinez
                    Joanna Maxon
                    Mackenzie McCann
                    Darren McDonald
                    Scott McSwain
                    Faith Millender
                    Jaycen Montgomery
                    Rachel Moulton
                    Journey Mueller
                    Veronica Bonifacio Penales
                    Jake Picker
                    Danielle Powell
                    Zayn Silva
                    Megan Steffen
                    Daniel Tidwell-Davis
                    Justin Tidwell-Davis
                    Spencer J. Vigil
                    Lucas Wilson
                    Audrey Wojnarowisch

**Document Number:** 44

**Docket Text:**

**Motion for Temporary Restraining Order . Oral Argument requested.Expedited Hearing requested. Filed by All Plaintiffs. (Southwick, Paul)**

**6:21-cv-00474-AA Notice has been electronically mailed to:**

Carol Federighi        carol.federighi@usdoj.gov

David A. Cortman        dcortman@adflegal.org, lmeadows@alliancedefendingfreedom.org, ppaulk@adflegal.org

Gene Schaerr        gschaerr@schaerr-jaffe.com

Herbert G. Grey        herb@greylaw.org

Joshua James Prince        jprince@schaerr-jaffe.com, 9822110420@filings.docketbird.com

Kristen Waggoner        kwaggoner@adflegal.org, arossiter@adflegal.org

Mark Lippelmann        mlippelmann@adflegal.org, msouthwick@adflegal.org

Nicholas P. Miller        nmiller@schaerr-jaffe.com

Paul J.C. Southwick        paul@paulsouthwick.com, lauren@paulsouthwick.com

Ryan J Tucker        rtucker@ADFlegal.org, echristoph@adflegal.org, jperske@adflegal.org, msouthwick@adflegal.org

**6:21-cv-00474-AA Notice will _not_ be electronically mailed to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/5/2021] [FileNumber=7525817-0] [5
b98ef12a4e8e63172ef457db1a45601e8d0410f17221fe004a28aabae952a1dbd7f8cb
b9cdcddf95e61a28daee7349fae651a3f7992a7c45a2b330590255e45]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.