**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | | |
|---|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 6:21-cv-00474-AA |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF JOSIAH ROBINSON** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) | |
| Defendants. | ) | |

I, Josiah Robinson, declare:

1.  I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  I work for the Religious Exemption Accountability Project (REAP) as the Research and Public Policy Fellow.

3.  Attached as Exhibit A: OneCorban.org "LGBT? Start Here" page, "About" page, and "Stories" page.

4.  Attached as Exhibit B: Corban University (then Western Baptist Bible College) Religious Exemption Request Letter and Department of Education Response.

5.   Attached as Exhibit C: Gallup Poll: Social Series: Minority Rights & Relations.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 17th day of August, 2021.


By: s/ Josiah Robinson _____
Josiah Robinson