# GALLUP NEWS SERVICE

# GALLUP POLL SOCIAL SERIES: MINORITY RIGHTS & RELATIONS/

## -- FINAL TOPLINE --

Timberline: 937008
H: 636
Princeton Job #: 13-06-008

Jeff Jones, Lydia Saad
June 13-July 5, 2013

Results are based on telephone interviews conducted June 13-July 5, 2013 with –4,373—adults, aged 18+, living in all 50 U.S. states and the District of Columbia, including oversamples of black and Hispanic adults. All respondents had previously been interviewed in the Gallup Daily tracking survey. The total sample is weighted to represent racial and ethnic groups proportionately to their share of the U.S. population. For results based on this sample of national adults, one can say with 95% confidence that the margin of error is ±2 percentage points.

For results based on sample of –2,149—non-Hispanic whites, the maximum margin of sampling error is ±3 percentage points.

For results based on sample of –1,010— non-Hispanic blacks, the maximum margin of sampling error is ±5 percentage points.

For results based on sample of –1,000—Hispanics, the maximum margin of sampling error is ±6 percentage points. (332 out of the 1,000 interviews with Hispanics were conducted in Spanish).

For results based on sample of –2,261—men, the maximum margin of sampling error is ±3 percentage points.

For results based on sample of –2,112—women, the maximum margin of sampling error is ±4 percentage points.

Interviews are conducted with respondents on landline telephones and cellular phones, with interviews conducted in Spanish for respondents who are primarily Spanish-speaking.

Samples are weighted to correct for unequal selection probability, non-response, and double coverage of landline and cell users in the two sampling frames. They are also weighted to match the national demographics of gender, age, race, Hispanic ethnicity, education, region, population density, and phone status (cell phone-only/landline only/both and cell phone mostly). Demographic weighting targets are based on the March 2012 Current Population Survey figures for the aged 18 and older U.S. population. Phone status targets are based on the July-December 2011 National Health Interview Survey. Population density targets are based on the 2010 census. All reported margins of sampling error include the computed design effects for weighting.

In addition to sampling error, question wording and practical difficulties in conducting surveys can introduce error or bias into the findings of public opinion polls.

EXHIBIT C                                                                                                                                                 1

25. Do you approve or disapprove of marriage between Blacks and Whites?

|  | Approve | Disapprove | No opinion |
|---|---:|---:|---:|
| **Total** | | | |
| 2013 Jun 13-Jul 5 | 87 | 11 | 2 |
| 2011 Aug 4-7 | 86 | 11 | 3 |
| 2007 Sep 7-8 | 79 | 15 | 6 |
| 2007 Jun 4-24 | 77 | 17 | 6 |
| 2004 Jun 9-30 | 76 | 19 | 5 |
| 2003 Nov 11-Dec 14 | 73 | 23 | 4 |
| 2002 Jun 3-9 | 65 | 29 | 6 |
| 1997 Jan 4-Feb 28 | 64 | 27 | 9 |
| 1994 Sep 18-20 | 48 | 37 | 15 |
| 1991 Jun 13-16 | 48 | 42 | 10 |
| 1983 Apr 29-May 2 | 43 | 50 | 7 |
| 1978 Jul 21-24 ^ | 36 | 54 | 10 |
| 1972 Oct 13-16 ^ | 29 | 60 | 11 |
| 1968 Jun 26-Jul 1 ^ | 20 | 73 | 8 |
| 1958 Sep 24-29 † | 4 | 94 | 3 |
| **Non-Hispanic Whites** | | | |
| 2013 Jun 13-Jul 5 | 84 | 13 | 2 |
| 2011 Aug 4-7 | 83 | 14 | 3 |
| 2007 Jun 4-24 | 75 | 20 | 6 |
| 2004 Jun 9-30 | 72 | 23 | 5 |
| ***Long-term trend: Whites (including Hispanics)*** | | | |
| *2013 Jun 13-Jul 5* | *85* | *12* | *2* |
| *2011 Aug 4-7* | *84* | *13* | *3* |
| *2007 Jun 4-24* | *75* | *19* | *5* |
| *2004 Jun 9-30* | *73* | *21* | *6* |
| *2003 Nov 11-Dec 14* | *70* | *27* | *3* |
| *2002 Jun 3-6* | *60* | *33* | *7* |
| *1997 Jan 4-Feb 28* | *61* | *30* | *9* |
| *1994 Sep 18-20* | *45* | *41* | *14* |
| *1991 Jun 13-16* | *44* | *45* | *11* |
| *1983 Apr 29-May 2* | *38* | *56* | *6* |
| *1978 Jul 21-24 ^* | *33* | *58* | *9* |
| *1972 Oct 13-16 ^* | *25* | *65* | *10* |
| *1968 Jun 26-Jul 1 ^* | *17* | *75* | *7* |
| *1958 Sep 24-29 †* | *4* | *94* | *3* |

EXHIBIT C                                                                                                       2

**Q.25 (BLACK-WHITE MARRIAGE) CONTINUED**

|  | Approve | Disapprove | No opinion |
|---|---|---|---|
| **Blacks** | | | |
| 2013 Jun 13-Jul 5 | 96 | 3 | 1 |
| 2011 Aug 4-7 | 96 | 2 | 2 |
| 2007 Jun 4-24 | 85 | 10 | 4 |
| 2004 Jun 9-30 | 87 | 9 | 4 |
| 2003 Nov 11-Dec 14 | 80 | 16 | 4 |
| 2002 Jun 3-9 | 78 | 20 | 2 |
| 1997 Jan 4-Feb 28 | 77 | 16 | 7 |
| 1994 Sep 18-20 | 68 | 19 | 13 |
| 1991 Jun 13-16 | 70 | 19 | 11 |
| 1983 Apr 29-May 2 | 71 | 21 | 9 |
| 1978 Jul 21-24 ^ | 66 | 19 | 15 |
| 1972 Oct 13-16 ^ | 61 | 21 | 19 |
| 1968 Jun 26-Jul 1 ^ | 56 | 33 | 11 |
| **Hispanics** | | | |
| 2013 Jun 13-Jul 5 | 91 | 7 | 2 |
| 2007 Jun 4-24 | 87 | 10 | 3 |
| 2004 Jun 9-30 | 88 | 7 | 5 |
| 2003 Nov 11-Dec 14 | 77 | 15 | 8 |
| 2002 Jun 3-9 | 84 | 10 | 6 |

^  WORDING: Between whites and non-whites?

†  WORDING: Between white and colored people?

EXHIBIT C    3