**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 6:21-cv-00474-AA ) |
| v. | ) **DECLARATION OF PAUL** ) **CARLOS SOUTHWICK** |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) |
| Defendants. | ) ) |

I, Paul Carlos Southwick, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Exhibit A is Email Correspondence with Seth Galanter (former Principal Deputy Assistant Secretary for Civil Rights in the Department of Education).

3. Exhibit B is Comment by Seth Galanter (former Principal Deputy Assistant Secretary for Civil Rights in the Department of Education) to Assistant Secretary Marcus RE: Proposed Rule 34 C.F.R. § 106.12(c).

4. Exhibit C is Twitter Posts (detailing stories of discrimination and LGBTQ+ student suicides at NFBCUs).

5. Exhibit D is *Christian College President Compares LGBT Students to Members of ISIS* (March 19, 2018); *LGBT BYU students fighting suicide while facing unique mental health challenges* (Nov. 11, 2016); *Students: BYU Honor Code leaves LGBT victims of sexual assault vulnerable and alone* (July 29, 2017).

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 17th day of August, 2021.

By: s/Paul Carlos Southwick
Paul Carlos Southwick