## Fw: Title IX religious exemption comment

Paul Southwick <paul@paulsouthwick.com>
Sun 8/15/2021 1:07 PM
To: Josiah Robinson <josiahr@paulsouthwick.com>

Paul

Director, REAP
Paul Southwick Law, LLC
paul@paulsouthwick.com
503-806-9517

---

**From:** Seth Galanter <seth.galanter@gmail.com>
**Sent:** Thursday, July 1, 2021 1:34 PM
**To:** Paul Southwick <paul@paulsouthwick.com>
**Subject:** Re: Title IX religious exemption comment

Paul-

I mentioned that OCR had, during the Obama years, adopted a subtle difference in letters when it was deciding not to decide the control issue.

In a case where control is clear, as in Clear Creek Baptist Bible College (which I just picked randomly), the last two sentences of the penultimate paragraph say (emphasis added):

> Also, in the unlikely event that a complainant alleges that the practices followed by the institution are not based on the religious tenets of the controlling organization, OCR is obligated *to contact the controlling organization* to verify those tenets. If the organization provides an interpretation of tenets that has a different practical impact than that described by the institution, or if the organization denies that it controls the institution, this exemption will be rescinded.

By contrast, in a case where control is less clear, as in Biola University, the last two sentences of the penultimate paragraph say (emphasis added):

> Also, in the unlikely event that a complainant alleges that the practices followed by the institution are not based on the religious tenets identified in your request, OCR is obligated *to identify a controlling organization to contact* to verify those tenets. If the organization provides an interpretation of tenets that has a different practical impact than that described by the institution, or if the organization denies that it controls the institution, this exemption will be rescinded.

(You can find most (if not all) of the letters that use this language by searching on google: "identify a controlling organization to contact" site:www2.ed.gov.) It appears that the Trump Administration completely revised this last paragraph to take out this language. See, e.g., https://www2.ed.gov/about/offices/list/ocr/docs/t9-rel-exempt/bethany-global-university-response-12152017.pdf .

EXHIBIT A                                                                                                   1

On Thu, Jul 1, 2021 at 4:04 PM Paul Southwick <paul@paulsouthwick.com> wrote:
> Thank you, Seth. This is super useful.
>
> Paul
>
> Director, REAP
> Paul Southwick Law, LLC
> paul@paulsouthwick.com
> 503-806-9517
>
> ---
>
> **From:** Seth Galanter <seth.galanter@gmail.com>
> **Sent:** Thursday, July 1, 2021 12:47 PM
> **To:** Paul Southwick <paul@paulsouthwick.com>
> **Subject:** Title IX religious exemption comment

EXHIBIT A	2