**Franklin Graham** @Franklin_Graham · Jul 5

Jesus said, "In the same way, let your light shine before others, so that they may see your good works and give glory to your Father who is in heaven." (Matthew 5:16)

173 779 6.4K

**Frank Amari** @FrankAmari2 · Jul 6

"It's like setting a month aside to celebrate lying, ADULTERY, or murder (which includes abortion), or anything else that God says is sin," Graham wrote. "The Bible also tells us that God hates pride. Shame on the nation that celebrates and glorifies sin."

How many times has Trump cheated on his wives? Here's what we know
Trump's first marriage imploded on the covers of all of New York's tabloids after he brazenly took his mistress, Marla Maples, on a family
newsweek.com

1 1 4

**Lynne Eldridge MD** @AboutLungCancer · Jul 6

Home

Explore

Notifications

Messages

## Tweet

**Di**
@DiMotherOf3

Replying to @AboutLungCancer @FrankAmari2 and @Franklin_Graham

💔😢
That happened to my young niece! She had to quit Azusa Pacific College because they were preaching against gay people every single day!
Her mother(a devout Christian) took her to the ER

Search Twitter

**Relevant people**

**Di**
@DiMotherOf3
Loving mother, wife, daug
animal lover. BLM, Wome
LGBTQ rights, pro-immigr
Lewis Voting Rights Act! E
filibuster!

**Lynne Eldridge MD**



Di on Twitter: "@AboutLungCancer @FrankAmari2 @Franklin_Graham…took her to the ER several times for attempted suicide" / Twitter

Case 6:21-cv-00474-AA    Document 67-3    Filed 08/17/21    Page 2 of 13

8/16/21, 4:29 PM

- Bookmarks
- Lists
- Profile
- More

**Tweet**

several times for attempted suicide!

3:57 PM · Jul 6, 2021 · Twitter Web App

**1** Like

Tweet your reply                                    Reply

**Lynne Eldridge MD** @AboutLungCancer · Jul 6
Replying to @DiMotherOf3 @FrankAmari2 and @Franklin_Graham
I'm so, so sorry. It breaks my heart as Jesus would be the first to reach out and love them. Instead, they are ignoring clear logs in their eyes (arrogance, judgment, being unloving) to point out a potential speck (potential as Jesus never mentioned gays).

♡ 3

**Mama Bear MSW** @votewhilecaring · Jul 6
Replying to @DiMotherOf3 @AboutLungCancer and 2 others
That breaks my heart.

♡ 2

**Paul Southwick**
@PaulSouthwick

@AboutLungCancer
Writer | physician | author... cancer advocate. BC surv... mommy first. #lcsm #pub... #resist #M4A #WritingCo...

**Frank Amari**
@FrankAmari2
I have never let my schoo... with my education. -- Mar... . . . As long as one lives, o... learn. -- Ruth Bader Ginsb...

**What's happening**

World news · LIVE
**Taliban in control in Afghanistan after seizing presidential palace in Kabul**
Trending with  Biden, #Afghanistan

**#ShangChi**🧑
Tickets Now Available
🎟 Promoted by Marvel Studios

Politics · Trending
**Donald Trump Jr**
2,119 Tweets

Trending
**#MAGAIsOver**

COVID-19 · LIVE
**COVID-19: News and updates for Oregon**

Show more

Terms of Service   Privacy Policy   Cooki
Ads info   More ⋯   © 2021 Twitter, Inc.

Messages

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
THREAD:
This article's great but would like to fact-check 1 thing, as tbh I'm kinda an expert on how Christian schools deal with Title IX: Welch College does receive federal aid (welch.edu/admissions/tui…) and may still be Titlr IX exempt. Here's why that matters

This Tweet was deleted by the Tweet author. Learn more

1    11    23

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
Religious colleges receive a WIDE berth to claim their exemption status from Title IX. This doesn't just affect trans kids, it affects women who get pregnant, women who get abortions, kids in same-sex relationships, women who want to be pastors...

1    1    14

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
There is NO CONSISTENT LEGAL STANDARD for what qualifies a school as exempt. It is decided purely by each presidential administration and their Dept of Education based off their own politics.

1    1    11

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
And let's also be clear: it is not the government "granting" exemptions. A school DECIDES for itself whether it is exempt, and then the government decides whether or not it recognizes that exemption. But that recognition status can change over time because ~no legal standard~

1    2    11

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
Under Obama for many years, the DoE recognized exemptions for schools formally aligned with a denomination. The reasoning was that the school didn't decide their policies related to gender then; even if they wanted to change, they couldn't, bcuz of their denomination's rules.

1    1    9

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
THEN FOR NO APPARENT REASON, the Obama DoE reneged on this standard, beginning to recognize exemptions at schools with no denominational affiliation. @biolau was the first school this happened to. This was likely due to A LOT of behind-scenes lobbying from groups like ADF & CCCU.

1    4    9

Donald Scherschligt on Twitter: "So lastly my plea to reporters is this:... Consider that this might not be an isolated incident." / Twitter    8/16/21, 4:55 PM

Case 6:21-cv-00474-AA    Document 67-3    Filed 08/17/21    Page 4 of 13

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019

This is very bad!! This allows a religious college's board of trustees to make any discriminatory, sexist, anti-LGBT policy; claim (essentially) that their faith compels them (but not a higher governing body); and the govt will be ok with that!

💬 1    🔁 3    ♥ 10    ↗

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019

Colleges also do not have to disclose their exemption status in admissions materials! They lobbied against this on a federal level. The Obama admin at least published DoE correspondence with colleges claiming exemption. The Trump admin continues to do this, tho less frequently.

💬 1    🔁 1    ♥ 11    ↗

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019

And let's be clear: these letters written to the DoE are not done in good faith. They are form letters written by the CCCU's lawyers that colleges fill in the blanks on. They're mad libs. You can review several of them at campuspride.org/shamelist to see the identical verbiage.

💬 1    🔁 2    ♥ 11    ↗

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019

But even then, sometimes, the Obama admin would refuse to recognize a school's claimed exemption. The standards were inconsistent, but it happened. BUT SINCE TRUMP TOOK OFFICE, the DoE has recognized the exempt status of every single school that has claimed an exemption.

💬 1    🔁 1    ♥ 11    ↗

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019

Christian schools are the most dangerous place to be LGBT in America today. You DO NOT have rights there as a student.

💬 1    🔁 4    ♥ 17    ↗

**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019

So does Welch College claim a Title IX exemption? According to the latest DoE correspondence released, they haven't claimed one yet. But they'll likely claim one, and almost certainly the government will recognize that exemption.

💬 1    🔁 1    ♥ 11    ↗

**Donald Scherschligt**
@DonnySureLegit

Replying to @DonnySureLegit

So lastly my plea to reporters is this: when reporting on yet another lgbt student receiving discrimination from their Christian college, look at the bigger picture. Consider that this might not be an isolated incident.

12:37 PM · Aug 9, 2019 · Twitter for iPhone

**7** Retweets    **22** Likes





**Donald Scherschligt** @DonnySureLegit · Aug 9, 2019
Replying to @DonnySureLegit
Rather, these acts are *always* part of a system of Christian higher ed that treats women and LGBT students as second class. It is *always* intentionally harmful.

6 23

**COVID-19: News and updates for Oregon**

Show more

Terms of Service Privacy Policy Cook
Ads info More ··· © 2021 Twitter, Inc.

**Paul Southwick**
@PaulSouthwick

**Messages**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

# Tweet

saw a Biblical Counselor who told me my suffering was nothing compared to that of Jesus. That sort of inappropriate Christianese is damaging to say to anyone, esp someone struggling with severe PTSD.

75 183 2.3K

**elle rose🌈**
@scretladyspider

Replying to @ryankuja

Was told by my Christian college to not tell anyone about my suicide attempt and threatened with expulsion, and then also not given any help/counseling. When I finally tried again, it took weeks to get in and the counselor said she'd call campus police if I didn't show.

6:09 AM · Jun 18, 2021 · Twitter for iPhone

**4** Likes

Tweet your reply
Reply

**elle rose🌈** @scretladyspider · Jun 18
Replying to @scretladyspider and @ryankuja
I stopped going. No campus police were called. Oh, and they made me meet with my hall director for a while each week who told me repeatedly I should get professional help while telling me that I shouldn't tell people who 'didn't need to know'. So. Yeah.

1 4

**elle rose🌈** @scretladyspider · Jun 18
That was more about my ovarian cysts but like... wtf. Anyway all this to say I completely agree.

2

Search Twitter

**elle rose🌈**
@scretladyspider
scretladyspider/secretlad
everywhere else too. @isp
pod. Demisexual/graysexu
writer/artist. she/they
secretladyspider@gmail.c

**Ryan Kuja**
@ryankuja
👤Trauma-Informed Ther
Spiritual Director 📘Auth
THE INSIDE OUT ⚓
Somatics/Soul/(Neuro)Sc
@seattle_school 🔀 Theo
Psychology

## What's happening

World news · LIVE
**Taliban in control in Afghanistan after seizing presidential palace in Kabul**
Trending with #Afghanistan, Biden

**#ShangChi**
Tickets Now Available
Promoted by Marvel Studios

Politics · Trending
**95% of Americans**
Trending with Nicole Wallace

Movies · Trending
**Citizen Kane**
The cover image for Citizen Kane's into the Criterion Collection has ca debate
3,475 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Oregon**

Show more

Terms of Service Privacy Policy Cook
Ads info More ··· © 2021 Twitter, Inc.

**Paul Southwick**

elle rose🌈 on Twitter: "@ryankuja was told by my Christian college to...He counselor said she'd call campus police if I didn't show" / Twitter

Case 6:21-cv-00474-AA    Document 67-3    Filed 08/17/21    Page 7 of 13

8/16/21, 4:41 PM

@PaulSouthwick

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

## Tweet

**Lolly 🥰 (Shelley McElyea)**
@ShelleyMcElyea1

One of the saddest times in my life was when my gay niece told me how she thought about suicide while she attended a very Christian university college. If you're Christian, truly, aren't you suppose to love everyone?

12:41 AM · May 14, 2021 · Twitter for iPhone

**1** Retweet **12** Likes

Tweet your reply Reply

**Independent Blue Resist** @rayofliteindark · May 14
Replying to @ShelleyMcElyea1
Yes! Yes! Yes! Let God do the separating. Not your job. He is the final judge, not you. While you worried about who gay & who not, you be the 1st one busting hell wide open. 🙄Focus on yourself & your own righteousness! ❤️

GIF

2

Search Twitter

**Relevant people**

**Lolly 🥰 (Shelley McElye**
@ShelleyMcElyea1
I'm a smart ass sarcastic |
no apologies. My opinions
own. I don't need verificat
anyone. No lists please.

**What's happening**

World news · LIVE
**Taliban in control in Afghanistan after seizing presidential palace in Kabul**
Trending with Biden, #Afghanistan

**#ShangChi**
Tickets Now Available
Promoted by Marvel Studios

Politics · Trending
**Donald Trump Jr**
2,114 Tweets

Politics · Trending
**95% of Americans**
Trending with Nicole Wallace

COVID-19 · LIVE
**COVID-19: News and updates for Oregon**

Show more

Terms of Service Privacy Policy Cook
Ads info More ··· © 2021 Twitter, Inc.

**Paul Southwick**
@PaulSouthwick

**Messages**



Lolly 🥰 (Shelley McElyea) on Twitter: "one of the saddest times in my...u re Christian, truly, aren't you suppose to love everyone? / Twitter

Case 6:21-cv-00474-AA   Document 67-3   Filed 08/17/21   Page 9 of 13

8/16/21, 4:28 PM



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Paul Southwick
@PaulSouthwick

## Tweet

**Taryn Abbassian** 🏳️‍🌈 🔒 @tarynlea4 · May 3

A gay former student has already taken her own life and @messiah_univ @MessiahSports don't seem to care to do anything to support its students. Its not a difference of opinion it is life and death. They didn't even acknowledge how she died because that would show their complicity

> **Rebekah Glick** @GlebekahRick · Apr 18
> Today @PennLive ran an Op Ed I wrote about the LGBTQ discrimination lawsuit that named Messiah, my alma mater. This issue impacts a lot of my friends and I hope that this can push Messiah to make some positive change pennlive.com/opinion/2021/0...

1 3

**Rebekah Glick**
@GlebekahRick

Replying to @tarynlea4 @messiah_univ and @MessiahSports

I am so sorry, this is heartbreaking 💔 Let me know if there's anything I can do to help share her story. Sending you a PM

1:28 PM · May 3, 2021 · Twitter for Android

**1** Like

Tweet your reply Reply

Search Twitter

## Relevant people

**Rebekah Glick**
@GlebekahRick
Ce qui sera sera

**Taryn Abbassian** 🏳️‍🌈 🔒
@tarynl... Follows you
Researcher @dscc Previo
@EMILYsList @USEEOC a
@NFPRHA | Alum @Arena
@DickinsonCol & @Dickir
Iranian-American | She/H

**Messiah University**
@messiah_univ
Messiah University is a na
ranked, private Christian u
the liberal and applied art
sciences.

## What's happening

World news · LIVE
**Taliban in control in Afghanistan after seizing presidential palace in Kabul**
Trending with #Afghanistan, President Biden

**#ShangChi**
Tickets Now Available
Promoted by Marvel Studios

Trending
**Stephen Miller**
2,991 Tweets

Trending
**Betsy DeVos**

COVID-19 · LIVE
**COVID-19: News and updates for**

Messages

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

## Tweet

**Submissive Faggot**
@FaggotToTrain

No really he didn't I thought I could pray the gay away. I prayed everyday for 4 years attending a Christian college just to find one girl sexy enough to get me off. Just one. Even supermodels. Nothing. After 2 suicide attempts because I thought God hated me I started researching

1:24 PM · May 5, 2020 · Twitter for iPhone

**3** Retweets **39** Likes

Tweet your reply Reply

**Submissive Faggot** @FaggotToTrain · May 5, 2020
Replying to @FaggotToTrain and @LuisArielOlivo
I looked up all the verses they use against being gay and studied them in the native language. I learned how we have taken these verses so far out of the original context. Just like Christians did to blacks then interracial marriage then gays and now the trans community.

1 2 39

**Submissive Faggot** @FaggotToTrain · May 5, 2020
Please research it for yourself in the original language. Don't listen to pastors or preachers who have a bias. Because I'll tell you when my so-called Christian friends from college found out I was gay all but 3 turned their backs on me. God loves you. He made you a gay man

1 3 29

Show replies

Search Twitter

**Relevant people**

**Submissive Faggot**
@FaggotToTrain
submissive chub without experience & crave more.

**What's happening**

World news · LIVE
**Taliban in control in Afghanistan after seizing presidential palace in Kabul**
Trending with Biden, #Afghanistan

**#ShangChi**
Tickets Now Available
Promoted by Marvel Studios

Politics · Trending
**#25thAmendmentNow**
2,275 Tweets

Politics · Trending
**Ben Sasse**
1,958 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Oregon**

Show more

Terms of Service Privacy Policy Cook
Ads info More ··· © 2021 Twitter, Inc.



**Paul Southwick**
@PaulSouthwick

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

## Tweet

**XSET Matthew**
@Gokwol

TW // Suicide

It wasn't long ago I was in a Christian college, coming out as gay, losing it all. I know at that point, no one would have run after me, begged me to stay. I have a few to thank, but I'm glad I won the fight. Many don't, you can win too.

Citizen Soldier - Would Anyone Care (Official Lyric Video)
We all have thoughts we're afraid of, you're not alone. Please SHARE this with someone that needs to hear it.SHOP for merch: http://store.citizensoldieroffic...
youtube.com

11:41 AM · Jan 18, 2021 · Twitter Web App

**4** Likes

Tweet your reply
Reply

Search Twitter

**Relevant people**

**XSET Matthew**
@Gokwol
IT Lead @XSET • 22 • Gay
matt@xset.com

**What's happening**

World news · LIVE
**Taliban in control in Afghanistan after seizing presidential palace in Kabul**
Trending with Biden, #Afghanistan

**#ShangChi**
Tickets Now Available
Promoted by Marvel Studios

Trending
**#pdxtraffic**

News · Trending
**Richard Engel**
4,840 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Oregon**

Show more

Terms of Service Privacy Policy Cook
Ads info More ··· © 2021 Twitter, Inc.

**Paul Southwick**
@PaulSouthwick

**Messages**

