Christian College President Compares LGBT Students to Members of ISIS - Current

ABOUT        PODCASTS                                    SUPPORT

WAY OF IMPROVEMENT        ABOUT JOHN        VITA        BOOKS        SPEAKING

MEDIA REQUESTS

# Christian College President Compares LGBT Students to Members of ISIS

John Fea  | March 19, 2018



Oklahoma Wesleyan University left the CCCU a few years ago.  Read all about it here.

EXHIBIT D

1

In a recent op-ed at *The Washington Times,* Oklahoma Wesleyan president Everett Piper is up to his old tricks.  Here is a taste:

*As a college president, I'd argue there are some things that should be confronted, some that should be confessed and some about which we can have a conversation. As a teacher, it is my goal to produce students who are able to distinguish between these three categories.*

*Let's consider the anecdote of abortion as an example. Simply put, why would anyone be open to a "conversation" about murdering young children? Surely, we don't believe we can "converse" about genocide rather than confront it, do we?*

*And, if I am wrong, are we ready to have a "conversation" about the relative merits of Pol Pot's killing fields? How about the pros and cons of Robespierre's guillotine? Maybe we should start a "conversation" about Mao's cultural revolution and its 70 million dead?*

*All moral people draw moral distinctions between behaviors that are worthy of "conversation" and those that are not. There are some things we simply condemn, and rightfully so.*

*Now, if we can agree that there is definitely a category of immorality (i.e. sin) which should be repudiated rather than debated, then why have we decided that sexual immorality is somehow in a different class, a class that should be measured by "conversation" rather than conviction?*

*Ours has become a culture of expression and choice. We now believe ourselves to be an amoral people where right and wrong are not determined by consistency and objective resolve, but rather by "fluidity," "conversation" and subjective social constructs. In other words, when it comes to sex, everything is a moving target.*

*Here's the question: If we have decided the self-evident truths that condemn genocide and the killing fields of Pol Pot do not likewise exist in matters of human sexuality, shouldn't we be asking what's next?*

EXHIBIT D    2

*For example, if there is no moral compass other than "conversation" to give us direction concerning the morality of same-sex intercourse then why not have a "conversation" about consensual pederasty? Why not discuss the merits of adultery? Why not have dialogue about how those who identify as incestuous need "safe spaces" where they can be affirmed, and loved for who they are?*

*Any rational people understanding the basic principles of cause and effect must at least be willing to ask where this logic will end.*

*If you're still not feeling a bit unstable on this slippery slope, I recommend this simple exercise: Go to any article in any magazine or website that argues for "conversations" about sexual morality and simply replace the acronym of the day with another set of letters.*

*For example, every time you see LGBTQ in an article, simply replace those letters with ISIS. Change nothing else. Do this throughout the entire column in question.*

*In doing this, something will quickly become quite obvious. Sentences will emerge such as these: "Love is love and ISIS has the right to love who they want to love." "The ISIS community simply wants to be accepted and affirmed." "What right does anyone have to refuse to bake a cake for an ISIS wedding?"*

Read the rest here.  I would hate to be an LGBT student at Oklahoma Wesleyan.  Christian colleges are perfectly within their rights (I hope) to affirm traditional views on morality, but there is a difference between affirming such views and treating those who disagree as members of ISIS.

And yes, I do want to have a "conversation" about Pol Pot, Robespierre, and Mao in my classes.  I want my students to understand why they did what they did.

And yes, I do want to have a "conversation" about abortion.  Even if everyone in the room thinks abortion is a moral problem, there should still be a robust debate about how to curb the practice.

Piper does not seem to grasp the difference between a college and a church.  He is afraid of

EXHIBIT D                                                                                    3

certain questions.  Fear should never be the spirit that defines a college or university, even a Christian one.

What does the Wesleyan Church have to say about this?

If you appreciate this content, please consider becoming a Patron of Current.



f Share    🐦 Tweet

Filed Under: Way of Improvement

Tagged With: Christian colleges., Christian education, Council for Christian Colleges & Universities, Everett PIper, LGBTQ issues

# Comments



johnfea says
March 19, 2018 at 10:57 pm

Marty (I hope this isn't my cousin or uncle): Who are you addressing here? Me? Piper? Jim in St. Louis?



Marty says
March 19, 2018 at 8:48 pm

Boy, are you full of yourself. But mostly you're full of shite !! You religionists are really

insane.

 johnfea says
March 19, 2018 at 2:16 pm

Yes–now this is a conversation. 🙂

Jim in STL says
March 19, 2018 at 2:15 pm

The guillotine:

PRO – Very effective and efficient and hailed at the time as much more merciful and ethical than the older methods of execution used by the Ancien Regime such as hanging, drawing and quartering, and burning to death (a church favorite for centuries).

CON – Too effective and efficient.



EXHIBIT D                                                                          5

- **Comments on COFO/CTO**
  - Life after COFO/CTO (19)
  - Campus Photos
  - Sports
  - Professors
- Life @ COFO/CTO
  - Campus Photos
  - Weather
  - Student Groups
  - Sports
- **Rate COFO/CTO**
  - Undergraduate
  - Alumni
  - Upload campus photo
  - Add campus video
  - Rate your professor
  - Casual Comment
- Share!

---

How this student rated the school

Survey is Blank

Male Bright

Describes the student body as:
Afraid, Broken Spirit

Describes the faculty as:
Unhelpful

Lowest Rating                                                                                    F
Educational Quality

Highest Rating                                                                                   F
Educational Quality

He cares more about Campus Aesthetics/ Beauty than the average student.

Date: Jun 28 2008

Major: **Criminal** (This Major's Salary over time)

Ahhh, COFO…what a hypocritical joke. First, theere'e the pretending to be "christ like" while the administration judges and condemns people. Take for instance the kid who committed suicide in the vice presidents garage because he was persecuted as a suspected homosexual. Then there's the Administrator Larry Cockrum who bought his PhD from a diploma mill and was kept on at full salary after being exposed. The professor who exposed him was unfairly terminated. Lets not forget the Dean of Students who spent all his time on witch hunts looking for gays and intoxicating substances while his own wife was whoring it up as a drunken slut all over town. That lead to a nice little divorce for the upstanding "christ like" washed up basketball player. Dont waste your time or money on this place. It will soon be exposed for what it truly is. There is a current audit and investigstive report being prepared for airing on a well known news show.

Responses

**R**esponse    I was a good friend of Dan who killed himself in the dean's garage. he was not persecuted as a suspected homosexual. he WAS gay, and deeply depressed because the guy he liked didn't want him. He went to counseling at the pastor's office and was told that he was NOT gay because he was a virgin and the gay community wouldn't accept him until he'd slept with a number of guys. He had attempted suicide a number of times since he was a teen. After hearing noone loved him and he didn't belong anywhere, he finally found a way to do it right. The faculty were not told what happened. I sent an email to every single person on campus telling them exactly how it happened. He was determined to die, but I was pissed that the counseler he looked to told a suicidal boy noone loved him even the gays.

I am very interested in learning what you know about C of O's discrimination against students. My daughter was just expelled. I would also like to know more about the investigation. Could you email me so we can discuss this?

Would you be willing to share your insight a length. I am working on investigating my alma mater.

Afraid, Broken Spirit is a title with some different points. This title can be more ideal after creating some australian writings ideas to the readers. I just want to share different points with the readers.

https://www.heraldextra.com/news/local/education/college/byu/lgbt-byu-students-fighting-suicide-while-facing-unique-mental-health-challenges/article_169af402-666b-5ae3-9d7b-cfab82b6d830.html

FEATURED

# LGBT BYU students fighting suicide while facing unique mental health challenges

Braley Dodson Daily Herald
Nov 11, 2016



Brenna McGrath shares a hymnbook with Sam McGettigan as they sing with others during an Understanding Same Gender Attraction meeting Thursday, Nov. 10, 2016, at the Provo City Library. ISAAC HALE, Daily Herald

Isaac Hale, Daily Herald

*The following is the third part in a weekly series detailing the community of LGBT students who attend Brigham Young University and the unique challenges they face.*

Attending a funeral for a member of the LGBT community who died by suicide has become almost routine for Aubree Lyman. In her six years as a student at Brigham Young University, she's been to about a dozen of them. There's even more memorials, counting vigils, for multiple people who have killed themselves that are held every few months.

And she believes it's far from over.

"We know there's going to be another one," Lyman said.

EXHIBIT D

8

Lesbian, gay, bisexual and transgender youth are more likely to have suicide attempts, have higher rates of depression and are three times more likely to report they have seriously considered suicide than their straight peers, according to the American Association of Suicidology.

It was when Aidan Cano, a sophomore at BYU, told someone he was going to a memorial for 50 LGBT people who had died that he realized the numbers had become a statistic to him.

"I was surprised at my own emotional detachment, and then horrified," Cano said.

## Factors

LGBT students at The Church of Jesus Christ of Latter-day Saints-owned BYU have their own set of mental health challenges. The university's honor code, which students commit to obey in order to attend, doesn't ban homosexual feelings, but does prohibit homosexual behavior.

The students overhear homophobic jokes from people who don't know they are LGBT, and Lyman said it's easy to feel like they're under a microscope from people who are waiting for them to break the honor code. The students say they can feel like they are broken and dirty. When they do hear about the LGBT community, it's often negatively.

With a campus culture that focuses heavily on dating, it can be easy to feel alone.

"From the time I was born, I was taught that my purpose in life, my plan in life, God's plan for me was to be a wife and a mother," Lyman said. "That was my job, and I wanted that. I wanted that just as much as I'm sure many straight women at BYU want that. And then as I started to really come to terms that dating boys just wasn't working, it felt like God never came up with a plan for me. That his plan for me was to sit on a shelf and wait until I'm dead so he can fix me and give me, after I spent my whole life alone, give me what straight people got without having to try for it. And I really felt like my life was pointless. I was just waiting around to die anyway, so what's the point in sticking around?"

Brenna McGrath, a senior who recently came out, has heard similar words — that after she dies, she'll be straight. For those struggling with depression, it's not always comforting.

"There is this thing members like to say, that it will all go away after death, like you will be made perfect after death, you will be fixed after death," McGrath said. "I hate to think there is anything wrong with who I am, but there is this whole idea that everything is better after, so what am I waiting around for?"

Lyman said her relationships with others has become superficial. If she's friends with a woman, she's afraid someone will look for something that could be a violation of the honor code. If it's a man, then there's still the idea of keeping her distance and not making anyone uncomfortable.

"I have done it for six years, and it is exhausting," Lyman said.

In addition, it's rough having to constantly answer questions and clarify things from straight students who have little knowledge of the LGBT experience at BYU. At panels, Lyman said she's often anonymously asked if gay people are gay just for fun. But it's not

EXHIBIT D                                                                          9

all parades and rainbows.

"It's super, super fun until the first time that your roommates tell you you need to leave the apartment," Lyman said. "It's super, super fun until your bishop starts comparing you to a drug dealer or a child molester. It's super, super fun until your mom calls you sobbing asking why you are breaking apart your family. It's super, super fun until the first day you get harassed and you know instinctively that this is how dozens of other gay people have died. This is how their murders started and you just have to hope it's not you. It's super, super fun until it's not anymore. And it's really not."

J.D. Goates, a senior and vice president of Understanding Same-Gender Attraction, a student-run organization that's not sanctioned by BYU that aims to create a safe space for LGBT BYU students and students who identify with experiencing same-gender attraction, was depressed and thinking about suicide when he was outed in high school. Logically, Goates said he knew life would get better, but he wasn't sure if "better" would end up being worth it.

"What I needed to know was that it gets better and it's worth it," Goates said. "I needed people to just hear me, listen to me, not just tell me things. I needed to not feel isolated. Isolation is where suicide ideation and depression thrive and feast."

# Harry

LGBT student suicide came to the forefront for many when 28-year-old Harry Fisher went missing this February, one month after he publicly came out on Facebook. He was found later that month in Saratoga Springs after shooting himself in the head.

He'd come out to his sister, Heather, earlier while they were eating pizza, but she had thought he was joking.

"It was a serious conversation we had," Heather said. "It was one minor statement that was immediately shrugged off."

Heather never suspected that her brother, who yearned to be a homicide detective, was gay. Harry was quiet, Heather said, intelligent and analyzed everything, researching every side of an issue. But he was also a silent type.

Harry had made it clear to Heather, who isn't Mormon, that he wasn't going to leave the church, but would lead a life of celibacy. He never mentioned any internal struggles or depression to her, but had previously posted on Facebook about overhearing conversations where others said gays were an abomination.

The most emotionally open conversation they had was at an airport the day before he died, over pizza again, when he said he was unsure about his future. He had been on his way home from Washington, D.C., after failing a test to be an officer by a few seconds and Heather was going on vacation to Colorado. When he went missing, she didn't think it was suicide.

"I thought maybe he had gotten the job and was going deep undercover immediately and couldn't tell his family," Heather said. "Or had just wanted to be let alone and not talk to people for awhile."

More than 100,000 people joined a Facebook page for the search. It was only after his death that Heather learned about resources and groups, like the Momma Dragons.

"I know that Harry didn't want to hurt anybody," Heather said. "He loved us and he wouldn't want to inflict pain in our lives."

## Resources and hope

Turning to resources for help isn't always simple. Going to a LGBT resource in the general community means having to take valuable time to explain the culture and rules of BYU. At BYU, students spend time explaining the experience and unique struggles of being gay there.

There's a counseling center, but the only LGBT-specific mental health resource is a recently-formed support group that can hold less than 10 students. There's no specific LGBT student center or official club, and Lyman said that some students won't speak to a school counselor because they don't know the session is confidential.

As one of the leaders of Understanding Same-Gender Attraction, Goates, who has undergone training for suicide prevention, is working to save lives.

In the association, the majority of students have experienced suicidal thoughts or have had attempted suicide. As far as they know, no active members of the group have committed suicide so far. But with students attempting suicide or dying by suicide without ever coming out, it's hard to know how many deaths are occurring in the Provo LGBT community.

"We don't even know how many people go home from BYU over the summer and just never come back," McGrath said.

Having a support system is vital in fighting depression and suicide. When someone tells the USGA leadership they are thinking about taking their life, the group privately jumps into action, getting the student on the phone with a crisis counselor and setting them up with a mental health professional. They arrange for people to stay with the student and bring them meals so they know they are eating.

That process happens more than two or three times a month, frequently weekly.

The group is constantly on the lookout for the red flags of an impending suicide attempt, including someone mentioning that life is hopeless or watching to see if a student is withdrawing.

"Depression is a nasty monster that thrives and feeds off isolation," Goates said.

For McGrath, the hope is that BYU will add LGBT-specific resources, including mental health resources and safe spaces where students can freely be themselves.

"There is a uniqueness to being LGBT at BYU compared to other schools," she said. "If other schools need the resources, we almost need it more."

She also challenges people to think about what they're going to say before saying anything potentially hurtful.

"Negative words stick with you," McGrath said. "I still remember phrases that were said in my home ward. I remember them with startling clarity and that was before I even knew I was part of the LGBT community."

EXHIBIT D

11

If something hurtful is said, Goates encourages others to say something.

"Unless you speak up, that silence is going to affirm to the commentator that everyone agrees with what they just said," he said.

Lyman said it's time for the straight community to listen to the LGBT community about their experiences and struggles, and to advocate for attributes, like kindness, the LDS Church already advocates for. All everyone else has to do is listen, she said.

Heather Fisher's advice is more drastic — that LGBT students should leave both the church and Utah.

She also wants others in the community to let it be known they are friends to the LGBT community so those who are both out and not know they have allies, are loved and supported.



Photos: BYU LGBT group meets off-campus
Updated Nov 11, 2016

EXHIBIT D    12

☰ SEARCH *The Salt Lake Tribune*  SUBSCRIBE  | LOG IN |  SUBSCRIBE  👤 

# Students: BYU Honor Code leaves LGBT victims of sexual assault vulnerable and alone

Mormon school under scrutiny by federal officials and critics of its possible membership in the Big 12 athletic conference.

By Erin Alberty  |  Sep. 1, 2016, 11:50 a.m.  |  Updated: July 29, 2017, 6:23 p.m.

*Editor's note: This story includes students discussing suicide attempts and suicidal thoughts; each also described a process of recovery. If you or people you know are at risk of self-harm, the Suicide Prevention Lifeline provides 24-hour support at 800-273-8255. Find the Utah Pride Center's crisis services at utahpridecenter.org, and help from the Utah Suicide Prevention Coalition at utahsuicideprevention.org.*

Andy wanted a blessing.

He had awoken in a haze after a suicide attempt with painkillers and began to panic. He didn't want to die. But he didn't know if he could live. Andy's first, secret boyfriend had raped him and dumped him, he said. Simultaneously traumatized by and lonesome for the one person who accepted him as a gay man, Andy floundered for months in shame and dread until he finally turned to the bishop of his Mormon student congregation at Brigham Young University.

He expected some reproof for acting on his "same-gender attraction," as LDS leaders have termed being gay. But Andy also hoped for some comfort and counsel.

Instead, he said, his bishop offered an ultimatum: Andy could turn himself in to BYU's Honor Code Office to be disciplined by the school, or the bishop himself would report Andy for the violation of "homosexual behavior."

While multiple current and former students have told The Salt Lake Tribune that rape victims at BYU may be investigated for potential discipline, a half-dozen LGBT students described unique challenges they faced when they were assaulted while attending the flagship school of The Church of Jesus Christ of Latter-day Saints.

BYU's Honor Code forbids homosexual behavior, which the school defines as "not only sexual relations between members of the same sex, but all forms of physical intimacy that give expression to homosexual feelings." Holding hands and kissing, while allowed between men and women, are widely understood to be subject to discipline; BYU spokeswoman Carri Jenkins said the language of the Honor Code "speaks for itself and relies on students to use good judgment."

But advocates for LGBT students say coming out brings such scrutiny that even people who have no intention of dating tend to seek support in secret, often online.

That has created an underground social scene in which predators can take advantage of silent and largely inexperienced victims, according to several LGBT students who have told The Tribune they were raped while enrolled at BYU. LGBT students who are assaulted by a member of the opposite sex say they fear their orientation remains a

liability should they try to report the crime.

These student accounts come as BYU faces new scrutiny on two fronts: Federal officials this month added BYU to a list of more than 200 schools under investigation nationwide for how they respond to student reports of sexual assault. Meanwhile, more than 20 LGBT advocacy groups have asked leaders of the Big 12 athletic conference to eliminate BYU from consideration for membership, alleging the school "actively and openly discriminates against its LGBT students and staff."

An advisory council created by BYU in May is studying the school's handling of sexual-assault reports.

"Both the church and BYU care deeply about the safety and well-being of these young people," LDS Church spokesman Eric Hawkins said in a written statement. "There's absolutely no excuse for anyone who would prey upon a student in this way, and sexual predators are neither enabled nor excused by the policies [described]."

Lesbian, gay, bisexual and transgender students say confidential support can be hard to come by in the aftermath of an assault. There is no official school group or office for LGBT resources; the student-led support group, Understanding Same Gender Attraction, is not sanctioned by the school and is not allowed to reserve meeting space on campus, Carri Jenkins confirmed.

Although she said the school's counseling center offers services to LGBT students and Hawkins directed students to LDS Family Services counselors or bishops, some students said the risks of disclosure are too high.

EXHIBIT D                                                                                                                    17

"You can't talk to anybody about it," said J.P., a former student who recounted being raped in 2011. "I felt hand-tied. I wasn't able to seek help from anybody. As a gay person [at BYU], that wasn't even an option, because the moment you tell the situation you're in, you're busted. There's no protection."

The Tribune typically does not publish the names of victims in sex crimes; the sources in this story agreed to be identified by their initials or first names.

## 'What happened was going to cost me'

Andy was a 17-year-old BYU freshman when he got involved in a relationship that he describes as coercive. It also was unlawful under Utah law, based on his age: The man, whom Andy met online, was 25.

They had met a few times in winter 2012, and while the physical relationship was moving faster than Andy wanted, he said he wasn't sure what to do about it. Then, in the basement of his boyfriend's South Jordan home, Andy discovered the extent of the man's disregard for boundaries.

"I can remember being on his bed with my clothes off," Andy said. "I can remember not necessarily screaming, but forcefully saying to stop. But he wouldn't."

Andy said he did not realize that he had been raped, believing at the time that "guys don't get raped."

He said had come out to his parents, who told him they would not tolerate homosexuality in the family.

EXHIBIT D                                                                                                          18

"I felt trapped," Andy said. "I felt like the only way I could continue living was to stay with [the rapist] because he was the only one who was supportive."

After they broke up, Andy said, he saw only terrible options: He could suppress his sexuality and be condemned to loneliness and deception — or he could be gay and suffer rape and abuse.

A third option — not to live — rose to the top of his list.

After Andy awoke from his suicide attempt, he checked himself into a hospital for a brief stay. Over the summer, he grew more depressed, Andy said, until a friend suggested he seek help from their student ward bishop, "to get counsel, get advice, get a blessing."

When the bishop instead ordered him to "repent" to the Honor Code Office, Andy said, his depression gave way to panic. "It was real that what had happened was going to cost me my education and my job," Andy said.

The Honor Code investigator, or counselor, asked extensive questions, Andy said. "He wanted to know exactly what kind of sex had occurred, the dates of when it had occurred, where it had occurred. ... He was taking notes furiously as I was telling my story."

EXHIBIT D                                                                 19

BYU initially said it could not locate records of a case like Andy's. After The Tribune confirmed it had obtained disciplinary records and provided more details, Carri Jenkins said she could not provide more information without a written release from the student. If a similar report was made by a minor student today, she said, the case would be referred to police and the Title IX office, which investigates sex crimes, and any Honor Code investigation would be suspended.

Although Andy cannot remember whether he described the physical coercion, he said did talk about the age difference and provided dates that showed he was a minor at the time of the assault. Andy said the counselor didn't refer him to police, but he did thank Andy for reporting to the Honor Code Office.

A month later, the counselor called Andy back to the office.

"The first time he had been compassionate, and that whole facade was completely gone," Andy said. "Now it was him looking at me like the bastard at the family reunion."

Andy was put on "withheld suspension," he said. He could attend classes, but he couldn't participate in activities and lost his campus job and his housing. He received a folder of religious writings about the dangers of homosexuality and met weekly with the Honor Code counselor.

Andy said he immersed himself in his repentance.

"I got really into it, and really into church, and was convinced I was going to cure

EXHIBIT D                                                                                        20

myself of my gayness — which seemed to be what the Honor Code Office wanted me to do, based on the readings they were giving me," Andy recalled. "... I wanted it to go away forever, especially after trying [a relationship] once and seeing where it got me."

The LDS Church has stated on its website mormonsandgays.org that "individuals do not choose to have [same-sex] attractions." The site states: "The attraction itself is not a sin, but acting on it is."

Andy's standing at BYU was restored after a semester — his suspension shortened from a year — and he found new peace when he served a Mormon mission. He was too busy to think about sex, and the rigorous schedule prevented much contact with other gay men.

"I felt like I had a testimony, like God had finally forgiven me for being gay, for allowing the assault to happen," Andy recalled. "I thought, 'I'll be able to marry a woman and be a member of the church.' "

When he moved back to Utah, he got a job and began dating a woman. "I felt awesome," Andy recalled. "I finally found someone. Everything was going to be OK."

But he said his girlfriend led him to the one price he could not pay: her happiness.

"I realized I didn't have a connection with her in the way that I should have a connection with her," Andy said. "I haven't dated a girl since."

Andy said he hopes to "grin and bear it" long enough to finish his degree at BYU.

EXHIBIT D                                                                                                            21

## 'I was really scared of him'

Many LGBT students at BYU find that trying to date in secret means giving up protections that heterosexual singles take for granted, said Addison Jenkins, president of Understanding Same Gender Attraction.

Students make online connections with a higher degree of anonymity so the people behind the profiles don't risk exposure, he said. Longing for connection but facing the risk of expulsion, they meet dates in person, possibly without exchanging even basic personal details, such as ages and last names. With students encouraged to help enforce the Honor Code, LGBT students may not be able to tell friends or roommates where they're going or who they'll be with, he said.

Predators know all of this, Addison Jenkins said.

"It's easy to think, 'Oh, there aren't monsters out there, lurking, waiting to attack gay students,' because that seems so malicious and so predatory," he said. "But I think experience shows that, for sure, gay students at BYU are at a lot of risk."

Former BYU student A.D. doesn't know the last name of the older man who he said slipped a drug into his orange juice during a date in December.

He doesn't know where the man is now — "He said he was from out of state," A.D.

recalled — and he can't remember the address of the home he crawled away from the following morning.

A.D. said he felt uncomfortable almost as soon as he stepped into the Lehi house where the man had directed him.

When the man thrust a cup in front of him, "I said, 'I don't drink alcohol.' 'Oh, it's not alcohol.' He's coming up with answers to my objections," A.D. said.

He said he sank into a fog of what he now suspects was a date-rape drug. The man grew angry when A.D. became nauseated, and then "would flip back really quickly, tell me I was beautiful and try to kiss me," A.D. said. The man had assured A.D. there was no pressure to have sex; a few hours later, when A.D. no longer could move his limbs, the man was groping him.

A.D. said he awoke the next morning unable to walk. He said he sent his GPS coordinates to his friend's phone and crawled into a window well outside the man's house while he waited to be picked up.

After the attack, A.D. said, every option looked humiliating. Disclosing the crime would mean inviting blame and scrutiny for being gay. Suffering alone felt like conceding that he deserved it.

"I felt really hopeless, really depressed. My first instinct was, 'Well, I could overdose and not have to suffer the indignity of having to put my life back together.' "

Within weeks, A.D. broke down and told a trusted teacher about the assault. She was

EXHIBIT D                                                                                              23

required to report to the school's Title IX office, which, A.D. was told, would collaborate with the Honor Code Office.

After one meeting with a Title IX investigator, A.D. dropped out of BYU.

"I know that [the investigation] is open," A.D. said. "To go back to BYU, I might have to finish talking about it. ... I'd also have to talk to the Honor Code Office, and I wasn't going to survive that."

Addison Jenkins said he has heard similar accounts from LGBT students who turned to the internet for friendship and support as they struggled with their sexuality.

"They just wanted someone to talk to," he said, "and they end up at this person's house or this person's car, and they get taken advantage of."

## 'Who I was was going to make my story suspect'

Aubree, a current BYU student, said she also feared an Honor Code investigation into her 2012 sexual assault by a man, worried that Honor Code enforcers would view it in a suspicious light because she is bisexual.

Aubree said she had confided in her visiting teachers — companions assigned to check on the spiritual and physical welfare of women within Mormon congregations — that she was attracted to women.

"I'm crying and begging them not to tell anybody. The next thing I know, they've told the bishop, who told his counselors, and they told their people, and everybody

EXHIBIT D                                                                          24

Students: BYU Honor Code leaves LGBT victims of sexual assault vulnerable and alone

knows," Aubree said. "Having been outed at 19 years old, I went from being the person who never kissed anyone, never wore a tank top, never had a Coke, to being called into the bishop's office and being compared to a drug addict, a kleptomaniac and a person with anger issues."

The LDS Church's official position, Hawkins said, is "that it is not attraction or sexual preference, but behavior, that is morally destructive. This same principle applies to anyone — gay, straight, bisexual or otherwise."

Aubree said that, in practice, gay and straight attractions are not treated the same at BYU. On the day she was attacked, her roommates decided they were going to have "an anti-homosexuality scripture study night, where they basically went through the Bible and pulled up any anti-gay sentence they could find."

Aubree said she went outside, waiting for the Bible study to end. A man she knew from her ward, or congregation, found her in tears.

"I told him why I was upset ... and that I had just come out as bisexual," Aubree said. "He was the first person I'd ever talked to who didn't care. He didn't tell me I was sinful. He didn't ask me when I was going to get that fixed. ... So when he said, 'Hey, do you want to come to my place instead of going home?' I agreed."

The man invited her to watch a movie in his bedroom, which is forbidden under the Honor Code.

"That made me a little uncomfortable, but I didn't see anywhere else that a TV was,

EXHIBIT D                                                                                            25

and I was like, 'It's fine, we're just going to watch a movie.' "

As soon as they sat down, Aubree said, the man started kissing her. When she told him to stop, he initially was apologetic. But she said he kept making advances. He pushed her on the bed, grabbing her and molesting her as she repeatedly told him no, she said.

"At one point, he said, 'What, you don't like this? Wow, I guess you really must be gay then,' " Aubree said. "And then he kept going. It was almost this idea … that I was somehow defective. It didn't matter whether or not I was consenting."

Aubree eventually stopped fighting because "he kept getting more and more frustrated and more and more rough," she said. "I decided the best thing would be to let him do whatever he was going to do. Hopefully, he would take me home and I could just forget about it."

Aubree said she confided in two people about the assault; both dismissed it as typical male behavior. Meanwhile, she said, she didn't think she could report to police or the school because any investigator would soon discover she was bisexual — and then she would have a hard time convincing them the sexual contact was not consensual.

"There's a stereotype that bisexual people just want sex with everyone," Aubree said. "… My concern was that who I was was going to make my story suspect."

## 'I want to be free'

Instead of reporting, Aubree said, she struggled alone.

EXHIBIT D                                                                                                    26

"I had a really hard time focusing on anything because I would be in the library doing my homework, and all of a sudden I would smell him," she said. "I kept having to look around and make sure he wasn't right behind me. I couldn't sleep for a long time because every time I lay down to sleep at night, I could feel him on top of me."

She said she felt shame, fearing she was "not pure anymore." More than a year later, when she began having fantasies of killing herself, Aubree said a doctor first used the word "assault" to describe what happened to her.

"Part of me thinks if I'd said it differently, people would have believed it actually happened," Aubree said. "I [wasn't] using the word 'rape.' I think it would be a lot more helpful if people had the vocabulary to say, 'OK, I was sexually assaulted.' "

Aubree remains a BYU student. She said she hopes the school will offer Honor Code amnesty for sexual-assault victims — the demand made by more than 100,000 people who signed an online petition this spring.

For A.D., leaving BYU led him to support systems he said he couldn't have imagined in Provo. He transferred to a new school and got a job at an LGBT-friendly employer in Salt Lake City. When he told his co-workers he was gay, "a group of like 30 people were clapping for me, and happy for me, which obviously made me cry."

A.D. said he eventually opened up to his new boss about his assault and found validation; she also had been sexually assaulted.

Andy, also still attending BYU, said networking with other student rape victims was a

turning point in his recovery. He joined a support group and has tried to become more involved in rape awareness on campus and among gay victims. He said he can see in their eyes a familiar fear — that "you're baggage that no one is ever going to want" — but he believes that is not the end of the story.

"I want to be happy," Andy said. "To be in power. To be free."



**ealberty@sltrib.com**
Follow @annalberty

**Donate to the newsroom now.** The Salt Lake Tribune, Inc. is a 501(c)(3) public charity and contributions are tax deductible.