**Paul Carlos Southwick (OSB 095141)**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
211 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; Veronica Bonifacio PENALES; Alex DURON; Zayn SILVA; Rachel MOULTON; Victoria Joy BACON; Avery BONESTROO; Nathan BRITTSAN; Hayden BROWN; Devin BRYANT; Consolata BRYANT; Brooke C.; Gary CAMPBELL; Tristan CAMPBELL; Natalie CARTER; Saren CRAIG; Mortimer HALLIGAN; Rachel HELD; Lauren HOEKSTRA; Chandler HORNING; Louis JAMES; Jonathan JONES; Jamie LORD; Ashtin MARKOWSKI; Cameron MARTINEZ; Joanna MAXON; Mackenzie MCCANN; Darren MCDONALD; Scott MCSWAIN; Faith MILLENDER; Jaycen MONTGOMERY; Journey MUELLER; Jake PICKER; Danielle POWELL; Megan STEFFEN; Justin TIDWELL-DAVIS; Daniel TIDWELL-DAVIS; Spencer J. VIGIL; Lucas WILSON; and Audrey WOJNAROWISCH, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>U.S. DEPARTMENT OF EDUCATION; and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for the Office of Civil Rights, U.S. Department of Education.<br>　　　　　　　　　Defendants. | Case No. 6:21-cv-00474-AA<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>FED. R. CIV. P. 6(B)(1)(A) |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7-1(a), counsel for Plaintiffs conferred with counsel for Defendants prior to filing this motion, and Defendants do not oppose the motion.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 16-3, Plaintiffs respectfully request a four-day extension to respond to Defendants' Motion to Dismiss from August 23, 2021, to August 27, 2021.

## ARGUMENT

Fed. R. Civ. P. 6(b)(1)(A) provides that the Court may extend the time for a party to act, if the request is made before the original time expires, for "good cause." Local Rule 16-3(a) additionally provides that a motion to extend a deadline must 1) show good cause why the deadlines should be modified, 2) show effective prior use of time, 3) recommend a new date for the deadline in question, and 4) show the impact of the proposed extension on other existing deadlines.

This is Plaintiffs' first request for an extension of time to respond to Defendants' Motion to Dismiss. Good cause exists for Plaintiffs' request. Defendants' Motion to Dismiss involves several constitutional and statutory issues. Plaintiffs need additional time to analyze the legal arguments presented by Defendants' Motion.  Plaintiffs have effectively used their prior time. On August 5, 2021, Plaintiffs filed their Motion for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Enter. Dkt. 44. Defendants filed their Motion to Dismiss on August 9, 2021. Dkt. 56. On August 17, 2021, Plaintiffs filed their Reply in support of Motion for Temporary Restraining Order. Dkt. 64. A hearing on Plaintiffs' Motion for Temporary

Restraining Order is scheduled for August 31, 2021. Dkt. 58. Plaintiffs' request for additional time will have little impact on other case deadlines.

Plaintiffs do not request the extension for any improper purpose or undue dely.  Plaintiffs plan to expeditiously respond to Defendants' Motion to Dismiss and litigate the case. Defendants do not oppose Plaintiffs' Motion for Extension of Time.

## CONCLUSION

Plaintiffs believe good cause exists and respectfully request the Court grant Plaintiffs an extension of time to file their response to Defendants' Motion to Dismiss until August 27, 2021.

Date: August 19, 2021

s/ Paul Carlos Southwick
**Paul Carlos Southwick**
**(OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption**
**Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517