CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Civil Action No. 6:21–cv–00474–AA <br><br> **DEFENDANTS' RESPONSE TO PROPOSED INTERVENOR CCCU'S *NUNC PRO TUNC* MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER** |

Defendants continue to oppose the proposed intervenors' motions to intervene. *See generally* Defs.' Am. Opp. To Mots. To Intervene, Doc. 37. Defendants take no position on CCCU's *nunc pro tunc* motion for leave to file (Doc. 73), or its underlying opposition brief (Doc. 53).

DATED: August 24, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch

/s/ Elliott M. Davis
CAROL FEDERIGHI, TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS, NY Reg. No. 4596755
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Defendants*