AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Elizabeth Hunter, et al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.    6:21-cv-00474-AA |
| U.S. Department of Education, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                          .

Date:      08/27/2021

s/ Misha Isaak
*Attorney's signature*

Misha Isaak, OSB No.   086430
*Printed name and bar number*

Perkins Coie, LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209

*Address*

MIsaak@perkinscoie.com
*E-mail address*

(503) 727-2000
*Telephone number*

(503) 727-2222
*FAX number*