AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Elizabeth Hunter, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:21-cv-00474-AA |
| U.S. Department of Education, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                         .

Date:   08/27/2021

s/ Alletta S. Brenner
*Attorney's signature*

Alletta S, Brenner, OSB No. 142844
*Printed name and bar number*

Perkins Coie, LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209
*Address*

ABrenner@perkinscoie.com
*E-mail address*

(503) 727-2000
*Telephone number*

(503) 727-2222
*FAX number*