CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755
HILARIE E. SNYDER
DC Bar No. 464837

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-0747
hilarie.e.snyder@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; and SUZANNE GOLDBERG, in her official capacity as Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education, <br><br> Defendants. | Civil Action No. 6:21-cv-00474-AA <br><br> **NOTICE OF APPEARANCE OF HILARIE E. SNYDER** |

NOTICE IS HEREBY GIVEN that Hilarie E. Snyder, Civil Division, United States Department of Justice, enters her appearance in this case on behalf of Defendants.

| | |
|---|---|
| Dated:  September 21, 2021 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Director, Federal Programs Branch<br><br>/s/ Hilarie E. Snyder<br>CAROL FEDERIGHI, TX Bar No. 06872950<br>*Lead Counsel*<br>ELLIOTT M. DAVIS, NY Reg. No. 4596755<br>HILARIE E. SNYDER, DC Bar No. 464837<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 305-0747<br>hilarie.e.snyder@usdoj.gov<br><br>*Attorneys for Defendants* |