Shawn M. Lindsay, OSB #020695
shawn@hbclawyers.com
Harris Berne Christensen LLP
15350 SW Sequoia Parkway, Suite 250
Portland, OR 97224
Telephone: (503) 968-1475

AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
 *Solicitor General*
CHRISTIAN B. CORRIGAN*
 *Assistant Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406-444-2707
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov
*Pro hac vice*

Attorneys for Amicus Curiae

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>*Defendants*,<br><br>WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, et al.,<br><br>[Proposed] Defendant-Intervenors. | Case No. 6:21-cv-00474-AA<br><br>**UNOPPOSSED MOTION OF MONTANA AND THIRTEEN OTHER STATES FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS AND PROPOSED DEFENDANT-INTERVENORS** |

1

The State of Montana, State of Alabama, State of Arizona, State of Arkansas, State of Indiana, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Nebraska, State of Oklahoma, State of South Carolina, State of Texas, and State of Utah (collectively "the States") move for leave to file the accompanying proposed Brief of Amicus Curiae. Pursuant to LR 7-1(a), the States certify that they conferred with counsel for Plaintiffs, Defendants, and proposed Defendant-Intervenors regarding this motion and that none of the parties oppose this motion.

The decision whether to grant leave to participate as amicus curiae is within the broad discretion of the district court. *See Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv.,* Nos. CV 01-640-RE, CV 05-23-RE, 2005 U.S. Dist. LEXIS 16657, at *14 (D. Or. Apr. 8, 2005) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.1982)). The States have a substantial interest in Title IX's religious exemption and the outcome of this case. Plaintiffs' claims challenging Title IX's religious exemption directly implicate bedrock First Amendment principles. The States seek to preserve religious liberty and protect the rights of conscience for their citizens and institutions of faith. Hundreds of higher education institutions across the country bear a religious imprint. These schools contribute to the vibrant civic life of the States. But to preserve their unique character and honor their religious tenets, they require exemption from Title IX. The States support a broad application of this religious exemption—it protects these unique schools from religious-based discrimination and

prevents the government from interfering in religious matters of theology, membership, and conduct.

WHEREFORE, in light of the States' significant interest in Title IX's religious exemption, the States respectfully request this Court grant leave to file the attached Brief of Amicus Curiae in Support of Defendants and Proposed Defendant-Intervenors.

DATED: October 7, 2021.

**HARRIS BERNE CHRISTENSEN LLP**

By: /s/ Shawn M. Lindsay
Shawn M. Lindsay, OSB #020695

Christian B. Corrigan, pro hac vice

AUSTIN KNUDSEN
*Attorney General of Montana*
DAVID M.S. DEWHIRST
*Solicitor General*
CHRISTIAN B. CORRIGAN
*Assistant Solicitor General*
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov

*Attorneys for Amicus Curiae*

**Additional Counsel for Amici Curiae:**

| | |
|---|---|
| Steve Marshall<br>ALABAMA ATTORNEY GENERAL | Mark Brnovich<br>ARIZONA ATTORNEY GENERAL |
| Leslie Rutte<br>ARKANSAS ATTORNEY GENERAL | Theodore E. Rokita<br>INDIANA ATTORNEY GENERAL |
| Derek Schmidt<br>KANSAS ATTORNEY GENERAL | Daniel Cameron<br>KENTUCKY ATTORNEY GENERAL |
| Jeff Landry<br>LOUISIANA ATTORNEY GENERAL | Lynn Fitch<br>MISSISSIPPI ATTORNEY GENERAL |
| Doug J. Peterson<br>NEBRASKA ATTORNEY GENERAL | John O'Connor<br>OKLAHOMA ATTORNEY GENERAL |
| Alan Wilson<br>SOUTH CAROLINA ATTORNEY GENERAL | Ken Paxton<br>TEXAS ATTORNEY GENERAL |
| Sean Reyes<br>UTAH ATTORNEY GENERAL | |