1              IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF OREGON

3                         EUGENE DIVISION

4

ELIZABETH HUNTER, et al.,          )
5                                  )
                        Plaintiffs, )  Case No. 6:21-cv-474-AA
6                                  )
                    v.             )  Monday, October 4, 2021
7                                  )  3:00 PM
U.S. DEPARTMENT OF EDUCATION,      )
8  et al.,                         )
                                   )
9                       Defendants. )
_____)
10

11

12

13                       STATUS CONFERENCE

14                  TRANSCRIPT OF PROCEEDINGS

15            BEFORE THE HONORABLE ANN L. AIKEN

16            UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

1                      TELEPHONIC APPEARANCES

2    FOR THE PLAINTIFFS:

3                            ALLETTA S. BRENNER
                             Perkins Coie, LLP
4                            1120 NW Couch Street, 10th Floor
                             Portland, OR 97209-4128
5
                             PAUL J.C. SOUTHWICK
6                            Paul Southwick Law, LLC
                             8420 N Ivanhoe Street, Suite 83929
7                            Portland, OR 97203

8

9    FOR THE DEFENDANTS:
                             CAROL FEDERIGHI
10                           Department of Justice, Civil Division
                             P.O. Box 883
11                           Washington, D.C. 20044

12                           ELLIOTT M. DAVIS
                             Department of Justice, Civil Division
13                           P.O. Box 883
                             Washington, D.C. 20044
14
                             HILARIE SNYDER
15                           Department of Justice, Civil Division
                             Federal Programs Branch
16                           P.O. Box 883
                             Washington, D.C. 20044
17

18
     FOR THE INTERVENOR DEFENDANTS (WESTERN BAPTIST COLLEGE, WILLIAM
19   JESSUP UNIVERSITY, and PHOENIX SEMINARY):

20                           MARK LIPPELMANN
                             Alliance Defending Freedom
21                           15100 N 90th Street
                             Scottsdale, AZ 8526
22
                             RYAN J. TUCKER
23                           Alliance Defending Freedom
                             15100 N 90th Street
24                           Scottsdale, AZ 85260

25

```
 1  FOR THE INTERVENOR DEFENDANTS (COUNCIL FOR CHRISTIAN COLLEGES &
    UNIVERSITIES):
 2
                          HERBERT G. GREY
 3                        Herbert G. Grey, Attorney at Law
                          4800 SW Griffith Drive, Suite 320
 4                        Beaverton, OR 97005-8716

 5                        GENE SCHAERR
                          Schaerr Jaffe, LLP
 6                        1717 K Street NW, Suite 900
                          Washington, D.C. 20006
 7
                          JOSHUA J. PRINCE
 8                        Schaerr Jaffe, LLP
                          1717 K Street NW, Suite 900
 9                        Washington, D.C. 20006

10                        NICHOLAS P. MILLER
                          Schaerr Jaffe, LLP
11                        1717 K Street NW, Suite 900
                          Washington, D.C. 20006
12

13
    FOR THE AMICUS CURIAE:
14
                          SHAWN M. LINDSAY
15                        Harris Berne Christensen, LLP
                          15350 SW Sequoia Parkway, Suite 250
16                        Portland, OR 97224

17                        CHRISTIAN B. CORRIGAN
                          Montana Department of Justice
18                        Office of the Attorney General
                          215 N Sanders
19                        Helena, MT 59601

20

21  COURT REPORTER:    Kendra A. Steppler, RPR
                       United States District Courthouse
22                     405 E 8th Avenue, Room 2130
                       Eugene, OR 97401
23                     (541)431-4112

24                          *   *   *

25
```

```
 1              THE COURTROOM DEPUTY:  Now's the time set for Civil
 2   Case No. 21-474, Hunter, et al. v. U.S. Department of
 3   Education, et al., for status conference.  If you could please
 4   introduce yourselves for the record, beginning with plaintiff.
 5              MR. SOUTHWICK:  Paul Southwick for Plaintiffs.
 6              MS. BRENNER:  Alletta Brenner of Perkins Coie for
 7   Plaintiff.
 8              MR. BAXTER:  Joe Baxter, legal fellow for Plaintiffs.
 9              MR. ROBINSON:  Josiah Robinson, (indiscernible)
10   fellow for Plaintiff.
11              MR. GREY:  Herb Grey for Intervenor CCCU.
12              MR. SCHAERR:  And Gene Schaerr for Proposed
13   Intervenor CCCU.
14              MR. MILLER:  Nick Miller for --
15              MR. LIPPELMANN:  Mark Lippelmann for --
16              MR. PRINCE:  Joshua --
17              MR. LIPPELMANN:  -- Proposed Intervenors Corban
18   University, William Jessup University, and Phoenix Seminary.
19              THE COURT:  All right.  Let's start over again.
20   After the CCCU -- the second CCCU individual -- who's next?
21              MR. MILLER:  Yeah.  This is Nick Miller also on
22   behalf of CCCU.
23              MR. PRINCE:  And Joshua Prince also on behalf of
24   CCCU.
25              MS. SNYDER:  My name a Hilarie Snyder, Your Honor.  I
```

1    represent the Defendants in the case.  Cocounsel Carol

2    Federighi and Elliott Davis are also on the line today as well

3    as Carlotta Wells, the Assistant Director of DOJ.

4            THE COURT:  Are we expecting anyone else?

5            MR. LINDSAY:  Yeah.  This is Shawn Lindsay, local

6    counsel for the amicus curiae.  And I'll let lead counsel

7    introduce himself.

8            MR. CORRIGAN:  And, Your Honor, this is Christian

9    Corrigan, Assistant Attorney General for the State of Montana

10   on behalf of amicus as well.

11           THE COURTROOM DEPUTY:  I believe that is everyone,

12   Judge.  Thank you.

13           THE COURT:  All right.  We have apparently what I --

14   I'm sorry -- I'm going to ask this question, because I just had

15   a conference call.  And if you're not speaking, please put your

16   phone on mute.  Because I can hear heavy breathing, and that's

17   not helpful.

18       So I'm going to ask this preliminary question, and I'm

19   going to assume that -- I assume the answer, but I'm going to

20   ask it anyway.  Have you had a chance to confer and come in

21   with an agenda for today's status conference?

22           MR. SOUTHWICK:  This is Paul Southwick.  Yes, Your

23   Honor, we have -- Plaintiffs have conferred with counsel for

24   DOJ.

25           THE COURT:  Okay.  So tell me the agenda items that

1    we need to take up today.

2    　　　　MR. SOUTHWICK:  Again, this is Paul Southwick.  Our

3    two agenda items are, one, whether the discovery and pretrial

4    deadlines that were set when the case was first filed should be

5    modified, and then second --

6    　　　　THE COURT:  Well, the answer to that would be yes,

7    since you've blown by them.  Yes, we'll modify those.

8    　　　　MR. SOUTHWICK:  Okay.

9    　　　　THE COURT:  So what's the second question?

10    　　　　MR. SOUTHWICK:  The second question is whether

11    limited discovery should be permitted prior to the preliminary

12    injunction hearing, and, if so, whether the proposed

13    deponents -- Plaintiffs' proposed deponents -- whether

14    subpoenas and notices should be allowed to issue to those

15    potential deponents.

16    　　　　THE COURT:  All right.  So does -- do we have to deal

17    with the second one first before we can deal with the new

18    discovery deadlines?

19    　　　　MR. SOUTHWICK:  This is Paul Southwick again.  The

20    DOJ's position is that discovery and pretrial deadlines are

21    closed.  And so we can't discuss anything until those have been

22    modified.  And so I think that that might be the primary issue,

23    is whether or not those will by reopened, and then, in the

24    event that they are, what discovery should be permitted now.

25    　　　　THE COURT:  Well -- all right.  Make your position

1    known to me about why you want additional discovery when the
2    discovery deadline was July 28th.  We're long past that.  Tell
3    me what you think you need that would be helpful for this next
4    part of the case and why we need to extend it.

5            MR. SOUTHWICK:  Thank you, Your Honor.  This is Paul
6    Southwick again speaking.  We were working fairly cooperatively
7    with the DOJ in terms of extensions to respond to our initial
8    complaint.  And then we filed an amended complaint in June and
9    gave them additional extensions.

10       The parties were in the middle of proposing a 26(f)
11   report, which we have now actually filed -- I believe it was
12   last Thursday or Friday -- with the Court.  So that kind of got
13   put by the wayside while the parties were briefing the motion
14   for TRO.  And so now that the TRO is denied, and we're moving
15   forward with the PI hearing, the discovery issues are pertinent
16   again.

17       And the Plaintiffs are proposing three phases for
18   discovery, essentially.  The first phase to allow some limited
19   discovery now before the PI hearing on November 4th and 5th,
20   and then a second phase of class discovery, and a final phase
21   of merits discovery.  So those are the general discovery
22   modifications.

23       You know, we believe that we -- the Plaintiffs -- were
24   moving the case forward diligently.  It's in its early stages.
25   The DOJ didn't file its motion to dismiss until after all the

1    deadlines had passed in any event.  And so we believe that we
2    were working cooperatively and would have to come to the Court,
3    though, to resolve some of these discovery and pretrial
4    deadline issues.  But we believe that we have good cause.

5        We have some testimony that we would like to get on the
6    record in advance of the PI hearing, particularly because the
7    issue of whether or not there's an imminent threat of
8    irreparable harm is something that there's conflicting evidence
9    about.

10       We attempted -- the Plaintiffs attempted to work with the
11   attorneys for Defendant in terms of any stipulated facts that
12   could be agreed to.  We have discussed a few more of the minor
13   facts that we could stipulate to.  But in terms of the meat of
14   the discovery Plaintiffs are seeking, it doesn't seem like
15   we're going to be able to agree on any stipulations.

16       And so Plaintiffs essentially want to know what is the
17   status of all of the administrative complaints that we filed
18   back in June and July of this year?  There was essentially a
19   freeze that happened, and all of the interviews were canceled
20   and things were frozen.  We don't know why.  We don't know what
21   happened.  We don't know when they anticipate making decisions
22   on religious exemptions.  So we need to find that out.

23       And we want to preserve -- essentially what we want is to
24   preserve the administrative Title IX complaints that are on
25   file.  We want them to remain open during the litigation.  We

1  believe that will provide some protection for the students.

2  And we're particularly concerned about retaliation and

3  harassment.   Because retaliation and harassment are prohibited

4  by Title IX; however, the religious exemption can also be used

5  as a defense to a claim of retaliation and also as a defense to

6  a claim of harassment.

7       We'd like the Department of Education to state that they

8  will not allow one of the underlying religious colleges to

9  retaliate against any of our Plaintiffs.   Because of the filing

10  of the Title IX administrative complaint, the Department of

11  Education is unwilling to do so.

12       So we want to get some of this on the record so that the

13  Court knows that there is a very real threat of retaliation --

14  actual retaliation -- going on, and that the religious

15  exemption -- because of the religious exemption, Defendants are

16  not going to be protecting these students.

17            THE COURT:  Defendants?

18            MR. SOUTHWICK:  Those are just some of the issues

19  that we're seeking.

20            THE COURT:  Ms. Snyder?

21            MS. SNYDER:  Yes, Your Honor.  Thank you.  You of

22  course have before you a scheduling dispute.  It's the

23  Government's position that the discovery period remains closed

24  until the Court decides the motion to dismiss.  Of course,

25  motions to dismiss per se do not stay discovery.  But courts

1    can and do grant them when -- and here there's threshold issues

2    that go to subject matter jurisdiction and venue.

3    Moreover, when the motion to dismiss is not frivolous and

4    has merit -- some merit -- courts can and do exercise

5    discretion to stay discovery in order to preserve the parties'

6    and Court's resources and effectuate the mandate in Rule 1 to

7    secure the speedy and inexpensive determination of their

8    reaction and to ensure that the proportionality requirements in

9    Rule 26 are met.

10    These mandates and requirements are even more at risk in

11    this case because the potential Intervenors could, if they're

12    subsequently authorized to intervene in the case, ask for

13    repetitive discovery.

14    The pending hearing on the motion for preliminary

15    injunction doesn't change the analysis or mitigate in favor of

16    discovery for three reasons.  The first is that of course

17    Plaintiffs have to establish the Winter factors, the likelihood

18    of success on the merits, the irreparable harm absent the

19    preliminary relief, that the balance of the equity is tipped in

20    their favor, and that the injunction is in the public interest.

21    In this case, the analysis of those factors raise disputed

22    legal but not factual issues.

23    As this Court noted in its opinion on the TRO with respect

24    to the merits, the parties dispute standing, ripeness, and

25    whether their non-APA claims state a claim.  Those arguments

1    are all legal disputes based on facial challenges to the four

2    corners of the complaint.  And no amount of discovery is going

3    to assist this Court in, for instance, considering the impact

4    of the Lemon factors.

5        Similarly, the consideration of irreparable harm and the

6    balancing of the equity in the public's interest here raise

7    legal disputes and not factual ones.  By way of example, among

8    other things, Plaintiffs absolutely here have an adequate

9    alternative recourse for the private discrimination they allege

10   they suffered by filing a direct suit against their educational

11   institution.  The ability to file those lawsuits counts as

12   against the need for injunctive relief.

13       The second reason, Your Honor, is that although Plaintiffs

14   seek what they label as only limited discovery relevant to the

15   issues in the PI motion, their (indiscernible) is actually much

16   broader than they even admit is relevant.  So they claim that

17   they seek discovery only regarding the status of the

18   Plaintiffs' Title IX complaints; the process and timeline for

19   religious exemption determinations on those specific

20   complaints; and what protections, if any, defendants will

21   provide to plaintiffs who experience retaliation as a result of

22   the filing of those complaints.

23       Discovery regarding just those topics would be a narrow

24   30(b)(6) deposition or perhaps could be eliminated entirely by

25   a stipulation identifying just the status of the complaints and

1    the process the agency uses, including the process that it

2    would use to review any retaliation claims that are filed.

3         But that's not what Plaintiffs have asked for here.

4    Instead, they want to take eight depositions, and their list of

5    potential deponents belies the notion that they seek

6    information only about themselves and their administrative

7    complaints.

8         By way of example, Plaintiffs have identified Ms. Lhamon,

9    who is the current nominee for the position of Assistant

10   Secretary for Civil Rights, as a potential deponent.

11   Ms. Lhamon does not currently work at the Department of

12   Education and hasn't for at least the last four years.  It's

13   entirely unclear why Plaintiffs think she might have

14   information about their administrative claims that they have

15   filed all within the last few months.

16        Plaintiffs are saying they want limited discovery, but

17   their list of deponents show that what they want is to spend

18   the next month conducting a time-consuming, costly, and

19   inefficient fishing expedition that's unrelated to the upcoming

20   hearing.

21        You know, the last reason that the preliminary injunction

22   motion doesn't change the analysis and mitigate in favor of

23   discovery is that Plaintiffs have controlled the timing and

24   scope of their preliminary injunction motion.  They requested

25   the November hearing date.  And although they could have sought

1    depositions before filing their PI motion or before the close

2    of discovery, they instead chose to raise this issue about a

3    month and a half before the hearing, and only after the

4    presumptive discovery period closed.

5        They haven't really offered an explanation why they didn't

6    at least preserve the discovery issue before the close of the

7    time.  Moreover, they seemingly misstate Defendants' position

8    when they say that Defendants were kind of unwilling to agree

9    to facts regarding the issues that Plaintiffs contend impact

10   the analysis here.

11       During our telephone call, we discussed a potential

12   stipulation and -- that maybe would eliminate or at least

13   decrease Plaintiffs' stated need for discovery.  But to our

14   understanding at least, Plaintiffs were unwilling to pause

15   raising these issues with the Court while the parties

16   negotiated a relevant resolution.

17       So from the Defendants' perspective at least, we've never

18   really -- they never really meaningfully tried to have -- to do

19   a stipulation or to narrow their broad requests.  And we've

20   attached as an exhibit to the letter that was sent a

21   description of their -- Plaintiffs' description of their own

22   requests they seek.

23       For those reasons, Your Honor, we'd respectfully request

24   that the motion to dismiss and the motion for preliminary

25   injunction show legal instead of factual disputes and,

1    therefore, mitigates in favor of staying the discovery pending

2    the outcome of the motion to dismiss.   Thank you.

3              THE COURT:   Mr. Southwick, a response?

4              MR. SOUTHWICK:   Thank you.   This is Paul Southwick.

5    I just have a few responses.   First, on whether there are only

6    legal issues or whether there are also factual issues that will

7    by presented to the Court, Plaintiffs' position is that there

8    are factual issues both in terms of the standards for the

9    preliminary injunction as well as the substantive issues.

10        I'd point the Court's attention to its opinion and order

11   on page 9 in which, as justification for denying the TRO, the

12   Court states that "there is little evidence of when OCR might

13   reach a determination on each plaintiff's complaint."   And that

14   raises an issue of fact and factual evidence about what is the

15   current status, when will OCR reach determination, who and how

16   will those determinations be made?

17        And then in terms of some of the substantive claims, one

18   of the underlying -- one of the arguments that has been

19   advanced by Plaintiffs is that a religious exemption has been

20   used in different ways and interpreted differently and applied

21   differently from administration to administration.   And that

22   the Trump administration, when they passed the final rules in

23   2020, ignored a lot of the reliance interests and ignored the

24   prior application of the previous administration.

25        And we are aware of witnesses who will be able to provide

1    testimony on these matters, but we need to be able to depose
2    them to get that testimony in front of the Court.

3        In terms of whether or not the Plaintiffs could get relief
4    from private lawsuits such that the preliminary injunction is
5    not required, Plaintiffs respond that in a private lawsuit
6    against an educational institution, the Court would lack
7    jurisdiction over the Department of Education such that it
8    couldn't order the Department of Education to do anything with
9    respect to application of Title IX or the processing of
10   complaints.

11       And so what the Plaintiffs have sought from the Court here
12   is not to ask the Court to do anything with respect to their
13   individual educational institutions, but solely to provide the
14   requested declaratory and injunctive relief against the
15   Department itself.  And in any private lawsuit that the
16   individual plaintiff would bring, it couldn't cure the
17   constitutional and statutory deficiencies of the Defendants
18   that are at issue in this court.

19       So there is in fact -- there is another avenue to monetary
20   relief, for example, or to be reinstated as a student.  But
21   there is no relief for -- for -- over the Government's own
22   conduct when it received the Title IX complaint from an LGBTQ
23   student.

24       In terms of what we were able to discuss stipulation-wise,
25   the Plaintiffs have an understanding that we will likely be

1    able to stipulate on certain pieces of evidence that will

2    remove the need for discovery.  For example, it looks like the

3    parties will stipulate on the nature and extent of the federal

4    funding that attaches to these institutions, which is something

5    that will reduce the workload on both sides.

6        However, with respect to the actual functioning of the

7    OCR, complaints, the determination, how the current

8    administration is going to apply the religious exemption, there

9    was little appetite.  However, Plaintiffs remain open that in

10   the event they are allowed to pursue discovery, but they are

11   able to reach stipulations with the Defendants prior to taking

12   of any depositions, that, you know, Plaintiffs would work

13   cooperatively to reduce the burden and increase efficiency on

14   all sides.

15       In terms of reaching some of the historical folks,

16   Catherine Lhamon is, yes, a current -- currently awaiting

17   Senate confirmation.  But she held the position of the current

18   defendant -- Suzanne Goldberg -- which is acting Assistant

19   Secretary for the Office of Civil Rights within the Department

20   of Education.

21       And it is that person, ultimately, who -- the Department

22   of Education's own documents state it is that person who

23   ultimately makes decisions over religious exemption.  And

24   Catherine Lhamon made those decisions, and we have documents of

25   a variety of different decision-making processes by Catherine

1    Lhamon during the Obama years.  And it is for those reasons

2    that we want to show the Court.

3         Your Honor, every time a religious -- a complaint from an

4    LGBTQ student has been filed with the Office of Civil Rights,

5    they have always used a religious exemption to close and to

6    deny that plaintiff's complaint, even when there were instances

7    of retaliation or harassment or other forms of prohibited

8    discrimination.  And that is the kind of evidence that could

9    inform the Court as to whether or not there is a risk of the

10   current complaint being closed on the basis of the religious

11   exemption.

12        So we are open -- the Plaintiffs are open to agreeing on a

13   limited efficient schedule.  We're not seeking to do full-day

14   depositions with everyone.  But we do -- we don't want to be

15   going into the PI hearing blind as to what processes are or are

16   not occurring within the Office of Civil Rights with respect to

17   the complaints that are at issue.

18        And then, finally, Your Honor, we have been made aware of

19   numerous additional expulsions and suspensions that are

20   occurring at educational institutions with the start of the new

21   year.  We predicted that this would be the case, and it is

22   continuing to be the case.  The federally funded educational

23   institutions are continuing to expel and suspend LGBTQ

24   students.

25        There's a pressing need all over the country for these

1  young people who are having their entire education disrupted

2  and at times forced to move given 24 hours' notice to vacate

3  dorms.  And this is a pressing issue that is affecting a lot of

4  young people across the country.

5      And so when you're looking at the factors into whether or

6  not the preliminary injunction should issue in terms of

7  weighing the merits and the interest of justice, there are

8  significant interests that are at stake.  And we want to be

9  able to let the current plaintiffs know that they will be

10  protected from retaliation.  We would like a court order to

11  that effect, and our discovery will be limited to these issues.

12          THE COURT:  Well, I actually think what I was able to

13  glean from this is you're looking for three phases of

14  additional discovery that we're going to start with.  And I'm

15  only going to limit my comment to the first request, which is

16  you have a request for some limited discovery before the PI

17  hearing.

18      I think the Defendants made a valid point.  I don't know

19  why we can't either do a stipulation -- that should be

20  something you all should be able to work out.  But, if not, a

21  12(b)(6) -- or a 30(b)(6) motion and deposition is -- seems

22  covers most of the -- you know -- when you're listing -- under

23  No. 5 -- it seems like that covers the process information that

24  you're attempting to get.

25      And then there is the use of documents as well, which you

1    all stipulate to -- documents and interrogatories.  Why don't

2    we consider those as a tool for this initial early phase in the

3    litigation?

4              MR. SOUTHWICK:  This is Paul Southwick, Your Honor.

5    Just to make sure I understand, I believe what the Court is

6    suggesting is that the parties do a limited 30(b)(6) deposition

7    limited to --

8              THE COURT:  Yes.

9              MR. SOUTHWICK:  -- the topics that were just

10    discussed and that other depositions not be had at this time.

11             THE COURT:  Correct.

12             MR. SOUTHWICK:  And then the parties also attempt to

13    resolve some of the discovery issues through interrogatories

14    and documents --

15             THE COURT:  I mean, I --

16             MR. SOUTHWICK:  -- given the --

17             THE COURT:  Certain documents will tell you there are

18    different ways different administrations have handled this.

19    I'm sure you have the historical documents that will be able to

20    show that.  I don't know that there's a need for these four

21    listed individuals -- why they're necessary at this stage.

22    Documents should be able to show that.  And the 30(b)(6)

23    outlines the process and I think will cover those issues.  And

24    then if there's something more, you can ask by way of

25    interrogatories.

1          And keep the costs down at this stage.  If there's

2    something more, again, I'll go step by step, and we'll take a

3    look at class discovery issues after this proceeding if we

4    reach that.  And if we don't reach that, obviously we don't

5    have to get into all the discovery issues now.  But I want to

6    narrow what everybody needs to do so that we don't lose the

7    hearing dates that we've set.

8          MR. SOUTHWICK:  Thank you, Your Honor.  This is Paul

9    Southwick again.  And so I think that we could -- I'm hearing

10   the Court's opinion on this.  So we can accept that.  In terms

11   of documents and interrogatories, given that we are now about

12   31 days from the hearing -- you know, normal timelines for

13   discovery request and responses wouldn't be due until after the

14   hearing -- could we --

15          THE COURT:  Why don't you talk to --

16          MR. SOUTHWICK:  Could we shorten --

17          THE COURT:  Right.  Why don't you talk to Counsel and

18   get an abbreviated schedule.  I don't know how you thought you

19   were going to get five -- at least five -- depositions done

20   between now and the hearing date either.  So I'm going to

21   assume that you can work out getting some of the discovery that

22   you need for the hearing in a shorter timeline.

23          Am I right, Ms. Snyder?  That can be done?

24          MS. SNYDER:  I mean, yes, Your Honor.  We're

25   certainly happy to try to work with plaintiff to get them what

1    they need.  I should, though, you know, kind of be clear.  I
2    don't -- I'm not sure what it is.  And if they want to go down
3    the road of some huge document production or really complex
4    interrogatory, I'm not sure, in the 30 days that we have, if we
5    can do it.

6            THE COURT:  Well, there's two ways to go.  If they
7    overreach and ask for too much, when they get to the hearing,
8    and we'll have the hearing, and if I see a need to have the
9    record remain open for additional discovery, I may do that.

10        If it's overreaching and too broad, we're done.  I'll just
11    do the hearing and I can sort that out.  But I would like to
12    have the information that I need at the hearing so that I'm not
13    waiting for other information afterwards and people have a
14    chance to get what they need before the Court.

15        So, I guess, my message to the Plaintiff is ask for what
16    you need, not necessarily for everything you want at this stage
17    of this litigation.

18            MR. SOUTHWICK:  This is Paul Southwick.  Understood,
19    Your Honor, and we will be judicious in our request.

20            THE COURT:  And if there's a problem, you can do a
21    letter and get this on my calendar.  And Ms. Kramer will get it
22    on my calendar, and we will manage.  Generally, lawyers can
23    work this out.  They know what the issues are.

24        I think I can generally take almost judicial notice of
25    when there are changes of administration.  Rules change,

1    interpretations change.  So, you know, know what you're asking

2    for and know why you're asking for it and how this would affect

3    this litigation, this issue, this PI hearing.  Okay?

4            MR. SOUTHWICK:  Yes, Your Honor.  This is Paul

5    Southwick.  Thank you.  I think I understand what our marching

6    orders are.  I did want just to clean up and clarify one other

7    discovery issue, which was discovery of nonparties.  And we

8    were considering discovery relating to three nonparty

9    witnesses, two of whom would be the presidents of colleges who

10   are the people who specifically requested the religious

11   exemptions and how that applied and how that actually worked

12   out in practice on their own campus.  It was in terms of

13   closing Title IX complaints.  And so I just wanted to clarify

14   whether or not Plaintiffs would be permitted to do any nonparty

15   discovery, whether it's documents or depositions, prior to the

16   hearing.

17           THE COURT:  Ms. Snyder?

18           MS. SNYDER:  Yes, Your Honor.  Again, I'm a little --

19   you know -- if the admonition is to kind of keep it tight and

20   only towards what's needed for the hearing, I'm not sure how

21   that impacts the issues before the Court.

22           THE COURT:  Well, if she doesn't know, then I don't

23   know.  So you're going to need to spell it out a little more.

24           MR. SOUTHWICK:  All right.  This is Paul Southwick

25   again.  We would like to depose the president of George Fox

1   University and the president of Corban University.  George Fox

2   University is the institution attended by one current student

3   who's a current student plaintiff who has a Title IX

4   exemption -- who has a Title IX complaint -- against George Fox

5   University that is pending.

6       George Fox University has an existing religious exemption

7   that it obtained in order to close the Title IX complaint of

8   another plaintiff who is a former student -- transgender

9   student -- who filed a housing complaint against George Fox

10  University.

11      In response, the president of George Fox University

12  followed the old requirement of the regulation, which required

13  the president of the institution to request religious exemption

14  from the Office of Civil Rights and ultimately from Suzanne

15  Goldberg -- previously from Catherine Lhamon -- stating out the

16  control issues, stating out the belief's practices, and then

17  how the compliance would burden or not burden those religious

18  tenets.

19      In that case, Your Honor, the -- George Fox's president

20  sought a retroactive application of a Title IX religious

21  exemption.  And the Office of Civil Rights received it and

22  acknowledged it as applying retroactively.

23      So then the Title IX complainant -- the former George Fox

24  student -- appealed that decision.  And in the process of the

25  appeal -- and this is where we don't have all the documents,

1    Your Honor, and would like some testimony or documents -- in

2    the process of that appeal, the Office of Civil Rights actually

3    wrote a letter to the denomination itself -- the denomination

4    that claimed to control George Fox University -- and it asked

5    for its religious tenets and its control structure and whether

6    or not that control structure -- whether it truly controlled

7    George Fox and whether its religious tenets of the external

8    religious organization would be burdened by compliance with

9    Title IX.

10        And it went through this entire process.  And we believe

11    that that process demonstrates excessive entanglement between

12    the Government and between the religious entities, as well as

13    demonstrates the harm that comes to an unsuspecting transgender

14    or queer student whose institution doesn't even have a

15    religious exemption on file, or hasn't given any indication of

16    and religious exemption, and then retroactively have it apply.

17        So we wanted to depose that college president to get the

18    documents that are relevant to that and the testimony about how

19    that whole process worked.

20            MS. SNYDER:  Again, Your Honor, I'm not sure how

21    that's relevant.

22            THE COURT:  Well, I also think that information -- I

23    also think that that information could be available through

24    documents from your department -- from the Department of Ed.

25    So I'm going to -- I'm going to decline, at this point, to

1    allow those nonparty depositions for this particular hearing.

2    I'm sure there will be other ways to articulate how this is --

3    somebody please put your phone on mute or quit heavily

4    breathing into the microphone.  I can't hear.  So I'm going to

5    decline that at this time and keep the issues narrow for the

6    first hearing.

7         Anything else?

8         MR. GREY:  Your Honor, this is Herb Grey.  I'm one of

9    the lawyers for the Proposed Intervenors CCCU.  And --

10        THE COURT:  Right.

11        MR. GREY:  -- this whole conversation shows that

12   we've been left on the sidelines.  And what is still pending

13   before the Court is a motion to intervene on our part and --

14        THE COURT:  I'm well aware of that.

15        MR. GREY:  So the reason I'm raising the questions is

16   some of these discussions that are taking place, and even the

17   purposes or the intent of what we're covering at the status

18   conference, is not information that's being shared with us,

19   other than receiving the scheduling orders from the Court.

20        So we're flying a little blind here, and the discussion

21   kind of continues about matters which affect our clients'

22   interests.  And even -- there's even been motions to strike any

23   of our submissions where we're trying to keep our foot in the

24   door to be able to preserve our rights to speak up here pending

25   the Court's decision on the motions to intervene.

1      So I'm just alerting you that as a practical matter it's

2  been very difficult for us to receive the scheduling orders but

3  not know what we're talking about or not have a role in the

4  ongoing discussions.

5            THE COURT:  I understand.

6      Anything else we need to take up?  Is that enough guidance

7  for the PI hearing?

8            MR. SOUTHWICK:  This is Paul Southwick --

9            MR. GREY:  This is Mr. Grey again --

10           MR. SOUTHWICK:  This is Paul Southwick.  And nothing

11 further on our end, Your Honor.

12           MR. GREY:  This is Mr. Grey.  So do I understand that

13 there's still an October 20th status conference set as well as

14 the preliminary injunction hearing in early November?

15           THE COURT:  Cathy, are they -- is it still set on the

16 20th?

17           THE COURTROOM DEPUTY:  Yes.  There is a status on the

18 20th, Judge.

19           THE COURT:  Mm-hm.

20           MR. GREY:  And is there an agenda for that status

21 conference?

22           THE COURT:  No.  It will be worked out in advance by

23 the parties and where they are with regard to the status of the

24 issues to be presented at the hearing.

25           MR. LIPPELMANN:  And, Your Honor, this is Mark

1    Lippelmann for the religious schools Corban University, William

2    Jessup University, and Phoenix Seminary.  To the extent that

3    discovery does proceed or that depositions occur while the

4    motions to intervene are pending, is that something that the

5    Intervenors can be -- Proposed Intervenors -- can be notified

6    of and participate in?  Because we don't -- we're not in the

7    position to know if questions will be asked that could affect

8    our interests or to what degree that could happen.  So we'd

9    just ask for an opportunity to at least be informed or to be

10   present if such a deposition occurs.

11          THE COURT:  There are basic 12(b) -- 30(b)(6)

12   depositions that are geared towards the mechanics of the

13   process that will be done and scheduled.  And I don't

14   necessarily know whether you'll even need to be a part of that

15   or not.  But, at this point, I haven't ruled on the motion to

16   intervene.  And I'm trying to keep these issues simple at this

17   particular point.  And so you can talk with the respective

18   lawyers.  But I've not granted the motion to intervene at this

19   juncture, so you don't have any rights to be part of this

20   litigation at this juncture.

21          MR. LIPPELMANN:  Okay.  Thank you, Your Honor.

22          THE COURT:  Anything else, Ms. Snyder or

23   Mr. Southwick, that I can address today?

24          MS. SNYDER:  Your Honor, this is Hilarie Snyder for

25   the Defendants.  I just want to make sure I understand the

1    Court's ruling today if you'll indulge me for just a moment.

2            THE COURT:  Sure.

3            MS. SNYDER:  So you're allowing a 30(b)(6) deposition

4    that's limited to the mechanics of the process done with

5    respect to the Plaintiffs' pending administrative complaints.

6    And then other than -- no other depos -- and then the parties

7    are to work together to either have stipulations or perhaps to

8    exchange some documents that would otherwise address potential

9    needs that Plaintiffs have; is that correct?

10           THE COURT:  Right.  Or come up with a stipulation,

11   you know, as to the process and the procedures and --

12           MS. SNYDER:  Okay.  So you're saying --

13           THE COURT:  -- if things have changed.

14           MS. SNYDER:  Okay.  So the stipulation could

15   potentially replace the 30(b)(6) -- is that -- did I understand

16   you correctly -- if we're able to do that?

17           THE COURT:  If you're that optimistic and the

18   glass-half-full person, you could -- when you haven't been able

19   to do it before now -- if you could do that, that would be

20   great.  But if you can do a 30(b)(6) deposition that will cover

21   that territory, I guess that's the way to go.  But I actually

22   think there's a stipulation that could be resolved ahead of

23   time.

24       And I'm not -- I guess, I'm not -- would not be surprised

25   that I would get a stipulation or get information at the

1   hearing that says "during different periods of time, there were

2   different interpretations."  So maybe I'm just guessing.  But

3   I've had a couple of these cases now.  And I'm thinking there

4   might be changes with administrations.  And so different --

5   they may be looking at things differently.  I don't know.  I'm

6   waiting to see when I see a stipulation or I see what a

7   30(b)(6) motion tells me.  Okay?

8          MS. SNYDER:  Okay.  Thank you, Your Honor.

9          THE COURT:  Anything else?

10          MR. SOUTHWICK:  So this is Paul Southwick.  So I just

11   want to confirm that we are authorized to go ahead and issue

12   that 30(b)(6) notice.  Is that correct, Your Honor?

13          THE COURT:  Yes.  But did you just hear what Counsel

14   said?  I think she'd like a chance to see if you can't

15   stipulate to working that out.  So I would -- you know --

16   communication is important in these kinds of cases when we're

17   trying to get the issues efficiently before the Court.

18      And so everybody's very busy.  You're busy.  Everybody's

19   busy.  So if we can do it in an efficient way, and you can get

20   on the phone and work through these issues in a stipulation --

21   because they're -- really I think that's probably the most

22   efficient way to do this.  Otherwise a deposition has to be

23   taken, which is really the more arduous way to get the

24   information before the Court.

25      I mean, these are facts.  I mean, these are things that

1   are not really subject to much interpretation, would be my

2   guess.  But if there's something more than that, I'll hear

3   about it.

4            MR. SOUTHWICK:  All right.

5            THE COURT:  Okay?  And I'm opening the discovery

6   because everybody worked really hard to deal with the first

7   issues before this Court.  I think that each of these cases is

8   different.  And I'm going to work the discovery.  I'm going to

9   work the process in a manner that's the most efficient and

10  doesn't waste and squander a lot of resources on everybody's

11  account so we can get to what we need to make a legal

12  determination -- what we -- what we might need to make as a

13  legal, factual determination.  Okay?

14           MR. SOUTHWICK:  Understood, Your Honor.  And this is

15  Paul Southwick.  We will work cooperatively to get

16  stipulations.  In my experience though, sending out a notice

17  and then getting a time and a date set does help the parties

18  move that along.  Because if we don't send the notice, then we

19  might not get anywhere or be stuck at the last minute.

20           THE COURT:  I've been doing this a long time.

21  Deadlines matter.  So I understand that.  All right.

22           MR. SOUTHWICK:  Okay.

23           THE COURT:  So I will see you on the 20th.

24           MR. SOUTHWICK:  Thank you.

25           THE COURT:  I will talk with you further on the 20th.

1   But, you know, again, just think about your audience.  Your

2   audience is this Court.  Get the information you think that I

3   need to make the decision.  It's a legal determination.  Get

4   the information you think I need to make a determination in

5   your favor or how to take a look at the information.

6        And narrow -- don't just throw spaghetti against the wall.

7   Make your issues clear and concise for this Court.  I mean, I

8   try to say that all the time to my students that work with us.

9   People come in here and just throw things up sometimes and we

10  have to sort it out.  Come in and tell me what you really want

11  and why and factually what is -- what you've been able to

12  document the problems are so we have a clear shot of

13  understanding, you know, where we need to start and not have to

14  guess where we need to start.  Okay?

15           MR. SOUTHWICK:  Thank you, Your Honor.

16           THE COURT:  All right?  All right.  Anything else?

17           MS. SNYDER:  Thank you, Your Honor.

18           MR. SOUTHWICK:  Not from Plaintiff.

19           THE COURT:  All right.  Thank you.  We're in recess.

20

21           (The proceedings adjourned at 3:44 PM.)

22

23

24

25

C E R T I F I C A T E

ELIZABETH HUNTER, et al. v. U.S. DEPARTMENT OF EDUCATION, et

al.

6:21-cv-474-AA

STATUS CONFERENCE

October 4th, 2021


     I certify, by signing below, that the foregoing is a true

and correct transcript, to the best of my ability, of the

telephonic proceedings heard via conference call, taken by

stenographic means.  Due to the telephonic connection, parties

appearing via speakerphone or cell phone or wearing masks due

to coronavirus, speakers overlapping when speaking, speakers

not identifying themselves before they speak, fast speakers,

the speaker's failure to enunciate, and/or other technical

difficulties that occur during telephonic proceedings, this

certification is limited by the above-mentioned reasons and any

technological difficulties of such proceedings occurring over

the speakerphone at the United States District Court of Oregon

in the above-entitled cause.

     A transcript without an original signature, conformed

signature, or digitally signed signature is not certified.


/s/Kendra A. Steppler, RPR
_____

Official Court Reporter        Signature Date: 10/5/2021

MR. BAXTER: [1]  4/8
MR. CORRIGAN: [1]  5/8
MR. GREY: [7]  4/11 25/8
25/11 25/15 26/9 26/12 26/20
MR. LINDSAY: [1]  5/5
MR. LIPPELMANN: [4]  4/15
4/17 26/25 27/21
MR. MILLER: [2]  4/14 4/21
MR. PRINCE: [2]  4/16 4/23
MR. ROBINSON: [1]  4/9
MR. SCHAERR: [1]  4/12
MR. SOUTHWICK: [27]  4/5
5/22 6/2 6/8 6/10 6/19 7/5
9/18 14/4 19/4 19/9 19/12
19/16 20/8 20/16 21/18 22/4
22/24 26/8 26/10 29/10 30/4
30/14 30/22 30/24 31/15
31/18
MS. BRENNER: [1]  4/6
MS. SNYDER: [11]  4/25
9/21 20/24 22/18 24/20 27/24
28/3 28/12 28/14 29/8 31/17
THE COURT: [43]
THE COURTROOM
DEPUTY: [3]  4/1 5/11 26/17

**/**

/s/Kendra [1]  32/24

**1**

10/5/2021 [1]  32/25
10th [1]  2/4
1120 [1]  2/4
12 [2]  18/21 27/11
15100 [2]  2/21 2/23
15350 [1]  3/15
1717 [3]  3/6 3/8 3/11

**2**

20006 [3]  3/6 3/9 3/11
20044 [3]  2/11 2/13 2/16
2020 [1]  14/23
2021 [3]  1/6 32/6 32/25
20th [4]  26/16 26/18 30/23
30/25
2130 [1]  3/22
215 [1]  3/18
24 [1]  18/2
250 [1]  3/15
26 [2]  7/10 10/9

**3**

30 [11]  11/24 18/21 19/6
 19/22 21/4 27/11 28/3 28/15
 28/20 29/7 29/12
31 [1]  20/12
320 [1]  3/3
3:00 [1]  1/7
3:44 [1]  31/21

**4**

405 [1]  3/22
4112 [1]  3/23
4128 [1]  2/4
431-4112 [1]  3/23
474 [1]  4/2
4800 [1]  3/3
4th [2]  7/19 32/6

**5**

541 [1]  3/23
59601 [1]  3/19
5th [1]  7/19

**6**

6:21-cv-474-AA [2]  1/5 32/4

**8**

83929 [1]  2/6
8420 [1]  2/6
8526 [1]  2/21
85260 [1]  2/24
8716 [1]  3/4
883 [3]  2/10 2/13 2/16
8th [1]  3/22

**9**

900 [3]  3/6 3/8 3/11
90th [2]  2/21 2/23
97005-8716 [1]  3/4
97203 [1]  2/7
97209-4128 [1]  2/4
97224 [1]  3/16
97401 [1]  3/22

**A**

AA [2]  1/5 32/4
abbreviated [1]  20/18
ability [2]  11/11 32/9
able [15]  8/15 14/25 15/1
 15/24 16/1 16/11 18/9 18/12
 18/20 19/19 19/22 25/24

about [13]  7/1 8/9 9/2 12/6
 12/14 13/2 14/14 20/11 24/18
 25/21 26/3 30/3 31/1
above [2]  32/17 32/20
above-entitled [1]  32/20
above-mentioned [1]  32/17
absent [1]  10/18
absolutely [1]  11/8
accept [1]  20/10
account [1]  30/11
acknowledged [1]  23/22
across [1]  18/4
acting [1]  16/18
actual [2]  9/14 16/6
actually [6]  7/11 11/15 18/12
 22/11 24/2 28/21
additional [5]  7/1 7/9 17/19
 18/14 21/9
address [2]  27/23 28/8
adequate [1]  11/8
adjourned [1]  31/21
administration [6]  14/21
 14/21 14/22 14/24 16/8 21/25
administrations [2]  19/18
 29/4
administrative [6]  8/17 8/24
 9/10 12/6 12/14 28/5
admit [1]  11/16
admonition [1]  22/19
advance [2]  8/6 26/22
advanced [1]  14/19
affect [3]  22/2 25/21 27/7
affecting [1]  18/3
after [5]  4/20 7/25 13/3 20/3
 20/13
afterwards [1]  21/13
again [12]  4/19 6/2 6/19 7/6
 7/16 20/2 20/9 22/18 22/25
 24/20 26/9 31/1
against [8]  9/9 11/10 11/12
 15/6 15/14 23/4 23/9 31/6
agency [1]  12/1
agenda [4]  5/21 5/25 6/3
 26/20
agree [2]  8/15 13/8
agreed [1]  8/12
agreeing [1]  17/12
ahead [2]  28/22 29/11
AIKEN [1]  1/15
al [6]  1/4 1/8 4/2 4/3 32/2

## A

al... [1] 32/3
alerting [1] 26/1
all [22] 4/19 5/13 6/16 6/25
 7/25 8/17 8/19 11/1 12/15
 16/14 17/25 18/20 19/1 20/5
 22/24 23/25 30/4 30/21 31/8
 31/16 31/16 31/19
allege [1] 11/9
ALLETTA [2] 2/3 4/6
Alliance [2] 2/20 2/23
allow [3] 7/18 9/8 25/1
allowed [2] 6/14 16/10
allowing [1] 28/3
almost [1] 21/24
along [1] 30/18
also [9] 4/21 4/23 5/2 9/4 9/5
 14/6 19/12 24/22 24/23
alternative [1] 11/9
although [2] 11/13 12/25
always [1] 17/5
Am [1] 20/23
amended [1] 7/8
amicus [3] 3/13 5/6 5/10
among [1] 11/7
amount [1] 11/2
analysis [4] 10/15 10/21
 12/22 13/10
ANN [1] 1/15
another [2] 15/19 23/8
answer [2] 5/19 6/6
anticipate [1] 8/21
any [13] 8/1 8/11 8/15 9/9
 11/20 12/2 15/15 16/12 22/14
 24/15 25/22 27/19 32/17
anyone [1] 5/4
anything [8] 6/21 15/8 15/12
 25/7 26/6 27/22 29/9 31/16
anyway [1] 5/20
anywhere [1] 30/19
APA [1] 10/25
apparently [1] 5/13
appeal [2] 23/25 24/2
appealed [1] 23/24
APPEARANCES [1] 2/1
appearing [1] 32/12
appetite [1] 16/9
application [3] 14/24 15/9
 23/20
applied [2] 14/20 22/11
apply [2] 16/8 24/16
applying [1] 23/22
arduous [1] 29/23
are [54]
arguments [2] 10/25 14/18
articulate [1] 25/2
as [27] 5/2 5/3 5/10 9/5 9/5
 10/23 11/11 11/14 11/21
 12/10 13/20 14/9 14/11
 15/20 17/9 17/15 18/25 19/2
 23/22 24/12 24/12 26/1 26/13
 26/13 28/11 30/12
ask [9] 5/14 5/18 5/20 10/12
 15/12 19/24 21/7 21/15 27/9
asked [3] 12/3 24/4 27/7
asking [2] 22/1 22/2
assist [1] 11/3
Assistant [4] 5/3 5/9 12/9
 16/18
assume [3] 5/19 5/19 20/21
attached [1] 13/20
attaches [1] 16/4
attempt [1] 19/12
attempted [2] 8/10 8/10
attempting [1] 18/24
attended [1] 23/2
attention [1] 14/10
Attorney [3] 3/3 3/18 5/9
attorneys [1] 8/11
audience [2] 31/1 31/2
authorized [2] 10/12 29/11
available [1] 24/23
avenue [2] 3/22 15/19
awaiting [1] 16/16
aware [3] 14/25 17/18 25/14
AZ [2] 2/21 2/24

## B

back [1] 8/18
balance [1] 10/19
balancing [1] 11/6
BAPTIST [1] 2/18
based [1] 11/1
basic [1] 27/11
basis [1] 17/10
Baxter [1] 4/8
be [57]
Beaverton [1] 3/4
because [11] 5/14 5/16 8/6
 9/3 9/9 9/15 10/11 27/6 29/21
 30/6 30/18
been [11] 6/21 14/18 14/19
 17/4 17/18 25/12 25/22 26/2
 28/18 30/20 31/11
before [17] 1/15 6/17 7/19
 9/22 13/1 13/1 13/3 13/6
 18/16 21/14 22/21 25/13
 28/19 29/17 29/24 30/7 32/14
beginning [1] 4/4
behalf [3] 4/22 4/23 5/10
being [2] 17/10 25/18
belief's [1] 23/16
belies [1] 12/5
believe [8] 5/11 7/11 7/23 8/1
 8/4 9/1 19/5 24/10
below [1] 32/8
Berne [1] 3/15
best [1] 32/9
between [3] 20/20 24/11
 24/12
blind [2] 17/15 25/20
blown [1] 6/7
both [2] 14/8 16/5
Box [3] 2/10 2/13 2/16
Branch [1] 2/5
breathing [2] 5/16 25/4
BRENNER [2] 2/3 4/6
briefing [1] 7/13
bring [1] 15/16
broad [2] 13/19 21/10
broader [1] 11/16
burden [3] 16/13 23/17 23/17
burdened [1] 24/8
busy [3] 29/18 29/18 29/19

## C

calendar [2] 21/21 21/22
call [3] 5/15 13/11 32/10
campus [1] 22/12
can [22] 5/16 6/17 9/4 10/1
 10/4 19/24 20/10 20/21 20/23
 21/5 21/11 21/20 21/22 21/24
 27/5 27/5 27/17 27/23 28/20
 29/19 29/19 30/11
can't [4] 6/21 18/19 25/4
 29/14
canceled [1] 8/19
Carlotta [1] 5/3
CAROL [2] 2/9 5/1
case [12] 1/5 4/2 5/1 6/4 7/4
 7/24 10/11 10/12 10/21 17/21
 17/22 23/19
cases [3] 29/3 29/16 30/7

# C

Catherine [4]  16/16 16/24
  16/25 23/15
Cathy [1]  26/15
cause [2]  8/4 32/20
CCCU [7]  4/11 4/13 4/20
  4/20 4/22 4/24 25/9
cell [1]  32/12
certain [2]  16/1 19/17
certainly [1]  20/25
certification [1]  32/17
certified [1]  32/22
certify [1]  32/8
challenges [1]  11/1
chance [3]  5/20 21/14 29/14
change [4]  10/15 12/22
  21/25 22/1
changed [1]  28/13
changes [2]  21/25 29/4
chose [1]  13/2
Christensen [1]  3/15
CHRISTIAN [3]  3/1 3/17 5/8
Civil [11]  2/10 2/12 2/15 4/1
  12/10 16/19 17/4 17/16 23/14
  23/21 24/2
claim [4]  9/5 9/6 10/25 11/16
claimed [1]  24/4
claims [4]  10/25 12/2 12/14
  14/17
clarify [2]  22/6 22/13
class [2]  7/20 20/3
clean [1]  22/6
clear [3]  21/1 31/7 31/12
clients' [1]  25/21
close [4]  13/1 13/6 17/5 23/7
closed [4]  6/21 9/23 13/4
  17/10
closing [1]  22/13
Cocounsel [1]  5/1
Coie [2]  2/3 4/6
college [2]  2/18 24/17
colleges [3]  3/1 9/8 22/9
come [5]  5/20 8/2 28/10 31/9
  31/10
comes [1]  24/13
comment [1]  18/15
communication [1]  29/16
complainant [1]  23/23
complaint [12]  7/8 7/8 9/10
  11/2 14/13 15/22 17/3 17/6
  17/10 23/4 23/7 23/9

complaints [12]  8/17 8/24
  11/18 11/20 11/22 11/25 12/7
  15/10 16/7 17/17 22/13 28/5
complex [1]  21/3
compliance [2]  23/17 24/8
concerned [1]  9/2
concise [1]  31/7
conduct [1]  15/22
conducting [1]  12/18
confer [1]  5/20
conference [9]  1/13 4/3 5/15
  5/21 25/18 26/13 26/21 32/5
  32/10
conferred [1]  5/23
confirm [1]  29/11
confirmation [1]  16/17
conflicting [1]  8/8
conformed [1]  32/21
connection [1]  32/11
consider [1]  19/2
consideration [1]  11/5
considering [2]  11/3 22/8
constitutional [1]  15/17
consuming [1]  12/18
contend [1]  13/9
continues [1]  25/21
continuing [2]  17/22 17/23
control [4]  23/16 24/4 24/5
  24/6
controlled [2]  12/23 24/6
conversation [1]  25/11
cooperatively [4]  7/6 8/2
  16/13 30/15
Corban [3]  4/17 23/1 27/1
corners [1]  11/2
coronavirus [1]  32/13
correct [4]  19/11 28/9 29/12
  32/9
correctly [1]  28/16
CORRIGAN [2]  3/17 5/9
costly [1]  12/18
costs [1]  20/1
Couch [1]  2/4
could [18]  4/3 8/12 8/13
  10/11 11/24 12/25 15/3 17/8
  20/9 20/14 20/16 24/23 27/7
  27/8 28/14 28/18 28/19 28/22
couldn't [2]  15/8 15/16
COUNCIL [1]  3/1
counsel [5]  5/6 5/6 5/23
  20/17 29/13

country [2]  17/25 18/4
counts [1]  11/11
couple [1]  29/3
course [3]  9/22 9/24 10/16
court [32]  1/1 1/16 3/21 7/12
  8/2 9/13 9/24 10/23 11/3
  13/15 14/7 14/12 15/2 15/6
  15/11 15/12 15/18 17/2 17/9
  18/10 19/5 21/14 22/21 25/13
  25/19 29/17 29/24 30/7 31/2
  31/7 32/19 32/25
Court's [5]  10/6 14/10 20/10
  25/25 28/1
Courthouse [1]  3/21
courts [2]  9/25 10/4
cover [2]  19/23 28/20
covering [1]  25/17
covers [2]  18/22 18/23
cure [1]  15/16
curiae [2]  3/13 5/6
current [9]  12/9 14/15 16/7
  16/16 16/17 17/10 18/9 23/2
  23/3
currently [2]  12/11 16/16
cv [2]  1/5 32/4

# D

D.C [6]  2/11 2/13 2/16 3/6 3/9
  3/11
date [4]  12/25 20/20 30/17
  32/25
dates [1]  20/7
DAVIS [2]  2/12 5/2
day [1]  17/13
days [2]  20/12 21/4
deadline [2]  7/2 8/4
deadlines [5]  6/4 6/18 6/20
  8/1 30/21
deal [3]  6/16 6/17 30/6
decides [1]  9/24
decision [4]  16/25 23/24
  25/25 31/3
decision-making [1]  16/25
decisions [3]  8/21 16/23
  16/24
declaratory [1]  15/14
decline [2]  24/25 25/5
decrease [1]  13/13
defendant [2]  8/11 16/18
defendants [13]  1/9 2/9 2/18
  3/1 5/1 9/15 9/17 11/20 13/8

## D

defendants... [4]  15/17 16/11
 18/18 27/25
Defendants' [2]  13/7 13/17
Defending [2]  2/20 2/23
defense [2]  9/5 9/5
deficiencies [1]  15/17
degree [1]  27/8
demonstrates [2]  24/11
 24/13
denied [1]  7/14
denomination [2]  24/3 24/3
deny [1]  17/6
denying [1]  14/11
department [17]  1/7 2/10
 2/12 2/15 3/17 4/2 9/7 9/10
 12/11 15/7 15/8 15/15 16/19
 16/21 24/24 24/24 32/2
deponent [1]  12/10
deponents [5]  6/13 6/13 6/15
 12/5 12/17
depos [1]  28/6
depose [3]  15/1 22/25 24/7
deposition [7]  11/24 18/21
 19/6 27/10 28/3 28/20 29/22
depositions [10]  12/4 13/1
 16/12 17/14 19/10 20/19
 22/15 25/1 27/3 27/12
description [2]  13/21 13/21
determination [8]  10/7 14/13
 14/15 16/7 30/12 30/13 31/3
 31/4
determinations [2]  11/19
 14/16
did [3]  22/6 28/15 29/13
didn't [2]  7/25 13/5
different [8]  14/20 16/25
 19/18 19/18 29/1 29/2 29/4
 30/8
differently [3]  14/20 14/21
 29/5
difficult [1]  26/2
difficulties [2]  32/16 32/18
digitally [1]  32/22
diligently [1]  7/24
direct [1]  11/10
Director [1]  5/3
discovery [49]
discretion [1]  10/5
discrimination [2]  11/9 17/8
discuss [2]  6/21 15/24

discussed [3]  8/12 13/11
 19/10
discussion [1]  25/20
discussions [2]  25/16 26/4
dismiss [6]  7/25 9/24 9/25
 10/3 13/24 14/2
dispute [2]  9/22 10/24
disputed [1]  10/21
disputes [3]  11/1 11/7 13/25
disrupted [1]  18/1
DISTRICT [5]  1/1 1/2 1/16
 3/21 32/19
DIVISION [4]  1/3 2/10 2/12
 2/15
do [25]  6/16 9/11 9/25 10/1
 10/4 13/18 15/8 15/12 17/13
 17/14 18/19 19/6 20/6 21/5
 21/9 21/11 21/20 22/14 26/12
 28/16 28/19 28/19 28/20
 29/19 29/22
document [2]  21/3 31/12
documents [15]  16/22 16/24
 18/25 19/1 19/14 19/17 19/19
 19/22 20/11 22/15 23/25 24/1
 24/18 24/24 28/8
does [4]  6/16 12/11 27/3
 30/17
doesn't [6]  8/14 10/15 12/22
 22/22 24/14 30/10
doing [1]  30/20
DOJ [4]  5/3 5/24 7/7 7/25
DOJ's [1]  6/20
don't [22]  8/20 8/20 8/21
 17/14 18/18 19/1 19/20 20/4
 20/4 20/6 20/15 20/17 20/18
 21/2 22/22 23/25 27/6 27/13
 27/19 29/5 30/18 31/6
done [5]  20/19 20/23 21/10
 27/13 28/4
door [1]  25/24
dorms [1]  18/3
down [2]  20/1 21/2
Drive [1]  3/3
due [3]  20/13 32/11 32/12
during [5]  8/25 13/11 17/1
 29/1 32/16

## E

each [2]  14/13 30/7
early [3]  7/24 19/2 26/14
Ed [1]  24/24

education [10]  1/7 4/3 9/7
 9/11 12/12 15/7 15/8 16/20
 18/1 32/2
Education's [1]  16/22
educational [5]  11/10 15/6
 15/13 17/20 17/22
effect [1]  18/11
effectuate [1]  10/6
efficiency [1]  16/13
efficient [4]  17/13 29/19
 29/22 30/9
efficiently [1]  29/17
eight [1]  12/4
either [3]  18/19 20/20 28/7
eliminate [1]  13/12
eliminated [1]  11/24
ELIZABETH [2]  1/4 32/2
ELLIOTT [2]  2/12 5/2
else [6]  5/4 25/7 26/6 27/22
 29/9 31/16
end [1]  26/11
enough [1]  26/6
ensure [1]  10/8
entanglement [1]  24/11
entire [2]  18/1 24/10
entirely [2]  11/24 12/13
entities [1]  24/12
entitled [1]  32/20
enunciate [1]  32/15
equity [2]  10/19 11/6
essentially [4]  7/18 8/16
 8/18 8/23
establish [1]  10/17
et [6]  1/4 1/8 4/2 4/3 32/2
 32/2
EUGENE [2]  1/3 3/22
even [8]  10/10 11/16 17/6
 24/14 25/16 25/22 25/22
 27/14
event [3]  6/24 8/1 16/10
every [1]  17/3
everybody [2]  20/6 30/6
everybody's [3]  29/18 29/18
 30/10
everyone [2]  5/11 17/14
everything [1]  21/16
evidence [5]  8/8 14/12 14/14
 16/1 17/8
example [4]  11/7 12/8 15/20
 16/2
excessive [1]  24/11

## E

exchange [1]  28/8
exemption [15]  9/4 9/15 9/15
  11/19 14/19 16/8 16/23 17/5
  17/11 23/4 23/6 23/13 23/21
  24/15 24/16
exemptions [2]  8/22 22/11
exercise [1]  10/4
exhibit [1]  13/20
existing [1]  23/6
expecting [1]  5/4
expedition [1]  12/19
expel [1]  17/23
experience [2]  11/21 30/16
explanation [1]  13/5
expulsions [1]  17/19
extend [1]  7/4
extensions [2]  7/7 7/9
extent [2]  16/3 27/2
external [1]  24/7

## F

facial [1]  11/1
fact [2]  14/14 15/19
factors [4]  10/17 10/21 11/4
  18/5
facts [4]  8/11 8/13 13/9
  29/25
factual [7]  10/22 11/7 13/25
  14/6 14/8 14/14 30/13
factually [1]  31/11
failure [1]  32/15
fairly [1]  7/6
fast [1]  32/14
favor [5]  10/15 10/20 12/22
  14/1 31/5
federal [2]  2/15 16/3
federally [1]  17/22
FEDERIGHI [2]  2/9 5/2
fellow [2]  4/8 4/10
few [3]  8/12 12/15 14/5
file [4]  7/25 8/25 11/11 24/15
filed [8]  6/4 7/8 7/11 8/17
  12/2 12/15 17/4 23/9
filing [4]  9/9 11/10 11/22
  13/1
final [2]  7/20 14/22
finally [1]  17/18
find [1]  8/22
first [8]  6/4 6/17 7/18 10/16
  14/5 18/15 25/6 30/6

fishing [1]  12/9
five [2]  20/19 20/19
Floor [1]  2/4
flying [1]  25/20
folks [1]  16/15
followed [1]  23/12
foot [1]  25/23
forced [1]  18/2
foregoing [1]  32/8
former [2]  23/8 23/23
forms [1]  17/7
forward [2]  7/15 7/24
four [3]  11/1 12/12 19/20
Fox [9]  22/25 23/1 23/4 23/6
  23/9 23/11 23/23 24/4 24/7
Fox's [1]  23/19
Freedom [2]  2/20 2/23
freeze [1]  8/19
Friday [1]  7/12
frivolous [1]  10/3
front [1]  15/2
frozen [1]  8/20
full [2]  17/13 28/18
full-day [1]  17/13
functioning [1]  16/6
funded [1]  17/22
funding [1]  16/4
further [2]  26/11 30/25

## G

gave [1]  7/9
geared [1]  27/12
GENE [2]  3/5 4/12
general [3]  3/18 5/9 7/21
generally [2]  21/22 21/24
George [10]  22/25 23/1 23/4
  23/6 23/9 23/11 23/19 23/23
  24/4 24/7
get [24]  8/5 9/12 15/2 15/3
  18/24 20/5 20/18 20/19 20/25
  21/7 21/14 21/21 21/21 24/17
  28/25 28/25 29/17 29/19
  29/23 30/11 30/15 30/19 31/2
  31/3
getting [2]  20/21 30/17
given [4]  18/2 19/16 20/11
  24/15
glass [1]  28/18
glass-half-full [1]  28/18
glean [1]  18/13
go [6]  10/2 20/2 21/2 21/6

going [20]  5/14 5/18 5/19
  5/19 8/15 9/14 9/16 11/2 16/8
  17/15 18/14 18/15 20/19
  20/20 22/23 24/25 24/25 25/4
  30/8 30/8
Goldberg [2]  16/18 23/15
good [1]  8/4
got [1]  7/12
Government [1]  24/12
Government's [2]  9/23 15/21
grant [1]  10/1
granted [1]  27/18
great [1]  28/20
GREY [6]  3/2 3/3 4/11 25/8
  26/9 26/12
Griffith [1]  3/3
guess [5]  21/15 28/21 28/24
  30/2 31/14
guessing [1]  29/2
guidance [1]  26/6

## H

had [5]  5/14 5/20 8/1 19/10
  29/3
half [2]  13/3 28/18
handled [1]  19/18
happen [1]  27/8
happened [2]  8/19 8/21
happy [1]  20/25
harassment [4]  9/3 9/3 9/6
  17/7
hard [1]  30/6
harm [4]  8/8 10/18 11/5
  24/13
Harris [1]  3/15
has [8]  10/4 14/18 14/19 17/4
  23/3 23/4 23/6 29/22
hasn't [2]  12/12 24/15
have [47]
haven't [3]  13/5 27/15 28/18
having [1]  18/1
hear [4]  5/16 25/4 29/13 30/2
heard [1]  32/10
hearing [29]  6/12 7/15 7/19
  8/6 10/14 12/20 12/25 13/3
  17/15 18/17 20/7 20/9 20/12
  20/14 20/20 20/22 21/7 21/8
  21/11 21/12 22/3 22/16 22/20
  25/1 25/6 26/7 26/14 26/24
  29/1

# H

**heavily** [1]  25/3
**heavy** [1]  5/16
**held** [1]  16/17
**Helena** [1]  3/19
**help** [1]  30/17
**helpful** [2]  5/17 7/3
**Herb** [2]  4/11 25/8
**HERBERT** [2]  3/2 3/3
**here** [9]  10/1 11/6 11/8 12/3
 13/10 15/11 25/20 25/24 31/9
**HILARIE** [3]  2/14 4/25 27/24
**himself** [1]  5/7
**historical** [2]  16/15 19/19
**hm** [1]  26/19
**Honor** [28]  4/25 5/8 5/23 7/5
 9/21 11/13 13/23 17/3 17/18
 19/4 20/8 20/24 21/19 22/4
 22/18 23/19 24/1 24/20 25/8
 26/11 26/25 27/21 27/24 29/8
 29/12 30/14 31/15 31/17
**HONORABLE** [1]  1/15
**hours'** [1]  18/2
**housing** [1]  23/9
**how** [12]  14/15 16/7 20/18
 22/2 22/11 22/11 22/20 23/17
 24/18 24/20 25/2 31/5
**however** [3]  9/4 16/6 16/9
**huge** [1]  21/3
**HUNTER** [3]  1/4 4/2 32/2

# I

**I'd** [1]  14/10
**I'll** [4]  5/6 20/2 21/10 30/2
**I'm** [32]  5/14 5/14 5/18 5/18
 5/19 18/14 19/19 20/9 20/20
 21/2 21/4 21/12 22/18 22/20
 24/20 24/25 24/25 25/2 25/4
 25/8 25/14 25/15 26/1 27/16
 28/24 28/24 29/2 29/3 29/5
 30/5 30/8 30/8
**I've** [3]  27/18 29/3 30/20
**identified** [1]  12/8
**identifying** [2]  11/25 32/14
**ignored** [2]  14/23 14/23
**imminent** [1]  8/7
**impact** [2]  11/3 13/9
**impacts** [1]  22/21
**important** [1]  29/16
**including** [1]  12/1
**increase** [1]  16/13

**indication** [1]  24/15
**indiscernible** [2]  4/9 11/15
**individual** [3]  4/20 15/13
 15/16
**individuals** [1]  19/21
**indulge** [1]  28/1
**inefficient** [1]  12/19
**inexpensive** [1]  10/7
**inform** [1]  17/9
**information** [13]  12/6 12/14
 18/23 21/12 21/13 24/22
 24/23 25/18 28/25 29/24 31/2
 31/4 31/5
**informed** [1]  27/9
**initial** [2]  7/7 19/2
**injunction** [10]  6/12 10/15
 10/20 12/21 12/24 13/25 14/9
 15/4 18/6 26/14
**injunctive** [2]  11/12 15/14
**instance** [1]  11/3
**instances** [1]  17/6
**instead** [3]  12/4 13/2 13/25
**institution** [5]  11/11 15/6
 23/2 23/13 24/14
**institutions** [4]  15/13 16/4
 17/20 17/23
**intent** [1]  25/17
**interest** [3]  10/20 11/6 18/7
**interests** [4]  14/23 18/8
 25/22 27/8
**interpretation** [1]  30/1
**interpretations** [2]  22/1 29/2
**interpreted** [1]  14/20
**interrogatories** [4]  19/1
 19/13 19/25 20/11
**interrogatory** [1]  21/4
**intervene** [6]  10/12 25/13
 25/25 27/4 27/16 27/18
**INTERVENOR** [4]  2/18 3/1
 4/11 4/13
**Intervenors** [5]  4/17 10/11
 25/9 27/5 27/5
**interviews** [1]  8/19
**introduce** [2]  4/4 5/7
**irreparable** [3]  8/8 10/18
 11/5
**is** [98]
**issue** [13]  6/14 6/22 8/7 13/2
 13/6 14/14 15/18 17/17 18/3
 18/6 22/3 22/7 29/11
**issues** [27]  7/15 8/4 9/18

 10/1 10/22 11/15 13/9 13/15
 14/6 14/6 14/8 14/9 18/11
 19/13 19/23 20/3 20/5 21/23
 22/21 23/16 25/5 26/24 27/16
 29/17 29/20 30/7 31/7
**it** [34]
**it's** [7]  7/24 9/22 12/12 21/10
 22/15 26/1 31/3
**items** [2]  5/25 6/3
**its** [7]  7/24 7/25 10/23 14/10
 24/5 24/5 24/7
**itself** [2]  15/15 24/3
**Ivanhoe** [1]  2/6
**IX** [13]  8/24 9/4 9/10 11/18
 15/9 15/22 22/13 23/3 23/4
 23/7 23/20 23/23 24/9

# J

**J.C** [1]  2/5
**Jaffe** [3]  3/5 3/8 3/10
**JESSUP** [3]  2/19 4/18 27/2
**Joe** [1]  4/8
**JOSHUA** [3]  3/7 4/16 4/23
**Josiah** [1]  4/9
**JUDGE** [3]  1/16 5/12 26/18
**judicial** [1]  21/24
**judicious** [1]  21/19
**July** [2]  7/2 8/18
**July 28th** [1]  7/2
**juncture** [2]  27/19 27/20
**June** [2]  7/8 8/18
**jurisdiction** [2]  10/2 15/7
**just** [20]  5/14 9/18 11/23
 11/25 14/5 19/5 19/9 21/10
 22/6 22/13 26/1 27/9 27/25
 28/1 29/2 29/10 29/13 31/1
 31/6 31/9
**justice** [5]  2/10 2/12 2/15
 3/17 18/7
**justification** [1]  14/11

# K

**keep** [5]  20/1 22/19 25/5
 25/23 27/16
**Kendra** [2]  3/21 32/24
**kind** [6]  7/12 13/8 17/8 21/1
 22/19 25/21
**kinds** [1]  29/16
**know** [29]  7/23 8/16 8/20
 8/20 8/21 12/21 16/12 18/9
 18/18 18/22 19/20 20/12
 20/18 21/1 21/23 22/1 22/1

## K

know... [12]  22/2 22/19 22/22
22/23 26/3 27/7 27/14 28/11
29/5 29/15 31/1 31/13
known [1]  7/1
knows [1]  9/13
Kramer [1]  21/21

## L

label [1]  11/14
lack [1]  15/6
last [5]  7/12 12/12 12/15
12/21 30/19
Law [2]  2/6 3/3
lawsuit [2]  15/5 15/15
lawsuits [2]  11/11 15/4
lawyers [3]  21/22 25/9 27/18
lead [1]  5/6
least [7]  12/12 13/6 13/12
13/14 13/17 20/19 27/9
left [1]  25/12
legal [9]  4/8 10/22 11/1 11/7
13/25 14/6 30/11 30/13 31/3
Lemon [1]  11/4
let [2]  5/6 18/9
Let's [1]  4/19
letter [3]  13/20 21/21 24/3
LGBTQ [3]  15/22 17/4 17/23
Lhamon [6]  12/8 12/11 16/16
16/24 17/1 23/15
like [10]  8/5 8/14 9/7 16/2
18/10 18/23 21/11 22/25 24/1
29/14
likelihood [1]  10/17
likely [1]  15/25
limit [1]  18/15
limited [11]  6/11 7/18 11/14
12/16 17/13 18/11 18/16 19/6
19/7 28/4 32/17
LINDSAY [2]  3/14 5/5
line [1]  5/2
LIPPELMANN [3]  2/20 4/15
27/1
list [2]  12/4 12/17
listed [1]  19/21
listing [1]  18/22
litigation [5]  8/25 19/3 21/17
22/3 27/20
little [5]  14/12 16/9 22/18
22/23 25/20
LLC [1]  2/6

## L

LLP [5]  2/3 3/5 3/8 3/10 3/15
local [1]  5/5
long [2]  7/2 30/20
look [2]  20/3 31/5
looking [3]  18/5 18/13 29/5
looks [1]  16/2
lose [1]  20/6
lot [3]  14/23 18/3 30/10

## M

made [4]  14/16 16/24 17/18
18/18
make [8]  6/25 19/5 27/25
30/11 30/12 31/3 31/4 31/7
makes [1]  16/23
making [2]  8/21 16/25
manage [1]  21/22
mandate [1]  10/6
mandates [1]  10/10
manner [1]  30/9
marching [1]  22/5
MARK [3]  2/20 4/15 26/25
masks [1]  32/12
matter [3]  10/2 26/1 30/21
matters [2]  15/1 25/21
may [2]  21/9 29/5
maybe [3]  13/12 29/2
me [6]  5/25 7/1 7/3 28/1 29/7
31/10
mean [5]  19/15 20/24 29/25
29/25 31/7
meaningfully [1]  13/18
means [1]  32/11
meat [1]  8/13
mechanics [2]  27/12 28/4
mentioned [1]  32/17
merit [2]  10/4 10/4
merits [4]  7/21 10/18 10/24
18/7
message [1]  21/15
met [1]  10/9
microphone [1]  25/4
middle [1]  7/10
might [6]  6/22 12/13 14/12
29/4 30/12 30/19
MILLER [3]  3/10 4/14 4/21
minor [1]  8/12
minute [1]  30/19
misstate [1]  13/7
mitigate [2]  10/15 12/22
mitigates [1]  14/1

## M

Mm [1]  26/19
Mm-hm [1]  26/19
modifications [1]  7/22
modified [2]  6/5 6/22
modify [1]  6/7
moment [1]  28/1
Monday [1]  1/6
monetary [1]  15/19
Montana [2]  3/17 5/9
month [2]  12/18 13/3
months [1]  12/15
more [7]  8/12 10/10 19/24
20/2 22/23 29/23 30/12
Moreover [2]  10/3 13/7
most [3]  18/22 29/21 30/9
motion [17]  7/13 7/25 9/24
10/3 10/14 11/15 12/22 12/24
13/1 13/24 13/24 14/2 18/21
25/13 27/15 27/18 29/7
motions [4]  9/25 25/22 25/25
27/4
move [2]  18/2 30/18
moving [2]  7/14 7/24
Mr [1]  26/9
Mr. [3]  14/3 26/12 27/23
Mr. Grey [1]  26/12
Mr. Southwick [2]  14/3
27/23
Ms [1]  9/20
Ms. [6]  12/8 12/11 20/23
21/21 22/17 27/22
Ms. Kramer [1]  21/21
Ms. Lhamon [2]  12/8 12/11
Ms. Snyder [3]  20/23 22/17
27/22
MT [1]  3/19
much [3]  11/15 21/7 30/1
mute [2]  5/16 25/3
my [9]  4/25 18/15 21/15
21/21 21/22 30/1 30/16 31/8
32/9

## N

name [1]  4/25
narrow [5]  11/23 13/19 20/6
25/5 31/6
nature [1]  16/3
necessarily [2]  21/16 27/14
necessary [1]  19/21
need [25]  6/1 7/3 7/4 8/22
11/12 13/13 15/1 16/2 17/25

**N**

need... [16]  19/20 20/22 21/1
 21/8 21/12 21/14 21/16 22/23
 26/6 27/14 30/11 30/12 31/3
 31/4 31/13 31/14
needed [1]  22/20
needs [2]  20/6 28/9
negotiated [1]  13/16
never [2]  13/17 13/18
new [2]  6/17 17/20
next [3]  4/20 7/3 12/18
NICHOLAS [1]  3/10
Nick [2]  4/14 4/21
no [5]  1/5 11/2 15/21 26/22
 28/6
No. [2]  4/2 18/23
No. 21-474 [1]  4/2
No. 5 [1]  18/23
nominee [1]  12/9
non [1]  10/25
non-APA [1]  10/25
nonparties [1]  22/7
nonparty [3]  22/8 22/14 25/1
normal [1]  20/12
not [45]
noted [1]  10/23
nothing [1]  26/10
notice [5]  18/2 21/24 29/12
 30/16 30/18
notices [1]  6/14
notified [1]  27/5
notion [1]  12/5
November [3]  7/19 12/25
 26/14
November 4th [1]  7/19
now [9]  6/24 7/11 7/14 7/19
 20/5 20/11 20/20 28/19 29/3
Now's [1]  4/1
numerous [1]  17/19
NW [4]  2/4 3/6 3/8 3/11

**O**

Obama [1]  17/1
obtained [1]  23/7
obviously [1]  20/4
occur [2]  27/3 32/16
occurring [3]  17/16 17/20
 32/18
occurs [1]  27/10
OCR [3]  14/12 14/15 16/7
October [3]  1/6 26/13 32/6
October 20th status [1]
 26/13
offered [1]  13/5
Office [7]  3/18 16/19 17/4
 17/16 23/14 23/21 24/2
Official [1]  32/25
Okay [12]  5/25 6/8 22/3
 27/21 28/12 28/14 29/7 29/8
 30/5 30/13 30/22 31/14
old [1]  23/12
one [8]  6/3 6/17 9/8 14/17
 14/18 22/6 23/2 25/8
ones [1]  11/7
ongoing [1]  26/4
only [7]  11/14 11/17 12/6
 13/3 14/5 18/15 22/20
open [5]  8/25 16/9 17/12
 17/12 21/9
opening [1]  30/5
opinion [3]  10/23 14/10
 20/10
opportunity [1]  27/9
optimistic [1]  28/17
order [5]  10/5 14/10 15/8
 18/10 23/7
orders [3]  22/6 25/19 26/2
OREGON [2]  1/2 32/19
organization [1]  24/8
original [1]  32/21
other [10]  11/8 17/7 19/10
 21/13 22/6 25/2 25/19 28/6
 28/6 32/15
otherwise [2]  28/8 29/22
our [15]  6/2 7/7 9/9 13/11
 13/13 18/11 21/19 22/5 25/13
 25/21 25/23 25/23 25/24
 26/11 27/8
out [13]  8/22 18/20 20/21
 21/11 21/23 22/12 22/23
 23/15 23/16 26/22 29/15
 30/16 31/10
outcome [1]  14/2
outlines [1]  19/23
over [6]  4/19 15/7 15/21
 16/23 17/25 32/18
overlapping [1]  32/13
overreach [1]  21/7
overreaching [1]  21/10
own [4]  13/21 15/21 16/22
 22/12

**P**

P.O [3]  2/10 2/13 2/16
page [1]  14/11
Parkway [1]  3/15
part [4]  7/4 25/13 27/14
 27/19
participate [1]  27/6
particular [2]  25/1 27/17
particularly [2]  8/6 9/2
parties [11]  7/10 7/13 10/24
 13/15 16/3 19/6 19/12 26/23
 28/6 30/17 32/11
parties' [1]  10/5
passed [2]  8/1 14/22
past [1]  7/2
PAUL [17]  2/5 2/6 4/5 5/22
 6/2 6/19 7/5 14/4 19/4 20/8
 21/18 22/4 22/24 26/8 26/10
 29/10 30/15
pause [1]  13/14
pending [7]  10/14 14/1 23/5
 25/12 25/24 27/4 28/5
people [5]  18/1 18/4 21/13
 22/10 31/9
per [1]  9/25
perhaps [2]  11/24 28/7
period [2]  9/23 13/4
periods [1]  29/1
Perkins [2]  2/3 4/6
permitted [3]  6/11 6/24
 22/14
person [3]  16/21 16/22 28/18
perspective [1]  13/17
pertinent [1]  7/15
phase [4]  7/18 7/20 7/20
 19/2
phases [2]  7/17 18/13
PHOENIX [3]  2/19 4/18 27/2
phone [2]  5/16 25/3 29/20
 32/12
PI [9]  7/15 7/19 8/6 11/15
 13/1 17/15 18/16 22/3 26/7
pieces [1]  16/1
place [1]  25/16
plaintiff [9]  4/4 4/7 4/10
 15/16 20/25 21/15 23/3 23/8
 31/18
plaintiff's [2]  14/13 17/6
plaintiffs [33]
Plaintiffs' [6]  6/13 11/18
 13/13 13/21 14/7 28/5

# P

please [3]  4/3 5/15 25/3
PM [2]  1/7 31/21
point [5]  14/10 18/18 24/25
  27/15 27/17
Portland [3]  2/4 2/7 3/16
position [8]  6/20 6/25 9/23
  12/9 13/7 14/7 16/17 27/7
potential [6]  6/15 10/11 12/5
  12/10 13/11 28/8
potentially [1]  28/15
practical [1]  26/1
practice [1]  22/12
practices [1]  23/16
predicted [1]  17/21
preliminary [11]  5/18 6/11
  10/14 10/19 12/21 12/24
  13/24 14/9 15/4 18/6 26/14
present [1]  27/10
presented [2]  14/7 26/24
preserve [5]  8/23 8/24 10/5
  13/6 25/24
president [6]  22/25 23/1
  23/11 23/13 23/19 24/17
presidents [1]  22/9
pressing [2]  17/25 18/3
presumptive [1]  13/4
pretrial [3]  6/3 6/20 8/3
previous [1]  14/24
previously [1]  23/15
primary [1]  6/22
PRINCE [2]  3/7 4/23
prior [4]  6/11 14/24 16/11
  22/15
private [4]  11/9 15/4 15/5
  15/15
probably [1]  29/21
problem [1]  21/20
problems [1]  31/12
procedures [1]  28/11
proceed [1]  27/3
proceeding [1]  20/3
proceedings [5]  1/14 31/21
  32/10 32/16 32/18
process [14]  11/18 12/1 12/1
  18/23 19/23 23/24 24/2 24/10
  24/11 24/19 27/13 28/4 28/11
  30/9
processes [2]  16/25 17/15
processing [1]  15/9
production [1]  21/3

# Programs [1]  2/15

prohibited [2]  9/3 17/7
proportionality [1]  10/8
proposed [6]  4/12 4/17 6/12
  6/13 25/9 27/5
proposing [2]  7/10 7/17
protected [1]  18/10
protecting [1]  9/16
protection [1]  9/1
protections [1]  11/20
provide [4]  9/1 11/21 14/25
  15/13
public [1]  10/20
public's [1]  11/6
purposes [1]  25/17
pursue [1]  16/10
put [3]  5/15 7/13 25/3

# Q

queer [1]  24/14
question [4]  5/14 5/18 6/9
  6/10
questions [2]  25/15 27/7
quit [1]  25/3

# R

raise [3]  10/21 11/6 13/2
raises [1]  14/14
raising [2]  13/15 25/15
reach [5]  14/13 14/15 16/11
  20/4 20/4
reaching [1]  16/15
reaction [1]  10/8
real [1]  9/13
really [9]  13/5 13/18 13/18
  21/3 29/21 29/23 30/1 30/6
  31/10
reason [3]  11/13 12/21 25/15
reasons [4]  10/16 13/23 17/1
  32/17
receive [1]  26/2
received [2]  15/22 23/21
receiving [1]  25/19
recess [1]  31/19
record [4]  4/4 8/6 9/12 21/9
recourse [1]  11/9
reduce [2]  16/5 16/13
regard [1]  26/23
regarding [3]  11/17 11/23
  13/9
regulation [1]  23/12
reinstated [1]  15/20

# relating [1]  22/8

relevant [5]  11/14 11/16
  13/16 24/18 24/21
reliance [1]  14/23
relief [6]  10/19 11/12 15/3
  15/14 15/20 15/21
religious [24]  8/22 9/4 9/8
  9/14 9/15 11/19 14/19 16/8
  16/23 17/3 17/5 17/10 22/10
  23/6 23/13 23/17 23/20 24/5
  24/7 24/8 24/12 24/15 24/16
  27/1
remain [3]  8/25 16/9 21/9
remains [1]  9/23
remove [1]  16/2
reopened [1]  6/23
repetitive [1]  10/13
replace [1]  28/15
report [1]  7/11
REPORTER [2]  3/21 32/25
represent [1]  5/1
request [6]  13/23 18/15
  18/16 20/13 21/19 23/13
requested [3]  12/24 15/14
  22/10
requests [2]  13/19 13/22
required [2]  15/5 23/12
requirement [1]  23/12
requirements [2]  10/8 10/10
resolution [1]  13/16
resolve [2]  8/3 19/13
resolved [1]  28/22
resources [2]  10/6 30/10
respect [6]  10/23 15/9 15/12
  16/6 17/16 28/5
respectfully [1]  13/23
respective [1]  27/17
respond [2]  7/7 15/5
response [2]  14/3 23/11
responses [2]  14/5 20/13
result [1]  11/21
retaliate [1]  9/9
retaliation [9]  9/2 9/3 9/5
  9/13 9/14 11/21 12/2 17/7
  18/10
retroactive [1]  23/20
retroactively [2]  23/22 24/16
review [1]  12/2
right [14]  4/19 5/13 6/16 6/25
  20/17 20/23 22/24 25/10
  28/10 30/4 30/21 31/16 31/16

## R

right... [1] 31/19
rights [9] 12/10 16/19 17/4
17/16 23/14 23/21 24/2 25/24
27/19
ripeness [1] 10/24
risk [2] 10/10 17/9
road [1] 21/3
Robinson [1] 4/9
role [1] 26/3
Room [1] 3/22
RPR [2] 3/21 32/24
Rule [2] 10/6 10/9
Rule 1 [1] 10/6
ruled [1] 27/15
rules [2] 14/22 21/25
ruling [1] 28/1
RYAN [1] 2/22

## S

said [1] 29/14
Sanders [1] 3/18
say [2] 13/8 31/8
saying [2] 12/16 28/12
says [1] 29/1
SCHAERR [5] 3/5 3/5 3/8
3/10 4/12
schedule [2] 17/13 20/18
scheduled [1] 27/13
scheduling [3] 9/22 25/19
26/2
schools [1] 27/1
scope [1] 12/24
Scottsdale [2] 2/21 2/24
se [1] 9/25
second [7] 4/20 6/5 6/9 6/10
6/17 7/20 11/13
Secretary [2] 12/10 16/19
secure [1] 10/7
see [6] 21/8 29/6 29/6 29/6
29/14 30/23
seek [4] 11/14 11/17 12/5
13/22
seeking [3] 8/14 9/19 17/13
seem [1] 8/14
seemingly [1] 13/7
seems [2] 18/21 18/23
SEMINARY [3] 2/19 4/18
27/2
Senate [1] 16/17
send [1] 30/18

sending [1] 30/16
sent [1] 13/20
Sequoia [1] 3/15
set [6] 4/1 6/4 20/7 26/13
26/15 30/17
shared [1] 25/18
SHAWN [2] 3/14 5/5
she [3] 12/13 16/17 22/22
she'd [1] 29/14
shorten [1] 20/16
shorter [1] 20/22
shot [1] 31/12
should [9] 6/4 6/11 6/14 6/24
18/6 18/19 18/20 19/22 21/1
show [5] 12/17 13/25 17/2
19/20 19/22
shows [1] 25/11
sidelines [1] 25/12
sides [2] 16/5 16/14
signature [4] 32/21 32/22
32/22 32/25
signed [1] 32/22
significant [1] 18/8
signing [1] 32/8
Similarly [1] 11/5
simple [1] 27/16
since [1] 6/7
SNYDER [7] 2/14 4/25 9/20
20/23 22/17 27/22 27/24
so [56]
solely [1] 15/13
some [16] 7/18 8/3 8/5 9/1
9/12 9/18 10/4 14/17 16/15
18/16 19/13 20/21 21/3 24/1
25/16 28/8
somebody [1] 25/3
something [7] 8/8 16/4 18/20
19/24 20/2 27/4 30/2
sometimes [1] 31/9
sorry [1] 5/14
sort [2] 21/11 31/10
sought [3] 12/25 15/11 23/20
SOUTHWICK [19] 2/5 2/6 4/5
5/22 6/2 6/19 7/6 14/3 14/4
19/4 20/9 21/18 22/5 22/24
26/8 26/10 27/23 29/10 30/15
spaghetti [1] 31/6
speak [2] 25/24 32/14
speaker's [1] 32/15
speakerphone [2] 32/12
32/19

speakers [3] 32/13 32/13
32/14
speaking [3] 5/15 7/6 32/13
specific [1] 11/19
specifically [1] 22/10
speedy [1] 10/7
spell [1] 22/23
spend [1] 12/17
squander [1] 30/10
stage [3] 19/21 20/1 21/16
stages [1] 7/24
stake [1] 18/8
standards [1] 14/8
standing [1] 10/24
start [5] 4/19 17/20 18/14
31/13 31/14
state [4] 5/9 9/7 10/25 16/22
stated [1] 13/13
states [5] 1/1 1/16 3/21
14/12 32/19
stating [2] 23/15 23/16
status [13] 1/13 4/3 5/21
8/17 11/17 11/25 14/15 25/17
26/13 26/17 26/20 26/23 32/5
statutory [1] 15/17
stay [2] 9/25 10/5
staying [1] 14/1
stenographic [1] 32/11
step [2] 20/2 20/2
Steppler [2] 3/21 32/24
still [3] 25/12 26/13 26/15
stipulate [5] 8/13 16/1 16/3
19/1 29/15
stipulated [1] 8/11
stipulation [11] 11/25 13/12
13/19 15/24 18/19 28/10
28/14 28/22 28/25 29/6 29/20
stipulation-wise [1] 15/24
stipulations [4] 8/15 16/11
28/7 30/16
Street [7] 2/4 2/6 2/21 2/23
3/6 3/8 3/11
strike [1] 25/22
structure [2] 24/5 24/6
stuck [1] 30/19
student [9] 15/20 15/23 17/4
23/2 23/3 23/8 23/9 23/24
24/14
students [4] 9/1 9/16 17/24
31/8
subject [2] 10/2 30/1

**S**

submissions [1]  25/23
subpoenas [1]  6/14
subsequently [1]  10/12
substantive [2]  14/9 14/17
success [1]  10/18
such [4]  15/4 15/7 27/10
 32/18
suffered [1]  11/10
suggesting [1]  19/6
suit [1]  11/10
Suite [6]  2/6 3/3 3/6 3/8 3/11
 3/15
sure [9]  19/5 19/19 21/2 21/4
 22/20 24/20 25/2 27/25 28/2
surprised [1]  28/24
suspend [1]  17/23
suspensions [1]  17/19
Suzanne [2]  16/18 23/14
SW [2]  3/3 3/15

**T**

take [6]  6/1 12/4 20/2 21/24
 26/6 31/5
taken [2]  29/23 32/10
taking [2]  16/11 25/16
talk [4]  20/15 20/17 27/17
 30/25
talking [1]  26/3
technical [1]  32/15
technological [1]  32/18
telephone [1]  13/11
telephonic [4]  1/19 32/10
 32/11 32/16
tell [4]  5/25 7/2 19/17 31/10
tells [1]  29/7
tenets [3]  23/18 24/5 24/7
terms [11]  7/7 8/11 8/13 14/8
 14/17 15/3 15/24 16/15 18/6
 20/10 22/12
territory [1]  28/21
testimony [5]  8/5 15/1 15/2
 24/1 24/18
than [4]  11/16 25/19 28/6
 30/2
Thank [13]  5/12 7/5 9/21
 14/2 14/4 20/8 22/5 27/21
 29/8 30/24 31/15 31/17 31/19
that [173]
that's [9]  5/16 12/3 12/19
 24/21 25/18 28/4 28/21 29/21

their [17]  10/7 10/20 10/25
 11/10 11/15 12/4 12/6 12/14
 12/17 12/24 13/1 13/19 13/21
 13/21 15/12 18/1 22/12
them [6]  6/7 7/9 8/25 10/1
 15/2 20/25
themselves [2]  12/6 32/14
then [17]  6/5 6/23 7/8 7/20
 14/17 17/18 18/25 19/12
 19/24 22/22 23/16 23/23
 24/16 28/6 28/6 30/17 30/18
there [22]  8/18 9/13 14/5
 14/6 14/7 14/12 15/19 15/19
 15/21 16/8 17/6 17/9 18/7
 18/25 19/17 21/25 25/2 26/17
 26/20 27/11 29/1 29/3
there's [13]  8/7 8/8 10/1
 17/25 19/20 19/24 20/1 21/6
 21/20 25/22 26/13 28/22 30/2
therefore [1]  14/1
these [17]  8/3 9/16 10/10
 13/15 15/1 16/4 17/25 18/11
 19/20 25/16 27/16 29/3 29/16
 29/20 29/25 29/25 30/7
they [38]
they're [3]  10/11 19/21 29/21
things [6]  8/20 11/8 28/13
 29/5 29/25 31/9
think [18]  6/22 7/3 12/13
 18/12 18/18 19/23 20/9 21/24
 22/5 24/22 24/23 28/22 29/14
 29/21 30/7 31/1 31/2 31/4
thinking [1]  29/3
this [69]
those [20]  6/7 6/14 6/21 6/23
 7/21 9/18 10/21 10/25 11/11
 11/19 11/22 11/23 13/23
 14/16 16/24 17/1 19/2 19/23
 23/17 25/1
though [3]  8/3 21/1 30/16
thought [1]  20/18
threat [2]  8/7 9/13
three [4]  7/17 10/16 18/13
 22/8
threshold [1]  10/1
through [4]  19/13 24/10
 24/23 29/20
throw [2]  31/6 31/9
Thursday [1]  7/12
tight [1]  22/19

time [11]  4/1 12/18 13/7 17/3
 19/10 25/5 28/23 29/1 30/17
 30/20 31/8
time-consuming [1]  12/18
timeline [2]  11/18 20/22
timelines [1]  20/12
times [1]  18/2
timing [1]  12/23
tipped [1]  10/19
Title [13]  8/24 9/4 9/10 11/18
 15/9 15/22 22/13 23/3 23/4
 23/7 23/20 23/23 24/9
today [4]  5/2 6/1 27/23 28/1
today's [1]  5/21
together [1]  28/7
too [2]  21/7 21/10
tool [1]  19/2
topics [2]  11/23 19/9
towards [2]  22/20 27/12
transcript [3]  1/14 32/9
 32/21
transgender [2]  23/8 24/13
tried [1]  13/18
TRO [4]  7/14 7/14 10/23
 14/11
true [1]  32/8
truly [1]  24/6
Trump [1]  14/22
try [2]  20/25 31/8
trying [3]  25/23 27/16 29/17
TUCKER [1]  2/22
two [3]  6/3 21/6 22/9

**U**

U.S [3]  1/7 4/2 32/2
ultimately [3]  16/21 16/23
 23/14
unclear [1]  12/13
under [1]  18/22
underlying [2]  9/8 14/18
understand [7]  19/5 22/5
 26/5 26/12 27/25 28/15 30/21
understanding [3]  13/14
 15/25 31/13
Understood [2]  21/18 30/14
UNITED [4]  1/1 1/16 3/21
 32/19
UNIVERSITIES [1]  3/1
UNIVERSITY [13]  2/19 4/18
 4/18 23/1 23/1 23/2 23/5 23/6
 23/10 23/11 24/4 27/1 27/2

# U

unrelated [1]  12/19
unsuspecting [1]  24/13
until [4]  6/21 7/25 9/24 20/13
unwilling [3]  9/11 13/8 13/14
up [6]  6/1 22/6 25/24 26/6
 28/10 31/9
upcoming [1]  12/19
us [3]  25/18 26/2 31/8
use [2]  12/2 18/25
used [3]  9/4 14/20 17/5
uses [1]  12/1

# V

vacate [1]  18/2
valid [1]  18/18
variety [1]  16/25
venue [1]  10/2
very [3]  9/13 26/2 29/18
via [2]  32/10 32/12

# W

waiting [2]  21/13 29/6
wall [1]  31/6
want [19]  7/1 8/16 8/23 8/23
 8/25 9/12 12/4 12/16 12/17
 17/2 17/14 18/8 20/5 21/2
 21/16 22/6 27/25 29/11 31/10
wanted [2]  22/13 24/17
was [9]  6/4 7/2 7/11 8/18
 13/20 16/9 18/12 22/7 22/12
Washington [6]  2/11 2/13
 2/16 3/6 3/9 3/11
waste [1]  30/10
way [7]  11/7 12/8 19/24
 28/21 29/19 29/22 29/23
ways [4]  14/20 19/18 21/6
 25/2
wayside [1]  7/13
we [81]
we'd [3]  9/7 13/23 27/8
we'll [3]  6/7 20/2 21/8
we're [17]  7/2 7/14 8/15 9/2
 9/19 17/13 18/14 20/24 21/10
 25/17 25/20 25/23 26/3 27/6
 28/16 29/16 31/19
we've [4]  13/17 13/19 20/7
 25/12
wearing [1]  32/12
weighing [1]  18/7
well [13]  5/2 5/10 6/6 6/25

14/9 18/12 18/25 21/6 22/22
24/12 24/22 25/14 26/13
Wells [1]  5/3
went [1]  24/10
were [16]  6/4 7/6 7/10 7/13
 7/23 8/2 8/19 8/20 13/8 13/14
 15/24 17/6 19/9 20/19 22/8
 29/1
WESTERN [1]  2/18
what [36]
what's [2]  6/9 22/20
when [19]  6/4 7/1 8/21 10/1
 10/3 13/8 14/12 14/15 14/22
 15/22 17/6 18/5 18/22 21/7
 21/25 28/18 29/6 29/16 32/13
where [5]  23/25 25/23 26/23
 31/13 31/14
whether [18]  6/3 6/10 6/12
 6/13 6/23 8/7 10/25 14/5 14/6
 15/3 17/9 18/5 22/14 22/15
 24/5 24/6 24/7 27/14
which [10]  7/11 14/11 16/4
 16/18 18/15 18/25 22/7 23/12
 25/21 29/23
while [3]  7/13 13/15 27/3
who [13]  11/21 12/9 14/15
 14/25 16/21 16/22 18/1 22/9
 22/10 23/3 23/4 23/8 23/9
who's [2]  4/20 23/3
whole [2]  24/19 25/11
whom [1]  22/9
whose [1]  24/14
why [12]  7/1 7/4 8/20 12/13
 13/5 18/19 19/1 19/21 20/15
 20/17 22/2 31/11
will [28]  6/23 9/1 9/8 11/20
 14/6 14/15 14/16 14/25 15/25
 16/1 16/3 16/5 18/9 18/11
 19/17 19/19 19/23 21/19
 21/21 21/22 25/2 26/22 27/7
 27/13 28/20 30/15 30/23
 30/25
WILLIAM [3]  2/18 4/18 27/1
Winter [1]  10/17
wise [1]  15/24
within [3]  12/15 16/19 17/16
without [1]  32/21
witnesses [2]  14/25 22/9
work [13]  8/10 12/11 16/12
 18/20 20/21 20/25 21/23 28/7
 29/20 30/8 30/9 30/15 31/8

worked [4]  22/11 24/19
 26/22 30/6
working [3]  7/6 8/2 29/15
workload [1]  16/5
would [26]  6/6 7/3 8/2 8/5
 11/23 12/2 13/12 15/6 15/16
 16/12 17/21 18/10 21/11 22/2
 22/9 22/14 22/25 23/17 24/1
 24/8 28/8 28/19 28/24 28/25
 29/15 30/1
wouldn't [1]  20/13
wrote [1]  24/3

# Y

Yeah [2]  4/21 5/5
year [2]  8/18 17/21
years [2]  12/12 17/1
yes [11]  5/22 6/6 6/7 9/21
 16/16 19/8 20/24 22/4 22/18
 26/17 29/13
you [63]
you'll [2]  27/14 28/1
you're [12]  5/15 18/5 18/13
 18/22 18/24 22/1 22/2 22/23
 28/3 28/12 28/17 29/18
you've [2]  6/7 31/11
young [2]  18/1 18/4
your [36]
yourselves [1]  4/4