IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>                    Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF JANE DOE** |

I, Jane Doe, declare:

1. My name is Jane Doe.

2. I am a current student at Regent University School of Law. I am choosing to stay anonymous to protect myself.

3. I felt so alone at Regent as a closeted queer person. I came to Regent knowing I probably wasn't going to make friends.

4. I obsessively studied the student handbook and policies to try to protect myself.

5. The toxic and homophobic environment at Regent contributed to significant mental health challenges.

6. I felt like I was in fight or flight mode at all times. I was hyper-sensitive to my environment. I was scared constantly.

7. I stayed closeted because I was super scared of losing my scholarships and being retaliated against for my sexuality. It led me to isolate myself. And It became a huge contributing factor as to why I fell into a deep depression and suffered from suicidal thoughts.

8. It broke my heart sitting and listening to professors and classmates talk, knowing that if they really knew me then they would hate me.

9. I wanted to leave the room and cry when professors would talk about gay people.

10. There is so much passive antagonism, like using dehumanizing language like "the homosexuals" to refer to LGBTQ+ people.

11. The "hate the sin and love the sinner" atmosphere gaslights students. Administration will say they are loving of everyone, but it's a false narrative because they do not love queer people the same way that they love heterosexuals.

12. The sheer isolation because of the homophobia on campus at Regent fostered a dark season of suicidal thoughts.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 21st of October 2021.

By:
   *Jane Doe*
Jane Doe