# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Oregon - Eugene Division

Elizabeth Hunter, et al.

V.

U.S. Department of Education, et al.

**PLAINTIFFS' WITNESS LIST**

Case Number: 6:21-CV-00474-AA

| PRESIDING JUDGE<br>Ann Aiken | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al. |
|---|---|---|
| TRIAL DATE (S)<br>11/4/2021 - 11/5/2021 | COURT REPORTER | COURTROOM DEPUTY<br>Cathy Kramer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Alex Duron: admission rescission and related Union University policy language regarding sexuality and gender identity; OCR exemption assurance; Title IX complaint; |
| | | | | | Jamie Lord: Regent University School of Law policy language regarding sexuality and gender identity; Title IX complaint; retaliation and harassment |
| | | | | | Audrey Wojnarowisch: George Fox University policy language regarding sexuality and gender identity; Title IX complaint; sexual assault; OCR exemption assurance and related OCR correspondence with George Fox University and Northwest Yearly Meeting of Friends |
| | | | | | Veronica Penales: Baylor University policy language regarding sexuality and gender identity; Title IX complaint; denial of LGBTQ+ student club; OCR exemption assurance |
| | | | | | Elizabeth Hunter: Bob Jones University policy language regarding sexuality and gender identity; Title IX complaint; OCR exemption assurance; history of Bob Jones University policies of racial discrimination based on sincerely held religious belief |
| | | | | | Kalie Hargrove: expulsion from Lincoln Christian University because of gender identity; Montgomery GI Bill funding |
| | | | | | Joshua Wolff, Ph.D.: fact witness regarding OCR knowledge of LGBTQ+ discrimination at non-affirming religious colleges and universities that receive federal financial assistance; fact witness regarding OCR knowledge of harmful impact of OCR religious exemption regulations on LGBTQ+ students at non-affirming religious colleges and universities that receive federal financial assistance; expert witness regarding injuries to LGBTQ+ students attending non-affirming religious colleges and universities that receive federal financial assistance but that are largely exempt from Title IX regulations regarding sexual orientation and gender identity discrimination. |