**Paul Carlos Southwick (OSB 095141)**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
211 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Alletta S. Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

**Misha Isaak (OSB 086430)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER: et al., )<br>Plaintiffs, )<br>v. )<br> )<br>U.S. DEPARTMENT OF EDUCATION; et al. )<br>Defendants. )<br>v. )<br> )<br>COUNCIL FOR CHRISTIAN COLLEGES & )<br>UNIVERSITIES, WESTERN BAPTIST )<br>COLLEGE d/b/a/ CORBAN UNIVERSITY, )<br>WILLIAM JESSUP UNIVERSITY AND )<br>PHOENIX SEMINARY, )<br> )<br>Defendants-Intervenors. | Case No. 6:21-cv-00474-AA<br><br>**PLAINTIFFS' EXHIBIT LIST** |

# UNITED STATES DISTRICT COURT

For the _____ **DISTRICT OF** _____ Oregon - Eugene Division

Elizabeth Hunter, et al.

V.

U.S. Department of Education, et al.

**PLAINTIFFS' EXHIBIT LIST**

Case Number:  6:21-CV-00474-AA

| PRESIDING JUDGE<br>Ann Aiken | | | | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>11/4/2021 - 11/5/2021 | | | | COURT REPORTER | COURTROOM DEPUTY<br>Cathy Kramer |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | | | | | Alex Duron Expulsion letter |
| | | | | | Alex Duron Title IX complaint |
| | | | | | Union University Exemption Assurance from OCR |
| | | | | | Union University Policy Language |
| | | | | | Jamie Lord Title IX complaint |
| | | | | | Regent University School of Law Policy language |
| | | | | | Audrey Wojnarowisch Title IX Complaint |
| | | | | | George Fox University policy language |
| | | | | | George Fox Exemption Assurance |
| | | | | | Correspondence between OCR and NWYMF/GFU |
| | | | | | Veronica Penales Title IX complaint |
| | | | | | Baylor policy language |
| | | | | | Baylor Exemption assurance |
| | | | | | Elizabeth Hunter Title IX complaint |
| | | | | | Bob Jones University policy language |
| | | | | | Bob Jones Exemption assurance |
| | | | | | Kalie Hargrove Expulsion letter |
| | | | | | Lincoln Christian University policy language |
| | | | | | |

## PLAINTIFFS' EXHIBIT LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Elizabeth Hunter, et al. | | | vs. U.S. Department of Education, et al. | | CASE NO. 6:21-CV-00474-AA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Joshua Wolff September 29, 2016 email |
| | | | | | Joshua Wolff June 30, 2021 email |
| | | | | | OCR Processing Manual |
| | | | | | Chart of Title IX Complaint status from Deposition |
| | | | | | Expert Report of Dr. Ilan Meyer, UCLA School of Law, Williams Institute (to be produced by 10/29) |
| | | | | | Expert Report of Dr. Joshua Wolff, Adler University (to be produced by 10/29) |
| | | | | | Expert Report of Dr. Jonathan Coley, Oklahoma State University (to be produced by 10/29 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |