**John Netland**
Union University NAT Program

To: Alex Duron

July 18, 2020 at 9:56 AM



Dear Mr. Duron

It is my responsibility to inform you that your admission to the Union University graduate program in Nurse Anesthesia has been rescinded. As a Christ-centered educational institution, we welcome all academically-qualified students who seek the academically-rigorous and faith-informed education we offer and who are willing to uphold our community values. As part of the application process, you agreed to adhere to and uphold the values and expectations set by the University. Attached to this correspondence is a copy of Union University's Community Values Statements for Graduate and Non-Traditional Programs, which you signed on September 10, 2019.

Your request for graduate housing and your social media profile, including your intent to live with your partner, indicates your unwillingness to abide by the commitment you made in signing this statement.

The timing of rescinding the offer is prior to the start of the Nurse Anesthesia Program. We are refunding your application deposit, which will come under separate cover.

Please contact me if you have any questions regarding this action.

Sincerely Yours,



John T. Netland, Ph.D.
Provost and Vice President for Academic Affairs

1050 Union University Dr.
Jackson, Tennessee 38305
(731) 661-5355
uu.edu

