ADULT/GRADUATE UNION UNIVERSITY COMMUNITY VALUE STATEMENTS

I. **WORTH OF THE INDIVIDUAL**
   We value the intrinsic worth of every individual. Our respect for other individuals includes an appreciation of cultural backgrounds different from our own, an understanding of different attitudes and opinions, and an awareness of the consequences of our actions on the broader community. (Luke 12:7 *"But even the hairs of your head are all counted. Do not be afraid; you are of more value than many sparrows."*; Galatians 6:1-2 *"Brothers, if someone is caught in a sin, you who are spiritual should restore him gently, but watch yourself, or you also may be tempted. Carry each other's burdens, and in this way you will fulfill the law of Christ."* NIV)
   1. PERSONAL ABUSE. Personal abuse is defined as any behavior that results in harassment, coercion, threat, disrespect and/or intimidation of another person, or any unwanted sexual attention towards another person. This action may include any action or statements that cause damage or threaten the personal and/or psychological well-being of a person. Inappropriate narrative on a personal blog (e.g. myspace, facebook) may be considered personal abuse.
   2. SEXUAL IMPROPRIETY..
      Sexual impropriety includes but is not limited to participation in or appearance of engaging in premarital sex, extramarital sex, homosexuality, homosexual activities, or cohabitation on-campus or off-campus. Students may not live with or stay in a hotel room with a non-related peer of the opposite gender, even if the relationship is not sexual. The promotion, advocacy, defense or ongoing practice of a homosexual lifestyle (including same-sex dating behaviors) is also contrary to our community values.
   3. PUBLIC DISPLAYS OF AFFECTION. Participation of inappropriate displays of affection in public areas of the campus.
   4. PORNOGRAPHY. Pornography is defined as viewing, possession, purchase, or distribution of any pornographic materials in any form (magazines, photos, CD ROM, games, computer games, Web sites, etc.). Computing Services has a complete policy available for the appropriate use of the Internet and the University's computers, www.uu.edu/computing/aup.htm. (Ephesians 5:1-5 *"Be imitators of God, therefore, as dearly loved children and live a life of love, just as Christ loved us and gave himself up for us as a fragrant offering and sacrifice to God. But among you there must not be even a hint of sexual immorality, or of any kind of impurity, or of greed, because these are improper for God's holy people. Nor should there be obscenity, foolish talk or coarse joking, which are out of place, but rather thanksgiving. For of this you can be sure: No immoral, impure or greedy person—such a man is an idolater—has any inheritance in the kingdom of Christ and of God."* NIV)

II. **SELF-DISCIPLINE**
   We value personal responsibility and recognize the individual's need for physical, intellectual, spiritual, social, and emotional wholeness. We value the full development of every student in terms of a confident and constructive self image, of a commitment to self-discipline, and of a responsible self-expression. (Galatians 5:22-26 *"By contrast, the fruit of the Spirit is love, joy, peace, patience, kindness, and self-control. There is no law against such things. And those who belong to Christ Jesus have crucified the flesh with its passions and desires."* NIV)
   1. ALCOHOLIC BEVERAGES. The possession, use, purchase, or distribution of alcoholic beverages is prohibited on campus. The possession of empty alcoholic beverage containers and/or drug paraphernalia on campus is also prohibited. In addition, drunkenness at off campus functions would be inconsistent with Union University values.
   2. USE OR POSSESSION OF ILLEGAL DRUGS. The purchase, possession, use, or distribution of drug paraphernalia or any substance of abuse is prohibited except under the direction of a licensed physician. A substance of abuse is any form of narcotics, hallucinogenic, sports enhancement or "street drug," and any other controlled substances as defined by law. Local law enforcement may be called.
   3. GAMBLING. To play or game for money or other valuable stakes with the hope of gaining something significant beyond the amount an individual pays.
   4. TOBACCO. Realizing that the use of tobacco is harmful to health, Union University does not allow the use of tobacco in any form inside any of its facilities. In addition, the University strongly encourages individuals to respect themselves, others and the overall community enough to abstain from all tobacco use in any location. Union University is a smoke-free campus and smoking is not permitted. Smoking cessation classes are available for those wishing to quit an addiction.

III. **ACADEMIC & PERSONAL INTEGRITY**
   We value a campus community that encourages personal growth and academic development in an atmosphere of Christian influence. We affirm the necessity of both academic and personal standards of conduct that allow students and faculty to live and study together. We value the fair and efficient administration of these standards of conduct. (Proverbs 12:22 *"The Lord detests lying lips, but he delights in men who are truthful."* NIV)
   1. ACADEMIC INTEGRITY
      Union University upholds the highest standards of honesty. Students are to refrain from the use of unauthorized aids on examinations and all graded assignments, to refuse to give or receive information on examinations and all graded assignments and to turn in only those assignments which are the result of their own efforts and research. Faculty are to accept the

responsibility for discouraging cheating. They are to make every effort to provide physical conditions which will deter cheating. They are to be aware at all times of activity in the testing area. Any student found guilty by the instructor of cheating will be subject to disciplinary action by the instructor. The instructor will file a report of the incident and the intended disciplinary action with the Program Director. If the student deems this action unfair, he/she may request a hearing before the Program Director and instructor. A written report of this hearing and decision will be retained by the Program Director. If either the student or faculty member involved deems the Program Director's action unsatisfactory, he/she may request a hearing before the academic dean. The decision of academic dean is final.

2. PERSONAL INTEGRITY. This is considered lying or committing fraud on any level.

IV. **RESPECT FOR PROPERTY AND THE ENVIRONMENT**

We value the rights and privileges of owning and using property, both personal and University, and the benefits of preservation and maintenance of property and of our natural resources. In our stewardship of property we recognize the accountability of our actions to the future Union community. (Exodus 20:15 *"You shall not steal."*; Psalm 24:1 *"The earth is the Lord's, and everything in it, the world, and all who live in it."*; Genesis 2:15 *"The Lord God took the man and put him in the Garden of Eden to work it and take care of it."*; I Cor. 4:2 *"Moreover it is required of stewards that they be found trustworthy."* NIV)

1. LITTERING. Intentionally throwing trash on the ground.
2. PROPERTY DESTRUCTION. Actions that violate this Community Value include damaging, destroying, defacing (in any way) property belonging to others or to the University.
3. UNAUTHORIZED ENTRY. This occurs when one enters into any University building, vehicle, office, gated parking lot, student room or window or onto any building without prior authorization.
4. STEALING AND POSSESSION OF STOLEN OR LOST PROPERTY. This is defined as the unauthorized taking, borrowing and/or keeping of property belonging to the University or others.
5. SETTING A FIRE AND ARSON. Deliberately lighting a fire.
6. POSSESSING FIREARMS, OR WEAPONS. This is the possession, whether open or concealed, of any weapon (including, but not limited to paintball guns, slingshots and airsoft guns) that could be used to intimidate, scare, or harm others or possession of materials used to manufacture bombs, firearms, or weapons.
7. TAMPERING WITH FIRE SAFETY EQUIPMENT/INTERCOMS/NETWORK CABINETS. Tampering with or removing emergency instruction sheets, fire alarms, fire extinguishers, exit signs, or other safety equipment puts others at risk of injury. Tampering with such equipment is strictly prohibited.
8. MISUSE OF UNIVERSITY E-MAIL/NETWORK. Students are held responsible for abiding by the computer acceptable use policy found at *uu.edu/computing/aup.htm*.

V. **RESPECT FOR COMMUNITY AUTHORITY**

We value our privileges and responsibilities as members of the University community and as citizens of the community beyond the campus. We value the community standards of conduct expressed in our system of laws and value the fair administration of those laws, including University, municipal, state and federal laws. (Romans 13:1, 2 *"Let every person be subject the governing authorities; for there is no authority except from God, and those authorities that exist have been instituted by God. Therefore whoever resists authority resists what God has appointed, and those who resist will incur judgment."* NIV)

1. BREACH OF PEACE. Breach of peace is any action which disrupts the peace or which endangers or tends to endanger the safety, health, or life of any person. It also includes the disruption of the functional processes of the University by individuals and/or organizations.
2. INSUBORDINATION. Failure to comply with a request, written or verbal, of an authorized University staff member constitutes insubordination. Failure to comply based on a difference of opinion is not an acceptable response.
3. BREAKING A CITY, STATE OR FEDERAL LAW. All students are required to abide by the laws of the local, state, national and international governments and are subject to judicial action at the hands of the University and/or law enforcement agencies. Formal charges, complaints or indictments by government entities are not prerequisite for University action under this section.