

# REGENT UNIVERSITY
## STUDENT HANDBOOK

**Effective July 1, 2021**

This handbook is provided to students and employees for their general guidance only. It does not constitute a contract; either expressed or implied and is subject to change at the University's discretion.

# TABLE OF CONTENTS

1. Preface .................................................................................................................................... 4
2. The University ....................................................................................................................... 4
   2.1. History ........................................................................................................................... 4
   2.2. Vision, Mission, and Values .......................................................................................... 4
   2.3. Christian Community and Mission ................................................................................ 5
   2.4. Statement of Faith .......................................................................................................... 9
   2.5. Principle of Integrity .................................................................................................... 10
   2.6. Executive Vice President for Student Life .................................................................. 10
   2.7. Other officers: .............................................................................................................. 10
   2.8. Deans: .......................................................................................................................... 11
   2.9. Faculty ......................................................................................................................... 11
   2.10. Questions? Who to Contact? ....................................................................................... 12
   2.11. The Regent University Community ............................................................................ 14
3. Campus Services .................................................................................................................. 16
   3.1. Introduction ................................................................................................................. 16
   3.2. Activities and Special Events ...................................................................................... 17
   3.3. Regent Bookstore & Gift Shop .................................................................................... 17
   3.4. Campus Mail ............................................................................................................... 17
   3.5. Career & Talent Management ..................................................................................... 18
   3.6. The Center for Student Happiness ............................................................................... 18
   3.7. Council of Graduate Students ...................................................................................... 19
   3.8. Counseling Services .................................................................................................... 19
   3.9. Disability Services ...................................................................................................... 19
   3.10. Facility Scheduling for Activities ................................................................................ 19
   3.11. Financial Aid ............................................................................................................... 20
   3.12. Health Center .............................................................................................................. 20
   3.13. Identification Cards and Keycards .............................................................................. 21
   3.14. International Students .................................................................................................. 21
   3.15. Intramural Sports ......................................................................................................... 21
   3.16. Lost and Found ............................................................................................................ 21
   3.17. Regent Ordinary .......................................................................................................... 21
   3.18. Residence Life (Housing): .......................................................................................... 22
   3.19. Shuttle Service ............................................................................................................ 22
   3.20. Student Emergency Fund ............................................................................................ 22
   3.21. Student Health Insurance ............................................................................................ 22
   3.22. Student Organizations ................................................................................................. 22
   3.23. Town Hall Meetings .................................................................................................... 23
   3.24. University Library ....................................................................................................... 23
   3.25. University Publicity .................................................................................................... 23
4. Spiritual Life at Regent University ..................................................................................... 23
   4.1. Introduction ................................................................................................................. 23
   4.2. Cultivate Spiritual Growth .......................................................................................... 24

    4.3. Foster Christian Community ........................................................................................... 25
    4.4. Equipping Students to Fulfill the Great Commission in Every Vocation ............................... 26
5. Standard of Personal Conduct ............................................................................................... 27
    5.1. Introduction ..................................................................................................................... 27
    5.2. University Policies Regarding Student Conduct: ................................................................ 28
    5.3. Conduct and Scholarships ................................................................................................. 34
    5.4. Disruptive or Dangerous Behavior Policy .......................................................................... 34
    5.5. Procedures: The Student Discipline Process ...................................................................... 37
6. Academic Procedures ............................................................................................................ 40
    6.1. General: ............................................................................................................................ 40
    6.2. Academic Honor Code and Disciplinary Policy .................................................................. 40
    6.3. Academic Probation and Dismissal ................................................................................... 48
    6.4. Dismissal on Grounds other than Unacceptable GPA or Conduct Problems ....................... 48
    6.5. Student Appeals and Grievances ....................................................................................... 49
    6.6. Accommodation for Disabilities ........................................................................................ 52
    6.7. Faculty Grievance Against a Student ................................................................................. 52
    6.8. Student Records Confidentiality ........................................................................................ 53
7. Safety and Security ................................................................................................................ 55
    7.1. Bicycle Registration .......................................................................................................... 56
    7.2. Bicycle Storage ................................................................................................................. 56
    7.3. Building Hours .................................................................................................................. 56
    7.4. Illness or Injury: ................................................................................................................ 57
    7.5. Missing Student Policy ..................................................................................................... 58
    7.6. Inclement Weather/Class Cancellations ............................................................................ 58
    7.7. Parking ............................................................................................................................. 58
8. General University Policies .................................................................................................... 59
    8.4. Equal Opportunity Policy: ................................................................................................. 59
    8.5. Faculty/Staff-Student Relationships .................................................................................. 59
    8.6. Freedom of Expression ..................................................................................................... 60
    8.7. Online Safety Notice. ........................................................................................................ 61
    8.8. Partisan Political Activity .................................................................................................. 61
    8.9. Sales and Solicitation ........................................................................................................ 64
    8.10. Speakers on Campus ....................................................................................................... 64
    8.11. Student Fundraising ........................................................................................................ 65
    8.12. Student Travel ................................................................................................................ 65
    8.13. University Media and External Relations ......................................................................... 67
    8.14. Vaccination Policy ........................................................................................................... 67
Appendix A: Sexual Harassment and Assault (Title IX)……………………………………………………………… 68
Appendix B Academic Dishonesty Notice .................................................................................... 78
Appendix C: Academic Dishonesty Student Appeal Form ............................................................ 79
Appendix D: Appeal or Grievance Request .................................................................................. 81
Appendix E: Drug & Alcohol Abuse Prevention Program ……………………………………………………….. 82

# 1. Preface

The *Student Handbook* is not a contract but only a statement of University policy regarding such topics as University organizational structure, student academic policies, and student life and services. This *Handbook* represents the official position of the University on any policy or procedure that it addresses. No person at the University now has, or in the past has had, the authority to make any binding promises, assurances or representations regarding students different from those defined in this *Handbook*.

Policies and procedures in this *Student Handbook* are effective immediately and are subject to change at any time. Revisions to this Handbook will be incorporated periodically. Students are responsible for checking the University website at *[Student Handbook](#)* to keep abreast of alterations and additions.

# 2. The University

 2.1. **History**
  2.1.1. Dr. M. G. "Pat" Robertson, founder of the Christian Broadcasting Network, had an inspired vision of establishing a graduate-level institution (now also undergraduate-level) that would train mature men and women for the challenge of representing Christ in their professions. In 1977, that dream materialized when CBN University was incorporated as a nonprofit educational institution in Virginia Beach, Virginia. In the fall of 1978, 77 students began classes in modest, rented facilities.
  2.1.2. By October 1989, CBN University had grown from a College of Communication and the Arts (now known as the School of Communication & the Arts) to seven professional Schools with nearly 800 students. On January 1, 1990, in recognition of this growth, the Board of Trustees, with the blessing of the Christian Broadcasting Network, unanimously voted to change the name of CBN University to Regent University. A regent is one who represents a king in his absence. For us at Regent University, a regent is one who represents Christ, our Sovereign, in whatever sphere of life s/he may be called to serve Him.
  2.1.3. The University has grown to nearly 11,000 students, offering associates, bachelors, masters, and doctoral degrees through on-campus and online programs.

 2.2. **Vision, Mission, and Values**
  2.2.1. Vision. To be the most influential, Christian, transformational university in the world.
  2.2.2. Mission. Regent University serves as a center of Christian thought and action to provide excellent education through a Biblical perspective and global context equipping Christian leaders to change the world.
  2.2.3. Values.
   2.2.3.1. Christ First. Regent University has as its focal point the teachings, practices and person of Jesus Christ, and fosters a trans-denominational environment.
   2.2.3.2. Excellence. Regent University will be recognized for its excellence in education, scholarship, service, and workplace environment.
   2.2.3.3. Leadership. Regent values authentic, servant leadership and seeks to equip leaders to have a global impact.

2.3. **Christian Community and Mission**
   2.3.1. *Key Characteristics of Regent's Christian Community and Mission*. Regent University is a private Christian university and academic community that exists to exercise and express Regent's Christian beliefs.
      2.3.1.1. Regent's Christian Beliefs. The Regent Christian community is based on Regent's Christian beliefs, which include the Statement of Faith.
      2.3.1.2. Representatives and Other Participants. Regent's Christian community is represented by all of Regent's trustees, officers, employees and student or volunteer leaders, each of whom serves Regent's mission and is an integral part of the community (each such person is described for purposes of this Statement only as a "Regent representative"). The other community participants, including Regent students, alumni, and volunteers, contribute to Regent's Christian community, but they do not represent Regent unless they are also employees or leaders. For purposes of this policy, with respect to students, a "Regent representative" is a student leader, who by virtue of his or her leadership position: (1) regularly represents Regent to outside audiences or who is seen as speaking for Regent's mission to internal audiences, (2) regularly exercise leadership in the context of distinctly Christian activities (such as student chaplain), or (3) is engaged in student government.
      2.3.1.3. Christian Exercise and Expression.
         2.3.1.3.1. *As a Community.* Regent's community is an exercise and expression of both Regent as an institution and of each Regent representative individually.
         2.3.1.3.2. *Through its Mission Based Activities.* Regent subscribes to the Christian belief that all of its activities, including the duties of every Regent representative, should express Regent's beliefs and be rendered in service to God as a form of worship. Therefore, all Regent activities further Regent's mission and are an exercise and an expression by Regent and by each Regent representative of Regent's Christian beliefs.
         2.3.1.3.3. *All Regent Employees Are Ministers.* All Regent employees, regardless of position are called to serve at the University. As such, each employee is to be anointed with oil and commissioned at a ceremony. As such, each employee is deemed a minister to our student body.
         2.3.1.3.4. *University Facilities.* The Chapel and all other Regent facilities have been built for the glory of God and dedicated to Him. They shall not be used for any purpose contrary to the Statement of Faith of Regent. Determination whether a use is contrary to the Statement of Faith shall require the spiritual determination of Regent, and shall be reserved exclusively by Regent.
   2.3.2. *Community Standards for Regent Representatives*.
      2.3.2.1. Roles and Expectations. In response to God's calling on their lives, Regent representatives exercise and express Regent's Christian beliefs by working together to advance Regent's Christian mission. Regent representatives are responsible for defining, cultivating, leading and/or representing Regent's Christian community as an expression and exercise of Regent's Christian beliefs. Accordingly, each Regent representative shall be expected to (i) model Regent's Christian beliefs for others,

        (ii) perform all of their duties as a service to God and (iii) comply with the following obligations.
- 2.3.2.1.1. *Christian Beliefs.* Each Regent representative shall affirm their agreement with Regent's Statement of Faith and other Christian beliefs and shall not subscribe to or promote any religious beliefs inconsistent with these beliefs.
- 2.3.2.1.2. *Christian Conduct Standards.* Regent representatives shall at all times (both during working and nonworking hours) endeavor to conduct themselves in a manner that affirms Biblical standards of conduct in accordance with Regent's Christian beliefs. Such conduct standards include Regent's Standards of Personal Conduct.
- 2.3.2.1.3. *Distinctly Christian Activities.* Each Regent representative shall be ready, willing and able to lead or contribute to distinctly Christian activities such as worship or prayer services.

2.3.3. ***Community Standards for Regent Students***. In furtherance of its mission and as a private Christian university and academic community, Regent educates and equips for Christian leadership students who have agreed to learn and participate in the life of the Regent community. Although students generally do not represent the Regent Christian community, they do contribute to the community and to the accomplishment of Regent's mission. Accordingly, Regent students should understand the applicable Christian community standards and must agree to certain commitments as community participants. As a private Christian university and academic community, Regent believes identity is rooted in Jesus Christ. Regent embraces Paul's proclamation in Scripture that, "There is neither Jew nor Gentile, there is neither slave nor free, there is no male and female, for you are all one in Christ Jesus." (Galatians 3:28, ESV)

    2.3.3.1. Equal Opportunity Policy for Students. Regent University does not discriminate on the basis of race, color, sex, age, national or ethnic origin, disability or veteran status in admissions, or in the administration of educational policies, scholarships, loan programs, athletics or other University administered student programs. In addition, Regent does not discriminate based on religion, except as necessary to comply with Regent's Standard of Personal Conduct and Statement of Christian Community and Mission.

        2.3.3.1.1. *Reporting Contacts.* The following employees are responsible for coordinating the University's anti-discrimination laws and requirements for students and employees in the specific areas outlined below. In the event of a report needing to be filed, please contact the designated staff member by phone and/or email which are included below. Your report will be reviewed and responded to by the appropriate contact below.

**Disability Accommodations**

| Student Contact: | Employee Contact: |
|---|---|
| Laura Ring | Patricia Brown |
| Disability Accommodations Coordinator | Director of Human Resources |

laursel@regent.edu          patrdo3@regent.edu
757-352-4797                757-352-4031

**Sexual Harassment & Assault (Title IX)**

Student Contact:            Employee Contact:
Amber Steele                Jana Nattermann
Title IX Coordinator        Assistant Director of Human Resources
asteele@regent.edu          Deputy Title IX Coordinator
757-352-4928                jnattermann@regent.edu
                            757-352-4053

**Race, Color, National or Ethnic Origin, or Veteran Status Discrimination**

Student Contact:            Employee Contact:
Amber Steele                Jana Nattermann
Title IX Coordinator        Assistant Director of Human Resources
asteele@regent.edu          Deputy Title IX Coordinator
757-352-4928                jnattermann@regent.edu
                            757-352-4053

      2.3.3.1.2. *Inquiries*. Inquiries concerning Title IX may also be referred to the Office for Civil Rights' (OCR) Assistant Secretary using the following contact information:

            Washington DC (Metro)
            Office for Civil Rights
            U.S. Department of Education
            400 Maryland Avenue, SW
            Washington, D.C. 20202-1475
            Telephone 202-453-6020
            FAX: 202-453-6021; TDD: 800-877-8339
            Email: OCR.DC@ed.gov

    2.3.3.2. Preferences. To further Regent's mission of equipping Christian leaders and to support student contributions to Regent's Christian community (including student leadership and employment positions), Regent may give preference to students who subscribe to Regent's Statement of Faith in admissions, and in the administration of educational policies, scholarships, loan programs, athletics or other University administered student programs.

    2.3.3.3. Christ-Centered Education. All students must acknowledge that Regent is a Christian community and must agree to receive an education in accordance with Regent's mission, Statement of Faith, and community standards, including Christian

        standards of personal conduct. Students in the School of Divinity in the following programs shall subscribe in writing to the Statement of Faith: Master of Arts in Practical Theology, Master of Divinity, Doctor of Ministry, and students seeking the Military Chaplain certificate.

    2.3.3.4. Christian Standards of Personal Conduct. All students must abide by Biblical standards of personal conduct as set forth in the Student Handbook.

    2.3.3.5. Student Leaders and Employees. Only students who subscribe to Regent's Statement of Faith are eligible for employment or leadership positions at Regent.

2.3.4. *Additional Christian Community Standards.*

    2.3.4.1. Alumni, Volunteers and Contract Workers. Alumni, volunteers and contract workers are not considered to be representatives of Regent's Christian community unless they are serving in leadership positions. Nevertheless, when such persons serve with Regent, they shall be required to acknowledge that they understand and agree to support Regent's mission and values. Regent reserves the right to give preference for such service to alumni, volunteers and contract workers who share Regent's Christian beliefs.

    2.3.4.2. Current Trends. In response to current cultural and legal trends, Regent has determined to articulate more specifically its Christian beliefs and associated community standards on the following subjects.

        2.3.4.2.1. *Marriage.* Regent subscribes to the Christian belief that God has instituted marriage as a covenant relationship between one man and one woman. Regent shall recognize only such marriages for all policies and programs in the Regent Christian community.

        2.3.4.2.2. *Sexual Conduct.* Regent University fully accepts the teachings of the traditional Biblical view with regard to the goodness of our sexuality, the importance of chastity, and the place of heterosexual marriage as God's intended context for complete sexual expression to occur (Gen. 2:21-24). Husbands and wives are called to exclusive sexual fidelity to one another and single persons are called to abstinence. Sexual misconduct that is prohibited includes disorderly conduct or lewd, indecent, or obscene conduct or expression, involvement with pornography, premarital sex, adultery, homosexual conduct or any other conduct that violates Biblical standards.

        2.3.4.2.3. *Abortion.* Regent affirms the Christian belief that all individuals are created by God in His image. Regent accordingly believes as a matter of Christian conviction that no procedures should be performed or medicines taken to terminate a pregnancy and take the life of an unborn child (such procedures are referred to herein as abortions), except in extraordinary circumstances where other Biblical, moral principles prevail, such as where medically necessary to preserve the life of the mother. Regent's beliefs also prohibit paying for or otherwise facilitating such procedures.

        As dictated by these beliefs, Regent as an institution shall not fund abortions in any manner, including through a health care benefit plan that covers drugs used to induce abortions, except in the foregoing extraordinary

circumstances. In addition, Regent shall not participate through its health care benefit plan in a program that uses the plan as a means for providing drugs used to induce abortions.

Any requirement to facilitate abortions by offering such coverage or participating in such a program, and any penalty for failing to offer such coverage or participate in such a program, would directly and substantially burden and undermine Regent's exercise and expression of its Christian beliefs.

2.3.4.2.4. *Religious Activities.* Regent engages solely in activities that further its Christian mission. In addition, Regent believes that, because all knowledge comes from God, the learning process in all subjects can and should be one of spiritual growth. Therefore, Regent considers its instructional activities in all subjects to be a form of religious worship.

Regent distinguishes between exclusively religious activities and integrated religious activities. Exclusively religious activities include courses in Regent's theology and other seminary training (i.e., pervasively sectarian instruction), as well as devotional worship services such as chapel services conducted by Regent.

Integrated religious activities include courses in subjects taught by public and other nonreligious institutions (i.e., "secular" subjects). Such activities also include student activities (such as athletics and clubs) similar to those conducted at public and other nonreligious institutions. Regent teaches "secular" subjects according to academic standards applicable to all accredited institutions. In addition, Regent teaches its Christian viewpoints on such subjects as applicable and encourages supplemental instructional activities to foster spiritual growth, such as prayer. Regent shall not agree to any limitations on its integrated religious activities.

2.3.4.3. Implementation. To the extent the President determines necessary or advisable to further Regent's mission or to cultivate Regent's Christian community, the President may establish additional standards based on Regent's Christian beliefs for the activities and programs conducted within the community or for Regent representatives or other community participants.
(Board of Trustees, Approved October 2013)

2.4. **Statement of Faith**
  2.4.1. *Regent University is a Christ-centered institution.* The Board of Trustees, along with the faculty, staff and students of the University, are committed to an evangelical interpretation and application of the Christian faith. The campus community is closely identified with the present-day renewal movement, which emphasizes the gifts, fruit, and ministries of the Holy Spirit. All employees are expected to understand and adhere to the following articles of belief:

- 2.4.1.1. That the Holy Bible is the inspired, infallible and authoritative source of Christian doctrine and precept.
- 2.4.1.2. That there is one God, eternally existent in three persons: Father, Son and Holy Spirit.
- 2.4.1.3. That man was created in the image of God but, as a result of sin, is lost and powerless to save himself.
- 2.4.1.4. That the only hope for man is to believe on the Lord Jesus Christ, the virgin-born son of God, who died to take upon Himself the punishment for the sin of mankind, and who rose from the dead so that by receiving Him as Savior and Lord, man is redeemed by His blood.
- 2.4.1.5. That Jesus Christ will personally return to earth in power and glory.
- 2.4.1.6. That the Holy Spirit indwells those who receive Christ for the purpose of enabling them to live righteous and holy lives.
- 2.4.1.7. That the Church is the Body of Christ and is composed of all those who through belief in Christ have been spiritually regenerated by the indwelling Holy Spirit. The mission of the Church is worldwide evangelization and the nurturing and discipling of Christians. (Board of Trustees, Resolution #3, September 25, 1977)

2.5. **Principle of Integrity**
- 2.5.1. Regent University certifies that the institution is committed to the principle of integrity in all its dealings, both internal and external, including its relationship to the Commission on Colleges of the Southern Association of Colleges and Schools. Regent University's commitment to integrity is an underlying principle that is reflected in all aspects of the University. The University provides accurate information to the public regarding college activities. Inaccurate information is never knowingly disseminated, either on campus or off campus. The University maintains open communication with, and provides timely information to the Commission on Colleges. Integrity is a seminal value that guides all University actions, decisions, and programs, including its relationship with students, faculty, staff and the Commission.

2.6. **Executive Vice President for Student Life**
- 2.6.1. The Executive Vice President for Student Life oversees all student affairs programs and related departments at the University, including University Athletics.
- 2.6.2. The Executive Vice President for Student Life, with support from the Associate Vice President for Student Life, oversees offices providing co-curricular services to students which include, but are not limited to, the following: Student Activities and Leadership, Campus Ministries, Residence Life, Counseling & Disability Services, Title IX Coordinator, Center for Student Happiness, Dining Services, the University Gift Shop, online bookstore, University Health Center, and the Shuttle Service.
- 2.6.3. The Executive Vice President for Student Life promotes and leads in the development of strategies for student success and retention.

2.7. **Other officers:** Other officers at the University include the Executive Vice President for Academic Affairs, Senior Vice President and General Counsel, Vice President for Marketing