ACADEMICS     ADMISSIONS     ABOUT     ATHLETICS     GIVING

Contact Us

These several communities lead to a George Fox University lifestyle statement that has some variations reflecting differences among us.

## Lifestyle Standards and Values for the George Fox University Community

As a community we encourage and teach our members to follow Jesus Christ and be collaborators in God's work in the world. We urge each member to become the kind of person and live the kind of life that Jesus taught and modeled. We believe such a life is described by the "fruit of the Spirit" as listed in Galatians 5:22-23. These fruits include love, joy, peace, patience, kindness, gentleness, goodness, faithfulness, and self-control.

We believe the Bible teaches that all persons are created in God's image and that God actively seeks renewed relationships with every individual. We are bound therefore to regard each person with love and respect (Romans 12:9-21, 1 Corinthians 13, Ephesians 4:32). So we avoid discrimination, abusive or manipulative actions, and gossip or mean-spirited behaviors. We seek actively to honor each person, loving and serving one another as Jesus taught us.

Our lifestyle excludes immoral practices and calls us to transformed living as we "offer [our] bodies as living sacrifices" to God (Romans 12:1-2). In regard to sexual morality, we believe that only marriage between a man and a woman is God's intention for the joyful fulfillment of sexual intimacy. This should always be in the context of mutual compassion, love, and fidelity. Sexual behaviors outside of this context are inconsistent with God's teaching. We recognize these principles may conflict with the practice or opinion of some within the larger culture. We are convinced that this is God's design for providing the most loving guidance and practice for individuals and our community.

For a community to be successful its members must live with integrity. This includes doing honest academic work, telling each other the truth, keeping our promises, and living so our actions match our words (James 1:22-25).

The university is eager for each member of the community to grow spiritually (Hebrews 10:24-25). We encourage involvement in activities designed to nurture spiritual growth. This includes Bible study, small prayer groups, service opportunities, and chapel attendance. The university encourages all members of the community to maintain personal practices of discipleship and to participate in a local church.