

## Student Policies & Procedures

# Statement on Human Sexuality

Baylor University welcomes all students into a safe and supportive environment in which to discuss and learn about a variety of issues, including those of human sexuality. The University affirms the biblical understanding of sexuality as a gift from God. Christian churches across the ages and around the world have affirmed purity in singleness and fidelity in marriage between a man and a woman as the biblical norm. Temptations to deviate from this norm include both heterosexual sex outside of marriage and homosexual behavior. It is thus expected that Baylor students will not participate in advocacy groups which promote understandings of sexuality that are contrary to biblical teaching.

The University encourages students struggling with these issues to avail themselves of opportunities for serious, confidential discussion, and support through the Spiritual Life Office (254)-710-3517 or through the Baylor University Counseling Center (254)-710-2467.

*11/18/02, 3/25/04, 1-29-09; 10-2-09*

Copyright © Baylor® University. All rights reserved. Legal Disclosures.
Baylor University ▪ Waco, Texas 76798 ▪ 1-800-229-5678

Updated: May 15, 2015

# Sexual Conduct
# BU-PP 031

**Policy:**
Baylor will be guided by the biblical understanding that human sexuality is a gift from God and that physical sexual intimacy is to be expressed in the context of marital fidelity.  Thus, it is expected that Baylor students, faculty and staff will engage in behaviors consistent with this understanding of human sexuality.

**Topics:**
Application

**Additional information:**
None

**Contact:**
Human Resource Services Office (x2219)

---

**Application—**
This policy will be interpreted by the University in a manner consistent with the Baptist Faith and Message of 1963.

Under no circumstances may this policy be construed to waive any of the rights granted to Baylor University under the exemption issued to the University on September 26, 1985, by the U.S. Department of Education covering certain regulations under Title IX of the Education Amendments of 1972 or under the religious exemption Section 702 Title VII of the Civil Rights Act of 1964.