

2 0 2 1

# STUDENT
# HANDBOOK

2 0 2 2



BOB JONES
UNIVERSITY

LEARN. LOVE. LEAD.

# Foreword

## A Letter from President Pettit

Welcome to Bob Jones University! I want to extend a special welcome to our new students. I am glad you are here and have made BJU your college choice. To returning students, welcome back — it has been a long summer without you here on campus.

Our desire at BJU is to provide an unparalleled student experience centered on biblical thinking, engaged learning and life mentoring that prepares you for all aspects of life beyond college. Our faculty are committed to providing you with a world-class education and coming alongside to encourage you spiritually, socially and academically. I hope you take advantage of opportunities to spend time with them — in places like the dining common, The Den or the field house. You will be glad you did.

The value of your college experience at BJU extends far beyond the classroom. You will enjoy an abundance of fine arts, ministry, academic-related and recreational opportunities, which will expand your interests and make your education unique and beneficial to you in a myriad of ways.

I also believe you will enjoy BJU's location. Upstate South Carolina provides many great opportunities for shopping and recreation — from our unique downtown to the natural beauty of God's creation at Falls Park on the Reedy River and the surrounding mountains.

This handbook serves as your guidebook while you are a student. As you read it, you will see many guidelines are rooted in biblical commands and principles for daily living. Others are included to help thousands of students, faculty and staff study and work together effectively and efficiently on campus each day.

We look forward to a great year ahead. Our primary goal is to help you grow as young adults to better serve Jesus Christ. Please let me, or any member of the faculty or staff, know if we may assist you in any way. We are here for you.

Steve Pettit
*President*

# A Letter from Your Student Leadership Council Presidents

Welcome back, Bruin Nation!

The past few months have presented each of us with distinct challenges, but it has been very encouraging to see many of you rise above limitations and continue investing in the lives of those around you. Whether it has been through camp experiences, missions trips, internships or even working back home, you have each played a significant role in what God has been doing all around the world. It is amazing to see God's plan unfolding, and we can rest knowing that He is expanding His kingdom through this time of uncertainty. Now, after a summer apart, we are excited to see God work in new ways on campus.

To all of the students who are attending college here for the first time, we are very excited to welcome you to Bruin Nation! As you will continue to find out, BJU is an incredibly unique place that offers many opportunities for spiritual, academic and personal growth. However, your approach will determine your experience. If you come in with a negative outlook, you will miss out on all of the ways that God can grow and use you! Stay excited. Stay positive. But most importantly, stay faithful in your time with the Lord. As you allow Him to work in your heart, you are going to grow in ways that you never thought possible! You are the future student leaders of this University, and we anticipate God doing great things through each and every one of you.

To those returning to campus, we are thrilled to have you back! As we reflect on this past school year, life at BJU was very different for all of us. Many changes were made that affected how things were done here on campus, but it was very neat to see how we came together as a student body to learn and glorify God. This coming year will present its own challenges, but we are excited to see how God is going to work again! We all have a special place at BJU, and it is incredible to see how God is preparing us to serve in our various career paths. We are praying for each of you as you prepare for your future career, and it is our desire that you will fall deeper in love with our Savior. The academic knowledge that you gain here will undoubtedly equip you for the workplace, but your spiritual growth and love for the Lord will impact every aspect of your life. There is nothing more rewarding than a life of service to the One who created us.

As we begin this new year at Bob Jones University, challenges will arise. This world and our circumstances are unstable, but as believers, we can find true stability in our faithful God. During your time on campus, we encourage you to remain faithful in what God has called you to do: bringing glory to His name while being a student at BJU. Do not take for granted the privileges that God has given us. He has allowed us to be at a University with students and faculty

who love Him; He has placed us in a country where we can worship Him freely; and He has granted us opportunities to serve those around us. As you invest in your classes, in your on-campus responsibilities, in work and whatever else you are involved in, keep the big picture in mind. As we strive to glorify the One who saved us, we must do it in a way that reflects Christ. So, reach out to the people around you – whether in classes, at work, or even in the community – and point them to the overwhelming goodness of our God and the renewing power of the Gospel.

We are praying for you as a student body, and we are privileged to serve alongside you.

Daraven Perez and Ellie Weier
*SLC Student Body Presidents*

# Table of Contents

**Foreword**..............................................................................................................**2**
    A Letter from President Pettit ........................................................................ 2
    A Letter from Your Student Leadership Council Presidents ......................... 3

**Introduction** ......................................................................................................**6**
    A Brief History ............................................................................................... 6
    Components of Student Development.............................................................. 8

**Student Policies** ...............................................................................................**10**
    Core Principles ............................................................................................. 10
    Christian Community ................................................................................... 12
    Academic Life ............................................................................................... 17
    Non-Class Required Events ......................................................................... 24
    Social Life ..................................................................................................... 26
    Entertainment, Music and Technology........................................................ 29
    Student Attire Policy .................................................................................... 34
    General Campus Responsibilities ................................................................ 38
    Residence Hall Life ...................................................................................... 42
    Disciplinary System ..................................................................................... 46

**Student Rights & Resources** ..........................................................................**54**
    Notice of Nondiscrimination ....................................................................... 54
    General Student Rights................................................................................. 55
    Grievance Procedures................................................................................... 56
    Academic Assistance .................................................................................... 59
    Other Types of Aid ....................................................................................... 60

**Appendix A – Sanctity of Life** .......................................................................**62**
    God values human life at its beginning........................................................ 62
    God values human life at its end. ................................................................. 63
    God values human life in the humanity of His Son. ................................... 64
    Applications.................................................................................................. 64

**Appendix B - Position on Marriage and Human Sexuality** .....................**66**
    Definition of Marriage.................................................................................. 66
    Basis of Authority for the Definition............................................................ 66
    Context for Human Sexuality....................................................................... 67
    Statement about Gender Identity................................................................. 67
    Expectations of BJU Employees and Students ............................................ 67
    Posture toward Those Who Disagree with Us.............................................. 68

**Appendix C – Biblical Approach to Evaluating**
**Objectionable Elements in Entertainment** ...............................................**69**

**Appendix D – University Trips** .......................................................................**71**
    Conventions, Contests and Trips Away from Campus .................................71

**Bob Jones University Student Covenant**.......................................................**73**

# Introduction

## A Brief History

Evangelist Bob Jones Sr. founded Bob Jones College in 1927 after his travels across the United States convinced him that Christian students were losing their faith at secular colleges. He had a vision for a college distinguished by academic excellence, refined standards of behavior and opportunities to appreciate the arts — and at the same time, a place where Christ would be the center of all thought and conduct.

Beginning with 88 students in College Point, Florida, the college offered degrees in Bible, music and speech. Students participated in activities such as literary societies, sports, weekly Vespers and the Classic Players — but the highlight of each day was the chapel service.

Although the college survived the initial years of the Great Depression, a lack of funds forced a move in 1933 to Cleveland, Tennessee, where the college established additional academic programs and a work scholarship program to help students pay their expenses. After World War II, the GI Bill helped double the size of the student body, requiring another relocation to larger facilities.

In 1946 construction began on the 210-acre campus in Greenville, South Carolina. The first 2,500 students arrived the following year. Concurrently, with the addition of six academic colleges, Bob Jones College became Bob Jones University, and the Board of Trustees elected Bob Jones Jr. president. The move to Greenville provided the space and finances for BJU to start its own radio station, a Christian film studio and the Museum & Gallery.

In 1971 Bob Jones III assumed the responsibilities of president. Under his leadership, additional academic programs were offered. In 1973 the 7,000-seat Founder's Memorial Amphitorium was completed. In 1974 BJU Press was founded to provide educational materials with a biblical worldview for precollege schools and home-schooling families.

In the 1980s BJU's new outreaches included summer mission teams for students, the support of church planting ministries and the creation of the WORLD Fund to assist international students who return to minister in their home countries.

In the 1990s BJU launched BJ LINC and BJ HomeSat satellite programs, constructed the Bob Jones Jr. Memorial Seminary and Evangelism Center, and began Living Gallery, a presentation of the Gospel through music, drama and live works of art.

In the 2000s major improvements were made to the campus, including the construction of the Davis Field House and the redesign of the main entrance. In 2004 BJU began the process of becoming an accredited member of the Transnational Association of Christian Colleges and Schools. The University achieved full accreditation during the tenure of Stephen Jones, who was installed as president in 2005. In 2017 the Southern Association of Colleges and Schools Commission on Colleges granted Bob Jones University regional accreditation.

In 2012 BJU reinstated intercollegiate athletics, competing as a Division II school in the National Christian College Athletics Association (NCCAA) and is now also a provisional member of the NCCA DIII. University teams compete in soccer, basketball, cross-country, track and field, women's volleyball, golf and baseball.

Evangelist Steve Pettit became president in 2014. He has focused on enhancing the student life and discipleship experience. He has also led in the addition of academic programs and other growth-driving initiatives; the application for regional accreditation; the addition of the School for Continuing, Online and Professional Education and the School of Health Professions; the securing of tax exemption; the expansion of intercollegiate sports and increased University and student involvement in the community.

What was once a college of 88 students and three majors is now a university with 2,500 resident students — from 49 states and 46 countries — and over 100 undergraduate and graduate programs. BJU has long had a reputation for challenging academics, as evidenced by graduates' success. For example, BJU graduates' medical school acceptance rates average from 80 to 100%, double the national average. Last year nursing graduates earned a 93% pass rate on the NCLEX-RN exam and engineering students a 90% pass rate on the national Foundations of Engineering exam.

Opportunities for students include choirs and instrumental groups, a student newspaper, student radio and television stations, a community service council, a student leadership council and intramural athletic competition in a number of sports. Every year BJU continues its tradition of producing high-quality Shakespearean plays, operas and other fine arts events.

BJU maintains a vibrant chapel program. Each semester two different themes are covered — a discipleship theme and a doctrinal theme. Students also take 15 credits in Bible during their college experience. Many students participate regularly in outreach ministries and community projects.

BJU offers students a total student experience package known as the BJU Premium — learning and living experiences focused on student success and rooted in our Christian liberal arts mission and our cultural emphasis and relevant to current ministry and workplace opportunities. BJU is also committed to an education designed to inspire a lifelong pursuit of learning, loving and leading.

# Components of Student Development

Bob Jones University exists to provide a liberal arts education with a thoroughly biblical worldview that inspires students to develop lifelong habits of pursuing learning, loving and leading.

Our shared authority is the Bible, God's inspired and sufficient Word (2 Tim. 3:14–17; 2 Pet. 1:19–21). Because God inspired the Bible, it contains no errors and can be trusted to provide infallible guidance (John 10:35). Consequently, we submit ourselves to the Bible's instruction (Ps. 119:4), including its directions for living together in a Christian community. Therefore, our vision for student development is Word centered. It can be summarized in three words: grace, structure and virtue.

## Grace

Discipleship is the biblical process of maturing believers into Christlike servants. Christ-centered discipleship is impossible without grasping the scriptural process of sanctification. The believer's responsibility to be conformed to the image of Jesus Christ is found in the Bible's commands. Enablement to be transformed into that image is found in God's provision of grace — dynamic power to do God's will.

God graciously orchestrates this growth through "ordinary" means. The heart of discipleship is helping one another grow in the grace and knowledge of our Savior through His Word (Acts 20:32; Rom. 15:4), prayer (Eph. 6:18; Heb. 4:16) and actively participating in the life of the church (Eph. 4:15–16, 29; Heb. 10:24–25). Therefore, we aim to be a community saturated in Christ's redeeming grace to walk worthy of our calling (Eph. 4:1).

## Structure

In addition to a pervasive acknowledgment of dependence on God's grace, our educational approach has an intentional structure. Through curricular, cocurricular and extracurricular programs, we attempt to cultivate a way of life that challenges potential and points our students toward following Christ. Life skills and positive habits are nurtured through high expectations. Our primary motivation is not mere compliance with regulations but ultimately long-term spiritual success.

Part of what distinguishes our educational philosophy is lovingly holding one another accountable to fulfill our responsibilities in dependence on God. Accountability is intended to be a form of encouragement and support to obedience. Faculty and staff are involved in students' lives, and students are involved in each other's lives. The campus community pledges to help each other grow and hold each other accountable with the goal of encouraging the spiritual success of every individual on campus.

## Virtue

Structure and discipline provide protection, direction and accountability — but are not themselves the point. Our goal is student development, including intellectual, social and spiritual growth.

Christian virtue provides a portrait of this growth toward the likeness of Christ — His knowledge, values and character. The virtues we seek to develop are shaped first by Scripture and in many ways are distinctive in our contemporary context. These virtues necessarily develop in tandem, not isolation, and do so for the glory of God, the good of others and the flourishing of an individual life. They can be summarized as godliness, love, humility, integrity, diligence, purity and patience.

To summarize, we are committed to obeying our heavenly Father in response to the death and resurrection of His Son in the power of His Spirit. We affirm this commitment, recognizing that our flesh is weak and that we will often need the cleansing and forgiveness that God promises to those who confess their sins and repent (1 John 1:9). We strive to obey, not with slavish fear of a vindictive Master but with joy in the God who loved us first (1 John 4:19). Because He died for us in love, we are compelled to live for Him (2 Cor. 5:14–15).

# Student Policies

Accomplishing the educational mission of BJU requires an edifying campus atmosphere and an environment that promotes spiritual growth. Our code of conduct cannot produce Christlikeness; however, it reflects what Scripture describes as wise and virtuous and what helps mature a Christian for faithful service.

## Core Principles

### Personal Discipline

The structure at BJU encourages personal discipline. Reflecting Christ demands Spirit-empowered moderation and discipline (Gal. 5:23). No pursuit is more worthwhile than conditioning oneself for eternity (1 Cor. 9:24–27; 1 Tim. 4:7–8). This self-control entails submitting our impulses (e.g., anger) and fleshly habits (e.g., laziness) to the renewing influence of God's Spirit.

Self-discipline also includes stewardship. In other words, reflecting Christ involves wisely using the time, talents and material possessions God gives us to His glory (Prov. 3:9).

Other evidences of self-discipline, such as punctuality, cleanliness and preparedness, are also important qualities. But Christian virtue extends well beyond initiative and responsibility. Christlikeness relates to God and others. Therefore, built on top of the need for personal discipline are several other principles that shape expectations for our educational community: loving respect, integrity and purity.

### Loving Respect

A Christian university such as BJU provides a unique setting in which to live out the blood-bought unity we enjoy in Christ. Successful community life requires a spirit of mutual humility, love and consideration.

#### Respect for Each Other

Scripture commands us to esteem others as more significant than ourselves (Phil. 2:3). Therefore, we obey God by showing sacrificial consideration for the well-being of those around us regardless of appearance, age, ethnicity, gender, ability or spiritual maturity.

This respect includes speaking the truth in love, which is not optional for believers (James 5:12). Believers converse in ways that build up instead of tear down, including wholesome language that avoids profanity and euphemisms (Eph. 4:29; 5:4).

Furthermore, BJU is committed to maintaining a living, learning and working environment free of bullying. Bullying is generally defined as the act of one or more individuals intimidating one or more persons through verbal, physical, mental or written interactions. Bullying can take many forms and occur in virtually any setting, including verbal, physical, relational, and electronic through email, internet, or mobile phones.

In addition, bullying on the basis of race, color, age, sex, national or ethnic origin, protected disability or veteran status, and for married students, medical needs arising from pregnancy, childbirth, or related medical condition may also be a violation of the  BJU Discrimination and Harassment Policy.

### Respect for Authority

Reflecting Christ entails walking in humility and choosing to submit to others (1 Pet. 5:5). God's written authority, the Bible, teaches that He also exercises authority through several kinds of human leadership. The primary biblical authority structures are the family (Eph. 5:22–33; Deut. 6:7–9), government (Rom. 13:1–7) and church (Acts 20:28; Heb. 13:7, 17).

At BJU we commit ourselves to obey the God-given authorities in our lives (Heb. 13:7, 17). We honor the regulations that pertain to us as an American institution of higher education. Furthermore, BJU supports the discipleship efforts of Bible-believing churches and Christian families, in part through providing a structured environment that promotes biblical Christian living. A student accepts BJU's authority voluntarily by signing the student covenant and indicating his or her intent to contribute to an edifying environment with a cooperative spirit and to abide by the University's policies.

### Respect for the Orthodox Beliefs of Others

The BJU Creed highlights the fundamentals of the faith. Based on these essentials, we strive to maintain unity among the student body. In the interest of this unity and in love and respect for each other, there is to be no proselytizing based on theological interpretations, such as Calvinism and Arminianism.

### Respect for God

Ultimately, our reverence belongs to the Lord. Therefore, sacrilegious behavior of any kind — including T-shirt slogans, music, etc., that show disrespect or irreverence toward God or His Word — is inappropriate at BJU.

# Integrity

Another key principle in both this environment and all others is integrity. The need for integrity is rooted in one of God's core attributes — His trustworthiness (Exod. 34:6–7). The Lord is faithful in all His works (Ps. 111:7). Integrity at BJU includes principled, Spirit-enabled choices instead of deceitful, selfish behavior

such as dishonesty, theft and cheating. Furthermore, because God expects us to practice justice (Micah 6:8), we value truthful relationships and ethical processes.

## Purity

Reflecting Christ also means displaying God's distinctive character in grateful response to Christ's costly redemption (1 Pet. 1:15–19). Holiness entails separation from the godless "world" system (1 John 2:15–17; Ezra 6:21) by discerning where one's culture reflects evil values. By living holy, separated lives, we publicly proclaim that only He is worth loving and following.

One of the primary ways we pursue holiness is through moral purity. In calling us to purity, God forbids viewing sexuality as a means of exploiting others (1 Thess. 4:1–8). This means honoring God's design for sex, celebrating and practicing it only within the marriage relationship between one man and one woman for a lifetime. Since what we do springs from how we think (Mark 7:20–23), this commitment also means controlling what one allows him or herself to view and read (Matt. 5:27–30) and petitioning God's Spirit to purify one's thoughts, motives and actions.

Finally, in order not to fit in comfortably with the world and to subject ourselves to the Holy Spirit's control instead of substances, our commitment to purity extends to a prohibition against the use of alcohol and illegal drugs, the abuse of prescription drugs or smoking, vaping or tobacco.

# Christian Community

## Chapel/Discipleship Group/Society

Chapel provides an opportunity to receive exhortation from God's Word and is, therefore, the highlight of our daily schedule. Chapel typically meets in FMA on Mondays, Tuesdays and Wednesdays. Discipleship groups meet on Thursdays and societies meet on Fridays. Each student is expected to bring a Bible, to be attentive and to help others be attentive. Except for accessing a digital Bible or taking notes, using electronic devices is not appropriate. To avoid distraction, students are to keep personal spill-proof containers stowed in their backpacks and are not to bring disposable bottles and cups into FMA. (This drink policy also applies to Rodeheaver Auditorium and War Memorial Chapel.)

### Attendance Policies

Students are to attend chapel/their designated discipleship group/society Monday through Friday. Students are to bring their ID card to record their attendance at chapel, discipleship group meetings, society meetings and other required events.

## Exemptions

A student who has no classes on a particular weekday may apply for a perma-nent exemption to miss in order to work.

If a student has no classes between 9:15 a.m. and 1:30 p.m. on a particular weekday, he or she may apply for a permanent exemption to miss chapel/discipleship group/society one day a week to work off campus if he or she is at-tending chapel/discipleship group/society on the other four days of the week. A student may not combine this exemption with other chapel/discipleship group/society exemptions (e.g., for work, practicums or internships).

A student is eligible for two limited chapel/discipleship group/society absences per semester for uncommon reasons such as job interviews, doctor appoint-ments and service opportunities (not, for example, studying, sleeping or extra work hours).

Absences because of out-of-town travel or illness will be excused; however, if a student is able to attend classes, he or she will also be expected to attend chapel/discipleship group/society. Students who are too ill to attend chapel/disciple-ship group/society should notify the Student Life office or their residence hall supervisor ahead of time, if at all possible.

A student on campus during the chapel hour is expected to attend chapel/dis-cipleship group/society, even if he or she has an exemption or is not normally required to attend that day.

For more information regarding securing permission to miss non-class re-quired events such as chapel, see page 24.

## Day Students

Day students taking 12 credits or more attend chapel/discipleship group/society daily, except days on which they have no classes.

For days on which a day student has no scheduled classes (or whose only class is at 7 a.m. or after 5 p.m.), he or she may apply for a permanent exemption to miss chapel/discipleship group/society in order to avoid having to travel to campus. If a student's classes are all canceled on a specific day, he or she may miss chapel/discipleship group/society after submitting an exemption for that day.

Day students taking seven to 11 credits attend chapel/discipleship group/soci-ety two days a week. Part-time students are to submit a recurring exemption at the beginning of the semester to reflect their chapel/discipleship group/society attendance plans.

Students with no campus responsibilities (NCR) do not have chapel/disciple-ship group/society attendance requirements.

### Society Membership

Undergraduate students join and maintain membership in a society. Students who are married or are 23 years old may request to opt out of society membership at the Registrar's Office. Day students who have opted out of society membership are still to attend a Thursday discipleship group specifically for students who have opted out, but (with an approved [exemption](#)) are not required to attend society events on Friday at 11 a.m. Part-time students (with an approved [exemption](#)) and students with no campus responsibilities are not required to attend society meetings, provided they are not a society officer. (Part-time and NCR students may attend their own society's meetings if they desire.)

## Discipleship Group

At 10:30 p.m. Monday and 11:00 a.m. Thursday, all residence hall students gather in discipleship groups for spiritual exhortation and prayer. If there is a special need for extra rest, the student is to check with his or her residence hall supervisor or mentor before going to bed early and missing a group meeting. Day students must attend the 11:00 a.m. Thursday discipleship group meeting.

## Church Participation

BJU is an orthodox, historic fundamentalist, nondenominational Christian liberal arts university that teaches and promotes a biblically conservative philosophy of ministry and worship on our campus. The New Testament presentation of a maturing believer includes commitment to a local congregation of believers covenanted together around the study of the Word of God and the proclamation of the Gospel (Matt. 26:26–29; 28:18–20; Eph. 4:1–6). Faithful attendance of a local church community is not only essential as a core value of a BJU education, it is essential for a lifetime of spiritual growth through providing opportunities for fellowship, learning and service.

Students should worship and serve at a church which holds doctrinal beliefs and theological positions aligned with Scripture and reflected in [the doctrinal beliefs](#), theological positions and spiritual values of BJU.

### Church Selection

In the maturing process of every young adult, there is a process of transferring responsibility. There are certain key decisions where this transfer must be very tangible and requires conversation. Choosing a local church during a student's collegiate years is one of them. We believe this is such an important decision that we ask every first-year student at BJU to have their parents participate in and validate their church choice. At the end of their first semester, students and their parents will inform the Student Life office of their church choice using the [local church selection guide](#). Because a large percentage of our students come from independent Baptist and Bible churches that are considered to be conser-

vative or fundamental, we assist newcomers to the Greenville area in finding churches with similar philosophy and practice by providing a representative church list of regional churches that are in general alignment with our philosophy. Returning students do not require parent's validation if they are returning to a church that they have previously committed to attend via the Local Church Commitment Form.

Within a 20-mile radius of the BJU campus there are hundreds of Gospel-preaching churches. It is not possible for the University to have a complete understanding of all of these churches, and therefore it is not practical for us to attempt to put them all on one list. For example, there may be churches with denominational affiliations that have a biblical philosophy of ministry and worship that are not on the representative church list. There are also some churches where there are practical differences with the campus practice of BJU. Therefore, we want to ensure that parents are aware of these differences, so we ask for parental affirmation of the church choice in these cases. Students simply submit the Local Church Commitment Form to register the church they are attending. Any student making a church change that is not on the representative list is required to submit a new Church Review Request Form.

Students may not attend churches that are in clear conflict with the philosophical position of BJU because of major doctrinal/theological differences (e.g., liberal theology or an attractional worship model).

For a fuller explanation of BJU's philosophical position, read our foundational philosophy documents.

## Church Attendance

It is our hope that students will not merely attend a church but will become active participants in the body life of a local church that they attach themselves to. To assist in that process, students are expected to attend all the Sunday morning activities of the local church that they have chosen to attend, plus an additional worship service, midweek prayer meeting or small group as their church offers them. A student may have up to four absences from weekly attendance requirements each semester for illness or travel. (Students who serve in Sunday morning nursing home ministries may consider that ministry equivalent to participating in their churches' Sunday morning service.)

Students will weekly record church attendance online. Intentional absences from local church worship will be addressed directly as an absence from a required event and corrected. Ultimately, students who show a pattern of disregard for local church attendance may be asked not to return for the following semester.

## The Lord's Day

Sunday is a day when New Testament believers gather for corporate worship as a commemoration and celebration of the resurrection. It is a day to honor the Lord by gathering with His people for worship and fellowship. Our weekday

campus schedule is intentionally adjusted to encourage involvement in worship, spiritual growth, ministry and fellowship. The University does not schedule classes on Sundays and limits other types of scheduled activities. The Activity Center and ballfields remain open from noon to curfew (p. 26) to provide opportunities for social interaction, fellowship and physical refreshment.

# Outreach Ministries

Reflecting Christ involves fulfilling the Great Commission (Matt. 28:18–20) — ministering to a person's greatest need by telling him or her the good news of a Savior in the power of the Spirit (Mark 10:21; Acts 1:8). Therefore, we embrace God's call to proclaim the Gospel of Jesus Christ.

## Affiliations

Because BJU is a fundamental Christian institution and serves the needs of partner churches and ministries, do not obligate yourself to any service or ministry without knowing its affiliations. If you have questions about an organization, discuss them with the director of the Center for Global Opportunities.

## Children's Ministries

Be careful to be above reproach in all interactions with children. All events with children should be held in public view or in a well-supervised location. At no time should any student be alone with a child, and physical contact should never be made in an inappropriate manner.

To ensure students understand how to interact with children appropriately, all students participate in Sexual Abuse Awareness Training their first year at the University. A certificate indicating successful training completion will be required by two weeks after the training class for any student working with children. In addition, students should become familiar with and follow the University's Child Abuse, Neglect and Sexual Abuse Reporting Policy and Procedure. Information will be provided in the one-and-a-half-hour training at the beginning of each academic year.

## Sports Activities

Ministry groups supervising children and teens are welcome to bring them on campus to attend intramural and intercollegiate games, but BJU's recreational facilities are not available for outreach ministry activities.

# Student Evaluations

BJU's mission is to help each student develop Christlike character. An effective Christian testimony and mature social adjustment, along with strong interpersonal relationships with others, are key indicators of how well individuals are growing spiritually and how well they are developing Christlike character.

To help students evaluate their development in these areas, during the fall semester students complete a self-check, which serves as an opportunity to observe growth and identify areas of need. Students discuss their self-check with a mentor (e.g., residence hall leader, faculty/staff member, society officer, church member or parent).

During the spring semester residence hall students complete and submit a self-evaluation, which helps them evaluate their own personal growth and testimony. The assessment also provides an opportunity for students to contribute to leadership selections and helps the Student Life team plan discipleship emphases for the following year. Questions regarding student evaluations may be directed to residence hall supervisors or the Student Life office.

# Academic Life

BJU professors teach classes from a biblical worldview and to the highest academic standards. Students are to attend each class for which they are registered and are expected to apply the appropriate time and energy necessary to earn the best possible grade in each class. In addition, students are expected to respect both professors and fellow students and exhibit deportment that helps create a positive learning environment in each classroom.

## Academic Resources

BJU wants all students to achieve their highest academic potential and makes faculty and academic support resources available to assist each student in meeting his or her academic goals. Students, however, are ultimately responsible for their own academic success and should take the initiative to ask for assistance as needed.

Faculty — Students needing assistance with a specific course should first seek the help of the professor. Maintaining continued contact with a professor and staying informed of one's academic status in a course is highly recommended.

Academic advisor — Each student has an academic advisor who is knowledgeable about the major the student is pursuing and available to help the student plan his or her semester course sequence, course load and class schedule. In addition, the advisor is available to counsel students on all matters related to being a college student — including career and ministry choices as well as life issues.

Academic Resource Center — The Academic Resource Center provides academic counseling — including counseling in how to study to succeed in college — coaching and transitional advising, opportunities to make up tests and quizzes, tutor referrals, help with individual learning challenges, and assistance with the use of instructional media and technology.

Academic deans and registrar — Both a student's academic dean and the registrar are available to help a student explore academic options and evaluate goals in light of ACT and/or SAT scores and current academic progress. They can also help students understand GPA requirements for graduation.

Career Services — Career Services offers students guidance and information pertaining to career/internship opportunities, professional development and resume writing.

Libraries — The Mack Library provides approximately 400,000 print and electronic books and periodicals, space for individual or group study and access to extensive additional resources through PASCAL (Partnership Among South Carolina Academic Libraries) and interlibrary loan.

A separate Music Library in the Gustafson Fine Arts Center provides books, scores, audio recordings, periodicals and other reference materials for researching musical works.

# Relationships in the Classroom

BJU students are brothers and sisters in Christ and should treat one another with respect both inside and outside the classroom.

While professors are in a position of authority in the classroom, students and professors are also brothers and sisters in Christ and in the event of some form of disagreement should approach one another respectfully and in accordance with biblical principles. Appropriate discourse in a reasoned fashion is part of the education process, and strong opinions informed by fact, logic, spiritual maturity and biblical insight are valued. At the same time, disagreement over ideas and other academic issues can occur. Students are not only welcome but invited to discuss any matter with their professors. In particular, if a student wishes to discuss an area of disagreement with a professor, he or she should go directly to that professor outside of class and respectfully present his or her concerns without fear of academic penalty. Airing complaints publicly in venues such as social media is not an appropriate means of resolving an issue.

# Academic Integrity

In their academic lives, students exhibit integrity by being truthful about their own academic work and properly acknowledging sources of ideas and information.

## Copyrighted Material

All original works in any media format — including but not limited to print, video or audio, as well as images or materials on the internet — are protected by copyright law, regardless of whether a specific copyright statement is attached to the media. Any duplication that does not fall within the guidelines of fair use

requires permission from the publishing agent or copyright owner. Please see the BJU copyright guidelines for information regarding fair use.

## Cheating

Cheating in any form is not tolerated. Cheating includes:

- Copying from another student's test or assignment.

- Unauthorized provision or use of notes or other helps on a test or assignment, such as requesting or accepting answers on a quiz or test from another student who has already taken it, discussing test information to any extent with other students, transmitting quizzes or tests or answers to quizzes or tests electronically to other students via cell phone, email, etc.

- Changing answers after a test or assignment has been completed.

- Reporting false information about the completion of an assignment, including turning in someone's work as one's own (another student's, a purchased paper from an online source, etc.).

## Plagiarism

Another form of cheating is plagiarism, the intentional or unintentional use to any degree of the ideas or words of one's source material without proper acknowledgement.

Plagiarism typically takes two forms:

Substantial — Failure to acknowledge the use of an author's ideas or organization by footnote or identification of the source in the text of the paper. Incomplete paraphrase (mere rearrangement of syntax and substitution of synonyms for the author's words) is plagiarism.

Verbal — Failure to acknowledge the use of an author's words by quotation marks, as well as by footnote or identification in the text.

Plagiarism is theft, and the Scriptures are clear that we are to respect the property of others and to be honest and above reproach in all things (Exod. 20:15; Rom. 12:17; Heb. 13:18). Regardless of the source being used (internet site, book, database, magazine, newspaper, computer program, speech, class notes, handouts, etc.), all words and information from those sources must be presented accurately and acknowledged properly so that a student's integrity is not called into question and his or her testimony harmed.

Plagiarism checking — Students should be aware that faculty members have access to software programs that allow them to check student writing for plagiarism.

Students may refer to College Writing (Ch. 5) and Companion to College English (Ch. 23) for more information regarding plagiarism and how to avoid it.

### Violations

Faculty members report alleged incidents of cheating and plagiarism to the academic integrity committee, which consists of two faculty members, two student leaders and a representative of the office of the provost. This committee holds a hearing, makes a judgment and, if necessary, assigns an academic penalty. The committee gives special consideration to students who self-report a violation to their professor.

Penalties for cheating are usually academic, ranging from a zero on an assignment to being removed from and failing a course. Cheating on a final exam or multiple cheating offenses may result in disciplinary penalties up to and including suspension from the University.

A more detailed summary of the [academic integrity policy](academic integrity policy) is available on the intranet. A student who is dissatisfied with the committee's decision may appeal in writing to the provost.

# Class Attendance Policy

The University's mission includes instilling professionalism, dependability and punctuality in students. Training students in these virtues is accomplished in part through holding students accountable for their class attendance. The Class Attendance Policy makes clear to students expectations in regard to class attendance and the consequences of failure to fulfill these academic responsibilities. This policy also gives direction to the administration and faculty in formulating and implementing a reasonable structure for such accountability. Student success is largely dependent on frequent and positive interactions with faculty; therefore, this policy is also designed to strengthen this essential relationship.

The University recognizes that there are valuable learning experiences outside of the classroom that may require a student to miss regularly scheduled classes. Therefore, this policy makes provision for Service Absences.

### Student Responsibilities

Undergraduate students are expected to attend and arrive on time for all scheduled class sessions for each course in which they are enrolled, including final exams. Students are to use effective time management to meet their class attendance responsibilities.

### Personal Absences

Based on the number of times that a course meets each week during a semester, students are permitted a defined number of Personal Absences. The chart below defines the number of permitted Personal Absences.

Students apply Personal Absences for funerals, sickness, doctor's or dentist's appointments, visits and interviews at graduate schools, or interviews for future employment. Personal Absences are not "skips." Personal Absences are not pro-

vided so that students can prepare for other classes or extend official university breaks or simply because they do not feel well. Students should use Personal Absences only for genuine emergencies or contagious or debilitating illness. To conserve Personal Absences, students should work to intentionally schedule appointments during times when they do not have classes or chapel.

| Class meetings per week | 1 | 2 | 3 | 4 | 5 | Block |
|---|---|---|---|---|---|---|
| Personal Absences allowed | 1 | 2 | 3 | 4 | 5 | 0 |

Students who are withdrawn from courses due to excess class absences may lose student financial aid; also, in such circumstances, the visa status of international students may be jeopardized.

## Service Absences

Based on the number of times that a course meets each week during a semester, students are also permitted a defined number of Service Absences. Students may use these absences to attend approved academic functions or conferences, approved Christian service projects, required military duty or as part of an intercollegiate athletic team. However, students who exceed the Personal Absence limit due to a chronic illness are not eligible to participate in events that require Service Absences. Also, students who are on any type of academic restriction (including probation) or who have a current grade report with a cumulative GPA below 2.0 are not eligible to participate in events that require Service Absences. The chart below defines the number of permitted Service Absences.

| Class meetings per week | 1 | 2 | 3 | 4 | 5 | Block |
|---|---|---|---|---|---|---|
| Service Absences allowed | 1 | 3 | 4 | 5 | 7 | 0 |

Students should understand that they may not have enough Service Absences to participate in all the events that are offered in the courses and activities in which they are participating in a particular semester. Such a circumstance offers students the opportunity to learn that life at times will force them to make a choice between more than one desirable option. In such a situation, students are not permitted to exceed the number of permitted Service Absences for the course, and so they must choose which service events they wish to participate in.

Students who participate in an event requiring a Service Absence are required to notify their instructors at least one week in advance of the day of the absence that they intend to take a Service Absence. This notification will give time for the student and instructor to plan makeup work ahead of the absence. Such students will be allowed to take any quiz or test either in advance of the absence or while traveling (with proper supervision by the faculty sponsor/ coach). Such students are responsible to schedule presentations or speeches on

days they know they will not be traveling. Whether to allow students partici-
pating in these events to submit work after the due date without penalty is left
to the instructor's discretion.

## Partial Attendance

Students who arrive up to 15 minutes after the start of class or who leave class
up to 15 minutes early will receive a mark for partial attendance. Three partial
attendance marks will count as a Personal Absence. Students who miss more
than 15 minutes of a class period will be counted as absent.

## Tracking Absences

Students can view absences and the number of partial attendance marks that
they have for a course in the student information system. The student informa-
tion system also automatically sends emails to students to inform them when
faculty have marked them absent or late for a class and to warn them when
they have exhausted their Personal Absences, Service Absences or both. It is
the responsibility of all students to monitor the record of their class attendance
available in the student information system and to read the automated emails
that inform them when instructors have marked them absent or late.

## Chronic Illness

Students who have a chronic illness (e.g., diabetes, asthma, migraines, etc.) and
are absent from classes because of prolonged or recurring symptoms:

- are to secure a doctor's note stating that they have a chronic illness;
- are to present the note to The Hub in advance or within two business
  days of returning to classes after an illness-related absence;
- are to inform instructors in their courses that they have a
  chronic condition.

For future absences because of the same chronic illness, the student is to email
The Hub the following information within 24 hours of a missed class:

- Name and ID #;
- A statement indicating that the reason for the absence is a
  chronic condition with a doctor's note already on file;
- Date and class(es) missed.

Students with a chronic illness are to keep their class absences to a minimum.
Students with chronic illnesses may use the total of both Personal Absences and
Service Absences. However, students who exceed the Personal Absence limit
due to a chronic illness are not eligible for participation in events that require
Service Absences. Students who exceed the total of both Personal Absences and
Service Absences will be withdrawn from the course(s) and/or the University.

Doctor's notes for chronic illness are valid for the current academic year. For continuing illness, a new note is required each academic year.

## Accountability and Appeal Policy and Procedures

### Withdrawal

Students who exceed the permitted number of Personal and/or Service Absences in a course will be withdrawn from that course:

- Withdrawal Due to Exceeding Personal Absences: Students who exceed the number of Personal Absences in a course will be withdrawn from that course. Students and their instructors will be notified that they have exceeded the number of permitted Personal Absences and that they have therefore been withdrawn from that course. There are only two exceptions to this policy:

    ◉ The student is absent from a class due to chronic illness verified by a note from a doctor. In this case, the student will be permitted to use one or more remaining Service Absences. See above for additional policy and procedures regarding chronic illness.

    ◉ The student is absent from a class due to tragedy such as the funeral of a close family member. In this case, the student will be permitted to use one or more remaining Service Absences.

- Withdrawal Due to Exceeding Service Absences: When students exceed the number of permitted Service Absences for a course, one of their remaining Personal Absences will automatically be used to cover the absence. However, students who are absent from class after they have exhausted both the Personal Absences and Service Absences available for that course will be withdrawn from the course.

### Appeals

1. Absences: Because absences are a serious issue and may result in withdrawal, students should carefully monitor their absences and immediately clear up inaccuracies in their attendance records. Students may request a review of the accuracy of absences or partial attendance marks directly with the instructor for the course within two business days of being notified of the absence or partial attendance.

2. Course Withdrawal: When a student is notified of withdrawal from a course, the student may seek to be reinstated in the course by talking with the instructor. The procedure in this case includes the following steps. Within two business days of being notified of the withdrawal, the student should complete the Course Reinstatement Appeal form that is available on the intranet and email it to the instructor. During this type of appeal, the student should continue to attend class. The instructor will respond to the appeal by email within 24 hours and will copy the registrar on his response.  If the instructor denies the appeal, the registrar will withdraw the

student from the course. If the instructor grants the appeal, the registrar will rescind the withdrawal, permitting one more absence.

3. Registrar Appeal: Students who wish to appeal the decision of the instructor of a course in upholding their withdrawal may set up an appointment with the registrar within two business days of their withdrawal. During this type of appeal, the student should continue to attend class. The registrar will weigh extenuating circumstances but will also weigh the rationale of the instructor regarding the withdrawal.

## Class Deportment

Appropriate class deportment is a matter of self-control. Students are expected to be attentive in class. Talking, reading, studying other materials, texting and sleeping are inappropriate. Students using a laptop or handheld device should do so only for functions the professor deems pertinent to that particular class (e.g., not for answering email, gaming, browsing the internet, participating in social media sites or working on assignments for other classes). Water and other beverages in covered containers may be brought into the classroom at the discretion of the professor.

# Non-Class Required Events

Students are to arrive each semester during the published check-in times. At the end of first semester, students leave after the closing chapel on Tuesday or after their last final exam or work obligation, whichever is later. Second semester student departure is yet to be announced. Required activities throughout the academic year include the following:

- Opening exercises and evangelistic meetings each semester
- Opening week student seminars
- Chapel
- Discipleship groups
- Living Gallery
- Bible Conference
- Presidential Leadership Series
- Commencement activities (e.g., baccalaureate, awards ceremony, commencement)

The follow activities are required of full-time students but optional for part-time day students (with an approved exemption):

- Concert, Opera & Drama Series programs
- Society

- Society induction

Consult the Calendar of Events for the dates and times of these required activities. Part-time day students should consult the Day Student Connection for more details on attendance requirements for non-class events.

Students are to vacate the residence halls 20 minutes before Concert, Opera & Drama Series programs, all Bible Conference services and other required evening programs on campus.

## Absences and Lates

All non-class absences require prior approval by securing an approved exemption. (Emergencies will be handled on an individual basis.)

- A student who is able to attend classes is expected to also attend other required events that day. A day student too ill to attend classes may submit an exemption or call the Student Life office (864-241-1645) for approval to miss chapel/discipleship group/society or other required events that day. Residence hall students may speak with their residence hall supervisor or mentor. Calls after 5 p.m. may also be directed to the supervisor on call (864-241-1686 [women] or 864-241-1687 [men]).

- Dental or medical appointments are not to conflict with chapel/discipleship group/society or other required non-class events such as evangelistic services, Bible Conference, commencement, etc. (See page 12 for additional information regarding chapel absences.)

- Students arriving at a required event more than 15 minutes late will be considered absent.

- Students will be asked to scan their ID card as a record of their attendance at the completion of required events.

- With prior approval, absences from required non-class events may be taken due to the following by securing an approved exemption:

  ◉ Participating in university-sponsored events, officially representing the University, participating in intercollegiate teams or military duty requirements and responding to administrative requests.

  ◉ Chronic or extended illness, surgery and medical emergencies. A doctor's note is required.

  ◉ Attending a wedding or funeral.

  ◉ Regularly scheduled work or outreach ministry. (If an activity has multiple performances, students are expected to arrange work schedules to attend one performance.)

# Social Life

To help students experience long-term spiritual success, BJU desires that students develop Christ-honoring friendships and enjoy a rich social life that enhances their overall college experience as well as their preparation for life.

BJU asks students to exhibit maturity by being accountable for their activities. Policies regarding social life on and off campus assist in the academic, spiritual and social development of students. They are designed for these purposes:

*Ensure safety* — To help students exercise appropriate caution, BJU asks students to identify their locations and activities in some situations, such as staying elsewhere overnight.

*Promote purity* — BJU wants students to engage in wholesome social activities in settings that provide accountability for biblical requirements of purity.

*Build Christ-honoring relationships* — BJU desires that students have opportunities for building Christ-honoring relationships.

## Physical Contact

On and off campus, there is to be no physical contact between unmarried men and women. (Side hugs are permitted for photographs.)

## Social Life On Campus

Students may be together in any well-lit outside location from dawn until 10 minutes before curfew (p. 27). Couples  are not to socialize inside cars or inside the parking garage. The Activity Center, ballfields, sand volleyball courts and Home Court are available to provide opportunities for social interaction, fellowship and physical refreshment (hours available here). Students, including mixed groups of at least three, may meet at or near the pavilions for fellowship until 10:20 p.m.

### Student Center

For business hours, search under Business Hours on the intranet.

### Classroom Buildings

Men and women students should guard their testimonies; they are not to be alone together in a classroom, rehearsal studio or other room; neither should they use another student's ID card to gain access to a locked building. Classrooms in the Alumni Building, Gustafson Fine Arts Center and the biology labs in the Science Building are available for student use after 5 p.m. Students may reserve a room through the coordinator in each building, or groups may check in with the building host on the first floor after 5 p.m. for a room assignment.

## Off-Campus Permission and Policies

Students are to return to campus before curfew. Curfew is 10:30 p.m. on Monday and 11 p.m. Tuesday through Sunday. On Friday nights, students may be out of their residence halls until midnight as long as they return to campus by 11 p.m. Students must secure approval from the Student Life office or a residence hall supervisor to return after the regular curfew time.

### Quick Reference Guide

The following chart provides a quick reference to indicate whether permission is needed and any additional requirements for each activity listed.

| Type of activity | Permission needed? | Requirements |
|---|---|---|
| Off campus past curfew | Yes | See p. 28 |
| Staying off campus overnight | Yes | See p. 28 |
| Going to a home | No | Chaperon who is a resident adult over 21 or BJU grad |
| With a mixed group | No | Need at least three in the group |
| With a fiancé(e) | Yes | See p. 29 |

### Overnights

- Students may stay overnight with an immediate relative (e.g., parent, grandparent, sibling who is at least 21, aunt, uncle, first cousin [of the same gender]).

- Without creating a mixed group, students may:

  ◦ Stay overnight at the home of a faculty/staff member or GA not living in a residence hall.

  ◦ With parental approval, stay six nights per semester at the home of a married couple who are not immediate family. Parental approval must be registered with the Student Life office.

  ◦ Seniors may spend six nights per semester at a non-family member's home.

- A faculty/staff member or GA may chaperon a mixed group for an approved overnight event.

- Students who have permission to be off campus overnight are to be away from campus by 11 p.m.

- Juniors and seniors may participate in overnight ministries if they have a specific ministry responsibility. Exceptions for freshman and sophomores may be made for ministering at a camp at which the student worked the previous summer or with specific approval from the CGO.

### Mixed Groups

- Mixed groups consist of three or more men and women. (Residence hall students may not be alone with a member of the opposite sex off campus.)
- Students in the group need to stay together. Couples are not to separate from the group.

### Engaged Couples

The following privileges apply when both students are juniors or seniors, are within twelve months of marriage and have registered their engagement by seeing their residence hall supervisor.

- May spend six nights per semester at the home of one of the parents.
- May be off campus alone in a public place in the Greenville area with parental consent.

### Working Off Campus

- Students are to return from work by curfew. With permission, students may return from work by midnight Friday and Saturday. Students whose managerial responsibilities require them to work through discipleship group on Monday are to obtain an exemption from their residence hall supervisor prior to committing to work that shift.
- Residence hall students may work on Sunday only if they will be attending all Sunday morning activities of their local church and only if the job is vital to maintain on Sunday (e.g., food services, hospital, security).
- Students may not serve alcoholic beverages.

### Off-Campus Events and Venues

Fine arts events — Before purchasing tickets students should check with the School of Fine Arts and Communication office to ensure the event is approved. Permission from the Student Life office or a residence hall supervisor is required if the length of the event requires students to return after the normal curfew.

Sunday events — In addition to participating in all of their church's morning services, students are encouraged to use Sunday for spiritual renewal, fellowship and rest. Residence hall students are to return by curfew.

Restaurants — Students are not to patronize restaurants with a tavern or bar-like atmosphere or reputation or restaurants that do not have a dining room separate from live entertainment.

Shopping — Students are not to patronize businesses that specialize in adult gifts and party items.

# Entertainment, Music and Technology

BJU's mission is to help students develop Christlike virtue, and we therefore encourage students to make biblical decisions in the area of entertainment. BJU holds students responsible to select and participate in entertainment options — including music, movies, television, computer/video games, printed materials, the internet and social media — that honor Jesus Christ and edify both individual Christians and the Christian community. Students are to avoid any types of entertainment that could be considered immodest or that contain profanity, scatological realism, sexual perversion, erotic realism, lurid violence, occultism and false philosophical or religious assumptions. (See Appendix C for a biblical approach to evaluating objectionable elements in literature or entertainment.) BJU also encourages students to honor the Lord in how they spend their time and to carefully consider the desensitizing effects of excessive exposure to popular entertainment, even if the content itself is not objectionable.

## Music
### Introduction
As a Christian liberal arts university with a rich heritage of music and with a clear and established commitment to conservative musical style, we expect our students to think intentionally about their own decisions about music for the glory of God and the good of others.

### Biblical Principles
Musical choices directly and indirectly affect our campus community life. Positively, all of our musical choices should be motivated by a love for God that desires to reflect His glory, be guided by love and respect for others and avoid worldliness by evidencing a desire to pursue Christlikeness.

Negatively, music with elements that elevate or celebrate unethical, immoral or sinful behavior should be avoided, and is, therefore, not permitted (Eph. 4:29-30; 1 John 2:15-16). This is a biblical boundary, and as such applies to personal listening, performances and use in other areas such as student organizations, societies, student productions, outreach ministries and social media.

### General Music Policies
All musical choices are to be intentionally conservative in style and are to avoid the markers of our current corrupt culture which often finds its musical expression in rock, pop, jazz, country, rap or hip-hop.

We will apply these principles in our various contexts as follows:

**BJU Public Settings**

*Scholarship*

Within our academic context, to appropriately appreciate, critique, create and participate in the art form, our students will acquire a familiarity with the development of music from the earliest civilizations to the present. This will include a working knowledge of a broad range of genres, some of which we as an institution choose to exclude from our worship and recreational contexts.

**Worship**

*Worship Principles*

Our musical choices for gathered worship should be doctrinally accurate, reverent expressions of the contrition, joy and hope that overflows from hearts of gratitude, adoration and humility in response to God that are well-suited for congregational singing.

In our campus worship contexts, we are strongly committed to using music that is distinctly Christian, is conservative in style, is distinct from worldliness, promotes unity on our campus and clearly reflects and evokes appropriate responses as we worship the One true and living God.

**Campus Worship Policy**

Applying these principles involves conscientiously limiting our musical choices to those which the vast majority of our community can sing and enjoy without distraction, allowing us to focus attention on the One whom we have gathered to worship. We will therefore avoid music in our gathered worship that is characterized by rock, pop, jazz, country, rap or hip-hop elements.

**Recreation and Campus Social Life**

There are musical expressions that, while not intending to directly worship God, celebrate the good gifts of God. Music can capture all of these wonderful expressions. Therefore, for campus events outside of gathered worship — such as concerts, dramatic performances, sports events, society meetings and various celebrations — we will draw upon a wider range of musical expression than our gathered worship but within our General Music Policy guidelines as fits the occasion and context.

## Personal Setting

An important part of maturing as a believer is establishing personal values and boundaries that are in alignment with Scripture, that promote spiritual growth and holiness and that are within the boundaries of your own conscience. Further, maturing necessitates a sensitivity to those around us and their personal spiritual growth and conscience.

**On campus**

Due to the close residential nature of our environment and the divergence of backgrounds affecting the development of people's conscience, all personal music choices, both secular and sacred, must adhere to all the guidelines expressed above under the General Music Policy.

**Off campus**

When listening to secular music off campus, students should abide by the General Music Policy stated above. Regarding sacred music, we recognize that students may attend a church in the Greenville area which uses a variety of styles in their worship services. Therefore, students may listen to the same style of worship music as their local church when off campus while abiding by the biblical boundary prohibiting music that elevates or celebrates unethical, immoral or sinful behavior, functioning with a biblically informed conscience, considering the conscience of others and respecting their personal testimony.

## Conclusion

Residence hall supervisors and faculty are available to answer any questions about the appropriateness of specific music (including in computer games and movies), but individual students are responsible as maturing Christians to ensure their music choices meet campus community standards.

To promote an academic and constructive community environment, headphones should not be used in classrooms, chapel, church and public assemblies.

The issues involved in the discussion about wise use of music are challenging, but we must not avoid these issues because they are difficult. Nor can we dismiss them as mere matters of preference. These issues call for scripturally informed, prayerful, disciplined consideration regarding our musical choices in any given context, and we must be willing to do the necessary work to arrive at biblically sound answers.

To gain a fuller understanding of our musical expectations, you are directed to this foundational document which sets forth our understanding of the purposes and value of music in the Christian life and provides a helpful framework for our campus community to explore and enjoy music to the glory of God. We are using the framework of virtue, expedience, appropriateness and artistry as detailed in this foundational document to frame our musical policies.

## Dance

The term "dance" includes forms of choreography, types of exercise, types of cheering or celebration and historical dancing (often used in productions). In general, these forms of dance can be appropriate in a Christian higher education setting and are permitted. However, many forms of modern dance and the music to which they are performed violate biblical principles due to

their expressions of worldliness or sexually provocative nature. Dancing that contains these elements is prohibited.

## Movies/TV

Movies and television programming can provide wholesome entertainment, helpful instruction or profound insight into life and human behavior. However, much of what is and has been produced by the entertainment industry reflects views, lifestyles and modes of communication which are in direct opposition to a Christ-centered life. Such visual content exerts a worldly pull on Christians trying to develop Christlikeness that compounds with continued exposure over time.

Students may view PG-rated movies and movie trailers and TV-PG television programming in both homes and the residence halls. Unrated content (including original series on streaming platforms such as Amazon Prime or Netflix) frequently contains objectionable content that has not been cut to meet rating standards and is not appropriate. Students are not to attend a movie of any rating in a public theater during a semester in which they are enrolled. This includes when away from campus overnight (except for fall, Thanksgiving and spring break). In addition, students are to avoid displaying on campus any pictures or objects promoting movies rated above PG-13.

While questions regarding the suitability of a specific movie should be directed to a residence hall supervisor or faculty member, the student is responsible to ensure that his or her viewing choices comply with campus community standards.

## Computer/Video Games

Students are not to play video games rated above T or games that contain graphic blood or gore, sensual or demonic themes, violent first-person shooting, suggestive dress, bad language or rock music. Residence hall supervisors will provide guidance about the suitability of a game, but students are ultimately responsible for making sure their game choices meet campus standards and making wise decisions about the use of their time.

## Internet

BJU encourages responsible use of technology in accordance with the biblical principles of good stewardship. By using BJU's network and personal computing devices, each user assumes personal responsibility for his or her appropriate use and agrees to comply with BJU's policies as well as city, state and federal laws and regulations. BJU uses a content filtering system to restrict access to biblically offensive material on the internet.

VPNs, mobile hotspots or other means to bypass the filter on campus are prohibited. Any attempt to bypass the filter is a serious offense. BJU reserves

the right to monitor all network activity on the University's network and on all computers internally tied to it.

All students are provided network logins and email service. All of the residence halls are connected to the BJU network and provide students with access to the intranet and the internet. All students are responsible for adhering to university regulations concerning the use of technology tools and services.

Because certain websites often contain extensive sensuality, students are not to view celebrity websites, secular music lyric sites and humor/joke sites. To aid students' pursuit of purity online, an accountability tool is offered free of charge to all students.

In a related area, sending, forwarding, or requesting an email, text message or video with objectionable verbal or visual material is not edifying to others, and students sending/forwarding such items will be held accountable. These types of communications should be deleted upon receipt.

Students may use video chat technology (e.g., Skype) in residence hall stair-wells, designated video chat rooms in the residence halls and anywhere outside the residence halls. Additional options for seniors are detailed below.

## Social Media

BJU expects students to use social media and blogs responsibly, following biblical principles and maintaining content that promotes a consistent, positive Christian testimony. Language should not violate scriptural commands regarding abusive, slanderous, complaining, disrespectful, profane, blasphemous or tale-bearing speech and content should be biblical and avoid promoting a life-style contrary to principles taught in Scripture or at the University. Videos taken on campus and posted on students' sites should comply with campus attire and social standards and should not contain images of people under 18 years of age. A student who wishes to express concern or register a grievance should follow the grievance policies stated in the Grievance Procedures section. Due to the hookup culture and objectification of people often promoted through dating websites or apps, students should refrain from using such services. Specific guidelines for participating in social media are posted on the intranet.

## Periodicals and Subscriptions

Certain types of magazines, catalogs, blogs and websites reflect an ungodly philosophy or pervasive sensuality and are not to be subscribed to, read, browsed or downloaded onto electronic devices. These include fashion, model, teen, body-building, video/computer game and television/film publications, such as (but not limited to) Esquire, GQ, People, Entertainment, Yahoo Magazine, Men's Fitness and ESPN Magazine.

## Gambling

Gambling — or risking the material provisions of God on chance — is poor stewardship and caters to covetousness and the love of money. It is based on the false premise of "luck" and is a portal for exploitation. Therefore, gambling of any kind is unacceptable for any student.

# Student Attire Policy

With a desire to train students to learn, love and lead, we believe that educating the whole person includes teaching appropriate attire for various occasions. Choices we make that affect our outward appearance should reflect honor for Christ and love for others evidenced by joyful submission to God's Word and showing deference to others through modest attire. This combination provides the biblical values necessary to live and lead effectively in a culture filled with sensuality. It is our prayer that our attire policy will provide opportunities for students to learn, love and lead through example.

The BJU attire policy requires modesty (drawing attention to inward beauty rather than to outward appearance, characterized by adequate coverage and suitable fit), appropriateness (understanding the setting and wearing clothing that is suitable for the context) and professionalism (displaying measurable excellence within an established set of standards). By practicing these areas within an educational setting, we are preparing our students for success in the vocations they are diligently pursuing. To promote consistent practice, we will provide accountability in a discipleship atmosphere.

All styles must fit appropriately so that undergarments on top and bottom are not visible due to the cut of the garment, or visible through the clothing either due to the sheerness of the fabric or the tightness of the fit. Attire infractions that are a violation of this measurable standard will be addressed directly as a "failure to follow instructions" infraction and corrected.

## Women
### General Guidelines

- Hair should be neat and professional in presentation, a natural color and a distinctly feminine style. Shaved styles are not suitable.

- Currently enrolled students are not to get any henna, body art, permanent tattoos or piercings other than in the ear or a small stud in the nose.

- Tattoos and body art that are present need to be covered if possible.

- No visible undergarments.

- Necklines should be high enough and tops long enough to be suitably modest (e.g., no cleavage). If you choose to wear tops without sleeves, the top should still cover the shoulder bone.

- Hemlines of skirts and dresses should touch the knee or below.

- Slits are to be modest.

- Athletic shorts should approach the knee while being no shorter than 2 inches above it.

- Clothing should not be ripped or have holes.

### Class Appropriate Attire

*Monday through Friday until 5 p.m. Suitable for evening classes and evening recitals.*

Class appropriate attire at BJU is conservative business casual to communicate that we take academic course work seriously in a manner that is consistent with the value we place on education. Business casual style for women implies a dress or a blouse/top with a skirt or with dress pants. Business casual includes, but not exclusively, pants that are similar to khakis and other makes of cotton or synthetic material pants, dresses and tops with sleeves or without sleeves which cover the shoulder bone and casual shoes. Denim skirts or dresses are not included in business casual. Pants should be two inches above the ankle or longer with no visible stitching or embellishments. Jeans of any color, sweat-pants, exercise pants, shorts, bib overalls, leggings, pants of any other material or style that is designed to cling, shower shoes, hats (except for those worn for religious reasons) and hooded sweatshirts are not suitable business casual attire at BJU. Dressy T-shirts free of writing (non-athletic wear) are suitable for class attire. Society T-shirts and hoodies are appropriate on the Fridays when societies meet.

Professors may require professional attire for presentations or other special events that are consistent with their course objectives and indicated in their syllabus. Students in programs requiring a uniform and those in ROTC may wear their uniforms to class and chapel/discipleship group/society, as necessary.

### Formal Appropriate Attire

*Suitable for Concert, Opera & Drama Series programs, evening religious services on campus (e.g., Bible Conference) and other designated special events*

Women should wear a dress or skirt and top to these events. Please avoid casual fabric such as denim or twill (twill fabrics are suitable for evening religious services on campus). Dress shoes including sandals are suitable for these events.

### Church Appropriate Attire

For Sunday church services, women should dress according to the known culture of their local church, with a minimum standard of class appropriate

attire. Students are also to be sensitive to how their church leadership dresses, and if leaders' expectations are higher, students are to meet church leadership's expectations. A student working in the church ministries should follow the church's guidelines for worker attire.

### Casual Appropriate Attire

*On campus weeknights after 5 p.m. and on weekends (if not attending a formal program, recital or service). Casual attire is also suitable if it is the required uniform for daytime work (while at work) and off campus when not attending a church service or formal program.*

In addition to what is stated in class appropriate attire, women may wear an athletic T-shirt, jeans that are well fitting but not tight, athletic pants and flip-flops for these occasions.

### Athletic/Recreational Appropriate Attire

Recreational appropriate attire may be worn when playing sports, exercising outside the fitness center, and for mixed group recreational activities (e.g., hiking or swimming).

- Shorts approaching the knee but no shorter than two inches above it.
- T-shirts with sleeves.

## Men
### General Guidelines

- Hair should be neat and professional:
  - One natural color and masculine style.
  - Off the collar, ears and eyebrows.
  - Sideburns no lower than the bottom of the ear.
  - Manbuns, ponytails and mullets are not suitable.
- Men should shave daily unless growing neatly trimmed (1/2" or less) facial hair. Facial hair should be established while away from campus.
- Clothing should not be ripped or have holes.
- Pants should be well fitting but not tight.
- Currently enrolled students are not to get any permanent tattoo, body art or piercings.
  - Tattoos and body art that are present need to be covered if possible.
- Finger rings, wristbands and a single necklace under a shirt are suitable.
- Earrings are not suitable.

## Class Appropriate Attire

*Monday through Friday until 5 p.m. Suitable for evening classes and evening recitals.*

Class appropriate attire at BJU is conservative business casual to communicate that we take academic course work seriously in a manner that is consistent with the value we place on education. Business casual style for men includes, but not exclusively, an open collar or polo shirt (tucked in) with pants that are similar to khakis or chinos, or dress pants, a belt, a jacket with a zipper, socks and athletic or closed-toe casual shoes. Jeans of any color, elastic joggers, sweatpants, athletic pants, shorts, shower shoes, hats or hooded sweatshirts are not suitable business casual attire at BJU. Society T-shirts and hoodies are suitable on the Fridays when societies meet.

Professors may require professional dress for presentations or other special events that are consistent with their course objectives and indicated in their syllabus. Students in programs requiring a uniform and those in ROTC may wear their uniforms to class and chapel/discipleship group/society, as necessary.

## Formal Appropriate Attire

*Suitable for Concert, Opera & Drama Series programs, Opening Exercises and Commencement.*

- Coat *and* tie with a button-up shirt and dress pants.
- Avoid fabric such as denim or khaki.
- Dress shoes with socks are proper for these events.

*Suitable for evening religious services on campus (e.g., Bible Conference) and other designated special events.*

- Coat *or* tie with a button-up shirt and dress pants.
- Khakis are suitable.
- Dress shoes with socks are proper for these events.

## Church Appropriate Attire

For Sunday church services, men should dress according to the known culture of their local church, with a minimum standard of class appropriate attire. Students also are to be sensitive to how their church leadership dresses, and if leaders' expectations are higher, students are to meet church leadership expectations. A student working in church ministries should follow the church's guidelines for worker attire.

## Casual Appropriate Attire

*On campus weeknights after 5 p.m. and on weekends (if not attending a formal program, recital or service). Casual attire is also suitable if it is the required*

*uniform for daytime work (while at work) and off campus when not attending a church service or formal program.*

In addition to what is stated in class appropriate attire, men may wear a T-shirt, hooded sweatshirts, jeans, athletic pants and flip-flops for these occasions.

### Athletic/Recreational Appropriate Attire

Recreational attire may be worn when playing sports, exercising outside the fitness center and for mixed group recreational activities (e.g., hiking or swimming).

- Shorts
- Shirts

# General Campus Responsibilities

## Deportment at Athletic Events

At athletic events, players and spectators should display love for God and others by respecting the officials, our opponents and their fans. Negative cheering toward opponents or publicly questioning the officials' decisions are not appropriate.

## Drones, Model Aircraft and Model Rockets

Drones, model aircraft of any type and model rockets are not to be used on campus. Exceptions to this policy may be granted by administrative conference and must conform to FAA and Greenville Downtown Airport guidelines.

## Email

Students are to check their university-assigned email account daily. Failure to be aware of updated policies, procedures or other information does not relieve a student from responsibility or obligation.

Students are to respond to requests, including emails, within 24 hours.

## Emergency Procedures
### Evacuation Plan

Regardless of cause, activation of a building's fire alarm system indicates an emergency and requires immediate and orderly evacuation of the building. Those who hear the warning or see a fire should begin an orderly evacuation of the building using the nearest safe stairway or door.

If you discover fire or smoke, remain calm. Carry out the following steps if it is safe to do so and if time permits:

- Upon discovery of a fire, shout "FIRE" to alert those in your area.

- Sound the alarm. Locate the fire alarm pull station nearest the location of the fire and push down on its handle. Pull stations are located at the center and ends of each floor. When activated, the fire alarm will produce a loud, high-pitched chirping sound accompanied by flashing strobe lights.

- Do not fight a fire; exit the building, closing all doors nearby to help confine the fire to the original area.

- Notify as many persons in the area as possible. At minimum shout "FIRE" as you exit.

- Call (864) 370-1800, ext. 1111, to report a fire to Public Safety as soon as it is safe to do so.

- If you become trapped in your room, hang something out of your window (a sheet, curtain, etc.) to warn firefighters that you are still in the building. Place wet towels at the bottom of the door of your room or apartment.

All persons who have evacuated a building should remain outside and at least 100 feet away from the building. If everyone is not accounted for, do not reenter the building, but notify the firefighters on the scene.

For further information or explanation, contact the Fire Safety Coordinator at ext. 5912.

## Emergency Notification

If a situation arises on or off campus that threatens the well-being of the university community or if information needs to be conveyed to the campus family immediately, such as weather cancellations, Public Safety will utilize the emergency notification system, which issues warnings to students by cell phone and campus email. Caller ID will identify the message as BJU Alert. For everyone's safety, students are to follow transmitted messages precisely. Communications or Public Safety may also communicate information via email and/or post more detailed information on the intranet or on the website for the general public. To ensure they receive notification, students are to keep their cell phone numbers up to date in the student information system.

## Medical Situations

In the unlikely event that a student is advised by a health care professional or a Public Safety officer to go to the emergency room or to accept emergency medical transport to a local hospital, the related expenses for such care are the responsibility of the student.

## Weather Alerts

If the administration determines that local weather and/or road conditions warrant closing the campus or delaying the opening of classes or other campus

activities on a specific day, the Communications office will communicate the delay or closing via emergency notification, email and the following local media: WYFF TV 4, WORD 106.3 FM and 1330 AM, WHNS TV 12 and WSPA TV 7. Delays/closings will be communicated as early as possible — at least by 7 a.m.

# Housing

A residence hall student considering becoming a day student is to meet with a representative in the Student Life office, who will determine the student's eligibility based on the day student qualifications below. Change of status may occur between semesters.

Students working toward the completion of an undergraduate degree qualify to live in graduate housing starting the semester they turn 25 years of age.

Residence hall students are to register for a minimum credit/load each semester (undergraduate, 12 credits). Seniors and graduate students in their last semester may carry fewer than the minimum credit/load if the load permits them to complete degree requirements at the end of that semester. Tuition charge is part time per credit (1–11 credits) or full time (12–18 credits) for the semester. Full room/board and program fee charges apply for the semester. Applications are available online or at The Hub.

## Day Student Qualifications

One of the following conditions must be met for a student to enroll as a day student:

- Student lives with parents who live full time in the Greenville area or with a court-appointed legal guardian (if the student is a minor).
- Student lives with an aunt, uncle, first cousin (of the same gender) or grandparent or with a brother or sister who is at least 23 years old, has completed a bachelor's degree or is married.

Note: Students may live with a single aunt or uncle provided the student and the aunt/uncle are of the same gender. If siblings qualify to live off campus together and are of different genders, there are to be no other roommates. Parents of students under 23 who plan to live with an immediate relative are to indicate parental consent of the arrangement by emailing the Student Life office.

- Student is at least 23 years old by the end of the semester or is married.
- Student has completed a bachelor's degree program or has marched at commencement with a procession concession to finish coursework for a four-year bachelor's degree.
- Student has completed 8 full-time resident college semesters or a military career.

Students enrolled in resident coursework at BJU who do not meet the day student qualifications are to carry a load of at least 12 credit hours per semester. Exceptions require permission from the Registrar and Student Life.

## Sharps

Students who use "sharps" (syringes with needles and lancets for finger sticks) and have a need for on-campus disposal of used sharps are to dispose of them in a labeled, approved container designed for this purpose. Upon request, the Office of Environmental Health and Safety (EHS), located in the lower level of the Wade Hampton Mall near the fuel pumps, will provide the first approved sharps disposal container at no charge and will exchange each full container brought to EHS during regular business hours. Students are not to place sharps or sharps containers in the regular trash.

## Solicitation

Students, staff or campus visitors may not sell to, survey or solicit by mass email to the university community on campus.

## Surveys

Any employee, student, class or organization is to have the approval of the Office of Planning, Research and Assessment before conducting a survey of any individuals at BJU.

## Speaking for the University

Students should refer media inquiries to the Public Relations office, which can answer questions accurately and speak officially for BJU. Students are not to release information or grant interviews to the news media without first checking with the Public Relations office or being asked by that office to do so. In addition, students are not to speak for the University on social media.

## Student Vehicles

Residence hall students who bring a vehicle to the Greenville area and day students who drive to campus are to register their vehicles (including motor-cycles and bicycles) with BJU's Office of Public Safety. Public Safety will issue parking tags which need to be permanently affixed to each student's vehicle. Residence hall students will be assigned a parking lot, designated by a color code, on campus property. Day students should check the Public Safety intranet page for designated day student parking areas. The student to whom a vehicle is registered is still responsible if he or she lends it to another student.

Out of consideration for the safety of the BJU community, students are to exercise caution when using personal transport products (e.g., skateboards and

scooters) and registered bicycles and should limit their use to campus roadways. Due to risk of fire, students are not to use hoverboards on campus.

## Walking on Campus

Students are to use crosswalks and sidewalks and, for stewardship reasons, are not to walk on the grass, except on Palmetto Green. They should also remember that cars have the right-of-way on campus.

## Weapons and Fireworks

Per South Carolina law, students are not to possess handguns if they are under age 21. Residence hall students are to turn in all handguns, rifles and shotguns to Public Safety (ext. 5900). All handguns are to have trigger locks. In addition, students are not to bring concealed weapons to campus and are to keep martial arts weapons in their vehicles. Blades or knives kept in residence hall rooms are to be no longer than three inches.

Fireworks are not to be brought to campus.

## Weddings

Since BJU is committed to students completing their education, students may marry between semesters but not during a semester.

# Residence Hall Life

Living in a residence hall offers BJU students many benefits — opportunities to grow spiritually, to build solid friendships, to grow in love and consideration for others from various backgrounds and to develop and exercise leadership skills. The following guidelines for residence hall living are intended to help each student feel at home at BJU and to enable students to live together harmoniously in close proximity.

## Curfew and Lights Out

Residence hall students are to return to their own residence hall no later than 10:30 p.m. Monday and 11 p.m. Tuesday to Sunday. On Friday nights, students may be out of their residence halls until midnight as long as they return to campus by 11 p.m. Students are to remain in their own residence hall until 5 a.m.

To develop community and display courtesy for others, all students are expected to be sensitive to other residents especially with regard to the nighttime hours. To make the residence hall rooms conducive for sleeping and to promote academic success, the following policies encourage the reduction of noise and light in the residence hall during nighttime hours:

- On Sunday–Thursday nights, overhead room lights should be off beginning at midnight.

- On Friday–Saturday nights, overhead room lights should be off beginning at 1 a.m.

- Students are welcome to rise as early as 5 a.m., respecting a quiet atmosphere out of consideration for other sleeping roommates.

- First-year students in a first-year residence hall are expected to be in bed with the lights out and ready to sleep at midnight Sunday–Thursday and 1 a.m. on Fridays and Saturdays (this precludes talking, phone use or studying).

- Other residents are expected to have quiet rooms beginning at midnight Sunday–Thursday and 1 a.m. on Fridays and Saturdays (this precludes talking, music, gaming, etc.). After midnight, they are permitted to study in their own rooms with a personal lamp or in public residence hall areas, such as the study lounge or lobby.

### Day Students

Day students are welcome to attend a friend's discipleship group but should exit the residence halls by 11 p.m.

## Attire and Modesty

Students are to:

- Be fully dressed in the stairwells, residence hall lobbies and first-floor hallways.

- Wear shoes, shower sandals or socks in the halls and bathrooms.

- Close the room blinds when it is dark outside.

## Guests

Any nonresidents who desire to spend the night in the residence halls are to secure a reservation from Guest Services in advance by calling (864) 241-1624 or emailing Wdesk@bju.edu.

## Housing Accommodations

Students who need a housing accommodation are to fill out a Housing Accommodations for Students with Disabilities request form as early as possible prior to the start of a semester.

## Room Check

Residence hall room check is at 11 a.m. Monday, Wednesday and Friday. Items that the resident assistant will check are listed on the back of the door in each residence hall room. Students in each room should discuss as a group how they will divide room responsibilities and help one another fulfill those responsibilities. Questions or concerns about room expectations can be discussed with a resident assistant, mentor or residence hall supervisor.

## Room Décor and Furnishings

Students are encouraged to join with their roommates in decorating their rooms attractively and making them comfortable. Curtains, small bookcases, small storage chests, small chairs and computer or drafting tables may be added, along with refrigerators or thermoelectric coolers under 4.5 cubic feet. The rooms are not large enough, however, to accommodate furniture such as recliners, love seats, sofas or large tables.

The cost of repair or replacement of damaged furnishings or university property in a student's room will be charged to the responsible occupant or occupants if they can be identified; otherwise, the cost of damages will be assessed to all the residents of the room.

Decorations may be hung on the wall with white Plasti-tak®; to protect walls, avoid using tape, nails or tacks. Personal photos should comply with BJU policies; immodesty or inappropriate physical contact should not be displayed. Photos of entertainers or fashion models are not appropriate.

Students may have fish in a bowl or small tank in their rooms; other pets are not appropriate.

## Security and Safety

While BJU is a safe campus, precautions are taken to protect the safety of individuals and ensure the security of campus property and personal possessions. Therefore, entry to the doors of residence halls is by ID card only, and security cameras are installed in the lobby and at the end of each floor. Doors are not to be propped open, and after curfew all students are to enter through the middle doors of the residence hall regardless of one's access level. Letting another person into the residence hall after curfew is a breach of security. Climbing through any window is considered a major breach of security.

Each student is granted ID card access to his or her own room and common areas of the residence hall (including prayer rooms and recovery rooms). Students who are locked out of an interior room should contact their roommate or a residence hall staff member (RA, mentor or supervisor) to let them in. If no residence hall staff are available, call Public Safety for a let-in (ext. 5911).

Students are not to lend or share their ID card with others. Defective or worn ID cards may be replaced at The Hub at no cost. ID cards that are lost or damaged (e.g., cracks) are subject to a replacement fee. If an ID card is lost or broken over a weekend, the student's residence hall supervisor can provide a temporary access card.

Students are not to be in another student's room unless one of that room's occupants is present. If a student is found with something that is not his or hers and the residence hall staff cannot confirm why he or she has it, it will be considered theft. This also applies to "borrowing" items without permission.

## Fire Code

The following guidelines are necessary to prevent residence hall fires and to comply with the local fire code.

Items continually plugged into an electrical outlet are to be plugged directly into an outlet or a power strip that is plugged directly into an outlet, not into an extension cord. Extension cords may be used temporarily but are to be unplugged immediately after use. Power strips are to have an on/off switch and rest on a headboard, desk or shelf. They should not be in contact with bedding.

Outlet adapters (that convert two wall outlets into four or six) may be used only if they have an on/off switch or a surge protector. A power strip may be plugged into a surge protector if the adapter has an on/off switch or a reset button. Orange outlets are for computer use only.

Food preparation appliances (with the exception of hot pots and coffee makers) are to be used in the snack rooms of each residence hall.

Decorative lighting (e.g., Christmas lights, LED lights, rope lights) may be used between November 1 and December 16. Candles, wax warmers and incense are not to be burned or used in the residence halls.

Batteries are not to be removed from smoke detectors; they must be in working order at all times.

Lighters, containers that store flammable materials (gas cans, propane tanks, etc.), items that utilize flammable gas or liquids (gas grills, lawn mowers, chain saws, etc.) or tools that are used for yard work are not to be stored in or around the residence halls.

## Evacuation Drills

Each residence hall conducts practice evacuations every semester. At the sound of the fire alarm, evacuate the building immediately and quietly. Exit according to the evacuation plans posted in each residence hall. Students should exit quickly and remain with their discipleship groups until everyone has been accounted for.

## Senior Privileges

Residence hall students who have completed at least 90 credits toward their bachelor's degree qualify to live in a senior room. Students in senior rooms are granted one roommate of their choice, have no required lights out and have room check only on Monday. Residents may study past midnight in other senior rooms and may use video chat technologies in their room. Senior room residents have regular curfew times and participate in discipleship groups.

Seniors may spend six nights per semester at a non-family member's home (A student may not stay overnight in a mixed group).

If both students are seniors, couples may meet off campus in a public place.

Students who earn either disciplinary probation or two consecutive semesters of campus ineligibility are disqualified from senior privileges for the following semester. In addition, residents of senior rooms must maintain campus eligibility.

# Disciplinary System

BJU bases its system of accountability and correction on the functions of Scripture taught in 2 Timothy 3:16: teaching, reproof, correction and training in righteousness. Part of our education program is holding students accountable in ways that lovingly instruct, warn, rebuke, restore and help develop "complete" Christians fully equipped for every good work (2 Tim. 3:17).

The spirit in which accountability is practiced is important to us. It is our desire that humility, gentleness, patience and love — first for God and then for others — permeate all aspects of discipleship, including rebuke and correction (Gal. 6:1; 1 Thess. 5:14).

Stating and enforcing these policies serves multiple purposes.

## Protection

Community expectations provide guardrails that protect from harmful influences. Accountability and correction cannot vanquish our sinful flesh but can partially restrain its harmful manifestation. Consequences serve as one deterrent that supports the edifying environment centered on God's Word.

## Correction

Discipleship requires accountability, or else priorities become mere intentions or even pretenses. This follow-through helps not merely to correct behavior but to graciously challenge thinking and affections. It also acknowledges the role of failure in progressive sanctification. Sin has inherent consequences (Gal. 6:7–8), but a faith-filled response is a gateway to growth.

# Restoration

God applies discipline so that we can share in His holiness, both now and forever (Heb. 12:4–11). BJU's system of consequences, therefore, aims at peace with God and man. The fruit of the faith-filled reception of consequences is repentance and forgiveness, which result in reconciled relationships with God, other individuals and the college community.

## Disciplinary Tiers and Correction

While maintaining consistency, BJU takes a personal approach and works with a student based on that student's heart response to correction.

Our disciplinary evaluation and correction are grouped into two tiers. Infractions (Tier 1) serve as an index of responsibility for the aspects of the code of conduct that relate primarily to personal discipline. An escalating system of corrective responses (Tier 2) is implemented when there are offenses involving loving respect for others, integrity and purity. These responses escalate from conduct warning to ineligibility to disciplinary probation to suspension. Infractions and corrective responses are reset at the conclusion of each semester.

### Tier 1 Examples (Infractions)

| Infraction Type | Infraction Example | Infraction Incrementation |
|---|---|---|
| Room Job Infractions | Failure to pass room check | 0, 0, 2, 2, 4, 4, 6, 6, 6, etc. |
| Minor Infractions | Late leaving/returning to residence hall | 0, 5, 5, 10, 10, 15, 15, 20, etc. |
| | Late to required activity | |
| | Failure to meet with Student Life | |
| | Room Curfew | |
| | Failure to follow instruction: minor (e.g., attire, phone use in public program) | 10 |
| Major Infractions | Absent from required activity | 25 |
| | 4th+ repeated occurence of a minor infraction | |
| | Unacceptable music | |
| | Failure to follow instruction: major (e.g., attire, horseplay | |

Tc0

Infractions are organized into three categories: Room job infractions, minor infractions and major infractions. Demerits are assigned based on the number of infractions occurring within each category. After a couple of warnings, room job infractions increment steadily. Minor infractions increment steadily after a warning except for failure to follow instruction: minor infractions which incur 10 demerits for each infraction. Major infractions incur 25 demerits each time. If a student incurs three minor infractions of the same infraction type within one semester, future infractions of that type will be recorded as major infractions and incur 25 demerits.

By accumulating 50 demerits or more in a semester, a student typically is demonstrating the need for greater self-discipline and, therefore, will receive a conduct warning. Multiple conduct warnings result in more significant corrective responses (see below).

## Appealing Infractions

A student is to appeal assigned infractions either with their residence hall supervisor (residence hall students) or a Student Life staff member (day students). (Meeting with Student Life is optional for some infractions and required for others.) Student Life staff will hear the student's appeal and make a judgment regarding the infraction and appropriate consequence. This appeal must take place within one week of when the infraction is issued.

If a student believes that the Student Life staff member has not dealt fairly with him or her, he or she may address a disciplinary grievance in writing to the executive vice president for student development and ministry advancement. (See Disciplinary Grievances & Complaints below.)

For some offenses there is a range of possible consequences due to various factors, such as a pattern of repeated offenses. In addition, voluntary acts of confessing and repenting of sin exhibit God's grace at work and are given significant consideration during a disciplinary situation. However, because of the importance of integrity and due process, a student who is untruthful at any point during the investigation of a conduct offense is subject to the maximum consequence for that offense.

## Student Conduct Fines

When a student reaches 25 demerits or receives a corrective response, he or she also incurs a monetary fine. These fines serve as a practical consequence to deter irresponsible or inappropriate behavior.

## 25-Demerit Accumulation Warning

Every time a student accumulates 25 demerits in matters of personal responsibility, a $25 fine will be added to his or her student account. This fine is assessed once for each 25 demerits that the student accumulates each semester. (For

example, a student who accumulates infractions totaling 75 demerits over the course of a semester will pay three installments of $25, totaling $75 in fines.)

## Conduct Warning

A conduct warning alerts a student to either a pattern of irresponsibility or an issue of respect, integrity or purity. This warning provides the student a chance to reflect, change and grow. A student who receives a conduct warning for any reason other than accumulation of infractions will incur a $50 fine on his or her student account.

## Ineligibility

A student who demonstrates an ongoing pattern of irresponsible behavior or who commits a specific offense becomes ineligible to participate in inter-collegiate or intramural sports, run for or hold a campus office or leadership position, live in a senior room or have a key role in an official program. He or she may be required to meet with a staff member for accountability. Becoming ineligible two consecutive semesters places a student on weekly accountability for the following semester, with the requirement of maintaining eligibility status during that semester; if the ineligibility is for a student's final two semesters, the student forfeits the privilege to participate in commencement exercises and may not reenroll for postgraduate or graduate work for one full semester. A student who becomes ineligible due to a specific offense will incur a $100 fine on his or her student account.

## Disciplinary Probation

The third level of corrective response is disciplinary probation, which indicates a student has committed a significant lapse in moral judgment or has demonstrated an ongoing pattern of irresponsible behavior. A student on disciplinary probation meets with a staff member for weekly accountability. A student who does not successfully complete the terms of disciplinary probation is denied reenrollment the following semester. If a student earns disciplinary probation two consecutive semesters, he or she is denied reenrollment for one semester. A student who withdraws for any reason while on disciplinary probation will return on weekly accountability. A student who is placed on disciplinary probation for a significant lapse in moral judgment will incur a $150 fine on his or her student account.

## Suspension

Because an edifying atmosphere benefits the entire campus community, there are some offenses that result in suspension. These would include:

- Major moral failure, including immorality, sensual behavior or use of alcohol or drugs.
- Stealing or shoplifting.

- Committing a crime while enrolled or not disclosing a crime committed before enrollment.

- Encouraging or aiding another student in an action that results in suspension.

A student may receive disciplinary correction, including suspension, for grievous offenses, such as immorality, that come to light from a previous semester or break.

A suspended student may not return to BJU for one full semester and is restricted from campus. A student suspended twice is permanently expelled from the University.

## Tier 2 Examples (Corrective Responses)

| Offense | Corrective Response |
|---|---|
| Accumulating infractions totaling 50 demerits | Conduct Warning |
| Breach of security | |
| Untruthfulness | |
| Destruction of school/personal property | Conduct Warning or Ineligibility |
| Unacceptable video/reading material | |
| Unauthorized overnight | Ineligibility or Probation |
| Aggressive anger/fighting | |
| Attendance at movie, inappropriate concert/dancing | |
| Smoking/tobacco/vaping | |
| Theft | Probation or Suspension |
| Indiscreet/sensual behavior | |
| Disorderly conduct, alcohol, drugs | Suspension |

## Position on Human Sexuality

The New Testament exhorts believers to strive to live morally pure and sexually undefiled lives even in the midst of an immoral and sexually permissive culture (1 Thess. 4:1–9). This biblical mandate stands behind our desire to create and cultivate a culture that promotes and protects healthy relationships. In line with the scriptural teaching on sexual morality and the reality that students face many types of sexual temptation, we wish to encourage single students to live holy lives, abstaining from all sexual relationships, and married students to be faithful in marriage and to their spouse. Therefore, any sexual activity outside the context of a biblically defined marriage between one man and one woman is prohibited.

Additionally, any sexual behavior that is inconsistent with these standards — including sexual intercourse, other sexually intimate forms of touching and sexual communication in written, verbal or visual form — is prohibited even when consensual.

Consistent with our commitment to God's design for gender identity, the public advocacy for or act of altering one's biological sex through medical transition or transgender expression is prohibited. Any same-sex dating or advocacy for such is also prohibited. BJU's perspective on gender identity also applies to — but is not limited to — the use of bathrooms, locker rooms, student housing, attire policies and participating in sex-specific university groups, clubs and organizations.

A fuller statement of BJU's position on human sexuality and gender identity can be found in Appendix B. We realize that these issues are increasingly complicated ones with which many believers struggle, and we want to be a help to any students who need and desire help. The Student Life and Student Care staff are available to meet with students who are struggling.

## Drugs & Alcohol

Students of any age who drink any alcoholic beverages, whether on or off campus, forfeit their privilege of enrollment as students.

BJU's policy on alcohol use by students complies with the laws of South Carolina, which prohibit the possession, consumption and serving of alcoholic beverages by and to persons less than 21 years of age. Underage students who consume alcoholic beverages in violation of South Carolina laws may face criminal penalties as well as disciplinary action.

BJU does not condone the possession, use, manufacture or distribution of illegal substances or drug paraphernalia of any kind or in any amount. Students who engage in drug activity — including the use of prescription medication in a way not intended by the prescribing doctor — forfeit their privilege of

ase 6:21-cv-00474-AA    Document 118-15    Filed 10/25/21    Page 52 of 7

enrollment. Students who take drugs or otherwise participate in drug activity may face criminal penalties as well as disciplinary action.

Because of BJU's position on drinking alcoholic beverages and using illegal substances, students who engage in either activity during a Christmas or summer break are subject to denial of enrollment for at least the following semester.

For additional information, see the Drug-Free Schools and Campus Policy on the intranet.

Note: BJU students are responsible for notifying the director of student life of incidences of arrest. Students who have been arrested must agree to an interview with the director of student life or a designee. Students who have been arrested are subject to disciplinary suspension.

## Withdrawals

A student may not withdraw without consulting a Student Life staff member in person. Avoiding potential disciplinary action is not legitimate grounds for voluntary withdrawal. Attendance at BJU is a privilege, not a right. A student may be subject to administrative withdrawal under the following circumstances:

- In attitude or conduct a student does not fit the spirit of the biblical principles that guide BJU's educational philosophy and to which each student ascribes by signing the student covenant.
- A student's behavior poses a threat to the safety and well-being of others.

## Legal Violations

BJU reserves the right to alert law enforcement officials of legal violations occurring on or off campus. Claiming ignorance of the law is not a valid defense of one's violation.

## University Rights

In executing its disciplinary system as a private educational institution, BJU reserves the right to:

- Inspect lockers and residence hall rooms.
- Scan emails for viruses and objectionable content and to review if deemed necessary.
- Revoke a student's network access without prior notification if the student's computer poses a threat to other computers or to the stability of the network.
- Inspect the content of any electronic device (iPod, computer, cell phone, etc.) if deemed necessary.

- Communicate with a student's parents on any situation involving the student when the student is a dependent or has consented to the release of his or her educational records. Situations covered by a confidential agreement in the Student Care Office are an exception.

- Restrict its services, programs and meetings from being recorded on personal communication devices.

Failure to cooperate with an official review or inquiry could result in disciplinary action.

# Student Rights & Resources

## Notice of Nondiscrimination

BJU is an equal opportunity institution and does not discriminate on the basis of race, color, age, sex, national or ethnic origin, protected disability or veteran status, and for married students, medical needs arising from pregnancy, childbirth, or related medical condition. This policy applies to all terms and conditions of employment, admission to and enrollment with the University, including but not limited to recruitment, selection, hiring, placement, transfer, promotion, training, compensation, benefits, discipline, termination, educational policies, admission policies, financial aid, scholarship and loan programs, housing, athletic and other university-administered programs and activities.

BJU will not tolerate, condone or permit discrimination, harassment (including but not limited to sexual offenses), and/or retaliation, whether engaged in by employees, students or third parties who conduct business with BJU. BJU will investigate such complaints in accordance with the BJU Discrimination and Harassment Grievance Procedures.

BJU has designated a Title IX Coordinator to coordinate its efforts to comply with and carry out its responsibilities under Title IX and other applicable federal civil rights laws. In addition to the Title IX Coordinator, BJU has a Deputy Title IX Coordinator to assist with the Title IX process. Complaints or any concerns about conduct that may violate this policy or retaliation should be filed with either the Title IX Coordinator or the Deputy Title IX Coordinator:

Laura McCarty
*Title IX Coordinator*
Human Resources
TitleIX@bju.edu
or lmccarty@bju.edu
(864) 370-1800, ext. 3007

Natalie Smith
*Deputy Title IX Coordinator*
Career Services
Alumni 206
TitleIX@bju.edu
or nsmith@bju.edu
(864) 370-1800, ext. 2011

# General Student Rights

At BJU, students are afforded certain rights that ensure their ability to fully partici-
pate as members of the university community. Specifically, students have the right:

1. To receive a quality education;

2. To understand the requirements of their academic programs and receive
   regular, timely and useful information and advising about relevant aca-
   demic requirements;

3. To be provided with sufficient course information to be able to make
   informed course selections;

4. To be informed in writing at the beginning of each term (typically via a
   syllabus) of the specific requirements and expected learning outcomes of
   the courses in which they are enrolled and to expect that course require-
   ments will not be changed without notice;

5. To have clear indication of their educational progress in those courses
   in which they are enrolled and to know how the various assignments
   are weighted;

6. To receive a fair, transparent and impartial assessment of their
   performance as students;

7. To have their grades kept private from other students and to have final
   examinations held at the appointed times;

8. To have the privacy of their personal information and records protected
   by the administration (please refer to the FERPA policy for additional
   information);

9. To find their instructors available during posted office hours or
   by special arrangement;

10. To have their instructors arrive for classes punctually;

11. To have their complaints and grievances addressed through the BJU Stu-
    dent Grievance and Complaint Policy;

12. To appeal to a university administrator or the Student Life staff any
    disciplinary charge that has been alleged in accordance with the BJU Stu-
    dent Discipline Policy;

13. To be provided with relevant information concerning financial assistance;

14. To participate in university activities and programs for which they are
    eligible and qualified; and

15. To participate in institutional governance through service as members of
    certain councils and committees organized on campus.

# Grievance Procedures

## Academic Grievances & Complaints

Students are free to speak with professors to express concerns about final grades. If a student does not feel his or her professor has resolved the issue satisfactorily, he or she may express in writing a grievance or complaint to the dean of his or her college/school. (If the complaint is against his or her dean, the student may appeal directly to the provost, as described below.)

If the student does not feel that such a course resolves the issue, he or she may submit a letter of inquiry/complaint to the office of the provost as outlined below.

## Disciplinary Grievances & Complaints

Students may appeal the assignment of demerits with their residence hall supervisor or another student life staff member at the Student Life office.

A student who receives a corrective response (conduct warning, ineligibility, disciplinary probation, suspension) for violating the student covenant and/or the expectations stated in the student handbook may appeal that decision as follows:

- The appeal must be made in writing to the executive vice president for student development and ministry advancement within 72 hours of the student's notification of a disciplinary decision. A form for this purpose is available on the intranet.

- The appeal form must be complete and detailed. Students will present their appeals in person only if requested to do so; therefore, the student should state all reasoning and present all evidence in the written appeal.

- The appeal process is not intended as a venue to re-argue one's case. The grounds for an appeal are limited as stated below:

    1. Established procedures were not followed, and the deviation resulted in the student receiving unfair or unwarranted disciplinary action.

    2. The disciplinary sanction is unduly harsh or arbitrary. Sanctions within the guidelines expressly stated in the student handbook are presumed to be appropriate.

    3. New evidence is discovered that was unavailable at the time of a disciplinary interview if it reasonably could have affected the decision.

- Students who fail to submit their appeal by the required deadline, fail to assert one of the grounds specified above or fail to provide information concerning the basis of their appeal waive their opportunity to appeal.

- If the executive vice president for student development and ministry advancement requests to hear the appeal in person, the student will be given notice of the date, time and location of the meeting.

- An appeals committee will consist of Student Life, academic and student leadership representatives.

- With or without a meeting, the appeals committee may uphold the original decision, overturn the decision, modify the sanction and/or send the issue back to the original decision maker for further consideration.

A decision may be appealed only once; the disposition of the appeal is final.

## Personal Grievances & Complaints

We encourage and expect administrators, faculty, staff and students to reconcile personal grievances and complaints by following the principles Jesus Christ gives in Matthew 18:15–17. However, when the nature of the grievance or the relationship between the two parties does not permit the offended student to resolve his or her concern in this way, he or she is free to approach the executive vice president for student development and ministry advancement for a discussion about the concern and the most reasonable way to satisfy or resolve the issue. (If the complaint is against the executive vice president for student development and ministry advancement, the student may appeal directly to the provost, as described below.)

If the student does not feel that such a course resolves the issue, he or she may submit a letter of inquiry/complaint to the office of the provost as outlined below.

## General Grievances & Complaints

We desire to treat students fairly and to serve their needs effectively. We are open to constructive input regarding how we may improve our service to students, campus life and the testimony of BJU. Mass and social media are powerful tools to communicate truth. In the spirit of honor and wisdom, however, students should not use media to create petitions or to disparage BJU but should instead pursue truth in love by following this grievance process. Students who wish to make a general inquiry, recommendation or complaint that does not relate to mistreatment from a specific person are free to approach the executive vice president for student development and ministry advancement for a discussion about the concern and the most reasonable way to satisfy or resolve the issue. (See references above under Personal Grievances & Complaints for information on how to file grievances relating to mistreatment from a specific person.)

If the student does not feel that such a course resolves the issue, he or she may submit a letter of inquiry/complaint to the office of the provost as outlined below.

## Disability Grievances & Complaints

Any student currently enrolled at BJU who believes that he or she has been discriminated against or harassed on the basis of race, color, age, sex, national or ethnic origin, protected disability or veteran status, and for married students, medical needs arising from pregnancy, childbirth, or related medical condition by a university employee, university student or a visitor to the University may use BJU's Disability Grievances and Complaints Policy and/or file a formal discrimination complaint pursuant to BJU's Discrimination and Harassment Policy.

## Distance Learning Grievances & Complaints

Online students wishing to file a formal complaint are to first seek resolution through BJU's institutional grievance procedures. If the complaint cannot be resolved internally, students may also file a complaint with our accrediting bodies, TRACS and SACSCOC (see below). In addition, each state has a mechanism in place for state residents to lodge complaints against postsecondary educational institutions. A list of the contact information for each state's authorizing agency is available online.

## Program Integrity Complaints

Any student currently enrolled at BJU with a concern relating to programs offered by postsecondary educational institutions authorized under Title IV of the Higher Education Act may use the Program Integrity Grievances and Complaints Policy.

## Submitting an Inquiry/Complaint to the Office of the Provost

When the office of the provost receives a formal letter of inquiry/complaint, the provost will convene the Administrative Hearing Committee to consider the inquiry/complaint. The Administrative Hearing Committee will conduct an appropriate investigation and will render a written explanation/decision within 30 days of the filing of the inquiry/complaint to both the student who made the complaint and the vice provost. The office of the vice provost will keep a record of all student complaints and documentation of how they were handled.

If a student making the inquiry/complaint is not satisfied with the outcome of the process, he or she may appeal to the president of the University. The decision of the president is final.

## Accreditation Association Contact Information

### Regional

#### Southern Association of Colleges and Schools Commission on Colleges

Bob Jones University is accredited by the Southern Association of Colleges and Schools Commission on Colleges to award associate, baccalaureate, master's and doctoral degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097, or call (404) 679-4500.

### National

#### Transnational Association of Christian Colleges and Schools

BJU is accredited by the Transnational Association of Christian Colleges and Schools. Inquiries regarding compliance with accreditation policies and standards may be directed to the Transnational Association of Christian Colleges and Schools, 15935 Forest Road, Forest, Virginia 24551; phone: (434) 525-9539; fax: (434) 525-9538; email: info@tracs.org.

# Academic Assistance

BJU is committed to student success and overall well-being and makes the following resources available to assist students.

# Professors, Academic Advisors and Academic Deans

For academic assistance first see the professors for the specific classes in which you need help. Academic advisors help with studies in general and your academic major. They are interested in you as a person and are also available to provide biblical counsel and other help. Faculty and advisors' office locations and hours are listed online. Academic deans are also available for consultation; you can schedule an appointment through their administrative assistant.

# Academic Resource Center

The Academic Resource Center in Alumni 213 provides a variety of resources to help students improve their study skills and maximize their education. At the Academic Resource Center students of all classifications can connect with study groups for specific classes, receive academic counseling, find tutors, make up tests they may have missed in class and even improve their writing skills. From educational technology to a quiet study zone to academic accommodations for those with documented learning disabilities, the Academic Resource Center helps students build academic confidence and ultimately excel in college. Upperclassmen can minister to their fellow students by applying to be tutors or lead study groups.

# Other Types of Aid

## Financial Aid

The Office of Financial Aid in The Hub on the second floor of the Student Center assists students with scholarships, loans and grants.

## Medical Aid

Students in need of medical care may consult a nurse by calling the Student Medical Advice Line at (864) 455-9327. This qualified nursing advice is available for free 24 hours a day.

In addition, the Director of Student Health Services is available to counsel prospective and current undergraduate and graduate students and families on the medical services available to them through our partnership with Prisma Health and other medical services in Greenville.

Each residence hall has an empty room available for students who need to recover from illness apart from their roommates. Students should see their residence hall staff about using a recovery room.

A housing facility is also available for students who become symptomatic and require testing for COVID-19 or for those who have tested positive for COVID-19 or other contagious sicknesses (e.g., the flu) that require extra rest and care. The Director of Student Health Services will oversee virtual physician visits, health screening and student care at this facility.

## Biblical Counseling

BJU is committed to a biblical discipleship and counseling model. The faculty and staff are serving at BJU because they want to invest in helping students succeed and grow to be like Jesus Christ. For example, residence hall mentors and supervisors welcome you to approach them for advice, mentoring and to answer questions.

We seek to provide the help, hope and healing that God gives to people through His Word. Our biblical counseling model means that we affirm Scripture is sufficient as the authoritative, inerrant revelation of God, His saving work and His wisdom for holy and joyful living. Aiming to understand our humanity without having God's Word at the center of our framework would mislead us at crucial points.

### Sexual Abuse

All faculty and staff are legally mandated to report to law enforcement whenever they have reason to believe that anyone who is currently a minor (a) has been

abused or neglected, or (b) is or could possibly be at risk of being abused or neglected. For more information, please refer to our Child Abuse, Neglect and Sexual Abuse Reporting Policy and Procedure.

Adult survivors of abuse have a legal right to report their abuse to law enforcement, and BJU will assist them in making the report if they desire. Related information will remain confidential and will not be included as part of the adult abuse survivor's official student records. If an adult survivor of abuse communicates the facts of the abuse to a BJU faculty or staff member, there may be a legal requirement for the abuse to be reported to the appropriate authorities (e.g., if the abuse has not been reported and another child may be at risk of abuse).

In all matters, BJU will comply with South Carolina state and federal laws.

## Student Care Office

The Student Care Office is a place where students can come for confidential biblical counseling and mentoring. Students are welcome to come on their own to seek counseling, or they often prefer to have a friend come along initially. Students can be assured that what they share in the Student Care Office will not be shared with others on or off campus without the student's permission, with the exceptions of legal issues regarding abuse and when someone's safety is compromised. The Student Care Office is also a place where students can go for confidential advice and information on Title IX issues.

While our faculty and staff always desire to help students, we understand that not all the help a student needs may be available on campus, so we support a student's desire to seek resources in the community as well (e.g., local churches, health professionals and counseling services).

# Appendix A – Sanctity of Life

God values human life. After narrating God's creation of a world teeming with life, the Bible's first chapter climaxes with God's first recorded words. God proclaims His intention to create a final creature "in our image" and "after our likeness" (Gen. 1:26). The crowning act of creation follows. "So God created man in his own image, in the image of God created he him; male and female created he them" (Gen. 1:27). The chapter concludes with God's verdict on His creation. "And God saw everything that he had made, and behold, it was very good" (Gen. 1:31).

The theme of God valuing human life is found throughout the Bible. He values human life at its beginning. He values human life at its end. And God demonstrates that He values human life in the humanity of His Son.

## God values human life at its beginning.

God's first command to humans was to "be fruitful and multiply" (Gen. 1:28). But the Bible does not view procreation as occurring independently of God's ongoing creative work. Psalms 139:13–16 asserts that God creates human life in the womb. "For You formed my inward parts; You knitted me together in my mother's womb. … Your eyes saw my unformed substance; in Your book were written … the days that were formed for me."[1] David's use of personal pronouns implies his humanness and personhood. Psalm 139:15 metaphorically compares a mother's womb to the "depths of the earth" where, says David, "I was being made in secret, intricately woven." The metaphor points to the creation account where God breathed into the dust of the earth a "living soul" (Gen. 2:7).

The prophet Jeremiah speaks of God forming, knowing and sanctifying him in his mother's womb. "Before I formed thee in the belly I knew thee; and before thou camest forth out of the womb I sanctified thee" (Jer. 1:5). The prophet also indicates that death in the womb is possible, implying that was a living person. "Because he slew me not from the womb; or that my mother might have been my grave" (Jer. 20:17).

The Mosaic Law treats the human conceptus (living being from conception forward) as a viable person with legal rights. If a man strikes a pregnant woman causing premature delivery and the consequent death of the child, he must pay with his own life according to the law of lex talionis (Exod. 21:22–25). Likewise, the account of Samson's birth assumes the personhood of his fetus. The angel of the LORD twice instructed his mother to keep the Nazarite vow of abstinence from "wine or strong drink" and "the unclean thing" lest she defile the person

in her womb to whom the vow actually applied (Judg. 13:3–5, 13–14). Numerous other texts assume the personhood of unborn children (Gen. 25:23–26; 38:27–30; Job 31:15–18; Ps. 22:9–10; Isa. 44:2).

Developments in modern biology consistently uphold the biblical model of the personhood of the unborn. A person's entire genome (full complement of chromosomes) exists in the zygote — the single cell formed by the union of the male sperm and female ovum. The zygote is a unique combination of genetic information from both the father and the mother. Further, the zygote contains the entire genetic information necessary to navigate the entire process of intrauterine development, growth, birth, puberty and adult maturation. When human embryos are implanted into surrogate mothers' wombs, they receive no new genetic information from the surrogate mother. After conception the only physical requirements necessary to sustain fetal life are the same requirements necessary to sustain adult life — nutrition, water and oxygen. Therefore, we believe that life and personhood begin at conception (Ps. 51:5).

# God values human life at its end.

The Old Testament begins with the Bible depicting human life as inviolable not only in its origins, but also in its termination. Death is a wretched and abnormal condition resulting from man's rebellion against his Creator. The Bible consistently views death as the worst possible suffering and the greatest curse upon the human condition. Death is inevitable, but not desirable.

The Bible teaches that God determines the limits of human life. The book of Job states, "[Man's] days are determined, the number of his months are with Thee, Thou hast appointed his bounds that he cannot pass" (Job 14:5). Solomon affirms that for each person, God determines "a time to be born, and a time to die" (Eccles. 3:2). Hebrews 9:27 speaks of God's appointing man's death and subsequent judgment. The Bible denies man the prerogative to terminate life apart from God's intent. Exodus 20:13 declares, "Thou shalt not kill."

Since the fall, humans have usurped God's sovereignty over the limits of human life. Humanity's eldest son became a murderer when Cain killed his brother Abel. In a graphic metaphor Genesis 4:10 speaks of the blood-soaked earth — from which man was formed — crying out to God for justice in the premature termination of Abel's life. In only three specific cases does God permit humans to terminate the lives of other humans; in cases of capital punishment, in war, and in self-defense (Gen. 9:6; Deut. 7:1–2; Exod. 22:2–3).

Rather than facilitating the death of the elderly, the Bible instructs the younger to value their wisdom and discretion (Lev. 19:32; Prov. 16:31). This instruction applies especially to children respecting their parents. "Hearken unto thy father that begat thee, and despise not thy mother when she is old" (Prov. 23:22). The Scripture does not recognize as legitimate several contemporary justifications

for euthanasia, including the right to die with dignity, the relief of financial strains on the family, the relief of burdensomeness to society or the relief of suffering. We may not understand why God permits indefinite suffering on the part of the dying, or why He allows the elderly to become enduring burdens to their families. But we are certain that God permits trials for the sake of perfecting the Christian's faith (James 1:2–4). Job suffered severely, but he recognized that his suffering was appointed for him by God, and Job did not arbitrarily terminate his life (Job 23:10, 14).

# God values human life in the humanity of His Son.

The Old Testament begins with the creation of man in God's image. The New Testament begins with the birth of God in man's image. The virgin birth of Jesus Christ, His experience of human sorrow and suffering, His vicarious atonement, and His sacrificial death on a cruel instrument of torture compellingly demonstrate that God values human life. But God's love for humanity is not merely temporal, it is eternal. In the resurrected body of Jesus Christ, God permanently assumed the human condition.

Christ's bodily resurrection emphatically reiterates God's original assessment of His creation. "And God saw everything that He had made, and behold, it was very good" (Gen. 1:31). The bodily resurrection of Jesus Christ is the first act in God's restoration of the whole creation to its original pre-fallen condition (Isa. 65:17; Rom. 8:22–23; Rev. 21:1–5). Creation fell in the first Adam; in the second Adam (Jesus) creation is restored (Rom. 5:12–17). Christ's death reversed the verdict of death that fell upon the human race subsequent to Adam's sin. Christ's resurrection offers resurrection life to all who believe (1 Cor. 15:3–4, 12–23).

The Bible is a book about life and death. God values all created life. God especially values human life. And God offers eternal life through the death and resurrection of Jesus Christ.

# Applications

We believe that followers of Jesus Christ who are governed by the Bible are ethically obligated to preserve, promote and defend the sanctity of life.

We believe that whenever there is an ethical dilemma the default positions should always be to protect life, including the unborn (Prov. 24:11-12). Jesus teaches this principle of carefulness in the Sermon on the Mount when He instructs His followers not only to avoid killing, but to cease from any activity or passion that increases one's proclivity toward murder (Matt 5:21–22).

We believe that the Bible consistently depicts life in the womb as both personal and human.  As a University, we believe that our thinking about issues related to contraception, the harvesting of embryonic stem cells and aborticides should be governed accordingly.

Therefore, we oppose the practice of abortion on the grounds that it involves the intentional, purposeful and direct ending of a human life that began at conception. In the event that a situation arises where the mother's physical life would be endangered, such as with an ectopic pregnancy, it would be morally and ethically responsible to deliver the baby and allocate life-saving resources for both the baby and the mother, rather than risk the loss of both mother and child.

*[1]Quoting the ESV for clarity. The KJV reads, "For thou hast possessed my reins: thou hast covered me in my mother's womb. … My substance was not hid from thee, when I was made in secret, and curiously wrought in the lowest parts of the earth. Thine eyes did see my substance, yet being imperfect; and in thy book all my members were written, which in continuance were fashioned, when as yet there was none of them."*

# Appendix B - Position on Marriage and Human Sexuality

## Definition of Marriage

The institution of marriage has been valued by every culture and society throughout human history. Bob Jones University believes marriage is an institution ordained by God and prescribed by Scripture to be a monogamous relationship between a man and a woman physically created in these respective genders by God. We believe God intended heterosexual marriage to be an enduring covenanted relationship established before Himself and man to prop-agate the human race, lovingly express healthy relational and sexual intimacy, and picture the covenant relationship He has with all genuine believers.

## Basis of Authority for the Definition

As a distinctively Christian liberal arts university, BJU strives to live according to the doctrinal, moral and ethical dictates of the Bible which serves as our final authority for all matters pertaining to doctrinal beliefs and moral and ethical practices. Our understanding of marriage and application of its meaning is grounded in more than established human tradition and existing cultural norms. As the authoritative, inspired, inerrant and timelessly relevant Word of God, the Scriptures have binding authority for the doctrinal belief and moral practice of believers, churches and Christian institutions (2 Sam. 7:28; Prov. 30:5; Matt. 4:4; 5:17–20; 24:35; 2 Tim. 3:15–16; 2 Pet. 1:16–21; 3:2). The Bible speaks clearly and authoritatively to the matters of marriage, consensual sexual activity and gender identity. Its clear teachings on these matters govern and are central to the beliefs and practices of BJU and serve as the final authoritative grounds for the content of this position statement.

The Scriptures teach that God created man and woman in His image (Gen. 1:27–28), brought them together in the lifelong covenant relationship of marriage and blessed this union (Gen. 1:28).  Furthermore, the Scriptures make plain that this first marriage was intended to be an authoritative pattern for all future human marriages as evidenced by the teachings of Moses (Gen. 2:18–24), the Wisdom books (Prov. 12:4; 18:22; 31:10; Eccles. 9:9), the Prophets (Mal. 2:13–16), the Apostles (1 Cor. 7:1–16; Eph. 5:21–33; Col. 3:14–19; Heb. 13:4; 1 Pet. 3:1–7), and Jesus Himself (Matt. 19:4–6; Mark 10:1–9).

Marriage is a covenantal lifelong relationship between a woman and a man who were physically created and assigned these genders by God (Gen. 1:27; Ps. 139:13–16; Matt. 19:4; Mark 10:6). We believe God intended heterosexual marriage for the propagation of the human race and the loving expression of healthy relational and sexual intimacy, and to picture the covenant relationship He has with all believers (Eph. 5:22–33).

# Context for Human Sexuality

Human sexuality is part of God's divine design for human beings (Gen. 1:28). However, the Bible restricts all forms of consensual sexual activity to within the boundaries of the marriage relationship (1 Cor. 7:1–5; Heb. 13:4). The Bible clearly prohibits not only nonconsensual sexual misconduct (Deut. 22:25–27) but also any consensual sexual activity outside the boundaries of heterosexual marriage (1 Thess. 4:1–8). Furthermore the Bible specifically names as sinful and prohibits any form of sexual activity between persons of the same sex (Rom. 1:26–27; 1 Cor. 6:9–10; 1 Tim. 1:10), polygamy (Matt. 19:4–6; 1 Cor. 7:11), incest (Lev. 18:6–18; 1 Cor. 5:1), bestiality (Exod. 22:19; Lev. 18:23; 20:15–16; Deut. 27:21; Gal. 5:19; Eph. 5:3; Col. 3:5), adultery (Exod. 20:14; Mark 10:19; Luke 18:20;  James 2:11), and fornication of any sort including pornography (1 Cor. 6:9–10; 1 Thess. 4:3–8; Lev. 18:20).

# Statement about Gender Identity

God created man and woman in His image as two distinct but equal genders which He intends to use for His glory (Gen. 1:26–27). Furthermore, individual gender is assigned by God and determined at conception (Ps. 139:13–16). Therefore, we believe that to intentionally alter or change one's physical gender or to live as a gender other than the one assigned at conception is to reject God's right as Creator to assign gender to His creatures and is a personal rejection of His plan to glorify Himself through the original gender He assigned that individual (1 Cor. 10:31).

# Expectations of BJU Employees and Students

Because the positions set forth in this statement are grounded in the biblical, moral and ethical commands clearly taught and demanded by Scripture, BJU expects all employees and students enrolled at BJU to agree with and abide by this statement on marriage, human sexuality and gender identity.

# Posture toward Those Who Disagree with Us

All of us are sinners. We live in a world broken by sin and are called to live out our biblical beliefs among those who may disagree with us. We desire to do so in ways that honor God and point them to Him (1 Pet. 1:11–12). We believe every person must be treated with respect and compassion and are committed to living out our commitments to these biblical standards with grace and humility. We also believe that we are called to speak God's truth in love (Eph. 4:15) as we call all men to recognize that all human sinfulness is an offense to God (Rom. 3:10–11; Rom. 6:23a), that God has displayed immense grace and mercy toward all sinners (Eph. 2:1–10), and that He offers a full and free forgiveness through Jesus Christ to all who repent and forsake their sin and turn in faith to Him (Acts 3:19–21; Rom. 6:23; 10:9–10; 1 Cor. 6:9–11; 1 John 1:8–9).

# Appendix C – Biblical Approach to Evaluating Objectionable Elements in Entertainment

A Christian's entertainment choices should reflect Christ and encourage him or her to be more like Christ.

While it can be beneficial to be culturally literate, every Christian should self-censor his or her entertainment choices. Below are common categories of elements that are biblically objectionable and should be censored:

- Profanity.
- Scatological realism — pertaining to excretory functions.
- Sexual perversion — adultery, fornication, homosexuality.
- Erotic realism — explicit descriptions of sexual acts.
- Lurid violence.
- Occultism.
- False philosophical or religious assumptions — the most dangerous, yet the most overlooked, of all objectionable elements.

Evil in the Bible appears dangerous and repulsive. Reflections of evil appear in the Bible in the form of negative examples so as to create a defense against what they represent or to give hope to the fallen for forgiveness and recovery from sin. Entertainment choices should treat evil in the same way that it is treated in the Scriptures. Such entertainment can be edifying reading, listening or viewing for someone of sufficient maturity.

Scripture itself includes notable examples of each type of objectionable element, but the intent of the presentation is to instruct, the details are presented with restraint rather than gratuitousness and the tone makes clear what is evil and what is good.

Certainly no Christian should take pleasure in reading, listening to or viewing content that draws him or her away from personal holiness; but neither will a mature Christian unreflectively seclude him or herself from worthy literature or other entertainment choices simply because they contain offensive material, if that material is presented in the same manner in which Scripture presents it. Edifying entertainment choices expose the believer to works which enhance his

or her understanding of the world and strengthen the credibility of his or her testimony by enabling him or her to become "all things to all men" (1 Cor. 9:22) and develop moral perception to "by reason of use have [his] senses exercised to discern both good and evil" (Heb. 5:14).

When evaluating an entertainment choice, Christians should ask themselves the following questions:

- Are the characters noble?
- Do the actions of the story cause the characters to desire virtue and reject vice?
- Does the story's resolution reward good and punish evil or honor wisdom and scorn foolishness?
- Does the theme of the story conflict with God's truth? If it does, how?
- Where is the flaw?

Instead of making entertainment choices indiscriminately or insulating oneself from all entertainment, Christians should follow God's example: create a resistance to the allurement of evil by wisely applying small doses of antigen in the form of critical reading, watching and listening.

It is godly to present ungodliness in a biblical manner, for a biblical purpose and to a biblical effect. It is ungodly to use what might seem the freedom of Scripture as a cloak of licentiousness (cf. 1 Pet. 2:16).

*Condensed from Dr. Ron Horton's Christian Education: Its Mandate and Mission.*

# Appendix D – University Trips

## Conventions, Contests and Trips Away from Campus

With administrative conference approval, students may attend professional meetings, contests and conventions related to their major and may stay overnight with an approved chaperon. Other groups, such as the University Business Association and art students, may take group trips. See Class Attendance Policy (p. 20) and Non-Class Required Events (p. 24) for information concerning absences from class and non-class activities. A pass with approval from the Student Life office is required.

## Official University Groups

### Attire

Students traveling in official BJU groups are expected to dress in a way that commends Christ.

- Travel, sightseeing and touring professional establishments — casual appropriate attire, unless otherwise instructed by a sponsor.

- Travel to and from a church — class appropriate attire. (Attire for traveling to and from a church can vary at the discretion of the sponsor, who is knowledgeable of the preferences of specific churches.)

- Representing the University in a competition event — class attire or formal attire (men: coat or tie is suitable), as appropriate.

- Attending a church service, including when representing the University — same attire as for evening religious services on campus during the academic year (women: skirt or dress, not denim; men: coat or tie).

- All hair and grooming regulations apply.

### Social Regulations

Small groups are to check in with the group leader every two hours, and the group leader should have a cell phone number for each group.

- Mixed groups are to consist of at least three people.

- Men and women are not to be in each other's hotel rooms without a sponsor, and students are to be in their own hotel rooms by 12 a.m. unless at a sponsor-called meeting

- Mixed swimming is not permitted.

## Entertainment

Television and movie viewing is to be in keeping with university guidelines. Because of copyright issues, commercial videos are not shown on the bus.

## Transportation

Whenever possible, university travel should be conducted using university vehicles. Vehicle requests should be made two weeks in advance. University insurance covers employees and student representatives who are authorized through the vehicle request process as drivers or occupants of university vehicles. Additional information is [available on the intranet](#).

# Bob Jones University **Student Covenant**

Bob Jones University believes God's Word is authoritative and sufficient for Christian faith and practice. In many areas Scripture gives clear commands which believers are to obey because of their love for their Savior. In other areas where Scripture does not give specific commands, believers are to use Spirit-guided discernment to make wise choices based on biblical principles. BJU bases its student policies on scriptural commands, biblical principles and principles that enable the university community to live together harmoniously in close proximity. Each BJU student is expected to know and adhere to these policies while enrolled as a student.

By my choice to enroll as a student in Bob Jones University and having read the student handbook, I will strive to abide by all the policies in the 2021–2022 student handbook. I commit to do the following:

- Exercise a spirit of humility, love, consideration and forgiveness while living in community with fellow students, faculty and staff; help create a campus environment conducive to spiritual growth through my attitude and actions; and encourage fellow students to keep their commitment to this covenant.

- Apply myself wholeheartedly to academic studies and maintain the highest integrity standards in representing my work as my own.

- Meet prescribed class and non-class attendance requirements.

- Make spiritual growth and local church involvement high priorities.

- Guard my Christian testimony both on and off campus, including how I regard and interact with friends of the opposite gender, exercising wholesome communication and avoiding gossip and refraining from immorality or the use of alcohol or drugs.

- Honor the Lord in how I use discretionary time and select/participate in entertainment options that honor Jesus Christ and edify others. This includes using social media responsibly and avoiding sensuality on the internet or in publications.

- Dress modestly, neatly and appropriately and honor BJU's attire policy.

- Treat university property and that of fellow students with respect, and honor regulations designed to protect individual and facility safety and security.

- Engage in gospel ministry through outreach ministries and other means as opportunities arise.

_____

*Signature*                                          *Date*

_____

*Print Full Name*                                    *BJU ID*

*A copy of the Student Covenant will be provided at the beginning of the academic year for each student to sign after reading the handbook. Residence hall students are to turn in signed covenants to their supervisors and day students to the Student Life office. All signed covenants are to be turned in by Sept. 3 (Jan. 21 for second semester students).*

BOB JONES UNIVERSITY
LEARN.    LOVE.    LEAD.