

August 26, 2021

Caley:

As is stated in our Graduate and Seminary Handbook, Lincoln Christian University is a Christian community committed to academic pursuit and spiritual growth under the Lordship of Jesus Christ and as such, all members of this community agreed to live within the boundaries established in the Handbook.

I recognize that this is a tender and sensitive topic, but it has come to my attention that you have made lifestyle choices that do not comply with our behavioral expectations. According to a blog post you contributed to *Whosoever* on June 23, 2021 and your biographical information on the First Christian Church website, it seems you have chosen to identify as and live as a transgender woman. Our Graduate and Seminary Handbook clearly states:

**Section 350: Sexual Immorality**

> Sexual immorality is prohibited by God's Word, and therefore by the University. This includes premarital sex, extramarital sex, homosexual activity, gender modification, and any other sexual activity outside the bounds of a Biblical marriage. It also includes erotic physical contact outside the traditional definition of sexual intercourse.
>
> Homosexuality is defined as romantic, physical, or sexual attraction to a member of the same gender. Homosexual activity is defined as romantic, physical, or sexual acts with a member of the same gender. Gender is defined as a person's physical condition as male or female at birth. Gender modification or medical procedures to become transgender are considered sexual immorality. Similarly, cross-dressing for the purpose of presenting oneself as an opposite gender is considered inappropriate.
>
> Please note that being attracted to a member or members of the same sex is not a disciplinary matter under this Handbook. However, in light of our understanding of Biblical teaching regarding human sexuality, acting on these attractions will be treated as a disciplinary issue under this Handbook.
>
> Even though a Biblical worldview does not support homosexual activity or an elected transgender lifestyle, it also clearly promotes general respect for and tolerance of people who do not share a Biblical worldview or interpret pertinent Biblical texts in a manner that is inconsistent with orthodox Christian scholarship.

In addition, the most recent Mentored Ministry reports submitted on your behalf are written in a way to conceal your choice to live as a woman. The reports are written awkwardly in an attempt to not use pronouns when speaking about your work at the church. This is a cause of concern as they seem to have been written and submitted to be intentionally less than forthright.

We desire that any action taken by LCU be done so with the best interest of the student and community in mind. Any action we take is not undertaken to be punitive, but instead used as an opportunity for growth. Our redemptive process is in place to call members of our community to a high standard of

behavior and to establish and maintain an environment conducive to learning and personal growth. As an LCU student you are agreeing to live by our community standards.

If you choose to remain enrolled at LCU, this matter will be referred to the Disciplinary Committee for further action. Please find our due process information below so you can be fully informed regarding the steps that will be taken.

If, for any reason, you were unaware of our stance on gender and now recognize that you cannot abide by our conduct expectations, you may simply withdraw from classes and no further action will be taken. Students may drop classes anytime before September 6 and receive a full refund. If you choose to withdraw from your classes, you should contact the Registrar's Office (registrar@lincolnchristian.edu).

Please acknowledge receipt of this Notice of Charge by responding via email. As you'll note below, if you would like to be heard by the Disciplinary Committee, you may submit a request to me within fourteen (14) days of receipt of this Notice. If you do not request to be heard and you do not voluntarily choose to withdraw from your courses, this matter will be presented to the Disciplinary Committee for further action.

We seek to find a redemptive and respectful conclusion to this matter. If you would like to speak to me or to Dr. Barney Wells, Graduate and Seminary Dean about this matter, please let us know.

*Jill Dicken*
Jill Dicken
Vice President of Student Development

**Section 415: Due Process**

A student who is subject to any disciplinary action as outlined in this Handbook and who is not suspected or determined as provided elsewhere to be a direct threat to self or others has the following, and only the following, rights:

Formal Actions. Before being subjected to any Formal Actions, a student is entitled to written Notice of Charge and may, upon request, be heard by and personally appear before the Disciplinary Committee. Such a request must be made to the Vice President of Student Development in writing within fourteen (14) days of the Notice of the Charge. The Vice President of Student Development may, in her sole discretion, choose to submit the matter to the Disciplinary Committee for decision. The Disciplinary Committee will have ten (10) days to render a decision.

Appeal of Disciplinary Committee Actions. A student may appeal Informal or Formal Actions taken by the Disciplinary Committee as follows: an appeal may be made to the President, or his designee. The President, or his designee, may, in his sole discretion, grant the student an opportunity to appear in person and be heard. Appeals must be made in writing and within fourteen (14) days of the decision being appealed. The response to the appeal must be made within ten (10) days of the appeal.

<u>Appeals are Successive</u>. Note that these appeals are successive, meaning that, for example, informal action by a Residence Hall Director must first be appealed to the Vice President of Student Development, and a denial of that appeal by the Vice President must then be appealed to the Disciplinary Committee, and a denial of that appeal by the Disciplinary Committee must then be appealed to the President.

<u>Disciplinary Committee Hearings</u>. If a student appears before the Disciplinary Committee, the student may personally appear before and be heard by the Disciplinary Committee and may make a statement and respond to committee questions. A student is ***not*** entitled to (though may be permitted upon request) present evidence, cross examine witnesses, or be represented by legal counsel.