**FW: meeting yesterday**

Wolff, Joshua <jwolff@adler.edu>
Fri 10/22/2021 11:12 AM
To: Paul Southwick <paul@paulsouthwick.com>; Josiah Robinson <josiahr@paulsouthwick.com>

**From:** Wolff, Joshua
**Sent:** Thursday, September 29, 2016 5:23 PM
**To:** joseph.wheeler@ed.gov; seth.galanter@ed.gov
**Subject:** meeting yesterday

Dear Joseph and Seth,

I'd like to extend my utmost appreciation for making the time to meet with Jenny Smulson and I yesterday. I felt very heard, and appreciated your thoughtful questions. If there is any way I can be of help to your Office now or in the future, please don't hesitate to ask.

Also, I would be most appreciative if you forward my gratitude to your other colleagues who were present (I only got business cards from the two of you, or I would have included them on this email as well).

Best regards,

Josh

**Joshua R. Wolff, PhD**
Assistant Professor
Department of Psychology
Adler University – Chicago campus
Phone: (312) 662-4371

Licensed Psychologist (IL)
Gender pronouns: he, him