**FW: [EXTERNAL] Meeting follow up**

Wolff, Joshua <jwolff@adler.edu>
Fri 10/22/2021 11:14 AM
To: Paul Southwick <paul@paulsouthwick.com>; Josiah Robinson <josiahr@paulsouthwick.com>

---

**From:** Wolff, Joshua
**Sent:** Wednesday, June 30, 2021 3:41 PM
**To:** 'Polishchuk, Kenneth' <KPolishchuk@apa.org>; suzanne.goldberg@ed.gov; Alice.Abrokwa@ed.gov; joseph.wheeler@ed.gov; jessica.cook@ed.gov; joseph.Golinker@ed.gov; tina.sohaili@ed.gov
**Cc:** Studwell, Karen <KStudwell@apa.org>; Theresa Kay <tkay@weber.edu>; Mira Krishnan <mira@miracharlotte.com>; Christina Patterson <capatterson42@gmail.com>
**Subject:** RE: [EXTERNAL] Meeting follow up

Dear OCR staff,

I'd also like to reiterate our appreciation for your willingness to meet with us and listen to our concerns about the safety and mental health of LGBTQ+ students in non-affirming religious colleges and universities (NARUs). We recognize this is a complex issue, and we appreciate OCR's willingness to engage in dialogue about it as you seek to strengthen Title IX protections for often marginalized groups.

To briefly recap, we are requesting that OCR and ED take the following actions:
1. Issue guidance against the use of harmful practices being used toward LGBTQ+ students at some NARUs. This should include guidance that sexual orientation/gender identity change efforts (i.e., conversion therapy) - practices which research and anecdote state are occurring at some NARUs - are harmful and incompatible with receipt of federal dollars. Similarly, stronger guidance is needed that bullying, harassment, and sexual assault of LGBTQ+ students are unacceptable regardless of religious affiliation.
2. Expand research opportunities offered through ED on LGBTQ+ student well-being and campus climates. Similarly, incentivize NARUs to build safer campus climates for LGBTQ+ students, faculty, and staff through grants and other regulatory strategies.
3. Hire psychologist(s) to join OCR's team. We offer significant expertise in research, clinical mental health services at schools and universities, and psychometric assessment which could be a valuable asset to OCR.

Please do not hesitate to reach out should we be able to assist.

Best regards,

Josh

*Joshua R. Wolff, Ph.D.*
Adjunct Professor – Department of Psychology
Adler University
Chicago, IL

Lic. Clinical Psychologist (IL)
Gender pronouns: he/him



**From:** Polishchuk, Kenneth <KPolishchuk@apa.org>
**Sent:** Tuesday, June 29, 2021 4:55 PM
**To:** suzanne.goldberg@ed.gov; Alice.Abrokwa@ed.gov; joseph.wheeler@ed.gov; jessica.cook@ed.gov; joseph.Golinker@ed.gov; tina.sohaili@ed.gov
**Cc:** Studwell, Karen <KStudwell@apa.org>; Wolff, Joshua <jwolff@adler.edu>; Theresa Kay <tkay@weber.edu>; Mira Krishnan <mira@miracharlotte.com>; Christina Patterson <capatterson42@gmail.com>
**Subject:** [EXTERNAL] Meeting follow up

Good afternoon,

Thank you again for taking the time to meet with us today. We appreciate your willingness to engage on these critical issues and we look forward to continuing the conversation. I wanted to follow up with several documents I mentioned during the call. Below are links to several APA resolutions and attached please find recent comments APA joined that were submitted during the public hearing period a few weeks ago, as well as comments that we provided a few years ago when the current Title IX rule was being considered. We will be submitting new comments once the NPRM is published, but wanted to share these as well.

- APA Resolution on Campus Sexual Assault
- APA Resolution on Sexual Orientation Change Efforts
- APA Resolution on Opposing Discriminatory Laws, Policies, and Practices Aimed at LGBTQ+ Persons

Thank you again, and please do not hesitate to reach out if you have any questions.

Kenneth

**Kenneth Polishchuk** *(he/him)*|Senior Director for Congressional & Federal Relations
Advocacy
202-336-5945
kpolishchuk@apa.org

**American Psychological Association**
750 First Street NE, Washington, DC 20002