**Paul Carlos Southwick (OSB 095141)**
Religious Exemption Accountability Project
Paul Southwick Law, LLC
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
Tim Volpert PC
211 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Alletta S. Brenner (OSB 142844)**
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

**Misha Isaak (OSB 086430)**
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER: et al., <br>    Plaintiffs, <br>v. <br><br>U.S. DEPARTMENT OF EDUCATION; et al. <br>    Defendants. <br>v. <br><br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a/ CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY, <br><br>    Defendants-Intervenors. | Case No. 6:21-cv-00474-AA <br><br>**AMENDED PLAINTIFFS'** <br><br>**WITNESS LIST** |

Religious Exemption Accountability Project
Paul Southwick Law, LLC

# UNITED STATES DISTRICT COURT

For the    DISTRICT OF    Oregon - Eugene Division

Elizabeth Hunter, et al.

V.

U.S. Department of Education, et al.

**WITNESS LIST**

Case Number: 6:21-CV-00474-AA

| PRESIDING JUDGE<br>Ann Aiken | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al. |
|---|---|---|
| TRIAL DATE (S)<br>11/4/2021 - 11/5/2021 | COURT REPORTER | COURTROOM DEPUTY<br>Cathy Kramer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Alex Duron: admission rescission and related Union University policy language; OCR exemption assurance; Title IX complaint; |
| | | | | | ~~Jamie Lord: Regent University School of Law policy language; Title IX complaint; retaliation and harassment~~ |
| | | | | | Audrey Wojnarowisch: George Fox University policy language; Title IX complaint; sexual assault; OCR exemption assurance and related OCR correspondence with George Fox University and Northwest Yearly Meeting of Friends |
| | | | | | Veronica Penales: Baylor University policy language; Title IX complaint; denial of LGBTQ+ student club; OCR exemption assurance |
| | | | | | Elizabeth Hunter: Bob Jones University policy language; Title IX complaint; OCR exemption assurance |
| | | | | | Kalie Hargrove: expulsion from Lincoln Christian University; Montgomery GI Bill funding |
| | | | | | Joshua Wolff, Ph.D.: fact witness regarding OCR knowledge of LGBTQ+ discrimination at non-affirming religious colleges and universities that receive federal financial assistance; fact witness regarding OCR knowledge of harmful impact of OCR religious exemption regulations on LGBTQ+ students at non-affirming religious colleges and universities that receive federal financial assistance; expert witness regarding injuries to LGBTQ+ students attending non-affirming religious colleges and universities that receive federal financial assistance but that are largely exempt from Title IX regulations regarding sexual orientation and gender identity discrimination. |
| | | | | | Dr. Ilan Meyer, UCLA School of Law, Williams Institute: expert witness regarding the impact of social environment on the health and well-being of LGBTQ+ people, in particular young people, like plaintiffs, at educational institutions for higher education. |