Herbert G. Grey, OSB # 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

*Counsel for Defendant-Intervenor Council for Christian Colleges & Universities*

Gene C. Schaerr, DC Bar # 416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas Miller, MI Bar# P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar # 1685532*
Email: jprince@schaerr-jaffe.com
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060
* Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| ELIZABETH HUNTER, et al., <br>     Plaintiffs, <br> v. <br> U.S. DEPARTMENT OF EDUCATION, et al., <br>     Defendants, <br> v. <br> COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY, <br>     Defendants-Intervenors. | No. 6:21-CV-00474-AA <br><br> DEFENDANTS-INTERVENOR CCCU'S EXHIBIT LIST |

# UNITED STATES DISTRICT COURT

FOR The     DISTRICT OF     OREGON-EUGENE DIVISION

| | |
|---|---|
| Elizabeth Hunter, et al.<br>v.<br>U.S. Department of Education, et al.<br>v.<br>Council for Christian Colleges & Universities | **DEFENDANT-INTERVENOR'S EXHIBIT LIST**<br><br>Case Number: 6:21-CV-00474-AA |

| PRESIDING JUDGE<br>Ann Aiken | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al.<br><br>DEFENDANT-INTERVENOR'S ATTORNEYS<br>Herbert G. Grey<br>Gene C. Schaerr, et al. |
|---|---|---|
| TRIAL DATE (S)<br>11/4/2021 - 11/5/2021 | COURT REPORTER | COURTROOM DEPUTY<br>Cathy Kramer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | College Pulse. (2021, March). The LGBTQ+ student divide: The state of sexual and gender minority students at taxpayer-funded Christian colleges. A Religious Exemption Accountability Project/College Pulse study. Retrieved from https://www.thereap.org/report. |
| | | | | | Greathouse, M., BrckaLorenz, A., Hoban, M., Huesman, R., Rankin, S., & Stolzenberg, E. B. (2018, August). Queer-spectrum and trans-spectrum student experiences in American higher education: The analyses of national survey findings, Rutgers University, Tyler Clementi Center. Retrieved from https://rucore.libraries.rutgers.edu/rutgers-lib/60802/ |
| | | | | | Messman, J. B., & Leslie, L. A. (2019). Transgender college students: Academic resilience and striving to cope in the face of marginalized health. Journal of American College Health, 67, 161 - 173. https://doi.org/10.1080/07448481.2018.1465060 |
| | | | | | Oswalt, S. B., & Lederer, A. M. (2017). Beyond depression and suicide: the mental health of transgender college students. *Social Sciences*, 6(1), e1_e8. https://doi.org/10.3390/socsci6010020 |
| | | | | | Wolff, J. R., & Himes, H. L. (2010). Purposeful exclusion of sexual minority youth in Christian higher education: The implications of discrimination. Christian Higher Education, 9: 439–460. https://doi.org/10.1080/15363759.2010.513630. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Wolff, J. R., Himes, H. L., Soares, S. D., & Miller Kwon, E. (2016). Sexual minority students in non-affirming religious higher education: Mental health, outness, and identity. Psychology of Sexual Orientation and Gender Diversity, 3(2), 201–212. https://doi.org/10.1037/sgd0000162. |
| | | | | | Rankin, S., Garvey, J. C., & Duran, A. (2019). A retrospective of LGBT issues on US college campuses: 1990–2020. International Sociology, 34(4), 435–454. https://doi.org/10.1177/0268580919851429 |
| | | | | | Union University Campus Life Handbook 2020–2021, https://www.uu.edu/studentlife/handbook/clh2021.pdf. |
| | | | | | Union University Community Values Statements, https://www.uu.edu/studentlife/handbook/cvs2021 |
| | | | | | George Fox University, Supporting LGBTQ students at George Fox, https://www.georgefox.edu/lgbtq/index.html. |
| | | | | | George Fox University, Community Lifestyle Statement, https://www.georgefox.edu/offices/hr/lifestyle-statement.html |
| | | | | | Baylor University, Statement on Human Sexuality, https://www.baylor.edu/risk/doc.php/343044.pdf. |
| | | | | | Baylor University, Human Sexuality at Baylor University, https://www.baylor.edu/diversity/index.php?id=963497. |
| | | | | | Bob Jones University, Student Handbook 1617 |
| | | | | | Lincoln Christian University, Policy and Procedures for Preventing and Responding to Sexual Misconduct and Sexual Violence, https://lincolnchristian.edu/wp-content/uploads/2016/08/WEB-POSTED-Lincoln-Christian-University-Policy-and-Procedures-for-Sexual-Misconduct-and-Sexual-Violence-FINAL_2-2-2017.pdf. |
| | | | | | *Obergefell v. Hodges*, 576 U.S. 644 (2015), https://www.supremecourt.gov/opinions/14pdf/14-556_3204.pdf. |

2  - Defendant-Intervenor CCCU's Exhibit List

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Biola University, Biola University's Theological Positions, https://www.biola.edu/about/theological-positions?&_ga=2.258076616.394935193.1635518342-1491238253.1635518342#biblical-principles |
| | | | | | Transcript, Minority Stress and the Health of LGBT Populations with Dr. Ilan Meyer, https://tinyurl.com/afuyw7u9 |
| | | | | | Expert Report of Dr. Ilan H. Meyer, Nov. 2, 2015, *Sexual Minorities Uganda v. Scott Lively*, No. 3:12-CV-30051(MAP) (Mass. Dist. Ct.) |
| | | | | | Meyer, I.H., et al., Minority Stress, distress, and suicide attempts in three cohorts of sexual minority adults: A U.S. probability sample, PLOS ONE (Mar. 3, 2021), https://doi.org/10.1371/journal.pone.0246827 |
| | | | | | Trial Testimony, *Perry v. Schwarzenegger*, No. 3:09-cv-02292-WHO (N.D. Cal.), ECF 464, 806–985. |
| | | | | | Frost, D.M., & Meyer, I. H. (2009). Internalized Homophobia and Relationship Quality Among Lesbians, Gay Men, and Bisexuals, Journal of Counseling Psychology, 56(1), 97–109. https://doi:10.1037/a0012844 |
| | | | | | Herek, G. M., Gillis, J. R., & Cogan, J. C. (2009). Internalized Stigma Among Sexual Minority Adults: Insights from a social psychological perspective. Journal of Counseling Psychology, 56(1), 32–43. https://doi:10.1037/a0014672 |
| | | | | | Professional Psychology Groups urge the U.S. Department of Education to protect LGBTQ+ students at religious colleges and universities. American Psychological Association. https://tinyurl.com/5w9th58z |
| | | | | | Expert Declaration of Shirley Hoogstra |
| | | | | | Expert Declaration of Mark Regnerus |

3  - Defendant-Intervenor CCCU's Exhibit List

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all counsel of record in this case by ECF and by email.

DATED this 29th day of October, 2021.

/s/ Gene C. Schaerr

Gene C. Schaerr

*Counsel for Defendant-Intervenor Council for Christian Colleges & Universities*