

# UNION
## UNIVERSITY

# Campus Life Handbook

## 2020-21

**Union  University**
**1050 Union  University  Dr.**
**Jackson,  Tennessee 38305**
**731.668.1818**

**Union University Profile** ..................... 5
Our Identity ............................................ 5
Our Mission............................................. 5
Our Core Values....................................... 5
Our Statement of Faith ........................... 6
**Responsibilities and Expectations**
**for Community Life at Union Univ.** .... 7
introduction ............................................. 7
Community Responsibility and
Accountability......................................... 7
Authority for Community
Expectations ............................................ 8
**The Five Union Community**
**Values** ...................................................... 8
University Community Values
Statements ............................................... 8
Worth of the Individual ........................... 8
Self-discipline ...................................... 10
Academic & Personal Integrity ............ 11
Respect for Property & Environment ... 11
Respect for Community Authority ........ 12
**General Policy of Conduct** ................ **13**
**Good Samaritan/Amnesty Policy** ...... **13**
**Community Support and**
**Redemptive Discipline.......................** **14**
**Seeking Help and Behavioral**
**Accountability.....................................** **14**
**Values Violation Sanctions** ................ **14**
**Values Violations and the**
**Judicial Process** ................................... **16**
The Judicial Process.............................. 16
Students' Rights .................................... 16
The Appeal Process............................... 17
Readmittance After Suspension ........... 17
Readmittance After Suspension
from a Residence Complex ................... 18
Records (Disciplinary) and
Parental Notification............................. 18

**Campus Policies and Procedures.......19**
Academic Policies/Procedures...............19
Change of Name/Address/Phone ..........19
Chapel....................................................19
Classroom Visitation Policy..................20
Confidentiality of Student Records .......21
Directory Information ...........................21
Dress Code.............................................21
Emergency Notification System ...........22
Emotional Stability of Students ............22
FERPA...................................................21
Final Examinations ...............................23
Fliers and Advertisements.....................23
Fund Raising/External Conferences......23
Grievance Procedures (Non-Academic)23
Grievance Procedures (Academic)........24
Harassment ...........................................26
Health Insurance ...................................29
Health Services .....................................29
Identification Cards...............................29
Lost and Found .....................................29
Meal Plans.............................................30
Minor Students (Under Age 18) ............30
Missing Person Policy ..........................31
Movie Policy .........................................31
Parking Permits .....................................31
Political Activities at Union...................32
Post Office .............................................32
PawPrint Student Printing.....................33
Printing Services....................................33
Progress Reports....................................34
Protests..................................................34
Publications ..........................................34
Recording (Audio or Visual)................35
Role of the Student in Univ. Decisions .35
Safety and Security Office....................36
Scheduling Activities ...........................36
Security Act Information ......................37

Sexual Assault and/or Harassment (see
Harassment) ........................................ 26

Sidewalk Chalk.................................... 37

Solicitation ........................................... 38

Study Abroad/External Study Programs ... 38

Surveys................................................. 38

Technology and Online Resources ......... 38

Textbook Orders................................... 38

Timely Warning.................................... 39

University Reps for Student Activities ...... 39

Van Reservation Policy........................ 39

Voter Registration ................................ 40

**Student Activities/Organizations ... 40**

Admission to Campus Activities......... 40

Formation/New Student Organizations 40

Student Org. Leadership Requirements .. 40

Undergraduate Org's/Honor Societies.. 41

Graduate School Student Orgs................ 41

**Residence Life..................................... 41**

Residence Life Mission Statement........41

Residence Life Philosophy ..................41

Residence Life Goals.......................... 42

Residence Life Staff........................... 42

Housing Policy .................................... 42

Housing Contract................................. 43

Off-Campus Policy.............................. 43

2020–21 Housing Prices ..................... 44

Residence Complexes.......................... 44

Residence Complex Guidelines/
Students' Responsibilities ................... 46

Moving In, Checking In, and Logistics ..52

3

Dear Union Family:



I am so glad that you have chosen to be part of the Union community! The Student Life Team at Union invites you into an engaging and intentional educational atmosphere where you will have the opportunity to encounter God, experience community and engage culture. Whether you are a new or returning student, we look forward to getting to know you better, to hear your stories, and to encourage you in this journey.

My goals for you this year are threefold: First and foremost, that you would continue to develop an authentic, life-altering relationship with Jesus Christ; second, that you would thrive academically and get excited about your courses and about how God is preparing you for service to His Kingdom; and third, that you actively partner with us to create a Bonhoeffer-type community in this place where we do "life together" very well. Each of these goals requires us to be genuine, to have fortitude, and to give sacrificially of ourselves.

The aim of my office is to create a seamless learning environment in which both curricular and co-curricular learning prepares Union students to become Excellence-Driven, Christ-Centered, People-Focused and Future-Directed. To this end, please know that my office is eager to provide you with helpful opportunities and resources, accurate information, and innovative solutions. On behalf of the entire Student Life team at Union University, we look forward to serving you this year!

Dr. Bryan Carrier
Vice President for Student Life & Dean of Students

---

Ayo Bulldogs!



It is my privilege to welcome you to a new year at Union University! Thank you for giving me the opportunity to serve as your 2020 Student Government Association President. I, along with the Executive Branch of SGA, look forward to another great semester at Union University.

Since its founding in 1823, Union has impacted the lives of its students through its vibrant campus life, unique traditions, and institutional leadership dedicated to providing Christian higher education. As students here, we have the opportunity to make a difference through our service to Church and society while building up Union University's great name and reputation. I believe that Union is truly a treasure in higher education, and we get the privilege of serving at this great institution.

The Student Government Association at Union exists solely to serve you, the student body. Without the students, Union University would not exist. Therefore, it is our desire to present your concerns to the University administration, faculty, and staff. We want your voice to be heard! Through Student Senate and Class Councils, real change can be implemented across our campus. There have been countless changes enacted on campus as a result of Student Government and we want to continue this tradition of improving our beloved campus. We also put on student-wide events throughout the semester. It is our goal that every student knows they are represented and that their voice is heard and valued within Student Government. Stop by our SGA Office located in the Barefoot Student Union building (SUB), talk to a class officer, or reach out to any SGA member if you have any recommendations or concerns regarding campus or student life.

Union University has truly impacted me in ways that I never could have imagined. This past summer has given me time to reflect on the impact that Union has had on my life. This school is truly a special place, and I cannot be more thankful for it. Besides challenging me academically, this place has allowed me to grow spiritually in ways that I cannot imagine. My prayer is that just as Union has

4

blessed my life, I hope you will experience the same. May God continue to bless you in all that you do! If you ever need anything, please don't hesitate to reach out to me.

Raymond Chahyadi
**SGA** Executive President 2020

# UNION UNIVERSITY PROFILE

### OUR IDENTITY



Union University is an academic community, affiliated with the Tennessee Baptist Convention, equipping persons to think Christianly and serve faithfully in ways consistent with its core values of being Excellence-Driven, Christ-Centered, People-Focused, and Future-Directed. These values shape its identity as an institution which prioritizes liberal arts based undergraduate education enhanced by professional and graduate programs. The academic community is composed of quality faculty, staff, and students working together in a caring, grace-filled environment conducive to the development of character, servant leadership, and cultural engagement.

### OUR MISSION

Union University provides Christ-centered education that promotes excellence and character development in service to Church and society.

### OUR CORE VALUES

• Excellence-Driven: We believe that excellence, not mere compliance, is the goal of our teaching, our research, and our service. We are not motivated to excellence out of pride but out of a desire to do all things for God's glory because He cares about our work and wants to be involved in everything we do. We will not be satisfied with mediocrity, but will pursue excellence in all things. This means our truth claims carry with them the challenge of living out that truth in the minutes and hours of daily life. Thus we will pursue excellence, without arrogance.

• Christ-Centered: A cohering core value of our guiding vision is a call to faith, a call to be Christ-centered in all that we are and in all that we do. We will seek to build a Christian liberal arts based community where men and women can be introduced to an understanding and appreciation of God, His creation and grace, and to humanity's place of privilege and responsibility in this world. We will seek to establish all aspects of life and learning on the Word of God, leading to a firm commitment to Christ and His Kingdom. To be a Christ-centered institution calls for us to establish the priority of worship and service in the Christian life while seeking to develop a generation of students who can be agents of reconciliation to a factious church in a hurting and broken world. This commitment calls for all faculty and staff to integrate Christian faith in all learning and doing, based on the supposition that all truth is God's truth and that there is no contradiction between God's truth made known to us in Holy Scripture and that which is revealed to us through creation and natural revelation.

• People-Focused: A third pillar on which we will build our common commitments is the core value of being people-focused. At the heart of our commitment to being people-focused is the visible demonstration of valuing one another. We will give honor to one another through our words and actions, and by committing to each person's success. We therefore jointly commit ourselves to the success of Union University.

• Future-Directed: We will seek to maximize the windows of opportunity the Lord has presented to us to the greatest degree that resources allow. All of our resources and efforts must, by God's grace, be maximized to fulfill our common mission. A commitment to being future directed means we want to have a short-term focus and a long term view. We want to involve ourselves in efforts that prepare us effectively to impact the world of the 21st Century.

## OUR STATEMENT OF FAITH

1. The Scriptures. The Scriptures of the Old and New Testament were given by inspiration of God, and are the only sufficient, certain, and authoritative rule of all saving knowledge, faith, and obedience.

2. God. There is but one God, the Maker, Preserver, and Ruler of all things, having in and of Himself, all perfections, being infinite in them all; and to Him all creatures owe the highest love, reverence, and obedience. He exists eternally in three persons: Father, Son, and Holy Spirit each with distinct personal attributes, but without division of nature, essence, or being. God as Father reigns with providential care over all things that come to pass, and perpetually upholds, directs, and governs all creatures and all events; yet so as not to destroy the free will and responsibility of intelligent creatures.

3. Jesus Christ. The second person of the Trinity is the eternal Son of God. In his incarnation Jesus Christ was conceived by the Holy Spirit and born of the virgin Mary. Jesus perfectly revealed and did the will of God, taking upon Himself human nature, yet without sin. He honored the divine law by His personal obedience, and by His substitutionary death on the cross He made provision for our redemption from sin. He was buried and rose again the third day, and ascended to His Father, at whose right hand He lives to make intercession for His people. He is the only Mediator, the Prophet, Priest, and King of the Church, and Sovereign of the universe.

4. Holy Spirit. The Holy Spirit is the Spirit of God, fully divine, who exalts Jesus Christ. The Spirit convicts men and women of sin, of righteousness, and judgment, enabling them to understand the truth. He calls men and women to the Savior, and brings about regeneration, which is a renewal of heart and nature.

5. Humankind. God originally created humankind in His image, and free from sin; but through the temptation of Satan, they transgressed the command of God, and fell from their original righteousness, whereby all humans have inherited a sinful nature that is opposed to God, and are thus under condemnation. As soon as they are capable of moral action, they become actual transgressors.

6. Salvation. Salvation involves the redemption of the whole person, and is offered freely to all who believe in Jesus Christ as Lord and Savior; accepting and trusting in Him alone for justification and eternal life. Justification is God's gracious declaration of righteousness of sinners, who believe in Christ, from all sin, through the satisfaction that Christ has made. Believers are also sanctified by God's Word and Spirit dwelling in them. Sanctification is the process of progressing toward moral and spiritual maturity, enabled by the presence and power of the Holy Spirit. Those who are accepted in Christ and sanctified by the Holy Spirit will never totally nor finally fall away from the state of grace, but shall persevere to the end, and be kept by the power of God through faith unto salvation.

7. The Church. The Lord Jesus Christ is the Head of the Church, which is composed of all true followers of Christ, and in Him is invested supremely all power for its government. Christians are to associate themselves with local churches; and to each church is given the authority to administer order, to carry out ministry, to worship, and to practice discipline.

8. Last Things. The bodies of humans after death return to dust, but their spirits return immediately to God-the righteous to rest with Him; the wicked to be reserved under darkness to the judgment. God in His own time and in His own way, will bring the world to its appropriate end. According to His promise, Jesus Christ will return personally and visibly in glory to the earth. At the last day, the bodies of all the dead, both just and unjust, will be

raised. God has appointed a day, when He will judge the world by Jesus Christ, when all people shall receive according to their deeds; the wicked shall go into everlasting punishment; the righteous, into everlasting life.

*This Statement of Faith does not exhaust the extent of our beliefs. The Bible itself, as the inspired and infallible Word of God that speaks with final authority concerning truth, morality, and the proper conduct of mankind, is the sole and final source of all that we believe. With respect to faith, doctrine, practice, policy, and discipline, the Board of Trustees is the final arbiter on the Bible's meaning and application for the purposes of the University.*



# RESPONSIBILITIES AND EXPECTATIONS FOR COMMUNITY LIFE AT UNION UNIVERSITY

## INTRODUCTION

Students possess the privileges, responsibilities, and rights of several citizenships, including those of state, federal and municipal governments. Enrollment in Union University presents privileges beyond those available to all citizens at the partial expense of the Tennessee Baptist Convention. These additional privileges come with additional responsibilities.

The Union campus life handbook serves as the main university handbook. All other handbooks (e.g. handbooks specific to a school, college, academic discipline) serve as handbook supplements to this main handbook. Where there may be conflicting policies, the policies listed in this campus life handbook will take precedent.

The campus life handbook is not a contract. However, students are bound by the policies and community values listed in this student handbook. The most recent handbook supersedes previous versions. Union reserves the right to revise and amend this handbook. Any changes to this handbook after publishing will be sent to students via email and also included as an addendum at www.uu.edu/studentlife/handbook/.

## COMMUNITY RESPONSIBILITY AND ACCOUNTABILITY

At Union University all members of the University community have a responsibility to the values of the University and to one another. The commitment to these values is expected at any time a student is enrolled, whether or not school is in session. When in the presence of a values violation, the individual has the responsibility to 1) intervene and confront the violation so the behavior stops; and/or 2) immediately leave the area where the violation is occurring and contact appropriate Union University employee so the violation can be addressed. If members of the community willingly remain in the presence of a values violation without either confronting the violation, or leaving the area immediately and contacting appropriate University staff members, they may be perceived as supporting the values violation and may be subject to sanctions as well. Such support of violations undermines the purpose of the community as an atmosphere conducive to academic and personal growth for its members, and thus the individual present may be subject to sanctions.

7

**AUTHORITY FOR COMMUNITY EXPECTATIONS**

Union University seeks three sources of authority in light of the University mission for the community expectations it places on students.

1. Scripture (What does the Bible say to us about community expectations?)

2. Legal Authority (Local, State and Federal Laws)

3. Baptist Life and Christian Heritage (The life-style issues, roots, and values of evangelical Christians who find their authority in God's word and have stressed the need for a personal, redemptive faith in Jesus Christ.)

It is from these three sources that the five Community Values of Union University are based. As is the case with all communities, reasonable expectations are identified which contribute to the common good of the community. Being a contributing member of a community requires that selfish individualism must give way to what is best for a caring, orderly, and just community.

To this end, five Community Values have been identified that affirm a peaceful, purposeful, and biblical community founded on the moral and ethical integrity of students and faculty. As a community we are committed to the Christian values on which Union University was founded.

# THE FIVE UNION COMMUNITY VALUES

I.   Worth of the individual (Luke 12:7)

II.  Self-discipline (Galatians 5:22-26)

III. Academic and personal integrity (Proverbs 12:22)

IV.  Respect for property and the environment (Psalm 24:1, Genesis 2:15, I Cor. 4:2, Exodus 20:15)

V.   Respect for community authority (Romans 13:1, 2)

## UNIVERSITY COMMUNITY VALUES STATEMENTS

### I.   WORTH OF THE INDIVIDUAL

We value the intrinsic worth of every individual. Our respect for other individuals includes an appreciation of cultural backgrounds different from our own, an understanding of different attitudes and opinions, and an awareness of the consequences of our actions on the broader community. (Luke 12:7*"Why, even the hairs of your head are all numbered. Fear not; you are of more value than many sparrows."*; Galatians 6:1-2 *"Brothers, if anyone is caught in any transgression, you who are spiritual should restore him in a spirit of gentleness. Keep watch on yourself, lest you too be tempted. Bear one another's burdens, and so fulfill the law of Christ." ESV*))

A.   PERSONAL ABUSE. Personal abuse is defined as any behavior that results in bullying, harassment, coercion, threat, disrespect and/or intimidation of another person, or any unwanted sexual attention towards another person. This action may include any action or statements that cause damage or threaten the personal and/or psychological wellbeing of a person. Inappropriate narrative or cyber-bullying on social media (e.g. Twitter, Facebook, Instagram, blog, texting, Snapchat, etc.) may be considered personal abuse.

Minimum Sanction:              University Warning

B.   HAZING. Hazing in any form is prohibited by Union University and Tennessee Law. This regulation also governs off-campus initiation activities. Hazing is to be interpreted as any activity that endangers the physical safety of a person, produces mental

or physical discomfort, causes embarrassment, fright, humiliation or ridicule, or degrades the individual—whether it is intentional or unintentional. It is defined as doing any act or  coercing another to do any act of initiation of a student into an organization that causes or  creates a substantial  risk bringing mental, emotional, or physical harm to a person. Hazing  is also any act that injures, degrades, harasses, or disgraces any person. It is understood  as any forced or required intentional or negligent action, situation, or activity that  recklessly places any person at risk of physical injury, mental distress or personal  indignity. All initiation activities are  subject to the  approval  of the  Dean of Students.  Violators will also be subject to state fines and/or imprisonment.

Minimum Sanction:          Due to the  complexity of most situations involving hazing, minimum sanctions will be  determined on a  case-by-case basis. If the hazing activities are associated with a specific organization, the organization may face sanctions as well.

C.   SEXUALLY IMPURE RELATIONSHIPS.   Sexually impure relationships include but are not  limited to participation in or appearance of engaging in premarital sex, extramarital sex, homosexual  activities, or cohabitation. Union affirms that sexual relationships are designed by God to be expressed solely within a marriage between a man and a woman. The Bible condemns all sexual relationships outside of marriage (Matt. 5:27-29; Gal. 5:19).  The promotion, advocacy,  defense or ongoing practice of a homosexual lifestyle (including same-sex dating behaviors) is also contrary to our  community values. Homosexual behaviors, even in the context of a marriage, remain  outside Union's community values. We seek to help students who face all  types of sexual temptation, encouraging single students to  live chaste, celibate  lives,  and  encouraging married students to be faithful to their marriage and their spouse.

Minimum Sanction:          Personal  Accountability

D.   GENDER IDENTITY. Union adheres to the biblical tenet that God created only two genders, that He fashioned each one of us and thus designated our gender/sex. Therefore, identifying oneself as a gender other than the gender assigned by God at birth is in opposition to the University's community values. Further, engaging in activities or making any efforts to distinguish or convert one's gender/sex to something other than the gender/sex to which you were biologically born and which was God-given (i.e. transvestites, transsexuals, transgenders, etc.) is prohibited.

Minimum Sanction:          Personal Accountability

E.   PUBLIC AFFECTION.  The University expects behavior both on and off campus to be above reproach. We ask all students to prohibit participating in inappropriate displays of public affection so that it does not cause offense or distraction to others.

Minimum Sanction:          University Warning

F.   PORNOGRAPHY. Pornography is  defined as viewing, possession, purchase, or distribution of any pornographic materials in any form (Websites, photos, text messages, phone applications, games, computer games, videos, etc.). See the Information Technology department's Acceptable Use policy for the appropriate use of the  Internet and the University's computers.  www.uu.edu/it/policies/aup.cfm (Ephesians 5:1-5 *"Therefore be imitators of God, as beloved children. And walk in love, as Christ loved us and gave himself up for us, a fragrant offering and sacrifice to God.  But sexual immorality and all impurity or covetousness must not even be named among you, as is proper among saints. Let there be no filthiness nor foolish talk or crude joking, which are out of place, but instead let there be thanksgiving.  For you may be sure of this, that everyone who is sexually immoral or impure, or who is covetous (that is, an idolater), has no inheritance in the kingdom of Christ and God." ESV)*

Minimum Sanction:          University Warning and Personal Accountability

9

## II.   SELF-DISCIPLINE

We value personal responsibility and recognize the individual's need for physical, intellectual, spiritual, social, and emotional wholeness. We value the full development of every student in terms of a confident and constructive self-image, of a commitment to self-discipline, and of a responsible self-expression. (Galatians 5:22-24 *"But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness, self-control; against such things there is no law. And those who belong to Christ Jesus have crucified the flesh with its passions and desires."* ESV)

A.   ALCOHOLIC BEVERAGES. The possession, use, purchase, distribution or manufacturing of alcoholic beverages on or off campus is prohibited. The possession of empty alcoholic beverage containers and/or drug paraphernalia on campus (on campus includes all facilities of the University, adjacent parking areas, and fraternity and sorority houses) will be considered strong evidence that alcohol and drug regulations have been violated..

| Minimum Sanctions: | Due to the complexity of most alcohol situations, minimum sanctions will be determined on a case-by-case basis. Please be aware that driving under the influence of alcohol may carry more severe sanctions. |
|---|---|
| Sanctions may include: | Individual: Probation, attend alcohol education program(s) or counseling, fine, and community service hours. |
| | Organization: Probation of University organization status, fine and community service hours, and parental notification. |

B.   USE OR POSSESSION OF ILLEGAL SUBSTANCES. The purchase, possession, use, distribution, or manufacturing of any substance of abuse or drug paraphernalia is prohibited except under the direction of a licensed physician. A substance of abuse includes but is not limited to any form of narcotics, stimulants, hallucinogenic, opioid, sports enhancement or "street drug," and any other controlled substances as defined by law. Additionally, the University does not tolerate the misuse and/or abuse of prescription drugs. Local law enforcement may be called. If a student is suspected of drug use, he or she may be asked to submit to testing. Refusal or attempts to evade testing will be interpreted as evidence of drug use and will result in disciplinary action. The complete policy and testing procedures can be found at: www.uu.edu/studentlife/accountability/

| Minimum Sanctions: | Individual: University Warning |
|---|---|
| | Organization: Suspension of University organization status |

C.   GAMBLING. Playing a game for money or other valuable stakes with the hope of gaining something significant beyond the amount an individual pays is in opposition to the community values of the University.

| Minimum Sanction: | University Warning |
|---|---|

D.   TOBACCO/VAPORIZERS. Union University is a smoke-free, tobacco-free campus. The use of or possession of tobacco or vaporizers (including, but not limited to, cigarettes, e-cigarettes, vapor products, chewing tobacco, etc.) in any form is prohibited everywhere on Union's campus (including student apartments on campus.)

| Minimum Sanction: | University Warning |
|---|---|

E.   CURFEW. The University has established a 2:00 am curfew for students and visitors to campus. Students entering campus after 2:00 am will need to show their student ID and will be reported for a curfew violation. Students desiring to leave campus between 2:00 am—5:00 am need prior approval from their Residence Director. The purpose of the curfew is for the safety and security of the campus and residential

students.

Minimum Sanction:          University Warning (for first two curfew violations)

### III.    ACADEMIC & PERSONAL INTEGRITY

We value a campus community that encourages personal growth and academic development in an atmosphere of Christian influence. We affirm the necessity of both academic and personal standards of conduct that allow students and faculty to live and study together. We value the fair and efficient administration of these standards of conduct. (Proverbs 12:22 *"Lying lips are an abomination to the LORD, but those who act faithfully are his delight."* ESV)

A.    ACADEMIC INTEGRITY. Union University upholds the highest standards of honesty. Students are to refrain from the use of unauthorized aids during testing (including but not limited to technology devices such as cameras, cell phone applications, scanners, translation programs, and text-messaging devices), to refuse to give or receive information on examinations, and to turn in only those assignments which are the result of their own efforts and research. Failure to provide correct documentation for material gleaned from any outside source, such as the Internet or any published/unpublished work, constitutes plagiarism, a form of cheating subject to strict disciplinary action. Faculty are responsible for discouraging cheating and will make every effort to provide physical conditions which deter cheating and to be aware at all times of activity in the testing area. Students who become aware of cheating of any type are responsible for reporting violations to the course instructor. For a description of the Academic Dishonesty Appeal Process, please see Grievance Procedure in this handbook.

B.    PERSONAL INTEGRITY. Lying or committing fraud on any level.

Minimum Sanction:          Fraud: Restitution and probation

                           Lying: University Warning

### IV.  RESPECT FOR PROPERTY AND THE ENVIRONMENT

We value the rights and privileges of owning and using property, both personal and University, and the benefits of preservation and maintenance of property and of our natural resources. In our stewardship of property we recognize the accountability of our actions to the future Union community. (Exodus 20:15 *"You shall not steal."*; Psalm 24:1 *"The earth is the LORD's and the fullness thereof, the world and those who dwell therein,"*; Genesis 2:15 *"The LORD God took the man and put him in the garden of Eden to work it and keep it."*; I Cor. 4:2 *"Moreover, it is required of stewards that they be found faithful."* ESV)

A.    LITTERING. Intentional and inappropriate disposal of trash/waste outside of designated containers/areas. Please keep our campus beautiful!

Minimum Sanction:          University Warning and Restitution

B.    PROPERTY DESTRUCTION/ROOM DAMAGE. Actions that violate this Community Value include damaging, destroying, defacing (in any way) property belonging to others or to the University.

Minimum Sanction:          Probation and Restitution

**Note:**    Any intentional damage may be subject to a fine of $50.00 above the cost of labor and damage/cleaning charges.

C.    UNAUTHORIZED ENTRY. This occurs when one enters into any University building, vehicle, office, gated parking lot, student room or window or onto any building without prior authorization. Resident Advisors are not permitted to unlock residents' doors without the prior permission of the resident living in that particular apartment or room.

11

Minimum Sanction:                Fine and Restitution

D.    STEALING AND POSSESSION OF STOLEN OR LOST PROPERTY. This is defined as the unauthorized taking, borrowing and/or keeping of property belonging to the University or others.

Minimum Sanction:                University Warning and Restitution

E.    SETTING A FIRE AND ARSON. Deliberately lighting a fire. Minimum Sanction: Probation and Restitution

F    POSSESSING FIREARMS, WEAPONS OR FIREWORKS. This is the possession, whether open or concealed, of any weapon (including, but not limited to air guns, firearms, paintball guns, illegal knives and swords) that could be used to intimidate, scare, or harm others. Further, possession of materials used to manufacture bombs, firearms, or weapons are also prohibited. Union University does not permit the storage of recreational sporting/hunting equipment inside the residential facilities on campus or in vehicles. Per TN- 142, please see student accountability website www.uu.edu/studentservices/accountability for details regarding firearm exceptions for vehicles.

Minimum Sanction:                Probation and confiscation of firearm; fine, and
                                           community service hours

G.    TAMPERING WITH FIRE SAFETY EQUIPMENT / INTERCOMS / NETWORK CABINETS. Tampering with or removing emergency instruction sheets, fire alarms, fire extinguishers, exit signs, computer networking cabinets or other safety equipment puts others at risk of injury. Tampering with such equipment is strictly prohibited.

Minimum Sanction:                Fines (minimum $100) and/or Probation

H.    RESPONSIBILITY FOR GUESTS. Students are held responsible for the conduct of their guests on campus. Overnight visitors staying on campus must sign in at the Bowld or McAfee Student Commons before midnight. Failure to sign in guests may result in the loss of guest privileges.

Minimum Sanction:                University Warning

I.    MISUSE OF UNIVERSITY EMAIL/NETWORK. Responsible, appropriate usage is always ethical, reflects honesty in all work, shows stewardship in the consumption of shared resources and is guided by Christian principles. A complete policy for the appropriate use of the Internet and the University's computers can be found at www.uu.edu/it/policies/aup.cfm.

Minimum Sanction:                University Warning

## V.    RESPECT FOR COMMUNITY AUTHORITY

We value our privileges and responsibilities as members of the University community and as citizens of the community beyond the campus. We value the community standards of conduct expressed in our system of laws and value the fair administration of those laws, including University, municipal, state and federal laws. (Romans 13:1, 2 *"Let every person be subject to the governing authorities. For there is no authority except from God, and those that exist have been instituted by God. Therefore whoever resists the authorities resists what God has appointed, and those who resist will incur judgment."* ESV)

A.    BREACH OF PEACE. Breach of peace is considered any action which disrupts the peace or which endangers or tends to endanger the safety, health, or life of any person. It also includes the disruption of the functional processes of the University by individuals and/or organizations.

Minimum Sanction:                University Warning

B. INSUBORDINATION. Failure to comply with a request, written or verbal, of an authorized University faculty or staff member constitutes insubordination. Failure to comply based on a difference of opinion is not an acceptable response.

Minimum Sanction:                    University Warning and Written Apology

C. RECKLESS BEHAVIOR. Any behavior which creates a risk of danger to one's self or others in the University community is strictly prohibited. This includes but is not limited to reckless driving, propping exterior doors ajar in the residence complexes, throwing/launching/setting fire to objects, and disclosing or giving building/room access to unauthorized persons.

Minimum Sanction:                    University Warning and Written Apology

D. VIOLATING RESIDENCE COMPLEX VISITATION GUIDELINES. This violation occurs when one is present or has been present in any non-public area of the residence complexes with a member of the opposite sex outside of the published open visitation hours.

Minimum Sanction:                    University Warning

E. VIOLATION OF ANY RESIDENCE COMPLEX GUIDELINES as outlined in the Residence Life section of the *Campus Life Handbook*.

Minimum Sanction:                    University Warning

F. BREAKING A CITY, STATE OR FEDERAL LAW. All students are required to abide by the laws of the local, state, and federal governments and are subject to University judicial action. Formal charges, complaints or indictments by government entities are not prerequisite for University action under this section.

Minimum Sanctions:                    Correspond to the degree of the seriousness of the law violated

G. DANCING. Union University prohibits dancing at any Union University sponsored events held on campus.

Minimum Sanction:                    University Warning

## GENERAL POLICY OF CONDUCT

When students are accepted for admission to Union University, the University believes they are capable of conducting themselves in a manner which involves restraint and self-control when such are necessary. Written rules and regulations cannot be provided for every act or condition that may occur in the lives of several thousand students. However, the general policy of conduct at Union University is that students conduct themselves as persons of faith who strive to exemplify the character of Jesus Christ throughout their daily lives.

## GOOD SAMARITAN/ AMNESTY POLICY

The welfare of students in the Union University community is of paramount importance. Union University promotes bystander intervention and encourages students to offer help and assistance to others in need. Students should not hesitate to offer assistance to others for fear that they may get in trouble themselves. Union University has instituted a policy of limited immunity for students who offer help to others in need. While policy violations cannot be overlooked, the University will focus on educational responses to those who offer their assistance to others in need, serve as witnesses to an incident, or make a good faith report of alleged misconduct. This policy does not protect students from the consequences associated with Tennessee law.

Union University encourages members of the campus community who experience or witness any form of sexual misconduct to report the act to the University and/or law

13

enforcement. Under no circumstances will a complainant or witness who makes a report of sexual assault or other prohibited conduct be charged with violating community values, regardless of the outcome. Union's desire is to assist the complainant, to care for individuals in need, and to seek justice.

Should a student experience severe intoxication or a drug related reaction while attending an event hosted by a University organization, representatives or members of that organization are expected to promptly call for medical assistance. This act of responsibility will mitigate the judicial consequences against the organization resulting from student community value violations that may have occurred at the time of the incident.

## COMMUNITY SUPPORT & REDEMPTIVE DISCIPLINE

From a Biblical perspective, all discipline is redemptive in nature, seeking to reconcile the individual to God and to his/her neighbor. To assist in accomplishing this, Union seeks to model the Biblical ideal of redemptive discipline outlined in Matthew 18:15-18, James 5:19-20 and Galatians 6:1-2. Like a pyramid, many situations can be confronted and dealt with initially at the lowest level. If the problem is not resolved, it rises to the next level. As you rise up the pyramid, the options for disciplinary action are more limited. The goal is to resolve as many situations as possible involving as few people as possible. By doing so, relationships and individuals can be restored for the glory of God.

## SEEKING HELP AND BEHAVIORAL ACCOUNTABILITY

Each student should be aware of his/her own behavior and the positive or negative effects that behavior can have on the community. If a student knows their behavior is outside the limits established by the University and sincerely wishes to get assistance and accountability for that behavior prior to the University discovering the inappropriate behavior, the student may take the initiative to discuss this with a Resident Advisor, Residence Director, the Director of Counseling Services, the Director of Residence Life/Dean of Student Life, or the Dean of Students without the threat of disciplinary action. The staff member will seek to work with the student toward the goal of Christ-like living (Proverbs 27:5,6). Exceptions to this approach may be where behavior is repetitive, self-destructive, hazardous to others or self, or involves a significant legal issue.

## VALUES VIOLATION SANCTIONS

The type of behavior deemed to violate these values is determined under the sole discretion of the University. This would include behavior deemed inconsistent with our understanding of Christian values and Biblical guidelines. A student engaged in this behavior is subject to one or more of the Values Violation Sanctions listed below. All sanctions are evaluated in light of past disciplinary records. Values violations that occur before or between semesters may also be subject to disciplinary action at the University. (Hebrews 12:11 "*For the moment all discipline seems painful rather than pleasant, but later it yields the peaceful fruit of righteousness to those who have been trained by it.*" ESV).

**University Warning—**Official reprimand/warning that continuation or repetition of an inappropriate behavior will result in a more severe sanction. This sanction includes a conversation with the student about the inappropriateness of the behavior as well as how to make wiser choices in the future.

**Community Service**—This sanction requires the student to render a designated number of hours as specified service to the University or community.

**Campus Restitution—**This sanction is intended to benefit the individual and the campus community by restoring damage caused by the value violation.

14

**Written Assignment**—Personal reflection paper as assigned by the judicial officer.

**Personal Accountability**—This sanction requires the student to meet with a predetermined faculty or staff member for ongoing accountability.

**Counseling**—Requirement to meet with a University approved licensed counselor for assessment.

**Fine**—Financial consequence corresponding to the violation.

**Loss of Privilege**—This sanction prohibits the student from participation in specific University activities. (Restriction from social activities, shortened curfew, etc.).

**Parental Notification**—A call and/or letter to the student's parent(s) or guardian regarding the violation.

**Financial Restitution**—Requirement to reimburse or otherwise compensate another for damage or loss of property resulting from a student's misconduct or a fine set in relation to the offense.

**Residence Life Probation**—Formal written warning that the student's conduct is in violation of University policies. The continued status of the student as a resident student depends on the maintenance of satisfactory citizenship during the period of probation. Any student who is on Residence Life probation will remain on probation for one full semester clear of any violation of Community Values and Expectations. Students on probationary status may not hold student leadership or officer positions, for example: SGA, SAC, Life Group Leaders, Focus Leaders, Resident Advisors, Resident Staff Advisors, Fraternity/Sorority officers, and any other leadership position on campus. Contingent upon the violation, intramural participation may be restricted.

**University Probation**—Formal written warning that the student's conduct is in violation of University policies and his/her status as a student is in jeopardy placing them out of good standing with the University. The continued enrollment of the student depends on the maintenance of satisfactory citizenship during the period of probation. Students on probationary status may not hold student leadership or officer positions, for example: SGA, SAC, Life Group Leaders, Focus Leaders, Resident Advisors, Fraternity/Sorority officers, and any other leadership positions on campus. Contingent upon the violation, intramural participation may be restricted.

**Institutional Scholarships Probation**—Formal written warning that the student's conduct is in violation of University policies and his/her University funds (scholarships) are in jeopardy of being removed for not less than one semester. Continued benefit from University funds (scholarships) depends on the maintenance of satisfactory citizenship during the period of Institutional Scholarships Probation.

**Institutional Scholarships Suspension**—Termination or reduction of institutional or athletic scholarships and aid for not less than one semester, including institutional aid given in the current semester. (For additional information about athletic scholarships, please refer to the student athletic handbook.)

**Residence Life Suspension**—Exclusion from living in or visiting University residence complexes for a stated period of time during which the student's presence in any Union residence complex is prohibited without prior permission from the Dean of Students. No residence life refund will be given.

**Immediate Suspension**— In the event a student's actions on or off campus show that the student's continued presence constitutes a danger to property, others, themselves, or if there is a pending felony charge, the student may be placed on immediate suspension until a campus hearing can be arranged, or the legal action is finalized. A student on interim suspension will be restricted from the campus or from a particular program, activity or building.

**University Suspension**— Termination of student status at the University for not less than the remainder of the semester during which time the student's presence on Union University campus is prohibited without permission of the Dean of Students. Residence life charges may be refunded on a pro-rated basis, according to the University *Catalogue*. Students who reapply and are allowed to return to Union following a University suspension will enter on probationary status and may be ineligible for University funds for not less than one semester.

**Expulsion**—Termination of student status at the University permanently for an indefinite period of time. No residence life refund will be given.

# VALUES VIOLATIONS AND THE JUDICIAL PROCESS

## THE JUDICIAL PROCESS

The purpose of the Values Violation Process is to give fundamental fairness and consistency to a student who has possibly violated a Union University Value. A student who has been charged with a values violation and thus alleged to be involved in an inappropriate behavior will be granted these rights in the judicial process.

A.    Any student, faculty, staff, parent or guest may present an oral or written report (incident report form) of the facts as they know them regarding the alleged violation.

B.    This report is referred to the Dean of Students, Director of Residence Life/Dean of Student Life, Residence Director, or Program Chair. If there is substantial evidence to support the alleged violation, he/she will arrange a meeting with the student. In the case of allegations of academic dishonesty or grade appeals, the faculty member, chair and/or Dean of the school will arrange a meeting with the student. Please refer to the Academic Grievance Policy for the process regarding any academic violation allegations or grade appeals. (See the "Grievance Procedures (Academic)" section of this handbook.)

C.    The student will receive written or verbal notification from the Dean of Students, Director of Residence Life/Dean of Student Life, Residence Director, or Program Chair that there is an alleged judicial violation and meeting. Failure by the student to appear for a scheduled meeting of which he/she had been officially notified will necessitate a decision be made by the University without the student's input. A summons to a judicial meeting takes precedence over any University class or activity.

D.    Subsequent to the meeting, the degree of involvement will be established and a sanction will be given.

E.    The student will receive written notification outlining the findings of the judicial meeting, value(s) violations, and any assigned sanctions. Faculty advisors (and if applicable, coaches and the athletic director) will be copied on all judicial letters.

F.    Any student has the right to appeal the decision of any disciplinary meeting if the student believes the treatment received was unjust, all the facts in the situation were not taken into consideration or the action taken was too severe for the behavior involved. (See the "Appeals Process" section of this handbook for further details).

G.    Registration for subsequent terms or the conferral of academic degrees may be withheld and a student who may be in a position of leadership will be asked to temporarily step down from that position until the resolution of allegations of values violations has been resolved.

## STUDENTS' RIGHTS

A.    **Procedures**. The student will be informed verbally or in writing of the judicial process detailed in this *Campus Life Handbook*.

B.    **Meeting**. Depending on the type of violation, the student will be heard by the Director of Residence Life/Dean of Student Life, Residence Director, Dean of Students,

16

faculty member, Chair, Program Director, or Academic Dean. Depending on the nature of the violation, appeals will be considered by the Dean of Students, Program Director, Chair, Academic Dean of the school or college, Faculty/student judicial appeals committee, the adult/graduate appeals committee, or Provost. The procedure for addressing academic violations is found in the Grievance Procedures section of this handbook.

C.  **Evidence**. The student will be informed of all the evidence connecting him/her to the alleged values violation.

D.  **Testimony**. The student may offer personal testimony or decline to testify against oneself, and request permission to bring personal witnesses to the meeting.

E.  **Counsel**. The student may request to bring a personal witness to the meeting in the role of friend, advisor, and counselor.

## THE APPEAL PROCESS

The University offers an Appeal Process to all students who feel the facts surrounding their judicial meeting merit an appeal.

1.  The student must fill out an Appeal Form available from the Dean of Students' Office. This must be completed and returned within two business days after receiving notice of disciplinary sanctions.

2.  The student may appeal a decision based on one of the following reasons:

    a.  The treatment received was unjust.

    b.  All the facts in the situation were not considered.

    c.  The action taken was too severe for the behavior involved.

    d.  The Student did not receive due process as outlined in this *Campus Life Handbook*.

3.  The Appeal Form must be complete and detailed. Students are not guaranteed an interview with those hearing the appeal. All judgments on an appeal may be made solely on the information written in the appeal. This information must be directly related to one of the four reasons above. This information must also be typed and stapled to the Appeal Form.

4.  The student will be provided an official written notification detailing the decision to accept or deny the appeal.

5.  The Grade appeal process is listed in detail in the Grievance Procedures (Academic section of this handbook.

## READMITTANCE AFTER SUSPENSION

Any student once having been admitted to Union University and then missing one or more semesters/terms for judicial reasons must be readmitted by the following process:

1.  Complete a new application (fee is not required).

2.  Union's policy requires those being readmitted to Union to do the following:
    a.  Contact the Dean of Students six weeks prior to the start of classes.
    b.  Fulfill all judicial requirements associated with the suspension.
    c.  If approved by the Dean of Students, all necessary admissions and financial aid paperwork needs to be submitted four weeks before classes begin.
    d.  All finances and registration processes need to be finalized at least two weeks before classes begin

17

3.  Submit official transcripts from any undergraduate or graduate institutions attended since leaving Union.

4.  Submit a student transfer form from the last institution attended if it was a college other than Union.

## READMITTANCE AFTER SUSPENSION FROM A RESIDENCE COMPLEX

Any student having been suspended for one or more semesters for judicial reasons must be readmitted by the following process:

1.  Submit a $100 housing deposit.

2.  Interview with the Dean of Students (or designee) and obtain written permission for readmittance. (Readmittance will be at the discretion of the Director of Residence Life/Dean of Student Life and/or Dean of Students).

3.  If the student is permitted to move back into the residence complex they will be readmitted on a Residence Life Probationary status and will continue at that status until they have remained clear of any violations of Community Values for one full semester.

## RECORDS (DISCIPLINARY) AND PARENTAL NOTIFICATION

Confidential records of all misconduct reports, investigations and disciplinary actions are maintained by the Office of the Dean of Students.

### Disciplinary Records

A record of judicial action, including action which expels or suspends a student from the University, becomes part of the cumulative student file. Disciplinary records of a lesser magnitude are purged after the student is graduated from the University and has not been enrolled in the University for the previous five years.

### Parental Notification

If a student is found in violation of University Community values, then the Dean of Students reserves the right to notify parents of the violation. This will only occur when the Dean of Students considers the situation to be serious enough that parental involvement can aid in the process to resolve the situation in an appropriate manner and restore the student to good standing with the University. In addition, parents may be notified at the discretion of the Dean of Students when a student is involved in behavior that could pose a threat of harm to him/herself, others, or the University community at large. This notification may be in person, by phone or by mail.

18



# CAMPUS POLICIES AND PROCEDURES

## ACADEMIC POLICIES/PROCEDURES

A significant part of the student's life at the University is spent in the classroom with objectives to acquire knowledge and to develop wisdom and to learn ways of applying them as Christian professionals.

Detailed information on academic requirements can be found in the Union University Catalogues at www.uu.edu/catalogue/.

## CHANGE OF NAME/ADDRESS/PHONE NUMBER

Students are responsible for reporting any change of name, address, or phone number to the University as soon as possible. Students can confirm/update their address or phone number at any time through SelfService by going to "User Options -> User Profile." Please allow at least 2 business days for the changes to reflect in the student account. Change of name requires proof by a marriage certificate, Social Security Card, or passport and may be done at Union Station.

Students living on campus are strongly encouraged to keep their Emergency Contact updated. Students can confirm/update their Emergency Contact information at any time through SelfService by going to "User Options -> Emergency Information."

## CHAPEL
*See below for Fall 2020 COVID plan*

University chapel services are corporate worship experiences providing biblical encouragement, moral guidance, and spiritual challenge. Understanding that nothing takes the place of the local church in a student's life, the purpose of Chapel at Union University is to worship God while fostering spiritual growth and encouraging the integration of faith, learning and living.

Gatherings throughout the semester provide opportunities for:
- Christ-exalting worship
- Biblical literacy
- Spiritual growth
- Worldview formation

19

- Ministry development
- Community enhancement
- Faith, learning and living integration

Along with exposure to a wide range of worship styles and traditions in chapel, the University community experiences a variety of influential Christian ministers and leaders who are laboring to advance God's Kingdom throughout the world. Preachers, ministers, missionaries and Christians who promote leadership and marketplace ministry provide challenges to serve society as they speak from a Christ-centered perspective about education, business, government, medicine, science, family and various contemporary issues. While services are most often designed as worship experiences, the purpose of chapel at Union University is different from the systematic spiritual development students receive from their local churches.

Arthur F. Holmes stated that "all truth is God's truth," and we believe that the knowledge of truth should lead us to delight in God Who has revealed the truth to us. Because we are a Christian community and chapel services are integral to the educational experience, chapel attendance is required.    Not only does the Union community pursue growth in the truth of God; we worship the God of truth.

Chapel services are held on Wednesday and Friday mornings at 10:00 a.m. Undergraduate students who are enrolled in 12 or more hours are to attend a minimum of 14 chapel services each semester. Additional chapel credits are offered occasionally for other services that are approved by the Office of University Ministries. The semester's chapel schedule is available at www.uu.edu/events/chapel.

Students attending fewer than 14 chapel services during a semester will receive communication concerning chapel attendance accountability.    Following this warning, attending fewer than 14 chapel services during a following semester will result in a student being placed on Chapel Probation. Students on probation are expected to attend 14 chapels during a semester in addition to the number of chapel services missed the prior semester and are not allowed to hold leadership positions in University Ministries, Residence Life, Student Life, student organizations, and are not allowed to participate in Athletics and Intramurals. Those on probation for more than two semesters will face the possibility of suspension from the University for one semester.  A student receiving a suspension for chapel attendance violation may appeal the decision according to The Appeal Process on page 17.

Chapel attendance exemptions and reductions are available for students who are education interns, taking Tuesday/Thursday classes only, studying abroad, meeting full-time internship requirements, or enrolled in nursing clinicals. These exemptions and reductions will be automatically applied based on these course numbers.

If you have questions regarding your chapel status, you must contact the Office of University Ministries prior to the last day to add classes for the current semester.

For more information about chapel requirements, please contact the Office of University Ministries at universityministries@uu.edu.

\*\*Chapel worship services will be modified. All attendees will wear masks and maintain a distance of 1.5 meters from others. Services will take place on Wednesdays and Fridays at 10:00 a.m. As seating in the chapel will be reduced to 350 this fall, students will make reservations for their attendance for each chapel. With limited seating capacity, the chapel requirement is being lowered from 14 to 7 for fall semester only.

## CLASSROOM VISITATION POLICY

Per the Faculty Handbook, presence in the classrooms is restricted to enrolled students and/or visitors with a legitimate academic purpose.   Dependents, minors (age 17 or younger), and other family members generally should not be brought into the learning environment. Minor children should not be left unsupervised on campus. An exception to

this policy is allowed for dual-enrolled students.

## CONFIDENTIALITY OF STUDENT RECORDS (FERPA)

The Family Educational Rights and Privacy Act of 1974, FERPA, protects academic and other education records of students from unauthorized access. It allows the University to refuse to issue a transcript in the event of an outstanding financial obligation to the University or to a national loan program.

FERPA permits access to academic records within the University under the "legitimate need to know" clause. This allows faculty advisors, administrators, faculty and selected staff access as long as the use of such information is within the purpose of the university and for the benefit of the student.

FERPA allows access to academic records beyond the direct use of the University, or third party access, under the following circumstances:
1. with the student's signed release,
2. to the parent of the student who is legally an adult but who continues to be the financial dependent of the parent, and
3. for academic research provided all personally identifiable information is removed from the data.

Parents or guardians must present proof of the student's financial dependence or written approval of the student to the University before discussion of grades or academic performance. The FERPA release does not provide copies of Progress or Final Grades to parents or other parties.

FERPA grants four central rights to students related to their "education records" – in essence, all the records that are directly related to the student and are maintained by the university:
1. The right to inspect and review education records maintained by the school;
2. The right to see to amend these records;
3. The right to have some control over the disclosure of information from these records; and
4. The right to file a complaint with the U.S. Department of Education concerning an allegation that the institution failed to comply with the Act.

The other type of information addressed by FERPA, directory information (name, email address, date & place of birth, photograph, academic major/minor, dates of attendance, degrees & awards received, most previous institution attended), is considered public information UNLESS the student has a signed "No Release" statement on file in WebAdvisor. Publication includes on the Union webpage/student directory, news releases and phone inquiries by prospective employers, insurance companies and others.

## DIRECTORY INFORMATION

Directory information (student's name, campus address including email address, date and place of birth, photograph, academic major, dates of attendance, degrees and awards received, and most recent previous educational institution attended) may be made public by the University unless a student requests otherwise by updating his or her FERPA on WebAdvisor.

## DRESS CODE

Union students are expected to maintain appropriate dress which reflects the marks of educated and mature Christian persons.

Appropriateness of attire is determined by time, place, and occasion. While certain types of dress or apparel may be appropriate for one occasion, they may not be appropriate for regular wear around the University. Excesses which tend toward immodesty, indiscretion, indecency or sexually impure as discussed in the Community Values Statement are

21

unacceptable.

Students are prohibited from sun bathing in bathing suits or being in public places with their shirts off. Footwear is required in the Academic Buildings and the Student Union Building.

Slogans, pictures and advertisements displayed on hats and clothing shall be consistent with the University's philosophy and core values. Suggestive or derogatory phrases or pictures are not permitted. Furthermore, clothing/hats promoting alcohol or illegal substances are prohibited.

Union University seeks to be a loving and Christ-like community, upheld and maintained by Scripture. We respect the uniqueness of God's children and their creativity of expression. Union does expect faculty, staff and students within our community to dress in such a way that represents their legal gender (i.e. what is recorded on legal documents such as birth certificates, drivers' licenses, and passports). This expectation also applies to but is not limited to the use of bathrooms, locker rooms, student housing, and participation in gender-specific university groups, clubs, and organizations.

## EMERGENCY NOTIFICATION SYSTEM

Union University offers an emergency notification system that is available to all students, faculty, staff, spouses and parents at all campus locations. If the University has been provided with the correct cell phone number, students, faculty and staff will have an account created for them. It is important for **students, faculty and staff to confirm their correct contact information.** You may confirm your account and/or add alternate contact information at www.getrave.com/login/uu. You will use your Union University network username and password to log in.

Students, faculty and staff may add friends and family to their account, or friends and family may register on their own by texting "UUFAMILY" to 226787 or by visiting www.getrave.com/login/uu. After arriving at the site, friends and family will be asked for their name, email address, and cell phone number. After creating an account, click on the "Join a Group" tab and join the Union University Family & Friends group. Once registered, they will remain in the system unless they choose to have their name removed. They may choose to be removed from the system at any time.

For additional information on the emergency notification system, please visit www.uu.edu/uualerts. You may also contact the Office of the Dean of Students at (731)661-5090 or bcarrier@uu.edu. Test alerts will be sent biannually during the first weeks of March and October.

Future safety apps and tools will continue to emerge as technology changes. Please register for any forthcoming safety devices as they become available to the Union community.

## EMOTIONAL STABILITY OF STUDENTS

The Dean of Students or his/her designee reserve the right to mandate a formal psychological assessment when a student's behavior indicates he or she is not in control of his or her behavior. In addition, Union University reserves the right to contact an external counselor for a professional assessment. A student who is self-mutilating, or is actively or passively placing themselves or others at physical or emotional risk may be removed from campus until arrangements can be made for a professional assessment. Additionally, the Dean of Students reserves the right to make decisions regarding the feasibility of the continued enrollment of emotionally unstable students. Students who have withdrawn for medical reasons (including psychiatric or psychological care) may be required to provide documentation to the Safe Return Committee that the medical condition has been adequately treated and that any necessary accommodations have been prepared to enhance the future academic and relational success of the student. Documentation may include but is not limited to: 1) reports of treatment from attending

professionals; 2) letters of recommendation from attending professionals and/or parents; and in some instances, 3) a personal interview with the attending professionals.

Compliance with documented treatment plans is required for continued enrollment. Updated medical documentation may be required and requested prior to subsequent semesters.

University officials may contact parents or guardians in situations where a student's behavior indicates he or she is not in control of his/her behavior or is of harm to themselves or others.

## FINAL EXAMINATIONS

Comprehensive final examinations are required of all students in all courses where content is appropriate. The final examination schedule is listed on the University calendar. Go to uu.edu/academics/calendars. Choose the Undergraduate Academic calendar for the current year.

A student with three or more finals on one day may request one of his/her professors to reschedule one examination to another time **during finals week**, provided the request precedes the last week of class. If the student and the professor cannot resolve the scheduling problem, the student should take his/her request to the Registrar.

Final grades are reported to the student via SelfService following each term or session. Faculty may change grades as necessary by filing a grade change card in the Academic Center not to exceed 120 days from end of semester or term. The student will be notified by the Academic Center. See "Grievance Procedures" for the Grade Appeal process.

## FLIERS AND ADVERTISEMENTS

Notices, announcements, and advertisements to be placed on University bulletin boards and digital signs must be cleared through the Office of Student Life. Posted materials which have not been stamped by the Student Life office are subject to removal. Approval will be given to materials consistent with and not contrary to Union University Community Values. To maintain a clutter- controlled campus, posters and notices may only be placed on campus bulletin boards (not doors, walls or windows,) and limited to 20 copies per event. Fliers advertising events or items of a personal nature may only be placed on the bulletin boards in the campus post office. No fliers may be placed on the windshields of any vehicles on campus. Those who put up signs are responsible for removing them within 2 days after the event. Slides to be posted on the digital signs should be submitted as a JPEG, PNG or TIF file to the Office of Student Life.

Off-campus distribution of advertising posters by students representing campus organizations must be approved in the Office of Student Life.

## FUND RAISING/EXTERNAL CONFERENCES

All fund raising activities by University organizations, employees, or students must be approved by the Office of Student Life and then by the Vice President for Institutional Advancement. There are numerous factors involved in the approval process including (but not limited to) making sure that the event is consistent with Union's mission and core values. In addition, no student organization can sponsor a Jackson-wide regional or national campus event or conference without prior approval by the Office of Student Life.

## GRIEVANCE PROCEDURES (NON-ACADEMIC)

Union University is committed to providing an atmosphere in which conflicts are addressed in a constructive manner through open and honest communication. Grievances generally follow the conflict resolution process outlined in Matthew 18:15-20 and are designed to help students resolve issues that arise regarding a certain action or inaction by a member of the

University community and ensure that the University has a consistent way of resolving those grievances in a fair and just manner.

The specific process for a General Student Grievance may be found at: www.uu.edu/studentlife/accountability/general-grievance-policy.cfm. Students who are unsure of which policies or procedures should be followed may discuss the matter with the Dean of Students, Director of Human Resources, Title IX Coordinator, or the Provost. Specific policies and a procedural guideline can be found at http://www.uu.edu/studentlife/accountability.

## GRIEVANCE PROCEDURES (ACADEMIC)

An academic grievance involving dissatisfaction with the quality of instruction or with the performance of an instructor is referred to as a Review of Instruction. A grievance involving dissatisfaction with a grade is considered a Grade Appeal. A grievance regarding a charge of academic dishonesty, which includes, but is not limited to plagiarism, is referred to as an Academic Dishonesty Appeal. Procedures for addressing each type of grievance are outlined below. "Working days" are defined as days when the university offices are open. All email communication will be sent to the students' Union email account.

### Review of Instruction

Before initiating a formal Review of Instruction, a student who is dissatisfied with the quality of instruction or with the performance of an instructor should discuss his or her concerns with the instructor. In the event that the issue is not resolved in consultation with the instructor, the student may initiate a formal Review of Instruction. A formal Review of Instruction must be filed within 60 working days of the posting of the final grade for the course and must follow the sequence noted below.

A formal Review begins with the student emailing a detailed written report of his or her concerns to the instructor's department chair or to the dean if the chair is the student's instructor. Within this report the student must identify his or her concerns and provide appropriate documentation to support each concern. After receiving an email response from the chair (or dean), the student may elect to email the written report to additional administrators, as needed, in the following sequence: the dean of the college or school, the Dean of Instruction, and the Provost. The student may not advance the report to the next level until he or she has received an email response from the administrator being addressed. Each administrator will attempt to provide the student with a written response within 10 working days from the sent date of the student's email. The student has 10 working days from the sent date of one administrator's email to submit the report to the next level.

Written responses will be kept in a file other than the faculty member's personnel file.

### Grade Appeal

A student may initiate a grade appeal when there is legitimate reason to believe that the grade does not accurately reflect the quality of his or her academic work in the course or that the grade was determined in a manner inconsistent with the course syllabus. Before initiating a formal appeal, the student should confer with the instructor regarding how the grade was determined. In the event that the issue is not resolved in consultation with the instructor, the student may initiate a formal appeal of the grade beginning at the instructor level. The levels of appeal are noted below. Except as noted, levels cannot be bypassed. If this appeal also includes Review of Instruction, then the Grade Appeal procedure is the default process for appeal.

**Instructor Level:** The student must email a request to the instructor within 60 working days of the posting of the final grade for the course. In addition to requesting a review of how the grade was determined, the student should include specific reasons for his or her dissatisfaction. The request should be sent to the instructor's Union email address and copied to the instructor's department chair. The instructor will attempt to provide an email

24

response   copied to the department chair within 10 working days of the sent date of the student's email.

**Chair/Advisor Level:**  The student may continue the appeal process by emailing a request for a review of the grade to the instructor's department chair and to the student's faculty advisor, who together will serve as the review committee. This request should be sent to the Union email address of the chair and faculty advisor within 10 working days of the sent date of the instructor's response. The chair and the faculty advisor, serving as the review committee, will provide an email response to the student with copies sent to the instructor and the instructor's dean. In the event that either the chair or the faculty advisor is also the course instructor, the other person on the review committee will select the second member. The second member should be a faculty member within the course instructor's academic department. In the event that one of the faculty members holds all three roles, the student should begin the process at the dean's level**.**

**Dean's Level:**  Either the student or the instructor may appeal the review committee's decision to the instructor's dean. This email request should be sent to the dean's Union email address within 10 working days of the sent date of the review committee's response. The dean will attempt to provide an email response to the instructor and/or student with copies sent to the instructor's chair, and the Dean of Instruction within 10 working days of the sent date of the instructor/student's request.

**Faculty Affairs/Graduate Appeal Committee Level:** Within 10 working days of the sent date of the dean's response, the student or the instructor may email a written request to the Dean of Instruction calling for a review of the grade by the Faculty Affairs Committee (undergraduate) or the Graduate Appeals Committee. The Dean of Instruction will request a meeting of the appropriate committee for the purpose of reviewing all documentation related to the appeal. The committee will provide an email response to the instructor and the student with copies sent to the instructor's chair, dean and Dean of Instruction.

**Administrative Level**: Within 10 working days of the sent date of the committee's response, either the student or the instructor may submit an email request for a hearing before the Dean of Instruction. Requests for subsequent hearings before the Provost must be received within 10 working days of the previous hearing. The decision rendered by the Provost is final. All documents relating to the above procedure will be retained in the student's file kept in Academic Center.     For more information concerning the privacy of grade records, see the handbook section entitled "Confidentiality of Student Records."

### Academic Dishonesty Appeal

Union University upholds the highest standards of honesty. Students are to refrain from the use of unauthorized aids during testing (including but not limited to technology devices such as digital cameras, cell phone cameras, pen-based scanners, translation programs, and text-messaging devices), to refuse to give or receive information on examinations, and to turn in only those assignments which are the result of their own efforts and research. Failure to provide correct documentation for material gleaned from any outside source, such as the Internet or any published/unpublished work, constitutes plagiarism, a form of cheating subject to strict disciplinary action. Faculty are responsible for discouraging cheating and will make every effort to provide physical conditions which deter cheating and to be aware at all times of activity in the testing area. Students who become aware of cheating of any type are responsible for reporting violations to the course instructor.

Any student found guilty by the instructor of cheating will be subject to disciplinary action by the instructor. If the student is an undergraduate, the instructor will file a report of the incident and the intended disciplinary action with the student and with the Dean of Instruction. Incidents involving graduate students will be filed with the student's dean. Copies of all incidents will also be filed in the office of the senior student life officer.

If the student deems this action unfair, he or she may file an appeal with the administrator

with  whom the report was filed. The administrator will convey the results to the student and to the  instructor by email (copied to the office of the senior student life officer.)

If either the student or the instructor involved deems the administrator's action unsatisfactory,  within 10 working days of the sent date of the email conveying the results, he or she may email  the Dean of Instruction to request a hearing before the Faculty Affairs Committee (undergraduate) or the Graduate Appeals Committee. (For undergraduate appeals, the  President of the Student Government Association will also sit on this committee.) The  committee will convey its decision to the student and to the instructor by email. The decision  of this committee will be final upon approval by the Provost and the President. If this appeal also includes Review of Instruction, then the Academic Dishonesty procedure is the default process for appeal.

## HARASSMENT

Union University is committed to providing its faculty, staff, and students with an environment free from explicit and implicit coercive sexual behavior used to control, influence, or affect the well-being of any member of the University community. No student or employee, male or female, should be subjected to unsolicited and unwelcome sexual overtures or conduct, whether verbal, written, or physical. This includes inappropriate behavior from a member of the same sex. Sexual harassment of any type will not be tolerated and is expressly prohibited. Those who engage in sexual harassment may be subject to civil and criminal penalties. Sexual harassment is grounds for disciplinary action, which may include reprimand, demotion, dismissal, expulsion, or other appropriate action, depending upon the nature of the harassment.

In addition to this policy, Union has a comprehensive Title IX policy that prohibits sex discrimination, including sexual harassment. Union will handle any instances of sexual harassment that fall under Title IX in accordance with Union's Title IX policy. In the event there is any conflict between the Title IX policy and this policy, Union's Title IX policy, if applicable, applies over this policy. Union's Title IX Coordinator or Deputy Title IX Coordinators will determine whether a complaint of sexual harassment qualifies under Title IX or this policy.  Information about Union's Title IX policy is available on the Title IX Resource Page on Union's website.

Sexual harassment is especially destructive when it threatens relationships between teachers and students, or supervisors and subordinates. Through control over grades, salary decisions, changes in duties or workloads, recommendations for graduate study, promotion, etc., a teacher or supervisor can have a decisive influence on a student, staff, or faculty member's career at the university. Sexual harassment in such situations constitutes an abuse of the power inherent in a faculty member's or supervisor's position. Faculty and staff are asked to be especially sensitive to the fact that they are in a position of authority over students and that authority carries with it a responsibility to be mindful of situations in which they are dealing with students in private, one-on-one associations both on and off-campus.

**Sexual Harassment Defined:** Sexual harassment does not refer to occasional compliments of a socially accepted nature. It refers to behavior that is not welcome; is offensive; harms morale; creates a hostile, intimidating, or offensive work environment; and which consequently interferes with work effectiveness. Normal, courteous, mutually respectful, pleasant, or non- coercive interactions acceptable to both parties are not considered to be sexual harassment. Sexual harassment is unwanted sexual attention of a persistent or offensive nature made by a person who knows, or reasonably should know, that such attention is unwanted. Sexual harassment includes sexually oriented conduct that is sufficiently pervasive or severe to unreasonably interfere with an employee's job performance or create an intimidating, hostile or offensive working environment. Sexual harassment can be physical and/or psychological in nature. An aggregation of a series of incidents can constitute sexual harassment even if one of the incidents considered on its own would not be harassing. Students and employees are prohibited from harassing other students and employees whether or not the incidents of harassment occur on the University premises and whether or not the

26

incidents occur during working hours.

Sexual harassment encompasses a wide range of conduct. The examples listed below are not intended as an exhaustive list of prohibited conduct.

A. Physical assaults of a sexual nature, such as rape, sexual battery, molestation or attempts to commit these assaults, and intentional physical conduct that is sexual in nature (e.g. pinching, patting, touching the body, brushing up against, tickling, hugging, kissing, or other similar physical conduct).

B. Continued or repeated unwelcome offensive behavior including sexual flirtations, advances, propositions or other sexual comments (e.g. whistling, leering/ogling, lewd gestures, noises, off-color or suggestive language; lewd remarks, innuendoes, sexual jokes, or comments about a person's body, appearance, sexuality or sexual experience). This includes behavior directed at or made in the presence of any individual who indicates, or has indicated in any way, that such conduct in his or her presence is unwelcome.

C. Preferential treatment or promises of preferential treatment to a student or employee for submitting to sexual conduct, including soliciting or attempting to solicit any individual to engage in sexual activity for compensation or reward.

D. Displaying or distributing any written or graphic material, including calendars, posters, drawings and cartoons that are sexually suggestive, sexually demeaning or pornographic.

E. Threats and demands to submit to sexual requests as a condition of employment or academic status (e.g. assignment, compensation, advancement, career development), as well as offers of job benefits, or academic opportunity in return for sexual favors.

Sexual harassment may result from an intentional or unintentional action and can be subtle or blatant. The context of events and the totality of the circumstances surrounding those events are important in determining whether a particular act or series of events constitutes sexual harassment.

**Requirement to Report:** In order for the University to take appropriate corrective action, it must be aware of any instance of harassment or related retaliation. Therefore, the University requires anyone who believes that he or she has experienced or witnessed sexual or other form of harassment, including prohibited activities against minors visiting Union campuses for university sponsored events, or related retaliation to seek assistance from the appropriate campus resource (as outlined in the next section) by coming forward promptly with concerns or complaints.

Anyone who believes that he or she has experienced or witnessed sexual or other form of harassment must report such conduct to Union's Title IX Coordinator or Title IX Deputy Coordinators:

Title IX Coordinator: Dr. Ann Singleton
Associate Provost and Dean of Instruction
1050 Union University Drive, Box 1804
Jackson, Tennessee 38305
asingleton@uu.edu
731-661-5387

Title IX Deputy Coordinator: Dr. Bryan Carrier
Vice President for Student Life
1050 Union University Drive, Box 1806
Jackson, Tennessee 38305
bcarrier@uu.edu
731-661-5090

Title IX Deputy Coordinator: Dr. John Carbonell
Associate Vice President for Human Resources
1050 Union University Drive, Box 1805
Jackson, Tennessee 38305
jcarbonell@uu.edu
731-661-5081

A person may also report the inappropriate conduct by using the Title IX Incident Report Form, which is available on the Title IX Resource Page on Union's website. All reports are automatically forwarded to the Title IX Coordinator and Deputy Coordinators. Supervisors must deal expeditiously and fairly with allegations of sexual harassment within their department, taking all complaints or concerns of alleged or possible harassment seriously. They are to ensure that harassment or inappropriate sexually oriented conduct is reported to the Title IX Coordinator or Deputy Title IX Coordinators immediately so that the Coordinator may determine if this policy or Union's Title IX Policy applies.

Supervisors should take any appropriate action to prevent retaliation or prohibited conduct from reoccurring during and after any investigations or complaints. Supervisors who knowingly allow or tolerate sexual harassment or retaliation are in violation of this policy and subject to discipline.

**Complaint Procedure:** If a student or employee believes that he or she has been subject to sexual harassment or any unwanted sexual attention, they should make their unease and/or disapproval directly and immediately known to the harasser whenever possible.

If the Title IX Coordinator or Deputy Coordinator determines this policy applies, the contact person will complete a written incident report and forward it to the Associate VP of Human Resources.

To ensure the prompt and thorough investigation of a sexual harassment complaint, the complainant should provide a written record of the date, time and nature of the incident(s) and the names of any witnesses.

The University will handle the matter with as much confidentiality as possible. The University will conduct an immediate investigation in an attempt to determine all of the facts concerning the alleged harassment. The investigation will be directed by the Associate VP of Human Resources. However, if someone from that office is the subject of the investigation, the Office of the Provost (faculty) or the Dean of Students (staff or student) will direct the investigation.

The Associate VP of Human Resources, or the leader of the investigation, is responsible for ensuring that both the individual filing the complaint and the respondent are aware of the University's sexual harassment policy and investigation. He or she is to explore informal means of resolving sexual harassment complaints and may notify the police if criminal activities are alleged.

As a part of the investigation of the claim of sexual harassment, the contact person, the complainant, and the respondent will be asked to provide statements regarding the incident. Once the report is reviewed and investigation is concluded, a finding may be that sexual harassment did occur, and corrective action (reprimand, demotion, dismissal, or other appropriate action) will be communicated in writing to the complainant and respondent. Appeals to this process may be conducted in accordance to the most recent revision of the faculty handbooks under the sections entitled "Violation of Standards of Conduct" or "Grievance Procedures."

All documents, except disciplinary action documents, related to an incident will remain in a file other than the employee's personnel file. Although filed separately, all personnel related files will be kept in the Office of Human Resources. In cases involving students, all documents will be maintained by the Office of the Dean of Students.

Protection Against Retaliation: There will be no retaliation of any kind against individuals

who, in good faith, report instances of sexual or other form of harassment, or who participate in or are witness to a procedure to redress a complaint of sexual or other form of harassment is prohibited not only by University policy but also by state and federal law. Retaliation is a serious violation which can subject the offender to sanctions independent of the merits of the harassment allegation. Any individual found to have violated this provision will be subject to disciplinary action, up to and including dismissal.

## HEALTH INSURANCE

At present, the Affordable Care Act (Obamacare) mandates that everyone carries insurance or face a penalty tax. If you do not have government-approved health insurance, Health Services recommends you look to healthcare.gov or your automobile or parent's insurance plan to try to find a plan that is affordable and useful for you.

## HEALTH SERVICES

The University Health Clinic is open Monday through Friday, 8 am to 4 p.m. when classes are in session. The clinic lunch hour is noon to 1 p.m. daily. The clinic is staffed by a fulltime Family Nurse Practitioner. Most of our care is provided by appointment. Appointments may be made by email to clinic@uu.edu , phone (731)661-5284, or in person. Our Clinic Assistant and Health Records Coordinator can answer your immunization and healthcare related questions. Health services provided by the University clinic are available for students, faculty and staff but not the dependents of these individuals. Student fees cover the primary costs for the health care rendered to clinic patients. However, vaccinations, lab work, prescription medications *dispensed from the clinic*, and other treatments may require an additional charge. Costs for health care received at an off-campus facility will also be the responsibility of the patient.

When the University Health Clinic is closed, resident students should contact their Residence Director (731)298-7768 or their Resident Assistant for health related issues. Evening commuter students with medical emergencies while on campus may receive assistance by calling a security officer on the 24-hour cell phone (731)394-2922.

Health forms and immunization records which are submitted as a part of the application process are managed by MedProctor. Follow the links on our web page for more information.

## IDENTIFICATION CARDS (STUDENT ID)

Each student is required to have a current student identification card. Student identification card photos will be taken during New Student Orientation, and cards will be distributed at check-in. Student ID's are needed for use in the residence complexes, library, bookstore, wellness center, cafeteria, labs, and post office. It is required for chapel credit, voting in campus elections, admission to athletic events, entrance through the Welcome House after curfew, and for check cashing.

Student fees cover the cost of the student ID made during regular registration. Replacement cards may be secured from the Office of Safety and Security during posted hours at a cost of $10.00.

Any student at any time while on campus must furnish satisfactory identification upon request of a faculty member, administrative official, or security officer.

The University is not responsible for lost or stolen cards, or the remaining balance on lost or stolen cards.

## LOST AND FOUND

When an item is lost or found it should be reported/turned-in to the Office of Safety and Security located in the Student Union Building. Safety and Security maintains a log of both missing/lost and found items. Items not claimed by owners after 90 days will be disposed of at the discretion of The Office of Safety and Security.

Students who wish to post fliers advertising a reward for lost or stolen items must follow the guidelines outlined in the Fliers and Advertisements section of this handbook.

## MEAL PLANS (BREWER DINING HALL AND LEXINGTON INN)

Dining facilities are located in the Student Union Building. 19 meals per week are served.

Union University offers Block Meal Plans which give students a certain number of meals to use throughout the entire semester in the Brewer Dining Hall. Buster Bucks, a declining balance account, may be used in the Lexington Inn. During fall and spring semesters, residential students will automatically be assigned a meal plan. Commuters who wish to purchase a meal plan may do so at Union Station.

During four-week terms (January, June, and July), residential students who are enrolled in classes will automatically be assigned a 25 Block Meal Plan (Note: January term residential students must have a meal plan if they are enrolled in classes even though there is no housing fee for January term). Commuters who wish to purchase a meal plan may stop by Union Station and sign up for a plan.

These Block Meal Plans give students all of their meals at the beginning of the semester. If a student does not use all of their meals before the end of that semester, any unused meals zero out and are not rolled over to the next semester. The Buster Bucks will carry over from fall semester to spring semester; however, they will not carry over from one academic year to the next. If a student does use all of their meals before the end of the semester and wishes to purchase additional meals, they may do so by visiting Tina Giddens, Student Accounts Coordinator, in the Business Office (behind Union Station) or by email at tgiddens@uu.edu.

**Residential Students**: Fall and Spring Semesters

120 Block Meal Plan with $125 Buster Bucks - $1,225 per semester (assigned to all returning residential students)

140 Block Meal Plan with $150 Buster Bucks - $1415 per semester (assigned to all first-time freshmen residential students and freshmen transfer residential students)

200 Block Meal Plan with $200 Buster Bucks - $1,850 per semester

**Residential Students**: Winter and Summer Terms (January, June, July)

25 Block Meal Plan - $223 per term (assigned to all residential students enrolled in a class(s)

40 Block Meal Plan - $356 per term

*Meal plan changes for residential students must be made before classes begin.

**Commuter Students**: Fall and Spring Semesters

Commuter 50 Block Meal Plan - $465

**Commuter Students:** Winter and Summer Terms (January, June, July)

15 Block Meal Plan - $133

*Meal plans for enrolled students are not refundable or subject to change once the semester or term has begun.

## MINOR STUDENTS (STUDENTS WHO ARE UNDER AGE 18)

All Union students under the age of 18 must complete a parental release form and submit it to the Dean of Students. Forms must be completed before moving into the residential complexes and/or before classes begin.

## MISSING PERSON POLICY

In compliance with the Clery Act, Union University's missing person policy states: If a member of the Union University community has reason to believe that a student who resides in on-campus housing is missing, he or she should immediately notify Union Safety and Security. Upon receiving a missing person's report, it is Union's policy to notify the Jackson Police Department. All students are required to provide emergency contact information prior to enrolling for classes each semester. Union University will notify a student's emergency contact no later than 24 hours after the student is determined to be missing. Additionally, if a student is under 18 years of age and not emancipated, the university is required to notify a custodial parent or guardian within 24 hours of the determination that the student is missing. A student's emergency contact information will be accessible only by authorized campus officials and law enforcement.

## MOVIE POLICY

Organizations wishing to show movies on campus are held to movie policies that ensure Union's compliance with federal guidelines. Union's movie policies can be found at Movie Policy. Additional questions about movie policies, process, and the cost of film rights may be directed to the Office of Student Leadership and Engagement or the Office of Residence Life.

## PARKING PERMITS

Every individual who maintains or operates a motor vehicle on the Union University campus must register each vehicle with the Office of Safety and Security at the beginning of the semester or within 24 hours of the vehicle being brought to the campus. The General Student fee covers the cost of one annual permit. All additional permits are available for a charge of $5 each. The vehicle's license plate number and proof of current auto liability insurance are required for registration of the vehicle.

The permit must be affixed directly to the outside of the rear window on the bottom corner of the driver's side. Use the adhesive on the permit to attach it to the window. No other method of attaching the permit is acceptable.

Parking permits are assigned by the following color codes:

Faculty/Staff – Blue

Students – Red

Wellness – Yellow

Germantown, MCUTS, Hendersonville, and School of Adult and Professional Studies campuses – Same Designations

Faculty/Staff parking areas are designated by blue lines on either side of the parking spaces. Students may park in any lined parking spaces that are not designated Faculty/Staff or restricted, i.e., fire lane, handicap, loading zone, security, Facilities Management, individually marked visitor space, or Director's space.

Students may not park in any faculty/staff area between 7:30 am and 4:30 pm Monday-Friday.

Cooperation on the part of all campus patrons is expected and essential. Vehicles parked in reserved spaces, loading zones, restricted areas, or blocking entrances and exits are subject to removal at any time at the owner's expense. Vehicles may not be left unattended in the circles at the residence complexes, the Student Union Building, or in front of the academic complex at any time for any reason. Loitering will also not be permitted.

Parking control is under the jurisdiction of the Director for Safety and Security. Fines for violations must be paid in the Office of Safety and Security within three business days of

t h e issue date noted on the ticket. Tickets not cleared in the Security Office will be forwarded to the Business Office where they will be charged to the student's account.

Those in violation of parking regulations will be ticketed and fines imposed as follows:

Permit improperly displayed ..................................................................................$10.00
Parking over/on the line .........................................................................................10.00
Parking in Unmarked space ....................................................................................10.00
Violation of timed parking space............................................................................20.00
Blocking another vehicle.........................................................................................35.00
Parking in the flow of traffic/Blocking Traffic .......................................................35.00
Driving or parking on the grass/walkways..............................................................35.00
Blocking fire hydrant...............................................................................................35.00
Parking without a valid permit................................................................................35.00
Parking in Faculty/Staff spaces...............................................................................35.00
Parking in circle/fire lane/striped area.....................................................................35.00
Parking in Reserved Spaces.....................................................................................35.00
Disregarding Traffic Control Device .......................................................................35.00
Illegally parking in Handicap Space and/or blocking ramp or loading zone...............50.00
Reckless driving.......................................................................................................50.00
Parking in driveways to dumpsters ........................................................................100.00

Students may be allowed one warning per academic y e a r at the discretion of the Director for Safety and Security. Students who accumulate more than five violations during the academic year (August—July) will have a $5.00 fine added to each additional ticket received. In addition to the designated fine, a chronic offender will be referred to the Dean of Students or his designee for disciplinary action.

Individuals receiving traffic tickets may discuss their case w i t h designated staff personnel in the Safety and Security Office. Obvious errors will be corrected. Formal appeals may be made through the Office of Safety and Security. A written Appeal Form must be completed outlining the basis for the appeal within three business days following the date of the ticket. The Director or his designee will review the appeal and make a final determination. The student will then be notified of the outcome. The University reserves the right to inspect cars parked on University property.

## POLITICAL ACTIVITIES AT UNION UNIVERSITY

Union University supports the healthy discussion of issues regarding the political climate across the country. In addition Union University encourages students to be involved in the political process and to engage in political discourse and public square issues. Although the University supports this process, Union is a private institution and therefore is not required by law to allow political candidates on campus. However, the administration chooses to offer this privilege only if certain policies are followed. A complete listing of political activity policies can be found at the following website: www.uu.edu/studentservices/organizations/policies.cfm#political. Additional questions can be directed to the Office of Student Leadership & Engagement or the Office of the Dean of Students.

## POST OFFICE

Each student may receive a free mail box and combination at Campus Mail Services during orientation and will maintain the same box number throughout your University career, provided you do not drop out for a semester. All residential students are required to have a Union mail box. Campus Mail Services is located in the Student Union Building.

Mail sent to a Union student should use the following template:

Name: _____
Address 1: UU _____ (Insert Student's Box Number*)
Address 2: 1050 Union University Drive
City, State, Zip Jackson TN 38305

*Please note: Do not use the words "Post Office Box" or "P.O. Box" for Address 1.
The mail will be delayed and could be returned to the sender by the US Postal Service.

Postal hours are 8:30 a.m. - 4 p.m., Monday through Friday during fall and spring semesters. Check with Mail Services for winter and summer hours. Mail is posted to campus boxes Monday through Friday as soon as possible after delivery from the US Postal Service.

You will be notified by email to your UU account when you receive a package. The package may be secured by presenting your ID to post office personnel. Notices of Postage-due mail may be picked up and paid during campus postal hours. Packages arriving via United Parcel Service (UPS), FedEx, DHL or special courier will be handled in the same manner as those arriving by mail.

Campus Mail Services reserves the right to withhold magazines, periodicals, or other presorted mailings that are contrary to University values. (See Community Value Statements I. E. in the Campus Life Handbook).

Your mailbox number and combination can be found in SelfService listed under User Profile. Campus mail boxes should be kept locked at all times.

After hours outgoing mail should be placed in the blue postal drop box located on the dock behind Campus Mail Services. Jackson post office personnel pick up the mail at 4 p.m., Monday through Saturday.

Stamps are available for purchase at Mail Services and at Union Station. Campus mail should be placed in the special drop box located on the main corridor wall of the post office. When dropping more than 10 pieces of campus mail, (Christmas cards, Valentines, etc.) arrange them in numerical order by box number and secure them with a rubber band.

Campus organizations, fraternities, and sororities should make special arrangements to post notices to their membership. The postal clerk may require a sample of material being posted.

When a student leaves for the summer or winter term, it is the student's responsibility to give correspondents a temporary forwarding address. Campus Mail Services does not handle temporary forwarding of mail. A permanent forwarding address should be left when the student graduates or withdraws.

## PAWPRINT STUDENT PRINTING

Union provides a defined number of free prints per student during each academic term. For more information about Union printing policy and wireless printing options, go to http://uu.edu/it/students/ .

## PRINTING SERVICES

University Printing and Mailing Services supports the mission of the University and the work of faculty, staff, and students by providing high quality print production and mailing solutions. We strive to provide an excellent customer experience through knowledgeable staff, competitive pricing, and timely service. We foster a genuine community committed to serving Christ and integrating his love in all that we do.

Printing Services is open Monday through Friday, 7:30 a.m.–4:30 p.m. We provide print and reproduction services for faculty, staff, students and members of the community. Print requests can be placed through our online digital storefront by visiting www.uu.edu/print or customers can email us at printing@uu.edu. We offer a wide assortment of paper, envelopes, and general office supplies including scantrons and blue books for student purchase. Printing Services also

offers finishing services such as book binding, hole punching, hydraulic cutting, folding, lamination, and notepad gluing. Contact us at (731)661-5116

## PROGRESS REPORTS

Progress Reports each fall and spring semester and final grades for all semesters and sessions will be reported through WebAdvisor. Progress reports are not used in calculating Grade Point Averages and should not be reported to outside sources.

Progress Reports are reported to the student. If a change in the reported grade is deemed appropriate, the instructor should communicate it directly to the student. Grades are reported for all students in all full semester courses with the exception of laboratories, ensembles, applied music, and PE activity courses. Grades may be reported for these courses at the discretion of the instructor.

## PROTESTS

Union desires a collaborative and constructive relationship with those in our community. While Union offers many channels to affect and influence change, Union also recognizes that constructive protest and discussion of issues may happen within a college community. The college also recognizes an obligation to maintain an atmosphere conducive to academic work and the respect of privacy rights of all individuals. Should groups want to demonstrate in this manner, guidelines governing protests and demonstrations and required registration forms are available at https://www.uu.edu/studentlife/accountability/forms/Protest-Registration-Form.pdf

## PUBLICATIONS

### Institutional Responsibility Regarding Student Publications

The student publications of Union University including the *Cardinal and Cream* online newspaper and print magazine and *The Torch* literary magazine serve as learning laboratories in which the student may receive practical instruction and experience.

As a liberal arts University, Union University believes in and encourages academic freedom and open inquiry. At the same time, Union maintains a clear and definite commitment to the Judeo-Christian principles in the Bible. The University refrains from censorship except in matters which conflict with the mission and core principles of the University or matters which conflict with accepted professional standards of excellence and which may violate laws governing the press.

Each student publication is under the direct supervision of a faculty advisor who is responsible for guiding and instructing student staff members. Daily operations and matters of policy are the responsibility of the faculty advisor. Policy decisions regarding a specific publication are made by the faculty adviser with input from the student editor-in-chief and managing editor. Oversight of each publication is subject to the review of the Chair, Department of Communication Arts (*Cardinal and Cream*); Chair, Department of English (*The Torch*); Dean, College of Arts and Sciences; Provost, and President of Union University.

Student publications of Union University are expected to uphold relevant professional standards and to operate within institutional boundaries reflecting the values of a Christian liberal arts University. As a private University, Union University has the right and responsibility of requiring student publications to refrain from obscenity, matters appealing to a prurient interest, and blasphemous or sacrilegious material.

Because student publications are primarily learning laboratories, productions should be judged by principles of sound professional practice, which include the responsibility for factual accuracy, professionalism in writing and graphic presentation, and adherence to guidelines and laws regarding libelous communications, as well as the institutional policy regarding confidentiality of student records and release of information and the right of privacy.

34

### *The Cardinal and Cream*

The *Cardinal and Cream* is the official award-winning campus newspaper and magazine of Union University. Budgeted as a part of the Communication Arts Department, the online edition is updated daily, and the magazine is published biannually and distributed to students, faculty, staff, and administration without charge.

The *Cardinal and Cream* is written and edited by students under the guidance of a faculty advisor. Scholarship staff positions are available for any student enrolled in classes at Union, and particularly those interested in journalism or a related communications field. The campus newspaper enhances the experiences of students in writing, layout, editing, photography, advertising, and journalism administration.

### *The Torch*

*The Torch* is a student literary magazine under the editorship of an appointed student staff. Its contents are made up of the student creative writing and artwork selected from among presentations in the normal course of class work and from those submitted directly to the editors. *The Torch* is a member of the Columbia Scholastic Press Association at Columbia University in New York.

## RECORDING (AUDIO OR VISUAL RECORDINGS, INCLUDING UNIVERSITY-SPONSORED EVENTS OR CLASSES)

The university does not permit audio or visual recording in classes, lectures, faculty or staff offices, theatre, or other events without prior written permission from the instructor or coordinator of the event. Students requiring class recording under ADA accommodations must first register with the Director for Disability Services. Under no circumstances may recordings be distributed in any media for non-personal use without prior written permission of the instructor or coordinator of the event, even when the original recording was made with permission; distribution requires additional prior written permission. Students producing films on campus and/or using university A/V equipment must have project approval by the Dean of Students prior to filming.

## ROLE OF THE STUDENT IN UNIVERSITY DECISIONS

Students at Union University are encouraged to become owners in not only their education but also in the structure of the University itself. This may be done through the following avenues:

### Student Government

A student may bring questions or grievances and pursue changes in policy directly to the Student Government Association (SGA) and the Student Senate. Many changes in policy have been successful because students have used these avenues for discussion and direction.

### University Committees

Most standing committees at Union University include student representatives. Through SGA, a student can become involved in University decision making and policy review by being appointed to these committees where student representatives are full voting members. Applications are available every April through the Office of Student Leadership and Engagement.

### The Office of Student Life

The Student Life Office is located in the Hyran E. Barefoot Student Union Building. The Vice President for Student Life and Dean of Students provides leadership in the areas of Barefoots Joe and Modero Coffee Roasters; Campus Recreation; Center for Academic Success; Counseling Services; Disability Services; Facilities and Grounds; Health Services; Residence Life; Safety and Security; Student Leadership and Engagement; University

Printing and Mailing Services; The Vocatio Center for Life Calling & Career; Judicial Services; Greek Life; Student Government; Student Organizations, and the University Master Calendar. The Vice President for Student Life and Dean of Students is your liaison with the administration of the University. Each student is encouraged to talk with him to begin any process of change. The Student Life team's mission is to work to enrich the educational goals of the University by providing opportunities for students which develop scholarship, leadership, spiritual growth, service, and excellence in all matters. In addition, the Vice President for Student Life and Dean of Students provides opportunities and solutions to increase student satisfaction, help retain students to our campus, and develop student leaders.

**The Office of the President**

Although concerns can usually be addressed by utilizing the SGA, Senate or the Office of Student Life, students are welcome at any time to schedule an appointment with the President. However, students are encouraged to address questions and/or concerns through these other avenues prior to approaching the President.

## SAFETY AND SECURITY OFFICE

The Office of Safety and Security, in agreement with the mission and values of Union University, exists to provide a safe and secure campus environment by protecting and providing assistance for students, faculty, staff, and visitors. They are service-oriented and people-focused in all that they do. The Office of Safety and Security seeks to serve all campus patrons with respect and dignity, in reflection of the Christian principles upon which Union University was founded.

Union University makes reasonable efforts to provide for the safety and security of students and their personal property, and expects students to practice good safety habits and exercise individual responsibility as well. The ultimate responsibility for personal security rests with each individual. Each person should be aware of his/her surroundings and the potential risks to their personal safety. Examples of good situational awareness would be: to walk with friends and in lighted areas, to know building evacuation procedures, to not leave valuables unattended and/or unlocked, to lock vehicles, and to know how to contact security officers, Residence Directors, and other campus authorities. Campus residents should report suspicious activities to the security officers and/or Residence Life staff.

The Security Office is located in the Student Union Building. Students are expected to treat security officers with courtesy and respect and respond to any reasonable request. Students are encouraged to put the 24 hr. Safety & Security cell phone number, (731) 394-2922, into their devices.

Safety Procedures for fire and other emergencies are posted in highly visible locations throughout the campus buildings, and exits are clearly marked. Students are encouraged to become familiar with the locations of safety equipment and with outlined procedures. Any damaged or missing equipment should be reported to the Office of Safety and Security. Tampering with safety equipment will be grounds for disciplinary action.

## SCHEDULING ACTIVITIES

All student activities must be scheduled on the Master Calendar through Tina Netland in the Office of Student Life at tnetland@uu.edu. These should be scheduled as far in advance as possible. With the exception of certain activities which involve the entire student body or the schedules of groups outside the University, a first come, first served policy is followed.

Official University clubs and organizations must seek approval prior to the organization endorsing or publicly supporting outside businesses or charities. While we anticipate approving all requests, obtaining approval from the Office of Student Leadership and Engagement will ensure that all our organizations are affiliating with organizations that share similar values. The University reserves the right to cancel events or initiatives

benefiting off-campus groups that were not previously approved by the Office of Student Leadership and Engagement.

All student events and activities are under the supervision of the Office of Student Leadership and Engagement. In order to prevent misunderstandings and problems, all arrangements, (including the activity, the proposed location, and the proposed University representatives,) should be cleared with the Office of Student Leadership and Engagement prior to deposits or commitments being made.

Any change in the date, time, or place of a scheduled activity must receive prior approval from the Office of Student Leadership and Engagement. When the cancellation of a scheduled event becomes necessary, a notice must be submitted to the Office of Student Leadership and Engagement. Another group may wish to utilize this date for its activity.

Off-campus social events must be restricted to a distance which will permit resident students to return to their residence complexes by the closing hour.

Social or extra-curricular activities scheduled the week preceding exams or during exam week after 8:00 pm need special permission from the Office of Student Leadership and Engagement. You can contact the Office of Student Leadership and Engagement by calling (731)661-5094 or emailing bmantooth@uu.edu.

## SECURITY ACT INFORMATION

The Crime Awareness and Campus Security Act of 1990 and the Tennessee Code §§ 49-7- 2201, et.seq., College and University Security Information Act require that each institution of higher education report to the Federal Bureau of Investigation and the Tennessee Bureau of Investigation on an annual basis, statistics for crimes occurring on campus and in student housing.

Students are requested to report any crime or suspected crime on campus to the Office of Safety and Security where an official written report will be completed.

Any student, Union employee, or applicant for admission or employment may review, during regular office hours, the Union University Safety and Security Report and campus crime statistics. Copies of crime stats are available in the office of Safety and Security. Statistics are also available online at http://www.uu.edu/studentlife/safety-security/crime-statistics.cfm.

## SEVERE WEATHER POLICY FOR RENTERS OF CAMPUS FACILITIES

In the event of predicted significant weather, the organization renting space at a UU facility may determine if they wish to continue to hold the event, unless Union has decided to make a campus-wide decision to cancel all events. The leader will be responsible for signing up for UU alerts at www.uu.edu/uualerts and explaining the emergency shelter locations to their group. Outside groups are also expected to comply with any evacuation or other instructions given via text message, security, or a university employee. In the event of severe weather, refunds can be given on rental space; however, the organization will still be responsible for food costs.

## SEXUAL ASSAULT AND/OR HARASSMENT (SEE HARASSMENT)

## SIDEWALK CHALK

Per SGA Senate Resolution 185-022, the University asks that sidewalk chalk be used with restraint, and only to market events open to all students. Sidewalk chalk must be limited to sidewalks, not walls. We also ask that the organization using the chalk be responsible for cleanup within 24 hours after the event. In addition, all messages to be written in chalk need prior approval by the Office of the Dean of Students.

## SOLICITATION

All soliciting by representatives of commercial, social, or charitable organizations is prohibited on the grounds and within the buildings of this institution. Students, instructors, and employees are requested to report any violations to the Office of Safety and Security or the Dean of Students.

## STUDY ABROAD AND OTHER EXTERNAL STUDY PROGRAMS

Union University offers a variety of opportunities for students to participate in external study programs that can enhance their academic experience. These include both stateside and overseas opportunities.

All students participating in external academic programs in the United States or abroad must notify your faculty adviser and contact the study abroad coordinator prior to beginning the registration process for the program. Failure to do so may jeopardize the appropriate transfer of credits and/or the applicable funding. Further details concerning the study abroad application process can be found at www.uu.edu/centers/intercultural-engagement/. This website includes information on program selection and application, travel, financial responsibility, and scholarships. Students can request more information from Victoria Malone, Study Abroad Coordinator, vmalone@uu.edu.

## SURVEYS

All surveys to or from Union faculty, staff, and/or students must be approved by a faculty member in conjunction with Union's IRB (Institutional Review Board) process: https://www.uu.edu/research/irb/. Surveys not in conjunction with an academic class must be approved by the Dean of Students and/or IRB. Union University receives weekly requests to administer surveys to and for our students, faculty and staff. Because of this high volume, the university's current policy prohibits the distribution of surveys via mass outlets and/or providing student/faculty/staff email addresses for surveys. The University typicallly conducts two Assessment Days each academic year in which students participate in various institutional assessments that aid the University in evaluating effectiveness, satisfaction, and fulfillment of its missional and accreditation standards.

## TECHNOLOGY AND ONLINE RESOURCES

See uu.edu/it/policies to learn about the University's Acceptable Usage Policy.

## TEXTBOOK ORDERS

Union University has a partnership with eCampus.com, an online textbook company, to be our exclusive textbook provider for Union University courses. Textbooks can be ordered online at uu.ecampus.com.

### Textbook Prices

Because the prices of elementary and high school textbooks were absorbed in the total tax dollars one's parents paid, assuming personal responsibility for textbooks is a new experience for most university students. Students discover that textbooks are expensive. They are expensive because they are costly to write, publish, ship and sell, and because the ever growing body of knowledge in our day gives most textbooks a shortened period of usability.

In order to keep textbooks as affordable as possible, eCampus offers several options for purchase or rent. Students may purchase books new, used, from the eCampus marketplace, or—when available from the publisher—as an electronic text. Rental options are also possible, either in hard copy or—when available—in electronic format.

Because eCampus is the university's exclusive textbook provider, Union does not allow for other vendors to sell or buy back textbooks on campus. Individual students, student organizations and/or outside persons may not allow other vendors to sell or buy back textbooks on campus.

**Terms of Service**

Please consult the terms of service link at uu.ecampus.com for the company's complete terms of service.

# TIMELY WARNING

In the event that a situation arises either on or off campus that, in the judgment of the Dean of Students in consultation with the President and/or Vice President(s) constitutes an ongoing threat, a campus wide "timely warning" may be issued. The decision of whether to issue a timely warning will be made on a case by case basis. Timely warnings will be issued to the campus community as soon as pertinent information about the incident is available. Timely warnings will be delivered via emergency text message, www.uu.edu/uualerts, Union email, posted announcements and/or verbal warnings.

# UNIVERSITY REPS FOR STUDENT ACTIVITIES

University representatives (defined as a current faculty/staff advisor, approved alumnus who is two years post-graduation, or parent) are to be present at all off-campus and select on-campus social events unless an exemption has been granted in writing by a representative from the Office of Student Leadership and Engagement. They are responsible for any crisis or emergency that may arise. Also, they are to see that all students abide by University regulations as stated in the Campus Life Handbook and that the event ends on time with everything left in good order. This is important because all student groups represent Union University, whether on or off campus and should model themselves in a manner consistent with the mission and purpose of Union and pleasing to our Lord Jesus Christ. University reps simply serve as persons of accountability and to remind students of this obligation. Failure to abide by these policies governing social events could result in the cancellation of the event or more serious social restrictions. The entire sponsoring organization will be held responsible for following the approval process.

The number of University reps required will be determined by the Office of Student Leadership and Engagement and will depend on the nature of the event. The person in charge of the social event or trip is responsible for making arrangements for the proper number of University reps. This person should check with the Office of Student Leadership and Engagement. Organizations should secure their University reps at least one week prior to the event. You can contact the Office of Student Leadership and Engagement by calling 731-661-5094 or emailing bmantooth@uu.edu.

# VAN DRIVING AND RESERVATION POLICIES

Union University offers a limited number of vans for University use. Anyone seeking to operate a Union University vehicle must first visit the office of Safety and Security and complete the "Application for Driver Authorization," provide a copy of their driver's license (restricted licenses cannot be accepted), and provide a copy of their current auto liability insurance card.

Additionally, the potential driver must provide proof of a safe driving record. This is accomplished by completing an online form for a Department of Motor Vehicles check administered by Sterling Background Checks. Safety and Security will send the potential driver a link to complete this form. Allow up to one week after online submission for your driving record to be received and reviewed before expecting to be able to drive a Union University vehicle.

All potential drivers must have been a licensed driver for at least 3 years and must be at least 19 years old, per current insurance guidelines.

The use of cell phones and other portable electronic devices while driving a Union University van or for Union University sanctioned purposes is prohibited. This includes, but is not limited to, using cellular phones or similar devices to receive or place calls, text messages, utilize the

internet, check phone messages or view/respond to email while driving.

- In-office personnel should plan to leave messages for van drivers that they need to contact in the field, expecting that drivers are not to answer the phone while actively driving. Therefore, the caller should be expected to leave a detailed message.
- Drivers should stop their vehicles in a safe location if the need arises to interact with any electronic devices such as phones, PDA's, GPS units, etc.

Faculty and staff advisors must accompany students/student organizations in the van if the group is traveling to an event over 60 miles from campus unless special arrangements are made with the Dean of Students. An exception to this rule would be for trips designated exclusively for transporting people to/from the Nashville or Memphis airports. All van reservations must be made by a sponsor, faculty/staff/administration. Van reservations can be made by calling the Office of Safety and Security at (731)661-5018, by or emailing security@uu.edu.

## VOTER REGISTRATION

All states require that you be a United States citizen by birth or naturalization to register to vote in federal and state elections. You cannot be registered to vote in more than one place at a time. Each state has its own laws regarding registering and voting as well as deadlines for registering to vote and absentee voting. SGA provides for voter registration opportunities prior to major elections. For more information, go to www.nass.org/can-i-vote (This nonpartisan website is maintained by the National Association of Secretaries of State.)



# STUDENT ACTIVITIES/ORGANIZATIONS

## ADMISSION TO CAMPUS ACTIVITIES

Students and spouses are admitted to most campus activities, including Lyceum programs, varsity athletic events, and intramural activities, without charge with the presentation of a valid I.D. The Student Activities Council (SAC) or other campus organizations may make nominal charges for campus events they sponsor. The University reserves the right to require parental consent for certain University activities.

## FORMATION OF NEW STUDENT ORGANIZATIONS

Students desiring to form a new organization must first meet with a representative from the Office of Student Leadership and Engagement. You can contact the Office of Student Leadership and Engagement by calling 731-661-5094 or emailing bmantooth@uu.edu. After this meeting, please read and complete the information available at www.uu.edu/studentlife/organizations/policies.cfm#forming

**STUDENT ORGANIZATION LEADERSHIP REQUIREMENTS**

Because of academic responsibilities and the duties associated with campus leadership roles, no student with less than a 2.5 grade point average may serve as a Student Government Association officer or as an officer for a campus organization. In addition, he or she must be in good standing with the University both academically and judicially.

A complete listing of student organizations can be found at the following sites:

**UNDERGRADUATE ORGANIZATIONS AND HONOR SOCIETIES
GRADUATE SCHOOL STUDENT ORGANIZATIONS**

# RESIDENCE LIFE

## A SHARED, GRACE-FILLED COMMUNITY

Did you know that 91% of a college student's time is spent OUTSIDE of the classroom? There, outside of the classroom, an awesome Residence Life staff daily provides on-going friendship and Christ-centered, student-focused programs for each resident to delve into!



### RESIDENCE LIFE MISSION STATEMENT

Residence Life is committed to providing a holistic living and learning environment where academic scholarship is developed, distinctive relationships are formed, servant leadership is practiced, community values are upheld, and biblical restoration is provided.

### RESIDENCE LIFE PHILOSOPHY

The Union Residence Life Experience is founded on solid pillars of time-tested, scripturally-based community values: (1) the worth of each individual, (2) self-discipline, (3) personal integrity, (4) respect for community authority, and (5) respect for property and the environment.

Over 1,000 students from many different backgrounds/cultures live within this Residence Life grace-filled community. Opportunities abound each day for students to integrate their faith and their living as they develop a genuine respect for other students' needs and interests, build lifelong friendships, practice healthy communication and conflict resolution, and utilize leadership skills.

## RESIDENCE LIFE GOALS

Residence Life's commitment to the mission, vision and values of Union University is evident through the following goals:

- To provide an Excellence-Driven, Christ-Centered, People-Focused, and Future-Directed approach to students, faculty, staff, and guests of the University

- To provide opportunities for the development of the whole person through co-curricular educational programs/activities

- To provide professional staff and services to meet the developmental needs of each resident

- To provide a grace-filled community through Christ-centered behavioral values and redemptive discipline

## RESIDENCE LIFE STAFF

### Dean of Student Life and Director for Residence Life

The Dean of Student Life/Director for Residence Life provides vision and leadership for the Residence Life staff, students, and programs. The director is a fulltime professional dedicated to student development, professional excellence, and ministry to students.

### Residence Directors/Assistant Residence Directors

The three residence directors are fulltime professional staff dedicated to student development and the overall administration of the residence complexes. The Residence Directors partner with an Assistant Residence Director to provide people-focused oversight of the residents in their complex. They are available for leadership training, college-life information, counseling, and assistance to students learning to integrate their faith and living in relationship to God and others.

### Resident Staff Advisors / Resident Advisors

A team of 28 students known as RSAs and RAs serve as community builders and catalysts for creating a fun, living-learning environment in Residence Life. Each student serving in this role has undergone an extensive interview/training process and been chosen because of their desire and ability to serve their fellow students. It is their passion to build a community of respect for God and others and to be a source of encouragement for their peers as they adjust to living in a college environment with over 1,000 other students.

## HOUSING POLICY

Union University recognizes the experience of residential living as a valuable part of students' education by providing opportunities to integrate their faith with their daily living, develop servant leadership abilities and build lifelong friendships. Therefore, Union is a residential University that requires all unmarried, fulltime, undergraduate students to live on campus. Students may apply to live off campus if they have earned at least 96 credit hours by the beginning of the fall semester of the academic year.

The Residence Life Staff feels it is very important for college freshmen to live with other freshmen during their first year at Union. For this reason, the University strives to match freshmen students with other freshmen students. In some cases it may be acceptable to assign a freshman with three upperclassmen in an apartment if **all four** have requested to live with each other and there is available space in upperclassmen housing. In this case, the freshman must (1) have paid their housing deposit early and (2) have listed on their Residence Life Application the names of those upperclassmen. Exceptions will be left to the discretion of the Director for Residence Life.

If the count drops below four occupants for an apartment, the Residence Life Staff has

the discretion to place another student in that apartment or place the remaining roommates in other rooms. It is for this reason that students must select their roommates wisely and work diligently in solidifying plans for their housing arrangements **before** the housing sign-up process.

If a bedroom is not occupied it must remain closed and locked for the duration of the semester. Students may not contract vacant rooms for any reason.

The University may allow graduate students to live in traditional undergrad housing with the approval of the Director for Residence Life or Dean of Students.

## HOUSING CONTRACT

Union's Housing Contract is for the FULL ACADEMIC YEAR and is a legal and binding document between the student and the University.

### Part-time Resident Students

All residential students (single or married) must remain full-time students (registered for at least 12 credit hours) and be actively attending classes. If a student drops below 12 credit hours and desires to live on campus, he/she must present a request in writing to the Director for Residence Life. In addition, the University reserves the right to remove a student from Residence Life if he or she is not attending classes or the Dean of Students has evidence that passing all courses remaining in the semester is no longer possible.

## OFF-CAMPUS POLICY

Every student (including new freshmen and transfers) who is considering living off campus must submit an Off-Campus Request form through the Residence Life website www.uu.edu/studentlife/residence-life/ by the deadline indicated on the form and then wait for the Director for Residence Life, Dean of Students, and/or the Appeals Committee to review the request and notify the student of their decision. Students who desire to live off campus during a future academic year must submit a new Off-Campus Request form and obtain new approval each year. Students will receive an email approving or denying the request from the Office of Residence Life within two weeks of the request (unless the Appeals Committee must meet to determine your eligibility.)

Students who desire to live off campus must meet one of the following qualifications and indicate it on their *Off-Campus Request form*:

- student will be living at home with his/her parent(s) or guardian within a 40-mile radius of Union University.

- student will be at least 22 years old prior to the first day of the fall semester for which he/she is requesting to live off campus.

- student must have completed 96 credit hours prior to the first day of the fall semester for which he/she is requesting to live off campus.

- student is a part-time student.

- student is married prior to the first day of the fall semester.

A student who does not meet one of these qualifications to live off campus listed above, but feels he/she has extreme extenuating circumstances that deserve consideration for off-campus residency, can complete an *Off-Campus Application* for the Appeals Committee to review. As part of the *Off-Campus Application*, the student must complete a personal letter to the Appeals Committee detailing the student's circumstances which deserve consideration to live off campus. After the Appeals Committee reviews the student's request to live off campus, the student will be contacted about the official approval or denial of their request. Any student who submits an *Off-Campus Application*

43

after the deadline must be approved by the Appeals Committee and will forfeit their housing deposit. Any student who submits an Off-Campus Request form after April 1 will also be charged a late request fee. No Off-Campus requests will be considered after July 15. Any student who signs a housing contract at the beginning of an academic year, but whose appeal is granted to live off campus for spring, will still be breaking his/her housing contract and will forfeit his/her $100 housing deposit.

**Consequences for Violating Union's Housing Policy**

Any student who lives off campus during fall or spring semester and has not completed an *Off-Campus Request* form or has not been approved by the Appeals Committee will be charged a housing fee of $3,600 each semester the student does not honor the University housing policy.

## 2020-21 HOUSING PRICES

- **Quads Residence Complex:** $4025 for each fall or spring semester
- There is no charge for winter term housing for students enrolled in winter term
- $575 for each summer term or for non-enrolled winter term residents

**Heritage Residence Complex:**
- $3,625 for each fall or spring semester
- There is no charge for winter term housing for students enrolled in winter term
- $505 for each summer term or for non-enrolled winter term residents

## RESIDENCE COMPLEXES

### Residence Complexes for Single Students (Traditional, Undergraduate)

Residence Life for single students is uniquely arranged in apartment style housing featuring a private bedroom for each individual student age 23 or under. Each apartment includes four private bedrooms (three bedrooms in the handicap accessible apartments).

The following is some general information about on-campus housing at Union:

- Each apartment on campus is furnished with a couch, chair, coffee table, and end table.
- All apartments on campus have central heating and air conditioning, and venetian blinds to cover all windows.
- All apartments on campus have a small kitchen. These include a refrigerator, stove/oven, shelves, and cabinet. Microwaves are provided in the Quads and Dodd and Grey in Heritage.
- The Quads have two bathrooms in each apartment (one bathroom in the handicap accessible apartment) with a shower, toilet, mirror, and sink in each. There is also shelving in one bathroom in each apartment that should be shared by all four roommates. Shower curtains are *not* provided. (The left bathroom in all downstairs apartments is a hurricane-strength storm shelter.)
- Each apartment in the Quads also includes an energy-efficient washer/dryer unit.
- In the Heritage Residence Complex each apartment has one bathroom with a tub, toilet, mirror, and sink with cabinet space below. Shower curtains are *not* provided.
- Each apartment in the Quads and Heritage has a two-way intercom system for communication and emergency notification.

- Every apartment in Heritage and the Quads has wireless internet and cable television access.

Heritage Residence Complex has a common area (McAfee Commons) that contains comfortable seating areas, TV's, a kitchen, vending machines, a computer lab, an upstairs study loft, a game room, the Residence Life Staff offices, and the Residence Director's and Assistant Residence Director's offices and apartments.

The Quads Residence Complex also has a common area (Bowld Commons) that contains classrooms, kitchens, a large multipurpose recreational room, TV's, video games, vending machines, a game room, music rooms, computer labs, several comfortable seating areas, and two Residence Directors' offices and apartments.

### The Quads Residence Complex

The Quads house 894 male and female students (in separate buildings). The Quads (Ayers, Hurt, Watters, Grace, and Hope) are located directly off of Walker Road.

### Women's Residence Director: Katrina Bazzoli

Office located in the Bowld Commons
Email: kbazzoli@uu.edu

### Women's Assistant Residence Director: Jessa Kliewer
Email: jkliewer@uu.edu

### Men's Residence Director: Ben Bredow

Office located in the Bowld Commons
Email: bbredow@uu.edu

### Men's Graduate Assistant Residence Director: Nathan Heatherly
Email: nathan.heatherly@my.uu.edu

### Heritage Residence Complex

The Heritage Residence Complex houses 404 male and female students (in separate buildings). Heritage Residence Complex is located on the north end of campus, east of the Quads. The complex consists of Commons building and 11 apartment buildings: Craig, Dehoney, Dodd, Grey, Jarman, Lee, Paschall, Pollard, Rogers, Sullivan, and Wright.

### Heritage Residence Director: Ashley Akerson

Office Number: (731)661-5012 (office located in McAfee Commons)
Email: aakerson@uu.edu

### Heritage Assistant Residence Director: Kevin Morgan

Office Number: (731)661-5683 (office located in McAfee Commons)
Email: kmorgan@uu.edu

### Residence Complex for Graduate Students, Families, and Non-traditional Students

### Warmath Family Housing

Warmath Family Housing consists of students who are married, students with children, students who are non-traditional age, and graduate students. Each Warmath Family Housing apartment consists of two bedrooms and a living room (unfurnished), a kitchen (with a refrigerator and stove), and a bathroom. A separate laundry room for Warmath residents is located behind the Warmath apartments. Housing in Warmath Family Housing is obtained by application at http://uureslife.com/graduate.

### Single Student Graduate Housing

Single Student Graduate Housing consists of single students who are non-traditional age and graduate students. Students are housed in the Hope Complex and are assigned one

bedroom. Each apartment consists of four bedrooms, a large living room, two bathrooms, and a kitchen (with a refrigerator, stove, microwave, and washer/dryer unit). More information is located at http://uureslife.com/graduate.

## RESIDENCE COMPLEX GUIDELINES / STUDENTS' RESPONSIBILITIES

### Advertising

Prior to hanging posters or other advertising materials in the Residence Complexes, students must obtain the poster guidelines as well as permission from the Residence Director of their complex. No adhesive tape may be used to hang flyers.

### Announcements

Out of respect for students' privacy, only announcements concerning Residence Life activities and Emergency/Safety information will be made in the Residence Complexes.

### Commons

Residents and guests of all residential students may relax in either Commons and watch TV, play board games, study, cook, meet friends, and obtain basic medical supplies. In Residence Life, public areas such as the Commons, bathrooms, study rooms, computer labs, meeting rooms, kitchens, and TV areas are provided for the use of the Union students, not the general public. The furniture and newspapers in these public areas must remain in the Commons. Kitchens must be cleaned after use. Removal of these furnishings would be considered theft from the University and would be handled by the University judicial system. Programming provided by the Residence Life staff in the Commons is for all Union students. All requests for use of the Commons for other Union-sponsored events are to be taken to the Residence Life staff for their approval and will be at their discretion. Reservations for rooms in the Bowld Commons may be made through the University's reservation system.

Equipment and furnishings provided in the Commons should be treated with respect while keeping others in mind, specifically in the areas of noise and cleanliness.

Washers and dryers are located in the laundry building between McAfee Commons and the Warmath Residence Complex, as well as in each apartment in the Quads. Clothes should be removed from the washers and dryers as soon as the cycles are completed. The University does not assume responsibility for any clothes left in the washer/dryer. Any theft of personal items should be reported to the Commons office and an incident report filed.

The RD office and RA desk are for the use of the Residence Life staff. An intercom and lobby phone are provided in the Commons to assist residents and guests in contacting students.

### Curfew Hours

In order to encourage freshman to build new relationships with their roommates and to establish good time-management habits, freshmen have a "freshman curfew" for the first week of school. During that week, freshmen are to be in their apartments (not in another student's apartment, the Commons, or off-campus) by 11:00 pm each night of freshmen curfew and remain there for the rest of the night. Their Resident Advisor will come by their apartment after 11:00 pm to visit briefly and answer any questions freshmen may have. After the first week of school, curfew for freshmen becomes the same as it always is for upperclassmen, which is 2:00 am. At that time, all residents must be in their Residence Complex and any non-residents who are not registered as guests must be off campus.

### Decorating and Furnishing Guidelines for University Apartments

The University's apartments/bedrooms may be decorated only within University guidelines and in such a way that reflects Union's five Community Values. The following describes a few specifics that will help students personalize their apartments while at the same time avoid any damage to the apartment which could result in charges for the students.

Apartments may NOT be painted or wallpapered (including borders). Counter tops and desks are not to be covered in contact paper; however, cabinet drawers may be lined with drawer liner. Candles, candle warmers, incense, halogen lamps, plug-in Christmas lights and live Christmas trees/garland are prohibited due to the fire hazard they have proven to be. If found, there will be a $25 safety violation fine. Road signs/business signs and permanent decals are not to be placed anywhere in the apartment (including windows). Posters or any other items with questionable content, alcohol or tobacco references are not permitted. ALL repairs to the apartment must be made by Facilities Management which means **residents may NOT do any repairs** or perceived "improvements" in the University's apartments.

Suggested decorative items include a small desk lamp, pictures/posters, and curtains. Pictures/posters may be hung on the walls using size 4 finishing nails or thumbtacks. Please refrain from using tape or command strips on the walls.

### Door Opening for Guests

The Residence Life Staff will not open doors to apartments or bedrooms for other students who do not live there without the verbal consent of the occupant of that apartment/room.

### Equipment/Intercom/Appliances/HVAC

An Intercom is located in each apartment and is used in emergencies to warn students of tornado, fire, etc. Tampering with the intercom in any way will result in a fine and cost of repairs. Cable television service is available to all students in their living room. Music and televisions are to be kept at a volume that is not disturbing to others. Electric cords may NOT be taped to the floor because of the adhesive it leaves behind which ruins the carpet. A small roll of "cord-keeper" may be purchased at the local hardware store and used to cover cords and prevent tripping over them. Microwaves and toaster ovens may be brought; however, deep fryers and hot plates may not be used.

Each apartment is equipped with a thermostat to control temperature for that apartment. The thermostat is limited to a range of temperatures. Tampering with the thermostat in an attempt to circumvent the temperature limits will incur a $200 fine.

### Furniture

All traditional undergraduate apartments are fully furnished. **All of the original apartment furniture is inventoried and must remain in its assigned apartment throughout the semester.** Because of fire safety guidelines, furniture must not block any exit path routes. Your RD can assist you with what types of furniture are acceptable to add to your apartment, and all personal furniture must be removed at check-out if the student is not living in that apartment for the summer. The Office of Residence Life reserves the right to ask residents to remove any extra personal furniture.

### Guests of Residents/Overnight Visitors

All overnight visitors must be over 12 years of age, the same gender as the person with whom they are spending the night, and registered in the Commons as a guest. Students must register overnight guests by midnight online at www.uureslife.com/guest. Out of consideration for all roommates, guests (including family members or commuter students) may not register for more than two consecutive nights and not total more than five in a semester or term.

Residents are responsible for registering their guests. Overnight visitors who are not registered will not be allowed to enter campus after curfew. Guests who are not

registered can also expect the cost to be $20/night. Residents are responsible for the behavior of their guests and for letting guests know of the community values of the University. Although this policy allows for same sex overnight guests, all residents and guests are responsible for compliance with all of the sexual impropriety prohibitions contained in the University Community Values Statements. The University reserves the right to exclude off-campus visitors from the residential areas and/or campus.

There are to be no overnight visitors during exam week.

### Insurance (Renter's Insurance for Student's Personal Property)

It is the responsibility of the student to insure all personal property he/she brings to Union University with renter's insurance. Union University is not responsible for the loss, theft, or damage of any kind to a student's personal property, regardless of circumstances.

### Laundry

Residents with laundry units in their apartments are required to clean the lint traps and filters in their unit. Failure to do so will cause a mechanical malfunction of the unit, and the residents will be responsible for all charges associated with the repair or replacement of the unit.

### Lofting

Stacking a bed on top of cinder blocks, furniture, or any other material is prohibited in the Residence Complexes. The beds are not designed to be lofted in that way, and serious injury could result. Students may bunk beds by purchasing pins for $10 from the front desk at either commons. This is the only approved way to loft your bed. Any student who is found to be lofting their bed off of the floor in any other way will be fined $100 immediately and may accrue furniture damage fees at the end of the semester.

### Maintenance Issues

If a resident finds a maintenance problem with his/her room, apartment or furnishings, he/she must go to the Commons and the RA will assist in submitting a maintenance request. If the problem is not fixed in a timely manner, please notify the Residence Life staff before filling out another form. Failure to report a maintenance issue in a timely manner may lead to damage charges.

The complexes are sprayed regularly for pest control as part of a University plan. Residents can assist with this problem by taking out the trash, properly storing food, and cleaning their apartments.

Please do not place stepping stones in the grass outside of your apartment. Stepping stones will be removed if found because of the damage they could cause to lawn care equipment.

Please refrain from flushing food down the toilets in the Residence Complexes or dumping it out the windows. Disposing of food in an inappropriate way could cause physical or aesthetic damage or invite a significant pest problem.

### Medical Emergencies (Repeated)

Students who have serious and repeated emergency medical or psychiatric conditions will be asked to provide written medical support that they are under care and are supported to live in residence life by their medical treatment team. Such documentation should ensure that treatments or conditions will not require significant monitoring by the residence life team or roommates and is required before continued residency.

### Networking Equipment

One apartment in each building in Heritage Residence Complex has a computer networking cabinet in the living room. Tampering with this equipment in any way (including placing

stickers or magnets on the cabinets) will result in a minimum $100 fine and/or probation.

**Open Visitation**

Open visitation hours for the Quads:
- Tuesday & Thursday, 4 – 9 p.m.
- Friday and Saturday, 2 p.m. – 12 a.m.
- Sunday, 12 p.m. – 9 p.m.
- Monday & Wednesday, No open visitation

Open visitation hours for Heritage:
- Friday and Saturday, 2 p.m. – 12 a.m.
- Sunday, 12 p.m. – 9 p.m.
- Monday through Thursday, No open visitation

Visitation is only permitted in the living room and kitchen areas.

**No mixed gender visitation is allowed in the private bedrooms even if the door is open.** It is the responsibility of the student to keep track of time and leave immediately when open visitation is over.

Visiting the apartments of the opposite sex is prohibited unless prior permission is granted by the Residence Life Staff, or it is during designated Open Visitation Hours. Residents may not be at the door/window, on the porch, the sidewalk that leads to the porch, or the stairway of an apartment of a student of the opposite sex.

Residents are expected to seek permission from the Residence Director and/or commons RA if any person of the opposite sex is to be in their apartment during non-open visitation hours, or they will be held responsible for that guest, regardless of whom the guest is visiting. Students who have visitors or are visiting the opposite sex in their apartments/rooms after visitation hours will have a Values Violation Sanction. Bedroom doors are to remain open during Visitation Hours.

All students are responsible for compliance with Union's Community Values Statements prohibiting homosexual activity. Therefore, although this policy refers to visitation by the opposite sex/gender, it in no way implies that visitation among same sex individuals engaged in sexual impropriety is allowed.

**Parking**

Parking in the residence complex lots is reserved for resident students. Parking permits are issued through the Office of Safety and Security after verification of current car insurance.

**Pets**

Pets and other animals (excluding fish) are not permitted within the apartments or residence complexes for any reason, even temporarily. This includes pets of visiting family or friends. There will be a fine incurred for any unauthorized animal discovered in an apartment. This charge will be split amongst all roommates. This fine may be as much as $250, contingent upon the type of animal, and will help to cover the cost of cleaning and pest control services. Additional charges may be incurred if the animal is not immediately removed.

Fish may be kept on campus in an aquarium no larger than 10 gallons. The student is responsible for all maintenance/cleaning of the aquarium and must remove the fish and unplug the aquarium over winter break. Amphibians, reptiles, and other semi-aquatic animals are not permitted on campus. A complete policy regarding fish and pets will be made available by contacting reslife@uu.edu.

**Quiet Hours and Courtesy Hours**

Quiet hours are from 10 p.m. to 10 a.m. Every effort is made to maintain an atmosphere which is conducive to study and sleep. During these times residents must keep music,

TV's, voices, etc. at a level that cannot be heard outside their apartment.

"Courtesy Hours" are in effect at all times. Whenever requested, residents must turn down any noise. The right to sleep or study always takes precedence.

24 Hour Quiet Hours are in effect during exam week.

### Recycling

Union recycles! Each apartment is stocked with blue bags under the sink. Please use one bag for clean printer paper and one bag for empty aluminum and empty plastics which have #1 or #2 inside the "triangle" recycling symbol. The aluminum and plastics can be combined into one bag. Please place your recycling bags underneath the stairwell. Please do not use these bags for any apartment trash. Extra blue recycle bags are available in the Commons.

### Room Checks

All roommates are responsible for the care and cleanliness of their apartments and respective bedrooms. Approximately once a month the Residence Life staff will go into student apartments to inspect fire extinguishers, intercoms, and emergency instruction sheets, as well as the apartments and bedrooms for maintenance issues as well as cleanliness. (There should be no trash, open food, unwashed dishes, maintenance needs, and alcohol or other Community Values violations.) Twenty-four hour notice will be given prior to regular room checks.

The Residence Life staff will periodically need to enter students' apartments to leave official notices concerning housing sign-ups, Residences Complex closings/openings, etc.

### Room Searches/Seizures

The University has the right to enter a student's room and/or vehicle at any time to maintain facilities, maintain the safety of residents, and to investigate suspected violations of Community Values. No search will be made without the Dean of Students, Director for Residence Life, or Residence Director being notified. The search will be conducted in the presence of a Residence Director and/or other persons designated by the Dean of Students. The University also has the right to elect the use of a search warrant by the Police. University representatives have the right to confiscate any items prohibited by University policy. Items may be returned at the discretion of the University representative.

### Safety

Each resident can help keep the residence complexes safe and secure by following some simple precautions:

- **Babysitting**—The University does not allow babysitting in the Residence Complexes. This is for the safety of the children, the liability of the University, and the protection of other residents' right to a peaceful environment that is conducive to study.

- **Bicycles**—Students are responsible for the safety of their bicycle. Bicycles must be locked on provided bike racks. Bikes are not to be kept on porches or in rooms.

- **Candles**—Any candle, candle warmer, incense, or open flame is prohibited because of fire hazard. Violations carry a $25 safety violation fine.

- **Electrical Appliances**—Appliances should be no more than 1000 watts, must be U.L. approved, and properly maintained. Hotplates, sunlamps, and halogen lamps are prohibited because of fire hazard.

- **Electrical Cords and Outlets**—Do not use multi-plug covers, cords, or other

splitters to increase the number of appliances. An acceptable solution is a multi-plug power strip with an internal fuse.

- **Fire/Tornado/Emergency**—Fire/Tornado/Emergency regulations are posted in each apartment. Removal of these signs is against city fire codes and will result in a $25 fine. Fire extinguishers are in each apartment. They are to be discharged only in an emergency. If the fire alarm or tornado warning and "all call" are sounded, residents must follow the emergency procedures posted in the apartment living room. If you need assistance, call your Resident Advisor or Residence Director. An interrupted siren indicates fire; a continuous siren indicates tornado.

- **Grills**—No personal outdoor grills are allowed in the residence complexes. Only the outdoor grills in the grassy area in the middle of Heritage and the built-in grills at the Bowld Student Commons may be used for cooking out/grilling.

- **Keys**—All suitemates are mutually responsible for keeping the living room door locked, locks functioning, windows locked, and keys under control, for the security of persons and property. Report any problem with your key or lock immediately. Do not loan out your keys, tamper with the lock, prop door open, or hide keys.

- **Smoking/Tobacco—Union University is a smoke-free campus.** Use or possession of tobacco (in any form) is prohibited on the entire Union campus (including student on-campus apartments.)

- **Solicitation**—All solicitation of commercial, social, or charitable organizations is prohibited. This is for the protection of all residents. Any reports of solicitation should be reported to the Residence Life Staff or the Office of Safety and Security. Parties of this nature are not to be held in apartments or on campus.

- **Strangers**—Know the residents in your building; be part of the "neighborhood watch" within the residence complexes. Report suspicious/unusual people to the Residence Life Staff or Safety and Security.

- **String/Christmas Lights**—Due to local fire codes, any string or "Christmas" lights that plug into an electrical outlet are prohibited and will be confiscated. Battery-operated lights are permitted. Exceptions are made for Christmas decorating between Thanksgiving Break and the end of Finals week in December.

- **Thefts**—All suspected thefts should be reported to the Office of Safety and Security and an incident report filed. Students should be aware of the whereabouts of their keys, backpacks and other valuables.

- **Window Screens**—These serve two purposes: as a deterrent to unwanted insects, and as a safety precaution. These are not to be removed.

- **Windows**—Students may not stand outside the apartment windows of the opposite sex. Windows should be kept locked at all times when the resident of that room is not present. Hanging out or climbing out of or into windows is not allowed. Federal Safety Regulations prohibit this; therefore, Union University complies with these standards. Moving in/out through windows is prohibited.

### Walking/Running at Night

Please be sure to wear reflective gear and/or light colored clothing when walking or running on campus at night.

### Welcome House/Campus Gates

The Welcome House and Gate is located at the Walker Road entrance adjacent to the residence complex parking lots. All other entrance gates (Pleasant Plains, Country Club, and Union University Drive) will be locked at 11:30 p.m. The Welcome House is staffed beginning at 11:30 p.m. each night. At that time the gate restricted entry arms

will be utilized. Each vehicle entering campus must display a current resident parking sticker to enter. After the 2 a.m. curfew, every vehicle entering will be stopped and all occupants will be asked for identification. Each student will then have to sign in as late for curfew with the officer in the Welcome House. Non-residential students and non-registered guests will not be allowed to enter campus after curfew. The campus gates re-open by 6 a.m.

### Winter Term Housing

Traditional undergraduate students may live in traditional undergraduate housing free of charge during winter term when enrolled in winter term. This free housing policy does not include Warmath Family Housing or Adult/Graduate Housing.

Students who are not living in traditional undergraduate housing in the fall may apply to live on campus free of charge during winter term if enrolled in a winter term class(s). Students wishing to do so must complete a residence life application and pay a $100 deposit on or before December 10.

## MOVING IN, CHECKING IN, AND LOGISTICS

### Checking In

Advance notification through the University *Catalogue* and official calendar will be given of the scheduled date and time for housing check-in each semester or term. The Residence Directors, Resident Staff Advisors, and Resident Advisors will be available to greet and guide residents through the check-in process. No students will be eligible to move in until they are registered for classes for that semester.

1. Residents will be required to complete an Emergency Contact Information Form prior to moving in.

2. Each resident is expected to complete a Room Condition Report electronically which assesses the state of their entire apartment. Once the student goes to their room they should look to see if there are damages or items not recorded on their form and immediately submit the form noting anything that was not initially recorded on the form.

3. Each resident will agree to the Housing Contract as part of the housing application. **This is a legal and binding document between the University and the student for the full academic year stating the University's rights and the student's responsibilities**. It is important that the student read this thoroughly before submitting.

4. Each student will be issued key(s) for the apartment front door (which locks automatically) and for the individual's bedroom. It is the student's responsibility to maintain the issued key(s), report any losses, and use them in a responsible manner. Students must remember that they live with other students who are depending on each other for the safety of their apartment. For security reasons, if a resident loses their keys they will be charged $200 to replace the locks and have new keys made for all roommates.

### Early Arrivals/Late Departures

Students are not allowed to move in early or stay past 10 a.m. on the day of their last final for any semester. If a student has extenuating circumstances and believes they need to move in early or leave late, they must contact the Residence Life Office in order to request and to find out the guidelines they will be required to follow. A $50 early arrival/late departure fee plus $20 per night may apply. If a student must stay for official University business anytime the Residence Complexes are closed, they must have a faculty or staff advisor fill out the appropriate Early Arrival/Late Departure form, which can be obtained from the Office of Residence Life.

### Room Changes

While there may be exceptions made, it is generally preferred that students attempt to work out any roommate conflict that may happen, rather than move to a new room. If, after multiple attempts at solving the problems, students desire to change rooms, they must contact their Residence Director. All moves must be coordinated through the Residence Director PRIOR to moving rooms.

### Checking Out

At the end of the contract period, each student must complete the following steps in order to check out successfully and avoid penalty.

1. Restore the walls, ceilings, doors, windows and furnishings to their original state by removing decorations and the finishing nails that hold them up.

2. All drawers must be empty and dusted.

3. All personal property, including trash, must be removed. There is a minimum fine of $10 per item left in an apartment after check-out.

4. Windows must be locked, the thermostat temperature set at 72°, and the lights turned off.

5. Complete and sign the room cleaning and damage form.

6. Return in your key(s) to the Commons. There is a fine up to $200 for keys not turned in.

Failure to complete these steps at check-out can result in a $50 fine over and above any other fines for damage, cleaning, keys, loss of deposit, etc.

### Housing Contract

Each resident must complete a housing contract at application and again at check-in. Upon submitting, each student is accepting the rights and responsibilities outlined in the *Campus Life Handbook* and *Catalogue* **for a full academic year**. This is a legal and binding document between the University and the student stating the University's rights and the student's responsibilities for a full academic year. All fulltime students will be held to their lease. It is important that the student read this thoroughly before signing. If a residential student is not attending classes, they will be withdrawn from Residence Life.

If a student or his/her belongings are occupying a bedroom during the academic year, the housing contract requires that the student be charged accordingly for the full cost of the bedroom per semester.

### Housing Contract Period

The residence contract period begins the first day of the term and ends for the resident student at 5 p.m. on the posted closing day. Departure for seniors is noon the day after commencement. Students who remain beyond these times will be assessed a charge.

The period of occupancy of the housing contract does not include Christmas holidays or the summer terms. These times are to be contracted individually as needed with the Residence Directors at $20 per night.

The University recognizes that international students may not be able to travel home when the residence halls are closed. Therefore, any residential student whose primary residence is outside the continental United States may live in their apartment over breaks at no cost when the residence halls are closed. International students will be assessed standard housing charges when living on campus during any term when the residence halls are open.

### Housing Deposit

A one-time housing deposit of $100 is paid by each new incoming student for room reservation in the residence complexes. In case of cancellation of reservation, all of

the deposit will be refunded if the cancellation is made by May 1 for fall semester, November 15 for winter term, December 1 for spring semester, and May 1 for summer terms. **NO REFUND WILL BE GIVEN ON CANCELLATIONS MADE AFTER THESE DATES.** If a student is not accepted for admission, all the deposits will be refunded.

Returning Students: If a student is graduating or moving out of the residence complex permanently, notice must be received by **the end of housing sign-ups** to receive a refund on their **Housing Deposit**. Housing Deposit refunds are not given for students moving out midyear because the Housing Contract is for the full school year (fall & spring semesters). Reimbursement of all refunds will be made through crediting the student's account in the Business Office.

### Housing Refunds

Please refer to the Undergraduate Academic Catalogue. If a student follows proper procedure for withdrawing from all classes, refunds on housing charges will be pro-rated to the end of the week in which the student withdraws up to day 25.

### Meal Refunds

Meal refunds will be calculated at the higher of the amount prorated to the end of the week in which the student withdraws OR the number of meals used over the total of meals in the student's meal plan.

### Room Assignments and Room Changes

Room assignments for new students are made by the directors of each complex prior to the opening of the residence complexes. Student requests are honored if possible. Priority is given to students who have fully complied with the sign-up process and have submitted their housing forms prior to the deadline. Returning students must be registered for the next semester's classes before they can sign up for housing. Freshmen and transfer requests are prioritized by the date of their housing deposits. A housing deposit must be received before a room assignment can be made.

The University reserves the right to make adjustments in room assignments or fill empty bedrooms if it is deemed to be in the best interest of the University, the student, or roommates. The residence directors will try to contact the students involved and give them the opportunity to discuss the reasons for the proposed changes.

### Online Classes and Residential Students

Students taking online courses may reside in the residence complexes. However, students enrolled in three or more concurrent online classes must see the Director for Residence Life before the term begins for official approval.