# UNION UNIVERSITY COMMUNITY VALUES STATEMENTS
## GRADUATE/NON-TRADITIONAL PROGRAMS
### 2020-2021

## I. WORTH OF THE INDIVIDUAL

We value the intrinsic worth of every individual. Our respect for other individuals includes an appreciation of cultural backgrounds different from our own, an understanding of different attitudes and opinions, and an awareness of the consequences of our actions on the broader community. (Luke 12:7 *"Why, even the hairs of your head are all numbered. Fear not; you are of more value than many sparrows."*; Galatians 6:1-2 *"Brothers, if anyone is caught in any transgression, you who are spiritual should restore him in a spirit of gentleness. Keep watch on yourself, lest you too be tempted. Bear one another's burdens, and so fulfill the law of Christ."* ESV))

    A. PERSONAL ABUSE. Personal abuse is defined as any behavior that results in bullying, harassment, coercion, threat, disrespect and/or intimidation of another person, or any unwanted sexual attention towards another person. This action may include any action or statements that cause damage or threaten the personal and/or psychological wellbeing of a person. Inappropriate narrative or cyber-bullying on social media (e.g. Twitter, Facebook, Instagram, blog, texting, etc.) may be considered personal abuse.

    B. HAZING. Hazing in any form is prohibited by Union University and Tennessee Law. This regulation also governs off-campus initiation activities. Hazing is to be interpreted as any activity that endangers the physical safety of a person, produces mental or physical discomfort, causes embarrassment, fright, humiliation or ridicule, or degrades the individual—whether it is intentional or unintentional. It is defined as doing any act or coercing another to do any act of initiation of a student into an organization that causes or creates a substantial risk bringing mental, emotional, or physical harm to a person. Hazing is also any act that injures, degrades, harasses, or disgraces any person. It is understood as any forced or required intentional or negligent action, situation, or activity that recklessly places any person at risk of physical injury, mental distress or personal indignity. All initiation activities are subject to the approval of the Dean of Students. Violators will also be subject to state fines and/or imprisonment.

    C. SEXUALLY IMPURE RELATIONSHIPS. Sexually impure relationships include but are not limited to participation in or appearance of engaging in premarital sex, extramarital sex, homosexual activities, or cohabitation. Union affirms that sexual relationships are designed by God to be expressed solely within a marriage between a man and a woman. The Bible condemns all sexual relationships outside of marriage (Matt. 5:27-29; Gal. 5:19). The promotion, advocacy, defense or ongoing practice of a homosexual lifestyle (including same-sex dating behaviors) is also contrary to our community values. Homosexual behaviors, even in the context of a marriage, remain outside Union's community values. We seek to help students who face all types of sexual temptation, encouraging single students to live chaste, celibate lives, and encouraging married students to be faithful to their marriage and their spouse.

    D. GENDER IDENTITY. Union adheres to the biblical tenet that God created only two genders, that He fashioned each one of us and thus designated our gender/sex. Therefore, identifying oneself as a gender other than the gender assigned by God at birth is in opposition to the University's community values. Further, engaging in activities or making any efforts to distinguish or convert one's gender/sex to something other than the gender/sex to which you were biologically born and which was God-given (i.e. transvestites, transsexuals, transgenders, etc.) is prohibited.

    E. PUBLIC AFFECTION. The University expects behavior both on and off campus to be above reproach. We ask all students to prohibit participating in inappropriate displays of public affection so that it does not cause offense or distraction to others.

F. PORNOGRAPHY. Pornography is defined as viewing, possession, purchase, or distribution of any pornographic materials in any form (Websites, photos, text messages, phone applications, games, computer games, magazines, etc.). See the Information Technology department's Acceptable Use policy for the appropriate use of the Internet and the University's computers. www.uu.edu/it/policies/aup.cfm (Ephesians 5:1-5 *"Therefore be imitators of God, as beloved children. And walk in love, as Christ loved us and gave himself up for us, a fragrant offering and sacrifice to God. But sexual immorality and all impurity or covetousness must not even be named among you, as is proper among saints. Let there be no filthiness nor foolish talk nor crude joking, which are out of place, but instead let there be thanksgiving. For you may be sure of this, that everyone who is sexually immoral or impure, or who is covetous (that is, an idolater), has no inheritance in the kingdom of Christ and God."* ESV*)

## II. SELF-DISCIPLINE

We value personal responsibility and recognize the individual's need for physical, intellectual, spiritual, social, and emotional wholeness. We value the full development of every student in terms of a confident and constructive self-image, of a commitment to self-discipline, and of a responsible self-expression. (Galatians 5:22-24 *"But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness, self-control; against such things there is no law. And those who belong to Christ Jesus have crucified the flesh with its passions and desires."* ESV)

    A. ALCOHOLIC BEVERAGES. The possession, use, purchase, distribution or manufacturing of alcoholic beverages is prohibited on campus. The possession of empty alcoholic beverage containers and/or drug paraphernalia on campus is also prohibited. In addition, drunkenness at off-campus functions and driving under the influence of alcohol are inconsistent with the values of Union University.

    B. USE OR POSSESSION OF ILLEGAL SUBSTANCES. The purchase, possession, use, distribution, or manufacturing of any substance of abuse or drug paraphernalia is prohibited except under the direction of a licensed physician. A substance of abuse includes but is not limited to any form of narcotics, stimulants, hallucinogenic, opioid, sports enhancement or "street drug," and any other controlled substances as defined by law. Additionally, the University does not tolerate the misuse and/or abuse of prescription drugs. Local law enforcement may be called. If a student is suspected of drug use, he or she may be asked to submit to testing. Refusal or attempts to evade testing will be interpreted as evidence of drug use and will result in disciplinary action. The complete policy and testing procedures can be found at: http://www.uu.edu/studentservices/accountability/

    C. GAMBLING. Playing a game for money or other valuable stakes with the hope of gaining something significant beyond the amount an individual pays is in opposition to the community values of the University.

    D. TOBACCO/VAPORIZERS. Union University is a smoke-free, tobacco-free campus. The use of or possession of tobacco or vaporizers (including, but not limited to, cigarettes, e-cigarettes, vapor products, chewing tobacco, etc.) in any form is prohibited everywhere on Union's campus (including student apartments on campus.)

## III. ACADEMIC & PERSONAL INTEGRITY

We value a campus community that encourages personal growth and academic development in an atmosphere of Christian influence. We affirm the necessity of both academic and personal standards of conduct that allow students and faculty to live and study together. We value the fair and efficient administration of these standards of conduct. (Proverbs 12:22 *"Lying lips are an abomination to the LORD, but those who act faithfully are his delight."* ESV)

A. ACADEMIC INTEGRITY. Union University upholds the highest standards of honesty. Students are to refrain from the use of unauthorized aids on examinations and all graded assignments, to refuse to give or receive information on examinations and all graded assignments, and to turn in only those assignments which are the result of their own efforts and research. Failure to provide correct documentation for material gleaned from any outside source, such as the Internet or any published/unpublished work, constitutes plagiarism, a form of cheating subject to strict disciplinary action. Faculty are responsible for discouraging cheating and will make every effort to provide physical conditions which deter cheating and to be aware at all times of activity in the testing area. Any student found guilty by the instructor of cheating will be subject to disciplinary action by the instructor. If the student is an undergraduate, the instructor will file a report of the incident and the intended disciplinary action with the student and with the Associate Provost and Dean of Instruction. Incidents involving graduate students will be filed with the student's dean. Copies of all incidents will also be filed in the Office of the Vice President for Student Life and Dean of Students. For a description of the Academic Dishonesty Appeal Process, please see Grievance Procedure in the Campus Life Handbook.

B. PERSONAL INTEGRITY. Lying or committing fraud on any level.

## IV. RESPECT FOR PROPERTY AND THE ENVIRONMENT

We value the rights and privileges of owning and using property, both personal and University, and the benefits of preservation and maintenance of property and of our natural resources. In our stewardship of property we recognize the accountability of our actions to the future Union community. (Exodus 20:15 *"You shall not steal."*; Psalm 24:1 *"The earth is the LORD's and the fullness thereof, the world and those who dwell therein,"*; Genesis 2:15 *"The LORD God took the man and put him in the garden of Eden to work it and keep it."*; I Cor. 4:2 *"Moreover, it is required of stewards that they be found faithful."* ESV)

A. LITTERING. Intentional and inappropriate disposal of trash/waste outside of designated containers/areas. Please keep our campus beautiful!

B. PROPERTY DESTRUCTION/ROOM DAMAGE CHARGES. Actions that violate this Community Value include damaging, destroying, defacing (in any way) property belonging to others or to the University.

C. UNAUTHORIZED ENTRY. This occurs when one enters into any University building, vehicle, office, gated parking lot, student room or window or onto any building without prior authorization. Resident Advisors are not permitted to unlock residents' doors without the prior permission of the resident living in that particular apartment or room.

D. STEALING AND POSSESSION OF STOLEN OR LOST PROPERTY. This is defined as the unauthorized taking, borrowing and/or keeping of property belonging to the University or others.

E. SETTING A FIRE AND ARSON. Deliberately lighting a fire. Minimum Sanction:

F. POSSESSING FIREARMS, WEAPONS OR FIREWORKS. This is the possession, whether open or concealed, of any weapon (including, but not limited to air guns, firearms, paintball guns, illegal knives and swords) that could be used to intimidate, scare, or harm others. Further, possession of materials used to manufacture bombs, firearms, or weapons are also prohibited. Union University does not permit the storage of recreational sporting/hunting equipment inside the residential facilities on campus or in vehicles. Per TN- 142, please see student accountability website www.uu.edu/studentservices/accountability for details regarding firearm exceptions for vehicles.

G. TAMPERING WITH FIRE SAFETY EQUIPMENT / INTERCOMS / NETWORK CABINETS. Tampering with or removing emergency instruction sheets, fire alarms, fire extinguishers, exit signs, computer networking cabinets or other safety equipment puts others at risk of injury. Tampering with such equipment is strictly prohibited.

H. RESPONSIBILITY FOR GUESTS. Students are held responsible for the conduct of their guests on campus. Overnight visitors staying on campus must sign in at the Bowld or McAfee Student Commons before midnight. Failure to sign in guests may result in the loss of guest privileges.

I. MISUSE OF UNIVERSITY EMAIL/NETWORK. Responsible, appropriate usage is always ethical, reflects honesty in all work, shows stewardship in the consumption of shared resources, and is guided by Christian principles. A complete policy for the appropriate use of the Internet and the University's computers can be found at www.uu.edu/it/policies/aup.cfm.

## V. RESPECT FOR COMMUNITY AUTHORITY

We value our privileges and responsibilities as members of the University community and as citizens of the community beyond the campus. We value the community standards of conduct expressed in our system of laws and value the fair administration of those laws, including University, municipal, state and federal laws. (Romans 13:1, 2 *"Let every person be subject to the governing authorities. For there is no authority except from God, and those that exist have been instituted by God. Therefore whoever resists the authorities resists what God has appointed, and those who resist will incur judgment."* ESV)

A. BREACH OF PEACE. Breach of peace is considered any action which disrupts the peace or which endangers or tends to endanger the safety, health, or life of any person. It also includes the disruption of the functional processes of the University by individuals and/or organizations.

B. INSUBORDINATION. Failure to comply with a request, written or verbal, of an authorized University faculty or staff member constitutes insubordination. Failure to comply based on a difference of opinion is not an acceptable response.

C. CREATING A NUISANCE WITH NOISE. Talking, yelling, singing, playing a musical instrument, electronic device, etc., loud enough to disturb other members of the University community is strictly prohibited.

D. RECKLESS BEHAVIOR. Any behavior which creates a risk of danger to one's self or others in the University community is strictly prohibited. This includes but is not limited to reckless driving, propping exterior doors ajar in the residence complexes, throwing/launching/setting fire to objects, and disclosing or giving building/room access to unauthorized persons.

E. BREAKING A CITY, STATE OR FEDERAL LAW. All students are required to abide by the laws of the local, state, and federal governments and are subject to University judicial action. Formal charges, complaints or indictments by government entities are not prerequisite for University action under this section.

I have read, understand, and agree to comply with the Union University values that are listed above.

_____     _____
Applicant's Signature                                      Date