# Supporting LGBTQ students at George Fox

George Fox University welcomes and cares deeply for our lesbian, gay, bisexual, transgender, queer and questioning (LGBTQ) students. Our LGBTQ students and alumni have made positive contributions to our community and are loved. As a Christian college, the university holds traditional Christian beliefs on sexuality and all traditional undergraduate students agree to abide by our community's lifestyle agreement while in our community.

## Acknowledging the Need for Better Communication

Some alumni have indicated that conversations they had at George Fox on LGBTQ topics have been hurtful to them. We grieve with them over their experiences. As a university with an evangelical Quaker heritage, we encourage Christian care and compassion as we dialogue on LGBTQ topics.

## A Call for Civility

As a university, we encourage the vigorous pursuit of truth. As a Christian university, we believe the Bible, as illuminated by the Holy Spirit, is true and reliable. We recognize that there are Christians inside and outside our community who have different interpretations of Scripture. Regardless of one's perspective or tradition, we encourage all of our community members to engage this topic with civility and respect. We condemn any violence directed toward LGBTQ people.

## Our Theological Position

George Fox University seeks to order its community life around the values and ethics we believe God has given us in the Bible and we rely on its teachings. Those who join our community agree to live consistently with these teachings.

We believe that God has intended sexual relations to be reserved for marriage between a man and a woman. We recognize that this belief may be in conflict with the practice or vision of the larger culture, as Christian beliefs have been in other times and places. Yet we hold to the historic Christian position on this topic while being respectful of those who disagree with us.