

## Student Policies & Procedures

# Statement on Human Sexuality

Baylor University welcomes all students into a safe and supportive environment in which to discuss and learn about a variety of issues, including those of human sexuality. The University affirms the biblical understanding of sexuality as a gift from God. Christian churches across the ages and around the world have affirmed purity in singleness and fidelity in marriage between a man and a woman as the biblical norm. Temptations to deviate from this norm include both heterosexual sex outside of marriage and homosexual behavior. It is thus expected that Baylor students will not participate in advocacy groups which promote understandings of sexuality that are contrary to biblical teaching.

The University encourages students struggling with these issues to avail themselves of opportunities for serious, confidential discussion, and support through the Spiritual Life Office (254)-710-3517 or through the Baylor University Counseling Center (254)-710-2467.

*11/18/02, 3/25/04, 1-29-09; 10-2-09*

Copyright © Baylor® University. All rights reserved. Legal Disclosures.
Baylor University ▪ Waco, Texas 76798 ▪ 1-800-229-5678