# Human Sexuality at Baylor University

Baylor University is committed to providing a caring, loving and supportive community for students in all aspects of their lives, including the development of their sexuality. We acknowledge the complexity of issues surrounding human sexuality and desire to engage in this conversation with humility, prayerfulness and convicted civility. We believe that Baylor is in a unique position to support our students, including those who identify as LGBTQ, because of our Christian mission and the significant campus-wide resources available.

Baylor's status as a Christian research university values the scholarly investigation of Scripture. Consequently, we are committed to the open study of Scripture and discussion of multiple perspectives, both inside and outside the classroom. Regardless of one's viewpoint on human sexuality, Baylor supports the dignity and worth of every person and seeks to create a campus climate where each person is treated with love and respect within our caring community, as outlined in our University mission statement.

- President Livingstone's Message on Human Sexuality - August 27, 2019
- Frequently Asked Questions

## Board approves guiding principles caring for all students, including LGBTQ students

Baylor continues to place a priority on care for all students while rooted in its Baptist beliefs and traditional biblical understanding of human sexuality. On May 14, 2021, the Board passed a resolution that acknowledges the University's responsibility for serving the needs of all students based on three guiding principles:

- The dignity and worth of all, regardless of sexual orientation or gender identity, as we strive to fulfill our Christian commitment of a caring community.
- The biblical understanding that sexual relations of any kind outside of marriage between a man and a woman are not in keeping with the teaching of Scripture, as summarized in the University's Statement on Human Sexuality.
- Our commitment to providing a welcoming, supportive educational environment based on civility and respect for all.