# STUDENT **HANDBOOK** ∥ 16 17



# Foreword

## A Letter from the University President

Welcome to Bob Jones University! I want to extend a special welcome to our new students as well as "welcome back" to students who are returning. We are glad you are here and have made BJU your college choice.

Our desire at BJU is to educate the whole person so that you, as a graduate, are well prepared to serve in whatever ministry or vocation the Lord calls you. Our faculty is committed to providing you with a world-class education and are well equipped for the task. Most importantly, they are eager to apply a biblical worldview to the academic discipline you are pursuing.

Our faculty and staff also are here to disciple and encourage you well beyond your academic studies. Above all else, they want to help you live your life in a way that pleases God. They desire to come alongside and encourage you spiritually and socially as well as academically. I hope you will take advantage of opportunities to spend time with them—in the dining common, at The Den or at the field house. You will be glad you did.

The value of your college experience at BJU extends far beyond the classroom. You will have a variety of opportunities to expand your interests and grow as a person. With our liberal arts emphasis, you will enjoy an abundance of fine arts, ministry, academic-related and recreational opportunities, making your education unique and beneficial to you in a myriad of ways.

Greenville is our home, and we think you will enjoy living here. Upstate South Carolina presents many great opportunities for recreation, shopping and world-class restaurants—from Fluor Field (home of the Greenville Drive) to the natural beauty of God's creation at Falls Park on the Reedy River and the surrounding mountains.

As you read this handbook, you will see that many of the guidelines are rooted in biblical commands and principles for daily living. Others are included to help thousands of students, faculty, staff and administrators study and work together effectively and efficiently on campus each day.

Case 6:21-cv-00474-AA    Document 121-14    Filed 10/29/21    Page 4 of 76

# A Letter from Your SLC Presidents

Welcome, Bruin Nation! We are very excited that you are joining us at Bob Jones University this fall! Some of you will be experiencing college for the first time, while others are returning with friends to continue pursuing your degrees. Before you start the academic year, we have a few thoughts we would like to share with you regarding your social, academic, and most importantly, your spiritual development.

BJU is the perfect place for you to meet new friends from around the world as you get involved in society, community service, sports and residence hall life. We have seen God bring many people across our paths who have become lifelong friends. BJU provides many opportunities for you to grow with like-minded peers, roommates and classmates.

Though college is more than academics, your degree program is the primary reason you are here. It is no secret that BJU will challenge you academically, and many times you will feel that you are overwhelmed and incapable of managing your workload. When this happens, seek out the many people here who are eager to help and encourage you. You'll find that in spite of temporary difficulties, you will be able to look back at the end of the year and see how Christ has sustained you. It is through His strength and grace that you will tackle hard material and complete a rewarding goal.

Finally, BJU has the potential to be a launching pad for your spiritual walk. We say potential because growth will not happen if you don't put in a conscious effort to pursue a personal relationship with Christ. You will be given many chances in chapel, society, church, discipleship group and outreaches, as well as your personal time with the Lord, to let His Word take hold of your heart and transform your life. Students around the world covet these opportunities you've been given; take advantage of them!

We are thrilled to see how God will use us and change us as a student body this year. Please contact us, or any of the other SLC members, if there is anything we can do to encourage you in your relationship with God or challenge you to embrace the wonderful opportunities here at BJU. We sincerely care about each one of you and want to assist you in any way we can.

can do to encourage you in your relationship with God or challenge you to embrace these and other important issues. In whatever case, we are proud of each one of you and want to assist you in any way we can.

# Table of Contents

| | |
|---|---|
| 1 | Foreword |
| 1 | A Letter From the University President |
| 2 | A Letter From Your SLC Presidents |
| 3 | Table of Contents |
| 4 | Introduction |
| 7 | Student Policies |
| 9 | Christian Community |
| 12 | Academic Life |
| 17 | Social Life |
| 24 | Entertainment, Music and Technology |
| 28 | Dress |
| 33 | General Campus Responsibilities |
| 38 | Residence Hall Life |
| 41 | Disciplinary System |
| 46 | Student Rights and Resources |
| 52 | Appendix A—Sanctity of Life |
| 56 | Appendix B—Position on Marriage and Human Sexuality |
| 59 | Appendix C—Biblical Approach to Evaluating Objectionable Elements in Entertainment |
| 61 | Appendix D—Creative Projects & Programs |
| 63 | Appendix E—University Trips |
| 70 | Bob Jones University Student Covenant |

# Introduction
## A Brief History

Evangelist Bob Jones Sr. founded Bob Jones College in 1927 in College Point, Florida, after his travels across America convinced him that college students at secular schools were losing their faith. His vision was a thoroughly Christian college distinguished by academic excellence, refined standards of behavior and opportunities to appreciate the arts, and a place where Christ would be the center of all thought and conduct. Beginning with 88 students, the college emphasized strong preaching in its daily chapel service, a practice which continues today. Students pursued degrees in Bible, music and speech.

In 1933 the college moved to Cleveland, Tennessee, where it began both its intramural sports program and a series of cultural programs that brought recognized musical and dramatic artists to perform on campus. Enrollment continued to increase, requiring another relocation—this time to Greenville.

The first 2,500 students arrived on the Greenville campus on October 1, 1947. At the same time, with the addition of six academic colleges, Bob Jones College became Bob Jones University, and Bob Jones Jr. was elected president. The new campus provided space for a radio station, a Christian film department and the Museum & Gallery.

In 1971 Bob Jones III assumed the presidency. Under his direction, BJU Press was founded to provide educational materials for pre-college schools and homeschooling families. Academic programs expanded, as did campus facilities with the construction of the Founder's Memorial Amphitorium, the Seminary and the Davis Field House. In 1998 the University launched *Living Gallery* to present the Gospel through music, drama and live works of art.

Stephen Jones was installed as the fourth president in 2005. Facility improvements continued, including a Rodeheaver Auditorium facelift and a redesign of the campus main entrance. In 2006 the University was awarded full accreditation by the Transnational Association of Christian Colleges and Schools (TRACS).

In 2014 Steve Pettit became president and affirmed the University's commitment to the mission of developing Christlike character in students and to sustaining our reputation for academic excellence, evangelistic emphasis, spiritual growth and service opportunities for students, and the outstanding performance track record of graduates.

# Components of Student Development

Bob Jones University exists to provide a liberal arts education with a thoroughly biblical worldview that inspires students to develop lifelong habits of pursuing God, wisdom, virtue and service.

Our shared authority is the Bible, God's inspired and sufficient Word (2 Tim. 3:14–17; 2 Pet. 1:19–21). Because God inspired the Bible, it contains no errors and can be trusted to provide infallible guidance (John 10:35). Consequently, we submit ourselves to the Bible's instruction (Ps. 119:4), including its directions for living together in a Christian community. Therefore, our vision for student development is Word-centered. It can be summarized in three words: grace, structure and virtue.

## Grace

Discipleship is the biblical process of maturing believers into Christlike servants. Christ-centered discipleship is impossible without grasping the scriptural process of sanctification. The believer's responsibility to be conformed to the image of Jesus Christ is found in the Bible's commands. Enablement to be transformed into that image is found in God's provision of grace—dynamic power to do God's will.

God graciously orchestrates this growth through "ordinary" means. The heart of discipleship is helping one another grow in the grace and knowledge of our Savior through His Word (Acts 20:32; Rom. 15:4), prayer (Eph. 6:18; Heb. 4:16) and actively participating in the life of the church (Eph. 4:15–16, 29; Heb. 10:24–25). Therefore, we aim to be a community saturated in Christ's redeeming grace in order to walk worthy of our calling (Eph. 4:1).

## Structure

In addition to a pervasive acknowledgment of dependence on God's grace, our

Part of what distinguishes our educational philosophy is lovingly holding one
another accountable to fulfill our responsibilities in dependence on God.
Accountability is intended to be a form of encouragement and support to
obedience. Faculty and staff are involved in student lives, and students are
involved in each other's lives. The campus community pledges to help each other
grow and hold each other accountable with the goal of encouraging the spiritual
success of every individual on campus.

## Virtue

Structure and discipline provide protection, direction and accountability—but are
not themselves the point. Our goal is student development, including intellectual,
social and spiritual growth.

Christian virtue provides a portrait of this growth toward the likeness of Christ —
His knowledge, values and character. The virtues we seek to develop are shaped
first by Scripture and in many ways are distinctive in our contemporary context.
These virtues necessarily develop in tandem, not isolation, and do so for the glory
of God, the good of others and the flourishing of an individual life. They can be
summarized as godliness, love, humility, integrity, diligence, purity and patience.

To summarize, we are committed to obeying our heavenly Father in response to the
death and resurrection of His Son in the power of His Spirit. We affirm this
commitment, recognizing that our flesh is weak and that we'll often need the
cleansing and forgiveness God promises to those who confess their sins and repent
(1 John 1:9). We strive to obey, not with slavish fear of a vindictive Master but with
joy in the God who loved us first (1 John 4:19). Because He died for us in love, we
are compelled to live for Him (2 Cor. 5:14–15).

# Student Policies

Accomplishing the educational mission of BJU requires an edifying campus atmosphere and an environment that promotes spiritual growth. Our code of conduct cannot produce Christlikeness; however, it speaks to what Scripture describes is wise and virtuous and what helps mature a Christian for faithful service.

## Core Principles

### Personal Discipline

The structure at BJU encourages personal discipline. Reflecting Christ demands Spirit-empowered moderation and discipline (Gal. 5:23). No pursuit is more worthwhile than conditioning oneself for eternity (1 Cor. 9:24–27; 1 Tim. 4:7–8). This self-control entails submitting our impulses (e.g., anger) and fleshly habits (e.g., laziness) to the renewing influence of God's Spirit.

Self-discipline also includes stewardship. In other words, reflecting Christ involves wisely using the time, talents and material possessions God gives us to His glory (Prov. 3:9).

Other evidences of self-discipline, such as punctuality, cleanliness and preparedness, are also important qualities. But Christian virtue extends well beyond initiative and responsibility. Christlikeness relates to God and others. Therefore, built on top of the need for personal discipline are several other principles that shape expectations for our educational community: loving respect, integrity and purity.

### Loving Respect

A Christian university such as BJU provides a unique setting in which to live out the blood-bought unity we enjoy in Christ. Successful community life requires a spirit of mutual humility, love and consideration.

### Respect for Each Other

## Respect for Each Other

Furthermore, BJU is committed to maintaining a living, learning and working environment free of bullying. Bullying is generally defined as the act of one or more individuals intimidating one or more persons through verbal, physical, mental or written interactions. Bullying can take many forms and occur in virtually any setting, including verbal, physical, relational and electronic through email, internet or mobile phones.

In addition, bullying on the basis of race, color, sex, national origin, age, disability, veteran status or genetic information may also be a violation of the BJU Discrimination and Harassment Policy.

## Respect for Authority

Reflecting Christ entails walking in humility and choosing to submit to others (1 Pet. 5:5). God's written authority, the Bible, teaches that He also exercises authority through several kinds of human leadership. The primary biblical authority structures are the family (Eph. 5:22–23; Deut. 6:7–9), government (Rom. 13:1–7) and church (Acts 20:28; Heb. 13:7, 17).

At BJU we commit ourselves to obey the God-given authorities in our lives (Heb. 13:7, 17). We honor the regulations that pertain to us as an American institution of higher education. Furthermore, BJU supports the discipleship efforts of Bible-believing churches and Christian families, in part through providing a structured environment that promotes biblical Christian living. A student accepts BJU's authority voluntarily by signing the student covenant and indicating his or her intent to contribute to an edifying environment with a cooperative spirit and abide by the University's policies.

## Respect for the Orthodox Beliefs of Others

The BJU Creed highlights the fundamentals of the faith. Based on these essentials, we strive to maintain unity among the student body. In the interest of this unity and in love and respect for each other, divisive proselytizing based on theological interpretations, such as Calvinism and Arminianism, is not allowed.

## Respect for God

(Exod. 34:6–7). The Lord is faithful in all His works (Ps. 111:7). Integrity at BJU includes principled, Spirit-enabled choices instead of deceitful, selfish behavior such as dishonesty, theft and cheating. Furthermore, because God expects us to practice justice (Micah 6:8), we value truthful relationships and ethical processes.

## Purity

Reflecting Christ also means displaying God's distinctive character in grateful response to Christ's costly redemption (1 Pet. 1:15–19). Holiness entails separation from the godless "world" system (1 John 2:15–17; Ezra 6:21) by discerning where one's culture reflects evil values. By living holy, separated lives, we publicly proclaim that only He is worth loving and following.

One of the primary ways we pursue holiness is through moral purity. In calling us to purity, God forbids viewing sexuality as a means of exploiting others (1 Thess. 4:1–8). This means honoring God's design for sex, celebrating and practicing it only within the marriage relationship between one man and one woman for a lifetime. Since what we do springs from how we think (Mark 7:20–23), this commitment also means controlling what one allows him or herself to view and read (Matt. 5:27–30) and petitioning God's Spirit to purify one's thoughts, motives and actions.

Finally, in order not to "fit in" comfortably with the world and to subject ourselves to the Holy Spirit's control instead of substances, our commitment to purity extends to a prohibition against the use of alcohol and illegal drugs as well as the abuse of prescription drugs.

# Christian Community

## Chapel

Chapel provides an opportunity to receive exhortation from God's Word and is, therefore, the highlight of our daily schedule. Each student is expected to bring a Bible, to be attentive and to help others be attentive. Except for accessing a digital Bible or taking notes, using electronic devices is not appropriate. To avoid distraction, students are to keep personal spill-proof containers stowed in their backpacks and not bring disposable bottles and cups into FMA. (This drink policy

Bible or taking notes, using electronic devices is not appropriate. To avoid
distraction, students are to keep personal spill-proof containers stowed in their
backpacks and not bring disposable bottles and cups into FMA. (This drink policy

For days on which a student has no scheduled classes or no classes after 9:15 a.m.
or before 2 p.m., he or she may apply for a permanent exemption to miss chapel
one day a week to work off campus if he or she is attending chapel on the other
three days of the week. A student on campus during the chapel hour is expected to
attend chapel, even if he or she has an exemption. If a student's classes are all
canceled on a specific day, he or she may miss chapel also. A student may miss up
to two chapel services per semester for uncommon reasons such as job interviews,
doctor's appointments and service opportunities. Absences because of illness will
also be excused. However, if a student is able to attend classes, he or she will also be
expected to attend chapel.

Day students taking 12 hours or more attend chapel daily, except days on which
they have no classes. If on a specific day a day student's only class is at 7 a.m. or
after 5 p.m., he or she has no chapel requirement that day.

Day students taking 6 to 11 hours attend chapel two days a week, and those
taking 5 or fewer hours attend one day a week.

See the Day Student Connection at blogs.bju.edu/dsc for more information about
chapel attendance requirements and information for specific groups (such as post
graduate special students or students on the block).

## Church Participation

Students are expected to attend all Sunday morning activities of a local
fundamental church (in most cases that will be Sunday school and the Sunday
morning service) plus an additional service during the week—Sunday afternoon or
evening service, Wednesday evening service or a church shepherding group
meeting. A student may have up to six absences from services each semester for
illness or travel. (Students who serve in Sunday morning nursing home ministries
may consider that ministry equivalent to participating in their churches' Sunday
morning meetings.)

The regional church list, which is available on the intranet at home.bju.edu/life/
regionalchurches.pdf, lists a number of fundamental churches that students may
attend. Before attending any church not on this list, residence hall students and day
students not attending church with their parents are required to check with the

attend. Before attending any church not on this list, residence hall students and day students not attending church with their parents are required to check with the

procedures. If there is a special need for extra rest, the student is to check with his or her resident supervisor or mentor before going to bed early and missing a group meeting or hall meeting.

# Outreach Ministries

Reflecting Christ involves fulfilling the Great Commission (Matt. 28:18–20)—ministering to a person's greatest need by telling him or her the good news of a Savior in the power of the Spirit (Mark 10:21; Acts 1:8). Therefore, we embrace God's call to proclaim the Gospel of Jesus Christ.

## Affiliations

Because BJU is a fundamental Christian institution and serves the needs of fundamental churches and ministries, do not obligate yourself to any service or ministry without knowing its affiliations. If you have questions about an organization, discuss them with the director of the Center for Global Opportunities.

## Children's Ministries

Be careful to be above reproach in all interactions with children. All events with children should be held in public view or in a well-supervised location. At no time should any student be alone with a child, and physical contact should never be made in an inappropriate manner.

To ensure students understand how to interact with children appropriately, all students participate in Sexual Abuse Awareness Training. A certificate indicating successful training completion will be required by Nov. 10 for any student working with children. In addition, students should become familiar with and follow the University's Child Abuse, Neglect and Sexual Abuse Reporting Policy and Procedure on BJU's intranet under Life at BJU. Information will be provided in the one-hour training at the beginning of each academic year.

## Sports Activities

Ministry groups supervising children and teens are welcome to bring them on campus to attend intramural and intercollegiate games, but BJU's physical

Ministry groups supervising children and teens are welcome to bring them on campus to attend intramural and intercollegiate games, but BIU's physical

To help students evaluate their development in these areas, during the fall semester students complete a self-check, which serves as an opportunity to observe growth and identify areas of need. Students discuss their self-check with a residence hall leader, faculty/staff member, society officer, church mentor or parent.

During the spring semester students complete and submit a self-evaluation, which helps them evaluate their own personal growth and testimony. The assessment also provides an opportunity for students to contribute to leadership selections and helps the Student Life & Discipleship team plan discipleship emphases for the following year. Questions regarding student evaluations may be directed to resident supervisors or the Student Life & Discipleship office.

# Academic Life

BJU professors teach classes from a biblical worldview and to the highest academic standards. Students are to attend each class for which they are registered and are expected to apply the appropriate time and energy necessary to earn the best possible grade in each class. In addition, students are expected to respect both professors and fellow students and exhibit deportment that helps create a positive learning environment in each classroom.

## Academic Resources

BJU wants all students to achieve their highest academic potential and makes faculty and academic support resources available to assist each student in meeting his or her academic goals. Students, however, are ultimately responsible for their own academic success and should take the initiative to ask for assistance as needed.

**Faculty**—Students needing assistance with a specific course should first seek the help of the professor. Maintaining continued contact with a professor and staying informed of one's academic status in a course is highly recommended.

**Academic Advisor**—Each student has an academic advisor who is knowledgeable about the major the student is pursuing and available to help the student plan his or her semester course sequence, course load and class schedule. In addition, the advisor is available to counsel students on all matters related to being a college student—including career and ministry choices— as well as on life issues.

or her semester course sequence, course load and class schedule. In addition, the advisor is available to counsel students in all matters related to being a college student—including career and ministry choices— as well as on life issues.

of ACT scores and current academic progress. They can also help students understand GPA requirements for graduation.

**Career Services**—Career Services offers students guidance and information pertaining to career/internship opportunities, professional development, and resume writing.

**Libraries**—The Mack Library, which contains approximately 355,000 volumes, provides space for individual or group study, a periodical room with approximately 970 current titles, access to other library catalogs and an interlibrary loan service. A separate music library in the Gustafson Fine Arts Center provides books, scores, audio recordings, periodicals and other reference materials for researching musical works.

## Relationships in the Classroom

BJU students are brothers and sisters in Christ and should treat one another with respect both inside and outside the classroom.

While professors are in a position of authority in the classroom, students and professors are also brothers and sisters in Christ and in the event of some form of disagreement should approach one another respectfully and in accordance with biblical principles. Appropriate discourse in a reasoned fashion is part of the education process, and strong opinions informed by fact, logic, spiritual maturity and biblical insight are valued. At the same time, disagreement over ideas and other academic issues can occur. Students are not only welcome but invited to discuss any matter with their professors. In particular, if a student wishes to discuss an area of disagreement with a professor, he or she should go directly to that professor outside of class and respectfully present his or her concerns without fear of academic penalty. Airing complaints publicly in venues such as social media is not an appropriate means of resolving an issue.

## Academic Integrity

In their academic lives, students exhibit integrity by being truthful about their own academic work and properly acknowledging sources of ideas and information.

In their academic lives, students exhibit integrity by being truthful about their own academic work and by acknowledging sources of information and other ideas.

## Cheating

Cheating in any form is not tolerated. Cheating includes:

- Copying from another student's test or assignment.
- Unauthorized provision or use of notes or other helps on a test or assignment, such as requesting or accepting answers on a quiz or test from another student who has already taken it, discussing test information to any extent with other students, transmitting quizzes or tests or answers to quizzes or tests electronically to other students via cell phone, email, etc.
- Changing answers after a test or assignment has been completed.
- Reporting false information about the completion of an assignment, including turning in someone's work as one's own (another student's, a purchased paper from an online source, etc.).

## Plagiarism

Another form of cheating is plagiarism, the intentional or unintentional use to any degree of the ideas or words of one's source material without proper acknowledgement.

Plagiarism typically takes two forms:

**Substantial**—Failure to acknowledge the use of an author's ideas or organization by footnote or identification of the source in the text of the paper. Incomplete paraphrase (mere rearrangement of syntax and substitution of synonyms for the author's words) is plagiarism.

**Verbal**—Failure to acknowledge the use of an author's words by quotation marks, as well as by footnote or identification in the text.

Plagiarism is theft, and the Scriptures are clear that we are to respect the property of others and to be honest and above reproach in all things (Exod. 20:15; Rom. 12:17; Heb. 13:18). Regardless of the source being used (internet site, book, database, magazine, newspaper, computer program, speech, class notes, handouts, etc.), all words and information from those sources must be presented accurately and acknowledged properly so that a student's integrity is not called into question and his or her testimony harmed.

etc.), all words and information from those sources must be presented accurately and acknowledged properly so that a student's integrity is not called into question and his or her testimony harmed.

## Violations

Faculty members report alleged incidents of cheating and plagiarism to the academic integrity committee, which consists of two faculty members, two student leaders, and a representative of the office of the provost. This committee holds a hearing, makes a judgment and, if necessary, assigns an academic penalty. The committee gives special consideration to students who self-report a violation to their professor.

Penalties for cheating are usually academic, ranging from a zero on an assignment to being removed from and failing a course. Cheating on a final exam or multiple cheating offenses may result in disciplinary penalties up to and including suspension from the University.

For a more detailed summary of the academic integrity committee procedures, see home.bju.edu/academics/integrity. A student who is dissatisfied with the committee's decision may appeal in writing to the provost.

# Class Attendance Policies

Students are expected to attend all scheduled class sessions for each course in which they are enrolled, including final exams, and to arrive on time. Students are to use effective time management to be in attendance and are not to be absent from a class to work on other class assignments.

## Absences

Absences are only for illness that is too severe or contagious for the student to attend class, visits and interviews at graduate schools or for future employment, and participation in voluntary events such as individual competitions or field trips.

## University-authorized Absences

In addition, university-authorized absences include participating in university-sponsored events; officially representing the University at assigned events; participating in official intercollegiate team competitions; responding to administrative requests; chronic illness; illness, surgery or medical emergencies

participating in official intercollegiate team competitions; responding to administrative requests; chronic illness; illness, surgery or medical emergencies

agreement with each of their professors on how they will meet class requirements. Course policies typically are found in course syllabi.

## Number of Absences

A student who is absent from or late to class may be subject to academic penalties, especially if absences accumulate. The Academic Council has established the following limits on class absences. If a student exceeds the established number of absences in a specific class, he or she may be withdrawn from the course. Being withdrawn from courses may impact financial aid and/or scholarships, health insurance, residency requirements and the completion of a student's degree in a timely manner. Information about compulsory withdrawals from specific classes may be found on StudentCentral.

| Class meetings per week | 1 2 3 4 5 | Block Class |
|---|---|---|
| Absences allowed | 2 3 4 5 5 | 1 |
| Additional university-authorized absences possible | 1 3 5 4 4 | 1 |

## Absences While on Academic Probation

Students on academic probation may take absences only for illness and/or to attend the funeral of an immediate family member (e.g., parent, grandparent, sibling, aunt, uncle, first cousin).

## Lates

Students are expected to arrive on time for each class. Students will be counted "late" if they arrive in the first 20 minutes after the class has begun and "absent" if they arrive after the first 20 minutes of class. Three lates to the same class during a semester will equal one absence for that class.

Students are also expected to attend classes for the entire class period. Unless a student makes prior arrangements with his or her professor to leave a class early, the student will be counted absent from the class if he or she leaves before the end

student makes prior arrangements with his or her professor to leave a class early, the student will be counted absent from the class if he or she leaves before the end

## Resolving or Appealing Reported Absences

If a student is marked absent from a class but was not absent, he or she is responsible to contact the professor within one week to appeal the absence. If a student is marked for an absence when the absence was university-authorized, he or she is responsible to contact the Registrar's Office to appeal the absence. Students withdrawn from class because of absences may appeal in writing to the registrar.

## Dropping a Class

Contact the Registrar's Office before missing a class you want to drop.

# Class Deportment

Appropriate class deportment is a matter of self-control. Students are expected to be attentive in class. Talking, reading, studying other materials, texting and sleeping are inappropriate. Students using a laptop or handheld device should do so only for functions the professor deems pertinent to that particular class (e.g., not for answering email, playing games, browsing the internet, participating in social media sites or working on assignments for other classes). Water and other beverages in covered containers may be brought into the classroom at the discretion of the professor.

# Social Life

To help students experience long-term spiritual success, BJU desires that students develop Christ-honoring friendships and enjoy a rich social life that enhances their overall college experience as well as their preparation for life.

BJU asks students to exhibit maturity by being accountable for their activities. Policies regarding social life on and off campus assist in the academic, spiritual and social development of students. They are designed for these purposes:

**Ensure safety**—In order to help students exercise appropriate caution, BJU asks students to identify their locations and activities in some situations.

## Physical Contact

On and off campus, physical contact between unmarried men and women is not allowed.

## Student Privileges

Students enjoy two levels of privileges pertaining to off-campus activities, lights out and grooming.

### Underclassman Privileges

Students listed academically as freshmen or sophomores qualify for underclassman privileges. (In addition, a student who incurs campus ineligibility or probation forfeits his or her upperclassman privileges for the remainder of the semester.)

A student with underclassman privileges:

- Checks out when he or she leaves campus and checks in upon return. (No pass is necessary when a student is in the Greenville area in a non-mixed group. See the following section on Social Life Off Campus.)

### Upperclassman Privileges

Students listed academically as juniors or seniors qualify for upperclassman privileges. They must also maintain a strong class attendance record.

A student with upperclassman privileges:

- With dean's office approval, may participate in overnight mixed-group outreach ministries with other students who also have upperclassman privileges.
- May study any night until 2 a.m. in the residence hall study lounge.
- (For men students) May have neatly trimmed facial hair (see page 32).

Underclassmen and upperclassmen have different pass requirements for off-campus activities. See Social Life Off Campus below.

campus activities. See Social Life Off Campus below.

Case 6:21-cv-00474-AA   Document 121-14   Filed 10/29/21   Page 21 of 76

inside the parking garage. In addition, Monday through Saturday men and women students have open access to the athletic fields and activity center and may run together on the outdoor track from dawn until the field lights go off each evening (10:20 p.m. Monday–Thursday; 10:50 p.m. Friday–Saturday). The fields and outdoor track are not open for recreational use on Sunday, but students may meet at the activity center and pavilions for fellowship until 10:20 p.m.

## Student Center

For business hours, search under the Business Hours tab on home.bju.edu.

## Classroom Buildings

Men and women students should guard their testimonies; they are not to be alone together in a classroom, rehearsal studio or other room. Classrooms close at 5 p.m. Classrooms in the Alumni Building, Gustafson Fine Arts Center and the biology labs in the Science Building are available for student use after 5 p.m. Students may reserve a room through the coordinator in each building, or groups may check in with the building host on the first floor after 5 p.m. for a room assignment. Mixed groups rehearsing in other buildings require a chaperon.

# Social Life Off Campus

BJU uses an electronic pass system called ePass to promote safety, purity and accountability. Students can access ePass from any device that has an internet or data connection. Once a pass has been created, ePass will direct the student in the type of authorization needed. Some passes require dean's office approval, some require checkout desk approval, and some are automatically approved.

To obtain dean's office approval, a student first submits a pass (from a kiosk, any computer or a mobile device), then comes with his or her ID card to the Student Life & Discipleship office weekdays between 8 a.m. and 5 p.m. to obtain approval.

Any student on a checkout desk pass may come to the checkout desk to obtain approval for his or her group. Students with preapproved passes may check themselves out at the checkout desk or from any computer or mobile device.



Day students are not expected to secure passes. However, anytime a mixed group activity requires a pass, both day students and residence hall students are responsible to ensure all people in the group are listed on the pass.

## Quick Reference Pass Guide

The following chart provides a quick reference for the type of pass, approval needed and chaperon requirement for each activity listed. Additional details are listed below the chart.

### Definitions

**Auto**—Automatic ePass program approval

**COD**—Checkout desk approval

**Dean's**—Dean's office approval

**Chaperon**—Resident adult over 21 or BJU grad

| Type of Pass | Underclassman | Upperclassman | Requirements |
|---|---|---|---|
| Overnight | Dean's office | Dean's office | |
| Outside Greenville area: mixed group | Dean's office | Auto | |
| Greenville area home: mixed group | COD | X | Chaperon |
| Greenville area public place: mixed group | COD | X | |
| Outside Greenville area: non-mixed group | COD | X | |
| Greenville area home: non-mixed group | COD | X | Chaperon |
| Greenville area public place: non-mixed group | X | X | |

- An upperclassman may serve as the chaperon for mixed groups traveling to churches and outreach ministries outside the Greenville area.

## Overnights

- Students may stay overnight with an immediate relative (i.e., parent, grandparent, sibling who is at least 21, aunt, uncle, first cousin).
- Thirty overnights are available each semester.
- Students may spend five nights per semester at the home of a faculty/staff member or GA not living in a residence hall, as long as there is not a dating situation or a mixed group.
- A faculty/staff member or GA may chaperon a mixed group for an approved overnight event.
- Students who have checked off campus on an overnight pass are to be away from campus by 11 p.m.
- Students with upperclassman privileges may participate in overnight ministries if they have a specific ministry responsibility. Exceptions for students with underclassman privileges may be made for ministering at The Wilds or at a camp at which the student worked the previous summer.

## Engaged Couples

The following privileges apply when both students have upperclassman privileges and are within twelve months of marriage.

- May stay overnight at the home of one of the parents six nights per semester.
- May secure a dean's office approved pass to be off alone together in a public place in the Greenville area with parental consent.

## Working Off Campus

- Students are to return from work by 10:25 p.m. Sunday through Thursday and midnight Friday and Saturday.
- Residence hall students may work on Sunday only if they will be attending a Sunday morning service and only if the job is vital to maintain on Sunday (e.g., food services, hospital, security).
- Student teachers, interns and students doing nursing clinicals do not need to check in or out. Student teachers, interns and senior nurses are not to date while

- Student teachers, interns and students doing nursing clinicals do not need to check in or out. Student teachers, interns and senior nurses are not to date while

## Off-campus Events and Venues

**Local fine arts events**—Before purchasing tickets students should check with the School of Fine Arts and Communication office to ensure the event is approved. Dean's office approval is required if the length of the event requires students to return after the normal check-in time.

**Sunday events**—In addition to participating in church services, students are encouraged to use Sunday for spiritual renewal, fellowship and rest. Students are not to attend sporting events.

**Out-of-town events**—Students may attend out-of-town events (check to ensure event is approved) but are to return no later than the regular check-in time (10:25 p.m., Sunday–Thursday; 10:55 p.m., Friday–Saturday) or leave for Greenville immediately after the program. Normal regulations apply for mixed groups.

**Restaurants**—Students are not to patronize restaurants with a tavern or bar-like atmosphere or reputation or that do not have a dining room separate from live entertainment.

**Shopping**—Students are not to patronize businesses that specialize in adult gifts and party items.

# Entertainment, Music and Technology

BJU's mission is to help students develop Christlike virtue, and we therefore encourage students to make biblical decisions in the area of entertainment. BJU holds students responsible to select and participate in entertainment options—including music, movies, television, computer/video games, printed materials, the internet and social media—that honor Jesus Christ and edify both individual Christians and the Christian community. Students are to avoid any types of entertainment that could be considered immodest or that contain profanity, scatological realism, sexual perversion, erotic realism, lurid violence, occultism and false philosophical or religious assumptions. (See Appendix C for a biblical approach to evaluating objectionable elements in literature or entertainment.) BJU also encourages students to honor the Lord in how they spend their time and to carefully consider the desensitizing effects of excessive exposure to popular entertainment, even if the content itself is not objectionable.

## Music

Music is an opportunity to express love to God with all the heart, soul, mind and strength. It also has the power to dominate the mind and heart of the listener. Its style and content can display God's glory by exhibiting the ideals of purity, dignity, honor, loveliness, virtue and excellence; or they can appeal to the flesh and embed the world's philosophy in the heart and mind of a Christian, drawing him or her away from unhindered communion with Christ.

Music, by God's design, is a subjective experience, but its various aspects—words, sounds, images and associations—greatly affect us. While the elements of music (e.g., melody, harmony, rhythm, tone quality, instrumentation) are morally neutral, music—the combination of these elements—can be designed to influence moral responses, both right and wrong. While these responses are not automatic, with mature biblical discernment they are reasonably predictable. Therefore, BJU expects students to evaluate music on several levels: the content itself, the intent of the music maker, the effects on listeners and the context of the experience.

The mission of BJU is furthered when the institution and each member of the university family use biblically sound, God-glorifying music that promotes growth in Christlikeness. While enrolled at BJU, students are encouraged to develop

The mission of BJU is furthered when the institution and each member of the university family use biblically sound, God-glorifying music that promotes growth in Christlikeness. While enrolled at BJU, students are encouraged to develop

The following music conflicts with our mission and is therefore excluded from performance, personal listening on and off campus, or use in student organizations, societies, student productions, outreach ministries or social media:

- Any music which, in whole or in part, derives from the following broadly defined genres or their subgenres: Rock, Pop, Country, Jazz, Electronic/Techno, Rap/Hip Hop or the fusion of any of these genres.
- Any music in which Christian lyrics or biblical texts are set to music which is, in whole or in part, derived from any of these genres or their subgenres.

Resident supervisors and faculty are available to answer any questions about the appropriateness of specific music (including in computer games and movies), but individual students are responsible as maturing Christians to ensure their music choices meet campus community standards.

Headphones may be used in the residence halls, library and computer labs, as well as when exercising or using video chat technology outside the residence halls and in designated common rooms in Gaston and Johnson. All music policies apply both on and off campus.

In a related area, because of the sensual nature of many of its forms, dancing is not permitted.

# Movies

Movies can provide wholesome entertainment, helpful instruction or profound insight into life and human behavior. However, much of what is and has been produced by the entertainment industry reflects views, lifestyles and modes of communication which are in direct opposition to a Christ-centered life. These movies exert a worldly pull on Christians trying to develop Christlikeness that compounds with continued exposure over time.

Students are not to watch movies on campus. In homes students may view PG-rated movies and movie trailers. Unrated movies frequently contain objectionable content that has not been cut to meet rating standards and are not appropriate. Students are not to attend a movie of any rating in a public theater during a semester in which they are enrolled or during the summer if they are working on campus and not living at home. This includes when away from campus overnight.

Students are not to attend a movie of any rating in a public theater during a semester in which they are enrolled or during the summer if they are working on campus and not living at home. This includes when away from campus overnight.

## Television

Televisions in residence hall rooms may be used as game consoles or computer monitors only. Students are not to watch television shows, movies or movie trailers on their cellphones or computers. In homes students may view appropriate television programming with a rating up to TV-PG.

## Computer/Video Games

Students are not to play video games rated above E10 or games that contain graphic blood or gore, sensual or demonic themes, violent first-person shooting, suggestive dress, bad language or rock music. Resident supervisors will provide guidance about the suitability of a game, but students are ultimately responsible for making sure their game choices meet campus standards and making wise decisions about the use of their time.

## Internet

BJU encourages responsible use of technology in accordance with the biblical principles of good stewardship. By using BJU's network and personal computing devices, each user assumes personal responsibility for his or her appropriate use and agrees to comply with BJU's policies found on the intranet as well as city, state and federal laws and regulations. BJU uses a content filtering system in order to restrict access to biblically offensive material on the internet. To ensure security and increase accountability, users accessing the internet through a device attached to BJU's network are to do so through the proxy servers. Accessing the BJU network through non-authorized methods is strictly prohibited. BJU reserves the right to monitor all network activity on the University's network and on all computers internally tied to it.

All students are provided network logins and email service. All of the residence halls are connected to the BJU network and provide students with access to the intranet and the internet. Residence hall students may access the internet through the filtered internet service and are not to access the internet other than through the university network. All students are responsible for adhering to university regulations concerning the use of technology tools and services. (See Policy Volume 2, Section 2.4 on the intranet for additional information.)

In a related area, sending, forwarding or requesting an email, text message or video with objectionable verbal or visual material is not edifying to others, and students sending/forwarding such items will be held accountable. These types of communications should be deleted upon receipt.

Students may use video chat technology (e.g., Skype) in designated common rooms in Gaston or Johnson and anywhere outside the residence halls.

## Social Media

BJU expects students to use social media and blogs responsibly, following biblical principles and maintaining content that promotes a consistent, positive Christian testimony. Language should not violate scriptural commands regarding abusive, slanderous, complaining, disrespectful, profane, blasphemous or tale-bearing speech, and content should be biblical and avoid promoting a lifestyle contrary to principles taught in Scripture or at the University. Videos taken on campus and posted on students' sites should comply with campus dress and social standards and should not contain images of people under 18 years of age. A student who wishes to express concern or register a grievance should follow the grievance policies stated in the Grievance Procedures section. Specific guidelines for participating in social media are posted on the intranet.

## Periodicals

Certain types of magazines and catalogs reflect an ungodly philosophy or pervasive sensuality and are not to be subscribed to, read or downloaded onto electronic devices. These include fashion, model, teen, body-building, video/computer game and television/film magazines, such as *Esquire, GQ, People, Entertainment, Yahoo Magazine, Men's Fitness* and *ESPN*.

## Gambling

Gambling—or risking the material provisions of God on chance—is poor stewardship and caters to covetousness and the love of money. It is based on the false premise of "luck" and is a portal for exploitation. Therefore, gambling of any kind is unacceptable for any student.

false premise of "luck" and is a portal for exploitation. Therefore, gambling of any kind is unacceptable for any student.

# Dress

The following guidelines help students dress appropriately and model biblical modesty in ways that are distinct from the world and that reflect the God-ordained differences between men and women. We aim for purity, self-control, neatness and the ability to discern the appropriate clothing for any event. We also intend that dress guidelines teach students to consider the impact of their choices on others, thus living out Jesus' instruction about loving others as ourselves.

## A Word About Modesty

Reflecting Christ means focusing on internal beauty that pleases God rather than external fashions that allure people (1 Tim. 2:9–10; 1 Pet. 3:3–4). Modesty is a powerful way for believers to glorify God in a culture filled with sensuality and seduction. By dressing modestly Christians can display in appearance and conduct a heart devoted to Christ.

## Women's Dress Code

### General Requirements

- Clothing should be modest. Clothing that is revealing either because of fabric, cut or tightness is unacceptable.
- Clothing should be loose enough to conceal undergarment lines and not to draw attention to the figure.
- Skirts and dresses, as well as slits in skirts and dresses, are to come to the knee whether standing, walking or sitting.
- Necklines should be no lower than four fingers' width below the collarbone. No cleavage should be visible.
- The back of any article of clothing should not be lower than a normal bra band.
- Midriffs are to be covered at all times.
- Halter tops or sleeveless or strapless tops and dresses are appropriate student attire only when covered by a jacket or open blouse.
- Shorts may be worn in the residence halls; for day students, shorts are not appropriate away from home. (For exceptions, see Recreational/Work Attire,

- Shorts may be worn in the residence halls; for day students, shorts are not appropriate away from home. (For exceptions, see Recreational/Work Attire,

logos. BJU also encourages students to avoid other labels that glorify the lustful spirit of our age in their advertising.

## Class Attire (on campus Monday through Friday until 5 p.m.)

The following are guidelines for general classroom dress, which should always reflect a professional, academic appearance. Professors may require more dressy clothing at their discretion for class presentations, speeches, etc.

- Skirt and blouse, or dress
- Dressy T-shirts (non-athletic wear)
- Denim jackets
- Hose, tights or leggings (appropriate but not required)

Class attire does not include sweatshirts, denim skirts or dresses, shower shoes, hiking boots, baseball caps or hooded sweatshirts. Hooded coats with zippers are permissible as outerwear, and BJU or society T-shirts and hooded sweatshirts may be worn on Friday.

## Casual Attire

On campus, casual attire is appropriate after 5 p.m. weeknights (if not attending a formal program or service) and on weekends. It is also appropriate if it is the required uniform. Casual attire is appropriate off campus when not attending a church service or formal program.

- Skirt; loose-fitting pants, jeans or capri pants (not skinny pants or slim stretch)
- Flip-flops or athletic shoes
- Casual attire does not include shorts or jeans that have holes or patches or are paint- or bleach-splattered.

## Formal/Sunday Attire

Formal or Sunday attire applies to Sunday morning worship services and Sunday evening services in the community; on-campus evening services; Bible Conference; Concert, Opera & Drama Series programs; and evening concerts. (Class attire is appropriate for the Presidential Leadership Series.)

- Dressy skirt and blouse, or dress

Case 6:21-cv-00474-AA Document 121-14 Filed 10/29/21

- Dressy skirt and blouse, or dress

higher, students are to meet church leadership expectations. A student working in her church's nursery should follow her church's guidelines for nursery worker dress.

## Recreational/Work Attire

Recreational/work attire may be worn when playing sports, exercising or hiking; for stag outings and manual labor; and at church activities when deemed appropriate by church leadership.

Work supervisors will specify on-campus work attire for specific jobs. A student working off campus is to follow the highest dress standards specified by her employer.

- Athletic pants (wind pants or mesh pants)
- Athletic T-shirts (with sleeves)
- Shorts that come to the knee (Athletic pants are to be worn if watching a game.)

## Jewelry and Makeup

- Earrings are appropriate (no more than two per ear). Other types of body piercing are not appropriate.
- Tattoos are not appropriate.
- Makeup should be worn in moderation, so that it does not draw attention to itself.

## Hair

- Hairstyles should be neat and feminine.
- Hair color should appear natural.

# Men's Dress Code

## General Requirements

- Torn or dirty clothing is unacceptable outside the residence hall area or the appropriate work environment.

- Torn or dirty clothing is unacceptable outside the residence hall area or the appropriate work environment.

BJU also encourages students to avoid other labels that glorify the lustful spirit of our age in their advertising.

## Class Attire (on campus Monday through Friday until 5 p.m.)

The following are guidelines for general classroom dress, which should always reflect a professional, academic appearance. Professors may require more dressy clothing at their discretion for class presentations, speeches, etc.

- Collared shirt: dress shirt or polo shirt tucked in
- Dress pants or Dockers-style pants with belt loops
- Shoes

Class attire does not include cargo/carpenter pants, jeans, athletic clothing, flip-flops, sandals, hiking/military boots or hooded sweatshirts. Hooded coats with zippers are permissible as outerwear, and BJU or society hooded sweatshirts may be worn on Friday.

## Casual Attire

On campus casual attire is appropriate after 5 p.m. weeknights (if not attending a formal program or service) and on weekends. Casual attire is appropriate off campus when not attending a church service or formal program.

- Collared shirts or T-shirts
- Docker-style pants or unripped, well-fitting jeans
- Shoes

Casual attire does not include flip-flops, sandals, or jeans that have holes or patches or are faded or paint- or bleach-splattered.

## Formal/Sunday Attire

Formal or Sunday attire applies to Sunday morning worship services and Sunday evening services in the community; on-campus evening services; Bible Conference; Concert, Opera & Drama Series programs; and evening concerts. (Class attire is appropriate for the Presidential Leadership Series.)

Concert, Opera & Drama Series programs; and evening concerts. (Class attire is appro Case 6:21-cv-00474-AA Document 121-14 Filed 10/29/21 Page 34 of 76

- Coat*, collared shirt and tie**

**Note:** Students are to meet the University's minimum standards for Sunday church dress stated above, regardless of the specific church they attend. Students also are to be sensitive to how their church leadership dresses, and if leaders' expectations are higher, students are to meet church leadership expectations.

## Recreational/Work Attire

Recreational or work attire may be worn when playing or watching sports, exercising or hiking; for stag outings and manual labor; and at church activities when deemed appropriate by church leadership.

Work supervisors will specify on-campus work attire for specific jobs. A student working off campus is to follow the highest dress standards specified by his employer.

- Unripped jeans
- Shorts (Athletic pants are to be worn if watching a game.)
- T-shirts

## Jewelry and Body Art

- Finger rings and ID or medical tags are acceptable.
- Necklaces, earrings, bracelets and tattoos are not appropriate, including in the residence halls.

**Note:** Wristbands, including those worn for health purposes or to convey a message consistent with BJU's mission, are permissible.

## Hair

- **Color**—Hair is to be your natural color.
- **Length**—Hair should be off the collar and ears.
- **Front**—Hair may come no lower than one finger width above the eyebrows.
- **Styles**—Neat and professional (not tangled or spiked); fauxhawks are not appropriate.
- **Sideburns**—No lower than the lower opening of the ear.
- **Facial Hair**—Students with underclassman privileges are to shave each

- **Facial Hair**—Students with underclassman privileges are to shave each

# General Campus Responsibilities

## Crosswalks

Students are to use crosswalks and sidewalks and, for stewardship reasons, are not to walk on the grass. They should also remember that cars have the right-of-way on campus.

## Deportment at Athletic Events

At athletic events, players and spectators are to conduct themselves in a Christ-honoring manner; moshing, booing, name-calling, negative cheering toward opponents or publicly questioning the officials' decisions are not appropriate.

## Email

Students are to check their university-assigned email account daily. Failure to be aware of updated policies, procedures or other information does not relieve a student from responsibility or obligation.

Students are to respond to requests, including emails, within 24 hours. If you cannot see the one making the request in person, leave a note indicating your free hours and how you can be reached.

## Emergency Procedures

### Evacuation Plan

Regardless of cause, activation of a building's fire alarm system indicates an emergency and requires immediate and orderly evacuation of the building. Those who hear the warning or see a fire should begin an orderly evacuation of the building using the nearest safe stairway or door.

If you discover fire or smoke, remain calm. Carry out the following steps if it is safe to do so and if time permits:

- Upon discovery of a fire, shout "FIRE" to alert those in your area.

to do so and if time permits:

- Upon discovery of a fire, shout "FIRE" to alert those in your area.

- Call 370-1800, ext. 1111 to report a fire to Public Safety as soon as it is safe to do so.
- If you become trapped in your room, hang something out of your window (a sheet, curtain, etc.) to warn firefighters that you are still in the building. Place wet towels at the bottom of the door of your room or apartment.

All persons who have evacuated a building should remain outside and at least 100 feet away from the building. If everyone is not accounted for, do not reenter the building, but notify the firefighters on the scene.

For further information or explanation, contact the Fire Safety Coordinator at ext. 5912.

## Emergency Notification

If a situation arises on or off campus that threatens the well-being of the university community or if information needs to be conveyed to the campus family immediately, such as weather cancellations, Public Safety will utilize the emergency notification system, which issues warnings to students by cell phone and campus email. Caller ID will identify the message as BJU Alert. For everyone's safety, students are to follow transmitted messages precisely. Communications or Public Safety may also communicate information via email and/or post more detailed information on the intranet or on the website for the general public. To ensure they receive notification, students are to keep their cell phone numbers up to date on StudentCentral.

## Weather Alerts

If the administration determines that local weather and/or road conditions warrant closing the campus or delaying the opening of classes or other campus activities on a specific day, the Communications office will communicate the delay or closing via emergency notification, email and the following local media: WYFF TV 4, WORD 106.3 FM and 1330 AM, WHNS TV 21 and WSPA TV 7. Delays/closings will be communicated as early as possible—at least by 7 a.m.

# Housing

Tuition charge is part time per credit (1–9 credits) or full time (10–18 credits) for the semester. Full room/board and program fee charges apply for the semester. Applications are available in StudentCentral.

## Day Student Qualifications

One of the following conditions must be met in order for a student to enroll as a day student:

- Student lives with parents who live full time in the Greenville area, with a court-appointed legal guardian (if the student is a minor), or with an aunt, uncle or grandparent.

  **Note:** Students may live with a single aunt or uncle provided the student and the aunt/uncle are of the same gender, if another sibling also lives there or if both are graduate students.

- Student lives with a brother or sister who is at least 23 years old, has completed a bachelor's degree at BJU or is married.

  **Note:** If siblings qualify to live off campus together and are of different genders, there are to be no other roommates.

- Student is at least 23 years old by the end of the semester or is married.

- Student has completed a bachelor's degree program or has marched at commencement with a procession concession to finish coursework for a four-year bachelor's degree.

# Required Events

Students are to arrive each semester during the published check-in times. First semester, students leave after the closing chapel on Wednesday or after their last final exam or work obligation, whichever is later. Students leave second semester at the conclusion of the commencement ceremony. Required activities throughout the academic year include the following:

- Opening exercises and evangelistic meetings each semester
- Opening week student seminars
- Chapel
- Society induction and weekly society meetings
- Special Friday 11 a.m. programs, including class and Student Body meetings

- Chapel
- Society induction and weekly society meetings
- Special Friday 11 a.m. programs, including class and Student Body meetings

## Absences and Lates

- Absences require prior approval. Emergencies will be handled on an individual basis.
- A student who is able to attend classes is expected to also attend chapel. For required non-class activities, a day student who is too ill to attend classes or chapel should call the Student Life & Discipleship office. A residence hall student who is too ill to attend chapel should obtain prior permission to miss by calling the Student Life & Discipleship office or by speaking with his or her resident supervisor, mentor or RA.
- Dental or medical appointments are not to conflict with chapel or non-weekly required activities such as evangelistic services, Bible Conference, commencement, etc. (See p. 10 for additional information regarding chapel absences.)
- Students arriving at a required activity more than 20 minutes late will be considered absent.
- In some instances, students will be asked to report their attendance at required activities.

## University-authorized Absences

With prior approval, the University will generally authorize absences from required non-class activities due to the following:

- Participating in university-sponsored events, officially representing the University, participating in intercollegiate teams or military duty requirements, and responding to administrative requests.
- With a doctor's note, chronic or extended illness, surgery and medical emergencies of four or more consecutive days.
- Attending the funeral of an immediate family member (e.g., parent, grandparent, sibling, aunt, uncle, first cousin).
- Regularly scheduled work or outreach ministry. (If an activity has multiple performances, students are expected to arrange work schedules to attend one performance.)

# Sharps

## Society Membership

Undergraduate students join and maintain membership in a society. Students who are married or are 23 years old may request to opt out of society membership at the Registrar's Office.

## Solicitation

Students, staff or outsiders may not sell to or survey the university community on campus.

## Speaking for the University

Students should refer media inquiries to the Public Relations office, which can answer questions accurately and speak officially for BJU. Students are not to release information or grant interviews to the news media without first checking with the Public Relations office or being asked by that office to do so. In addition, students are not to speak for the University on social media.

## Student Vehicles

Residence hall students who bring a vehicle to the Greenville area and day students who drive to campus are to register their vehicles (including motorcycles and bicycles) with BJU's Office of Public Safety. Public Safety will issue parking tags and an e-tag (electronic gate pass), both of which need to be permanently affixed to each student's vehicle. Residence hall students will be assigned a parking lot, designated by a color code, on campus property. Day students should check the Public Safety website for designated day student parking areas. The student to whom a vehicle is registered is still responsible if he or she lends it to another student.

Due to the risk of fire, students are not to use hover boards on campus.

## Weapons and Fireworks

Per South Carolina law, students are not to possess handguns if they are under age 21. Residence hall students are to turn in all handguns, rifles and shotguns to Public Safety (ext. 5900). All handguns are to have trigger locks. In addition,

Per South Carolina law, students are not to possess handguns if they are under age 21. Res...

Case 6:21-cv-00474-A Document 131-14 Filed 10/29/21 Page 40 of 76

Public Safety (ext. 5900). All handguns are to have trigger locks. In addition,

## Weddings

BJU is committed to students completing their education. Because of the significant responsibilities inherent in marriage, students who marry while under 20 years of age may not continue enrollment. Students may marry between semesters but not during a semester.

## Residence Hall Life

Living in a residence hall offers BJU students many benefits—opportunities to grow spiritually, to build solid friendships, to grow in love and consideration for others from various backgrounds and cultures, and to develop and exercise leadership skills. The following guidelines for residence hall living are intended to help each student feel at home at BJU and to enable students to live together harmoniously in close proximity.

## Curfew and Lights Out

Students are to vacate the residence halls 20 minutes before Concert, Opera & Drama Series programs and all Bible Conference services. The residence halls are closed between 9:30 and 11 a.m. on Sunday morning while students attend church services.

Lights out is at midnight, at which time students are to be in their own beds and quiet with all lights in the room turned off. This precludes talking, studying, texting and eating between midnight and 5 a.m. During this time students are to be in their rooms unless working on a university work crew. Students with upper-classman privileges may study any night until 2 a.m. in the residence hall study lounge. All students may study until 1 a.m. on nights immediately preceding final exams.

### Day Students

Day students are welcome to attend a friend's discipleship group but should exit the residence halls by midnight.

### Housing Accommodations

## Dress and Modesty

Students are to:

- Be fully dressed in the stairwells, residence hall lobbies and first-floor hallways.
- Wear shoes, shower sandals or socks in the halls and bathrooms.
- Close the room blinds when it is dark outside.

## Room Check

Residence hall room check is at 11 a.m. Monday through Friday. Items that the resident assistant will check are listed on the back of the door in each residence hall room. Students in each room should discuss as a group how they will divide room responsibilities and help one another fulfill those responsibilities. Questions or concerns about room expectations can be discussed with a resident assistant or resident supervisor.

## Room Decor and Furnishings

Students are encouraged to join with their roommates in decorating their rooms attractively and making them comfortable. Curtains, small bookcases, small storage chests, small chairs and computer or drafting tables may be added, along with refrigerators or thermoelectric coolers under 4.5 cubic feet. The rooms are not large enough, however, to accommodate furniture such as recliners, love seats, sofas or large tables.

The cost of repair or replacement of damaged furnishings or university property in a student's room will be charged to the responsible occupant or occupants if they can be identified; otherwise all the residents of the room will be assessed the damage.

Decorations may be hung on the wall with white Plasti-tak®; to protect walls, avoid using tape, nails or tacks. Personal photos should comply with BJU policies; immodesty or inappropriate physical contact should not be displayed. Photos of entertainers or fashion models are not appropriate.

Students may have fish in bowls or tanks in their rooms; other pets are not appropriate.

Students may have fish in bowls or tanks in their rooms; other pets are not appropriate.

enter through the middle doors of the residence hall regardless of one's access level. Climbing through any window is considered a major breach of security.

Students are not to be in another student's room unless one of that room's occupants is present. If a student is found with something that is not his or hers and the residence hall staff cannot confirm why he or she has it, it will be considered theft. This also applies to "borrowing" items without permission.

## Fire Code

The following guidelines are necessary to prevent residence hall fires and to comply with the local fire code.

Items continually plugged into an electrical outlet are to be plugged directly into an outlet or a power strip that is plugged directly into an outlet, not into an extension cord. Extension cords may be used temporarily but are to be unplugged immediately after use. Power strips are to have an on/off switch and rest on a headboard, desk or shelf. They should not be in contact with bedding.

Outlet adapters (that convert two wall outlets into four or six) may be used only if they have an on/off switch or a surge protector. A power strip may be plugged into a surge protector if the adapter has an on/off switch or a reset button. Orange outlets are for computer use only.

Food preparation appliances (with the exception of hot pots and coffee makers) are to be used in the snack rooms of each residence hall.

Candles, wax warmers and incense are not to be burned in the residence halls.

Batteries are not to be removed from smoke detectors; fire code requires they be in working order at all times.

Lighters, containers that store flammable materials (gas cans, propane tanks, etc.), items that utilize flammable gas or liquids (gas grills, lawn mowers, chain saws, etc.), or tools that are used for yard work are not to be stored in or around the residence halls.

Evacuation Drills

residence halls.

Evacuation Drills

# Disciplinary System

BJU bases its system of accountability and correction on the functions of Scripture taught in 2 Timothy 3:16: teaching, reproof, correction and training in righteousness. Part of our education program is holding students accountable in ways that lovingly instruct, warn, rebuke, restore and help develop "complete" Christians fully equipped for every good work (2 Tim. 3:17).

The spirit in which accountability is practiced is important to us. It is our desire that humility, gentleness, patience and love—first for God and then for others—permeate all aspects of discipleship, including rebuke and correction (Gal. 6:1; 1 Thess. 5:14).

Stating and enforcing these policies serve multiple purposes.

## Protection

Community expectations provide guardrails that protect from harmful influences. Accountability and correction cannot vanquish our sinful flesh but can partially restrain its harmful manifestation. Consequences serve as one deterrent that supports the edifying environment centered on God's Word.

## Correction

Discipleship requires accountability, or else priorities become mere intentions or even pretenses. This follow-through helps not merely to correct behavior but to graciously challenge thinking and affections. It also acknowledges the role of failure in progressive sanctification. Sin has inherent consequences (Gal. 6:7–8), but a faith-filled response is a gateway to growth.

## Restoration

God applies discipline so that we can share in His holiness, both now and forever (Heb. 12:4–11). BJU's system of consequences, therefore, aims at peace with God and man. The fruit of the faith-filled reception of consequences is repentance and forgiveness, which result in reconciled relationships with God, other individuals, and the college community.

and forgiveness. This results in a reconciled relationship with God, other individuals, and the college community.

conduct that relate primarily to personal discipline. An escalating system of corrective responses (Tier 2) is implemented when there are patterns of irresponsibility as well as offenses involving loving respect for others, integrity and purity.

## Tier 1 Examples

| Offense | Number of Demerits |
|---|---|
| • Late check in/out<br>• Failure to pass room check | 0, 0, 0, 2, 2, 2, 4, 4, 4, etc. |
| • Failure to check in/out | 0, 5 |
| • Failure to meet Appeals Committee | 5, 5, 5, 5, 5, 5… |
| • Late leaving/returning to residence hall<br>• Late to required activity | 5, 5, 5, 10, 10, 10 |
| • Failure to shave/long hair | 5, 10, 15, 20, 25 |
| • Dress infraction<br>• Room curfew/lights out infraction | 0, 10, 15, 20, 25 |
| • Absent from chapel/society | 0, 0, 25 |
| • Off-campus infraction | 25 |

By accumulating 50 demerits or more, a student typically is demonstrating the need for greater self-discipline and, therefore, will receive a conduct warning. Multiple conduct warnings result in more significant corrective responses (see below). Students begin each new semester with a clean demerit record.

## Appealing Demerit Offenses

A student may appeal assigned demerits to the Appeals Committee. The Appeals Committee is made up of members of the Student Life & Discipleship staff and is located in the Student Life & Discipleship office in the Student Center. A representative will hear the student's appeal and make a judgment regarding the offense and appropriate consequence. This appeal must take place within one week

representative will hear the student's appeal and make a judgment regarding the
offense and appropriate consequence. This appeal must take place within one week

## Tier 2 Examples

| Offense | Corrective Response |
|---|---|
| • Absent from Bible Conference/evangelistic/ commencement service<br>• Breach of security<br>• Destruction of school/personal property<br>• Unacceptable music/video/reading material<br>• Untruthfulness | Conduct Warning |
| • Aggressive anger/fighting<br>• Attendance at movie, inappropriate concert/dancing | Ineligibility or probation |
| • Smoking/tobacco/vaping | Probation |
| • Unauthorized overnight<br>• Theft<br>• Indiscreet/sensual behavior | Probation or suspension |
| • Disorderly conduct, alcohol, drugs | Suspension |

For some offenses there is a range of possible consequences due to various factors,
such as a pattern of repeated offenses. In addition, voluntary acts of confessing and
repenting of sin exhibit God's grace at work and are given significant consideration
during a disciplinary situation. However, because of the importance of integrity
and due process, a student who is untruthful at any point during the investigation
of a conduct offense is subject to the maximum consequence for that offense.

## Ineligibility

A student with multiple conduct warnings or specific offenses becomes ineligible
to participate in intercollegiate or intramural sports, hold a campus office or
leadership position, or have a key role in an official program. He or she is given
underclassman privileges and may be required to meet with a staff member for
accountability. Becoming ineligible two consecutive semesters places a student on
weekly accountability for the following semester, with the requirement of
maintaining eligibility status for the following semester; if the ineligibility is for a
student's final two semesters, the student forfeits the privilege to participate in

semester. If a student earns disciplinary probation two consecutive semesters, he or
she is denied reenrollment for one semester. A student who earns disciplinary
probation his or her final two semesters but who has not finished all degree
requirements will return for another semester. A student who withdraws for any
reason while on disciplinary probation will return on weekly accountability.

## Suspension

Because an edifying atmosphere benefits the entire campus community, there are
some offenses that result in suspension. These would include:

- Major moral failure, including immorality, hard-core pornography, sensual
  behavior or use of alcohol or drugs.
- Stealing or shoplifting.
- Committing a crime while enrolled or not disclosing a crime committed
  before enrollment.
- Encouraging or aiding another student in an action that results in suspension.

A student may receive disciplinary correction, including suspension, for grievous
offenses, such as immorality, that come to light from a previous semester.

A suspended student may not return to BJU for one full semester and is
restricted from campus. A student suspended twice is permanently expelled from
the University.

# Drugs & Alcohol

Students of any age who drink any alcoholic beverages, whether on or off campus,
forfeit their privilege of enrollment as students.

BJU's policy on alcohol use by students complies with the laws of South Carolina,
which prohibit the possession, consumption and serving of alcoholic beverages by
and to persons less than 21 years of age. Underage students who consume alcoholic
beverages in violation of South Carolina laws may face criminal penalties as well as
disciplinary action.

BJU does not condone the possession, use, manufacture or distribution of illegal
substances or drug paraphernalia of any kind or in any amount. Students who
engage in drug activity—including the use of prescription medication in a way not

BJU does not condone the possession, use, manufacture or distribution of illegal substances. Consequently, we may not tolerate those kind or illegal. Students who engage in drug activity—including the use of prescription medication in a way not

**Note:** BJU students are responsible for notifying the dean of students of incidences of arrest. Students who have been arrested must agree to an interview with the dean of students or a designee. Students who have been arrested are subject to disciplinary suspension.

## Withdrawals

A student may not withdraw without consulting a Student Life & Discipleship staff member in person. Avoiding potential disciplinary action is not legitimate grounds for voluntary withdrawal. Attendance at BJU is a privilege, not a right. A student may be subject to involuntary administrative withdrawal under the following circumstances:

- In attitude or conduct a student does not fit the spirit of the biblical principles that guide BJU's educational philosophy and to which each student ascribes by signing the student covenant.
- A student's behavior poses a threat to the safety and well-being of others.

## Legal Violations

BJU reserves the right to alert law enforcement officials of legal violations occurring on or off campus. Claiming ignorance of the law is not a valid defense of one's violation.

## University Rights

In executing its disciplinary system as a private educational institution, BJU reserves the right to:

- Inspect lockers and residence hall rooms.
- Scan emails for viruses and objectionable content and to review if deemed necessary.
- Revoke a student's network access without prior notification if the student's computer poses a threat to other computers or to the stability of the network.
- Inspect the content of any electronic device (iPod, computer, cell phone, etc.) if deemed necessary.
- Communicate with a student's parents on any situation involving the student

deemed necessary
- Communicate with a student's parents on any situation involving the student

# Student Rights & Resources

## Notice of Nondiscrimination

BJU is an equal opportunity institution that does not discriminate on the basis of race, color, sex (including pregnancy), national origin, age, disability, veteran status or genetic information. This policy applies to all terms and conditions of employment, admission to and enrollment with the University, including but not limited to recruitment, selection, hiring, placement, transfer, promotion, training, compensation, benefits, discipline, termination, educational policies, admission policies, financial aid, scholarship and loan programs, housing, athletic and other university-administered programs and activities.

BJU will not tolerate, condone or permit discrimination, harassment (including but not limited to sexual offenses), and/or retaliation, whether engaged in by employees, students or third parties who conduct business with BJU.

BJU will investigate such complaints in accordance with the BJU Discrimination and Harassment Grievance Procedures. The policies and procedures may be found at www.bju.edu/safety.

All complaints or any concerns about conduct that may violate this policy and/or retaliation should be filed with the Title IX Coordinator:

Michael Miller
Executive Offices
TitleIX@bju.edu
(864) 770-1374

## Grievance Procedures

### Academic Grievances & Complaints

Students are free to speak with professors to express concerns about final grades. If a student does not feel his or her professor has resolved the issue satisfactorily, he or she may express in writing a grievance or complaint to the dean of his or her college/school. (If the complaint is against his or her dean, the student may appeal

a student does not feel his or her professor has resolved the issue satisfactorily, he or she may express in writing a grievance or complaint to the dean of his or her college/school. (If the complaint is against his or her dean, the student may appeal

A student who receives disciplinary consequences (conduct warning, ineligibility, probation, dismissal) for violating the student covenant and/or the expectations stated in the student handbook may appeal that decision as follows:

- The appeal must be made in writing to the dean of students within 72 hours of the student's notification of a disciplinary decision. A form for this purpose is available at home.bju.edu/life/appealrequest.pdf.
- The appeal form must be complete and detailed. Students will present their appeals in person only if requested to do so by the Appeals Committee; therefore, the student should state all reasoning and present all evidence in the written appeal.
- The appeal process is not intended as a venue to re-argue one's case. The grounds for an appeal are limited as stated below:
  1. Established procedures were not followed and the deviation resulted in the student receiving unfair or unwarranted disciplinary action.
  2. The disciplinary sanction is unduly harsh or arbitrary. Sanctions within the guidelines expressly stated in the student handbook are presumed to be appropriate.
  3. Discovery of new evidence unavailable at the time of a disciplinary interview, if it reasonably could have affected the decision.
- Students who fail to submit their appeal by the required deadline, fail to assert one of the grounds specified above, or fail to provide information concerning the basis of their appeal waive their opportunity to appeal.
- If the Appeals Committee requests to hear the appeal in person, the student will be given notice of the date, time and location of the meeting.
- The Appeals Committee will consist of Student Life & Discipleship and academic and student leadership representatives.
- With or without a meeting, the Appeals Committee may uphold the original decision, overturn the decision, modify the sanction, and/or send the issue back to the original decision maker for further consideration.

A decision may be appealed only once; the disposition of the appeal is final.

# Personal Grievances & Complaints

We encourage and expect administrators, faculty, staff and students to reconcile personal grievances and complaints by following the principles Jesus Christ gives in

We encourage and expect administrators, faculty, staff and students to reconcile personal grievances and complaints by following the principles Jesus Christ gives in

# General Grievances & Complaints

We desire to treat students fairly and to serve their needs effectively. We are open to constructive input regarding how we may improve our service to students, campus life and the testimony of BJU. Mass and social media are powerful tools to communicate truth. In the spirit of honor and wisdom, however, students should not use media to disparage BJU but should instead pursue truth in love by following this grievance process. Students who wish to make a general inquiry, recommendation or complaint that does not relate to mistreatment from a specific person are free to approach the dean of students for a discussion about the concern and the most reasonable way to satisfy or resolve the issue. (See references above under Personal Grievances & Complaints for information on how to file grievances relating to mistreatment from a specific person.)

If the student does not feel that such a course resolves the issue, he or she may submit a letter of inquiry/complaint to the office of the provost as outlined below.

# Disability Grievances and Complaints

Any student currently enrolled at BJU who believes that he or she has been discriminated against or harassed on the basis of disability by a university employee, university student, or a visitor to the University, may use the BJU's Disability Grievances and Complaints Policy (see Volume VI, Section 6.1.1.1.2 on the university intranet) and/or file a formal discrimination complaint pursuant to BJU's Discrimination and Harassment Policy (see www.bju.edu/safety).

# Distance Learning Grievances and Complaints

Online students wishing to file a formal complaint are to first seek resolution through BJU's institutional grievance procedures.

If the complaint cannot be resolved internally, students may also file a complaint with our accrediting body, TRACS, and with the accrediting body with whom we have candidacy status, SACSCOC (see below).

In addition, each state has a mechanism in place for state residents to lodge complaints against postsecondary educational institutions. A list of the contact

In addition, each state has a mechanism in place for state residents to lodge
complaints against postsecondary educational institutions. A list of the contact

## Submitting an Inquiry/Complaint to the Office of the Provost

When the office of the provost receives a formal letter of inquiry/complaint, the
provost will convene the Administrative Hearing Committee to consider the
inquiry/complaint. The Administrative Hearing Committee will conduct an
appropriate investigation and will render a written explanation/decision within 30
days of the filing of the inquiry/complaint to both the student who made the
complaint and the vice provost. The office of the vice provost will keep a record of
all student complaints and documentation of how they were handled.

If a student making the inquiry/complaint is not satisfied with the outcome of the
process, he or she may appeal to the president of the University. The decision of the
president is final.

## Accreditation Association Contact Information

### Regional

### Southern Association of Colleges and Schools Commission on Colleges

Bob Jones University is a candidate for accreditation with the Southern Association
of Colleges and Schools Commission on Colleges to award associate, baccalaureate,
master's and doctoral degrees. Contact the Commission on Colleges at 1866
Southern Lane, Decatur, Georgia 30033-4097 or call (404) 679-4500 for questions
about the status of Bob Jones University.

### National

### Transnational Association of Christian Colleges and Schools

BJU is accredited by the Transnational Association of Christian Colleges and
Schools. Inquiries regarding compliance with accreditation policies and standards
may be directed to the Transnational Association of Christian Colleges and
Schools, 15935 Forest Road, Forest, Virginia 24551; phone (434) 525-9539; fax
(434) 525-9538; email: info@tracs.org.

## Academic Assistance

Academic Assistance

available to provide biblical counsel and other help. Faculty and advisor office locations and hours are listed on StudentCentral. Academic deans are also available for consultation; you can schedule an appointment through their administrative assistant.

## Academic Resource Center

The Academic Resource Center in Alumni 213 provides a variety of resources to help students improve their study skills and maximize their education. At the Academic Resource Center students of all classifications can connect with study groups for specific classes, receive academic counseling, find tutors, make up tests they may have missed in class and even improve their writing skills. From educational technology to a quiet study zone to academic accommodations for those with documented learning disabilities, the Academic Resource Center helps students build academic confidence and ultimately excel in college. Upper-classmen can minister to their fellow students by applying to be tutors and leading study groups.

# Other Types of Aid

## Financial Aid

The Office of Financial Aid in the Student Services Hub on the second floor of the Student Center assists students with scholarships, loans and grants.

## Medical Aid

Students in need of medical care may consult a nurse by calling the Student Medical Advice Line at (864) 455-9327. This qualified nursing advice is available for free 24 hours a day.

Each residence hall has an empty room available for students who need to recover from illness apart from their roommates. Students should see their residence hall staff about using a recovery room.

Additional information regarding health care is available at home.bju.edu/life/studenthealthservicesFAQs.docx.

Additional information regarding health care is available at home.bju.edu/life/studenthealthservicesFAQs.docx.

We seek to provide the help, hope and healing that God gives to people through His Word. Our biblical counseling model means that we affirm Scripture is sufficient as the authoritative, inerrant revelation of God, His saving work and His wisdom for holy and joyful living. Aiming to understand our humanity without having God's Word at the center of our framework would mislead us at crucial points.

## Sexual Abuse

All faculty and staff are legally mandated to report to law enforcement whenever they have reason to believe that anyone who is currently a minor (a) has been abused or neglected, or (b) is or could possibly be at risk of being abused or neglected. For more information, please refer to our Child Abuse, Neglect and Sexual Abuse Reporting Policy and Procedure at www.bju.edu/safety.

Adult survivors of abuse have a legal right to report their abuse to law enforcement, and BJU will assist them in making the report if they desire. Related information will remain confidential and will not be included as part of the adult abuse survivor's official student records. If an adult survivor of abuse communicates the facts of the abuse to a BJU faculty or staff member, there may be a legal requirement for the abuse to be reported to the appropriate authorities (e.g., if the abuse has not been reported and another child may be at risk of abuse).

In all matters, BJU will comply with South Carolina and federal laws.

## Student Care Office

The Student Care Office, located in the back of The Den, is a place where students can come for confidential biblical counseling and mentoring. Students are welcome to come on their own to seek counseling, or they often prefer to have a friend come along initially. Students can be assured that what they share in the Student Care Office will not be shared with others on or off campus without the student's permission, with the exceptions of legal issues regarding abuse and when someone's safety is compromised. The Student Care Office is also a place where students can go for confidential advice and information on Title IX issues.

While our faculty and staff always desire to help students, we understand that all

students can go for confidential advice and information on Title IX issues. While our faculty and staff always desire to help students, we understand that all

# Appendix A– Sanctity of Life

God values human life. After narrating God's creation of a world teeming with life, the Bible's first chapter climaxes with God's first recorded words. God proclaims His intention to create a final creature "in our image" and "after our likeness" (Gen. 1:26). The crowning act of creation follows. "So God created man in his own image, in the image of God created he him; male and female created he them" (Gen. 1:27). The chapter concludes with God's verdict on His creation. "And God saw everything that he had made, and behold, it was very good" (Gen. 1:31).

The theme of God valuing human life is found throughout the Bible. He values human life at its beginning. He values human life at its end. And God demonstrates that He values human life in the humanity of His Son.

## God values human life at its beginning.

God's first command to humans was to "be fruitful, and multiply" (Gen. 1:28). But the Bible does not view procreation as occurring independently of God's ongoing creative work. Psalm 139:13–16 asserts that God creates human life in the womb. "For you formed my inward parts; you knitted me together in my mother's womb. … Your eyes saw my unformed substance; in your book were written … the days that were formed for me."[1] David's use of personal pronouns implies his humanness and personhood as a fetus. Psalm 139:15 metaphorically compares a mother's womb to the "depths of the earth" where, says David, "I was being made in secret, intricately woven." The metaphor points to the creation account where God breathed into the dust of the earth a "living soul" (Gen. 2:7).

The prophet Jeremiah speaks of God forming, knowing and sanctifying him in his mother's womb. "Before I formed thee in the belly I knew thee; and before thou camest forth out of the womb I sanctified thee" (Jer. 1:5). The prophet also indicates that death in the womb is possible, implying that his fetus was a living person. "Because he slew me not from the womb; or that my mother might have

person. "Because he slew me not from the womb; or that my mother might have

the person in her womb to whom the vow actually applied (Judg. 13:3–5, 13–14). Numerous other texts assume the personhood of unborn children (Gen. 25:23–26; 38:27–30; Job 31:15–18; Ps. 22:9–10; Isa. 44:2).

Developments in modern biology consistently uphold the biblical model of the personhood of the unborn. A person's entire genome (full complement of chromosomes) exists in the zygote—the single cell formed by the union of the male sperm and female ovum. The zygote is a unique combination of genetic information from both the father and the mother. Further, the zygote contains the entire genetic information necessary to navigate the entire process of intrauterine development, growth, birth, puberty and adult maturation. When human embryos are implanted into surrogate mothers' wombs, they receive no new genetic information from the surrogate mother. After conception the only physical requirements necessary to sustain fetal life are the same requirements necessary to sustain adult life—nutrition, water and oxygen.

## God values human life at its end.

The Bible depicts human life as inviolable not only in its origins, but also in its termination. Death is a wretched and abnormal condition resulting from man's rebellion against his Creator. The Bible consistently views death as the worst possible suffering and the greatest curse upon the human condition. Death is inevitable, but not desirable.

The Bible teaches that God determines the limits of human life. The book of Job states, "[Man's] days are determined, the number of his months are with thee, thou hast appointed his bounds that he cannot pass" (Job 14:5). Solomon affirms that for each person, God determines "a time to be born, and a time to die" (Eccles. 3:2). Hebrews 9:27 speaks of God's appointing man's death and subsequent judgment. The Bible denies man the prerogative to terminate life apart from God's intent. Exodus 20:13 declares, "Thou shalt not kill."

Since the fall, humans have usurped God's sovereignty over the limits of human life. Humanity's eldest son became a murderer when Cain killed his brother, Abel. In a graphic metaphor Genesis 4:10 speaks of the blood-soaked earth—from which man was formed—crying out to God for justice in the premature termination of Abel's life. In only three specific cases does God permit humans to terminate the

In a graphic metaphor Genesis 4:10 speaks of the blood-soaked earth—from which man was formed—crying out to God for justice in the premature termination of Abel's life. In only three specific cases does God permit humans to terminate the

the family, the relief of burdensomeness to society or the relief of suffering. We may not understand why God permits indefinite suffering on the part of the dying, or why He allows the elderly to become enduring burdens to their families. But we are certain that God permits trials for the sake of perfecting the Christian's faith (James 1:2–4). Job suffered severely, but he recognized that his suffering was appointed for him by God, and Job did not arbitrarily terminate his life (Job 23:10, 14).

## God values human life in the humanity of His Son.

The Old Testament begins with the creation of man in God's image. The New Testament begins with the birth of God in man's image. The virgin birth of Jesus Christ, His experience of human sorrow and suffering, His vicarious atonement, and His sacrificial death on a cruel instrument of torture compellingly demonstrate that God values human life. But God's love for humanity is not merely temporal, it is eternal. In the resurrected body of Jesus Christ, God permanently assumed the human condition.

Christ's bodily resurrection emphatically reiterates God's original assessment of His creation. "And God saw everything that He had made, and behold, it was very good" (Gen. 1:31). The bodily resurrection of Jesus Christ is the first act in God's restoration of the whole creation to its original pre-fallen condition (Isa. 65:17; Rom. 8:22–23; Rev. 21:1–5). Creation fell in the first Adam; in the second Adam (Jesus) creation is restored (Rom. 5:12–17). Christ's death reversed the verdict of death that fell upon the human race subsequent to Adam's sin. Christ's resurrection offers resurrection life to all who believe (1 Cor. 15:3–4, 12–23).

The Bible is a book about life and death. God values all created life. God especially values human life. And God offers eternal life through the death and resurrection of Jesus Christ.

## Applications

We believe that followers of Jesus Christ who are governed by the Bible are ethically obligated to preserve, promote, and defend the sanctity of life.

We believe that when dealing with the areas of uncertainty and ethical dilemmas

obligated to preserve, promote, and defend the sanctity of life.

We believe that when dealing with the areas of uncertainty and ethical dilemmas

We believe that the Bible consistently depicts fetal life as both personal and human. As a University we believe that our thinking about issues related to contraception, the harvesting of embryonic stem cells, and aborticides should be governed accordingly.

Therefore, we oppose the practice of abortion on the grounds that it involves the intentional, purposeful, and direct ending of a human life that began at conception. We oppose the causation of the death of an unborn human child even if there is a conflict between the survival of the mother and the survival of the unborn child.

In very rare cases when it is medically determined that continuing a pregnancy would jeopardize the physical life of the mother, we would support treatment to preserve the life of the mother short of abortion..

[1] Quoting the ESV for clarity. The KJV reads, "For thou hast possessed my reins: thou hast covered me in my mother's womb. … My substance was not hid from thee, when I was made in secret, and curiously wrought in the lowest parts of the earth. Thine eyes did see my substance, yet being unperfect; and in thy book all my members were written, which in continuance were fashioned, when as yet there was none of them" (Ps. 139:13–16).

# Appendix B– Position on Marriage and Human Sexuality

## Definition of Marriage

The institution of marriage has been valued by every culture and society throughout human history. Bob Jones University believes marriage is an institution ordained by God and prescribed by Scripture to be a monogamous relationship between a man and a woman physically created in these respective genders by God. We believe God intended heterosexual marriage to be an enduring covenanted relationship established before Himself and man to propagate the human race, lovingly express healthy relational and sexual intimacy, and picture the covenant relationship He has with all genuine believers.

## Basis of Authority for the Definition

As a distinctively Christian liberal arts university, BJU strives to live according to the doctrinal, moral and ethical dictates of the Bible, which serves as our final authority for all matters pertaining to doctrinal beliefs and moral and ethical practices. Our understanding of marriage and application of its meaning is grounded in more than established human tradition and existing cultural norms. As the authoritative, inspired, inerrant and timelessly relevant Word of God, the Scriptures have binding authority for the doctrinal belief and moral practice of believers, churches and Christian institutions (2 Sam. 7:28; Prov. 30:5; Matt. 4:4; 5:17–20; 24:35; 2 Tim. 3:15–16; 2 Pet. 1:16–21; 3:2). The Bible speaks clearly and authoritatively to the matters of marriage, consensual sexual activity and gender identity. Its clear teachings on these matters govern and are central to the beliefs and practices of BJU and serve as the final authoritative grounds for the content of this position statement.

Marriage is a covenantal lifelong relationship between a woman and a man who were physically created and assigned these genders by God (Gen. 1:27; Ps. 139:13–16; Matt. 19:4; Mark 10:6). We believe God intended heterosexual marriage for the propagation of the human race and the loving expression of healthy relational and sexual intimacy, and to picture the covenant relationship He has with all believers (Eph. 5:22–33).

## Context for Human Sexuality

Human sexuality is part of God's divine design for human beings (Gen. 1:28). However, the Bible restricts all forms of consensual sexual activity to within the boundaries of the marriage relationship (1 Cor. 7:1–5; Heb. 13:4). The Bible clearly prohibits not only non-consensual sexual misconduct (Deut. 22:25–27) but also any consensual sexual activity outside the boundaries of heterosexual marriage (1 Thess. 4:1–8). Furthermore the Bible specifically names as sinful and prohibits any form of sexual activity between persons of the same sex (Rom. 1:26–27; 1 Cor. 6:9–10; 1 Tim. 1:10), polygamy (Matt. 19:4–6; 1 Cor. 7:11), incest (Lev. 18:6–18; 1 Cor. 5:1), bestiality (Exod. 22:19; Lev. 18:23; 20:15–16; Deut. 27:21; Gal. 5:19; Eph. 5:3; Col. 3:5), adultery (Exod. 20:14; Mark 10:19; Luke 18:20; James 2:11), and fornication of any sort including pornography (1 Cor. 6:9–10; 1 Thess. 4:3–8; Lev. 18:20).

## Statement About Gender Identity

God created man and woman in His image as two distinct but equal genders which He intends to use for His glory (Gen. 1:26–27). Furthermore, individual gender is assigned by God and determined at conception (Ps. 139:13–16). Therefore we believe that to intentionally alter or change one's physical gender or to live as a gender other than the one assigned at conception is to reject God's right as Creator to assign gender to His creatures and is a personal rejection of His plan to glorify Himself through the original gender He assigned that individual (1 Cor. 10:31).

## Expectations of BJU Employees and Students

Because the positions set forth in this statement are grounded in the biblical, moral and ethical commands clearly taught and demanded by Scripture, BJU expects all

Because the positions set forth in this statement are grounded in the biblical, moral and ethical commands clearly taught and demanded by Scripture, BJU expects all

commitments to these biblical standards with grace and humility. We also believe that we are called to speak God's truth in love (Eph. 4:15) as we call all men to recognize that all human sinfulness is an offense to God (Rom. 3:10–11; Rom. 6:23a), that God has displayed immense grace and mercy toward all sinners (Eph. 2:1–10), and that He offers a full and free forgiveness through Jesus Christ to all who repent and forsake their sin and turn in faith to Him (Acts 3:19–21; Rom. 6:23; 10:9–10; 1 Cor. 6:9–11; 1 John 1:8–9).

# Appendix C–
# Biblical Approach to Evaluating Objectionable Elements in Entertainment

A Christian's entertainment choices should reflect Christ and encourage him or her to be more like Christ.

While it can be beneficial to be culturally literate, every Christian should self-censor his or her entertainment choices. Below are common categories of elements that are biblically objectionable and should be censored:

- Profanity
- Scatological realism—pertaining to excretory functions
- Sexual perversion—adultery, fornication, homosexuality
- Erotic realism—explicit descriptions of sexual acts
- Lurid violence
- Occultism
- False philosophical or religious assumptions—the most dangerous, yet the most overlooked, of all objectionable elements

Evil in the Bible appears dangerous and repulsive. Reflections of evil appear in the Bible in the form of negative examples so as to create a defense against what they represent or to give hope to the fallen for forgiveness and recovery from sin. Entertainment choices should treat evil in the same way that it is treated in the Scriptures. Such entertainment can be edifying reading, listening or viewing for someone of sufficient maturity.

Scripture itself includes notable examples of each type of objectionable element, but the intent of the presentation is to instruct, the details are presented with

https://studylib.net/viewer_next/web/study?file=%2F%2Fs2p.study…ata%2F018068497_1-4c7f8b68c3a16fc98634380d7233a743.png&ads=true

Scripture itself includes notable examples of each type of objectionable element, but the intent of the presentation is to instruct, the details are presented with

entertainment choices expose the believer to works which enhance his or her understanding of the world and strengthen the credibility of his or her testimony by enabling him or her to become "all things to all men" (1 Cor. 9:22) and develop moral perception in order to "by reason of use have [his] senses exercised to discern both good and evil" (Heb. 5:14).

When evaluating an entertainment choice, Christians should ask themselves the following questions:

- Are the characters noble?
- Do the actions of the story cause the characters to desire virtue and reject vice?
- Does the story's resolution reward good and punish evil or honor wisdom and scorn foolishness?
- Does the theme of the story conflict with God's truth? If it does, how? Where is the flaw?

Instead of making entertainment choices indiscriminately or insulating oneself from all entertainment, Christians should follow God's example: create a resistance to the allurement of evil by wisely applying small doses of antigen in the form of critical reading, watching and listening.

It is godly to present ungodliness in a biblical manner, for a biblical purpose and to a biblical effect. It is ungodly to use what might seem the freedom of Scripture as a cloak of licentiousness (cf. 1 Pet. 2:16).

Condensed from Dr. Ron Horton's *Christian Education: Its Mandate and Mission.*

# Appendix D–
# Creative Projects & Programs

## Checking Requirements and Procedures

Residence hall students participating in a program off campus require approval from the Student Life & Discipleship office.

## Artwork

In the interest of Christian testimony and the University's cultural reputation, an art faculty member is to check student art prior to an on- or off-campus exhibition.

## Film/Video Productions Off Campus

Students involved in acting and other roles in off-campus productions are to obtain approval in advance from the dean of the School of Fine Arts and Communication.

## Media Presentations

Except for academic class or society meeting presentations, the content and technical competence of all media presentations, including video, film, DVD Blu-ray, slides or other formats shown in public are checked by the chair of the Division of Communication. A second check is necessary if changes are required. Schedules and guidelines for media checks are available from the School of Fine Arts and Communication Division of Communication office.

Videos produced for official Student Leadership Council events are university property and may not be disseminated or uploaded to social media.

## Music

# Music

## Programs

Students are responsible to get programs, dating outing skits, radio and television programs used on and off campus, and pep band performances checked well in advance. Policies, times and locations for program checks are posted on bulletin boards in the Gustafson Fine Arts Center.

## Recordings

Before final production, duplication or sale, the music checker and the dean of the School of Fine Arts and Communication are to check student recordings and the jacket proofs. On-campus advertising is to be word of mouth or through paid campus media ads. (See social media guidelines on the intranet.)

## Speech and Drama Presentations

A School of Fine Arts and Communication faculty member checks speech numbers, dramatic pieces and presentations such as puppetry, gospel magic and chalk talks. Contact the School of Fine Arts and Communication Division of Communication office to find out the faculty member to contact for each check.

# Mixed-Group Rehearsals

## Music Majors

Mixed groups of music majors and accompanists may rehearse in the GFAC music wing without a chaperon in a room with a window in the door.

## Speech Groups

Mixed groups practicing a speech communication project may rehearse in the GFAC speech wing in a room with a window in the door.

# Appendix E— University Trips

## Conventions, Contests and Trips Away from Campus

With administrative conference approval, students may attend professional meetings, contests and conventions related to their major and may stay overnight, with an approved chaperon. Other groups, such as the University Business Association and art students, may take group trips. See Attendance Policies for information concerning absences from class and non-class activities. A pass with dean's office approval is required.

## Official University Groups

### Dress

Students traveling in official BJU groups are expected to dress in a way that commends Christ.

- Travel, sightseeing and touring professional establishments:
    - Men—casual attire, unless otherwise instructed by a sponsor.
    - Women—casual attire, unless otherwise instructed by a sponsor.
- Travel to and from a church, men and women—class attire; denim skirts acceptable. (Dress for traveling to and from a church can vary at the discretion of the director, who is knowledgeable of the preferences of specific churches.)
- Representing the University in a competition event—class attire or Sunday dress, as appropriate.
- Attending a church service—same dress as for a church service in Greenville during the academic year.
- Representing the University in a church service:
    - Men—coat and tie
- All grooming regulations apply.

Social Regulations

- All grooming regulations apply.

Social Regulations

## Entertainment

Television and movie viewing is to be in keeping with university guidelines. Because of copyright issues, commercial videos are not shown on the bus.

With the sponsor's consent, personal music devices and headphones may be used if content is in keeping with the University's music policies.

## Transportation

Whenever possible, university travel should be conducted using university vehicles. Vehicle requests should be made two weeks in advance. University insurance covers employees and student representatives who are authorized through the vehicle request process as drivers or occupants of university vehicles. For additional information, see Policy Volume VI, section 6.8.2.3 on the intranet.

# Index

## A

Absences
    class, 15–17
    double absence days, 16
    non-class, 10, 36, 63
    university-authorized, 36
Academic advisors, 12, 49–50
Academic assistance, 12, 49–50
    Academic Resource Center, 12, 50
    deans, 12, 46, 49–50
    registrar, 12
Academic integrity, 13
    cheating, 14
    copyright, 13
    plagiarism, 14
Academic probation, 16
Academic Resource Center, 12, 50
Aid, student, 50
Alcohol, 44–45
Alumni Building, 18, 19
Appealing demerit offenses, 42
Appeals committee, 42
Athletic events
    deportment at, 33
Attendance policies
    class, 15–17
    non-class, 9–10, 35–36
    chapel, 9–10
    local church, 10
Authorization
    for access to campus facilities, 39–40
    for becoming day student, 34
    for solicitation, 37
    for speaking for the University, 37
    for withdrawing from school, 45

## B

## C

Candles in residence halls, 40
Caps, 30
Chapel, 9
Chaperons, 21
Cheating
    general, 14
    on a final exam, 15
Checking procedures
    artwork, 61
    media presentations, 61
    music, 61
    programs, 62
    recordings, 62
    speech and drama presentations, 62
Checking out and in, 19–22
Churches
    attendance requirement, 10
    outreach ministries, 11
    reporting attendance, 10
Classroom ethics, 13, 17
Commencement, 35
Computer policies
    blogs, 27
    copyright laws, 13
    email, 33
    internet, 26
    legal rights, 45
    network restrictions, 26
    use in class, 17
Computer/video games
    not during class, 17
    ratings, 26
Concealed weapons, 37
Concerts, 35
Contests, 63–64
Conventions, 63–64

**B**

Concerts, 35
Conventions, 63–64

**D**

Dating
      off-campus, 19–22
      on-campus locations, 18–20
      passes, 21–23
Day students
      chapel, 10
      illness, 10
      qualifications, 35
      society membership, 37
Dean's pass/approval, 19–23
Decorations (residence hall rooms), 39
Demerits
      offenses and penalties, 41–42
Deportment
      in the classroom, 17
      outside the classroom, 33
Discipleship group, 10, 38
Disciplinary system
      appeals, 42, 46–47
      demerits, 41–42
      rights of BJU, 45
      probation/suspension, 43–44
      withdrawals, 45
Dishonesty, 8–9, 13–15, 43
Door-to-door sales, 23
Double absence days, 16
Drama/speech checks, 62
Dress
      men's dress code, 30–32
      penalty for violation, 42
      on university trip, 63
      women's dress code, 28–30
Drinking alcohol, 44–45
Drinking beverages in class, 17
Dropping a class, 17
Drugs, 44–45

**E**

Email
      may not be used in class, 17
      objectionable content, 26–27
      objectionable elements, 24, 59–60
      social media, 27
      television, 26
E-tags, 37
Etiquette
      classroom behavior, 17
Evacuation, 33–34, 40
Evaluations, 11–12
Evangelistic Meetings, 35
Extension cords, 40

**F**

Financial Aid office, 50
Fine Arts policies (see Creative projects
      and programs)
Fire code, 40
Fire drill, 40
Firearms (weapons), 37
Fireworks, 37
Food
      food-prep appliances, 40

**G**

Gambling, 27
Gazebo, 18
Grass (walking on), 33
Grievance procedures, 46–49

**H**

Hair, 30, 32
Handguns (weapons), 37
Hats, 30
Headphones, 25, 64
Help
      academic, 12–13, 49–50
      emotional/spiritual, 50–51
      housing, 38
      financial, 50
      medical, 50
Home passes, 21–22

Email
    may not be used in class, 17
    objectionable content, 26–27

    blogs, 27
    during class, 17
    filter, 26
    objectionable, 26–27
    personal sites, 26–27
Internships, 13, 22

**J**

Job interviews, 10

**L**

Lates, 36
Learning difficulties (help for), 12–13, 50
Lights out, 38
Loans, 50

**M**

Magazines, 27
Media presentations, 61
Medical aid, 50
Mixed groups, 21–22, 62
Movies
    acceptable ratings, 25
    not at theaters, 25
    on university trips, 64
    participation in productions, 61
    philosophy, 24–25
    unacceptable content, 24–25
Music
    acceptable, 24–25
    checking, 61
    mixed-group rehearsals, 62
    outreach ministry music groups, 61
    philosophy, 24–25
    recordings, 62

**N**

Non-harassment policy, 46
Nursing students, 22

    medical, 50
    Home passes, 21–22

    restrictions, 11
    sports activities, 11
Overnights, 22

**P**

Periodicals, 27
Personal aid, 50–51
Pets, 39
Plagiarism, 14
Pornography
    immediate suspension for, 44
Power strips, 40
Privileges
    underclassmen, 18
    upperclassmen, 18
Probation
    academic, 16
    disciplinary, 43–44
Program checks, 61–62
Proselytizing, 8
Public place passes, 21–22
Public relations, 37
Public safety
    fire arms (weapons), 37
    vehicle registration, 37

**R**

Ratings
    computer/video games, 26
    movies, 25
Receptacle adapter, 40
Refrigerators, 39
Rehearsals
    mixed groups, 62
Repairs, 39
Required activities, 35
Requisitions and repairs, 39
Residence halls
    decorating, 39
    discipleship group, 10–11
    dress, 39
    evacuation, 40

Non-harassment policy, 46

Nursing students, 22

Rights of BJU, 45
Room decorations, 39
Room check, 39, 42

# S

Sacrilegious behavior, 8
Safety and security, 39–40
Sales, 23
Scholarships, 50
Security cameras, 39
Sensual behavior (grounds for dismissal), 43
Sexuality and marriage, 56–58
Sharps waste disposal, 36
Shotguns (weapons), 37
Sidewalks, 33
Smoking, 43
Social media, 27
Social regulations
    off-campus dating, 21–22
    off-campus events and venues, 23
    on-campus regulations, 18–19
    overnights, 22
    passes, 19–23
Societies
    absence from, 35–36
    attendance at, 35, 37
    checking media presentations, 61
    checking outing skits, 62
    checking special music, 61
    rehearsals, 62
Solicitation, 37
Speech/drama presentations, 62
Speech groups, 62
Spiritual aid, 50–51
Stealing, 44
    copyrights, 13
Student aid, 50–51
Student Care Office, 51
Student development, 6
Student office eligibility, 43
Student policies, 7–9
Student teaching checking out, 22

discipleship group, 10–11
dress, 39
evacuation, 40

# T

Television, 26
Theft, 13–15, 39–40
Track, 19
Trips (university), 63–64

# U

University-authorized absences
    class, 15
    non-class activities, 36
University trips, 63–64

# V

Vehicles, 37
Video/computer games
    not during class, 17
    ratings, 26
Videos (movies)
    ratings, 25

# W

Water (in class), 17
Weapons, 37
Weather alerts, 34
Websites, personal, 26
Weddings, 38
Withdrawal, 45
Work
    off-campus, 22–23

Student office eligibility, 45
Student policies, 7–9
Student teaching checking out, 22

# Bob Jones University **Student Covenant**

Bob Jones University believes God's Word is authoritative and sufficient for Christian faith and practice. In many areas Scripture gives clear commands which believers are to obey because of their love for their Savior. In other areas where Scripture does not give specific commands, believers are to use Spirit-guided discernment to make wise choices based on biblical principles. BJU bases its student policies on scriptural commands, biblical principles and principles that enable the university community to live together harmoniously in close proximity. Each BJU student is expected to know and adhere to these policies while enrolled as a student.

By my choice to enroll as a student in Bob Jones University and having read the student handbook, I will strive to abide by all the policies in the handbook. I commit to do the following:

- Exercise a spirit of humility, love, consideration and forgiveness while living in community with fellow students, faculty and staff; help create a campus environment conducive to spiritual growth through my attitude and actions; and encourage fellow students to keep their commitment to this covenant.

- Apply myself wholeheartedly to academic studies and maintain the highest integrity standards in representing my work as my own.

- Meet prescribed class and non-class attendance requirements.

- Make spiritual growth and local church involvement high priorities.

- Guard my Christian testimony both on and off campus, including how I regard and interact with friends of the opposite gender, exercising wholesome communication and avoiding gossip, and refraining from immorality or the use of alcohol or drugs.

- Honor the Lord in how I use discretionary time and select/participate in entertainment options that honor Jesus Christ and edify others. This includes using social media responsibly and avoiding sensuality on the internet or in publications.

- Dress modestly, neatly and appropriately and honor BJU's dress code.

- Treat university property and that of fellow students with respect, and honor regulations designed to protect individual and facility safety and security.

- Engage in gospel ministry through outreach ministries and other means as

- Treat university property and that of fellow students with respect, and honor

- Engage in gospel ministry through outreach ministries and other means as

# Bob Jones University **Student Covenant**

Bob Jones University believes God's Word is authoritative and sufficient for Christian faith and practice. In many areas Scripture gives clear commands which believers are to obey because of their love for their Savior. In other areas where Scripture does not give specific commands, believers are to use Spirit-guided discernment to make wise choices based on biblical principles. BJU bases its student policies on scriptural commands, biblical principles and principles that enable the university community to live together harmoniously in close proximity. Each BJU student is expected to know and adhere to these policies while enrolled as a student.

By my choice to enroll as a student in Bob Jones University and having read the student handbook, I will strive to abide by all the policies in the handbook. I commit to do the following:

- Exercise a spirit of humility, love, consideration and forgiveness while living in community with fellow students, faculty and staff; help create a campus environment conducive to spiritual growth through my attitude and actions; and encourage fellow students to keep their commitment to this covenant.

- Apply myself wholeheartedly to academic studies and maintain the highest integrity standards in representing my work as my own.

- Meet prescribed class and non-class attendance requirements.

- Make spiritual growth and local church involvement high priorities.

- Guard my Christian testimony both on and off campus, including how I regard and interact with friends of the opposite gender, exercising wholesome communication and avoiding gossip, and refraining from immorality or the use of alcohol or drugs.

- Honor the Lord in how I use discretionary time and select/participate in entertainment options that honor Jesus Christ and edify others. This includes using social media responsibly and avoiding sensuality on the internet or in publications.

- Dress modestly, neatly and appropriately and honor BJU's dress code.

- Treat university property and that of fellow students with respect, and honor regulations designed to protect individual and facility safety and security.

- Engage in gospel ministry through outreach ministries and other means as

- Treat university property and that of fellow students with respect, and honor regulations...
- Engage in gospel ministry through outreach ministries and other means as

