Herbert G. Grey, OSB # 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

*Counsel for Defendant-Intervenor Council for Christian Colleges & Universities*

Gene C. Schaerr, DC Bar # 416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas Miller, MI Bar# P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar # 1685532*
Email: jprince@schaerr-jaffe.com
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060
* Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| ELIZABETH HUNTER, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>　　　　Defendants,<br>　　v.<br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY,<br>　　　　Defendants-Intervenors. | No. 6:21-CV-00474-AA<br><br>DEFENDANTS-INTERVENOR CCCU'S WITNESS LIST |

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     OREGON-EUGENE DIVISION

| | |
|---|---|
| Elizabeth Hunter, et al.<br>v.<br>U.S. Department of Education, et al.<br>v.<br>Council for Christian Colleges & Universities | **DEFENDANT-INTERVENOR WITNESS LIST**<br><br>Case Number: 6:21-CV-00474-AA |

| PRESIDING JUDGE<br>Ann Aiken | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al. |
|---|---|---|
| | | DEFENDANT-INTERVENOR'S ATTORNEYS<br>Herbert G. Grey<br>Gene C. Schaerr, et al. |
| TRIAL DATE (S)<br>11/4/2021 - 11/5/2021 | COURT REPORTER | COURTROOM DEPUTY<br>Cathy Kramer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Dr. Mark Regnerus, Professor of Sociology, UT-Austin; Fellow, Austin Institute for the Study of Family and Culture |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all counsel of record in this case by ECF and by email.

DATED this 29th day of October, 2021.

<u>/s/ Gene C. Schaerr</u>

Gene C. Schaerr

*Counsel for Defendant-Intervenor Council for Christian Colleges & Universities*