CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755
HILARIE E. SNYDER
DC Bar No. 464837

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Government Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants.<br><br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a/ CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY,<br><br>Intervenor-Defendants. | Civil Action No. 6:21–cv–00474–AA<br><br>**GOVERNMENT DEFENDANTS' WITNESS LIST** |

Government Defendants'
Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Oregon-Eugene Division

Elizabeth Hunter et al.,

V.

U. S. Department of Education et al.

**GOV'T DEFS.' WITNESS LIST**

Case Number: 6:21-CV-00474-AA

| PRESIDING JUDGE<br>Ann Aiken | | | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>11/4/2021-11/5/2021 | | | COURT REPORTER<br>Kendra Steppler | | COURTROOM DEPUTY<br>Cathy Kramer |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
| | | | | | Randolph Wills, Deputy Assistant Secretary for Enforcement for the Office for Civil Rights, U.S. Department of Education: will testify regarding Enforcement's process for evaluating, investigating, and resolving administrative complaints alleging discrimination on the basis of sex against recipients of federal funding, including how the existence of an assurance of a religious exemption letter is considered during that process. He will also testify regarding the status of the administrative complaints filed by or on behalf of Plaintiffs. |
| | | | | | Alice Yao, Supervisory Attorney, Program Legal Group, Office for Civil Rights, U.S. Department of Education: will testify regarding the process for evaluating and deciding requests from recipients of federal funding for an assurance of a religious exemption under Title IX; what the regulations state; and some of the assurance letters that have been issued. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___1___ Pages