CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755
HILARIE E. SNYDER
DC Bar No. 464837

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Government Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>         Defendants.<br><br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a/ CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY,<br><br>         Intervenor-Defendants. | Civil Action No. 6:21–cv–00474–AA<br><br>**GOVERNMENT DEFENDANTS' EXHIBIT LIST** |

Government Defendants'
Exhibit List

# UNITED STATES DISTRICT COURT

For the DISTRICT OF Oregon-Eugene Division

Elizabeth Hunter et al.,

V.

U. S. Department of Education et al.

**GOV'T DEFS.' EXHIBIT LIST**

Case Number: 6:21-CV-00474-AA

| PRESIDING JUDGE<br>Ann Aiken | | | PLAINTIFF'S ATTORNEY<br>Paul Carlos Southwick, et al. | | DEFENDANT'S ATTORNEY<br>Carol Federighi, et al. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>11/4/2021-11/5/2021 | | | COURT REPORTER<br>Kendra Steppler | | COURTROOM DEPUTY<br>Cathy Kramer |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | | | 1 | | OCR Case Processing Manual |
| | | | 2 | | Sample letter |
| | | | 3 | | Case Status Chart (rev. 10/27/21) |
| | | | 4 | | 20 U.S.C. § 1681 |
| | | | 5 | | 34 C.F.R. § 106.12 |
| | | | 6 | | 2016 Bob Jones Assurance Request and Letter |
| | | | 7 | | 85 Fed. Reg. 59,916 (Sept. 23, 2020, Final Rule) |
| | | | 8 | | 85 Fed. Reg. 3,190 (Jan 17, 2020, Proposed Rule) |
| | | | 9 | | 42 Fed. Reg. 15,141 (Mar. 18, 1977, HEW Form 639-A) |
| | | | 10 | | Singleton Memo (Feb. 19, 1985) |
| | | | 11 | | Smith Memo (Oct. 11, 1989) |
| | | | 12 | | 1985, 2015 Union University Exemption Letters |
| | | | 13 | | Correspondence Between OCR and NWYMF |
| | | | 14 | | 85 Fed. Reg. 30,026 (May 19, 2020, Final Rule) (excerpts) |
| | | | 15 | | A. Duron Title IX Complaint and Declaration |
| | | | 16 | | A. Wojnarowisch Title IX Complaint and Declaration |
| | | | 17 | | George Fox Correspondence |
| | | | 18 | | V. Penales Title IX Complaint and Declaration |
| | | | 19 | | Baylor Correspondence |
| | | | 20 | | E. Hunter Title IX Complaint and Declaration |
| | | | 21 | | School List |
| | | | | | Gov't Defs. reserve the right to use any exhibit designated by Plaintiffs or Intervenor-Defs. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages