| Recipient | Assurance of Religious Exemption Letter | Plaintiff |
|---|---|---|
| Azusa Pacific University | No | Jonathan Jones |
| Baylor University | Yes | Justin Tidwell-Davis, Jake Picker, Veronica B. Penales |
| Bob Jones University | Yes | Elizabeth Hunter |
| Brigham Young University | Yes | Ashtin Markowski |
| Brigham Young University-Idaho | Yes | Chandler Horning and Rachel Moulton |
| Cedarville University | Yes | Brooke C. |
| Clarks Summit University (formerly Baptist Bible College) | Yes | Gary Campbell |
| College of the Ozarks | Yes | Saren Craig |
| Colorado Christian University | Yes | Journey Mueller |
| Dordt University | Yes | Avery Bonestroo, Lauren Hoekstra |
| Eastern University | No | Faith Millender |
| Fuller Theological Seminary in California | No | Darren McDonald, Joanna Maxon, Nathan Brittsan |
| George Fox University | Yes | Audrey Wojnarowisch |
| Indiana Wesleyan University | Yes | Mortimer Halligan, Louis James |
| La Sierra University | No | Cameron Martinez |
| Lee University | Yes | Daniel Tidwell-Davis |
| Liberty University | Yes | Lucas Wilson |
| David Lipscomb University | Yes | Victoria Joy Bacon |
| Messiah University | No | Rachel Held |
| Moody Bible Institute | No | Megan Steffen |
| Oklahoma Baptist University | Yes | Tristan Campbell |
| Regent University School of Law | No | Jamie Lord |
| Seattle Pacific University | No | Spencer Vigil |
| Toccoa Falls College | Yes | Natalie Carter |
| Union University | Yes | Alex Duron, Scott McSwain |
| Westmont College | No | Darren McDonald |
| York College | Yes | Hayden Brown |

ED2.000241

ELIZABETH HUNTER et al.
v.
U.S. DEPARTMENT OF EDUCATION, et al.

Case No. 6:21-cv-00474 (AA)

**GOV Ex. 21**