**Paul Carlos Southwick (OSB 095141)**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
211 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Alletta S. Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

**Misha Isaak (OSB 086430)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER: et al., Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; et al. Defendants. <br><br> v. <br><br> COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a/ CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY, <br><br> Defendants-Intervenors. | Case No. 6:21-cv-00474-AA <br><br> **DECLARATION OF PLAINTIFFS' EXPERT WITNESS JOSHUA R. WOLFF, Ph.D.** |

I, Joshua R. Wolff, Ph.D., declare under penalty of perjury that the following is true and correct:

1.  The plaintiffs have retained me as an expert in this matter.

2.  If called as a witness, I would offer testimony as to those matters set forth in my

    report, which is attached to this declaration. My report contains a complete

    statement of my opinions in this case and the basis and reasons for them; the facts

or data I considered in forming them; my qualifications, including a list of all

publications I authored in the past 10 years; a list of all other cases I have testified

in from the last 4 years; and a statement of the compensation I am being paid for

my work in this case.


Executed on: October 29, 2021                    *Joshua R. Wolff*
                                                 Joshua R. Wolff (Oct 29, 2021 15:25 EDT)
                                                 Joshua R. Wolff, Ph.D.

Department of Psychology
17 N. Dearborn St.
Chicago, IL 60602



# Report of Joshua R. Wolff, Ph.D.

## I. Qualifications & Methodology

I have been employed at Adler University – Chicago since August 2014 as a full-time Assistant Professor (2014-2018) and currently as a part-time Adjunct Professor (2019 – present), in the Department of Psychology, Doctor of Psychology (Psy.D.) program. My responsibilities at Adler have included conducting psychological research, chairing student dissertations, graduate teaching, student advisement, and campus committee service. I am also a licensed Clinical Psychologist in the state of Illinois (since 2015), where I see patients in an outpatient private practice for psychological and neuropsychological evaluations. I am also a Fellow of the American Psychological Association (APA) – the world's largest and most cited scientific professional psychology organization.

I have an extensive background in psychological research on the intersections of religion and *lesbian, gay, bisexual, transgender, and queer spectrum* (LGBTQ+) people, with a unique focus on LGBTQ+ student experiences at non-affirming[1] religious colleges/universities (NARUs), particularly those with disallowing policies which prohibit the expression of LGBTQ+ identities. In 2016, I co-authored (as lead author) the first study in the United States to statistically examine mental health, campus climate, and psychological functioning of LGBTQ+ students enrolled in NARUs with disallowing policies. I have published other relevant peer-reviewed research studies and chaired a doctoral dissertation pertaining to this claim (please see Findings section below). In recognition of having unique expertise in the intersection of religion and LGBTQ+ identities, I have been recognized with these appointments, awards, and honors:

---

[1] "*Non-Affirming*" is defined as theological beliefs that LGBTQ+ are sinful (i.e., morally wrong) and substandard to heterosexual and cisgender identities (see Wolff & Himes, 2010)

a. Served as a Scientific Advisor/Committee Task Force Member for the *Substance Abuse and Mental Health Services Administration (SAMHSA)/U.S. Department of Health & Human Services (HHS)* report on "Ending Conversion Therapy: Supporting and Affirming LGBT Youth" – a historic federal report grounded in scientific evidence.

b. Authored various peer-reviewed commentaries in journals (*Training and Education in Professional Psychology*, and *Psychology of Sexual Orientation and Gender Diversity*) and book chapters (*Affirming LGBTQ Students in Higher Education*) in APA outlets.

c. Published as an op-ed contributor in the *Chronicle of Higher Education* and *Inside Higher Ed* – the two leading American media outlets for higher education.

d. Appointed as a *Fellow of the APA* in 2020, which is a prestigious membership status defined as "an honor bestowed upon APA members who have shown evidence of unusual and outstanding contributions or performance in the field of psychology. Fellow status requires that a person's work has had a national impact on the field of psychology beyond a local, state or regional level." (quoted from APA website)

e. Awarded the "Distinguished Contributions to Education & Training Award" in 2020 by APA Division 44 (Society for the Psychology of Sexual Orientation & Gender Diversity).

f. Presented my scholarship as a speaker for various symposia at APA annual conventions, the Tyler Clementi Center at Rutgers University, Harvard University School of Public Health, the American Bar Association, and the American Academy of Religion.

g. Appointed to the inaugural APA Task Force on Preparing a Background Document on Title-IX Exempt Institutions.

h.  Served as the Chair (2015-2017) and Co-Chair (2017-present) of the APA Division 44
Subcommittee on Higher Education Accreditation & Policy, which specializes in APA
and federal accreditation standards pertaining to diversity, inclusion, and civil rights.

I was retained by Paul Southwick Law, LLC, to provide opinions on LGBTQ+ students
experiences' at Non-Affirming Religious Colleges/Universities (NARUs). I received $100 in
compensation per hour in connection with my work on this case. I reviewed relevant documents,
referenced in Appendix A, in forming my opinions in connection with this case.

## II. Educational Background & Previous Employment

I earned my Doctor of Philosophy (Ph.D.) in Clinical Psychology in 2009 at the
Rosemead School of Psychology at Biola University. There, I also completed my Master of Arts
(MA) degree. My MA thesis – which was later published in a peer-reviewed journal (Wolff et
al., 2012) – is titled, "Evangelical Christians and Attitudes toward Gays and Lesbians:
Differentiating Between Sexual Orientation and Behavior." After completing my doctorate, I
completed two postdoctoral residencies at Boston Children's Hospital – which was and still is the
top ranked pediatric hospital in the United States by U.S. News & World Report – in the
Department of Psychiatry. Simultaneously, I was appointed as a Clinical Fellow at Harvard
Medical School – which is currently ranked by U.S. News and World Report as the top medical
school in America. My responsibilities included direct patient care and clinical research related
to patient outcomes and improving hospital services. I worked on a range of multi-disciplinary
teams of physicians, nurses, and other allied health professionals.

After completing these residencies, I became licensed as a Clinical Psychologist in the
state of Rhode Island. I also accepted a full-time Assistant Professor faculty position at Rhode
Island College (RIC) in the Department of Psychology, where I worked from 2011-2013. In

2013, I accepted an APA Congressional Fellowship appointment in the United States Senate, Health Education Labor & Pensions (HELP) Committee, office of Senator Tom Harkin. This was administered through the Science & Technology Fellowship program of the American Association for the Advancement of Science (AAAS) – one of the most respected federal policy training programs for scientists across a range of academic disciplines.

After the completion of the fellowship in 2014, I assumed a full-time faculty role at Adler University. Since then, I have worked as a temporary federal contractor for SAMHSA/HHS on a variety of projects, including designing an LGBTQ+ health curriculum for medical professionals, and serving as a grant reviewer. In 2019, I transitioned to part-time at Adler University, and began working full-time at The Family Institute at Northwestern University in Chicago as a Staff Psychologist until starting my own practice.

Since 2010, in the academic settings noted above, I have conducted research on the intersections of religion, spirituality, and campus climate on the lives of LGBTQ+ students who attend NARUs. Along with my colleagues and co-authors, I have reviewed the literature on psychological factors associated with this topic, conducted methodologically rigorous studies on the topic that are peer-reviewed and published, served a peer reviewer for scientific journals that have also published studies on this topic, and been consulted for numerous related projects and public speaking engagements. My complete CV is attached hereto as Exhibit 1.

## III. Findings

### *Previous Research on Campus Climates for LGBTQ+ Students*

Prior to, and while conducting, my own research, I became aware of (and received formal training in) a wide range of psychological, educational, and medical research that consistently show patterns of health and academic disparities for LGBTQ+ people as compared to their

heterosexual, cisgender peers. In higher education settings, LGBTQ+ students can encounter unique challenges in the college environment, including verbal and sexual harassment, threats, and physical assaults tied to their identities (Rankin et al., 2010). More subtle forms of marginalization are often overlooked, including anti-LGBTQ jokes or slurs, incivility and social rejection, limited access to mentors, lack of inclusion of LGBTQ+ topics in curriculum, insufficient support services, and poor overall campus climate (Meyer et al., 2011; Woodford et al., 2014). Students who have multiple minority identities (e.g., a Black lesbian female) often report the highest rates of victimization and marginalization (Rankin, 2005; Rankin et al., 2010).

LGBTQ+ students who feel marginalized on their campuses are more likely to conceal their identity to avoid harassment, intimidation, and/or being identified as a sexual or gender minority (Pachankis & Goldfried, 2006; Rankin, 2005). Concealment, harassment, and stigma are associated with feelings of isolation, emotional distress, cognitive preoccupation, negative self-esteem, disengagement from academic responsibilities, and lower GPA among LGBTQ+ college students (Pachankis, 2007; Woodford & Kulick, 2015). Further, LGBTQ+ students are more likely to seek college counseling services, and report significantly higher amounts of depressive symptoms, social anxiety, and eating concerns than their heterosexual peers, particularly among students who are questioning their sexual orientation (Center for Collegiate Mental Health, 2015; Effrig et al., 2014; Maloch et al., 2013; McAleavey et al., 2011; Woodford et al., 2014). Given these disparities, it is unsurprising that past data indicate that sexual minority students are up to 2.6 times more likely to attempt suicide than heterosexual peers (Kisch et al., 2005). Other data suggest that perceived "burdensomeness" of sexual orientation may mediate this increased risk among some LGBQ+ individuals (Silva et al., 2015).

While most studies prior to 2010 focused on sexual minority (e.g., LGBQ) student experiences in higher education, more research studies have examiner *transgender and gender non-conforming* (TGNC) student experiences. For instance, studies have found that TGNC students report higher rates of victimization and marginalization than lesbian, gay, bisexual (LGB), and non-LGB students, and often have different needs than LGB students (Beemyn, 2011; Rankin et al., 2010). In addition, research has indicated that TGNC individuals may face employment discrimination, be the victims of hate crimes and harassment, and not receive adequate medical and mental health services (Meier & Labuski, 2013). Regarding mental health concerns, transgender college students are significantly more likely than cisgender peers to engage in self-injury, attempt suicide, and have thoughts about suicide (Effrig et al., 2011).

### Research on the Relationships between Religion & Health among LGBTQ+ people

Multiple studies denote that religion and religious community involvement can be important sources of social and emotional support that can be associated with positive health benefits and decreased psychiatric morbidity (Galek et al., 2015; Hamblin & Gross, 2013). Additionally, those who experience dissonance with their sexual orientation or gender identity may also see religion as a means of healing or correcting perceived sinful identities and/or sexual/romantic attractions (Yarhouse et al., 2009). However, the research evidence remains mixed as to whether benefits associated with religion exist for LGB individuals (Rodriguez, 2010; Rosario et al., 2006). In order to examine the ecological (broad) impact of religion on LGB youth, my colleagues and I (Hatzenbuehler, Pachankis, & Wolff, 2012) conducted the first population-based study of LGB youth that assessed whether religious positions on homosexuality and LGBTQ+ civil rights (e.g., marriage equality for same-sex couples) were predictive of alcohol abuse and sexually transmitted infection (STI) risks (assessed via number

of sexual partners). We found that LGB youth living in counties that had higher concentrations of non-affirming faith communities had increased rates of alcohol abuse and more sexual partners than LGB youth who lived in counties with more affirming faith communities. The results remained significant even when controlling for other community factors (e.g., number of gay-straight-alliances in school) and were stronger among LGB youth when compared to a heterosexual control group.

Among LGB adults, Meyer et al. (2014) found that seeking treatment from a religious or spiritual advisor was associated with increased odds of attempting suicide, even when controlling for previous mental health diagnoses and multiple suicide attempts. Further, individuals who experience dissonance between their religious beliefs and sexual orientation are often inclined to seek out sexual orientation change efforts (SOCE), such as reparative ("conversion") therapies (Bradshaw et al., 2015; Jones & Yarhouse, 2011). Thus, these data suggest that seeking help from a religious resource may worsen health outcomes for many LGB people when that religious resource is non-affirming (e.g., encouraging someone to change their orientation).

### Research on Campus Policies & Campus Climate at Non-Affirming Religious Universities

Many NARUs adhere to religious beliefs about gender and sexuality that have significant implications for campus policies and behavioral standards that pertain to LGBTQ+ identities and expressions (Wolff & Himes, 2010; Wolff et al., 2017). Consequently, several reviews show that it is common for NARUs to develop policies that forbid most (if not all) behaviors or other expressions that deviate from prescribed gender roles and expressions. For example, Coley (2018) surveyed religious colleges in the U.S. and found at least 211 which prohibited same-sex relationships and sexual behavior. However, Coley (2018) also noted that "because of the ambiguity of the language [in these prohibition statements], it could theoretically be applied

against two people of the same sex engaged in behaviors such as hand-holding (p. 427)." While policies that explicitly address transgender and gender non-conforming (TGNC) individuals have been less common, they also occur. For example, in a qualitative interview study conducted by my colleagues and I (Wolff et al., 2017), one participant described feeling invisible on campus due to a "don't ask, don't tell policy" that fostered a lack of discussion with faculty members and the larger campus community about TGNC people. Several participants stated that they did not know any other TGNC person in college. A genderqueer student, said:

> "It can be difficult at times [because] essentially I am a minority at my college.  I think I am the only out [gender minority] person, and I am barely out, but people do know so I am kind of doing this alone."

The participants in our 2017 study shared a common experience of sadness and remorse over lost opportunities to fully explore and be known authentically as they looked back at past experiences at their respective NARUs. Despite these feelings, participants did *not* regret keeping their gender identities concealed in college, noting it would not have been safe for them to out themselves due to restrictive and highly rejecting environments toward TGNC people, combined with the lack of resources on campus and their desire for peer acceptance.

At least three previous studies examined the possible consequences for LGBTQ+ students who violate policies pertaining to these gender norms and expressions, which can include academic probation, mandatory referral to the campus counseling center (which some students reported may have the goal of changing sexual orientation and/or gender identity to comply with religious norms), restrictions of on-campus privileges, suspension, and expulsion (Craig et al., 2017; Wolff et al., 2017; Wolff & Himes, 2010).

Craig et al.'s (2017) study infers that these consequences can be harmful to some

LGBTQ+ students. For example, a male-identified participant from this study said:

> "I was slated in the end to be put on a 40 day fast of bread and water because I loved
> another man. I am diabetic. If I had submitted to the fast I would have died. I left [the
> NARU] instead (p. 8)."

As noted above, LGBTQ+ individuals are more likely to witness and experience derogatory remarks, rejection, bullying, as well as social isolation related to their identities in higher education settings. However, based on descriptions provided from students in these samples, such experiences may be even more explicit in NARU environments. For example, a student who attended a NARU reported, "I was appalled my senior year when two professors made jokes in the classes about homosexuals. Of course, everyone thought this was funny. Students were allowed to bash homosexuals" (Craig et al., 2017, p. 12). Further, several studies suggest that LGBTQ+ students at NARUs may experience greater risk for verbal harassment and physical violence as compared to their heterosexual or cisgender peers, or that it may occur in blatant ways (e.g., Craig et al., 2017). At least one transgender participant in the Wolff et al. (2017) qualitative study reported that they were concerned for their physical safety while on campus. One study at a Catholic institution found that SGM students who were harassed or threatened were *less likely to report* being victimized to their university (e.g., their RA, or Title IX office) because they feared retaliation or worsening of the situation due to the non-affirming campus environment (Lockhart, 2013). Similarly, participants in our 2017 study (Wolff et al.) reported that they were harassed after telling faculty members about their gender identities, met with indifference from campus administration when they were bullied by peers, or witnessed allied faculty and staff be threatened with losing their jobs.

Relatedly (yet *not* as part of the research studies mentioned), I have also participated in

third party comments to the APA Commission on Accreditation (CoA) as Co-Chair and Chair of the APA Division 44 Subcommittee on Higher Education Accreditation & Policy. Via detailed reviews of the several NARUs with disallowing policies accredited by the APA, my colleagues and I on this Subcommittee raised multiple concerns to the APA CoA about whether these NARU's may be able to use their Codes of Conduct statements against LGBTQ+ students who make Title IX complaints (for example, could a lesbian student who reported being sexually harassed by a female romantic partner be disciplined for being a lesbian if she were to report the harassment to her Title IX officer on campus?).

Taken overall, participants in our 2017 study reported feeling largely devalued and dehumanized based on their gender identities at the NARUs. Support from individual peers and faculty did not appear to have alleviated the feelings of rejection within the larger campus environment. Due to the concerns that participants in our study expressed about possible retaliation from their respective NARUs, we (Wolff & co-authors) took additional steps beyond standard expectations to de-identify participants who talked to us in our 2017 study. This included, for example, using age ranges rather than exact ages of participants.

Another theme across several published studies is the difficulties that LGBTQ+ students who attend NARUs have in forming social support groups. For example, past studies show that some NARUs forbid LGBTQ+-affirming student organizations such as Gender/Sexuality Alliances (GSAs), sometimes despite students' efforts to form them or to compromise with campus administrators (McEntarfer, 2011). TGNC participants in our 2017 study noted that they witnessed fliers being taken down when students tried to organize a supportive GSA.

Though these specific examples may not be widely generalizable, they illustrate the fear, social isolation, and potential harm that some LGBTQ+ students who attend NARUs may

experience, especially those with disallowing policies. Despite the exact prevalence remaining unknown at this time, these previous studies, in combination with numerous anecdotal media reports and the recent REAP report, suggest that this topic is widely important because of the number of LGBTQ+ students who attend NARUs who may be affected by campus policies.

### Mental Health & Psychological Well-Being of LGBTQ+ Students at NARUs

Although the topic of campus climate and mental health for LGBTQ+ students had been studied on a large scale among higher education settings, it had *not* been studied specifically at NARUs in the scientific literature prior to 2016. Because the research on this topic was so lacking, my colleagues and I initiated a study that consisted of 213 *sexual minority* (SM, broadly defined as those who identify as LGB, queer/questioning, or same-sex attracted) students who were actively enrolled in various NARUs. We used a non-random, purposive sampling technique consistent with common practices in behavioral research due to: (1) the novelty of this topic with a previously understudied population; (2) inherent difficulties in recruiting these participants from this population (e.g., some LGBTQ+ students who attend NARUs run the risk of disciplinary consequences for identifying openly, which makes widespread recruitment on these campuses difficult). We obtained a diverse sample from different types of NARUs in the United States, with a range of behavioral policies (i.e., codes of conduct) specific to SM (LGBQ+) students. The results indicated that our sample of SM students enrolled in a NARU:

1. Had, on average, moderately *elevated* clinical symptoms of depression, anxiety, eating concerns, substance use, academic distress, and family distress as compared to college students (i.e., of all sexual orientations and genders) in the general population; in other words, many (although not all, and to varying degrees) LGBQ+ students are experiencing psychological distress and/or mental health symptoms.

2. SM students who attend Non-denominational, Evangelical, and LDS (Mormon) NARUs had significantly more difficult sexual identity processes than students in Catholic and Mainline Protestant schools; suggesting that there may be added difficulties for LGBQ+ students who attend NARUs that are both theologically non-affirming *and* tend to have more behavioral policies that restrict student expressions and identities;

3. SM students who attend Non-denominational and LDS (Mormon) NARUs had significantly more negative beliefs about their sexual identities than students in Catholic colleges and universities;

4. 37% experienced some form of bullying or harassment at school based on their sexual orientation; these students *were more likely* to report symptoms of depression;

5. Fewer than half of students reported having any organized social support system (e.g., a gender and sexuality alliance [GSA]) on campus;

6. SM students at NARUs who belong to a GSA reported *less* negative identities about themselves and less difficulty attempting to understand their sexual orientation.

Findings from our (2016) study did *not* show a statistically significant difference in depression, social anxiety, and eating concern behaviors among SM students who attended different types of NARUs (e.g., Evangelical, Non-Denominational, Catholic). A possible limitation of this result may be that our sampling approach may have been more likely to reach students who were already doing "better" because nearly half were connected to a GSA or other type of social support group, nearly 2/3's had come out to at least one person on campus (most often their roommate), and we were able to find them through purposive recruiting strategies and word-of-mouth (e.g., asking student groups to forward the recruitment materials to people who might have been willing to participate). Thus, we may have *under* sampled the most "at-risk"

students, thus obtaining statistically inflated averages (i.e., showing the 'average' SM student at Evangelical colleges as doing better off than in reality). It is also possible that some students may not acknowledge (or realize) the extent of their symptoms until years later. A recent study by Heiden-Rootes and colleagues (2020) supports these hypotheses. These authors sampled 384 SM college students and alumni using a mixed-method survey, and concluded that "increased college religious conservatism predicted depression through decreased college acceptance and increased internalized homophobia" (p. 445). Heiden-Rootes and colleagues also raise the possibility that these symptoms may have lasting effects (independent of age) after graduation for SGM alumni. Finally, as noted above, our results did show that SM students who attend Non-denominational, Evangelical, and LDS (Mormon) NARUs had significantly *more difficult sexual identity processes* than students in Catholic and Mainline Protestant schools. This data may reflect a more precise, unique set of stressors linked to students' sexual identities that was *not* assessed by the broader, symptom-based questions about mental health on the CCAPS instrument that we used to collect data. Further, it is important to note that psychological distress can still be damaging in the absence of a formal psychiatric diagnosis. Thus, the relationship between campus policies and mental health is probably complex and varied, though likely detrimental to some students, especially in absence of formal social support systems on campus (as evident by the lower *negative identity* scores for students who were involved with a GSA or equivalent through their university).

As a continuation of this study, a former doctoral student (Jamal Cunningham, Psy.D.) and I ran additional analyses which were used in his dissertation – which I chaired. Dr. Cunningham's (2017) dissertation study compared the results of two separate samples that both utilized the Counseling Center Assessment of Psychological Symptoms (CCAPS) – a widely

validated and utilized measure in higher education settings – among LGBQ+ college students. The first sample – which included more than 2000 LGBQ students – was obtained by McAleavy et al. (2011), and reported means and standard deviations on the CCAPS for LGBQ+ students in a *general* college/university population (GCUP) across the U.S. We then compared these results to the Wolff et al. (2016) sample which provided means and standard deviations exclusively for LGBQ+ students who attended NARUs. Using statistical significance testing at $p < .05$, the Cunningham (2017) study found that LGBQ+ students enrolled at NARU's:

1. Reported significantly *higher* levels of depression than the GCUP sample among gay and bisexual students;

2. Reported marginally significant ($p = .059$) *higher* levels of depression than the GCUP sample among lesbian students;

3. Reported significantly *higher* levels of social anxiety than the GCUP sample among students who define their sexual identity as "Other" (*not* LGBQ, or straight);

4. Gay students at NARUs had significantly *higher* disordered eating symptoms than gay students in the GCUP;

5. "Questioning" students at NARUs had marginally significant ($p = .068$) *higher* disordered eating symptoms than Questioning students in the GCUP

Although this study was *not* published in a peer-reviewed journal, it was reviewed by a three-member faculty committee, including one professor who was not part of the original Wolff et al. (2016) researchers. It also used mean and standard deviation data from the published, peer-reviewed Wolff et al. (2016) study. A limitation of this study is that the NARU group and GCUP norms came from different samples. However, a strength of this approach is that both samples answered identical questions about their mental health (via the CCAPS instrument).

**Campus Mental Health, Counseling, & Medical Resources**

Three studies raise questions and concerns about whether LGBTQ+ students can obtain adequate, culturally competent mental health and medical services on campus at NARUs. Two of these studies, one by Craig and colleagues (2017) and the other by my colleagues and I (Wolff et al., 2016) found that SM students reported that a mental health professional had attempted to change their sexual orientation (i.e., conversion therapy), a practice which is widely condemned by professional associations (e.g., American Counseling Association [ACA]; APA, 2021) due to its lack of efficacy and potential for harm. In our study, almost one-fifth of participants (17%) reported that they had experienced some form of conversion therapy by a mental health professional – although this may not have been on campus or with a professional who was affiliated with their NARU.

In our separate interview study (Wolff et al., 2017), several TGNC students who received campus counseling at NARUs reported that they had been misdiagnosed with psychiatric illnesses (e.g., eating disorders) because of underlying gender dysphoria. One TGNC participant shared concerns about having to drive to a different city because they did not trust the campus medical center at their university to provide adequate transgender medical care. Several participants also raised concerns about perceived inadequate training for NARU staff about LGBTQ+ issues. Various factors (e.g., stigma, potential disciplinary action, and lack of provider competency) may also partially explain lower than expected utilization rates of campus services among LGBTQ+ students who attend NARUs with disallowing policies, although more data is needed to ascertain this hypothesis. For example, in one study only 14% of SM students sought counseling services at their NARU, despite recognition of services (Yarhouse et al., 2009).

**Evidence-Based Strategies for Reducing Psychological Distress and Other Risks for LGBTQ+ Students**

My colleagues and I published an interdisciplinary, peer-reviewed commentary in which we laid out a comprehensive plan for reducing the various risks and psychological stressors for LGBTQ+ students that I have described above (Wolff et al., 2019). We proposed a four-pronged strategy consisting of (1) changes to internal anti-harassment and non-discrimination campus policies; (2) development and expansion of campus resources; (3) oversight from accreditation agencies; (4) enforcement of civil rights protections and oversight of compliance from government agencies or other regulators. We based these recommendations on the combination of evidence-based practices, consistency with positions from our professional associations (the APA and the ACA), and our own professional experiences within and knowledge of the legal and accreditor framework of the U.S. higher education system.

*Changing Campus Policies*

The APA, along with numerous other professional associations, have released various statements and resolutions on the detrimental effects of harassment, bullying, and assault on campus (e.g., APA, 2019). Further, the APA points to promising practices – those showing at least preliminary empirical evidence of efficacy – to prevent and reduce campus harassment and assault. These include "changing social norms, the role of peers, and the physical environment (p.1)." Further, several studies show evidence that when university leaders and administrators change policies and create more inclusive environments for LGBTQ+ students (such as creating community standards against harassment), these students show improved academic outcomes (Garvey & Inkelas, 2012; Garvey et al., 2018) and reduced thoughts of suicide (Hatzenbuehler et al., 2014). Subsequently, my colleagues and I urged NARUs to create

reasonable, mainstream actions such as adding sexual orientation and gender identity to anti-harassment and non-discrimination language within university policies.

### Expanding Resources and Social Support

The APA and ACA have rich, comprehensive, peer-reviewed, freely available resources that can be accessed and used by NARUs with disallowing policies. Examples include the *APA Guidelines for Psychotherapy with Lesbian, Gay, and Bisexual clients* (2020) and the *APA Guidelines for Psychological Practice with Transgender and Gender Nonconforming People* (2015). Both address cultural variables and intersectional identities that might be very relevant to LGBTQ+ students at NARUs (e.g., how to counsel a student who is deeply religious).

Another essential resource for LGBTQ+ students is to include opportunities for social support. Gender-Sexuality Alliances (GSAs) can provide many potential benefits for LGBTQ+ students who attend NARUs, including assistance for working through identity concerns, social support, decreased negative identities, and decreased religious incongruence (Lockhart, 2013; Heiden-Rootes, 2020; Wolff et al., 2016). GSAs can also provide resources to decrease bullying/harassment, improve perceptions of campus safety and belonging, educate via campus outreach, improve GPAs, and act as a protective factor against depression and substance abuse for LGBTQ+ students (Ioverno et al., 2016; Seelman et al., 2015). In support of this benefit being possible at NARUs, my colleagues and I published an original study demonstrating that students at NARUs hold *less* negative attitudes toward LGBTQ+ people when they know someone who is LGBTQ+ (Wolff et al., 2012). Thus, having visible avenues for LGBTQ+ people on campus may ultimately help create better campus climates for LGBTQ+ students.

### Enhance Oversight and Civil Rights Protections

We know – from a variety of studies – that policies which discriminate against LGBTQ+

people are associated with psychological harm and widening of health disparities. For example, in a study by Raifman et al. (2018), the authors noted that "state laws permitting the denial of services to same-sex couples were associated with a 46% increase in the proportion of sexual minority adults experiencing mental distress." Importantly, the authors state that a person does *not* have to directly experience these laws or policies in order to be harmed by them – even the *perception or anticipation of being discriminated against* can be detrimental to LGBTQ+ people. Conversely, we know that equal protection laws (and their enforcement) reduce mental health symptoms and improve health outcomes for LGBTQ+ people (e.g., Hatzenbuehler, 2009). It is one of the reasons why medical, scientific, professional associations, such as the APA, ACA, the American Medical Association (AMA), and numerous others, have vigorously advocated for expanded civil rights laws that protect LGBTQ+ people and can be enforced. Specifically, regarding Title IX enforcement for LGBTQ+ students, the APA (2020) states that:

> "A study [by Olsen et al., 2016] emphasized the importance of supporting socially transitioning children, **implying that the Department of Education's decision to stop investigating complaints from transgender students who are barred from using restrooms consistent with their gender identity will likely lead to negative mental health outcomes for transgender students**." (p.4) *[emphasis added]*

In May 2021, numerous Division of the APA, along with other free-standing professional psychology groups, sent a letter to the U.S. Department of Education arguing that the U.S. government has a compelling public health and fiduciary responsibility to investigate allegations of harm – equally and regardless of whether a university is religiously-affiliated or not – that are filed by LGBTQ+ students (see APA Division 44 Letter in Appendix A). Thus, many of these recommendations that I have shared are not just my own (or those of my co-authors) but are

endorsed by professional psychology groups and Divisions of the APA cumulatively representing 1000's of psychologists from a wide range of specialties and settings.

**Concluding Statement**

In light of the evidence presented above, I have reviewed the statements in the Plaintiff's complaints, and they are consistent with the experiences noted in the research literature. These reports that the Plaintiff's provided are also consistent with the dozens of students I have spoken to directly (not associated with this claim) at conferences and in other professional venues who have shared similar concerns with me anecdotally. While these students' experiences may not generalize to all LGBTQ+ students who attend NARUs (including some who have positive experiences), the combined weight of the research literature, media reports, and anecdotal evidence suggest that these are *un*likely to be 'rare' events, even in the absence of exact prevalence data.

# References

*Note - works that I have co-authored appear in **bold fold***

Barnes, D. M., & Meyer, I. H. (2012). Religious affiliation, internalized homophobia, and mental health in lesbians, gay men, and bisexuals. *American Journal of Orthopsychiatry*, *82*(4), 505-515. https://doi:10.1111/j.1939-0025.2012.01185.x

Beemyn, G. (2011). *How might the needs of transgender people differ from the needs of non-transgender lesbian, gay, and bisexual (LGB) people?* The Stonewall Center at the University of Massachusetts. http://www.umass.edu/stonewall/uploads/listWidget/8753/needs%20of%20transpeople.pdf

Bradshaw, K., Dehlin, J. P., Crowell, K. A., Galliher, R. V., & Bradshaw, W. S. (2015). Sexual orientation change efforts through psychotherapy for LGBQ individuals affiliated with the Church of Jesus Christ of Latter-day Saints. *Journal of Sex & Marital Therapy, 41,* 391–412. http://dx.doi.org/10.1080/0092623X.2014.915907

Center for Collegiate Mental Health [CCMH] (2015). *2014 Annual Report*. University Park, PA. https://ccmh.psu.edu/publications/

Coley, J. S. (2018) Theologies of Exclusion: Christian Universities and discrimination against Sexual Minorities. *Sociological Spectrum, 38:6,* 422-437. https://dx.doi.10.1080/02732173.2018.1564097

Craig, S. L., Austin, A., Rashidi, M., & Adams, M. (2017). Fighting for survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and universities, *Journal of Gay & Lesbian Social Services, 29:1,* 1-24. https://doi:10.1080/10538720.2016.1260512

Cunningham, J. R., **Wolff, J.** (Chair), Himes, H. L. (Reader), & Nichols, L. (Reader) (2017). *Differences in Mental Health for Sexual Minority Students at Faith-based Colleges/Universities and in the General College/University Population* (No. 10621654). Available from Dissertations & Theses @ Adler University, ProQuest Database. https://www.proquest.com/dissertations-theses/differences-mental-health-sexual-minority/docview/1938298886/se-2?accountid=26166

Effrig, J. C., Bieschke, K., & Locke, B. (2011). Examining victimization and psychological distress in transgender college students. *Journal of College Counseling, 14(3),* 143–157.

Effrig, J. C., Maloch, J. K., McAleavey, A., Lke, B. D., & Bieschke, K. J. (2014). Change in depressive symptoms among treatment-seeking college students who are sexual minorities. *Journal of College Counseling, 17(3),* 271-285.

Galek, K., Flannelly, K. J., Ellison, C. G., Silton, N. R., & Jankowski, K. B. (2015). Religion, meaning and purpose, and mental health. *Psychology of Religion and Spirituality, 7,* 1–12. http://dx.doi.org/10.1037/a0037887

Garvey, J. C., & Inkelas, K. K. (2012). Exploring relationships between sexual orientation and satisfaction with faculty and staff interactions. *Journal of Homosexuality, 59(8),* 1167–1190.

Garvey, J. C., Squire, D. D., Stachler, B. & Rankin, S. (2018). The impact of campus climate on queer-spectrum student academic success. *Journal of LGBT Youth*, *15*, 89-105. https://doi.org/10.1080/19361653.2018.1429978

Hamblin, R., & Gross, A. M. (2013). Role of religious attendance and identity conflict in psychological well-being. *Journal of Religion and Health, 52,* 817–827. http://dx.doi.org/10.1007/s10943-011-9514-4

Hatzenbuehler, M. L, Birkett, M., Van Wagenen, A. & Meyer, I. H. (2014). Protective school climates and reduced risk for suicide ideation in sexual minority youths. *American Journal of Public Health*, *104*, 279-286. https://doi.org/10.2105/AJPH.2013.301508

Hatzenbuehler, M. L., Keyes, K. M., & Hasin, D. S. (2009). State-level policies and psychiatric morbidity in lesbian, gay, and bisexual populations. *American Journal of Public Health, 99,* 2275-2281. https://doi.org/10.2105/AJPH.2008.153510

Hatzenbuehler, M., Pachankis, J., & **Wolff, J**. (2012). Religious climate and health-risk behaviors in sexual minority youths: A population-based study. *American Journal of Public Health, 102(4),* 657-663. dx.doi.org/10.2105/AJPH.2011.300517

Heiden-Rootes, K., Wiegand, A., Thomas, D., Moore, R. M., & Ross, K.A. (2020) A national survey on depression, internalized homophobia, college religiosity, and climate of acceptance on college campuses for sexual minority adults. *Journal of Homosexuality, 67:4,* 435-451. https://10.1080/00918369.2018.1550329

Ioverno, S., Belser, A. B., Baiocco, R., Grossman, A. H., & Russell, S. T. (2016). The protective role of gay–straight alliances for lesbian, gay, bisexual, and questioning students: A prospective analysis. P*sychology of Sexual Orientation & Gender Diversity, 3(4),* 397-406. https://dx.doi.org/10.1037/sgd0000193

Jones, S. L., & Yarhouse, M. A. (2011). A Longitudinal Study of Attempted Religiously Mediated Sexual Orientation Change. *Journal of Sex & Marital Therapy, 37:5,* 404-427. https://doi.10.1080/0092623X.2011.607052

Kisch, J., Leino, E. V., & Silverman, M. M. (2005). Aspects of suicidal behavior, depression, and treatment in college students: Results from the spring 2000 national college health assessment survey. *Suicide and Life-Threatening Behavior, 35,* 3–13. http://dx.doi.org/10.1521/suli.35.1.3.59263

Lockhart, J. (April, 2013). Sexual & Gender Minority Students Speak Out: A Campus Climate Survey. *Presentation at the Fordham University Undergraduate Research Symposium.*

Maloch, J. K., Bieschke, K. J., McAleavey, A. A., & Locke, B. D. (2013). Eating concerns in college women across sexual orientation identities. *Journal of College Counseling, 16,* 275–288. http://dx.doi.org/10.1002/j.2161-1882.2013.00042.x

McAleavey, A. A., Nordberg, S. S., Hayes, J. A., Castonguay, L. G., Locke, B. D., & Lockard, A. J. (2011). Sexual orientation minorities in college counseling: Prevalence, distress, and symptom profiles. *Journal of College Counseling, 14(2)*, 127-142. https://doi.org/10.1002/j.2161-1882-2011.tb00268x.

McEntarfer, H. K. (2011). "Not going away": Approaches used by students, faculty, and staff members to create Gay-Straight Alliances at three religiously affiliated universities. *Journal of LGBT Youth, 8(4),* 309-331. http://dx.doi.org/10.1080/19361653.2011.607623

Meier, S. C., & Labuski, C. M. (2013). The demographics of the transgender population. In A. K. Baumle (ed.), *International handbook on the demography of sexuality. International Handbooks of Population 5* (pp. 289–327). Dordrecht, the Netherlands: Springer.

Meyer, I. H., Oullette, S. C., Haile, R., & McFarlane, T. A. (2011). "We'd be free": Narratives of life without homophobia, racism, or sexism. *Sexuality Research & Social Policy, 8(3)*, 204-214.

Pachankis, J. E. (2007). The psychological implications of concealing a stigma: A cognitive-affective-behavioral model. *Psychological Bulletin, 133,* 328–345. http://dx.doi.org/10.1037/0033-2909.133.2.328

Pachankis, J. E., & Goldfried, M. R. (2006). Social anxiety in young gay men. *Journal of Anxiety Disorders, 20,* 996–1015. http://dx.doi.org/10.1016/j.janxdis.2006.01.001

Raifman, J., Moscoe, E., Austin, S.B., Hatzenbuehler, M.L., & Galea, S. (2018). Association of state laws permitting denial of services to same-sex couples with mental distress in sexual minority adults: A Difference-in-Difference-in-Differences Analysis. *JAMA Psychiatry, 75(7),* 671–677. https://doi:10.1001/jamapsychiatry.2018.0757

Rankin, S.R. (2005), Campus climates for sexual minorities. *New Directions for Student Services, 2005,* 17-23. https://doi.org/10.1002/ss.170

Rankin, S. R., Weber, G., Blumenfeld, W., & Frazer, S. (2010). *2010 state of higher education for lesbian, gay, bisexual, and transgender people*. Charlotte, NC: Campus Pride.

Rodriguez, E. M. (2009). At the intersection of church and gay: A review of the psychological research on gay and lesbian Christians. *Journal of Homosexuality, 57,* 5–38. http://dx.doi.org/10.1080/00918360903445806

Rosario, M., Yali, A. M., Hunter, J., & Gwadz, M. V. (2006). Religion and health among lesbian, gay, and bisexual youths: An empirical investigation and theoretical explanation. In A. M. Omoto & H. S. Kurtzman (Eds.), *Sexual orientation and mental health: Examining identity and development in lesbian, gay, and bisexual people*. Washington, DC: APA. http://dx.doi.org/10.1037/11261-006

Seelman, K. L., Forge, N., Walls, N. E., & Bridges, N. (2015). School engagement among LGBTQ high school students: The roles of safe adults and gay–straight alliance characteristics. *Children and Youth Services Review, 57,* 19–29. http://dx.doi.org/10.1016/j.childyouth.2015.07.021

Silva, C., Chu, C., Monahan, K. R., & Joiner, T. E. (2015). Suicide risk among Sexual Minority college students: A mediated moderation model of sex and perceived burdensomeness. *Psychology of Sexual Orientation and Gender Diversity, 2,* 22–33. http://dx.doi.org/10.1037/sgd0000086

**Wolff, J.,** Okech, J. A., Smith, L. C., & Southwick, P. J. C. (2020). Protecting sexual and gender minorities in academic institutions with disallowing policies: Psychological, ethical, and accreditation concerns. *Training and Education in Professional Psychology, 14(3),* 249–256. https://dx.doi.org/10.1037/tep0000272

**Wolff, J**., Stueland Kay, T., Himes, H. L., & Alquijay, J. (2017). Transgender and gender non-conforming student experiences in Christian higher education: A Qualitative exploration. *Christian Higher Education*, *16(5),* 1–20. dx.doi.org/10.1080/15363759.2017.1310065

**Wolff, J,** Himes, H. L., Soares, S., & Miller Kwon, E. (2016). Sexual minority student experiences in non-affirming religious higher education: Mental health, outness and identity. *Psychology of Sexual Orientation and Gender Diversity, 3(2),* 201-212. dx.doi.org/10.1037/sgd0000162

**Wolff, J**., Himes, H., Miller Kwon, E., & Bollinger, R. (2012). Evangelical Christian college students and attitudes toward gay rights: A California university sample. *Journal of LGBT Youth, 9,* 200-224. dx.doi.org/10.1080/19361653.2012.652892

**Wolff, J**., & Himes, H. (2010). Purposeful exclusion of sexual minority youth in religious higher education: The implications of discrimination. *Christian Higher Education, 9,* 439-460. dx.doi.org/10.1080/15363759.2010.513630

Woodford, M. R., Han, Yoonsun, Craig, S. Lim, C., & Matney, M. (2014). Discrimination and mental health among sexual minority college students: The type and form of discrimination does matter. *Journal of Gay & Lesbian Metnal Health, 18*, 142-163. https://doi.org/10.1080/19359705.2013.833882

Woodford, M. R., & Kulick, A. (2015). Academic and social integration on campus among sexual minority students: The impacts of psychological and experiential campus climate. *American Journal of Community Psychology, 55,* 13–24. http://dx.doi.org/10.1007/s10464-014-9683-x

Yarhouse, M. A., Stratton, S. P., Dean, J. B., & Brooke, H. L. (2009). Listening to sexual minorities on Christian college campuses. *Journal of Psychology and Theology, 37(2),* 96-113. http://dx.doi.org/10.1177/009164710903700202

# APPENDIX A

**Relevant Resources and Resolutions of the American Psychological Association (APA)**

APA (n.d.). *Public policies, prejudice, and sexual and gender minority health.*
https://www.apa.org/advocacy/civil-rights/sexual-diversity/genderminority-health.pdf

APA (n.d.). *Social science research supporting passage of the Equality Act (H.R.5/S. 788).*
https://www.apa.org/advocacy/civil-rights/sexual-diversity/equality-act-research.pdf

APA (2021). *APA Resolution on Sexual Orientation Change Efforts.*
https://www.apa.org/about/policy/resolution-sexual-orientation-change-efforts.pdf

APA (2021). *Guidelines for Psychological Practice with Sexual Minority Persons.*
https://www.apa.org/about/policy/psychological-sexual-minority-persons.pdf

APA (2020). *APA Resolution on Campus Sexual Assault.*
https://www.apaservices.org/advocacy/news/biden-title-ix-sexual-misconduct?_ga=2.206657243.937657353.1635291609-1664239749.1600276786

APA (2020). *Resolution on opposing discriminatory laws, policies, and practices aimed at LGBTQ+ persons.* https://www.apa.org/pi/lgbt/resources/policy/opposing-laws

APA (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist, 70(9)*, 832-864. http://doi.org/10.1037/a0039906

APA Division 44/Society for the Psychology of Sexual Orientation and Gender Diversity (2021). *Professional psychology groups urge the U.S. Department of Education to protect LGBTQ+ students at religious colleges and universities.* https://www.apadivisions.org/division-44/news-events/religious-university-lgbtq-discrimination.pdf

## Exhibit 1 – Curriculum Vitae for Joshua R. Wolff

## EDUCATION & TRAINING

**Degrees**:

2009   Ph.D.   Biola University, Rosemead School of Psychology (Clinical Psychology)
- <u>Dissertation title</u>: Fathers' Experiences as Primary Medical Caretakers of Children with Life-threatening Illnesses
- Program accredited by the American Psychological Association (APA)

2006   M.A.   Biola University, Rosemead School of Psychology (Clinical Psychology)
- <u>Master's thesis</u>: Evangelical Christians and Attitudes toward Gays and Lesbians: Differentiating Between Sexual Orientation and Behavior.

2003   B.S.   University of Wisconsin-Stevens Point (UWSP) (Psychology)
- Concentration: Human Services

**Postdoctoral Fellowships:**

2013-2014   Congressional Science and Technology Fellow, American Association for the Advancement of Science (AAAS)/American Psychological Association (APA)
- U.S Senate Health, Education, Labor & Pensions (HELP) Committee, Majority Health Policy Office, Senator Tom Harkin

2010-2011   Boston Children's Hospital/Harvard Medical School, Department of Anesthesia, Peri-Operative Medicine, and Pain Management/Dept. of Psychiatry
- Psychological evaluation and intervention, biofeedback, medical consultation (inpatient and outpatient), pediatric rehabilitation

2009-2010   Boston Children's Hospital/Harvard Medical School, Pediatric Transplant Center (Depts. of Cardiology, Pulmonology, Nephrology, Hepatology, Psychiatry)
- Psychological evaluation, neuropsychological assessment, psychotherapy, medical consultation (inpatient and outpatient), pediatric medical research

**Doctoral Internship:**

2008-2009   Boston Children's Hospital/Harvard Medical School, Department of Psychiatry
- Major rotations: Inpatient Psychiatry, Medical Consultation/Liaison Service
- Minor rotations: Neuropsychological assessment, personality assessment, emergency medicine, behavioral medicine
- Internship accredited by the APA

**Pre-doctoral Externships**:

2007-2008   Children's Hospital Los Angeles (CHLA)/ University of Southern California (USC) Keck School of Medicine, Department of Hematology/Oncology, Neural Tumors Division, Neuropsychology Program
- Neuropsychological assessment, pediatric intervention

| | |
|---|---|
| 2006-2007 | CHLA/USC Keck School of Medicine, Department of Hematology/Oncology, Behavioral Sciences Section, School Transition and Re-entry (STAR) Program |

- Pediatric intervention, Section 504/IDEA services, treatment planning

| | |
|---|---|
| 2005-2006 | Biola University Counseling Center, La Mirada, CA |

- Outpatient psychotherapy

| | |
|---|---|
| 2005-2006 | Whittier Union School District, Pioneer School, School Psychology Program, Whittier, CA |

- Psychoeducational testing, IEP/Section 504 planning, psychotherapy

## GOVERNMENT CONTRACTING & PUBLIC POLICY EXPERIENCE

| | |
|---|---|
| 2020 | Grant Reviewer, *Zero Suicide Initiative*, Substance Abuse and Mental Health Services Administration (SAMHSA)/U.S. Department of Health & Human Services (HHS) |

| | |
|---|---|
| 2017 | Contributor/author, *LGBTQ Health Training Curriculum for Behavioral and Medical Professionals*, SAMHSA/HHS |

- Authored chapter on Sexual Minority Youth
- Authored chapter on Institutional Delivery of Inclusive Care

| | |
|---|---|
| 2016 | Grant Reviewer, *National Child Traumatic Stress Initiative* (NCTSI), SAMHSA/HHS. |

| | |
|---|---|
| 2016- | Federal Education Advocacy Coordinator (FEDAC), APA Education Directorate, Government Relations Office, Upper Midwest regional co-chair |

- Responsibilities include APA Midwest member outreach, communications distribution on legislative announcements, Congressional lobbying

| | |
|---|---|
| 2015 | Member, expert consensus panel, <u>Ending Conversion Therapy: Affirming and Supporting LGBTQ Youth</u> report in collaboration between SAMHSA and APA |

## APPOINTMENTS & EMPLOYMENT

### Academic:

| | |
|---|---|
| 2019- | Adjunct Professor, Department of Psychology, Adler University |
| 2019-2020 | Staff Psychologist, Department of Psychological Assessment, The Family Institute at Northwestern University |
| 2014-2018 | Assistant Professor, Department of Psychology, Adler University |
| 2011-2014 | Visiting Assistant Professor, Department of Psychology, Rhode Island College |
| 2008-2011 | Clinical Fellow, Department of Psychiatry, Harvard Medical School |
| 2007-2008 | Adjunct Faculty, Department of Psychology, Biola University |

### Other Professional Employment:

| | |
|---|---|
| 2018- | Independent Practice, 1099 Contractor for Blue Cross Blue Shield of Illinois |
| 2018 | Behavioral Health consultant, Born This Way Foundation/Propper Daley |

2011-2012    Research Consultant/Data Analyst, Division of Adolescent Medicine, Children's
Hospital Boston
2010    Research Technician, Division of Surgical Programs, Children's Hospital Boston
2003-2004    Youth Services Worker, Lutheran Social Services of WI and Upper MI

## PEER-REVIEWED JOURNAL PUBLICATIONS

1. **Wolff, J**., Stueland Kay, T., Biaggio, M., & Pantalone, D. (in press). Invited Commentary: Division 44 Public Comment to the APA Commission on Accreditation. Re-envisioning graduate psychology program accreditation: Promoting justice, equity, and public transparency. *Psychology of Sexual Orientation & Gender Diversity.*

2. Stueland Kay, T., **Wolff, J**., Himes, H. L., & Alquijay, J. (2021). A retrospective qualitative analysis of Christianity and its influence on gender identity development among transgender adults who were assigned female at birth. *Journal of Gay and Lesbian Mental Health* [advance online publication]. http://doi.10.1080/19359705.2021.1894297

3. Glassgold, J. M., & **Wolff, J** (2020). Expanding psychology training pathways for public policy preparedness across the professional lifespan. *American Psychologist, 75(7),* 933-944. http://dx.doi.org/10.1037/amp0000696

4. Raedel, D., **Wolff, J.,** Davis, E. L., & Ji, P. (2020). Clergy attitudes about ways to support the mental health of sexual and gender minorities. *Journal of Religion & Health, 59,* 3227–3246. https://doi.org/10.1007/s10943-020-01033-4

5. **Wolff, J.,** Okech, J. A., Smith, L. C., & Southwick, P. J. C. (2020). Protecting sexual and gender minorities in academic institutions with disallowing policies: Psychological, ethical, and accreditation concerns. *Training and Education in Professional Psychology, 14(3),* 249–256. https://dx.doi.org/10.1037/tep0000272

6. Puckett, J. A., **Wolff, J.,** Gunn, H. A., Woodward, E., & Pantalone, D. W. (2018). An investigation of religion and spirituality of sexual minorities in the United States: Exploring perceptions, intrinsic religiosity, and outness to religious communities. *International Journal for the Psychology of Religion & Spirituality, 28(3),* 145-161. doi.org/10.1080/10508619.2018.1464858

7. **Wolff, J**., Stueland Kay, T., Himes, H. L., & Alquijay, J. (2017). Transgender and gender non-conforming student experiences in Christian higher education: A Qualitative exploration. *Christian Higher Education, 16(5),* 1–20. dx.doi.org/10.1080/15363759.2017.1310065

8. **Wolff, J.,** Himes, H. L., Soares, S., & Miller Kwon, E. (2016). Sexual minority student experiences in non-affirming religious higher education: Mental health, outness and identity. *Psychology of Sexual Orientation and Gender Diversity, 3(2),* 201-212. dx.doi.org/10.1037/sgd0000162

9. **Wolff, J**., Allen, K. D., Himes, H. L., Fish, A. E., & Losardo, J. R. (2014). A retrospective examination of completed GLBTQ youth suicides in the United States: What can be learned from written online media? *Journal of Gay and Lesbian Mental Health, 18(1),* 3-30. doi.org/10.1080/19359705.2013.827607

10. Lochridge, J., **Wolff, J.**, Oliva, M., & OSullivan-Oliveira, J. (2013). Perceptions of adolescent solid organ transplant recipients and parents regarding self-care management at transition. *Pediatric Nursing, 39(2),* 81-89. PubMed PMID: 23705299.

11. **Wolff, J.**, Himes, H., Miller Kwon, E., & Bollinger, R. (2012). Evangelical Christian college students and attitudes toward gay rights: A California university sample. *Journal of LGBT Youth, 9,* 200-224. dx.doi.org/10.1080/19361653.2012.652892

12. Hatzenbuehler, M., Pachankis, J., & **Wolff, J**. (2012). Religious climate and health-risk behaviors in sexual minority youths: A population-based study. *American Journal of Public Health, 102(4),* 657-663. dx.doi.org/10.2105/AJPH.2011.300517

13. Sawicki, G., **Wolff, J.**, Chan, E., Mantell, P., Ziniel, S., Klements, E., Kahlon, P., & Woods, E. (2012). Coordination of healthcare for children with asthma: A qualitative evaluation of parent experiences. *International Journal of Person-Centered Medicine, 2(3)*, 391-399.

14. **Wolff, J.**, Pak, J., Meeske, K., Worden, J.W., & Katz, E.R. (2011). Understanding why fathers become primary medical caretakers of children with life-threatening illnesses. *Psychology of Men & Masculinity, 12,* 144-157. dx.doi.org/10.1037/a0022391

15. **Wolff, J.**, Pak, J., Meeske, K., Worden, J.W., & Katz, E.R. (2010). Challenges and coping styles of fathers as primary medical caretakers: A multicultural qualitative study. *Journal of Psychosocial Oncology, 28,* 202-217. dx.doi.org/10.1080/07347330903516902

16. **Wolff, J.**, & Himes, H. (2010). Purposeful exclusion of sexual minority youth in religious higher education: The implications of discrimination. *Christian Higher Education, 9,* 439-460. dx.doi.org/10.1080/15363759.2010.513630

## BOOK CHAPTERS & CONTRIBUTIONS TO EDITED VOLUMES

1. Stueland Kay, T., & **Wolff, J.** (2022, January – expected release date). LGBTQ students in non-affirming religious institutions. In Rivera, D., Abreu, R., & Gonzalez, K. (eds.). In *Affirming LGBTQ+ Students in Higher Education*. APA Press.

2. **Wolff, J.** (2018). Clinical issues for sexual minority youth. In *LGBT Curriculum for Health Providers*, SAMHSA/U.S. Department of Health & Human Services (HHS).

3. **Wolff, J.** (2018). Delivery of care and institutional issues. In *LGBT Curriculum for Health Providers*, SAMHSA/HHS.

4. **Wolff, J.** (2015). Reflections on attending a faith-based graduate program in clinical psychology. *In APAGS 2015 LGBT Guide to Graduate Programs in Psychology.*

5. **Wolff, J**. (2011). AMSA annual conferences as platforms to addressing problems in men's health. In Ward, P. & Hansen, M. (Eds.). *Beyond Borders: Masculinities and Margins. The 17th Annual American Men's Studies Conference Proceedings.* Men's Studies Press: Harriman, TN. dx.doi.org/10.3149/AMSA.17.181

## DISSERTATIONS CHAIRED (at Adler University)

1. Lichtenberger, P. (in progress). Experienced Anxiety in Clinical Psychology Doctoral Students on Practicum. *Anticipated completion date: June 2022.*

2. Binder, H. (in progress). Clergy Attitudes toward Sexual Minorities and the Role of Mental Health Providers. *Anticipated completion: September 2021.*

3. Pauken, T. (2020). Variation in Clergy Attitudes Toward Subgroups of the LGBTQ+ Community.

4. Harings, M. (2019). Atypical Antipsychotic Utilization: Children and Adolescents with ADHD.

5. McDermott, J. (2019). Clergy Attitudes Toward Homosexuality and Same-Sex Romantic Relationships.

6. Raedel, D. (2018). Clergy Attitudes Toward the Transgender Community.

7. Cunningham, J. (2017). Differences in Mental Health for Sexual Minority Students at Faith-Based Colleges/Universities and in the General College/University Population.

## OTHER PROFESSIONAL WRITINGS

1. **Wolff, J.,** & Glassgold, J. (2020, October). Using Psychology to Address Social Problems. *Psychology Today.*

2. **Wolff, J.,** Angyal, B., Ameen, E. & Stueland Kay, T. (2020, September). The Impacts of COVID-19 on Psychology Education & Training: Concerns, Disparities & Recommendations [Unpublished report]. *Society for the Psychology of Sexual Orientation & Gender Diversity and American Psychological Association of Graduate Students.*

3. **Wolff, J**. (2019, December). The Fatal Flaw in Accreditation. *Chronicle of Higher Education.*

4. **Wolff, J**., Stueland Kay, T., & Himes, H. L. (2017, November). How Can We Better Protect LGBTQ Students: Psychologists Take Action. Psychology Benefits Society*: A Blog of the Public Interest Directorate of the American Psychological Association.*

5. **Wolff, J**. (2016, Oct.). How the Federal Government Can Protect LGBTQ Students in Religious Colleges and Universities. *The Socially Responsible Practitioner: Adler University leadership blog.*
   - Featured on APA Public Interest Directorate blog.

6. **Wolff, J**. (2015, November). Ending Conversion Therapy: The Fight for LGBTQ Youth. *The Socially Responsible Practitioner: Adler University leadership blog.*

7. **Wolff, J**. (2015, October). How Social and Medical Sciences Can Stop "Conversion Therapy" Among LGBTQ Youth. *Sci on the Fly:* blog of the American Association for the Advancement of Science (AAAS).

8. **Wolff, J**. (2013, December). Why I Went to Washington, DC. *Psychology Benefits Society: A Blog of the Public Interest Directorate of the American Psychological Association.*

9. **Wolff, J**. (2011). Where 'Don't Ask, Don't Tell' Remains. *Inside Higher Education.*

10. **Wolff, J**. (2010). Letter to the APA Committee on LGBT Concerns. Presented at the *2010 Annual Committee Meeting of the Lesbian, Gay, Bisexual, and Transgender Concerns Office of the American Psychological Association.* APA: Washington, D.C.

## RESEARCH GRANTS & FUNDING

| 2016-2017 | Source: | Adler University Faculty Development Fund |
| | Awarded to: | Joshua Wolff (Principal Investigator) |
| | Study title: | Differences between faith-based and non-faith-based mental health among LGBTQ college students |
| | Amount: | $702 |

| 2012-2013 | Source: | Rhode Island College (RIC) Foundation/RIC Alumni Association |
| | Awarded to: | Joshua Wolff (Principal Investigator) |
| | Study title: | Sexual Minority Youth Experiences in Religious Higher Education: Health Risks and Campus Climate |
| | Amount: | $2560 |

| 2007-2008 | Source: | Biola University, Faculty Development Endowment |
| | Awarded to: | William Worden (Faculty Advisor), Joshua Wolff (Principal Investigator) |
| | Study title: | Fathers as Primary Medical Caretakers of Children with Cancer |
| | Amount: | $1500 |

## TEACHING EXPERIENCE *(additional information available via Teaching Portfolio, upon request)*

2014-present  **Adler University** – Department of Psychology
*Roles:* Assistant Professor (2014-2018), Adjunct Professor (2019-)
- Courses taught:
  - Assessment I: Intellectual and Achievement
  - Assessment II: Self-Report Personality
  - Assessment III: Performance-Based Personality
  - Child & Adolescent Psychotherapy
  - Advanced Child & Adolescent Intervention
  - Cognitive & Affective Bases of Behavior
  - Psychotherapy Practicum Seminar
  - Diagnostic Assessment Seminar
  - Professional Development Seminar
- Dissertation Chair & Committee Reader
- Committee Service: Academic Policies and Procedures (Chair), Psychological Assessment (Chair), Graduate Admissions, Campus Diversity

- Faculty Advisor: Adler Psychopharmacology student group
- Elected by peers as Faculty Council Representative
- Supervisor: graduate teaching assistants

2011-2014    **Rhode Island College** – Department of Psychology
*Role*: Assistant Professor, Visiting 3-year appointment
- Courses taught:
  - Advanced Research Methods
  - Introduction to Research Methods
  - Abnormal Psychology
  - Seminar in Personality Theories (Graduate)
  - Psychological Intervention and Counseling
  - Independent Study
- Psychological Testing
- Supervisor for graduate teaching assistant, undergraduate research assistants

2005-2008    **Biola University** – Department of Psychology
*Roles*: Teaching Assistant, Adjunct Faculty (noted below)
- Statistics laboratory with SPSS application, lab instructor (4 semesters)
- Clinical pre-practicum teaching assistant (1 semester)
- Research peer supervisor for undergraduate independent study (1 semester)
- Adjunct Faculty, Statistics for Social Sciences (2 semesters)

2001-2002    **University of Wisconsin-Stevens Point** – Department of Psychology
*Role*: Teaching Assistant
- Statistics laboratory (3 semesters)

## AWARDS, RECOGNITIONS, & HONORS

| | |
|---|---|
| 2020 | APA Division 44 Award for Distinguished Contributions to Education & Training |
| 2020 | Inducted as a Fellow of the APA, nominated by Division 44 |
| 2020 | Nominated to Advisory Panel on academic sexual harassment and discrimination by NORC at the University of Chicago, via National Science Foundation (NSF) |
| 2019 | Appointed to APA Task Force on Title-IX Exempt Institutions by Board of Educational Affairs (BEA), Nominated by APA Division 44 |
| 2018 | Appointed by APA President Daniel to inaugural Advocacy Coordinating Committee (ACC), Nominated by the APA Board of Educational Affairs (BEA) |
| 2018 | Nominated to the U.S. Department of Education, Negotiated Rule-Making Committee on Accreditation, by Brave Commons, Inc. |
| 2017 | Featured in "Highlighting LGBT Early Career Leaders in Division 44", poster presentation by l. m. dickey, APA Annual Convention |
| 2013 | APA Jacquelin Goldman Congressional Fellow |
| 2008 | 1st Place Award, Student Research Poster Competition, Society of Pediatric Psychology (APA Division 54) |
| 2006 | Who's Who Among America's College Students, Rosemead School of Psychology, Biola University |

| 2004 | Community Service Recognition Award, Wraparound Milwaukee, Milwaukee County Behavioral Health Division |
| 2003 | Outstanding Service Award, Psychology Department, UWSP |
| 2003 | Outstanding Research Award, Psychology Department, UWSP |

## LICENSES & CERTIFICATIONS

| 2015- | Licensed Clinical Psychologist, State of Illinois (071.009007) |
| 2011-2016 | Licensed Psychologist, State of Rhode Island (PS01235) |

## PROFESSIONAL MEMBERSHIPS

**Active**:

| 2017- | American Association of University Professors (AAUP) |
| 2015- | Illinois Psychological Association (IPA) |
| 2009- | Society for the Psychology of Sexual Orientation & Gender Diversity (Div. 44, APA) |
| 2006- | American Psychological Association (APA) |

**Previous**:

| 2017-2020 | Learning Disabilities Association of America (LDAA) |
| 2017-2018 | Society for Clinical Neuropsychology (Division 40, APA) |
| 2015-2017 | American Academy of Religion (AAR) |
| 2014 | Gay Lesbian & Allies Senate Staff (GLASS) Caucus, U.S. Senate |
| 2013-2014 | American Association for the Advancement of Science (AAAS) |
| 2011-2012 | Society for Psychological Evaluation, Measurement, and Statistics (Division 5, APA) |
| 2010-2012 | Harvard University Gay & Lesbian Caucus |
| 2007-2013 | Society for the Psychological Study of Men & Masculinity (Division 51, APA) |
| 2007-2010 | Society of Pediatric Psychology (Division 54, APA) |
| 2006-2007 | Christian Association for Psychological Studies |
| 2002 | Psi Chi |

## PROFESSIONAL LEADERSHIP & SERVICE

| 2021- | Member, Legislative Committee, IL Psychological Association |
| 2019-2020 | Member, APA Task Force on Title-IX Exempt Institutions |
| 2019 | Member, APA Advocacy Coordinating Committee |
|  | • Responsible for developing federal advocacy strategy for APA |
| 2013-2018 | APA Division 44 Task Force on Religion |
|  | • Member of inaugural task force |
|  | • Co-Chair (2016-2018) |
| 2010- | APA Division 44 - Education & Training Committee |
|  | • Co-Chair (2017-present) |
|  | • Co-Chair, Subcommittee on Higher Education Accreditation & Policy (2015-present) |
|  | • Project leader, review of 2010 Guidelines for Psychological Practice with Lesbian, Gay, and Bisexual Clients |

## PROFESSIONAL PRESENTATIONS

1. **Wolff, J**., & Glassgold, J. (2021, August). Strategies for building public policy engagement in psychology education and training. *Continuing education workshop. APA Annual Convention.*

2. **Wolff, J.** (2021, August). My journey of acceptance and advocacy for LGBTQ students in non-affirming religious higher education. [Invited Address] *Division 44 Fellows Address.* Russell, G. (chair). APA Annual Convention.

3. Angyal, B., **Wolff, J.,** Polishchuk, K., Mancoll, S., Grus, C., & Illapperuma, C. (2021, April). Graduate School in the Covid-19 Pandemic: Advocacy Strategies for Success. *Webinar sponsored by the APA.*

4. Angyal, B., **Wolff, J**., Brown, F., & Chávez-Korell, S. (2020, November). Multicultural Considerations for Graduate Psychology Training during the Covid-19 Pandemic. *Michigan School of Psychology* [Symposium Presentation].

5. Angyal, B., & **Wolff, J.** (2020, November). Graduate School in the Covid-19 Pandemic: Concerns, Actions, and Ways to Succeed. *Michigan School of Psychology* [Invited Address].

6. **Wolff, J**. (2020, October). What is a neuropsychological evaluation, and when should I refer my client to get one? *Department of Marriage & Family Therapy, Northwestern University.* [invited guest lecture] Evanston, IL.

7. **Wolff, J.**, & Wolok, A. (2020, February). Child-centered neuropsychological assessment of the gifted child. *Illinois Association for Gifted Children Annual Convention.* Naperville, IL.

8. **Wolff, J**. & Jackson, W. (2019, October). Reflections from an AAAS Congressional Fellow. *American Association for the Advancement of Science (AAAS) Science & Technology Forum.* Northwestern University. Invited address.

9. **Wolff, J.** (2019, October). A person-centered approach to neuropsychological assessment of the gifted child. *Center for Talent Development Symposium.* Northwestern University. Invited address.

10. Vincent, T., Wilson, A., **Wolff, J.,** & Konnick, B. (2019, September). *Public policy engagement for scientists: Experiences as an AAAS Congressional Fellow.* University of Chicago. Invited address.

11. **Wolff, J.**, & Davis, E. (2019, August). Forming community partnerships to reduce health disparities for vulnerable populations (Co-chairs). Symposium conducted at the *APA Annual Convention.* Chicago, IL.

12. **Wolff, J.** (2018, August). When faith matters more than gender and sexuality: Challenges in faith-based higher education. In A. Cerbone (chair), *Ethical conflicts when faith matters more than sexual orientation.* Symposium conducted at the APA Annual Convention, San Francisco, CA.

13.  **Wolff, J**. (2017, October). Challenges for sexual and gender minority students in non-affirming faith-based higher education. *Tyler Clementi Center Academic Colloquium: Emerging Research on Queer- and Trans-Spectrum Students across Higher Education.* Invited address, Rutgers University, New Brunswick, NJ.

14.  Vincent, T., **Wolff, J.**, Margolis, J., Augustine, A. (2017, September). *AAAS Science & Technology Policy Fellowship Panel.* Invited presentation, sponsored by the Office of The Provost, University of Chicago, Chicago, IL.

15.  **Wolff, J.**, & Cunningham, J. (2017, August). Challenges for sexual minority students in non-affirming faith-based higher education: A comparison study. In M. Yarhouse & J. Wolff (co-chairs), *Sexual minority student issues in religious higher education.* Symposium conducted at the APA 2017 Annual Convention, Washington, DC.

16.  **Wolff, J.**, & Southwick, P. (2017, March). *Challenges for sexual and gender minority students in non-affirming faith-based higher education: Psychological and legal perspectives.* Continuing Education Webinar. Co-sponsored by APA Division 44 and the American Bar Association Commission on Sexual Orientation and Gender Identity.

17.  **Wolff, J.**, Cali, B., Versical, C., & Jasinski, N. (2016, December). Early career psychologist panel. *Association of Chicagoland Externship and Practicum Training* (ACEPT) *Practicum Fair.* Invited address from *Illinois Psychological Association of Graduate Students* (IPAGS). Presentation held at Roosevelt University, Chicago, IL.

18.  **Wolff, J.**, & Stueland Kay, T. (2016, August). The intersection of religion & spirituality among transgender and gender diverse individuals in faith-based higher education. In M. Brennan-Ing & E. Deneke (co-chairs), *Intersecting identities: Religion, spirituality, and gender identity.* Symposium conducted at the APA 2016 Annual Convention, Denver, CO.

19.  **Wolff, J.** (2016, February). The intersection of LGBTQ identity, religion, & mental health in childhood & adolescence. *Psychology of Religion undergraduate course.* Invited guest lecture at The Art Institute of Chicago, Chicago, IL.

20.  **Wolff, J**. (2015, November). LGBTQ Evangelicals: Toward a scientific understanding of mental health and identity. In D. Jian Lee (chair), *Queer Christians and the changing tide in Evangelical Christianity.* Symposium conducted at the 2015 Annual Convention of the American Academy of Religion, Atlanta, Georgia.

21.  **Wolff, J.**, & Grant, O. (2015, August). From the Capitol to the classroom: Integrating public policy training into graduate psychology education. In D. Dodgen (chair), *Using psychological science to influence public health and public policy.* Symposium conducted at the APA 2015 Annual Convention, Toronto, Ontario.

22.  Davis, E., **Wolff, J.** (co-chair), Glassgold, J., Hathaway, W., Ritter, K., Hall, E., & Haldeman, D. (August, 2015). *A dialogue on the intersection of religion/spirituality, sexual orientation, and gender identity.* Symposium held at the APA 2015 Annual Convention, Toronto, Ontario.

23.    Yarhouse, M., **Wolff, J.** (co-chair), Ryan, C., Stratton, S., Russell, G., Anderson, T., & Gonsiorek, J. (2014, August). *Integrating identities: Spirituality, religion, and sexuality.* Symposium held at the APA 2014 Annual Convention, Washington, D.C.

24.    **Wolff, J.** (chair & presenter), Himes, H., Lingenfelter, J., & Biaggio, M. (2013, July). *Untold stories, unheard voices: LGBTQA experiences in religious higher education.* Symposium conducted at the APA 2013 Annual Convention, Honolulu, HI.

25.    **Wolff, J.**, Lingenfelter, J., Waterson, T. (2013, May). *Sexual minority alumni experiences in religious higher education.* Invited panel presentation held at Biola University, La Mirada, CA.

26.    Threlkeld, S., **Wolff, J.**, & Soares, S. (2013, March). Understanding the causes and influences of sexual orientation and gender: A review of what is known. *Eliminating Boundaries with H.O.P.E.* Conference held at Rhode Island College, Providence, RI.

27.    **Wolff, J.** (2013, February). Examining completed GLBTQ youth suicides and associated risk factors: What can be learned from the media? *Psychology Department Colloquium.* Invited address held at Rogers Williams University, Bristol, RI.

28.    **Wolff, J.**, Losardo, J., Fish, A., & Fitzpatrick, A. (2012, November). *Reducing health-risk disparities among sexual minority youth.* Presentation at the Promising Practices 15TH Annual Conference held at Rhode Island College, Providence, RI.

29.    **Wolff, J.,** & Threlkeld, S. (2012, October). Straight eye for the queer guy: Exploring gay-straight friendships. *Diversity Week Annual Seminar series.* Presentation conducted at Rhode Island College, Providence, RI.

30.    **Wolff, J.**, & Kim, R. (2012, May). Risk-factors for suicide in college students. *Faculty Research Symposium.* Symposium held at Rhode Island College, Providence, RI.

31.    Lochridge, J., **Wolff, J.**, Oliva, M. & O'Sullivan Oliveira, J. (2011, September). Perceptions of adolescent organ transplant recipients and parents regarding self-care at transition. *Building the Science of Pediatric Nursing Symposium.* Poster presentation at *Boston Children's Hospital.*

32.    **Wolff, J.**, & Himes, H. L. (2011, May). Sexual minority youth in religious higher education: Health-risk factors, campus climate, and experiences with stigma. *Annual Meeting in Minority Health Policy.* Poster presentation at *Harvard Medical School/Harvard School of Public Health*, Boston, MA.

33.    Hession-Laband, E., **Wolff, J.,** & O'Sullivan-Oliveira, J. (2011, March). Parents' and nurses' perspectives on pain and pain management in pediatric ureteral reimplantation surgical patients. *Patient Program for Safety and Quality Research Symposium.* Poster presentation conducted at *Children's Hospital Boston*, MA.

34.    Sawicki, G., **Wolff, J.,** Chan, E., & Woods, E. (2011, March). Community asthma initiative: Quality improvement and parent satisfaction. *Patient Program for Safety and Quality Research Symposium.* Poster presentation held at *Children's Hospital Boston, MA.*

35.    Lochridge, J., **Wolff, J.**, & O'Sullivan Oliveira, J. (2011, March). Perceptions of adolescent organ transplant recipients and parents regarding self-care at transition. *Patient Program for Safety and Quality Research Symposium*. Poster presentation held at Boston Children's Hospital.

36.    **Wolff, J.** (2010, July). Mental health competencies: The intersection of sexual minority youth and religious issues. *Psychiatry Rounds, Consultation & Liaison Service*. Presentation conducted at Children's Hospital Boston, Boston, MA.

37.    **Wolff, J.** (2010, July). Perceptions of adolescent solid organ transplant recipients and parents regarding self-care management at transition. *Fellows Clinical Seminar Series*. Presentation held at *Children's Hospital Boston*, Boston, MA.

38.    **Wolff, J.,** & Lochridge, J. (2010, June). Perceptions of adolescent solid organ transplant recipients and parents regarding self-care management at transition. *Grand Rounds, Pediatric Transplant Center*. Presentation conducted at *Children's Hospital Boston*, Boston, MA.

39.    **Wolff, J.**, Lochridge, J., Oliva, M., & O'Sullivan Oliveira, J. (2010, April). Perceptions of adolescent solid organ transplant recipients and parents regarding self-care management at transition. *Dr. Judah M. Folkman Research Day*. Poster presentation at *Boston Children's Hospital*.

40.    **Wolff, J.**, Lochridge, J., Oliva, M., & O'Sullivan Oliveira, J. (2010, March). Perceptions of adolescent solid organ transplant recipients and parents regarding self-care management at transition. *Mysell Lecture Symposium*. Poster presentation at *Harvard Medical School*, Boston, MA.

41.    **Wolff, J.**, Pak, J., Meeske, K., Worden, J. W., & Katz, E.R. (2009, April). *Fathers as primary medical caretakers of children with major illnesses: An underrepresented population in pediatric health care.* Paper presentation at the American Men's Studies Association (AMSA) 17th Annual Conference held in Montreal, Quebec, Canada.

42.    **Wolff, J.**, Pak, J., Meeske, K., Worden, J. W., & Katz, E.R. (2008, August). Fathers as primary medical caretakers of children with serious illness. *In Division 54 (Society of Pediatric Psychology) Poster Symposium*. Poster presented at the APA Annual Conference, Boston, MA.

43.    Asamen, J., Corpuz, R., Keener, J., Lee, L., Grant, D., & **Wolff, J** (2007, April). *Graduate psychology education: The transformative development of practitioner-scholars*. Panel presentation at the Western Association of Schools and Colleges (WASC) Annual Meeting, San Jose, CA.

44.    Ganz, M., **Wolff, J.**, Himes, H., & Miller, E. (2006, October). Assessing attitudes toward homosexuality amongst evangelical Christian college students. In *Panel on University Student Assessment*. Paper presentation at the Multicultural Research and Training Conference, held at Pepperdine University, Los Angeles, CA.

45.    Ganz, M., **Wolff, J.**, Himes, H., Miller, E., Strauss, G., Edwards, K., Herr, K., & Bollinger, R. (2006, August). Evangelicals and attitudes toward gay men and lesbians: Differentiation between sexual orientation and sexual behavior. In *Division 36 (Psychology of Religion) Poster Symposium*. Poster presented at the APA 2006 Annual Convention, New Orleans, LA.

## RESEARCH CONSULTING WORK

2010-2011    <u>Title</u>: Parents' and nurses' perspectives on pain and pain management in pediatric ureteral reimplantation surgical patients.
<u>Institution</u>: Children's Hospital Boston, Division of Surgical Programs
<u>Role</u>: Research Consultant, Data Analyst, NVIVO training
<u>Principal Investigator</u>: Elaine Hession-Laband, MSN

2010-2011    <u>Title</u>: Long Acting Reversible Contraception: Attitudes and Uses
<u>Institution</u>: Children's Hospital Boston, Division of Adolescent Medicine
<u>Role</u>: Research Consultant, Interviewer, Data Analyst
<u>Principal Investigator</u>: Pamela Burke, PhD, MSN, RN

## MEDIA INTERVIEWS & PRESS COVERAGE

2021 (July)    *American Psychological Association.* Advocating for expanded protections for LGBTQ+ students with the Department of Education Office of Civil Rights.
2021 (May)    *The Washington Post.* Psychological Groups call for greater protection of LGBTQ Students at Religious Schools.
2021 (April)    *Religion News Service.* Are LGBTQ Students at Christian schools discriminated against? A lawsuit, scholarly studies say yes.
2018 (Oct.)    *OutFront Minnesota.* Interviewed on efforts to ban use of conversion therapy.
2018 (Oct.)    *NBC Left Field.* Interviewed as expert consultant prior to production. Special on "One Man's Quest to Ban Conversion Therapy in California".
2017 (Sept.)    *Chappy's Musings/Goal, Inc.* Sexual Minority Students in Non-Affirming Religious Universities.
2017 (June)    *Faith in America,* SBC outreach documentary clip (*password:* video)
2017 (May)    *Adler University* "Agents of Social Change" podcast:
2016 (Oct.)    *Adler University blog,* "How the Federal Government can do more to Protect LGBTQ Students who attend Religious Universities & Colleges" [link expired]
2016 (March)    *WGN Radio,* "Ending the Practice of Conversion Therapy among LGBTQ Youth"
2016 (Feb.)    *WGN Radio,* "Let's Talk About Sex Series: Helping Parents Respond to their LGBTQ Child's Coming Out"
2015 (Nov.)    *South Florida Gay News,* "No Conversion Therapy for Minors"
2015 (Nov.)    *Adler University blog:* "Why I'm Learning Advocacy as a Clinician"
2015 (Oct.)    *Chicago Tribune:* "Clear message to LGBTQ conversion therapists: Stop it"
2015 (Oct.)    *Adler University,* press release.
2014 (Dec.)    *Moody Bible Institute Radio* interview on "Can one be gay, Christian and celibate"?
2014 (Aug.)    *The Monitor on Psychology,* "Meet APA's 2014 Fellows"
2014 (July)    Interviewed by Religion News Service about 'Celibacy among gay Christians', featured in *The Washington Post* and *The Huffington Post*
2014 (July)    *New York Magazine* on 'The Ex-ex gay movement'
2013 (May)    Interviewed by Deborah Jian Lee, author of "Rescuing Jesus: How People of Color, Women, and Queer Christians are Reclaiming Evangelicalism" (Beacon Press)
2013 (April)    *New York City Daily News Service,* "Role models for gay youth."
2012 (Nov.)    Documentary project, "*On God's Campus*", regarding GLBTQ student experiences at religious colleges.

2012 (June)    *Options Magazine* about marriage equality initiative in Rhode Island
2012 (May)     *Biola Chimes* on "LGBTQ Experiences at Religious Colleges"
2012 (May)     *Inside Higher Ed* on "LGBTQ Experiences at Non-Affirming Religious Colleges"
2012 (Jan.)    *American Foundation for Equal Rights* on controversies surrounding conversion therapy

## CERTIFICATES & ADVANCED TRAININGS

2021    Assessment, Diagnosis, and Intervention for Autism Spectrum Disorder, *American Academy of Pediatrics, continuing medical education course.* 6.5 hours.
2020    Delivering Online Instruction via Learning Management Systems (LMS), *faculty training, offered by Adler University Department of Online Learning.* 10 hours.
2017    Psychological Testing for High Stakes Evaluations, *Workshop at APA Annual Convention*
2015    Trauma-Focused Cognitive Behavioral Therapy (TF-CBT), *Medical University of South Carolina* (10-hour online course)
2011    Biofeedback, Thought Technology Ltd. (4-week online course with equipment present)
2010    Child Health Policy Training & Advocacy, *The Public Policy Institute and Children's Hospital, Boston* (6-week course)

## SPECIALIZED SKILLS

1.  General Computer Software: Microsoft Word, Excel, Outlook, PowerPoint
2.  Online Teaching Platforms: BlackBoard, Moodle, Hotchalk Ember, Canvas LMS
3.  Research & Statistical Analysis: SPSS, NVivo, NIH eRA Commons
4.  Medical Record Software: Powerchart, EPIC, Eclipsis, Advanced MD
5.  Languages: Intermediate Spanish receptive language and reading fluency
6.  Media Interviewing: Radio, live television, print newspaper
7.  Writing: Academic publication, blogs, media & general audiences
8.  Child & adolescent psychotherapy
9.  Psychological, psychoeducational, & neuropsychological assessment with children, adolescents, and young adults

## COMMUNITY SERVICE AND VOLUNTEER WORK

2021         Volunteer, Center for Companies that Care (CTC)
2018-2019    Member, Board of Directors, Proud to Run Chicago
2017         Member, Medical Advisory Board, Faith in America
2014- 2018   AIDS Walk Chicago fundraiser
2016         Gay Father's Group Facilitator, Center on Halsted, Chicago, IL
2014         Philadelphia Trans Health Conference, conference volunteer
2013         AIDS Walk Washington, fundraiser and participant
2012-2013    Marriage Equality Rhode Island, volunteer
- Experience with election canvassing, voter registration, phone banks, and meeting with politicians to discuss LGBTQ policy issues
- "Community Volunteer of the Month" in *Options Magazine*, September 2012
2010         NStar Walk for Children, fundraiser and walker, Boston, MA
2008         WeCan Pediatric Brain Tumor Network, Camp retreat volunteer

| 2007-2008 | Children's Hospital Los Angeles, staff volunteer for various events |
| 2004-2005 | Here's Life Inner City Los Angeles, Afterschool program tutor |
| 2003-2004 | Wraparound Milwaukee Youth Mentor, Milwaukee County Behavioral Health Division |
| 2002 | Here's Life Inner City, Summer Project, Los Angeles |

## EDITORIAL SERVICE

| 2021 | Ad Hoc Reviewer, *Psychology of Sexual Orientation & Gender Diversity* |
| 2020 | Ad Hoc Reviewer, *American Psychologist* |
| 2020 | Ad Hoc Reviewer, *Spirituality in Clinical Practice* |
| 2019 | Ad Hoc Reviewer, *APA Committee on Sexual Orientation & Gender Diversity* (CSOGD) |
| 2016 | Ad Hoc Reviewer, *Archives of Sexual Behavior* |
| 2014 | Ad Hoc Reviewer, *Journal for Sex Research* |
| 2012 | Ad Hoc Reviewer, *Journal of Homosexuality* |
| 2012 | Ad Hoc Reviewer, *Journal of Psychology* & *Christianity* |

## CREDENTIALS & MISC. CLINICAL

| 2018- | Credentialed Provided, IL Medicaid (IMPACT) |
| 2015- | Credentialed Provider, Blue Cross Blue Shield (BCBS) of Illinois |