**Paul Carlos Southwick (OSB 095141)**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
211 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Alletta S. Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

**Misha Isaak (OSB 086430)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER: et al., <br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; et al. <br> Defendants. <br><br> v. <br><br> COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a/ CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY, <br><br> Defendants-Intervenors. | Case No. 6:21-cv-00474-AA <br><br> **DECLARATION OF PLAINTIFFS' EXPERT WITNESS JONATHAN S. COLEY, Ph.D.** |

I, Jonathan S. Coley, Ph.D., declare under penalty of perjury that the following is true and correct:

1. The plaintiffs have retained me as an expert in this matter.

2. If called as a witness, I would offer testimony as to those matters set forth in my report, which is attached to this declaration. My report contains a complete statement of my opinions in this case and the basis and reasons for them; the facts

or data I considered in forming them; my qualifications, including a list of all publications I authored in the past 10 years; a list of all other cases I have testified in from the last 4 years; and a statement of the compensation I am being paid for my work in this case.

Executed on: October 29, 2021

*Jonathan S. Coley*
_____
Jonathan S. Coley, Ph.D.

DECLARATION OF PLAINTIFFS'
WITNESS JONATHAN S. COLEY, Ph.D.

## Report of Jonathan S. Coley

I.    Qualifications & Methodology

I am currently an Assistant Professor of Sociology at Oklahoma State University. I have extensive experience conducting quantitative and qualitative studies on sexual and gender minorities at U.S. colleges and universities, with a particular focus on LGBTQ (lesbian, gay, bisexual, transgender, and queer) students at Christian colleges and universities. As part of my research, I constructed a database of LGBTQ student groups at four-year, not-for-profit Christian colleges and universities in the United States. I similarly collected data on nondiscrimination policies inclusive of sexual orientation, nondiscrimination policies inclusive of gender identity, and discriminatory policies at Christian colleges and universities in the United States. Finally, I conducted interviews exploring the experiences of LGBTQ and allied students at several Christian colleges and universities in the United States. Overall, my research on LGBTQ issues at Christian colleges and universities has resulted in a peer-reviewed book (*Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*, The University of North Carolina Press 2018), several peer-reviewed articles, and several refereed conference presentations.

I was retained by Paul Southwick Law to provide opinions on LGBTQ issues at Christian colleges and universities in the United States. I received $100 in compensation per hour in connection to my work on this case. I reviewed the documents listed in Appendix A while forming my opinions on this case. I also base my opinions on my own research and review of literature regarding LGBTQ students at Christian colleges and universities, as described below.

II.    Educational Background

I received a B.A. (with University Honors) in Political Science from Samford University in 2010, an M.A. in Sociology from Vanderbilt University in 2013, and a Ph.D. in Sociology from Vanderbilt University in 2016. Prior to joining the Department of Sociology at Oklahoma State University, I was an Assistant Professor of Sociology in the Department of Sociology and Anthropology at Monmouth College from 2016 to 2018. I was trained in both quantitative and qualitative methodologies and have published a book and over two dozen articles primarily within peer-reviewed sociology journals. I have received several honors in connection with my work on LGBTQ issues at Christian colleges and universities, including the Mid-South Sociological Association's 2018 Stanford M. Lyman Distinguished Book Award for my book *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. My complete CV is attached as Exhibit 1.


III.    Findings

In the sections that follow, I discuss (a) historical background on LGBTQ students and LGBTQ student groups at Christian colleges and universities, (b) reasons why LGBTQ students attend Christian colleges and universities, (c) policies toward LGBTQ students and LGBTQ student groups at Christian colleges and universities, (d) the estimated size of the population impacted by policies toward LGBTQ students at Christian colleges and universities, and (e) the impacts of discriminatory policies on LGBTQ students at Christian colleges and universities.


A.    Background on LGBTQ Students at Christian Colleges and Universities

Research suggests that, prior to the 1960s, LGBTQ students were seldom open about their sexual orientations or gender identities, and LGBTQ student groups did not exist at any

U.S. colleges or universities due to widespread discrimination and stigma against LGBTQ people (Coley 2018a:24). However, the first lesbian and gay student groups did emerge at secular colleges and universities in the late 1960s and 1970s (Coley 2018a:24), and some Catholic and Protestant colleges and universities granted approval to lesbian and gay student groups by the 1980s and 1990s (Coley 2018a:30). Requests for the approval of LGBTQ student groups have grown over the past few decades in part because younger people are becoming increasingly comfortable publicly identifying as LGBTQ (Jones 2021). Nevertheless, most evangelical Protestant, Church of Jesus Christ of Latter-day Saints, and nondenominational Christian colleges and universities, many of which are associated with the Council for Christian Colleges & Universities, have historically discriminated against LGBTQ students and banned LGBTQ student groups (Coley 2017, 2018a, 2018b). These Christian colleges and universities' discrimination against LGBTQ students parallels many Christian colleges and universities' staunch opposition to racial desegregation in the 1950s and 1960s (e.g., Newman 2001:155, Hawkins 2021:71, 167; Petrey 2020:24, 46).

B.      Reasons LGBTQ Students Attend Christian Colleges and Universities

Through in-depth interviews with LGBTQ students at four Christian colleges and universities in the United States (Belmont University, Catholic University of America, Goshen College, and Loyola University Chicago), I found that LGBTQ students attend Christian colleges and universities largely for the same reasons as heterosexual students (Coley 2018a). First, many LGBTQ students themselves are Christian and seek to attend a school where they can grow in their faith at the same time as they pursue a college degree. Second, some Christian colleges and universities are highly regarded academically – for example, Baylor University, Brigham Young

University-Provo, and the University of Notre Dame rank among the top 100 national

universities in the United States according to the U.S. News and World Report (2021) – and so

LGBTQ students may attend these schools for primarily academic reasons. Third, LGBTQ

students sometimes select colleges and universities based on very practical criteria, such as the

amount of financial aid a school has offered them, the proximity of a school to their home,

and/or the appealing location of a school; some Christian colleges and universities may have best

fit such practical criteria that LGBTQ students used during their college search. Fourth, some

LGBTQ students attended Christian colleges and universities because their parents urged them to

attend these schools and would only agree to financially support them if they attended such

schools. Finally, some LGBTQ students do not fully understand or know their own sexual

orientation and/or gender identity until they get to college, and they may not have considered a

school's policies toward LGBTQ students when deciding on a school to attend.


C.    Policies toward LGBTQ Students at Christian Colleges and Universities

Once LGBTQ students arrive at Christian colleges and universities, they are sometimes

subject to discriminatory policies and frequently have difficulty establishing LGBTQ student

groups. Because of the need for systematic data on LGBTQ-related policies at Christian colleges

and universities, I conducted and published the first systematic, sociological studies on

nondiscrimination policies and discriminatory policies at Christian colleges and universities

(Coley 2017, 2018). Specifically, in 2013, I constructed a database of 682 four-year, not-for-

profit Christian colleges and universities using data from the U.S. Department of Education's

Integrated Postsecondary Education Data System. I then reviewed the student handbooks and

admission page statements for each of the 682 four-year, not-for-profit Christian colleges and

universities in the United States. I found that 375 (or approximately 55% of) schools had

nondiscrimination statements inclusive of sexual orientation, but only 70 (or approximately 10%

of) schools had nondiscrimination statements inclusive of gender identity (Coley 2017). Schools

that had adopted nondiscrimination statements inclusive of sexual orientation and/or gender

identity tended to be aligned with mainline Protestant denominations (such as the Disciples of

Christ, Episcopal Church, Evangelical Lutheran Church in America, Presbyterian Church USA,

United Church of Christ, and United Methodist Church) and the Roman Catholic Church (Coley

2017). Schools affiliated with evangelical or sectarian Protestant denominations (such as the

Assemblies of God, Churches of Christ, Church of the Nazarene, Seventh-day Adventist Church,

and Southern Baptist Convention) or the Church of Jesus Christ of Latter-day Saints are much

less likely to have these inclusive policies (Coley 2017).

Using the same database of Christian colleges and universities, I then searched for any

evidence that a school had adopted discriminatory policies toward sexual minority students.

Typically, these discriminatory policies took the form of student handbook bans on "homosexual

acts" or "homosexual behavior" and often carried the same penalties as bans on "rape" or

"incest." Sometimes, these discriminatory policies also took the form of bans on same-sex

marriages. I found that, as of 2013, 211 (or 31% of) Christian colleges and universities had

adopted discriminatory policies toward sexual minority students (Coley 2018b). Schools that had

adopted discriminatory policies tended to be align with evangelical Protestant denominations or

the Church of Jesus Christ of Latter-day Saints (Coley 2018b). Some were also

nondenominational (Coley 2018b). I have found no evidence that any secular colleges and

universities currently maintain similar discriminatory bans on "homosexual acts" or

"homosexual behavior," meaning that religious colleges and universities are significantly more likely to have discriminatory policies than other colleges and universities.

I also conducted and published the first comprehensive studies on LGBTQ student groups at Christian colleges and universities in United States. Specifically, in 2013, I accessed the websites of each of the 682 four-year, not-for-profit Christian colleges and universities in my database, located their student organizations page, and then searched for any evidence that the school was home to an officially recognized LGBTQ student group. I found evidence that, as of 2013, under half (45%) of Christian colleges and universities were home to officially recognized LGBTQ student groups (Coley 2017). Similar to schools with nondiscrimination policies, the schools with LGBTQ student groups tended to be aligned with mainline Protestant denominations or the Roman Catholic Church (Coley 2017). Few evangelical Protestant or Church of Jesus Christ of Latter-day Saints colleges and universities had such groups. In 2019, I then conducted a follow-up study of LGBTQ student groups at Christian colleges and universities. Because some colleges and universities had shut down between 2013 and 2019, I found that 665 four-year, not-for-profit Christian colleges and universities were in existence in the fall of 2019, and only a slightly higher percentage of these schools (47%) were home to officially recognized LGBTQ student groups (Coley 2020a). By comparison, in another study based on data that a research assistant and I collected in the fall of 2019, I found that 62% of the 1,953 four-year, not-for-profit U.S. colleges and universities (a group of colleges and universities that is inclusive of both Christian and non-Christian schools) were home to officially recognized LGBTQ student groups (Coley and Das 2020). Thus, my research shows that Christian colleges and universities are significantly less likely to have LGBTQ student groups compared to the typical U.S. college or university.

D.    Estimated Size of Population Impacted by Discriminatory Policies at Christian Colleges and Universities

The complaint notes that there are over 100,000 LGBTQ students who attend Christian colleges and universities and are therefore impacted by discriminatory policies toward LGBTQ students. I believe that this number is likely accurate and that this is likely a conservative estimate. For example, the Council for Christian Colleges & Universities (CCCU), which represents the institutions of most of the plaintiffs of this lawsuit and whose institutions typically discriminate against LGBTQ students, claims that its fewer than 150 U.S. institutions enrolled 445,000 students annually as of 2018 (Council for Christian Colleges & Universities 2018). A recent Gallup poll showed that, as of 2020, 15.9% of Americans born between 1997 and 2002 openly identify as LGBTQ (Jones 2021). If a similar percentage of students at CCCU institutions identify as LGBTQ, there are likely over 70,000 LGBTQ students at CCCU institutions alone. The Religious Exemption Accountability Project's own survey research on Christian college and university students shows that, if we include not only students who openly identify as LGBTQ but also include students who report same-sex attractions or past same-sex sexual behavior, 30% of Christian college and university students are LGBTQ (Schwichtenberg 2021). This would mean that there are approximately 133,500 LGBTQ students at CCCU institutions alone. As previously noted, though, there are over 200 Christian colleges and universities with discriminatory policies against sexual minority students, and there are additional Christian colleges and universities that discriminate against gender minority students but not sexual minority students, so the overall number of LGBTQ students at discriminatory Christian colleges and universities is likely higher than 133,500.

E.        Impacts of Discriminatory Policies at Christian Colleges and Universities

My own research supports the idea that the Plaintiffs' experiences with harassment,

bullying, and other harmful acts are typical of the experiences of LGBTQ students at

discriminatory religious colleges and universities. For example, the LGBTQ students whom I

have interviewed over the course of my research reported several types of issues on their

Christian college and university campuses (Coley 2018a). First, during the time of my

interviews, all four of the institutions that I studied had discriminated against LGBTQ people in

some way. Belmont University and Catholic University of America had denied approval to

LGBTQ student groups; Goshen College fired faculty or staff who came out as LGBTQ and

initially denied students' requests for the institution to adopt a nondiscrimination policy inclusive

of sexual orientation and gender identity; and Loyola University Chicago denied students in

same-sex relationships the opportunity to hold weddings on campus (even though those same

opportunities were offered to students in different-sex relationships). Second, some students

reported that faculty or staff members had counseled LGBTQ people to go to ex-gay conversion

therapy and/or had otherwise urged LGBTQ people to marry someone of a different sex, even if

they were not attracted to them. Third, some students reported that they had witnessed or been

the victim of anti-LGBTQ vandalism, ranging from homophobic epithets (e.g., the word

"faggot") spray painted on their cars to pictures of male genitalia drawn on their dorm room

doors. Fourth, some students reported that their peers had shouted homophobic epithets at them

or that they routinely heard peers using homophobic phrases (e.g., "that's so gay") in the course

of everyday conversation. Finally, such issues led some students to report that they did not feel

comfortable being open about their sexual and/or gender identity while attending their college or

university, leading to mental health issues (such as depression and anxiety) and suicidal thoughts.

Research that I and others have conducted has shown that LGBTQ student groups, as well as related forms of institutional support such as LGBTQ student centers, have the potential to alleviate many of these issues. First, LGBTQ student groups have played significant roles in improving campus climates for LGBTQ students, including by decreasing incidences of bullying or harassment on campus (Coley 2018a; Hughes 2020). Second, LGBTQ student groups have helped many LGBTQ students develop healthy friendships with others on campus (Coley 2018a). Third, many students who join LGBTQ groups gain a better sense of their personal identity and are better able to understand the connections between their faith and their sexuality (Coley 2014, 2018a, 2020b). Fourth, many students who participate in LGBTQ student groups gain a better sense of their overall future career and family plans (Coley 2018a). Finally, LGBTQ students who participate in LGBTQ student groups or LGBTQ student centers are less likely to experience depression and more likely to be able to cope with stressors (Kulick et al. 2017; Pitcher et al. 2018; Woodford et al. 2018). Because some Christian colleges and universities deny students the chance to form or join LGBTQ student groups, they in turn deny students important opportunities for interpersonal support and personal growth.

## References

Coley, Jonathan S. 2014. "Social Movements and Bridge Building: Religious and Sexual Identity Conflicts." *Research in Social Movements, Conflicts, and Change* 37(1): 125-151.

Coley, Jonathan S. 2017. "Reconciling Religion and LGBT Rights: Christian Universities, Theological Orientations, and LGBT Inclusion." *Social Currents* 4(1): 87-106.

Coley, Jonathan S. 2018a. *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. Chapel Hill: The University of North Carolina Press.

Coley, Jonathan S. 2018b. "Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities." *Sociological Spectrum* 38(6): 422-437.

Coley, Jonathan S. 2020a. "Have Christian Colleges and Universities Become More Inclusive of LGBTQ Students Since *Obergefell v. Hodges*?" *Religions* 11(9), 461.

Coley, Jonathan S. 2020b. "Reframing, Reconciling, and Individualizing: How LGBTQ Activist Groups Shape Approaches to Religion and Sexuality." *Sociology of Religion* 81(1): 45-67.

Coley, Jonathan S., and Dhruba Das. 2020. "Creating Safe Spaces: Opportunities, Resources, and LGBTQ Student Groups at U.S. Colleges and Universities." *Socius* 6: 1-12.

Council for Christian Colleges & Universities. 2018. "The Case for Christian Higher Education." Retrieved October 25, 2021 (https://www.cccu.org/wp-content/uploads/2018/08/2018-Case-for-CHE_WEB_pages.pdf).

Hawkins, J. Russell. 2021. *The Bible Told Them So: How Southern Evangelicals Fought to Preserve White Supremacy.* New York: Oxford University Press.

Hughes, Bryce E. 2020. "'Put the Jesuit Out Front': How a Catholic, Jesuit University Addresses LGBQ Issues." *American Educational Research Journal* 57(4): 1592-1624.

Jones, Jeffrey M. 2021. "LGBT Identification Rises to 5.6% in Latest U.S. Estimate." Gallup. Retrieved October 25, 2021 (https://news.gallup.com/poll/329708/lgbt-identification-rises-latest-estimate.aspx).

Kulick, Alex, Laura J. Wernick, Michael R. Woodford, and Kristen Renn. 2017. "Heterosexism,

Depression, and Campus Engagement among LGBTQ College Students: Intersectional Differences and Opportunities for Healing." *Journal of Homosexuality* 64(8): 1125-41.

Newman, Mark. 2001. *Getting Right with God: Southern Baptists and Desegregation, 1945-1995*. Tuscaloosa: University of Alabama Press.

Petrey, Taylor G. 2020. *Tabernacles of Clay: Sexuality and Gender in Modern Mormonism*. Chapel Hill: University of North Carolina Press.

Pitcher, Erich N., Trace P. Camacho, Kristen A. Renn, Michael R. Woodford. 2018. "Affirming Policies, Programs, and Supportive Services: Using an Organizational Perspective to Understand LGBTQ+ College Student Success." *Journal of Diversity in Higher Education,* 11(2): 117-132.

Schwichtenberg, Anne. 2021. "The LGBTQ+ Student Divide: The State of Sexual and Gender Minority Students at Taxpayer-Funded Christian Colleges." College Pulse. Retrieved October 25, 2021 (https://reports.collegepulse.com/lgtbq-student-divide).

U.S. News and World Reports. 2021. "Best National University Rankings." Retrieved October 26, 2021 (https://www.usnews.com/best-colleges/rankings/national-universities).

Woodford, Michael R., Alex Kulick, Jason C. Garvey, Brandy R. Sinco, and Jun Sung Hong. 2018. "LGBTQ Policies and Resources on Campus and the Experiences and Psychological Well-being of Sexual Minority College Students: Advancing Research on Structural Inclusion." *Psychology of Sexual Orientation and Gender Diversity* 5: 445-56.

APPENDIX A

First Amended Class Action Complaint, Declaratory and Injunctive Relief (June 7, 2021).

Curriculum Vitae
# JONATHAN S. COLEY
October 2021

Assistant Professor of Sociology
Department of Sociology
Oklahoma State University
431 Social Sciences & Humanities
Stillwater, OK 74078
(405) 744-6122
jonathan.s.coley@okstate.edu
http://www.jonathancoley.com

## AREAS OF INTEREST

Social movements and social activism; political sociology; sociology of religion; sociology of education; gender and sexuality; race and ethnicity; sociological theory; comparative research methods

## EMPLOYMENT

2018-Present   Assistant Professor of Sociology, Oklahoma State University.

2019-Present   Affiliated Faculty with Religious Studies Program, Oklahoma State University.

2016-2018      Assistant Professor of Sociology, Monmouth College.

## EDUCATION

2016           Ph.D. in Sociology, Vanderbilt University.

2013           M.A. in Sociology, Vanderbilt University.

2010           B.A. (Honors) in Political Science (*summa cum laude*), Samford University.

## AWARDS AND HONORS (SELECTED)

2018           Stanford M. Lyman Distinguished Book Award for *Gay on God's Campus,* Mid-South Sociological Association.

2018           Honoree, Younger Scholars in the Sociology of Religion, Center for the Study of Religion & Society, University of Notre Dame (included travel grant).

2017           Joan R. Gunderson '68 Junior Faculty Award, Monmouth College.

2015           Honoree, Young Scholars in Social Movements, Center for the Study of Social Movements, University of Notre Dame (included travel grant).

2012-2015      Marion T. Loftin Scholarship, Department of Sociology, Vanderbilt University

(topping-off scholarship for research productivity).

2011            Emerging Leadership Award, Human Rights Campaign – Nashville.

2010            Pi Sigma Alpha Award, Samford University (top political science graduate).

2009            Dorothy G. Baker Campus Leadership Award, United Nations Association USA – Greater Birmingham Committee.

2009            National Finalist, Harry S. Truman Scholarship.

2008            Winner, Essay Contest, United States Holocaust Memorial Museum.

## BOOK

2018            **Coley, Jonathan**. *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. Chapel Hill, NC: The University of North Carolina Press. Online supplements at http://jonathancoley.com/book

- Recipient, 2018 Stanford M. Lyman Distinguished Book Award, Mid-South Sociological Association.

- Honored on Best Books of 2018 lists by QSpirit.net, MereOrthodoxy.com.

- Featured at 2019 Book Salon (Author Meets Critics) Session, Annual Meeting of the Association for the Sociology of Religion.

- Reviewed in *American Journal of Sociology, Ambush Magazine*, *Contemporary Sociology*, *The Gay & Lesbian Review Worldwide*, *Journal for the Scientific Study of Religion*, *Mobilization*, *Reading Religion*, *Religious Studies Review, Review of Religious Research, Sociological Inquiry*, *Sociology of Religion, Teaching Sociology*.

- Coverage in *Chronicle of Higher Education*, *Inside Higher Ed*, *INSIGHT into Diversity*, *New Books in Sociology, Religion News Service*, *The Society Pages*.

## ARTICLES    (NOTE: Authorship listed by order of contribution; OSU students underlined)

Conditional     **Coley, Jonathan**, <u>Dhruba Das</u>, and Gary Adler. "Creating Sacred Spaces: Buddhist,
Acceptance      Hindu, Jewish, and Muslim Student Groups at U.S. Colleges and Universities."
                *Sociology of Education*.

Forthcoming     Isaac, Larry, **Jonathan Coley**, Quan Mai, and Anna Jacobs. "Striking News: Discursive Power of the Press as Capitalist Resource in Gilded Age Strikes." *American Journal of Sociology* 127(5).

Forthcoming     Adler, Gary, Damon Mayrl, Rebecca Sager, **Jonathan Coley**, and Eric Plutzer.

"Religion-State Interaction at the Local Level: Key Findings from a Survey of Religion and Local Elected Officials." *Journal for the Scientific Study of Religion*.

Forthcoming **Coley, Jonathan**, and Quan Mai. "The Ecology of Environmental Association: Density, Spillover, Competition, and Membership in Sierra Club, 1984-2016." *Sociological Focus*.

2021 **Coley, Jonathan**. "Creating Secular Spaces: Religious Threat and the Presence of Secular Student Alliances at U.S. Colleges and Universities." *Sociological Forum* 36(3): 649-667.

2021 Adler, Gary, Selena Ortiz, Eric Plutzer, Damon Mayrl, **Jonathan Coley**, and Rebecca Sager. "Religion at the Frontline: How Religion Influenced the Response of Local Government Officials to the COVID-19 Pandemic." *Sociology of Religion*, special issue on religion and COVID-19. (Online first.)

• Featured in Oxford University Press' Public Health Emergency Collection; Coverage in *The Washington Post*, *Religion News Service*.

2021 Cornfield, Daniel, **Jonathan Coley**, Larry Isaac, and Dennis Dickerson. "The Making of a Movement: An Intergenerational Mobilization Model of the Nonviolent Nashville Civil Rights Movement." *Social Science History* 45(3): 469-494.

2021 McElroy, Jericho, and **Jonathan Coley**. "Gun-free Zones? Political Opportunities, Resource Mobilization, and Shooting Sports Organizations at U.S. Colleges and Universities." *Sociological Inquiry* 91(2): 398-425. (Online first in 2020.)

2021 **Coley, Jonathan**. "Mobilizing for Religious Freedom: Educational Opportunity Structures and Outcomes of Conservative Christian Campus Activism." *Research in Social Movements, Conflicts, and Change* 44(1): 175-200.

2021 **Coley, Jonathan,** and Jessica Schachle. "Growing the Green Giant: Ecological Threats, Political Threats, and U.S. Membership in Sierra Club, 1892-present." *Social Sciences* 10(6), article 189.

2020 Isaac, Larry, **Jonathan Coley**, Daniel Cornfield, and Dennis Dickerson. "Pathways to Modes of Movement Participation: Micromobilization in the Nashville Civil Rights Movement." *Social Forces* 99(1): 281-304. (Online first in 2019.)

2020 **Coley, Jonathan. "**Reframing, Reconciling, and Individualizing: How LGBTQ Activist Groups Shape Approaches to Religion and Sexuality." *Sociology of Religion* 81(1): 45-67. (Online first in 2019.)

• Featured on *Sociology of Religion*'s "Most Cited Articles" list (from 2020 to present; as of October 2021: #3). *2,000+ Downloads since 2020.*

2020 **Coley, Jonathan**, and Dhruba Das. "Creating Safe Spaces: Opportunities, Resources, and LGBTQ Student Groups at U.S. Colleges and Universities." *Socius* 6: 1-12.

2020    **Coley, Jonathan**, Dakota Raynes, and <u>Dhruba Das</u>. "Are Social Movements Truly *Social*? The Prosocial and Antisocial Outcomes of Social Movements." *Sociology Compass* 14(8), article e12820.

- Featured on the American Sociological Association—Altruism, Morality, and Social Solidarity Section's "Recommended Reading List"

2020    **Coley, Jonathan**. "Have Christian Colleges and Universities Become More Inclusive of LGBTQ Students Since *Obergefell v. Hodges*?" *Religions* 11(9), article 461. (Featured article.)

2020    **Coley, Jonathan,** Daniel Cornfield, Larry Isaac, and Dennis Dickerson. "Social Movements as Schooling for Careers: Career Consequences of the Nashville Civil Rights Movement." *Social Movement Studies*. (Online first.)

2020    Schmitz, Rachel, **Jonathan Coley**, <u>Christine Thomas</u>, and Anibal Ramirez. "The Cyber Power of Marginalized Identities: Intersectional Strategies of Online LGBTQ Latinx Activism." *Feminist Media Studies*. (Online first.)

2018    **Coley, Jonathan**. "Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities." *Sociological Spectrum* 38(6): 422-437. (Assigned retroactively to 2018 issue but published online and in print in 2019.)

2018    Cornfield, Daniel, **Jonathan Coley**, Larry Isaac, and Dennis Dickerson. "Occupational Activism and Racial Desegregation at Work: Activist Careers after the Nonviolent Nashville Civil Rights Movement." *Research in the Sociology of Work* 32(1): 217-248.

2017    **Coley, Jonathan**. "Reconciling Religion and LGBT Rights: Christian Universities, Theological Orientations, and LGBT Inclusion." *Social Currents* 4(1): 87-106. (Online first in 2016.)

- Featured on *Social Currents*' "Most Read Articles" list (from 2016 to present; as of October 2021: #13). *9,000+ Downloads since 2016.*

2016    Isaac, Larry, **Jonathan Coley**, Daniel Cornfield, and Dennis Dickerson. "Preparation Pathways and Movement Participation: Insurgent Schooling and Nonviolent Direct Action in the Nashville Civil Rights Movement." *Mobilization* 21(2): 155-176.

2015    **Coley, Jonathan**. "Narrative and Frame Alignment in Social Movements: Labor Problem Novels and the 1929 Gastonia Strike." *Social Movement Studies* 14(1): 58-74. (Online first in 2014.)

2015    Hess, David, **Jonathan Coley**, Quan Mai, and Lucas Hilliard. "Party Differences and Energy Reform: Fiscal Conservatism in the California Legislature." *Environmental Politics* 24(2): 228-248. (Online first in 2014.)

2014    **Coley, Jonathan.** "Social Movements and Bridge Building: Religious and Sexual Identity Conflicts." *Research in Social Movements, Conflicts, and Change* 37(1): 125-151.

  • Featured on *Research in Social Movements, Conflicts, and Change*'s "Most Read Articles" list (from 2017 to 2019). *32,000+ Downloads since 2014.*

2014    Hess, David, and **Jonathan Coley**. "Wireless Smart Meters and Public Acceptance: The Environment, Limited Choices, and Precautionary Politics." *Public Understanding of Science* 23(6): 688-702. (Online first in 2012.)

2013    **Coley, Jonathan**. "Theorizing Issue Selection in Advocacy Organizations: An Analysis of Human Rights Activism around Darfur and the Congo, 1998-2010." *Sociological Perspectives* 56(2): 191-212.

2012    **Coley, Jonathan**, and David Hess. "Green Energy Laws and Republican Legislators in the United States." *Energy Policy* 48(1): 576-583. (Equal authorship.)

2012    Isaac, Larry, Daniel Cornfield, Dennis Dickerson, James Lawson Jr., and **Jonathan Coley**. "Movement Schools and Dialogical Diffusion of Nonviolent Praxis: Nashville Workshops in the Southern Civil Rights Movement." *Research in Social Movements, Conflicts, and Change* 34(1): 155-184.

## BOOK CHAPTERS

2012    Hess, David, and **Jonathan Coley**. "State Government Votes for Green Energy Laws." Pp. 231-238 in *Good Green Jobs in a Global Economy: Making and Keeping New Industries in the United States*. Cambridge, MA: MIT Press.

## BOOK REVIEWS

2021    **Coley, Jonathan**. Review of *Tabernacles of Clay: Sexuality and Gender in Modern Mormonism* by Taylor G. Petrey. *American Religion* 3(1): 139-141.

2021    **Coley, Jonathan.** Blurb for *Come Now, Let Us Argue it Out: Counter-Conduct and LGBTQ Evangelical Activism* by Jon Burrow-Branine. University of Nebraska Press.

2019    **Coley, Jonathan**. Review of *Sexuality, Subjectivity, and LGBTQ Militancy in the United States* by Guillaume Marche. Translated by Katharine Throssell. *Mobilization* 24(4): 526-527.

2019    **Coley, Jonathan.** Review of *Pride Parades and LGBT Movements: Political Participation in an International Comparative Perspective* by Abby Peterson, Mattias Wahlström, and Magnus Wennerhag. *International Journal of Comparative Sociology* 60(5): 376-377.

2019    **Coley, Jonathan**. Review of *The Path to Gay Rights: How Activism and Coming Out*

*Changed Public Opinion* by Jeremiah J. Garretson. *American Journal of Sociology* 124(6): 1864-1866.

2018       **Coley, Jonathan**. Review of *Religion and Progressive Activism: New Stories about Faith and Politics*, edited by Ruth Braunstein, Todd Nicholas Fuist, and Rhys H. Williams. *Mobilization* 23(1): 128-129.

2017       **Coley, Jonathan**. Review of *Pride Parades: How a Parade Changed the World* by Katherine McFarland Bruce. *Mobilizing Ideas*.

2016       **Coley, Jonathan**. Review of *Redeeming Time: Protestantism and Chicago's Eight-Hour Movement, 1866-1912* by William A. Mirola. *American Journal of Sociology* 122(2): 654-656.

2016       **Coley, Jonathan.** Review of *Reforming Sodom: Protestants and the Rise of Gay Rights* by Heather R. White. *Mobilizing Ideas*.

2013       **Coley, Jonathan**. Review of *Claiming Society for God: Religious Movements and Social Welfare* by Nancy Davis and Robert V. Robinson. *Mobilization* 18(2): 223-224.

2013       **Coley, Jonathan**. Review of *The Broken Table: The Detroit Newspaper Strike and the State of American Labor* by Chris Rhomberg. *Work and Occupations* 40(1): 73-75.

## OTHER PUBLICATIONS

2021       Long, Michael, Andrew Fullerton, and **Jonathan Coley**. "Letter from the New Editorial Team." *The Sociological Quarterly* 62(1): 1.

2020       Adler, Gary, Damon Mayrl, Rebecca Sager, and **Jonathan Coley**. "The Frontline of Church-State Relations: Local Officials and the Regulation of Religion in a New Era." RGK Center for Philanthropy and Community Service, Working Paper Series (http://churchstaterelations.com/wp-content/uploads/2021/02/The-Frontline-of-Church-State-Relations.pdf).

## WORKS UNDER REVIEW

Under review  Schachle, Jessica, and **Jonathan Coley**. "Making Space: Racialized Organizations and Student of Color Groups at U.S. Colleges and Universities."

Under review  Fullerton, Andrew, **Jonathan Coley**, Dakota Raynes, Adam Straub, and Michael Long. "Cleft Habitus: A Love Story."

## WORKS IN PROGRESS

In progress   **Coley, Jonathan**, Daniel Morrison, Lexie Taylor, and Jessica Schachle. "The Internal Contradictions of Institutionalized Heteronormativity: Housing and Visitation Policies at Christian Colleges and Universities." Partially drafted.

| In progress | **Coley, Jonathan,** <u>Jericho McElroy</u>, and <u>Jessica Schachle</u>. "Red Schools, Blue Schools? Republican and Democratic Student Groups at U.S. Colleges and Universities." Data collected; analysis underway. |
|---|---|
| In progress | **Coley, Jonathan.** "Catholic Student Groups at U.S. Colleges and Universities." Data collected; analysis underway. |
| In progress | Adler, Gary, Eric Plutzer, Damon Mayrl, **Jonathan Coley**, Rebecca Sager, and Isaiah Gerber. "Christmas Tree, Menorah, All of the Above, or Nothing? Understanding Public Religion through Local Government Officials' Preferences for Holiday Displays." Full draft available. |
| In progress | Adler, Gary, J. P. Miller, Damon Mayrl, **Jonathan Coley**, and Rebecca Sager. "Public Religion in Rural, Small-town America: Declining, Fractured, and Politicized." Full draft available. |
| In progress | "Pathways to Leadership in Pro-LGBTQ Faith Organizations in the United States" (with Joseph Anthony). Data collected; analysis underway. |

## GRANTS AND FELLOWSHIPS (EXTRAMURAL)

| Under review | National Science Foundation Grant (PI: Gary Adler; co-PIs: Jonathan Coley, Damon Mayrl, Eric Plutzer, and Rebecca Sager): "Local Government Officials and the Management of Religion-State Relationships in a New Era." OSU portion $114,133 (submitted August 2021). |
|---|---|
| 2021-2022 | Public Religion Research Institute: Public Fellows Program. LGBTQ Rights Cohort. Stipend and $12,000 collaborative grant. |
| 2020-2021 | Association for the Sociology of Religion: Joseph H. Fichter Research Grant (PI: Jonathan Coley; co-PI: Joseph Anthony): "Pathways to Leadership in Pro-LGBTQ Faith Organizations in the United States." $3,000 (awarded to Oklahoma State in 2020). |
| 2019-2020 | The RGK Center for Philanthropy and Community Service at the University of Texas at Austin & the Association for Research on Nonprofit Organizations and Voluntary Action: President's Award (PI: Gary Adler; co-PIs: Jonathan Coley, Damon Mayrl, and Rebecca Sager): "The Contexts and Beliefs of Bureaucrats: Regulation of Local Church-State Relationships in a New Era." $10,000 (awarded to Penn State in 2019). |
| 2019 | Louisville Institute: Project Grant for Researchers #2019024 (PI: Gary Adler; co-PIs: Jonathan Coley, Damon Mayrl, and Rebecca Sager): "A Changing Wall: Local Religious Leaders and Church-State Interaction in a New Era." $29,865 (awarded to Penn State in 2018). |

## GRANTS AND FELLOWSHIPS (INTRAMURAL)

| 2020 | College of Arts and Sciences Research (ASR) Grant, Oklahoma State University. One-month summer salary. |
|---|---|

| 2017 | Faculty Development Grant, Monmouth College. $1,000. |
|---|---|
| 2015-2016 | Dissertation Fellowship, Robert Penn Warren Center for the Humanities, Vanderbilt University. $26,250. |
| 2012-2013 | Seminar Grant, Robert Penn Warren Center for the Humanities, Vanderbilt University. $3,500. |
| 2012-2015 | Conference Travel Grants (6), Department of Sociology & Graduate School, Vanderbilt University. $250-$1,000/grant. |
| 2011 | Summer Research Fellowship, Department of Sociology, Vanderbilt University. $2,200. |
| 2011, 2014 | Small Research Grants (2), Department of Sociology, Vanderbilt University. $150, 500. |
| 2009 | Summer Research Fellowship, Alabama Power Foundation. $4,000. |

## INVITED PRESENTATIONS

| 2020* | **Coley, Jonathan**, Dhruba Das, and Jericho McElroy. "Mapping the Field of Political, Religious, and Social Activist Groups at U.S. Colleges and Universities." Advanced Quantitative Methods Working Group (ADQUANT), Department of Sociology, University of Oklahoma. Norman, OK. *Cancelled due to COVID-19. |
|---|---|
| 2020 | **Coley, Jonathan**. Book talk on *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. AKD Distinguished Lecture at Virginia Commonwealth University. Richmond, VA (with honorarium). |
| 2019 | **Coley, Jonathan**. Book talk on *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. Public lecture & 2 classroom guest lectures at Abilene Christian University. Abilene, TX (with honorarium). |
| 2019 | **Coley, Jonathan**. "Building Safe Spaces." Presentation to Honors Program at Jefferson State Community College. Birmingham, AL. |
| 2019 | **Coley, Jonathan**. Book talk on *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. The E. Rhodes and Leona B. Carpenter Lecture at Fordham University. New York, NY (with honorarium). |
| 2018 | **Coley, Jonathan.** Book talk on *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. University convocation & classroom guest lecture at Belmont University. Nashville, TN (with honorarium). |

## CONFERENCE PRESENTATIONS

| 2022 | Adler, Gary, Damon Mayrl, **Jonathan Coley**, and Rebecca Sager. "Policing the Wall: |
|---|---|

(Accepted)    How American Religious Leaders Think About and Perceive Local Government Infringements on Religious Freedom." Joint Session for Annual Meeting of the American Sociological Association & Association for the Sociology of Religion. Los Angeles, CA.

2022
(Submitted)    **Coley, Jonathan,** Jericho McElroy, and Jessica Schachle. "Red Schools, Blue Schools? Republican and Democratic Student Groups at U.S. Colleges and Universities." Annual Meeting of the Midwest Sociological Society. Chicago, IL.

2021    Adler, Gary, Damon Mayrl, **Jonathan Coley**, and Rebecca Sager. "The State of Public Religion in America: Fractured, Marginalized, and Politicized." Annual Meeting of the Society for the Scientific Study of Religion. Virtual. (Prior submission to 2020 Annual Meeting cancelled due to COVID-19.)

2021    Anthony, Joseph, and **Jonathan Coley**. "Rent-a-Collar: LGBTQ Faith Leaders and Mobilization in the Fight for Marriage Equality." Annual Meeting of the Society for the Scientific Study of Religion. Virtual. (Prior submission to 2020 Annual Meeting cancelled due to COVID-19.)

2021    **Coley, Jonathan,** Daniel Morrison, and Lexie Taylor. "The Internal Contradictions of Institutionalized Heteronormativity: Housing and Visitation Policies at Christian Colleges and Universities." Annual Meeting of the Association for the Sociology of Religion. Virtual. (Prior submission to 2020 Annual Meeting cancelled due to COVID-19.)

2021    **Coley, Jonathan,** Dhruba Das, and Gary Adler. "A Place of Our Own: Buddhist, Hindu, Jewish, and Muslim Student Groups at U.S. Colleges and Universities." Annual Meeting of the Association for the Sociology of Religion. Virtual.  (Prior submission to 2020 Annual Meeting cancelled due to COVID-19.)

2021    **Coley, Jonathan**. "Creating Secular Spaces: Religious Threat and the Presence of Secular Student Alliances at U.S. Colleges and Universities." Annual Meeting of the Southern Sociological Society. New Orleans, LA.

2021    Schachle, Jessica, and **Coley, Jonathan**. "Making Space: Black, Latinx, Asian, Middle Eastern, and Native American Student Organizations at U.S. Colleges and Universities." Annual Meeting of the Midwest Sociological Society. Virtual.

2020    McElroy, Jericho, and **Jonathan Coley**. "Gun-Free Zones? Political Opportunities, Resource Mobilization, and Shooting Sports Organizations at U.S. Colleges and Universities." Annual Meeting of the Mid-South Sociological Association. Virtual.

2020    **Coley, Jonathan**, and Dhruba Das. "Creating Safe Spaces: Opportunities, Resources, and LGBTQ Student Groups at U.S. Colleges and Universities." Annual Meeting of the Mid-South Sociological Association. Virtual.

2020*    Adler, Gary, Damon Mayrl, **Jonathan Coley**, and Rebecca Sager. "Prayer in Public

Meetings? What Local Government Officials Do and Think about Church-State Relations." Annual Meeting of the Association for Research on Nonprofit Organizations and Voluntary Action. Indianapolis, IN. *Cancelled due to COVID-19.

2020*     Anthony, Joseph, and **Jonathan Coley**. "Founding Queer Religious Spaces: Accounting for the Formation of Pro-LGBTQ Faith Organizations in the United States." Annual Meeting of the Society for the Scientific Study of Religion. Pittsburgh, PA. *Cancelled due to COVID-19.

2020*     Fullerton, Andrew, **Jonathan Coley**, Dakota Raynes, and Adam Straub. "Cleft Habitus: A Love Story." Annual Meeting of the American Sociological Association. San Francisco, CA. *Cancelled due to COVID-19.

2019      Adler, Gary, Damon Mayrl, Rebecca Sager, and **Jonathan Coley**. "Church-State Interaction in the Eyes of Frontline Bureaucrats." Annual Meeting of the Society for the Scientific Study of Religion. Las Vegas, NV.

2019      Cornfield, Dan, **Jonathan Coley**, Larry Isaac, and Dennis Dickerson. "The Making of a Movement: An Intergenerational Mobilization Model of the Nonviolent Nashville Civil Rights Movement." Annual Meeting of the American Sociological Association. New York, NY.

2019      **Coley, Jonathan. "**Reframing, Reconciling, and Individualizing: How LGBTQ Activist Groups Shape Approaches to Religion and Sexuality." (1) UCR Conference on Queer and Transgender Studies in Religion. Riverside, CA. (2) Annual Meeting of the American Sociological Association. New York, NY.

2019      **Coley, Jonathan**. "Mobilizing for Religious Freedom: The Failures and Unintended Consequences of Anti-Gay Activism at a Secular University." Annual Meeting of the Southern Sociological Society. Atlanta, GA.

2019      Isaac, Larry, **Jonathan Coley**, Dan Cornfield, and Dennis Dickerson. "Pathways to Modes of Movement Participation: Micromobilization in the Early Nashville Civil Rights Movement." Annual Meeting of the Southern Sociological Society. Atlanta, GA.

2018      Adler, Gary, Damon Mayrl, Rebecca Sager, and **Jonathan Coley**. "Church-State Interaction in the Eyes of Frontline Bureaucrats." Annual Meeting of the Society for the Scientific Study of Religion. Las Vegas, NV.

2018      **Coley, Jonathan.** "Pathways to Activism: Identity and Participation in LGBT Activism at Christian Colleges and Universities." Annual Meeting of the American Sociological Association. Philadelphia, PA.

2018      **Coley, Jonathan**. "Becoming Activists: The Biographical Consequences of LGBT Student Activism at Christian Colleges and Universities." Annual Meeting of the Southern Sociological Society. New Orleans, LA.

2017      **Coley, Jonathan**. "Varieties of Activism: The Political, Work, and Family Trajectories

of LGBT Student Activists." Annual Meeting of the Illinois Sociological Association. Decatur, IL.

2017        **Coley, Jonathan**, Dan Cornfield, Larry Isaac, and Dennis Dickerson.  "Career Consequences of the Nashville Civil Rights Movement: A Qualitative Comparative Analysis." Annual Meeting of the American Sociological Association. Montreal, Quebec.

2017, 2018  **Coley, Jonathan**. "Theologies of Exclusion: Christian Universities, Theological Orientations, and Discrimination against Sexual Minorities." (1) 2017 Annual Meeting of the Southern Sociological Society. Greenville, SC. (2) 2018 Younger Scholars in the Sociology of Religion Conference. University of Notre Dame. South Bend, IN.

2016        Cornfield, Dan, **Jonathan Coley**, Larry Isaac, and Dennis Dickerson. "Occupational Activism: Activist Careers after the Nonviolent Nashville Civil Rights Movement." Annual Meeting of the American Sociological Association. Seattle, WA.

2016, 2019  **Coley, Jonathan**, and Quan Mai. "The Ecology of Environmental Association: Spillover, Competition, and Membership in Sierra Club, 1984-2014." (1) Annual Meeting of the Southern Sociological Society. Atlanta, GA. (2) Third Annual Mobilization-SDSU Conference on Social Movements and Nonviolent Protest. San Diego, CA.

2015        **Coley, Jonathan**. "Divided Over Belonging: Cultural Underpinnings of Commitment to LGBT Religious Activism." (1) Young Scholars in Social Movements Conference. University of Notre Dame. South Bend, IN; (2) Annual Meeting of the American Sociological Association. Chicago, IL.

2015        Isaac, Larry, **Jonathan Coley**, Quan Mai, and Anna Jacobs. "Mass-Mediated Discourse and Worker Strike Success in Gilded Age New York." Annual Meeting of the Southern Sociological Society. New Orleans, LA.

2015        Hess, David, Quan Mai, and **Jonathan Coley**. "Fiscal Conservatism and Party Differences in State Legislatures: Bill Characteristics and the Framing of Green Energy Reform." Annual Meeting of the Southern Sociological Society. New Orleans, LA.

2014        **Coley, Jonathan**. "Reconciling Religion and Sexuality: Predictors of LGBT-Inclusive Policies at Christian Colleges and Universities." Annual Meeting of the American Sociological Association. San Francisco, CA.

2014        Isaac, Larry, **Jonathan Coley**, Daniel Cornfield, and Dennis Dickerson. "Pathways to, Preparation for, and Participation in the Early Nashville Civil Rights Movement." (1) Annual Meeting of the Southern Sociological Society. Charlotte, NC; (2) Hawaii International Conference on the Social Sciences. Honolulu, HI.

2013        **Coley, Jonathan**. "Narrative and Frame Alignment in Social Movements: Labor Problem Novels and the 1929 Gastonia Strike." Annual Meeting of the Society for the Study of Social Problems. New York, NY.

2013    **Coley, Jonathan**. "Bridge Groups and Religious Change: The Case of LGBT Religious Activism at a Christian University." Annual Meeting of the American Sociological Association. New York, NY.

2012    **Coley, Jonathan**. "The Workers' Theater: The Role of Plays and Musicals in the 1930s Labor Movement." Annual Meeting of the Southern Sociological Society. New Orleans, LA.

2011    **Coley, Jonathan**. "Theorizing Issue Selection in Advocacy Organizations: A Comparative Analysis of Human Rights Activism around Darfur and the Congo, 1998-2010." Annual Meeting of the Mid-South Sociological Association. Little Rock, AR.

2010    Isaac, Larry, and **Jonathan Coley**. "Movements, Aesthetics, and Markets: Making the Labor Problem Novel in Dixie." Annual Meeting of the American Sociological Association. Atlanta, GA.

## INVITED CONFERENCE ACTIVITIES

2022 (Submitted)    Panelist for "TSQ Editors: Meet Your Editors and Get Their Perspective on Publishing" Session. Annual Meeting of the Midwest Sociological Society. Chicago, IL.

2021    Convener for "Religion and Sexuality" and "Understanding Religious Minorities Better" Sessions, Annual Meeting of the Association for the Sociology of Religion. Virtual.

2021    Co-Organizer (with Courtney Ann Irby), Sociology of Religion Section Session on Gender and Sexuality, Annual Meeting of the American Sociological Association. Virtual.

2021    Presider, Regular Session on Social Movements. Annual Meeting of the American Sociological Association. Virtual.

2021    Panelist for "TSQ Editors: Meet Your Editors and Get Their Perspective on Publishing" Session. Annual Meeting of the Midwest Sociological Society. Virtual.

2020    Moderator for Book Salon (Author Meets Critics) session on *American Blindspot: Race, Class, Religion, and the Trump Presidency* by Gerardo Martí. Annual Meeting of the Association for the Sociology of Religion. Virtual.

2020*    Panelist for Invited Session on "Forces Reshaping Christian Colleges." Annual Meeting of the Society for the Scientific Study of Religion. Pittsburgh, PA. *Cancelled due to COVID-19.

2020*    Panelist for Book Salon (Author Meets Critics) session on *Mindful Elite: Mobilizing from the Inside Out* by Jaime Kucinskas. Annual Meeting of the Association for the Sociology of Religion. San Francisco, CA. *Cancelled due to COVID-19.

2020*    Panelist for Thematic Panel on "Queer While at Work: Heterosexism, Transphobia, and

|      | Anti-Queerness in Academic Workplaces." Annual Meeting of the American Sociological Association. San Francisco, CA. *Cancelled due to COVID-19. |
|------|---|
| 2019 | Panelist for Salon on "Church and State in Local Politics." Annual Meeting of the Association for the Sociology of Religion. New York, NY. |
| 2019 | Respondent for Book Salon (Author Meets Critics) session on *Gay on God's Campus: Mobilizing for LGBT Equality at Christian Colleges and Universities*. Annual Meeting of the Association for the Sociology of Religion. New York, NY. |
| 2019 | Panelist for Roundtable on "Preparing to Publish." Joint Session of ASA Sociology of Religion Section & Association for the Sociology of Religion. New York, NY. |
| 2019 | Organizer, Regular Sessions (3) on Gay, Lesbian, Bisexual, and Transgender Studies. Annual Meeting of the American Sociological Association. New York, NY. |
| 2019 | Presider, Regular Session on "Movement Mechanisms." *Mobilization* Conference on Social Movements and Nonviolent Protest. San Diego, CA. |
| 2018 | Presider, Roundtable Session on "Religious Leaders and Shifting Religious Landscapes." Annual Meeting of the American Sociological Association. Philadelphia, PA. |
| 2017 | Discussant and Presider (with Alexi Licata), "Social Sciences I" Panel, Conference of Undergraduate Research & Scholarship. Monmouth, IL. |
| 2017 | Presider, Regular Session on "Religion, Gender, and Sexuality." Annual Meeting of the Southern Sociological Society, Greenville, SC. |
| 2015 | Presider, Roundtable Session on "LGBT Activism." Annual Meeting of the American Sociological Association, Chicago, IL. |
| 2015 | Presider, Roundtable Session on "Social Movements in Action." Annual Meeting of the Southern Sociological Society. New Orleans, LA. |
| 2012 | Presider (with Thomas Ratliff), Regular Session on "Media and Mobilization: Artistic Activism." Annual Meeting of the Southern Sociological Society, New Orleans, LA. |

## MEDIA INTERVIEWS AND COMMENTARY

| 2021 | Podcast Interview on "LGBTQ Students and Social Movements at Colleges and Universities." *The Annex* (forthcoming). |
|------|---|
| 2021 | Podcast Interview on *Gay on God's Campus*. *Down the Research Rabbit Hole*. |
| 2021 | Author Q&A on *Gay on God's Campus*. *Network for Vocation in Undergraduate Education*. |

| 2021 | Interview for "Are LGBTQ Students at Christian Schools Discriminated Against? A Lawsuit, Scholarly Studies Say Yes." *Religion News Service*. |
| 2021 | Interview for "Being LGBTQ+ on a Christian Campus." *Inside Higher Ed*. |
| 2019 | Video Recording for "Informing Activists" Project: "How Can Movements Mobilize Inside of Christian Communities?" *Mobilizing Ideas*. |
| 2019 | Interview for "The Vatican Draws a Line on Gender, and Transgender Catholics Push Back." *Religion & Politics*. |
| 2018 | Interview for "Toeing the Line: Christian Colleges Send Mixed Signals to LGBTQ+ Students." *INSIGHT into Diversity*, Oct. 2018, pp. 20-23. |
| 2018 | Podcast Interview on *Gay on God's Campus*. *New Books in Sociology*. |
| 2018 | Author Q&A on *Gay on God's Campus*. *Inside Higher Ed*. |
| 2015 | Blog post: "After Marriage Equality: LGBT Rights and Religious Freedom." *Mobilizing Ideas*. |

**TEACHING EXPERIENCE**

2018-Present   Assistant Professor, Department of Sociology, Oklahoma State University:

- Collective Behavior and Social Movements (Graduate) (Fall 2019, Fall 2021)
- Collective Behavior and Social Movements (Undergraduate) (Spring 2020)
- Contemporary Sociological Theory (Graduate) (Spring 2019, Spring 2021)
- Religion, Culture, and Society (Undergraduate) (Fall 2018, Fall 2019, Fall 2020, Fall 2021)
- Theoretical Thinking in Sociology (Undergraduate) (Spring 2020, Fall 2020, scheduled for Spring 2022)

2016-2018   Assistant Professor, Department of Sociology and Anthropology, Monmouth College:

- Citizenship: Building Communities (Fall 2017)
- Criminology (Fall 2016, Fall 2017)
- Methods of Social Research (Spring 2017, Spring 2018)
- Social Movements (Spring 2017)
- Social Problems (Fall 2016, Spring 2017, Spring 2018)
- Sociology of Religion (Fall 2017)

2014-2015   Instructor, Department of Sociology, Vanderbilt University:

- Contemporary Social Issues (Maymester 2015)
- Introduction to Sociology (Summer 2014)

| 2012-2013 | Seminar Facilitator (with Tristan Call), Robert Penn Warren Center for the Humanities, Vanderbilt University: |
|---|---|

- Food Politics (Fall 2012 & Spring 2013)

| 2010-2012 | Teaching Assistant, Department of Sociology, Vanderbilt University: |
|---|---|

- Self, Society, and Social Change (Prof. Dan Cornfield, Fall 2010)
- Social Change and Social Movements in the Sixties (Prof. Larry Isaac, Spring 2011)
- The Nonviolent Nashville Civil Rights Movement (Prof. Dan Cornfield, Fall 2010)
- Women and Work (Prof. Karen Campbell, Fall 2011)

## EDITORIAL EXPERIENCE

| 2020-2024 | Deputy Editor, *The Sociological Quarterly* (appointed in 2019). |
|---|---|
| 2017-2018 | Advisory Editor, *Midwest Journal of Undergraduate Research*. |
| 2015-2016 | Contributing Editor, *Mobilizing Ideas*. |
| 2012-2015 | Additional Paid Work for *American Sociological Review*—Copy Editor (3 articles/issue), Media Liaison, Preparation for ASA Editorial Board Meeting, Preparation for ASA Publications Committee. |
| 2012-2015 | Editorial Associate (full-time), *American Sociological Review*. |
| 2012 | Coordinating Editor, *Work and Occupations* 39(4), Special Issue: Precarious Work in Polarizing Times: A Symposium on Arne L. Kalleberg's *Good Jobs, Bad Jobs*. |
| 2011-2012 | Editorial Assistant (part-time), *American Sociological Review*. |
| 2011-2016 | Book Review Editor, *Work and Occupations*. |
| 2011-Present | Ad-hoc Reviewer for Peer-Reviewed Journals and University Presses: |

- *American Journal of Sociology* (2020)
- *American Sociological Review* (2012, 2013, 2014, 2016, 2017, 2020)
- *Contention* (2017 [2x])
- *Energy Research & Social Science* (2018 [2x], 2019 [2x])
- *Information, Communication, and Society* (2019)
- *International Journal of Environmental Research and Public Health* (2020)
- *Humanity and Society* (2021)
- *Irish Journal of Sociology* (2016)
- *Journal of Family Studies* (2018)
- *Journal of GLBT Family Studies* (2020)
- *Journal of Homosexuality* (2019 [2x])
- *Journal of Human Rights* (2016 [2x])
- *Journal of Lesbian Studies* (2019)

- *Journal for the Scientific Study of Religion* (2019 [2x], 2020 [2x], 2021)
- *Midwest Journal of Undergraduate Research* (2016, 2017, 2018)
- *Mobilization* (2014, 2015, 2018, 2020, 2021)
- *Organization Studies* (2021)
- Oxford University Press (2020)
- *Politics, Groups, and Identities* (2019 [2x])
- *Preventive Medicine Reports* (2021 [2x])
- *Religions* (2019 [2x], 2020 [2x], 2021 [3x])
- *Research in Social Movements, Conflicts, and Change* (2021)
- *Social Currents* (2014, 2015, 2017, 2020, 2021)
- *Social Forces* (2019, 2020, 2021)
- *Social Movement Studies* (2014, 2017, 2020)
- *Social Problems* (2018 [3x], 2019, 2021)
- *Social Sciences* (2021 [2x])
- *Sociological Forum* (2011, 2016, 2018)
- *Sociological Inquiry* (2014, 2015, 2016, 2018, 2020 [2x])
- *Sociological Perspectives* (2018, 2019)
- *The Sociological Quarterly* (2019, 2020)
- *Sociology Compass* (2014, 2016)
- *Sociology of Education* (2019, 2020)
- *Sociology of Religion* (2020 [2x], 2021 [2x])
- *Socius* (2021)
- *Sustainability* (2020)
- Taylor & Francis (2020)
- The University of Nebraska Press (2019, 2020)
- *Urban Science* (2020)
- *Visual Studies* (2020, 2021)
- *Women's Studies International Forum* (2021)
- *Work and Occupations* (2014, 2021)

## PROFESSIONAL SERVICE

2020-Present    Member (Appointed), Board of Directors, Midwest Sociological Society.

2020-Present    Member (Appointed), Publications Committee, Midwest Sociological Society.

2020-2021    Faculty Mentor for Alpha Kappa Delta Mentorship Program. Mentee: Jakin Vela.

2020    Member (Appointed), Committee for the Altruism, Morality, and Social Solidarity Graduate Student Paper Award, American Sociological Association.

2019-2020    Inaugural Editor (Appointed), "LGBTQ&A" Advice Column, Newsletter for the LGBTQ Caucus of the American Sociological Association.

2019-2020    Member (Appointed), Nominations Committee, Mid-South Sociological Association.

2018-Present    Member (Appointed), Committee on the Status of LGBTQ People in Sociology,

American Sociological Association. 2 terms.

- Chair, Subcommittee, Rural/Conservative Initiatives (2018-2021).

2018-2021    Member (Appointed), Committee on the Professions, Southern Sociological Society.

2018, 2019    Member (Appointed), Committee for the Conflict, Social Action, and Change Graduate Student Paper Competition, Society for the Study of Social Problems.

2018-Present    Faculty Mentor for the Section on Collective Behavior and Social Movements, American Sociological Association. Mentees: Emily Carian (2018-2019), Sonny Nordmarken (2019-2020), Benjamin Bradlow (2020-2021), Alejandro Marquez (2021-2022).

2017-2018    Faculty Mentor for the Section on Sexualities, American Sociological Association. Mentee: Ying-Chao Kao.

## DEPARTMENT, COLLEGE, AND UNIVERSITY SERVICE

Oklahoma State University

2021-Present    Member, Bradford Gray Colloquium and Lectureship Series Committee, Department of Sociology.

2020-Present    Chair, Social Movements Graduate Concentration Area. (Member of Social Movements Graduate Concentration Area from 2018-2020.)

2020-Present    Departmental Captain for United Way – Payne County, OK Campaign.

2019-2020    President (elected), EQuAL, Division of Institutional Diversity.

2019-2020    Member, Executive Leadership Council, Division of Institutional Diversity.

2019-2020    Co-Organizer, Professional Development Brown Bag Series, Department of Sociology.

2019-Present    Academic Integrity Facilitator, College of Arts and Sciences, Oklahoma State University.

2019-Present    Member, Steering Committee for Religious Studies Program.

2019    Member, Department Head Search Committee, Department of Sociology.

2019, 2020    Panelist for "Queer Conversations" and "LGBTQ+ Research and Advocacy at OSU" Events, Division of Institutional Diversity.

2018-Present    Presented on "Academic Conferences" and "Uses and Misuses of Academic Twitter" for First-Year Proseminar, Department of Sociology.

2018-Present   Advisor, Alpha Kappa Delta (Honor Society), Department of Sociology. (Co-Advisor with Heather McLaughlin in 2018-2019.)

2018-Present   Member, Inequalities Graduate Concentration Area.

2018-Present   Co-Organizer (with Andrew Fullerton), Contemporary Theory Book Club, Department of Sociology.

2018-2021   Member, Graduate Program Committee, Department of Sociology.

<u>Monmouth College</u>

2018   Interviewer, Monmouth College Fellows and Scholarship Competition.

2018   Chaperone, Interfaith Tour of Chicago (Alternative Spring Break).

2017-2018   Faculty Advisor, SAGA (Sexuality and Gender Acceptance).

2017-2018   Faculty Co-Advisor (with Brad Rowe), UMOJA (Black Student Association).

2017   Chaperone, Miscellaneous Social and Service Events for Mu Lambda Rho (multi-cultural, co-ed fraternity).

2017   Chaperone, Trip to Annual Meeting of the Illinois Sociological Association (for senior sociology majors).

2017   Host, New Faculty Orientation Progressive Dinner.

2017-2018   Member, Admissions and Academic Standing Committee.

2017   Member, Integrated Studies—Citizenship Assessment Working Group.

2017   Sociology and Anthropology Representative, Meet Monmouth Day.

2017   Selection Committee Member, Brad Wefenstette Prize for social justice.

2017   Selection Committee Member, Highlander Leadership Awards.

2017   Panelist, "American History X" & 13th movie showings, Office of Intercultural Life.

2017, 2018   Organizer, MLK Day "Teach-in" Booth on Mass Incarceration.

2016   Judge, Moot Court Competition, Wackerle Center.

2016-2018   Member, Sociology/Anthropology Departmental Assessment Working Group.

<u>Vanderbilt University</u>

2015   Judge, Vanderbilt Undergraduate Research Fair, College of Arts & Sciences.

2013-2014      Member, Graduate Committee, Department of Sociology.

2013           Member, Advisory Board for Director of the Office of LGBTQI Life Search.

2012-2013      Member, Speakers' Committee, Department of Sociology.

2012           Co-Organizer, Conference on Power, Politics, and Social Movements.

2012           Sociology Representative, Teaching Assistant Orientation.

2011-2014      Student Host, Prospective Student Weekend, Department of Sociology.

2011-2012      Co-Organizer, Brown Bag Series, Department of Sociology.

2010-2011      Member, Undergraduate Committee, Department of Sociology.

## SERVICE ON STUDENT COMMITTEES

2020-Present   Chair of Ph.D. Committee:

- Gabby Gomez (Sociology, Ongoing)
- Jessica Schachle (Sociology, Ongoing)

2019-Present   Member of Ph.D. Committee:

- Olivia Fleming (Sociology, Ongoing)
- Golshan Golriz (Sociology—McGill University, Spring 2021)
- Remigius Recchia (English/Creative Writing, Ongoing)

2019-Present   Member of M.S. Committee:

- Asger Ali (Sociology, Spring 2019)
- Lexie Taylor (Sociology, Ongoing)

2020-Present   Chair of Comprehensive Exam Committee

- Gabby Gomez (Social Movements, Ongoing)
- Jessica Schachle (Social Movements, Ongoing)

2019-Present   Member of Comprehensive Exam Committees:

- Maggie Chamberlain (Social Inequality, Spring 2021)
- Olivia Fleming (Social Inequality, Fall 2020)
- Olivia Fleming (Environmental Sociology, Ongoing)
- Gabby Gomez (Inequalities, Ongoing)
- Jericho McElroy (Social Inequality, Fall 2019)
- Jessica Schachle (Social Inequality, Spring 2021)

- Adam Straub (Social Inequality, Spring 2019)

2019-Present  Supervisor for Graduate Research Assistantships:

- Dhruba Das (Summer and Fall 2019)
- Jessica Schachle (Summer 2020, Summer 2021)

2020-Present  Advisor for Honors Thesis:

- Rebekah Bartel (Spring 2021)

2020-Present  Reader for Honors Thesis:

- Haley Macha (Spring 2021)

2020-Present  Supervisor for Undergraduate Research Internship:

- Lexie Taylor (Summer 2020)

2019-Present  Advisor for Independent Study:

- Gabby Gomez (Social Inequality, scheduled for Spring 2022)
- Jericho McElroy (Social Inequality, Spring 2019)
- Jericho McElroy (Gun Politics, Spring 2020)
- Jesse Lane (Social Movements, Fall 2019)
- Jessica Schachle (Social Inequality, Spring 2021)
- Jessica Schachle (Social Movements, Fall 2021)
- Rebekah Bartel (Religion and Disability, Spring 2021)

## COMMUNITY SERVICE AND OUTREACH

2019  Presentation to PFLAG in Stillwater, OK: "LGBTQ Student and Faculty Groups at U.S. Colleges and Universities."

2017-2018  Member, Board of Directors, Warren County (IL) United Way.

2017-2018  Volunteer Instructor, Hill Correctional Center (Galesburg, IL).

## PROFESSIONAL MEMBERSHIPS

2010-Present  American Sociological Association (Sections: Altruism, Morality, and Social Solidarity; Collective Behavior and Social Movements; Education; Political Sociology; Religion; Sexualities)

2018-Present  Association for the Sociology of Religion

2010-Present  Mid-South Sociological Association

2019-Present   Midwest Sociological Society

2018-Present   Society for the Scientific Study of Religion

2010-Present   Society for the Study of Social Problems

2010-Present   Southern Sociological Society