KRISTEN K. WAGGONER,
OR Bar No. 067077
*Lead Counsel*

RYAN J. TUCKER*
AZ Bar No. 034382
MARK A. LIPPELMANN*
AZ BAR No. 036553
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kwaggoner@ADFlegal.org
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org

DAVID A. CORTMAN*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

*Admitted pro hac vice*

*Attorneys for Defendant-Intervenors Western Baptist College d/b/a Corban University, William Jessup University, and Phoenix Seminary*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> *Defendants*, <br><br> COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES; WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY; WILLIAM JESSUP UNIVERSITY; PHOENIX SEMINARY, <br><br> *Defendant-Intervenors*. | Case No. 6:21-cv-00474-AA <br><br> **DEFENDANT-INTERVENORS WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY, and PHOENIX SEMINARY'S EXHIBIT LIST** |

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Oregon- Eugene Division

Elizabeth Hunter, et al.
v.
U.S. Department of Education, et al.
v.
Council for Christian Colleges & Universities, Western Baptist College d/b/a Corban University, William Jessup University, and Phoenix Seminary

**DEFENDANT-INTERVENORS WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY, and PHOENIX SEMINARY'S EXHIBIT LIST**

Case Number : 6:21-CV-00474-AA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann Aiken | Paul Southwick, et al. | Carol Federighi, et al. |
| | | DEFENDANT-INTERVENORS' ATTORNEY |
| | | Mark Lippelmann, et al. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/4/2021- 11/5/2021 | Kendra Steppler | Cathy Kramer |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Defendant-Intervenors Corban University, William Jessup University, and Phoenix Seminary do not intend to introduce any exhibits not already in the record. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of    1    Pages

• Include a notation as to the location of any exhibit not held with the case file or not available because of size

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, the foregoing was served via CM/ECF on counsel for all parties.

> */s/ Mark A. Lippelmann*
> MARK A. LIPPELMANN*
> AZ BAR NO. 036553
> ALLIANCE DEFENDING FREEDOM
> 15100 N. 90TH STREET
> SCOTTSDALE, AZ 85260
> TELEPHONE: (480) 444-0020
> mlippelmann@ADFlegal.org
>
> *Attorneys for Defendant-Intervenors Western Baptist College d/b/a Corban University, William Jessup University, and Phoenix Seminary*