IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ELIZABETH HUNTER, et al.,          )
                                   )
        Plaintiffs,                )     Case No. 6:21-cv-474-AA
                                   )
                v.                 )     Monday, November 8, 2021
                                   )     8:00 AM
U.S. DEPARTMENT OF EDUCATION,      )
et al.,                            )
                                   )
        Defendants.                )
                                   )
                v.                 )
                                   )
COUNCIL FOR CHRISTIAN              )
COLLEGES & UNIVERSITIES,           )
WESTERN BAPTIST COLLEGE d/b/a      )
CORBAN UNIVERSITY, WILLIAM         )
JESSUP UNIVERSITY, AND             )
PHOENIX SEMINARY,                  )
                                   )
        Defendants-Intervenors.    )
_____)

PRELIMINARY INJUNCTION HEARING

VOLUME 3

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE ANN L. AIKEN

UNITED STATES DISTRICT COURT JUDGE

1                            TELEPHONIC or VIDEO APPEARANCES

2

3    FOR THE PLAINTIFFS:

4                              PAUL J.C. SOUTHWICK
                               Paul Southwick Law, LLC
5                              8420 N Ivanhoe Street, Suite 83929
                               Portland, OR 97203
6
                               MISHA ISAAK
7                              Perkins Coie, LLP
                               1120 NW Couch Street, 10th Floor
8                              Portland, OR 97209-4128

9                              JOSEPH C. BAXTER
                               7706 SW 45th Ave., No. 76
10                             Portland, OR  97219

11

12   FOR THE DEFENDANTS:

13                             ELLIOTT M. DAVIS
                               Department of Justice, Civil Division
14                             P.O. Box 883
                               Washington, D.C. 20044
15
                               HILARIE SNYDER
16                             Department of Justice, Civil Division
                               Federal Programs Branch
17                             P.O. Box 883
                               Washington, D.C. 20044
18

19

20

21

22

23

24

25

```
1                    TELEPHONIC or VIDEO APPEARANCES

2                              (Continuing)

3    FOR THE INTERVENOR DEFENDANTS (WESTERN BAPTIST COLLEGE, WILLIAM
     JESSUP UNIVERSITY, and PHOENIX SEMINARY):
4
                              RYAN J. TUCKER
5                             Alliance Defending Freedom
                              15100 N 90th Street
6                             Scottsdale, AZ 85260

7

8    FOR THE INTERVENOR DEFENDANTS (COUNCIL FOR CHRISTIAN COLLEGES &
     UNIVERSITIES):
9
                              HERBERT G. GREY
10                            Herbert G. Grey, Attorney at Law
                              4800 SW Griffith Drive, Suite 320
11                            Beaverton, OR 97005-8716

12                            GENE SCHAERR
                              Schaerr Jaffe, LLP
13                            1717 K Street NW, Suite 900
                              Washington, D.C. 20006
14
                              JOSHUA J. PRINCE
15                            Schaerr Jaffe, LLP
                              1717 K Street NW, Suite 900
16                            Washington, D.C. 20006

17                            NICHOLAS P. MILLER
                              Schaerr Jaffe, LLP
18                            1717 K Street NW, Suite 900
                              Washington, D.C. 20006
19

20

21

22   COURT REPORTER:      Kendra A. Steppler, RPR
                          United States District Courthouse
23                        405 E 8th Avenue, Room 2130
                          Eugene, OR 97401
24                        (541)431-4112

25                              *   *   *
```

1                                   INDEX

2      WITNESS                                           PAGE

3      RANDOLPH WILLS

4      Direct Examination (Continued) by Ms. Snyder ....492
       Cross-Examination by Mr. Southwick .............503
5      Cross-Examination by Mr. Prince ................546

6      MARK REGNERUS

7      Direct Examination by Mr. Schaerr ..............553
       Cross-Examination by Mr. Southwick .............565
8      Direct Examination (Continued) by Mr. Schaerr ...573
       Cross-Examination (Continued) by Mr. Southwick ..612
9      Redirect Examination by Mr. Schaerr ............632

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              THE COURTROOM DEPUTY:  Now's the time set for Civil

2    Case No. 21-474, Hunter, et al. v. U.S. Department of

3    Education, et al., for preliminary injunction hearing.  If you

4    could please introduce yourselves for the record, beginning

5    with Plaintiffs.

6              MR. SOUTHWICK:  Paul Southwick and Joseph Baxter for

7    the Plaintiffs.

8              MS. SNYDER:  Hilarie Snyder and Elliott Davis for the

9    Government Defendants.

10             MR. SCHAERR:  Gene Schaerr for the CCCU Intervenor.

11   And I'm here with Joshua Prince.  And I think Nicholas Miller

12   will be joining us later.

13             MR. TUCKER:  And Ryan Tucker on behalf of the

14   Religious School Intervenors.

15             THE COURT:  It sounds like we have pretty decent

16   connections today.  So I'm going to keep my fingers crossed

17   we're not going to have some of the difficulties we had on

18   Friday.  We have the -- your witness for the Government --

19   Mr. Willis (sic) -- is he -- there he is.  If he could just say

20   his name.

21             THE WITNESS:  Wills.

22             THE COURT:  Wills -- I'm sorry.  Mr. Wills, I wanted

23   to make sure you popped up.  I would remind you you're still

24   under oath, and we'll continue.  Go ahead.

25             THE WITNESS:  Thank you, Your Honor.

 1              THE COURT:  Sure.

 2              MS. SNYDER:  Thank you, Your Honor.

 3

 4                   R-A-N-D-O-L-P-H  W-I-L-L-S,

 5    having been previously sworn, testified as follows:

 6

 7                   DIRECT EXAMINATION (Continued)

 8    BY MS. SNYDER:

 9    Q    Mr. Wills, do you recall speaking on Friday about the

10    process OCR Enforcement uses to evaluate, investigate, and

11    resolve administrative complaints of discrimination?

12    A    Yes, I do.

13    Q    Do you also recall speaking on Friday about how an

14    assurance of religious exemption letter may impact that

15    process?

16    A    Yes, I do.

17    Q    I'd like to now turn your attention to the Plaintiffs in

18    this case.  You are aware that Plaintiffs, or someone on their

19    behalf, filed administrative complaints with OCR alleging

20    violations of Title IX; correct?

21    A    Yes, I'm aware of that.

22    Q    Could you please look at Government Defendant's Exhibit 3

23    in the binder in front of you?

24              MS. SNYDER:  And, Beth, if you could call that up,

25    please.

1    BY MS. SNYDER:

2    Q    Could you identify Exhibit 3, please?

3    A    Yes.   Exhibit 3 is a chart listing complaints filed -- 36

4    complaints that have been filed recently with OCR.   It provides

5    a description of the status of those complaints and also

6    indicates that the complainants or the individuals filing on

7    complainants' behalf are Plaintiffs in the current action in

8    front of the Court.

9    Q    Okay.   And who compiled Exhibit 3?

10   A    Exhibit 3 was compiled by Melanie Velez, who is an acting

11   enforcement director in OCR.

12   Q    And does Exhibit 3 summarize records in OCR's possession?

13   A    Yes, it does.

14   Q    Do you see on the first page -- what is Column No. 1?

15   A    Column No. 1 lists the docket number assigned to the

16   individual case.   This is OCR's docket number.

17   Q    And does Column No. 1 accurately reflect docket numbers as

18   of Friday's date?

19   A    Yes, it does.

20   Q    If you could please, what is Column 2?

21   A    Column 2 includes the name of the recipient educational

22   institution that was raised in the complaint.

23   Q    And does Column 2 accurately reflect docket numbers as of

24   Friday's date?

25   A    Yes, it does.

1    Q    If you could, please, what is Column 3?

2    A    Column 3 indicates the date that each complaint was

3    received by OCR.

4    Q    And is that column accurate as of Friday's date?

5    A    Yes, it is.

6    Q    Could you please explain what Column 4 is?

7    A    Column 4 indicates the stage in OCR's processing that each

8    complaint is currently in.

9    Q    And is Column 4 accurate as of Friday's date?

10   A    Yes, it is.

11   Q    Could you please explain what Column 5 is?

12   A    Column 5 indicates the OCR regional office to which these

13   complaints -- these various complaints -- are assigned.

14   Q    And is Column 5 accurate as of Friday's date?

15   A    Yes, it is.

16   Q    Could you please explain what Column 6 references?

17   A    Column 6 references the name of the plaintiff in the

18   instant action who is also involved as the complainant in the

19   OCR administrative action.

20   Q    And does Column 6 accurately reflect that information as

21   of Friday's date?

22   A    Yes, it does.

23   Q    Okay.  If you could, please, look at the next column,

24   Column 7.  Could you identify what Column 7 is?

25   A    Column 7 indicates whether the complainant in the OCR

1   administrative action has requested a 180-day waiver, and it

2   also indicates the status of that waiver.

3   Q     Now, you spoke on Friday a little about waivers and

4   timeliness.  Could you explain to the Court what a 180-day

5   waiver request is?

6   A     A 180-day waiver request is a request to literally waive

7   OCR's timeliness requirement.  You may recall that I testified

8   that OCR requires that complaints be filed within 180 days of

9   the last alleged act of discrimination.  When that is not the

10  case, OCR provides, under certain conditions, for granting a

11  waiver of that timeliness requirement so that the case can

12  still move forward to investigation if that is appropriate.

13  Q     Okay.  And so Column 7 then reflects whether or not a

14  particular complainant filed a waiver request; is that correct?

15  A     Yes, it does.

16  Q     And does it reflect the status of that waiver request?

17  A     It does.

18  Q     And is Column 7 accurate as of Friday's date?

19  A     Yes, it is.

20  Q     If you could, please, look at Column 8.  Could you

21  describe for the Court what that column is?

22  A     Column 8 includes entries with regard to any communication

23  or interaction that OCR has had with the complainant, slash,

24  Plaintiffs in the administrative action.

25  Q     And is Column 8 accurate as of Friday's date?

1    A    Yes, it is.

2    Q    Sorry.  Is it accurate as of Friday's date?  Does it

3    include all the communications through Friday?

4    A    I'm sorry.  This does not include -- no.  This column

5    actually is accurate as of -- immediately prior to my

6    deposition.  Since then there have been further actions taken

7    by OCR that are not reflected here.

8    Q    Okay.  So -- and your deposition was when so the Court

9    knows?

10   A    My deposition was on October 21.

11   Q    Okay.  So that column is accurate as of approximately

12   October -- or, excuse me -- as of approximately October 21st;

13   is that correct?

14   A    That's correct.

15   Q    Okay.  Is there any other edits or problems with that --

16   the accuracy of that column?

17   A    Yes.  There was -- the column, as of October 21st,

18   included an entry by the Dallas office that was incorrect.  And

19   that has been corrected.

20   Q    Okay.  So this chart reflects, then, the correct status of

21   communications with -- and interactions -- with the complainant

22   or Plaintiffs through approximately October 21st; correct?

23   A    That's correct.

24   Q    And is your understanding that, in some instances,

25   additional communications have been made subsequent to

1    October 21st.

2    A    That is my understanding.

3    Q    Okay.  Let's talk a little bit more specifically about the

4    fourth column that says "stage."

5    A    Yes.

6    Q    What stage are Plaintiffs' administrative complaints in

7    with OCR?

8    A    Plaintiffs' administrative complaints are in the

9    evaluation stage with OCR, with the exception of one complaint

10   that has been dismissed.

11   Q    Okay.  So could you explain -- you said there's one

12   exception where a complaint has been dismissed.  Could you

13   identify which complaint that is, please?

14   A    Yes.  That is Complaint Docket No. 08212212.  It was a

15   complaint filed -- one of the complaints filed against Brigham

16   Young University.

17   Q    And what is the status of that particular complaint?

18   A    That complaint is currently closed because it has been

19   dismissed.

20   Q    Do you know why it was dismissed?

21   A    Yes.  It was dismissed under one of the Case Processing

22   Manual provisions in Section 108, dismissed under Section

23   108(j), which provides that OCR must dismiss complaints where

24   OCR learns that a similar complaint has been filed -- a

25   complaint that was similar or identical allegations with same

1    operative facts have been filed in federal court or state

2    court.  And here we have an example of a filing in federal

3    court.  Which required the dismissal of this particular

4    complaint.

5    Q    So with the exception of Brigham Young complaint that you

6    identified, what stage are the remaining administrative

7    complaints in?

8    A    The remaining administrative complaints are in the

9    evaluation stage.

10           MS. SNYDER:  Beth, you can take down that exhibit.

11   BY MS. SNYDER:

12   Q    And could you just remind the Court, again, what the

13   evaluation stage means?

14   A    The evaluation stage is the stage wherein OCR determines

15   whether to either dismiss a complaint or to go forward to open

16   an investigation.  There are various considerations that OCR

17   undertakes at that stage in no particular order.  We determine

18   whether we have subject-matter jurisdiction; personal

19   jurisdiction; whether the complaint is filed timely; and, if

20   not, whether a waiver has been requested, which, of course, it

21   would be up to OCR to determine whether to grant.

22           We also determine whether this is the type of complaint

23   that going forward would necessitate OCR having a signed

24   consent form from a complainant, which we use so that we can

25   actually reveal a certain amount -- a limited amount -- of

1    personal information to a recipient, once a complaint has been

2    opened, to enable that recipient to appropriately respond to

3    whatever the allegations are.

4    Q    Is it accurate to say that the evaluation stage is the

5    first stage --

6    A    Oh.

7    Q    -- in OCR's process of considering an administrative

8    complaint?

9    A    Absolutely.

10   Q    You mentioned during your direct -- and I believe you

11   spoke a little bit about this -- that some changes were

12   implemented in September.  Has OCR's process with respect to

13   Plaintiffs' complaints -- has that been impacted at all, as a

14   result of OCR's consideration of possible process changes

15   around September 2021?

16   A    The changes that we implemented in mid-September were to

17   do with making sure we knew the complaints were filed with OCR;

18   and that regional offices reported that to headquarters; and

19   that, among other things, any action that the regional offices

20   proposed to take would actually have to come to headquarters

21   for review by headquarters and approval by the Assistant

22   Secretary.

23   Q    And in considering whether or not to make those changes,

24   did that impact at all the timeline within which OCR is

25   considering Plaintiffs' administrative complaints?

1  A    Those changes briefly impacted the timeline.  Because at

2  one point, early in the process, we directed the regional

3  offices to pause any interviews that they were arranging or had

4  already arranged going forward until we actually had spent more

5  time in headquarters determining the best and appropriate way

6  to go forward.  So there was a temporary pausing of interviews.

7  The pause has been lifted.  And, as you can see, interviews are

8  going forward.

9  Q    And do you recall when the pause was lifted?

10 A    I don't.  It was not long after we actually said, "Please

11 pause."  It may have been two weeks later.  It may have been

12 toward the end of September, beginning of October, but I don't

13 have an exact date.

14 Q    Now, who is the ultimate decision-maker on whether or not

15 to dismiss any of Plaintiffs' administrative complaints at the

16 evaluation stage?

17 A    The ultimate decision-maker on whether to dismiss any of

18 Plaintiffs' complaints -- administrative complaints -- at the

19 evaluation stage is the Assistant Secretary.

20 Q    And who is the ultimate decision-maker on whether or not

21 to open any of Plaintiffs' administrative complaints for

22 investigation?

23 A    That is likewise the Assistant Secretary.

24 Q    And just to be clear, is the Assistant Secretary the

25 decision-maker even if the religious exemption is not

1    dispositive?

2    A    Yes, it is.  Under any circumstance, the Assistant

3    Secretary will have to approve dismissals or openings.

4    Q    You testified that all but one of Plaintiffs'

5    administrative complaints are still pending with OCR; is that

6    correct?

7    A    That is correct.

8    Q    Do you know how OCR will resolve those complaints?

9    A    I do not.

10    Q    Why not?

11    A    We have a process in place for the resolution of those

12    complaints, whatever the resolution might be.  The process

13    actually begins, very importantly, at the regional office

14    level.  I would not be -- I will not even know what that is

15    until a proposal comes forward from the regional offices.  None

16    has -- with the exception of the one case that was dismissed,

17    no other proposals have come forward, to my knowledge.

18    Q    Okay.  And do you know when OCR will resolve those

19    complaints?

20    A    Likewise I do not know when they will be resolved.

21    Q    Why not?

22    A    Again, there's a process in place.  The evaluation process

23    is taking place at the regional office level.  At a certain

24    point, the regional office will make a proposal going forward.

25    I do not know when that will happen.

1    Q    Okay.  And do you know whether or not OCR will dismiss any
2    of these complaints based on the religious exemption?
3    A    I do not know that either.
4    Q    Why not?
5    A    Again, there's a process for evaluation of these
6    complaints.  The evaluation may include looking at assurances
7    of exemptions.  But it is a process.  And, as of this date, I
8    have not had any indication that a proposal's been made to
9    dismiss based on an assurance or religious exemption.
10   Q    And just to be clear, is it -- is it your decision -- is
11   it --
12   A    No.
13   Q    Is it your decision to dismiss those based on a religious
14   exemption?
15   A    No.  No.  It is not my decision.  The decision is always
16   the Assistant Secretary's.
17   Q    Okay.  And just very generally, what process will OCR --
18   excuse me -- very generally, what process will OCR Enforcement
19   use to continue to consider Plaintiffs' administrative
20   complaints?
21   A    We use the process we use in every complaint in terms of
22   the evaluation process and deciding to go forward.
23   Q    Okay.  And you say "the process you use in every
24   complaint."  Is that what you described during your testimony
25   on Friday?

1  A    It's what I described during my testimony on Friday.  It's

2  also what is set forth with a degree of specificity in OCR's

3  Case Processing Manual.

4           MS. SNYDER:  Thank you, Your Honor.  I have no

5  further direct questions.

6           THE COURT:  Thank you.  For the Plaintiffs, go ahead.

7

8                        CROSS-EXAMINATION

9  BY MR. SOUTHWICK:

10 Q    Good morning, Mr. Wills.  This is Paul Southwick.  We've

11 met each other a couple of weeks ago, if you recall, during

12 your deposition.  Thanks for being here again today.

13        You just testified that -- I'm going to paraphrase a

14 little bit.  But I think you just testified that "we use the

15 same process for every complaint."  So the same process for the

16 Plaintiffs as you would use for any other complaint, and that

17 that process is found in the OCR Processing Manual; is that

18 fair to say?

19 A    Yes, that's fair to say.

20 Q    Okay.  Can you point to me where in the OCR Process -- in

21 the OCR Processing -- sorry.  Let me make sure I'm saying this

22 right.  Can you point to me where in the OCR Case Processing

23 Manual -- so that's Government Exhibit 1 -- where it provides

24 guidance for OCR investigators in how to handle religious

25 exemption issues?

1    A    There's no specific provision in the Case Processing

2    Manual on how to handle religious exemption issues.    Similarly

3    there's no specificity in the Case Processing Manual for how to

4    handle other very specific issues that come before OCR.    There

5    are general guidelines laid out that we do consider in all

6    cases.    And certainly subject-matter jurisdiction is one of

7    those standards that we look to.

8    Q    But it's not fair to say that they're treated the same;

9    right?    Because there's an extra layer of analysis required

10    when there's a religious exemption; is that correct?

11    A    There's an extra -- the analysis of any given case will be

12    a little bit different, certainly.    But, generally speaking,

13    these are the principles, are the standards, that we look to in

14    evaluating cases.

15    Q    So if I'm the OCR investigator, and a Plaintiff's

16    complaint has shown up on my desk, where should I turn -- where

17    should I turn in this Processing Manual to find out how I'm

18    going to analyze whether or not an existing religious exemption

19    covers the allegations in this complaint or not?    Where am I

20    going to turn?

21    A    Well, you may not know that, actually, when you first

22    receive a complaint.    You may not be able to identify the

23    particular recipient as possibly an institution -- an

24    educational institution that's religious in nature.    So you

25    wouldn't necessarily know that.

1    You'd simply move forward and look at timeliness, personal

2    jurisdiction, whether a consent form is necessary.  And I think

3    we covered this on Friday.  At that point, assuming all of

4    those other basic prerequisites were met, you would issue a

5    letter opening the complaint for investigation.

6    Q    So sometimes the initial investigator might have no idea

7    of whether a religious exemption comes into play.  Fair enough.

8    In other circumstances, the initial investigator might know

9    that there is a religious exemption issue there; is that

10   correct?

11   A    That is correct.

12   Q    And in that case, that initial investigator -- from your

13   prior testimony, I believe you said that initial investigator

14   is supposed to look and -- you know, if there -- and request to

15   see if there's an assurance of exemption on file.  And if there

16   is, then that investigator is supposed to look at that

17   assurance of exemption, see what is exempted and why, and then

18   make a comparison and a determination on whether this complaint

19   sitting in front of them should be closed or open.  Is that

20   generally correct?

21   A    It -- generally, with a caveat.  They're not making the

22   final determination.  They certainly would be looking -- they

23   would speak to our Program Legal Group and determine whether,

24   as they suspected, an assurance existed.  And, if so, review

25   that assurance to determine whether the exemption actually was

1   something that is covered -- that covers the allegations of the

2   complaint.

3        But they would not be making the final determination.

4   They might, on the basis of that, determine that it appears

5   that we do not have subject-matter jurisdiction because the

6   exemption covers the allegations in the complaint, or they may

7   make a preliminary determination that it does not, in which

8   case they would be recommending that we move forward with

9   issuing a letter notification.

10  Q    So they don't make the final determination, but they make

11  the initial determination; is that correct?

12  A    They will propose a step to take.  Yes.  They will make a

13  proposed determination.

14  Q    And what kind of policy guidance, or guidance at all, does

15  OCR provide to those investigators to decide whether or not

16  certain religious tenets conflict with compliance with Title IX

17  with respect to that Title IX complaint sitting on their desk?

18  What kind of guidance do you provide?  Because the Case

19  Processing Manual doesn't say anything about it.  Have you

20  provided any guidance for your initial investigators on how to

21  make those determinations?

22  A    We've not provided any official guidance on how to make

23  those determinations.  And as you know, those determinations

24  are reviewed at numerous levels, all the way up to the final

25  level and the final decision-maker, which is the Assistant

1    Secretary.

2    Q    But another thing that can happen is that the initial

3    investigator might not know that there is an assurance of

4    exemption on file, as you suggested earlier, and, in that case,

5    they might recommend opening an investigation.  And if that is

6    affirmed by the Assistant Secretary, then an investigation

7    would be opened.  And then the complainant would be notified

8    that the investigation is opened, and the educational

9    institution would also be notified the investigation was

10   opened; is that correct?

11   A    That is correct.

12   Q    And at that point, after opening the investigation,

13   somebody could point out, "Hey, there's an assurance of

14   exemption on file."  And then the complaint could be closed at

15   that point on the basis of a preexisting assurance of

16   exemption; is that correct?

17   A    That is a possibility.  Yes, that is correct.

18   Q    And I believe that you testified earlier that, in fact,

19   after the evaluation stage, you know, then there's the opening

20   of the investigation.  And then the investigation could take

21   several months.  There could be efforts at reaching resolution.

22   The complainant could have been providing, you know, a lot of

23   time and energy providing testimony and documents to OCR, as

24   could the educational institution.  Is that fair to say that

25   sometimes these investigation processes can last several

1    months?

2    A    Yes.    Sometimes investigations can last several months.

3    Q    And so despite all of that, and even if there were several

4    months of negotiations and evidence and a lot of resources by

5    OCR and a lot of personal emotional resources from the Title IX

6    complainant, at any point during that process, even at the very

7    end, an educational institution could assert an assurance of

8    exemption.    And if OCR determines that it applies, the

9    allegations in the complaint -- everything -- would be over,

10   and the complaint would be dismissed; is that correct?

11   A    That remains a possibility.    Yes, that is correct, as a

12   possibility.

13   Q    Earlier, Mr. Wills, you testified that all of the

14   Plaintiffs' complaints are in the evaluation stage.    So I just

15   want to note that according to the Case Processing Manual --

16   so, again, Government Exhibit 1, Section 103, which is page

17   8 -- it says, "Once OCR determines pursuant to CPM Section

18   102" -- and Section 102 is whether information is subject to

19   further processing -- that it says, "Once OCR determines,

20   pursuant to CPM Section 102, that written information it has

21   received is appropriate for further processing, the information

22   is referred to as a complaint.    And OCR will assign a case

23   number to the complaint and establish a file."

24        So at the TRO stage, the Court's opinion recognized that

25   the evidence at the time of the TRO in this case was that a lot

1    of the complaints had not even been assigned a case number.

2    But based on Exhibit 3 that we're looking at -- Government

3    Exhibit 3, which is the -- that chart of all the Plaintiffs'

4    complaints -- it's -- isn't it true that now all of Plaintiffs'

5    complaints have at least been assigned a case number and are at

6    the evaluation stage?  Is that correct?

7              MS. SNYDER:  Objection, Your Honor.  He's misstated

8    testimony.  The question is compound and confusing.

9              THE COURT:  Rephrase your question.  If you need to

10   break it down, break it down.

11   BY MR. SOUTHWICK:

12   Q    Dr. Wills, is it accurate to say that all of Plaintiffs'

13   complaints have at least satisfied the requirements for being

14   assigned a case number because, in fact, they have been

15   assigned a case number; is that correct?

16   A    That is correct.

17   Q    All right.  So, at this point, OCR has determined that it

18   has received written information such that it can move on to

19   further processing of the complaints; is that correct?

20   A    That is correct.

21   Q    All right.  And during your deposition, you testified --

22   well, let me back up a little bit.  So in this chart it states

23   that all of the Plaintiffs' complaints -- other than the one

24   BYU complaint that's been dismissed -- that they all remain in

25   the evaluation stage; is that accurate?

1    A    That's accurate, yes.

2    Q    And at your deposition, you testified that the average

3    time to complete the evaluation stage -- the whole evaluation

4    stage -- was 73 days.  Do you recall that testimony?

5    A    I recall that testimony.  That is a -- 73 days was the

6    average time for completion of evaluation in fiscal year 2021.

7    Q    And do you have any reason to doubt your prior testimony,

8    or does that remain accurate in your understanding -- 73 days?

9    A    That remains accurate.

10   Q    So all of the Plaintiffs' complaints, if you look at the

11   "received by" date -- you can look through each of the dates.

12   But at least for all the complaints that were filed in June and

13   July, which is the vast majority of all the complaints, we're

14   significantly beyond the 73 days; is that right?

15   A    They are beyond the 73 -- the average of 73 days.

16   Q    In fact, they're beyond 100 days; is that right?

17   A    That appears to be correct.

18   Q    And you referred to OCR taking a pause or putting a pause

19   on all of Plaintiffs' complaints.  Do you recall approximately

20   how long Plaintiffs' complaints were put on hold by OCR?

21   A    I don't recall how long they were put on hold.  My

22   recollection is it was a fairly short period of time, but it

23   was a period of time definitely.

24   Q    But that pause or that hold -- that wasn't because the

25   Plaintiffs did anything wrong filing their complaints.  That

1   was -- is that fair to say?

2   A    That is fair to say.

3   Q    All right.  So the pause -- the hold -- that was -- that

4   was OCR trying to get its ducks in order and figure out how

5   it's going to process these religious exemption issues; is that

6   right?

7              MS. SNYDER:  Objection, mischaracterizes his

8   testimony.

9              THE COURT:  Rephrase your question, please.

10  BY MR. SOUTHWICK:

11  Q    The pause or the hold that you referred to on Plaintiffs'

12  complaints -- that was the decision of OCR to subject these

13  plaintiff complaints to that hold; is that correct?

14  A    That was OCR's decision.  Yes.

15  Q    So now that the complaints have been free to resume --

16  they've all resumed the evaluation stage; is that correct?

17  None of them are still being held back; is that right?

18  A    None are being held back.  And I do want to point out that

19  the pause was simply on moving forward with interviewing

20  complainants or complainants representatives.  It did not pause

21  all work on these cases or any review of documentation that we

22  had.

23  Q    Okay.  So the pause -- the hold -- that was just on

24  interviews and the -- and what was the purpose of those

25  interviews?  Was that to gather additional information for

1   evaluation?

2   A    Yes.   Generally speaking, when we reach out to

3   complainants during the evaluation stage -- and it's not a

4   requirement to do so, as I indicated in earlier testimony --

5   it's really to clarify complaints; to understand better what

6   the allegations of the complaint are; to understand and

7   address, if appropriate, issues of timeliness and waiver.

8   They're a variety of issues we may be looking at in a

9   clarification call.

10  Q    All right.   So now that the pause is lifted, would you

11  agree -- and -- now that the pause is lifted, and it's been,

12  you know, over 100 days for most of these complaints, would you

13  agree that the investigations should, in general, be nearing

14  the completion of the evaluation stage at this point?

15           MS. SNYDER:   Objection, speculation and foundation.

16           THE COURT:   Overruled.   If he knows the answer, he

17  can give it.

18           THE WITNESS:   Mr. Southwick, would you repeat the

19  question, please?

20  BY MR. SOUTHWICK:

21  Q    Sure.   Given that the hold or the pause has been lifted,

22  and that these complaints have been filed generally more than

23  100 days ago, would you agree that, in general, these

24  complaints should be nearing the completion of the evaluation

25  stage at this point?

1    A    I can't answer whether they should be nearing the

2    completion of the evaluation stage, because I don't actually

3    know what -- other than the brief descriptions here -- what

4    state these particular complaints are in.  Some may be near

5    that stage.  Some may not yet be near that stage.  So -- which

6    is the best I can do by way of answer to your question right

7    now.

8    Q    So could these investigators just continue to sit on these

9    complaints for months and months?  Would that be acceptable to

10   you?

11              MS. SNYDER:  Objection, misstates his testimony in

12   the record.

13              THE COURT:  Rephrase --

14   BY MR. SOUTHWICK:

15   Q    I'm not misstating -- I'm not saying it was your

16   testimony, Mr. Wills.  I'm asking you --

17              THE COURT:  Excuse me.

18   BY MR. SOUTHWICK:

19   Q    You're the Director of Enforcement at OCR.

20              THE COURT:  Excuse me.

21              MR. SOUTHWICK:  Oh.

22              THE COURT:  Yeah.  Please listen when I -- I tried to

23   interrupt a minute ago.  Rephrase your question and just ask it

24   in the form of a question.

25              MR. SOUTHWICK:  Apologies, Your Honor.

1    BY MR. SOUTHWICK:

2    Q    Mr. Wills, as the Director of Enforcement at OCR, would it

3    be acceptable for you -- to you -- for investigators to just

4    continue sitting on Plaintiffs' complaints and not moving the

5    process of processing them along?

6            MS. SNYDER:  Objection, foundation and misstates the

7    testimony.

8            THE COURT:  Overruled.  He can answer the question if

9    he can answer it.

10           THE WITNESS:  Mr. Southwick, I don't believe that the

11   investigators are sitting on these complaints.  There's -- as I

12   testified earlier, and as we've seen even from the earlier

13   Government Exhibit No. 3, there has been action taken.  There

14   are interactions happening with the complainants in appropriate

15   instance.  So I don't view them, first of all, as sitting on

16   these complaints at this point.

17           Yes, it is our hope to move through the process of

18   processing complaints always as expeditiously as possible but

19   also with appropriate consideration to all the factors that we

20   have to consider before we determine whether to open a

21   complaint.  But I do want to stress that I do not find that

22   what is happening now, as far as I've been told, constitutes

23   sitting on these complaints.

24   BY MR. SOUTHWICK:

25   Q    Okay.  So the average time to complete the evaluation

1    stage is 73 days.  But it's been more than 180 days.  And only

2    one of Plaintiffs' 35 or 36 complaints have actually completed

3    the evaluation stage; isn't that true?

4               MS. SNYDER:  Objection, misstates the testimony.

5               THE COURT:  Overruled.  I don't -- overruled.

6               THE WITNESS:  Mr. Southwick, again, I would ask you

7    to repeat the question.  Because maybe I misunderstood.  I

8    thought I heard you say that there are complaints that are over

9    180 days old.

10   BY MR. SOUTHWICK:

11   Q    Sorry.  If I said that, I misspoke.  I was saying 100

12   days.  What I'm asking, Mr. Wills, is out of the 35 or 36

13   complaints that we have here on Government Exhibit 3, only one

14   of them has actually made it through the evaluation stage;

15   right?

16   A    That is correct.

17   Q    Okay.  So the other 90-plus percent of complaints have not

18   completed the evaluation stage, even though it's been over 100

19   days; is that accurate?

20   A    That is accurate.

21   Q    Mr. Wills, during your deposition, do you recall us

22   looking at some of the George Fox University correspondence

23   with OCR and decisions from OCR regarding a transgender student

24   who was making a housing discrimination complaint back in 2014?

25   A    Yes, I do.

1  Q    And do you recall that after that complaint was opened for

2  investigation, George Fox University asserted a religious

3  exemption, and that the Office of Civil Rights then dismissed

4  that complaint on the basis of the religious exemption?

5  A    Yes, I recall that.

6  Q    Mr. Wills, are you familiar with that process happening

7  with respect to other LGBT students at other educational

8  institutions?

9  A    Mr. Southwick -- which process, Mr. Southwick?  The

10  process -- please just clarify that for me.

11  Q    Well, Mr. Wills, a transgender student's housing complaint

12  was dismissed by OCR on the basis of a religious exemption.

13  I'm wondering, are you familiar whether the Office of Civil

14  Rights has similarly dismissed other complaints from LGBTQ

15  students on the basis of the religious exemption to Title IX?

16  A    I believe so.  I'm just trying to recall whether the

17  complaint that I had in mind involves an LGBTQ student, which I

18  don't recall right now.  I would need to refer to an exhibit to

19  make that determination.  OCR has certainly dismissed other

20  complaints on the basis of assurance of exemption that covered

21  the allegations of the complaint.

22  Q    So yesterday -- or, excuse me -- on Friday my office

23  circulated some documents to be used for cross-examination to

24  the Court and Counsel.  I'm going to share my screen and pull

25  up some of these.  The three documents I'm going to look at

1    were attached as exhibits to a declaration in this case in the

2    briefing on the initial motion for a temporary restraining

3    order and preliminary injunction.

4        The first document that I'm pulling up here is Docket

5    No. 50-21.  And it is a correspondence between the Office of

6    Civil Rights and Spring Arbor University in -- it looks like

7    2013 -- the 2013 and 2014 time period.  Mr. Wills, have you

8    seen these documents before?

9    A    I have not.

10    Q    All right.  I'm happy to go through them.  Are you able to

11    see these, or would you like a printed copy?

12    A    I actually would like a printed copy because the screen is

13    rather far away, and it's very hard for me to read.

14    Q    Sure.

15        MR. SOUTHWICK:  Hilarie, are you able to print a copy

16    for the witness?

17        MS. SNYDER:  We are.  But you need to give us a few

18    minutes to do it.

19        MR. SOUTHWICK:  Okay.

20    BY MR. SOUTHWICK:

21    Q    Well, I'll go ahead and like to introduce these exhibits

22    so we can kind of go through that process now while we're

23    waiting for physical copies.  I'd like to introduce the exhibit

24    on my screen here as Plaintiffs' Exhibit No. 21.

25        THE COURT:  Objections?  Can everybody see it and

1   make that decision?

2              MS. SNYDER:  Your Honor, may we -- once we get the

3   hard copy, could --

4              THE COURT:  Sure.

5              MS. SNYDER:  -- we take a look then?  Thank you.  I

6   don't anticipate an objection, but I would like to see it.

7              MR. SOUTHWICK:  All right.

8   BY MR. SOUTHWICK:

9   Q     And just the three documents we're going to look at -- the

10  next one is Docket 50-20.  And this is a similar line of

11  correspondence between OCR, but this is with Liberty University

12  in 2014.  And then Docket 50-18 -- this is with BYU-Idaho and

13  the Office of Civil Rights.  These are the three documents I'd

14  like introduced as Exhibits 21, 22, and 23.

15             MS. SNYDER:  Elliott went to print them.  Do you guys

16  want to take like a two-minute break to allow that to happen?

17             THE COURT:  Let's do that.  Let's do that.

18             MR. SOUTHWICK:  All right.  Sounds good.  Thank you.

19

20             (A break was taken from 8:46 AM to 8:58 AM.)

21

22             THE COURT:  Does everybody have the copies?  Is

23  everybody back?  Go ahead and please be seated.

24             MR. SOUTHWICK:  Plaintiffs are back.

25             THE COURT:  Does everybody have copies of the

1    requested admission of the Exhibits 21, 22, and 23?

2              MS. SNYDER:  Yes, Your Honor.

3              THE COURT:  All right.  Objections?

4              MR. TUCKER:  No objection from CCCU, Your Honor.

5              MS. SNYDER:  No objections from the Government

6    Defendants, Your Honor.

7              MR. TUCKER:  This is Ryan Tucker.  No objections from

8    the Religious Schools.

9              THE COURT:  Thank you.  They will be received.

10   Continue with your cross.

11   BY MR. SOUTHWICK:

12   Q    Thank you, Dr. Wills.  So I'm going to turn to

13   Exhibit No. 21, which is the Spring Arbor University

14   correspondence.  And it looks like your lawyers had a chance to

15   provide a print-out of that.  I'll just go through this

16   document with you since you -- do you have it in front of you,

17   Mr. Wills?

18   A    I do.  Thank you.

19   Q    All right.  So the first page is stamped December 6th,

20   2013.  And this is a correspondence from OCR to the President

21   of Spring Arbor University.  Does that look correct to you?

22   A    Yes, it does.

23   Q    And the subject line says "OCR Docket No. 15-14-2006.  And

24   so this appears to be in response to an OCR Title IX Complaint;

25   is that correct?

1    A    Yes, that's correct.

2    Q    All right.  And in this correspondence, OCR recognizes

3    that on November 4th of 2013 -- so about a month prior -- OCR

4    received a complaint filed against Spring Arbor University

5    alleging sex-based discrimination against the student.  The

6    complaint alleges that the university is discriminating against

7    the student based on sex by denying him equal access to

8    university's education program and activities because -- and

9    then there are some redactions about the specific allegations.

10    Does that look accurate?

11    A    Yes, it does.

12    Q    And just so that we can kind of fill in some of the

13    missing pieces, we can tell that this is a complaint filed by

14    an LGBTQ+ student if we look down towards the last page here,

15    page 7.  On page 7, the last page of this document, which is

16    further correspondence from OCR to Spring Arbor, it states that

17    in a letter dated June 27th, 2014, OCR's Assistant Secretary

18    granted the university's request and stated in relevant part

19    that the university is exempt from the above provisions, quote,

20    "to the extent that they prohibit discrimination based on

21    gender identity or sexual orientation, or require a recipient

22    to treat students consistent with their gender identity, and

23    compliance would conflict with the controlling organization's

24    religious tenets."  Is that an accurate reading of this

25    document?

A    Yes, it is.

Q    All right.  So going back to the first page, I just wanted
to clarify, because of the redactions, that we are dealing with
an LGBTQ+ student here.  The second paragraph of page 1 talks
about Title IX and OCR's Enforcement.  Third paragraph says,
"Because OCR has jurisdiction over this allegation, and it was
filed timely, OCR is opening this complaint for investigation."

     And so is it fair to say that at the time this complaint
was filed, OCR was processing complaints by LGBTQ students for
gender identity or sexual orientation discrimination?

A    Yes.

Q    All right.  And then it goes on to discuss the Title IX
claim.  If you go to page 2, it says that the Department is
opening this matter for investigation, describes the Case
Processing Manual processes as you've described.  Page 2 says,
"Going to conduct the prompt investigation."

     And then if you look down towards the end of page 2, OCR
makes a request of Spring Arbor University.  And it says,
"Therefore, requesting that you forward the following
information to us within 15 calendar days."  And you asked for
a number of documents, including a copy of the university's
policies, procedure of --

          MS. SNYDER:  Objection, Your Honor.  I hate to
interrupt, but I believe Counsel's testifying.

          THE COURT:  Will you please just ask a question and

1    refer to the document that the witness can read for himself,

2    please?  Go ahead.

3                MR. SOUTHWICK:  Sure.

4    BY MR. SOUTHWICK:

5    Q    Mr. Wills, is it fair to say that this -- the first three

6    pages of this document that we're looking at demonstrates the

7    Office of Civil Rights opening up an investigation for LGBTQ

8    discrimination on behalf of the Title IX complainant at Spring

9    Arbor University?

10   A    Yes, that's fair to say that.

11   Q    Okay.  And this was -- this was at the end of 2013.  All

12   right.  And then let's look to the next -- page 4.  This is --

13   the next correspondence is from August of 2014 -- so about

14   seven or eight months later.  This is also from OCR -- same

15   case number.  And it talks about the complaint that was filed.

16               MS. SNYDER:  Again, objection, Your Honor.  Counsel's

17   testifying.

18               MR. SOUTHWICK:  I'm merely trying to provide some

19   context for the document.  I could ask --

20   BY MR. SOUTHWICK:

21   Q    Mr. Wills, have you read this document before?

22   A    I read it today.  Yes.

23   Q    All right.  Since you've already read it, is it fair to

24   say that this correspondence from August of 2014 acknowledges

25   that Spring Arbor University requested and received a religious

1    exemption from Title IX relating to sexual orientation and

2    gender identity, and specifically with respect to a number of

3    implementing regulations as described on page 6 and 7 of this

4    document?

5    A    Yes, that is accurate.

6    Q    And is it also accurate that on the basis of the religious

7    exemption granted by OCR, the student's Title IX complaint was

8    administratively closed?

9    A    Yes, that is correct.

10   Q    So similar to the transgender student at George Fox

11   University, this LGBT student at Spring Arbor University also

12   had their open Title IX complaint administratively closed on

13   the basis of the religious exemption; is that right?

14   A    That's right.

15   Q    All right.  If you could turn to Exhibit No. 22, the

16   Liberty University correspondence dated January 16th, 2014.

17   And have you had an opportunity to review this document?

18   A    I'm currently reviewing it.

19              THE COURT:  I'm going to step out a sec.

20

21              (A break was taken from 9:08 AM to 9:09 AM.)

22

23   BY MR. SOUTHWICK:

24   Q    And take your time, Mr. Wills, but just let us know when

25   you've finished your review.

1    A    I've completed my review.

2    Q    All right.  I'd just like to ask you a few questions about

3    the first -- the first few pages of this document are a

4    correspondence between Jerry Falwell, the former President of

5    Liberty University, and the Office of Civil Rights; is that

6    correct?

7    A    That is correct.

8    Q    And Jerry Falwell says that this letter grew out of a

9    November 8th, 2013, letter that it received from the District

10   of Columbia office of OCR regarding a complaint filed against

11   Liberty with the allegation that the antiabortion policy

12   discriminated against female students; is that accurate?

13   A    That is accurate.

14   Q    And then if you look down to the bottom of page 1, it says

15   that "the Department asked Liberty to formally claim a

16   religious exemption under 34 CFR 106.12 by providing the names,

17   the religious entity" -- "the names" -- it looks like there's a

18   missing "of" -- "of the religious entity that oversees the

19   university, description of specific religious tenets the

20   university believe they're inconsistent with Title IX, and

21   provisions of the Title IX regulation from which the university

22   claims an exemption."

23       Mr. Wills, is it OCR's practice to invite educational

24   institutions to formally claim religious exemptions in response

25   to Title IX complaints against those educational institutions?

1  A    I cannot state that that is OCR's official practice.

2  Q    But it is OCR's official practice now; isn't it?  Because

3  didn't you testify earlier that now in each -- in each letter

4  in which OCR is going to open a Title IX investigation, it in

5  fact invites the educational institution to claim any number of

6  exemptions, including religious exemptions to Title IX, rather

7  than comply with the opening of the investigation; isn't that

8  correct, Mr. Wills?

9  A    I have to disagree with that characterization.  The

10 letter -- the current letter opening cases for investigation is

11 not an invitation.  There's no specific invitatory language in

12 that letter.  It simply informs a recipient that these

13 exemptions and exceptions are available without even describing

14 what they might be, and it -- and states simply if you

15 intend -- or if the recipient intends to exercise any right

16 under that -- under any of those sections, please notify OCR.

17      But there's no inviting or "we ask you to" or "we invite

18 you to file for an assurance," which is, at least as it's

19 recorded here, different from the language in the letter to

20 Robin Murphy from Liberty University.

21 Q    But that change in OCR's letters -- the change in OCR's

22 letters regarding opening investigation, which provides

23 information about exemptions that can be claimed -- I believe

24 that you testified that language was changed in response to the

25 Title IX complaints raising religious exemption issues that

1    were filed this year; is that correct?

2    A    That is correct.

3    Q    So --

4    A    The change of language was added, actually, as a response

5    to that.

6    Q    So, previously, OCR would not have alerted educational

7    institutions, "Look, we're opening investigation.  But you may

8    be exempt."  The prior language in the opening letters didn't

9    provide that kind of notification of exemption to educational

10   institutions; did it?

11   A    That is correct.  We did not include the current language

12   in prior letters of notification --

13   Q    So Dr. Falwell --

14   A    -- with religious exemptions.

15   Q    So Jerry Falwell -- at least his interpretation was that

16   he was asked -- at least according to this document -- and then

17   he goes on to provide that justification.  And we don't need to

18   go through all of it.  But he describes the -- Liberty

19   University and its beliefs and its governing structure.  Is

20   that a fair summary of the rest of the document?

21   A    I would say that is a fair summary of the rest of the

22   document.  Yes.

23   Q    All right.  And then in response -- so this is April

24   22nd -- so a few months later -- the Office of Civil Rights

25   responds to Mr. Falwell.  And could you summarize for the Court

1    what OCR's response to Mr. Falwell is?

2    A    Certainly.  The response of communication from the

3    Assistant Secretary for Civil Rights is essentially the

4    issuance of an assurance of exemption based on the request that

5    Reverend Falwell made in the earlier communication.

6    Q    And, in fact, OCR grants the exemption to allow Liberty

7    University to punish women who have abortions; is that correct?

8    A    I don't see anywhere in this letter a granting of allowing

9    Liberty University to punish women.  It granted the exemption

10   that was requested.

11   Q    Would you -- we could read over Liberty University's

12   request again if you'd like, but isn't it about honor code

13   violations for having abortions?  Or termination of pregnancy?

14   A    Yes, it is.

15   Q    So Liberty University was asking OCR to grant a religious

16   exemption to allow it to continue to enforce its honor code to

17   punish students who have terminated their pregnancies.

18            MS. SNYDER:  Objection, Your Honor, argumentative.  The

19   documents speak for themselves.

20            THE COURT:  Sustained.

21            MR. PRINCE:  Also relevance, Your Honor.  This is

22   Joshua Prince.

23   BY MR. SOUTHWICK:

24   Q    And the last page of this document notes that Jerry

25   Falwell actually requested an exemption from 34 CFR 106.31(b)

1    to allow the university to maintain a policy allowing for the

2    discipline of students who have an abortion.  However, OCR

3    looks like, on its own accord, said, "Well, the actual

4    provision that you want an exemption from is 34 CFR 106.40(b),"

5    and then OCR goes on to grant that exemption.  Is that a

6    correct understanding of that paragraph?

7              MS. SNYDER:  Objection, speculation and relevance.

8    BY MR. SOUTHWICK:

9    Q    Mr. Wills --

10             THE COURT:  Wait, wait, wait.  Sustained.  Move on.

11   BY MR. SOUTHWICK:

12   Q    All right.  The last document in this series I'd like to

13   ask you about, Mr. Wills, is Plaintiffs' Exhibit No. 23,

14   BYU-Idaho correspondence.  This is a four-page document.  And

15   have you had a moment to briefly review this, Mr. Wills?

16   A    I'm reviewing it right now, Mr. Southwick.

17   Q    All right.  Thank you.

18   A    I've finished reading the letter.

19   Q    Thank you, Dr. Wills.  Is it fair to say that this letter

20   is from BYU-Idaho's President to the Office of Civil Rights

21   regarding a Title IX complaint it received from a transgender

22   student?

23   A    I can infer that from reading the letter it involves

24   gender identity.  But I don't see any specific reference to a

25   particular transgender student -- unless I missed that.

1  Q    And then if you look at the bottom of page 3, it states
2  very specifically, "The complaint against BYU" --
3  A    I --
4  Q    Do you see that?
5  A    Yes, I see that.  I do.
6  Q    Okay.  So we're talking, again, about a complaint filed
7  against BYU-Idaho with the Office of Civil Rights on behalf of
8  a transgender student.  And then this is BYU-Idaho responding
9  to the Office of Civil Rights regarding that complaint; is that
10 fair to say?
11          MS. SNYDER:  Objection, foundation and speculation.
12          THE COURT:  Rephrase your question.
13 BY MR. SOUTHWICK:
14 Q    Dr. Wills, now that you've had an opportunity to review
15 this correspondence, could you describe the general nature of
16 this correspondence?
17 A    Generally speaking, this is a response by the President of
18 BYU-Idaho to a communication he received -- or Brigham Young
19 received from the Office for Civil Rights.  And in this
20 communication from the President of BYU-Idaho, the President
21 sets forth the bases for requesting a religious exemption or a
22 religious exemption with regard to the complaint filed by a
23 transgender student with the Office for Civil Rights.
24 Q    And then the letter goes on, on page 4, to reference a
25 prior religious exemption that BYU-Idaho received from the

1    Office of Civil Rights back in the 1980s; is that correct?

2    A    That's correct.  It references an exemption that was

3    assured to the predecessor institution -- Ricks College.

4    Q    And then are you aware of whether or not OCR affirmed that

5    religious exemption for BYU-Idaho in the context of this

6    complaint?

7          MS. SNYDER:  Objection.  Confusing, ambiguous

8    question.

9          THE COURT:  Overruled.

10          THE WITNESS:  I cannot say with certainty that the

11    exemption was assured with regard to this particular complaint.

12    I would have to review further documentation to make that

13    statement.

14    BY MR. SOUTHWICK:

15    Q    However, based on current OCR policies, given that

16    BYU-Idaho raised this exemption, if the -- if it had properly

17    followed OCR's guidance with respect to requesting an assurance

18    of exemption, the Office of Civil Rights would have granted

19    that exemption with respect to gender identity; is that

20    correct?

21          MS. SNYDER:  Objection, foundation and speculation.

22          THE COURT:  Sustained.

23    BY MR. SOUTHWICK:

24    Q    So, Dr. Wills, we've looked at a number of documents in

25    which LGBT students as well as at least one instance in

1   which -- a woman who had an abortion -- were trying to assert

2   their Title IX rights at federally funded educational

3   institutions by filing Title IX complaints with the Office of

4   Civil Rights.  And is it fair to say that in at least some of

5   these instances that we reviewed just now, the Office of Civil

6   Rights responded by administratively closing those students'

7   Title IX complaints; is that right?

8   A    That is correct.

9   Q    Dr. Wills, are you aware of any situation in which an

10  LGBTQ student has gone to the Office of Civil Rights for help

11  against a religious educational institution with claims of

12  discrimination where the Office of Civil Rights has actually

13  been able to help that student rather than dismissing that

14  student's complaint?

15  A    Can you rephrase the question, please?  Or just restate

16  it.  "Am I aware of" --

17  Q    Mr. Wills, are you aware of any cases in which an LGBTQ

18  student has filed a Title IX complaint for sexual orientation

19  or gender identity discrimination against an educational

20  institution, that had already received an assurance of

21  exemption or had claimed a religious exemption in the course of

22  that Title IX administrative proceeding, and where the Office

23  of Civil Rights has actually been able to help that student as

24  opposed to administratively dismissing their complaint on the

25  basis of the religious exemption?

1          MS. SNYDER:  Objection, ambiguous.

2          THE COURT:  Overruled.  If he knows the answer, he

3     can give it.  If he doesn't know the answer, he can give it as

4     well.

5          THE WITNESS:  I'm not aware of a situation where an

6     assurance of exemption has issued from the Assistant Secretary

7     that covers the allegations of a complaint filed by an LGBTQ

8     student where OCR has not dismissed the complaint for lack of

9     jurisdiction.

10    BY MR. SOUTHWICK:

11    Q    Thank you, Mr. Wills.  And during your deposition,

12    Mr. Wills, I had asked you about whether or not the religious

13    exemption restricts OCR's ability to prevent sex discrimination

14    at educational institutions that receive federal financial

15    assistance.  And do you recall that your testimony was that in

16    fact the religious exemption did restrict OCR's ability to

17    prevent sex discrimination?

18    A    Yes.  I recall my testimony.

19    Q    And do you stand by that testimony today?

20    A    I do.

21    Q    During your deposition, we reviewed some documents from

22    the -- well, I guess, now Former Acting Assistant Secretary.

23    So just to clarify, the Acting Assistant Secretary named as a

24    defendant in this lawsuit was Suzanne Goldberg.  But I believe

25    it's my understanding from your testimony on Friday that the

1  new Assistant Secretary has indeed been confirmed, and that

2  that is Catherine Lhamon; is that correct?

3  A    That is correct.

4  Q    And so the prior acting Assistant Secretary had put out a

5  number of documents.  And we reviewed one during your

6  deposition in which the Acting Assistant said that sex

7  discrimination threatens equal access for students and can

8  derail opportunities for them to learn.  And I asked whether

9  you agreed with that statement, and you said that you did

10  agree.  Do you recall that testimony?

11  A    I do recall that testimony.

12  Q    And does that remain your testimony today?

13  A    Yes, it does.

14  Q    And during your deposition, I asked you whether or not a

15  student could attend an educational institution and not know

16  whether their Title IX rights would be protected at that

17  institution, because that institution might not currently have

18  an assurance of exemption but could request one at a later

19  time.  And your testimony was that, "Yes, indeed, a student

20  could attend an institution and not know whether their Title IX

21  rights would be protected."  Is that your recollection of your

22  testimony?

23           MS. SNYDER:  Objection, speculation.

24           THE COURT:  Overruled.

25           THE WITNESS:  Yes, that's my recollection.

1   BY MR. SOUTHWICK:

2   Q    And does that remain your testimony today?

3                MS. SNYDER:  Again, objection, speculation.

4                THE COURT:  Overruled.

5                THE WITNESS:  Yes.

6   BY MR. SOUTHWICK:

7   Q    During your deposition, I also asked you whether OCR can

8   investigate discriminatory policies as opposed to merely

9   discrete discriminatory acts.  And I believe that your

10  testimony was that, "Yes, OCR has subject-matter jurisdiction

11  to investigate discriminatory policies."  Is that an accurate

12  description of your testimony?

13  A    Yes, it is.

14  Q    And does that remain your testimony today?

15  A    It does.

16  Q    And during your testimony, we went over Bob Jones

17  University's student policy, which -- student conduct code --

18  which we've -- we went over with the Court with the witness

19  from Bob Jones University earlier.  And that had to do with

20  prohibitions on same-sex dating, prohibitions on transgender

21  students medically transitioning.  And I asked you whether or

22  not such a policy would be considered an unlawful policy but

23  for the religious exemption to Title IX.

24           Putting the religious exemption to Title IX aside, would a

25  general policy like that -- would OCR consider that to be

1    unlawful under Title IX?  And --

2              MS. SNYDER:  Objection, Your Honor.  Oh, sorry, Paul.

3    BY MR. SOUTHWICK:

4    Q    And I believe that your testimony at pages 223 and 224 of

5    your deposition was that "Yes, such a policy would be unlawful

6    and under OCR subject-matter jurisdiction."  Do you recall

7    whether that is an accurate description of your testimony?

8              MS. SNYDER:  Objection, compound and ambiguous

9    question.

10             THE COURT:  Overruled.

11             THE WITNESS:  I do recall that that was my testimony.

12   And under those circumstances, putting aside the issue of

13   religious exemption, OCR would open an investigation and

14   investigate a complaint that alleged that the policy was

15   violated.

16   BY MR. SOUTHWICK:

17   Q    And, Mr. Wills, are you aware that -- of the 36 Title IX

18   complaints from the Plaintiffs that are listed on Government

19   Exhibit 3 -- that approximately ten of those have been filed by

20   students who are current students at the educational

21   institutions?  Meaning they're not alumni, they weren't

22   expelled, but they are currently at educational institutions as

23   current students; are you aware of that?

24   A    I am not aware of that.

25   Q    But would you agree that for a current student who alleges

1    injuries stemming from a discriminatory policy, like the Bob

2    Jones University policy, that such a current student would be

3    stating a claim within the subject-matter jurisdiction of OCR

4    setting aside the religious exemption?

5              MS. SNYDER:  Objection, speculation.

6              THE COURT:  Overruled.

7              THE WITNESS:  Generally speaking -- and I state this

8    with a great deal of caution -- yes.  That would be something

9    that would generally move us toward opening a complaint for

10   investigation.  But, again, I do not like to speculate based on

11   hypotheticals.  I do not give advisory opinions.  I'm not

12   necessarily the complete decision-maker in every process.  But,

13   generally speaking, that would weigh in favor of opening a

14   complaint for investigation.

15   BY MR. SOUTHWICK:

16   Q    Mr. Wills, I am getting near the end of my cross.  But

17   I -- there's one -- there's one more document that I'd like to

18   ask you about from Government's -- from the Government's

19   exhibit.  And I believe that is the Smith memorandum, which --

20             MR. SOUTHWICK:  Joe, do you have the exhibit list?

21        For the Court's reference, the Plaintiffs would like to

22   turn to Government's Exhibit No. 11.

23        Oh -- yeah -- Smith; right?  Let me just make sure I've

24   got the right memorandum.  Yeah -- Smith 1989 -- so Government

25   Exhibit No. 11.

1    BY MR. SOUTHWICK:

2    Q    And just let me know when you've had a chance to get

3    there, Mr. Wills, and to at least take a little review of the

4    document.

5    A    Yes.  I'm looking at the document right now.

6    Q    I'm going to ask you some questions about pages 3 and 4 of

7    Government Exhibit 11.  And it's under the section that has a

8    headline of "Investigations of Institutions with Religious

9    Exemptions."  So if you could particularly just take a review

10   of those paragraphs, and then let me know when you've had a

11   chance to review those.

12   A    I've finished my review of the paragraphs.

13   Q    Thank you, Mr. Wells.  So just for everyone's

14   recollection, I included Exhibit 11.  This is one of the

15   memorandums that you've testified that is part of the guidance

16   for OCR in what to do in situations where a Title IX complaint

17   comes in and there's been a religious -- an assurance of

18   religious exemption already on file.  Is that fair to say that

19   this is what this section of Exhibit 11 is about?

20            MS. SNYDER:  Objection, I think this is -- I don't

21   believe that Mr. Wells has testified about this here today.

22   Your question was -- misstates past testimony and is ambiguous.

23            MR. SOUTHWICK:  I'll rephrase.

24            THE COURT:  Go ahead.

25

1    BY MR. SOUTHWICK:

2    Q    Mr. Wills, are you familiar with Government Exhibit

3    No. 11?

4    A    I am.

5    Q    And, in fact, it's a document you reviewed in preparation

6    for your 30(b)(6) deposition; is that correct?

7    A    That is correct.

8    Q    And could you describe for the Court what this document

9    is?

10   A    This is a document from the then Acting Assistant

11   Secretary for Civil Rights William Smith directed to OCR senior

12   staff.  And it lays out Title IX religious exemption procedures

13   and instructions for investigating complaints at institutions

14   with religious exemptions.

15   Q    Okay.  So then let's go ahead and go to the bottom of page

16   3 of Exhibit 11, which has a Bates Stamp ED2.000078, and that

17   section about investigations of institutions with religious

18   exemptions.  Let me know when you've been able to find that.

19   A    All right.  I've located it.

20   Q    So the first sentence there says, "When a complaint is

21   filed against an institution that has already been granted a

22   religious exemption by OCR, the regional offices should

23   carefully review OCR's letter granting the exemption and the

24   institution's letter requesting the exemption to determine

25   whether the complaint allegations fall within the exemption

1    granted."

2        My question to you -- is this OCR's current practice or

3    current policy?

4    A    The current policy is for OCR -- where a religious

5    exemption assurance has been granted -- is to review the letter

6    of assurance and determine whether the exemption that has been

7    assured covers the particular allegations of the complaint.

8    Q    So the next sentence says, "The letters requesting and

9    granting the exemption will clarify the extent of the

10   exemption."  Do you agree with that assessment in terms of

11   OCR's current policy?

12   A    I do.

13   Q    All right.  Then a little bit further down, it gives an

14   example of a potentially -- it gives an example of a situation.

15   And I'll read that.  It says, "For example, if a complainant

16   alleges that an institution with a religious exemption to

17   Section 106.34 does not provide women with access to advanced

18   courses in chemistry, the regional office must determine

19   whether the institution's exemption to 106.34 addresses courses

20   in chemistry by reviewing the letters requesting and granting

21   the exemption.  The regional office's review of the religious

22   exemption file indicates that the exemption is only for those

23   courses training future ministers, which are based on religious

24   tenets limited to men, then the regional office must

25   investigate the complainant's allegations regarding access to

1    advanced chemistry courses."

2        Do you see that there in this document?

3    A    I do see that.

4    Q    So my question to you is does current OCR policy follow

5    this guidance document from Exhibit No. 11?

6    A    Yes.  This is a statement of OCR's current policy toward

7    assessment of the extent of a religious exemption.  We must do

8    that carefully.  In saying that we look to what the

9    exemption -- what provision is exempted, we must also carefully

10    assess whether it covers, completely, all of the allegations of

11    the complaint.

12        This is a perfect example of a situation where that might

13    not be the case, where the exemption really ran to -- you're

14    exempted from coursework.  Women can be excluded from certain

15    coursework that is related only to providing training for men

16    who are training for the priesthood or the ministry.  It does

17    not provide a blanket exemption for advanced chemistry courses,

18    necessarily.  It's a stock example offered here, but it's a

19    caution to the field to be very careful and deliberate in

20    determining what exactly the exemption covers and what are the

21    nature of the allegations in the complaint.

22    Q    So I'd like to refer to one of the specific examples

23    that's in this case.  And that would be Alex Duron, a plaintiff

24    who testified on day one of this preliminary injunction

25    hearing, in which he testified about having his admission

1    rescinded to a graduate nursing program because of his sexual

2    orientation.

3         So my question to you, Mr. Wills, is when OCR is

4    evaluating Mr. Duron's complaint, is it going to be asking

5    whether or not Union University -- the university he

6    attended -- whether or not Union University's religious tenets

7    regarding sexual orientation require the university to rescind

8    his admission to a graduate nursing program?  Is that the kind

9    of analysis that will be done?

10   A    I don't speak to the kind of analysis that will be done.

11   I can't speculate as to the analysis.  We will do a thorough

12   and careful analysis of each one of the complaints that we have

13   before us.  But I don't speak to what that analysis is going to

14   include, other than it will by careful, thoughtful, and

15   accurate.

16   Q    And so when the Office of Civil Rights closed the door by

17   administratively dismissing Title IX complaints, at least from

18   the transgender student at George Fox University and Spring

19   Arbor University, was OCR obligated to do an analysis of

20   whether or not those institutions' beliefs about gender and

21   gender identity required denying access to an on-campus

22   restroom to a transgender student?  Is that kind of analysis

23   being done?

24             MS. SNYDER:  Objection, speculation and ambiguous.

25             THE COURT:  Overruled.  If he can answer, he can

1   answer.

2          THE WITNESS:  I don't know what the analysis was in

3   that particular case.  So I can't answer that question with

4   specificity.  All I can do is say that the documents such as

5   they are speak for themselves.

6   BY MR. SOUTHWICK:

7   Q    But, Dr. Wills, you're going to -- you're going to have to

8   answer this question; aren't you?  Because you are the Director

9   of Enforcement at OCR; is that correct?

10          MS. SNYDER:  Objection, misstates --

11          MR. SOUTHWICK:  Let me back that up.

12          MS. SNYDER:  -- misstates the question.

13          THE WITNESS:  Yeah.

14  BY MR. SOUTHWICK:

15  Q    Dr. Wells, you are the Director of Enforcement at the

16  Office of Civil Rights; is that correct?

17  A    That's not my official title.  But, yes, for all intents

18  and purposes, I am the Director of Enforcement at OCR.

19  Q    And then along with the Assistant Secretary, you and a

20  small group of headquarters officials are going to be reviewing

21  each and every one of Plaintiffs' Title IX complaints that have

22  been filed in this action.  Whether or not the recommendation

23  is for dismissal or to open investigation, you, the Assistant

24  Secretary, and a small group of headquarters officials are

25  going to be reviewing each and every one of these complaints;

1    is that correct?

2    A    That is correct.  I can't tell you the size of that small

3    group, but, yes, this will be reviewed by a number of

4    individuals at the headquarters office, bearing in mind that

5    the final decision is only and exclusively the Assistant

6    Secretary's.

7    Q    I do apologize.  There is one last document to ask you

8    about, but it's going to be very short.  And this is Government

9    Exhibit No. 21.  And, Mr. Wills, have you seen Government

10   Exhibit 21 before?

11   A    Yes, I have.

12   Q    And can you just briefly describe this document?

13   A    Yes.  This document is a listing of each of the recipients

14   and the corresponding Plaintiffs, slash, complainants in the

15   cases that we have also where we have administrative filings in

16   OCR.  And it lists the recipients.  It lists the associative

17   plaintiffs.  And there is a central column that lists whether

18   an assurance of religious exemption letter has issued.

19   Q    All right.  And it basically shows that some of the

20   institutions attended by Plaintiffs already have assurances of

21   religious exemptions, but other institutions do not; is that

22   correct?

23   A    Yes.  As of the creation of this letter, that is true.

24   Q    And so for the students on this list who are attending

25   institutions that do not currently have an assurance of

1   religious exemption -- those students don't really have any way

2   of knowing whether or not, or to what extent, their Title IX

3   rights are going to be protected by the Office of Civil Rights;

4   is that correct?

5          MS. SNYDER:  Objection, speculation.

6          THE COURT:  Overruled.

7          THE WITNESS:  Yeah.  They don't -- they would have no

8   way of knowing their -- at least with regard to what's listed

9   on this charge.  There's no indication that an assurance

10  exists.

11         MR. SOUTHWICK:  Thank you, Mr. Wills.  No further

12  questions from Plaintiffs.

13         THE COURT:  For the Intervenors, any questions?

14         MR. TUCKER:  No questions from the Religious Schools.

15         MR. MILLER:  You're on mute, Josh.  You're on mute.

16         THE COURT:  The individual -- again, please somebody

17  speak, because I started to hear somebody say there was no

18  objection.  Just identify yourselves for the record.  It was

19  the gentlemen with the blue tie.  There you go.

20         MR. TUCKER:  Yes.  This is Ryan Tucker, counsel for

21  the Religious School Intervenors.  I do not have any questions.

22         THE COURT:  Thank you.  Anyone else.

23         MR. MILLER:  Counsel for CCCU does have some

24  questions.  This is Nicholas Miller.  And my colleague --

25  Joshua Prince -- is having trouble with his audio it seems.

1              THE COURT:  Well, Mr. Miller, if you're going to

2    cross, go right ahead.

3              MR. MILLER:  Well, I don't have the cross.  My

4    colleague does -- Joshua Prince.

5              THE COURT:  Oh, I thought you were going to cross.

6              MR. PRINCE:  No.  It's Joshua Prince.  And he's

7    online, but he's trying to speak but cannot be heard.

8              THE COURT:  He's mute.  So...

9              MR. SOUTHWICK:  Josh, it looks like you're not muted

10   on the system.  So it might be your earbuds are not connected.

11             MR. MILLER:  Can you use your computer microphone,

12   Josh?  Disconnect the earbuds and...

13             MR. SCHAERR:  Yeah.  He's going to dial in and use a

14   phone for the audio.  Apologies, Your Honor.  We thought we had

15   this checked out earlier today.

16             THE COURT:  Technology is fickle.

17             MR. SCHAERR:  Indeed.

18             MR. PRINCE:  Hello, this is Joshua Prince.  May I be

19   heard?

20             THE COURT:  Yes.

21             MR. PRINCE:  I apologize, Your Honor.  My microphone

22   worked this morning --

23             THE COURT:  That's fine.

24             MR. PRINCE:  -- as I believe Mr. Schaerr said.

25        Mr. Wills, can you hear me?

1            THE COURT:  You're kind of muffled.  So you're going

2     to need to slow down and articulate.

3            MR. PRINCE:  Of course.  Thank you, Your Honor.

4        Mr. Wills, can you hear me?

5            THE WITNESS:  Yes, I can.

6

7                        CROSS-EXAMINATION

8     BY MR. PRINCE:

9     Q    All right.  I only have a few questions.  Thank you for

10    your time.  My first question is that you mentioned that the

11    average time that it takes to evaluate an administrative

12    complaint is around 70 days; is that correct?

13    A    That is correct.  For fiscal year 2021, it was 73 days.

14    Q    And is it fair to say that when you use the word

15    "average," it means that some complaints may take less than 70

16    days and some may take more than 70 days?

17    A    That is correct.

18    Q    And OCR handles thousands of such evaluations each year;

19    isn't that accurate?

20    A    Yes, that is accurate.

21    Q    So would it be consistent with your claim that the average

22    time to evaluate administrative claims -- to have 35 complaints

23    out of thousands take longer than the average?

24    A    I'm sorry, sir.  Could you restate that question?

25    Q    Of course.  This case involves 35 or so complaints out of

1    the thousands that OCR receives every year; is that accurate?

2    A    That is accurate.

3    Q    And would it be consistent with your claim -- that the

4    average time to evaluate such claims took around 70 days -- to

5    have this small subset take longer than the average?

6    A    That is -- yes.  That is a -- very definitely a

7    possibility, just given the fact that we wanted to ensure that

8    we approach these cases in a consistent manner.  Yes.  That may

9    take a little bit longer than average.

10   Q    Okay.  Now, to your knowledge, has OCR or the Department

11   of Education ever written a religious school's policy on

12   sexuality or gender?

13   A    To my knowledge, OCR has never written a university or an

14   institution's policy on sexuality or gender.

15   Q    Has it ever instructed such a school to draft a policy on

16   sexuality or gender, to your knowledge?

17   A    No.  It has never instructed a school to write -- or

18   guidance in writing that policy on sexuality or gender.

19   Q    Has it ever instructed students or faculty at a religious

20   school to discriminate on the basis of sexual orientation or

21   gender?

22   A    No, it has never done so.

23   Q    I want to turn quickly to Government Exhibit 1, which you

24   reviewed both in your direct examination and in your

25   cross-examination, I believe.  And I want to turn to page 12,

1    Section 109.  Do you have that before you?

2    A    Yes, I do.

3           MR. SCHAERR:  Your Honor, with apologies again,

4    Mr. Prince just texted me and said his phone connection cut

5    out, and he's dialing back in.

6           THE COURT:  All right.

7           MR. PRINCE:  This is Mr. Prince.  I apologies for

8    that.

9    BY MR. PRINCE:

10   Q    Can you hear me, Mr. Wills?

11   A    Yes, I can.

12   Q    Okay.  So I'm going to read from Section 109 on page 12.

13   It says, "OCR interprets its statutes and regulations

14   consistent with the requirements of the First Amendment, and

15   all actions taken by OCR must comport with First Amendment

16   principles."  Did I read that correctly?

17   A    Yes.  You read that correctly -- that portion of

18   Section 109.

19   Q    So is it fair to say that OCR will consider the First

20   Amendment rights of religious schools as well when determining

21   the applicability to Title IX?

22           MS. SNYDER:  Objection, outside the scope and

23   speculative.

24           THE COURT:  Sustained.

25

1   BY MR. PRINCE:

2   Q    The last document we discussed on cross-examination with

3   Mr. Southwick was Government's Exhibit 21, where some religious

4   institutions do not currently have an assurance of exemption

5   letter; is that accurate?  Do you remember that?

6   A    Yes.  According to the chart, Government Exhibit 21, at

7   least at the time the chart was created, there were some

8   institutions that did not have an assurance of religious

9   exemption letter.

10  Q    And you're familiar with the text (indiscernible) as

11  written in the statute.

12          THE COURT REPORTER:  I didn't hear that.  It cut out.

13          THE WITNESS:  Yes, I am.

14  BY MR. PRINCE:

15  Q    And if I read the exemption, it says, "This section,"

16  meaning Title IX, "shall not apply to an educational

17  institution which is controlled by a religious organization.

18  The application of this subsection would not be consistent with

19  the religious tenets of such organization."  Is that a fair

20  reading of the statute?

21  A    That's a fair reading of my understanding of that

22  particular exemption.

23  Q    Is it fair to say that the text statute does not require a

24  religious organization to seek OCR's approval before asserting

25  the exemption?

1              MS. SNYDER:  Objection, Your Honor.  I believe this

2    is outside the scope.

3              THE COURT:  Sustained.  And it's also -- it's not

4    helpful to the decision-maker, I would suggest.

5              MR. PRINCE:  Understood, Your Honor.

6    BY MR. PRINCE:

7    Q    We talked about one complaint that has been dismissed

8    under Section 108(j).  Do you remember that?

9    A    Yes, I do.

10   Q    And is it fair to say that Section 108(j) allows a person

11   whose complaint has been dismissed to refile their complaint at

12   the close of that federal case?

13   A    Yes.  There is a provision in Subsection 108(j) that under

14   certain circumstances would allow for refiling of the complaint

15   with OCR.

16   Q    Is it your understanding today that OCR dismissed its

17   complaint on the basis of the Title IX section that the student

18   could then sue the school for a violation of Title IX?

19   A    If I understand the question, is it my -- I'm sorry,

20   Mr. Prince.  Could you repeat the question for me?

21   Q    Of course.

22   A    I missed part of the first section.

23   Q    Is it your understanding -- my apologies.

24   A    I'm sorry.

25   Q    Is it your understanding if OCR dismisses a student's

1   complaint filed with OCR, that the student could then sue the

2   school for violation of Title IX, even if their complaint was

3   dismissed?

4   A    Yes, that is correct.

5   Q    And in that proceeding, is it your understanding that the

6   student would be free to argue that the Title IX exemption is

7   invalid, either in general or as applied to the student's

8   complaint?

9   A    It's my understanding, yes.

10  Q    Thank you.

11            MR. PRINCE:  Your Honor, I have no further questions

12  for this witness.

13            THE COURT:  Thank you.  Returning to the Government,

14  any redirect?

15            MS. SNYDER:  No, Your Honor.

16            THE COURT:  Thank you.  May this witness be excused?

17            MR. SOUTHWICK:  Nothing from Plaintiffs.

18            MS. SNYDER:  Nothing more from Defendant Government,

19  Your Honor.

20            MR. TUCKER:  Nothing from the Religious Schools

21  Intervenors.  This is Ryan Tucker.

22            THE COURT:  I'm assuming nothing for the other

23  Intervenor.  Could somebody respond, please?  I just want to

24  make sure everybody's been heard.  And if they're not -- if

25  we're missing somebody's connection, I just want to know.

1   Because I'm going to excuse this witness as soon as I hear from

2   the last Intervenor.

3               MR. TUCKER:   This is Ryan Tucker.   Hopefully you

4   heard me moments ago.   We have no questions for the witness.

5               THE COURT:   All right.

6       Mr. Wills, thank you so very much.   I'm sorry we took part

7   of your Friday evening.   I appreciate very much your being back

8   here today.   You're excused.   And have a good rest of the day.

9               THE WITNESS:   Thank you, Your Honor.

10              THE COURT:   For the Government, additional witnesses?

11              MS. SNYDER:   No more witnesses for the Government,

12  Your Honor.

13              THE COURT:   Thank you very much.   We'll turn to the

14  Intervenors.   And I understand there is a witness expected to

15  be called.

16              MR. SCHAERR:   Yes, Your Honor.   Intervenor CCCU would

17  like to call Dr. Mark Regnerus as an expert witness.

18              THE COURT:   And is he on the screen?   There I see a

19  new person.   If you would just speak so -- just say your name.

20              MR. REGNERUS:   Yes.   Mark Regnerus from the

21  University of Texas.

22              THE COURT:   Thank you.   And if you would raise your

23  right hand.

24

25              M-A-R-K   R-E-G-N-E-R-U-S,

1  called as a witness, having been first duly sworn, testified as

2  follows:

3

4          THE COURT:  Thank you.  For the court reporter,

5  please state your full name, spell your last, and then I'll

6  turn it over to -- I believe Mr. Schaerr's going to do the

7  direct.  Correct?

8          THE WITNESS:  Yes.

9          THE COURT:  All right.  Go ahead.

10         THE WITNESS:  My name is Mark Daniel Regnerus.  My

11  last name is spelled R-E-G-N-E-R-U-S.

12         THE COURT:  Go ahead.

13         MR. SCHAERR:  Thank you, Your Honor.

14

15                     DIRECT EXAMINATION

16  BY MR. SCHAERR:

17  Q   Dr. Regnerus, could you describe your educational

18  background?

19  A   Yes.  I was -- did college education at Trinity Christian

20  College, which at one point was a CCCU member.  I'm not sure if

21  that's still the case.  Graduated from there in 1993, followed

22  by a master's degree and a Ph.D. from the University of North

23  Carolina at Chapel Hill in the year 2000.  After that I took a

24  position at Calvin College a year before moving to the

25  University of Texas in 2002 where I've been ever since.

1   Q    Well, thank you.  In what subject did you receive your
2   Ph.D.?
3   A    Sociology.
4   Q    Okay.  And did you submit an expert report in this case?
5   A    I did.
6   Q    And let's display Exhibit 26 if we could.  I believe
7   Mr. Prince is doing that.  And, Dr. Regnerus, is Exhibit 26
8   your expert report in this case?
9   A    Yes, it appears so.
10  Q    And did you include with your report a current copy of
11  your CV?
12  A    I did.
13  Q    And is that also part of Exhibit 26?  I believe it's on
14  the screen now.  Dr. Regnerus, is this your CV on the screen?
15  A    Yes.
16  Q    Okay.  And does it appear to be part of Exhibit 26?
17  A    Looks like it.
18  Q    Okay.  Thank you.
19         MR. SCHAERR:  Your Honor, we would move the admission
20  of Exhibit 26 as the expert report of Dr. Mark Regnerus.
21         THE COURT:  Any objection?
22         MR. SOUTHWICK:  Objection -- this is Paul
23  Southwick -- objection from Plaintiffs.  I'd like to hear
24  further what Mr. Regnerus is being offered as an expert
25  witness.  Based on his report, it appears that he's an expert

1    in numerous unrelated fields.  And so I'd like to hear from the

2    Counsel's -- attorneys as to what exactly Regnerus is being

3    offered as an expert about.

4              MR. SCHAERR:  And I'm happy to do that, Your Honor.

5              THE COURT:  Then go ahead.  Please do.

6              MR. SCHAERR:  Okay.

7    BY MR. SCHAERR:

8    Q    Dr. Regnerus, tell us where you work.

9    A    Right.  I work at the University of Texas at Austin in the

10   sociology department.  I've been there 19 years.

11   Q    And what is your title?

12   A    Professor of Sociology.

13   Q    Okay.  And do you have tenure at the University of Texas?

14   A    I have tenure.  Yes.

15   Q    And when did you achieve tenure?

16   A    I think that was in 2007, or right around there.

17   Q    Okay.  And prior to that, what were your positions there?

18   A    Assistant Professor of Sociology; then Tenure Associate

19   Professor; and then, about three or four years ago, promoted to

20   full Professor.

21   Q    Okay.  And in what areas -- what are the areas that you've

22   researched and published on?

23   A    Right.  I started out as a sociologist of religion, which

24   I've come back around to that on occasion.  But around 2003 or

25   2004, I ventured into the study of relationship behavior.

1    Wrote a book on religious influences on adolescent sexual

2    behavior and attitudes and decision-making.  Kind of aged with

3    those adolescents as they moved into young adulthood.  Wrote

4    another book -- all four books are from Oxford -- on young

5    adult sexual decision-making.  Moved into a little bit older

6    phase of young adulthood.  That was the third book where I

7    explored, to some extent -- a minority part -- how the -- what

8    we call the sexual economics theory understands same-sex

9    behavior and decision-making -- relationship decision-making.

10   I've written --

11            THE COURT:  Excuse me.  Excuse me.  Just for

12   purposes -- for the record, please explain what that

13   entailed -- what that research entailed.

14            THE WITNESS:  These are mostly survey-based.  I've

15   collected at least three large-scale nationally represented

16   surveys myself.  But most of these books also entail an

17   interview component.  So I kind of combine some of the

18   things -- the strengths that you have heard from on the

19   Plaintiffs' expert witnesses.  Some of them are better at

20   surveys.  Some of them are better at qualitative interviews.

21            THE COURT:  I'm more interested in --

22            THE WITNESS:  Some do both.

23            THE COURT:  I'm more interested in what are your

24   topics of coverage.

25            THE WITNESS:  In those books?

1          THE COURT:  No.  In that last -- you talked about

2     your most recent look at -- I believe you said sexual

3     economics.

4          THE WITNESS:  Yeah.  That was a -- that's a theory,

5     basically, that understands how -- what influences how people

6     fall in love, or not, date, have a sexual relationship

7     together, break apart, et cetera.  It's kind of a macro theory

8     more in economics than in sociology.

9     BY MR. SCHAERR:

10    Q    And, Dr. Regnerus, have you researched and published

11    articles on sexual orientation?

12    A    I have.  One was in 2012 on the adult children's outcomes

13    of -- outcomes of adult children who have grown up with a

14    parent who had been or was in a same-sex relationship.  A

15    follow-up to that, later that year, I've written an analytic

16    piece evaluating one of Dr. Meyer's colleagues on influence of

17    antigay stigma on sexual minorities' mortality, and then, more

18    recently, a forthcoming piece on attitudes about -- American

19    attitudes about transitions -- I'm sorry, not transitions --

20    transgender medicine for adolescents.

21    Q    Okay.  And have you -- have you peer-reviewed articles and

22    studies on these issues?

23    A    Yes, plenty.

24    Q    Do you have an estimate of about how many articles and

25    studies you've peer-reviewed?

```
1   A     Over the course of my career?

2   Q     Yes.

3   A     Probably 80 to 100.

4            THE COURT:  So I want to go back and ask a question.

5   I didn't understand and you were kind of muffled.

6            THE WITNESS:  All right.

7            THE COURT:  So the published on sexual orientation

8   first was children's outcome of parents in same-sex

9   relationships.  The second one I didn't quite understand.  I

10  understood the third one.

11           THE WITNESS:  Sure.

12           THE COURT:  What was the second one?

13           THE WITNESS:  Yeah.  The second one -- that was a

14  study -- I think it was 2017-2018 -- basically a reevaluation

15  of Dr. Mark Hatzenbuehler, who's a common coauthor with

16  Dr. Meyer.  He did an analysis of population-based data

17  connected to the National Death Index looking at how -- what he

18  called "antigay stigma" led to the -- about a dozen years of,

19  on average, lost life, basically -- diminished mortality

20  longevity among sexual minority populations in the United

21  States.

22        And I saw that, and I though that looked a little awry.

23  So we pursued an analysis of that -- could not replicate the

24  key findings -- wrote an article about that.  It was published.

25  And then, eventually, the same Journal of Social Science and
```

1   Medicine retracted Dr. Hatzenbuehler's article.

2          MR. SCHAERR:  Your Honor, anything further -- any

3   other questions on --

4          THE COURT:  So I just -- again, I'm just -- in terms

5   of expertise -- so the article that you published challenged a

6   thesis in an article written by Dr. Meyer that --

7          THE WITNESS:  Dr. Meyer's colleague, not Dr. Meyer.

8          THE COURT:  Whose name is what?

9          THE WITNESS:  Mark Hatzenbuehler.

10         THE COURT:  All right -- Mark Hatzenbuehler.

11         THE WITNESS:  I believe he's at Columbia or Harvard.

12         THE COURT:  And his theory was that there was

13  essentially an increase in mortality because of antigay stigma.

14         THE WITNESS:  Yeah.  So the fundamental question

15  was --

16         THE COURT:  So hold on.  Hold on.

17         THE WITNESS:  Yeah.  Sorry.

18         THE COURT:  So by "diminished mortality," it would be

19  self-harm and suicide ideation.  There was a --

20         THE WITNESS:  No.  It was just sort of the -- they

21  connected it to the National Death Index so they could track

22  when people who were participating in the survey had passed

23  away.

24         THE COURT:  So what -- I've got it.  So it's just

25  your --

```
1              THE WITNESS:  All --
2              THE COURT:  All moralities.  All mortalities -- car
3   accident or suicide -- got it.
4              THE WITNESS:  Absolutely.
5              THE COURT:  And so you took on that study, and you
6   could not replicate the findings.  And you published a
7   different analysis.  And, at some point thereafter, the first
8   article was withdrawn.
9              THE WITNESS:  That's correct.
10             THE COURT:  All right.  I just wanted to understand
11  that.  Thank you.
12             THE WITNESS:  Sure.
13  BY MR. SCHAERR:
14  Q    Thank you, Dr. Regnerus.  Dr. Regnerus, for which journals
15  have you done peer-reviewing of articles?
16  A    Oh, I mean, I list a whole -- I don't know -- 10-12 lines
17  of them at the end of the CV.  For this general topic, I've
18  reviewed them for American Sociological Review, American
19  Journal of Sociology -- the two best journals we have in the
20  discipline -- and Social Forces, Archives of Sexual Behavior,
21  Journal of Homosexuality, Gender & Society, and the list goes
22  on.
23  Q    Okay.  And can you briefly describe any additional
24  academic experience that you've had with sexuality issues?
25  A    Additional academic experience...
```

1    Q    Like perhaps teaching and advising people.

2    A    God, I've -- I've advised a variety of students over the

3    years.  Most of them have gone on to decent scholarly jobs.  I

4    teach classes -- I teach social research methods to

5    undergraduate majors.  I've had -- I've done that for a number

6    of years.  I've probably taught that 20 times.

7    Q    Mm-hm.

8    A    I've taught sociology for religion courses, and I've

9    taught sort of a unique course for freshman several years ago.

10   I think it was something like "God, Sex, and Religion."  Kind

11   of how these three things often come together in discussions

12   and in social observations.  So I consider myself having a fair

13   degree of general knowledge in this area, particularly

14   methodological knowledge in the area.

15   Q    Okay.  And when you say "in this area," are you talking

16   about the intersection between religion and sexuality issues?

17   A    Yes, and, you know, with regards to some of the

18   methodological issues that were raised in the reports.

19   Q    Okay.  And have you written any books in that area of the

20   intersection between religion and sexuality?

21   A    I would say two of the books overlap that directly.

22   Q    Mm-hm.

23   A    The first and the last.

24   Q    Okay.  And so is it fair to say that, among other things,

25   you're an expert in the sociology of religion and sexual

1    behavior?

2    A    Yeah.  That -- I think I'm probably one of -- one of

3    several in the country.  There's sort of like a -- that's

4    our -- as sociologists -- our sort of core domain.

5    Q    Okay.  Now, in preparation for your testimony today and

6    for your report, did you review anything?

7    A    Yes.  I reviewed the three expert witness reports and

8    other studies relevant to assessing those.

9    Q    And when you say "the three expert witness reports," are

10    you referring to Doctors Coley, Meyer, and Wolff?

11    A    Correct.

12    Q    And those are the Plaintiffs' experts; right?

13    A    Yes.

14    Q    And did you review any other expert reports?

15    A    Not -- you know -- not in this case.  No.

16    Q    Did you review a report from Dr. Shirley Hoogstra?

17    A    Oh, yeah.  I did review hers.

18    Q    Okay.

19    A    I'm not clear on what the status of that report is.  I

20    mean, is it an expert report?  The legal terms I don't quite

21    understand.

22    Q    Okay.  But you did review her report anyway?

23    A    I did.

24    Q    Okay.  And can you briefly just characterize the studies

25    that you -- that you reviewed in preparing your expert report

1    without necessarily naming all of them?

2    A    Characterizing the studies?

3    Q    Yes.

4    A    You know, like the survey -- like the REAP report -- I

5    took an extended look at that.  I looked at a variety of other

6    survey-based analyses that were conducted during the COVID era.

7    I took a look at the Rutgers report that Hoogstra's document

8    makes reference to, which was conducted prior to the COVID era.

9    So -- I've looked at some CDC data.  Yeah.  I kind of tried to

10   get the territory for this particular topic.

11   Q    Okay.  And your report cites a number of those studies;

12   correct?

13   A    Correct.

14   Q    And what specifically were you retained to do in this

15   case?

16   A    Primarily, I was retained to evaluate the three expert

17   witness reports and other relevant studies.

18   Q    Okay.  And what's your understanding of the core factual

19   issue that's addressed by the three Plaintiffs' expert reports?

20   A    In my estimation, the core issue is whether CCCU-type -- I

21   call them this -- CCCU-type universities or colleges and their

22   policies exacerbate emotional health problems that LGBT

23   students there experience or not.

24   Q    Okay.  And when you say "CCCU-type" school, what

25   particular kind of religious colleges are you talking about

1    there?

2    A    Right.  Well, I don't have an exact sense of who's in and

3    who's out of those things.  But they tend to be Protestant.

4    Q    Mm-hm.

5    A    They tend to be theologically conservative.  And they tend

6    to have particular policies around relationship behavior that

7    hew to more -- I guess we call them traditionally Christian

8    understandings about marriage, about the body, about the

9    distinctiveness of men and women.  Although, I strongly presume

10   that those policies in particular vary among the different

11   institutions based on their theological background -- that sort

12   of thing.

13   Q    So is it fair to say that when you refer to "CCCU-type"

14   schools, you're talking about schools that generally try to

15   adhere to the traditional Christian biblical understanding of

16   sexuality?

17   A    Yeah, insofar as we have a grasp of that.  I mean,

18   Christianity is a big tent, of course.

19   Q    Mm-hm.

20   A    But these are more theologically conservative schools,

21   which would be historically more attuned to Christian teaching

22   on this domain over the years.

23   Q    Okay.  And based on your review of the expert reports and

24   other studies in this case, and without telling me yet what

25   your opinion is, have you reached an opinion on the factual

1    issue addressed by the Plaintiffs' experts here?

2    A    Yes, I have.

3    Q    Okay.

4            MR. SCHAERR:  Well, Your Honor, based on his training

5    and experience, and his review in this case, I move that the

6    Court admit Dr. Regnerus as an expert in the sociology of

7    religion and sexual behavior.

8            MR. SOUTHWICK:  Your Honor, this is Paul Southwick

9    for Plaintiffs.  I'd like to do some cross on Mr. Regnerus'

10   qualifications in this respect.

11           THE COURT:  Fine.  Go ahead.

12

13                    <u>CROSS-EXAMINATION</u>

14   BY MR. SOUTHWICK:

15   Q    Mr. Regnerus, have you previously testified in a court

16   proceeding?

17   A    I have.

18   Q    And, Mr. Regnerus, did you testify -- have you testified

19   in court proceedings on behalf of parties defending same-sex

20   marriage bans?

21   A    Same-sex marriage bans?  Yes.  At least it was on -- I

22   think it was an adoption case, frankly.

23   Q    Mr. Regnerus, is that case that you're recalling the case

24   in Michigan -- a federal court case in Michigan?

25   A    Correct.

```
1    Q    And that would be the DeBoer v. Snyder?

2    A    That would be DeBoer v. Snyder.

3    Q    Aw, thank you.  I'm going to pull up an opinion in that

4    case.  Are you familiar with the Judge's opinion in this case?

5    A    I have read it.

6    Q    And are you familiar with the reference to your -- you

7    testified as an expert witness in that case; is that correct?

8    A    Correct.

9    Q    And --

10   A    Several of us did.

11   Q    All right.  And some of what the testimony that you

12   provided related to that -- that study that you referred to

13   from 2012 regarding same-sex parents and parenting --

14   A    Mm-hm.

15   Q    -- is that correct?

16   A    Mm-hm.  Correct.  Well -- yeah.

17   Q    And can you describe what -- the general outcome of that

18   study as you provided that testimony to the federal court?

19            MR. SCHAERR:  Your Honor, I'm going to object to this

20   line of questioning.  It really has nothing to do with his

21   testimony on the issues of this case.

22            THE COURT:  Overruled.

23            THE WITNESS:  Could you restate the question, please?

24   BY MR. SOUTHWICK:

25   Q    Mr. Regnerus, didn't you testify in federal court
```

1   regarding that 2012 sexual orientation and parenting study?

2   A    Yes, that's correct.

3   Q    And hasn't that study been widely criticized in academic

4   circles?

5   A    It's been widely criticized.  At the same time, it's

6   factually correct.  It has not been retracted, unlike

7   Mr. Hatzenbuehler's article I evaluated.  And it has since led

8   to a variety of studies that uphold the same conclusions that I

9   reached.  Not all of them.  Fundamentally, this domain boils

10  down to disputes about measurements and disputes about

11  analytical decision-making -- very technical stuff.

12  Q    And, Mr. Regnerus, do you stand by the methodology and

13  conclusions of that study?

14  A    I do.

15  Q    Now, Mr. Regnerus, in that case -- DeBoer v. Snyder -- I'm

16  going to read the Judge's -- the Federal Judge's opinion.

17  After you provided expert testimony, the Court states, "The

18  Court finds Regnerus' testimony entirely unbelievable and not

19  worthy of serious consideration."  Do you agree with that

20  statement, or do you disagree?

21  A    I don't agree with that statement.

22  Q    The Court goes on to describe the study and says, "The

23  Court finds this testimony unbelievable," and goes on -- it

24  states, "It's no wonder that the NFSS" -- which is a shorthand

25  for that study; is that right?

1    A     That's correct.

2    Q     "Has been widely and severely criticized by other

3    scholars, and that Regnerus' own Sociology Department at the

4    University of Texas has distanced itself from NFSS, in

5    particular, and Dr. Regnerus' views in general, and reaffirmed

6    the aforementioned American Psychological Association position

7    statement."  Is that right?

8    A     Well, the Sociology Department didn't distance itself.

9    The Sociology Department Chair, making a decision without

10   consulting the executive committee, a member of which I believe

11   I was at the time, rendered that decision, speaking so-called

12   on behalf of the Department.  But that was her opinion.

13   Q     And, in fact, the Department Chair issued a statement

14   saying, "Dr. Regnerus' work had been cited inappropriately in

15   efforts to diminish the civil rights and legitimacy of LGBTQ

16   partners and their families."  Do you recall that?

17   A     Yeah.  I believe that was part of the letter -- her

18   opinion.

19   Q     Do you agree with that assessment?

20   A     I disagree with that assessment.

21   Q     But, in fact, you continue to stand by the study.  And is

22   one of the conclusions of the study essentially that same-sex

23   parents provide suboptimal parenting environments for children?

24   A     I don't believe I said that in those words.  I believe --

25   Q     All right.  Well, could you tell us what the central

1    conclusions of your study were?

2    A    The central conclusions --

3              MR. SCHAERR:  Your Honor, I have to object again.

4    This is so far afield from what Dr. Regnerus is doing in this

5    case.

6              THE COURT:  It goes to his value as an expert.  And I

7    find it helpful.  And I will overrule that objection.

8              MR. SCHAERR:  Okay.

9              THE WITNESS:  All right.  So could you just repeat

10   that last question for me, please?

11   BY MR. SOUTHWICK:

12   Q    Yeah.  Mr. Regnerus, that study that was so thoroughly

13   criticized by the Court -- can you tell us what the general

14   conclusion of that study was?

15   A    Right.  I evaluated about 15 different family structure

16   types during adolescence, which is itself a challenge, because

17   American households exhibit a lot of turnover these days.  Two

18   of those household types were types where there was a mother or

19   a father who had been in a same-sex relationship at some point

20   during the child's growing-up years.  Right?  These are

21   children who were 18 to 39, as adults, reflecting upon their

22   growing-up years back in -- when I fielded this in 2011.

23        So we looked across that whole domain of both assessments

24   of the present -- like current employment, marital status,

25   family well-being -- and also back about their past --

1   right? -- their growing-up years, their assessments of their

2   relationship with their mother and their father, family

3   dynamics -- and came to the conclusion that those kids who grew

4   up in that kind of a household, that had a parent who had been

5   in a same-sex relationship of unclear duration and unclear

6   arrangement, fared worse on roughly 15 to 25 of the 40

7   different outcomes we studied when compared to children who

8   were raised in stably married mother-and-father households --

9   also compared to a variety of different kinds of households --

10  single-mother households, single-father households,

11  stepparenting households, adopted before age two, adopted after

12  age two.  The reach of that -- the ability of that study was

13  significant.

14       Now, you're right.  It raised a lot of -- both attention

15  and irritation.  And, yet, some people say, "Oh, it's been

16  debunked."  Like it's debunked?  But it's still in print.

17  Because there's nothing factually wrong about what appears

18  there.  People didn't like --

19  Q    Mr. Regnerus --

20  A       -- the conclusions.

21  Q    Mr. Regnerus, isn't the true that the journal that printed

22  it issued an audit, and the audit found that it should never

23  have been printed in the first place?

24  A    The audit -- I'd be happy to talk about that.  The audit,

25  which is an almost unheard of experience, occurred because the

1    editor of the journal seemed sort of paralyzed by the criticism

2    that he was getting.  So he appointed someone who claimed to be

3    a neutral party, who had been a friend of mine for a fair

4    number of years, who's a sociologist of religion, by the way --

5    not a sociologist of sexual behavior per se -- to audit the

6    entire process.  And he concluded at the end of the process --

7    he didn't like the fact that it was published -- but he didn't

8    see radical anomalies in the review process if that -- you

9    know -- to characterize it.

10        And so, I mean, I was stunned that such a thing would

11    happen.  And -- so it remained in print.  The editor felt so

12    harassed -- he was sued by someone in New Jersey in Florida

13    court -- and retired prematurely and passed away not that long

14    ago.  And I'm very sorry for his experience.  At the same time,

15    the article is not untrue.

16    Q    Mr. Regnerus, just to clarify, regardless of the

17    conclusions of the study, the Court in DeBoer took issue with

18    the methodology of the study; is that correct?

19    A    What do you mean "the Court"?  The Judge?

20    Q    The Judge.

21    A    Right.  Insofar as a Judge is expected to really

22    understand the nuances of regression methods and the use of

23    control variables.

24    Q    And, Mr. Regnerus, are you aware that the Sixth Circuit

25    Court of Appeals, in considering the appeal in this matter,

1    likewise reaffirmed the statements of the District Court

2    regarding your study and your testimony?

3    A    I'm not aware of that at all.  I just know they overturned

4    the decision.  That's all.

5    Q    Mr. Regnerus, are you a clinical psychologist?

6    A    I'm not.

7    Q    Are you an expert in the field of mental health outcomes

8    for LGBTQ youth?

9    A    Not an expert.  Expert in the methodology of some of the

10   studies in this domain.

11   Q    And, Mr. Regnerus, are you an expert on religious liberty

12   issues or the religious underpinnings of Council for Christian

13   College and Universities' code of conduct statements?

14   A    I'm not sure who is an expert on those things.  I'm a

15   sociologist of religion who typically studies large-scale data

16   on the religious influences on youth, young adult behavior,

17   relationship behavior, et cetera.

18          MR. SOUTHWICK:  Your Honor, Plaintiffs move to

19   exclude the portions of Mr. Regnerus' expert report that deal

20   with clinical psychology, LGBT mental health outcomes, sexual

21   orientation change efforts, gender identity change efforts, as

22   well as separately move to exclude Mr. Regnerus' testimony

23   regarding methodology, as he has previously been found by a

24   Federal Court that his methodologies themselves are

25   unbelievable and not worthy of serious consideration.

1          MR. SCHAERR:  Your Honor, may I conduct some

2    follow-up questioning?

3          THE COURT:  Certainly.

4          MR. SCHAERR:  Thank you.

5

6                DIRECT EXAMINATION (Continued)

7    BY MR. SCHAERR:

8    Q    Dr. Regnerus, what was the -- what did the Sixth Circuit

9    ultimately do with the District Judge's decision in the DeBoer

10   case?

11   A    They reversed it on a two-to-one decision.

12   Q    Okay.  And you mentioned earlier that, in that case, you

13   had -- you had relied upon and testified about a 2012 study on

14   family structures; is that correct?

15   A    Mm-hm.

16   Q    And did your -- did your analysis of that -- did your

17   analysis of that study play any role in your analysis in this

18   case?

19   A    No.

20   Q    Okay.  Does your work on family structures at issue with

21   that case have any bearing on your analysis of the issues in

22   this case?

23   A    They don't.

24   Q    Okay.  You mentioned earlier that you're not a clinical

25   psychologist; correct?

1  A     That's correct.

2  Q     Are you experienced in assessing psychological studies?

3  A     Yes.

4  Q     Okay.  And can one be an expert in assessing psychological

5  studies without being a clinical psychologist?

6  A     Absolutely.  There are plenty of them out there who do

7  exactly that.

8  Q     Okay.  And you would consider them experts in that field?

9  A     Yes.

10  Q     Okay.

11  A     There's plenty about contemporary psychology that has been

12  criticizable over the last 15 to 20 years.

13  Q     And, Dr. Regnerus, do you recall reading the

14  Sixth Circuit's opinion in the DeBoer case?

15  A     I think I have read it at one time.

16  Q     Okay.  Do you recall seeing anything at all in that

17  opinion about criticizing your study?

18  A     No.  I was -- if it exists, I was unaware of it until a

19  moment ago.

20  Q     Okay.

21        MR. SCHAERR:  Well, Your Honor, obviously we oppose

22  the Plaintiffs' motion to exclude any portions of Dr. Regnerus'

23  testimony.  We think he's fully qualified to express his

24  opinions in this case.  And we believe that his opinions will

25  be helpful to the Court.  And obviously he's simply responding

1    to the three expert reports and the two -- the many hours of

2    expert testimony that we've heard from the Plaintiffs.

3            THE COURT:  Anything else?

4            MR. SOUTHWICK:  Nothing further from Plaintiffs.

5            MR. TUCKER:  Your Honor, Ryan Tucker for the

6    Religious Schools.  We certainly do not object to the expert

7    testimony of this individual.

8            THE COURT:  So I thank you for the follow-up in the

9    examination.  He will be acknowledged as an expert.  But his --

10   I will look carefully at his opinions.  And it will go to

11   admissibility and weight to be given to it and expertise.  And,

12   you know, I do understand the distinctions in these studies.

13   And I do understand the distinction between a sociologist and a

14   psychologist.  So I think I can weigh and balance that in this

15   opinion.  But I appreciated the record that was made.  Thank

16   you.  Go ahead.

17           MR. SCHAERR:  Thank you, Your Honor.  We would also

18   move to admit Dr. Regnerus' expert report as Exhibit 26.

19           THE COURT:  Again, his report will be admitted.  The

20   Court retains and will retain the ability to evaluate that

21   report and to the extent it goes to weight and with regard to

22   how that report is used will be, again, looked at by the Court

23   over against the areas of expertise of this particular witness.

24           MR. SCHAERR:  Understood, Your Honor.  Thank you.

25           MS. SNYDER:  Your Honor, this is the Government

1   Defendants.  Just -- I understand the Court's ruling.  Just for

2   the record, we'd like to state an objection to the admission of

3   the report on hearsay.  I understand Your Honor has already

4   taken it into evidence.

5                THE COURT:  Right.

6                MS. SNYDER:  Thank you.

7                MR. SCHAERR:  May I proceed, Your Honor?

8                THE COURT:  Yes, please.

9                MR. SCHAERR:  Thank you.

10  BY MR. SCHAERR:

11  Q    Dr. Regnerus, are you aware of the generation study that

12  was conducted by Dr. Meyer and discussed in his testimony on

13  Thursday?

14  A    Yes, I am.

15  Q    Okay.  Can you briefly review for us what that study found

16  with respect to those members of the LGBT community in the

17  youngest cohort that Dr. Meyer looked at?

18  A    Right.  The generation study that -- in the particular

19  article that Dr. Meyer had coauthored -- noted statistically

20  higher suicide attempts across a lifetime -- higher reports of

21  everyday discrimination, higher psychological distress, greater

22  internalized homophobia all among the youngest cohort

23  18-to-25-year-olds -- in the generation study at the same time,

24  as they report lower levels of physical assault, lower levels

25  of sexual assault, less experience with being robbed,

1  threatened with violence.

2       This is unique in some ways to see, across a lifetime,

3  higher rates of reporting of these all the while happening

4  while American society has become more secular; demonstrated

5  less stigma on average; and the social support for LGBT

6  population, social support for same-sex marriage, et cetera,

7  has grown.

8       So Dr. Meyer's study reports that this -- youngest LGBT

9  adults -- even while they experience higher connection with the

10  LGBT community and no difference in felt stigma -- that the

11  situation remains that they seem in psychologically greater

12  distress across a variety of outcomes compared to their older

13  LGBT peers or cohorts in this study.

14  Q    Okay.  And, Dr. Regnerus, is that -- is that group or that

15  cohort that Dr. Meyer looked at -- is it -- is it limited to

16  members of the LGBT community who attend religious colleges?

17  A    No.  I think the -- that's without regard to like

18  attendance in college at all.

19  Q    So that's in the general population; is that correct?

20  A    As far as I can tell, yes.

21  Q    Okay.  Now, do these findings, in your opinion, have

22  relevance to this case beyond the opinions that Dr. Meyer

23  expressed last week?

24  A    Could you restate that question?

25  Q    Do these findings from Dr. Meyer have relevance in this

1  case beyond the opinions that Dr. Meyer expressed in his

2  testimony last week?

3  A     Yeah.  Yeah, I think so.  I mean, it suggests that

4  previous eras of LGBT students at Christian colleges and

5  universities were probably apt to have understood the unique

6  rules about sexual relationships, et cetera, as the norm, and

7  either they would -- abided by them or surreptitiously thwarted

8  them or simply elected to avoid them -- the colleges -- in the

9  first place, selecting universities that didn't have such

10  rules.

11  Q     Okay.  And does Dr. Meyer's analysis suggest that LGBT

12  students or college-age LGBT students are struggling in other

13  settings besides religious college?

14  A     Yes.

15  Q     Okay.

16  A     Yeah.  The evidence and the generations study declares so.

17  Q     Okay.  So it's a generalized problem?

18  A     It seems to be.  And it seems to be -- crossed different

19  kinds of data sets -- different data collection.  And I cited

20  several studies, including the Rutgers study that Hoogstra had

21  mentioned.

22  Q     Okay.  Well, let's -- and let's move into some of that --

23  some of that data.  Are you aware of any data to suggest that

24  the struggles faced by LGBT young people are more prevalent at

25  religious colleges than they are at secular colleges?

1   A    No.  Having reviewed the REAP study, which is exclusive to

2   CCCU-types of colleges, you see clear difference between LGBT

3   students and non-LGBT students.  But what we don't get from

4   that is a sense of comparison outside of those environments.

5   So I took it upon myself to examine some of the more recent

6   studies that focused on LGBT college students and were at other

7   kinds of institutions.  And --

8   Q    Okay.

9   A    -- they've seemed to be faring no better than the students

10  did at -- in the REAP study -- and sometimes worse.

11  Q    So you say the students in secular colleges are faring no

12  better than the students in the --

13  A    Right.

14  Q    -- in the REAP survey?

15  A    Yeah, it appears so.

16  Q    Well, let's -- and let's dig into that a little more.  I'm

17  going to show you what's been marked as CCCU Exhibit 1.  Or

18  rather Mr. Prince is going to show you.  Okay.  Do you

19  recognize this report, Dr. Regnerus?

20  A    I do.  I've read it.

21  Q    Okay.  And is this the REAP survey that you mentioned

22  earlier?

23  A    It is.

24  Q    Okay.  And what exactly did the REAP survey review?

25  A    They reviewed a variety of outcomes and behaviors, et

1    cetera, as well as experiences -- you know, experiences of

2    stigma, experiences of discipline -- and all of it in the CCCU

3    types of colleges and universities -- and compared LGBT

4    students versus non-LGBT students.  Everybody there is at one

5    of these kinds of CCCU-type of schools.

6    Q    Okay.  Thank you.

7         MR. SCHAERR:  Your Honor, we would move the admission

8    of CCCU Exhibit 1.

9         THE COURT:  Objections?  Anything else?

10         MR. SOUTHWICK:  No objections from Plaintiffs.

11         MS. SNYDER:  No objections from Government

12   Defendants, Your Honor.

13         MR. TUCKER:  And no objections from the Religious

14   Schools.

15         THE COURT:  Thank you.  It will be received.

16         MR. SCHAERR:  Thank you, Your Honor.

17   BY MR. SCHAERR:

18   Q    And do you recall whether the REAP survey mentioned the

19   rates at which LGBT students were disciplined for violations of

20   the school's sexuality policy?

21   A    I do.

22   Q    And do you recall what those rates were?

23   A    Well, in general -- this is among -- there was --

24   5 percent of respondents to the REAP report stated that they

25   had ever faced disciplinary action from their college or

1    university -- right? -- 5 percent.  Among that 5 percent --

2    small minority -- 12 percent reported the sexual code of

3    conduct as a reason for such an action.

4        So it means like if -- 0.05 times 0.12 -- you get 0.006 of

5    1 percent of all REAP survey respondents, or 6 out of every

6    1,000.  There was 3,001 kids in the study.  So we're talking

7    about 18 students out of 3,000 who were disciplined for this

8    particular reason.

9    Q    Okay.

10   A    So, you know, for context, the REAP survey administrators

11   point out that 10 percent of respondents self-identify as a

12   sexual minority or, if you want to be more generous, 12 percent

13   or even 30 percent, depends on how you measure it.  And so

14   we're talking about a lot of students here.  Right?

15   Potentially 300 to 360 to make it even 900 out of the 3,000

16   total in the study.  And we're talking about, you know, 18

17   students total who were disciplined by failing in -- with

18   regard to the sexual code of conduct.  Which having been a

19   student in that environment myself, you know, a lot of people

20   don't like the sexual code of conducts -- right? -- and chafe

21   against them.  So it's a small number, given the focus that

22   we've talked about on -- or heard about on discipline.

23   Q    Okay.  So is it fair to say, based on your review of the

24   REAP survey, that discipline of LGBT students based on the

25   school's sexuality policy is rare?

1    A    Yes.

2    Q    Okay.  Let's pull up what has been marked as CCCU

3    Exhibit 2.  And I'll ask you, Dr. Regnerus, if you recognize

4    this document.

5    A    I do.

6    Q    Okay.  And tell us what that is.

7    A    It's a sort of -- Rutgers University-based reports

8    comparing heterosexuals and what they call queer-spectrum

9    students across a variety of outcomes.  I think it was fielded

10   in 2017.  I mean, if it's published in 2018, I think it was

11   2017.  I'm not entirely sure -- pre-COVID era though.

12   Q    Okay.  And what did that study look at?

13   A    It looked at questions about like victimization, mental

14   health, basic emotional health, substance use, a variety of

15   things.

16   Q    Okay.  And did it focus on LGBT students?

17   A    Yes.  And compared to, you know, heterosexual students, it

18   was not -- if I'm not mistaken -- it was not -- yeah -- I guess

19   this was students only.  But it was not at like CCCU-type

20   schools.  Although there may by Christians among them, but it's

21   not a CCCU-based survey.

22   Q    Okay.  So it's a study of LGBT college students at secular

23   universities; is that fair?

24   A    That's fair.

25            THE COURT:  At the only public university in New

1  Jersey.

2          THE WITNESS:  That's right.  College of New Jersey --

3  no?  That's also public.

4          THE COURT:  Pardon?

5          MR. SCHAERR:  Yes.

6          THE WITNESS:  The College of New Jersey is also

7  public.

8          THE COURT:  But it's considered the only public

9  university in New Jersey.

10          THE WITNESS:  Okay.

11          THE COURT:  The main university.

12          MR. SCHAERR:  Your Honor, we would move the admission

13  of CCCU Exhibit 2.

14          MR. SOUTHWICK:  Plaintiffs have no objections to any

15  of CCCU's exhibits.

16          MS. SNYDER:  No objection, Your Honor.

17          THE COURT:  It will be received.

18          MR. SCHAERR:  Thank you, Your Honor.

19  BY MR. SCHAERR:

20  Q    Well, Dr. Regnerus, let's talk for a minute about what we

21  learned from the Rutgers study compared with the REAP survey.

22  Now, what, if anything -- and you've compared those two

23  studies; correct?

24  A    I did.

25  Q    And what, if anything, does that comparison show about the

1  mental health of LGBT students at religious colleges compared

2  with LGBT students at secular schools?

3  A    Right.  If we're going to evaluate them side by side, in

4  different kinds of samples at different kinds of times, my read

5  on it is that LGBT students who are in non-CCCU schools report

6  at least as high, if not higher, rates of emotional health

7  challenges, depression, anxiety, higher suicidality, if I

8  recall.

9       There's more outcomes in the Rutgers study than the REAP

10 study.  But in terms of victimization -- you know -- notably

11 higher alcohol use -- higher -- which kind of makes sense.  You

12 know, there's probably alcohol policies at CCCU schools.  But

13 there just seems to be a little -- notable more vulnerability

14 in non-CCCU schools.

15 Q    Okay.  So is it fair to say that to the extent the

16 outcomes in the two studies can be compared, LGBT students at

17 CCCU-type colleges fared no worse and, on many measures, better

18 than their counterparts at secular schools?

19 A    Yeah, that's correct.

20 Q    Okay.  So what effect, if any, does the fact that -- well,

21 let me back up.  Is it your understanding that the REAP review

22 was conducted during COVID and during the shutdowns --

23 A    Yes.

24 Q    -- associated with that?

25 A    According to the REAP document, it was fielded during the

1   COVID era.

2   Q    Okay.  And what effect, if any, does that fact have on

3   this comparison between the REAP survey and the Rutgers study?

4   A    Typically speaking, most data collection efforts we saw

5   during the COVID era of anybody, LGBT included, noted higher

6   anxiety rates, higher depression rates, more self-harm, et

7   cetera, during the COVID era.  The REAP survey was fielded

8   during the COVID era -- even though, you know, you have to look

9   at the dates in which it was fielded -- it was not admitted in

10  the text of it if I'm not mistaken -- such that I would say the

11  REAP survey should frankly be an overestimate of kind of

12  problems among students in CCCU schools, LGBT or not, given

13  that it was fielded during a sort of pandemic when we widely

14  recognized that young people were having above-average

15  difficulty.  And, frankly, before that, they were not in great

16  shape either.

17       I think it's fair to say that young adults in the United

18  States are in some measure of crisis -- particularly LGBT

19  students -- yes -- but it's wide.  And since the REAP study was

20  fielded during COVID, that would, on average, if it had been

21  fielded earlier, probably add some degree of additional levels

22  of depression, anxiety, et cetera to the results that is --

23  that's not revealed now.  So I took the liberty of trying to

24  find what else -- what other studies have been fielded during

25  the COVID era.  Because that does reflect sort of a more

1    pronounced experience of troubles.

2    Q    And we'll come to those in just a minute.  But just if we

3    can stay on a REAP report for a minute longer.

4    A    Sure.

5    Q    You mentioned that it was conducted during the COVID era.

6    If it had been conducted in more normal times, would you have

7    expected to see a -- would you expect -- would you have

8    expected to see students at CCCU schools do better or worse, in

9    general, compared to students at secular colleges?

10   A    If COVID had not occurred, and we weren't paying any

11   attention to the sampling dates of these, yeah, that should

12   remain stable in the sense of I would anticipate the nature and

13   dynamics of a lot of CCCU schools offering some degree of

14   generalized protection, especially from like alcohol-related

15   things, violence-related things.  And so those rates should be

16   lower still independent of COVID.

17   Q    Okay.  So the rates would have been lower still in the

18   CCCU schools; is that what you're saying?

19   A    Right.  Certainly in the way of anxiety.  Anxiety took a

20   spike during the COVID era.

21   Q    Okay.  Now, are the conclusions you drew from comparing

22   the REAP report and the Rutgers study consistent with what you

23   found elsewhere in the literature that you just mentioned?

24   A    Yes.  Yeah.

25   Q    And tell us about that.

1  A     Right.  So I took a look around at what else had been

2  fielded during the COVID era.  It was a unique opportunity for

3  data collection -- as they call it, a "natural experiment."

4  There's a survey by Vanderbilt University researchers -- about

5  477 LGBT college students ages 18 to 25 -- same as in the

6  generation study, which was not exclusively college students --

7  that was in April-June 2020.  In that, 61 percent of the

8  students recorded frequent mental distress, 65 percent reported

9  anxiety, 60 percent reported major depressions --

10 Q     Okay.  And these are --

11 A     -- in particular.

12 Q     Are these at secular universities?

13 A     Yeah, I believe so.  Yeah.  It was across a variety of

14 universities if I'm not mistaken.

15 Q     Okay.

16 A     They --

17 Q     And are those --

18 A     Those two kind of compare -- sorry -- go ahead.

19 Q     Are those rates that you mentioned higher or lower than

20 the rates and psychological difficulties as reported in the

21 REAP report?

22 A     On some things they're comparable, and some things they're

23 lower in terms of like -- well -- let me rephrase that.  There

24 are different kinds of measures.  There are clinical

25 measures -- markers -- right?

1    Q    Mm-hm.

2    A    For example, 61 percent said they had more frequent mental

3    distress, which was measured as 14 or more days per month of

4    not good mental health.   65 percent reported anxiety, which is

5    sort of a generalized anxiety disorder -- right? -- a clinical

6    term.   60 percent report a major depression based on patient

7    health questionnaire.

8         You go to REAP, you have comparable numbers, but they

9    typically -- they're self-reports of ever having experienced

10   depression -- okay? -- which is not current to the situation

11   necessarily -- like ever in, you know, your lifetime having

12   experienced depression.

13        64 percent report ever having experienced loneliness.   By

14   the way, compared to the Rutgers, I think it was 70 to

15   79 percent had -- of LGBT students -- had experienced

16   loneliness.   But 59 percent of the other -- rest of the

17   sample -- experienced loneliness.   College can be a lonely

18   experience.

19        73 percent had reported anxiety.   But these are ever --

20   they're just simple self-reports about ever having experienced

21   these things, which is decidedly different than sort of a

22   clinical marker in the present.

23   Q    Mm-hm.

24   A    So when you see that they're comparable numbers, but one's

25   a clinical marker in the present -- the Vanderbilt study -- and

1   one is ever having experienced this self-report -- in the REAP

2   survey -- I'm thinking that the Vanderbilt study is picking up,

3   on average, worse situations in the present than the REAP

4   survey has picked up in the present, although they ask about

5   the past, largely speaking.

6   Q    Okay.  So you recall some discussion in the -- in --

7   previously in this hearing about a 2016 study by Dr. Wolff.

8   A    Correct.

9   Q    Do you recall discussions of that study?  Now, are the

10  conclusions from your comparison consistent with that 2016

11  Wolff study?

12  A    Right.  Well, they're kind of different studies.  His is

13  largely qualitative -- interview-based.

14  Q    Mm-hm.

15  A    The ones I'm referring to are more survey-based analyses.

16  But they're coming from comparable kinds of samples or

17  populations -- CCCU-type schools.

18  Q    Mm-hm.

19  A    So Dr. Wolff, among other conclusions, remarks in that

20  significantly fewer symptoms of depression and social anxiety

21  were detected in the schools that he's focused on -- the

22  CCCU-type schools -- than compared to Catholic and mainline

23  Protestant colleges and universities, both of which tend to

24  have far more progressive behavioral policies and norms.

25       He seemed puzzled by that finding, yet, he acknowledged

1   that religion can offer a substantial amount of comfort and a

2   source of community.  So I think they are somewhat comparable

3   but, you know, quite different time frames.

4   Q    Mm-hm.

5   A    I don't believe -- you know -- I think that this was --

6   Wolff was well before COVID --

7   Q    Right.

8   A    -- and is a different kind of data collection effort.

9   Q    Okay.  But is it fair to say that the overall direction of

10  the Wolff study is similar to the basic conclusion that you

11  reached based on comparing the REAP review and the Rutgers

12  study?

13  A    Yes.

14  Q    Okay.  And I believe the Wolff 2016 study has already been

15  introduced as -- I think as Exhibit 6.

16         MR. SCHAERR:  Does that sound right to you, Paul?

17         MR. SOUTHWICK:  Gene, are you talking about

18  Dr. Wolff's expert report?

19         MR. SCHAERR:  No, his 2016 study.  Maybe I'll just go

20  ahead and move that into -- let's see -- Josh, can you show

21  that study to us with the exhibit number?  Yeah.  I understand

22  that is CCCU Exhibit 6.  Why don't we put that on the screen

23  and have Dr. Wolff identify it -- I'm sorry -- Dr. Regnerus.

24  BY MR. SCHAERR:

25  Q    Dr. Regnerus, is this the 2016 Wolff study that we've been

1    discussing?

2    A    I believe so, yes.

3          MR. SCHAERR:  And, Your Honor, we would move the

4    admission of that study.

5          THE COURT:  Any objection?

6          MS. SNYDER:  No objection from the Government

7    Defendants, Your Honor.

8          MR. SCHAERR:  Okay.  Thank you.

9          THE COURT:  No other objections?  All right.

10         MR. TUCKER:  No objections, Your Honor.

11         THE COURT:  Received.

12         MR. SCHAERR:  Okay.

13   BY MR. SCHAERR:

14   Q    Well, let's move on now and briefly discuss the theology

15   and related practices that are embraced by Christian colleges.

16   Is it your understanding that religious colleges often have

17   policies on sexuality and gender?

18   A    Yes.

19   Q    And do some of them forbid sexual activity outside of a

20   man-woman marriage?

21   A    I would bet that most of the CCCU schools do so.

22   Q    Okay.  And it's fair to say that would be what you would

23   view as probably a characteristic of what you've called the

24   CCCU-type schools; is that right?

25   A    Correct.

1   Q     Okay.  And based on your understanding, what is it that

2   informs those policies?

3   A     Right.  Well, they're mostly from the Protestant tradition

4   of Christianity.  And, historically, notions about Christian

5   sexuality have been -- long been fairly narrowly defined.  To

6   use the modern terms, they are typically heteronormative in

7   their approach to illicit relationships.  Their theological

8   anthropology -- to use that term -- or theology-informed

9   anthropology -- the understanding of the human person -- is

10  probably what we'd call cisnormative.  Right?  It's focused on

11  males and females, men and women.  And these have long been

12  utterly uncontroversial.

13       Now, the policies have long been probably chafed against,

14  as I mentioned before, but not contested in such a live and

15  systematic manner.

16  Q     Okay.

17  A     So -- I'm sorry.  I can --

18  Q     Well, and -- go ahead.

19  A     All right.  So, I mean, Christian commitments, theological

20  commitments of the body, the meaning of sex, sort of the point

21  of relationships, the significance of marriage and child

22  bearing are very old.  They differ somewhat across these

23  different kinds of schools by denomination, et cetera.  But

24  there's kind of a consistent strain to them, I think we can

25  agree.

1    Q    Okay.  And are those beliefs and policies typically

2    grounded in the Bible or other sources?

3    A    In the CCCU, they are typically grounded in the Bible and

4    interpretations thereof.

5    Q    Okay.  And have you formed an opinion, as a sociologist

6    who studies religion, on what would happen to religious

7    colleges that adhere to this theological framework if they

8    tried to make their policies more accommodating towards

9    homosexual and maybe gender-transitioning behavior?

10   A    Right, I have.

11              MR. SOUTHWICK:  Objection, lack of foundation,

12   speculation.

13              MR. SCHAERR:  It's within his expertise and part of

14   his analysis.

15              THE COURT:  I'm going to sustain the objection.

16   BY MR. SCHAERR:

17   Q    Okay.  So you were -- we discussed that you're a

18   sociologist who studies religion.  Correct, Dr. Regnerus?

19   A    That is correct.

20   Q    Okay.  And we've discussed the theological framework on

21   which these -- these policies on what you called "CCCU-type

22   schools" are based; is that right?

23   A    Right.

24   Q    And you've been a professor at a CCCU school; right?

25   A    Briefly, yes.

1    Q    At Calvin College?

2    A    Correct.

3    Q    And so you have some direct experience with an institution

4    that follows that framework; correct?

5    A    Correct.

6    Q    And I think you told me that you were a student at that

7    kind of a college as an undergraduate.

8    A    I was.

9    Q    Okay.  So you have extensive personal experience with this

10   kind of institution --

11   A    I do.

12   Q    -- is that fair?

13   A    Yes.

14   Q    And you've also -- in the court for this case and in other

15   settings -- you've also studied those institutions and what

16   makes them tick; right?

17   A    Yes.  You know, not directly study those institutions.

18   But insofar as studying young adults, Christian and otherwise,

19   yes.

20   Q    Okay.  So based on your experience as a student and a

21   professor at a CCCU-type religious school, how do you think --

22   how do you think the broader community that feeds students to

23   that school, for example, would react if the school tried to

24   change their policies about homosexual and gender transitioning

25   behavior?

1          MR. SOUTHWICK:  Same objections.  Lack of foundation,

2    speculation regarding how unnamed people in the community might

3    feel about policy changes.

4          THE COURT:  Sustained.

5          MR. SCHAERR:  It's a part of -- okay.

6    BY MR. SCHAERR:

7    Q    Well, based on your experience, Dr. Regnerus, what do you

8    believe would happen to the religious character of those

9    colleges if they abandoned their Bible-based policies?

10   A    Their religious character would be up for grabs.  Because

11   the contestation of this kind of thing would create a

12   secularizing force within those universities.  They would have

13   decisions to make about, "Do we tweak the policy a little bit?

14   How much is -- can we feel like we can tweak it?  Is it --

15   what's too much to give away in terms of their particular

16   theological traditions and understandings of the human body,

17   relationships, human sexuality, et cetera?"

18        So you'll see a lot of handwringing, you'll see a lot of

19   meetings over this and, frankly, a lot of these schools it will

20   come down to an understanding of whether they can afford to

21   retain their policy and still survive.  And if that's the

22   decision they have to make, they will either alter it in order

23   to stay open, or they will not alter it and see what happens.

24   But usually this is a case where only the strong, in terms of

25   the financially most stable among these universities, will make

1    it if they don't change.

2         But, frankly, to think about like how do they change it,

3    they'll be faced with a host of questions not only about the

4    present -- you know, what must we do to tweak our policies not

5    to discriminate -- but also like the anticipatory of the

6    future.  Because, you know, oftentimes the plus in LGBT+ is

7    about, you know, forms of sexual orientation or gender identity

8    or combinations thereof that are coming -- emergent in some

9    ways.  So it's kind of asking them to move their boundary marks

10   but in an unclear environment.

11        So I think it would create, frankly, like serious crises

12   at a lot of different schools -- most of the CCCU schools --

13   and create sort of chaos within prior to the -- when they have

14   to make up decisions on this stuff and live with it.

15   Q    Okay.  And you mentioned that some of them would be

16   financially strong enough that they would feel like they could

17   retain their traditional historical understanding of sexuality;

18   right?

19   A    Right.  Typically, depending on if they're

20   tuition-dependent.  If they're tuition-dependent, then they're

21   in serious trouble.

22   Q    Okay.  And so for those who are less tuition-dependent,

23   what would the impact of somebody's forcing -- trying to force

24   them to abandon their traditional policies be on the class of

25   students that they can accept and serve?

1    A    Right.  They would probably not change much about the

2    students they're enrolling there.  It's the universities that

3    are sort of -- will be financially stressed by this that -- you

4    know -- not having access to Stafford Loans and Pell Grants

5    would be -- make for a much more challenging decision-making

6    environment for them.

7    Q    Okay.  And does that also mean that they would have to

8    turn away some students who would otherwise like to go there

9    but could no longer afford to because they don't have federal

10   support?

11   A    Not knowing how admissions works in any of these

12   schools -- admissions is often, so far as I can tell, based on

13   educated guess works and algorithms.  And so I think a lot of

14   those would have to shift quite significantly.

15   Q    Okay.  And they might shift away from students who were

16   financially needy; is that fair?

17   A    That would be more speculative on my behalf.  But if

18   they're looking for people who can afford it, who don't need

19   help, that's who they would be primarily interested in, I

20   suspect.

21   Q    Okay.  And is it fair to say also that what you called

22   CCCU-type institutions are trying to build what they would

23   consider Christian communities?

24   A    Yeah.  It's my experience, personally, and also my

25   observation --

1    Q    Mm-hm.

2    A    -- that the kind of community that they purport to create

3    for students is one of their primary sort of advertising

4    points.

5    Q    Okay.  And is part of that effort to create a Christian

6    community offering a community where -- where people -- where

7    the entire community is committed to living traditional

8    Christian teachings?

9    A    Yes.  You know, most students going to these schools are

10    aware of their relationships, policies, or become aware of them

11    shortly after they get to campus.  And so it's kind of the

12    deal.  Sometimes it's -- you go in assuming there's a policy

13    even if you don't know it yet.  But -- and lots of people are

14    attracted to that.

15        I would presume that most people who elect to attend a

16    school like this are attracted to that notion at least, you

17    know, at the beginning.  I mean, lots of people can rethink

18    their love for the relationship policies after they're

19    enrolled.  And that applies to all manner of kinds of students.

20    But most of the time people going in saying, "This is what I

21    want."

22    Q    Mm-hm.

23    A    Today more than ever people apply to more schools and

24    get -- seem to give a lot more thought to it than ever before,

25    which taxes the algorithms of lots of these schools.  "Hey, if

1  you're applying to eight or ten schools, and you only go to

2  one, what chance do they have of coming here?"

3  Q    Sure.  So as you understand it, Dr. Regnerus, what's your

4  understanding of the evidence on the number of LGBT students

5  who decide to go to CCCU-type colleges even with their

6  sexuality and gender policies?

7  A    Yeah.  That's challenging.  And I reviewed the estimates.

8  I'm thinking that was Dr. Coley who made that if I'm not

9  mistaken.  I know the term 100,000 -- or the word -- the

10  number 100,000 was tossed out, but it possibly is as large as

11  133,000.

12     Now, I think it was Dr. Coley who kind of evaluated this

13  based on sort of how many LGBT, you know, 17 to 18-year-olds

14  should we presume there to be in the country, and then let's

15  sort of apply that to the schools.  But I think there's a lot

16  of self-selectivity that goes on here that he didn't really

17  account for.  I think that there's a fair number who decide

18  that this is, you know, not what they want and don't enroll in

19  the first place --

20  Q    Mm-hm.

21  A    -- more likely don't even apply in the first place.  Or if

22  they apply and enroll, some of them have negative experiences

23  or decide that, you know, college is a time for

24  experimentation, et cetera, and they decide, "Well, maybe this

25  is not for me, and I'll transfer somewhere else."  The United

1    States educational institutions are some of the most forgiving

2    in the world.  I mean, people enroll here, enroll there, two to

3    three different places.  So it's a pretty strong free market in

4    higher ed.

5    Q    Okay.  Now -- but in all events you agree with the

6    Plaintiffs' experts that, at a minimum, it's a significant

7    number of LGBT --

8    A    Yeah.

9    Q    -- students who choose to go to CCCU-type colleges; right?

10   A    Yes.  Yes, for sure.

11   Q    And per your review and your own experience, do you have

12   an understanding of why members of the LGBT population might

13   choose to attend the CCCU-type school?

14   A    Yeah.  I presume that, going in, they have quite similar

15   evaluations as non-LGBT students going in.  They recognize, on

16   average, I suspect, that -- they're aware of the relationship

17   policies, and they want to abide by them.  Sometimes they're

18   not aware, or sometimes they're not aware of the scope of it.

19   But, you know, most of the students enrolling in these things

20   understand it's a Christian institution, Christian-based

21   policies, and desire the kind of environment that that college

22   offers.

23        And, you know, I think both LGBT and non-LGBT students

24   recognize that Christian sexual morality is not simple, not

25   easy.  There's a costly kind of obedience to it.  But there's

also forgiveness and the supposition of a community of support

for living out difficult things.  So I presume that they're

interested in that as much as non-LGBT students.

Q    Okay.  And did you review any literature on the mental

health of LGBT persons who decide to live celibate lives in

order to be able to live consistently with their Christian

beliefs?

A    Well, insofar as we're talking about the Yarhouse study,

yes.  I mean, here's not a lot written on the subject so far as

I can tell.

Q    Hm.

A    And in the Yarhouse book, he talks about -- I think it's

300 persons in his study.  And they live in different kinds of

situations.  Some are in what they call "mixed-orientation

marriages."  Some like to live celibate lives.

     Anyways, he pools these and reports that 80 percent of

them appear in the normal range for depression; 90 percent in

the normal range for anxiety; and a little bit lower --

63 percent -- for life satisfaction.  So compared to like

normal ranges -- you know -- like the average for the

population for their age.

     So it's -- you know -- he also characterizes this life as

challenging and not simple, yet, it can be rewarding in terms

of family life, and shared children, friendship and love

between spouses.  But he noticed too that -- you know -- he had

1   bisexual and homosexuals in the study.  Homosexuality is more

2   apt to contribute to divorce than bisexuality was.  So it's a

3   mixed, complex situation.

4   Q    Okay.  And the Yarhouse study that you mentioned is the

5   study that's discussed in paragraph 38 of your report; is that

6   right?

7   A    I believe so, yes.

8   Q    And how did Dr. Yarhouse's figures compare with the

9   general background rate of depression and anxiety and distress,

10  again, in the broader population?

11  A    Right.  On average, compared to the broader population of

12  adults and different kinds of situations and settings, the

13  relationship status is comparable.

14  Q    Mm-hm.

15  A    LGBT adults tend to have higher rates of emotional health

16  difficulties, self-reported or clinical.

17  Q    Mm-hm.

18  A    So they appear better than their average peers.  At the

19  same time, it's a -- you know -- it's a self-selected sample

20  that Yarhouse employs in this.  So I wouldn't want to set the

21  precedent of comparing self-selected samples too closely with

22  population averages, because there are different kinds of

23  types.

24  Q    Okay.  And do you have any sense of the background rate of

25  depression and other mental illness in the LGBT population at

1  large?

2  A    I think in terms of the rates of adult depression, it's --

3  if I'm not mistaken -- it's between 30 and 40 percent but, I

4  mean, you know, experienced over timed.  Right?  It's not

5  necessarily at any one point in time.

6  Q    Mm-hm.

7  A    People move in and out of depressive episodes, et cetera,

8  higher than what Yarhouse is seeing.

9  Q    Okay.

10  A    But, again, it's not quite the ideal comparison.

11  Q    Sure.  All right.  Does the literature address a category

12  of LGBT adults who decide to enter what are called

13  "mixed-orientation relationships"?

14  A    It does.  And there's not a lot of literature on that.

15  Q    Mm-hm.

16  A    But there's some.  And I located kind of a -- an

17  evaluation of the literature on this subject published I think

18  in 2011 to 2015.

19  Q    Okay.  And is that something that a member of the LGBT

20  community, who is also a devout Christian, might consider as a

21  way of trying to follow their Christian beliefs?

22  A    They could and some do.

23  Q    Mm-hm.

24  A    I don't have a good sense of how many.

25  Q    Mm-hm.

1    A    I'm sure it's a minority though.

2    Q    Okay.  And what impacts, if any, would being at a

3    CCCU-type institution have on their ability to make that

4    choice?

5    A    I'm not sure I followed that question.  Could you repeat

6    again?

7    Q    Okay.  Would such a person's decision to attend a

8    CCCU-type institution -- would that assist or deter them or

9    harm them in trying to live that model?

10   A    Oh, yeah.  I presume it would assist them, provided they

11   found a community of social support and sort of the ability to

12   speak freely, get counseling, and find encouragement on what is

13   obviously a difficult, challenging pathway.

14   Q    Sure.  And would the same be true for members of the LGBT

15   community who decide they want to be celibate, at least for a

16   time?

17   A    Could they -- they would find comparable kinds of support.

18   You know, it varies.  And I recognize that this case is built

19   in part by people's self-reports of decidedly different kinds

20   of experience.

21   Q    Sure.

22   A    But I believe a CCCU purports and attempts to demonstrate

23   kind of a gracious community and assist people in living

24   Christian life in various ways and shapes and forms, not just

25   around the matter of sexuality.  But, as I mentioned before,

1  Christian life is -- I think it was (indiscernible) -- it's

2  nothing if not difficult.  So I think part of their

3  understanding is this is a community that is aimed to help

4  people do difficult things --

5  Q    Okay.

6  A    -- whether they're LGBT or not.

7  Q    Okay.  And so you said earlier that CCCU-type institutions

8  would typically provide a community of people who were trying

9  to live the Christian faith regardless of the difficult

10 circumstances that they find themselves in; right?

11 A    Right.  That seemed to be the case.  Yes.

12 Q    Okay.  And so is it fair to say that an LGBT student who's

13 decided that he or she wants to live a celibate lifestyle, at

14 least while they're in college, would likely find support for

15 that in a CCCU-type institution?

16 A    Yes.  I think they recognize that they have to be -- it

17 could be a challenge to locate that.  But so far as I'm

18 familiar with the CCCU world -- and I'm somewhat familiar with

19 it -- you know, they find that some people can be trusted more

20 than others, et cetera.  Most of these universities, especially

21 in their administrations and in their student life

22 organizations, care deeply about people and want to help them

23 do, you know, difficult things.  And that holds whether they're

24 LGBT or not.

25     I mean, when you are 18 to 23 and in college, whether

1    you're gay or straight, hewing to sexual relationship behavior

2    norms and rules is not simple.   It reminds me a little bit of

3    the old Dallas Cowboys Head Coach Tom Landry.   He says, "My job

4    as a football coach is trying to get men to do what they don't

5    want to do so that that can become what they always want to

6    be" -- you know -- football players.

7    Q      Mm-hm.

8    A      So it's like I think that's how the CCCU understands this.

9    It's like our job is to help students become, you know, not

10   just better educated but more mature Christians, even if, at

11   any given day or weekend, lots of them don't really wish to be.

12   So it's a challenge.   But it's -- I think it's a challenge

13   that's central to their identity as organizations.

14   Q      Okay.   So, Dr. Regnerus, what role might bisexuality or

15   sexual orientation fluidity play in the attractiveness of

16   Christian colleges for members of the LGBT community?

17   A      So Dr. Meyer said the other day -- and it's kind of

18   passing -- and I'm not sure I'll -- I might be paraphrasing

19   these things -- "There are all kinds of combinations that are

20   possible, though perhaps not common."

21        As the wider academic community around the study of sexual

22   orientation recognizes the increasing role of fluidity, both in

23   sexual orientation and in gender ideology -- especially for

24   women but not exclusively so for women -- as that continues to

25   be the case, it's not a stretch for me to think that

1  students -- again, more women than men -- would get to --

2  frankly, I mean, there's probably two-thirds women at most of

3  these CCCU schools in general --

4  Q     Mm-hm.

5  A     -- because of skewed sex ratios -- would get to campus.

6  And, you know, from my work on the third book I published at

7  Oxford, I had a slide in there where it shows that the share of

8  younger adult women who called themselves 100 percent

9  heterosexual, plunges age 18 down through like age 30.  And

10  then it starts another climb up to -- and then surpasses the

11  share of men who do this.

12      There's definitely a U-shaped curve around heterosexuality

13  self-identified among young adult women.  So -- and I can only

14  surmise from that, that during the college experience, there

15  are more women experimenting who have described themselves or

16  their sexual orientation perhaps as somewhat fluent.  Right?

17      Now, that experience -- you know -- they may be

18  experimenting.  At the same time, there's these rules that are

19  fairly fixed in their university about relationship and elicit

20  behavior.  It's plausible to me that the stability of the

21  rules -- while that may by irritating to them -- but it's

22  something that helps them, too, to become what they want to be

23  down the road.

24      Again, it's like -- it's an interesting time in these

25  people's lives.  There's still identity formation going on.

1    There is -- as I just said about the -- sort of the skewed sex

2    ratios -- those make for difficult relationship environments on

3    campus when half of -- a third of the population on campus is

4    male and up to two-thirds is female.

5        So, you know, I can see how these rules are kind of a

6    guide star for people who are in an awkward time of life and in

7    awkward sex ratio scenarios basically.

8    Q    And you can see how those rules, as you put it earlier,

9    would help them to become what they in fact want to be or at

10   least --

11   A    I mean, those things remain stable --

12   Q    Mm-hm.

13   A    -- while they are in sort of this period of searching and

14   at least self-perceived change.

15   Q    Okay.  And --

16         THE COURT:  Counsel, I just want to let everyone

17   know.  It is now 11:30.  And I'm very serious.  I have another

18   docket that starts at 1:00.  That's all the time I have today

19   and the rest of the week.  So I'm going to suggest that -- to

20   the extent that this testimony is going to be helpful -- that

21   we narrow in on what issues actually I need to address and what

22   would be helpful.

23         MR. SCHAERR:  Sure, Your Honor.  And I have just a

24   couple more questions on this topic.  And then I'm -- then I

25   think I'm just about done.  Would the Court prefer to take a

1  break now, or should we keep going?

2          THE COURT:  No.  I don't think there's time for a

3  break --

4          MR. SCHAERR:  Okay.

5          THE COURT:  -- because I suspect there will be a

6  somewhat lengthy cross.  And I'm suggesting that -- I am -- I

7  am very capable of evaluating the testimony and giving what

8  weight it's due, and that people focus on the issues that I

9  need to address in this PI hearing.

10          MR. SCHAERR:  Okay.  Well, thank you, Your Honor.

11  BY MR. SCHAERR:

12  Q    Dr. Regnerus, let's just quickly finish up on this point.

13  In your expert opinion, what do you -- what do you think about

14  whether religious colleges embracing traditional Christian

15  theology on sexuality might be a good fit for LGBT students who

16  are seeking to reconcile their sexuality and/or gender identity

17  with the traditional Christian faith?

18  A    Right.  If that's what they wish, and it's a self-selected

19  higher ed environment out there, I think it's a pretty good

20  place to go.  Because if you look at the higher ed offerings in

21  the United States, there's thousands of colleges and

22  universities, but there's not that many sort of distinctively

23  Christian colleges and universities like the CCCU-type.

24          So people have every option to go other places.  So we

25  should make some presumptions about the people who elect to go

1  here intentionally, willingly, recognizing that, you know,

2  they're persons in formation.  And it can be a challenging

3  four-plus years.  But I think, you know, it's a -- it's good

4  place for community that cares about people.  I recognize that

5  it can not always be a great fit.

6       But, in general, like we -- we see their -- sort of the

7  rates of success even in the REAP report, which, you know, was

8  fielded in the COVID era -- the rates of challenges and

9  difficulties on campus are better than off campus or better

10 than other secular campuses on average.

11 Q    Okay.  And, Dr. Regnerus, what role do you see CCCU-type

12 colleges playing in the diversity of the higher education

13 marketplace?

14 A    Right.  I think they play a pivotal role.  They have lots

15 of fans out there, parents, multigenerations of people who have

16 attended particular schools like them.  They are growing.  They

17 grew during the COVID era, decisively, even while lots of

18 colleges receded.

19 Q    Mm-hm.

20 A    People taking time off, et cetera.  So I think there's

21 demand for such schools.  But most of those schools are

22 constantly cash-strapped, constantly tuition-dependent.  And so

23 I think altering the rules here around this will send a lot of

24 them into a desperate search for whether they can make it or

25 not, and challenges to sort of the idea of whether they can

1   retain their relationship policies as is, or whether they could

2   tweak them sufficiently and yet not give up their sort of

3   Christian character and the ways in which they sort of hinge on

4   a longstanding Christian understanding of human sexuality and

5   the meaning of the body and relationships, including marriage.

6   Q    Okay.  Just two final questions to wrap up, Dr. Regnerus.

7   In summary, just based on your review of the evidence presented

8   by Plaintiffs' experts and your own review of the literature,

9   do you consider there to be a mental health crisis among LGBT

10  young people in general?

11  A    Yes.

12  Q    And --

13  A    It's not limited to LGBT youth, though.  It's a mental

14  health crisis among young people in general.

15  Q    Okay.  And have you seen any evidence to suggest that

16  religious colleges or religious teachings or policies are the

17  cause of that crisis?

18  A    I don't see evidence of the cause of the crisis --

19  obviously a sight of conflict in this debate.  But I see no

20  evidence that they're a uniquely demonstrable cause in that

21  crisis.

22  Q    Okay.  Thank you.

23         MR. SCHAERR:  I have no further questions for this

24  witness at this time.

25         THE COURT:  Cross for the Plaintiffs.

1

2                    CROSS-EXAMINATION (Continued)

3    BY MR. SOUTHWICK:

4    Q    Good morning, Mr. Regnerus.  Thank you for being here

5    today.  I'm going to ask you some additional follow-up

6    questions.  I believe you just testified that there is indeed a

7    mental health crisis for LGBTQ young people, and that that is

8    not unique to religious college environments, but that in fact

9    it is a verifiable thing in society; is that correct?

10   A    Correct.

11   Q    So if there's a mental health crisis for LGBT young

12   people, don't you think that that would tell you that they

13   might need greater help and greater protections given the

14   crisis?

15   A    I think that's -- you know -- greater help for sure.  I

16   think that one of the questions that is often not addressed

17   here is like how should that help come, from whom should it

18   come, what should the nature of that assistance be, and how are

19   college administrations sort of responsible for all this?

20        I mean, higher ed is asked to do tons of things these

21   days.  And administrations are growing in size.  And so I see

22   that help being offered.  But it raises, of course, lots of

23   questions about how best to assist.

24   Q    Mr. Regnerus, you did some comparisons between the REAP

25   report and -- which is Exhibit 1 -- and the Rutgers report,

1    which is Exhibit 2 for the Counsel Defendants.  Do you recall

2    that testimony?

3    A    I do, yes.

4    Q    And I'm not going to go through all of that.  But I do

5    want to point out and ask you a few questions.  I'd like to

6    compare page 20 of the REAP report -- so, again, Council

7    Exhibit 1, page 20 -- which has a chart about level of

8    perceived support from college.

9    A    Do you want me to pull that up myself or --

10   Q    Yeah, if you could.

11   A    Okay.

12        MR. SCHAERR:  Maybe we could ask Mr. Prince to pull

13   that up so we could all see it.

14        THE WITNESS:  What page and table number did you say?

15        THE COURT:  20.

16   BY MR. SOUTHWICK:

17   Q    It's Page No. 20 of Exhibit 1 of the REAP report.

18   A    Got it.

19   Q    Yeah.  And this is the level of perceived support from

20   college.  It's a bit -- it looks a bit blurry there.  But there

21   is a question in there that says -- that asks -- perceived

22   support from college -- there we go -- and there's questions

23   about whether people feel physically safe, whether they're

24   being prepared for graduation.  I'd like to go down to the

25   section that says, "I feel as though I belong on campus."  So

1    right here.

2    A     Right.

3    Q     Right here.  And the data, according to the REAP report,

4    appears to be that only 16 percent of gender minority students

5    and 23 percent of LGBTQ+ students agree that they feel as

6    though they belong on campus.  Is that a fair summary of this

7    data from the REAP report?

8    A     Yes, insofar as -- you know -- I mean, this is fielded

9    while most of them were not on campus.  So it's a little bit

10   funky to ask a question about how they feel belonging on campus

11   when they could well have been in, you know, month five or six

12   of an off-campus experience.  But, yeah, in general, I presume

13   they're reflecting on that.  And then it's statistically

14   probably significantly lower than straight respondents.

15        At the same time, you know, only 46 percent of straight

16   students reported they feel they belong on campus.  In general,

17   you know, you've got a lot of people who don't feel like they

18   belong, which is -- you know -- it's interesting.  I would

19   surmise, short of confidence, that those numbers are even

20   higher in terms of feeling like they don't belong at secular

21   universities.  But I don't have that kind of comparison here.

22   Q     Well, Mr. Regnerus, we actually do have that comparison,

23   and that's --

24   A     We do?  All right.

25   Q     And that's Exhibit 2 -- the Rutgers report -- pages 14 and

15.   And page 14 asks campus climate for heterosexual and queer-spectrum students -- question being "I feel like I belong at this university."  55 percent of heterosexual agreed. 48 percent of queer-spectrum agreed.  Do you see that?

A     Yes.  Statistically, probably significantly different, but higher at least in terms of queer-spectrum students than --

Q     Right.  So --

A     Right.  (Indiscernible).

Q     -- it's a pretty stark contrast.

A     That was also --

          THE COURT:  Wait.  Please stop.  Stop.  Please one of you ask a question, take a breath, answer the question.  Please quit speaking over one another.

          THE WITNESS:  My apologizes, Your Honor.

          MR. SOUTHWICK:  Mine as well.

BY MR. SOUTHWICK:

Q     Mr. Regnerus, are you able to see this chart here?

A     Yeah, if you could blow it up just a bit.

Q     Just a bit?  So we're looking at Exhibit 2, page 14.  And there's a section right here.  "I feel like I belong at this university."  And does it appear that approximately 55 percent of heterosexual students and 40 -- almost 48 percent of queer-spectrum students agree?

A     Right.  So that means it's almost, on average, about -- probably a little bit above 50-some percent compared to the

1    last line, which would be lower than 50 percent.  But it's

2    also -- you know -- they're fielded at very different times.

3    So there is a -- a decided COVID effect that we just don't know

4    that -- the magnitude of that effect.  And then also the

5    different kinds of questions -- they're asking about "my

6    university," and the other one, if I'm not mistaken, is about

7    "on campus."  Right?  They're just -- you know -- they're just

8    different.

9    Q    Fair enough.  Fair enough.  But the heterosexual and

10   queer-spectrum responses in Exhibit 2 are pretty close.

11   There's only a -- a what? -- an 8 percent difference; right?

12   And then if we look at the REAP report, it's 23 versus 46.  So

13   there's actually a 23-point difference; is that right?

14   A    Right.  In the Rutger study, it looks like they coalesced

15   or pooled together those who "agreed" and "strongly disagreed."

16   I don't offhand know how the REAP report described that.

17   There's a simple "yes/no."

18   Q    And then the second page -- or, sorry -- the next page of

19   the Rutgers report, which is page 15, asked campus climate

20   comparison of trans-spectrum and cisgender peers.  And in that

21   same question, "I feel like I belong at the university,"

22   54 percent of cisgender agreed, and 38 percent of

23   trans-spectrum agreed.  Does that look correct?

24   A    Yeah.  Except it should be compared to the questions

25   immediately above it about being valued as an individual.  I

1   mean, there should be a correlation between being valued as an

2   individual and feeling like you belong on the campus or at the

3   university.  But one of those yields higher, on average, rates

4   than the other one.  Right?

5       So belongingness and valuedness (sic) -- and then I would

6   compare it to sort of how the REAP question -- you know -- it's

7   tricky to make direct comparisons given quite different

8   samples, different times, and different question wordings.  At

9   the same time, I agree, I see a difference here.

10  Q    Looking back at Council Exhibit No. 1, the REAP report,

11  page 22, a series of questions were asked about on-campus

12  participation among sexual minority, gender minority, and

13  straight students.  And there's a chart about them feeling

14  accepted by others, dating the person you want.

15      And I'm actually look at page 22 of the REAP report.

16  Yeah, that chart right there.  And the first category is

17  feeling accepted by others.  And it's whether or not -- whether

18  they are likely to report not being able to fully participate

19  in college life in their heterosexual and cisgender peers.

20      So for sexual minority students, 43 percent report not

21  being able to fully participate, 48 percent of gender minority,

22  and 4 percent of straight.  Do you see that, Dr. Regnerus?

23  A    Feeling accepted, not fully participate.

24  Q    Right.  Whether or not --

25  A    I mean (indiscernible) --

1  Q    Yeah.  So here sexual and gender minority students appear

2  to have much higher percentages of not feeling accepted by

3  others as compared to straight students; is that correct?

4  A    At face value.

5  Q    And, Mr. Regnerus, have you reviewed any data that would

6  contradict this finding of the REAP report?

7  A    Not directly, though you just looked on the columns.  You

8  know, when you get specific about, you know, joining clubs,

9  prayer groups, dating who you want, having a roommate of your

10 choice -- there's distinctions, but they are a lot smaller

11 distinctions.  So it seems to be tapping kind of -- that first

12 question -- a subjective sense of what other people think of

13 them, not necessarily of whether they are actually -- you

14 know -- have a failure of access to roommates, prayer club,

15 clubs, classes.

16      So they seem -- one seems to be a decidedly more

17 psychological measure.  The other one seems to be like a series

18 of access measures.

19 Q    Mr. Regnerus, would you agree that dating can be a very

20 important part of the college experience for a lot of students,

21 both at CCCU campuses and elsewhere?

22 A    It seems to be less important today than when I was in

23 school.  But, yeah, I mean, historically the 20s -- early

24 20s -- were when you started dating.

25 Q    And according to this data, 25 percent of sexual minority

```
1   students and 30 percent of gender minority students report that
2   they are not able to date the person that they want.  And
3   that's in contrast to 2 percent of straight students.
4   A    I see that.
5   Q    Is that correct?  Do you have any data that contradicts
6   this assessment here?
7   A    I don't.  Again, at face value, that means three-quarters
8   of the sexual minority don't feel difficulty in that.
9   Q    I apologize.
10            MR. PRINCE:  Mr. --
11            MR. SOUTHWICK:  I'm done with this exhibit.  Thank
12   you, Josh, for your help.  I appreciate that.
13   BY MR. SOUTHWICK:
14   Q    Mr. Regnerus, do you recall being part of a group of
15   sociologists who provided an amicus brief in the Masterpiece
16   Cakeshop v. Colorado Civil Rights Commission case at the
17   Supreme Court in 2017?
18   A    I do.
19   Q    And can you --
20            MR. SOUTHWICK:  Oh, Gene might be trying to say
21   something.
22            MR. SCHAERR:  I was trying to saying something.  I'd
23   like to object to this on relevance grounds.
24            MR. SOUTHWICK:  Your Honor, I'm going to ask
25   Mr. Regnerus about some of his statements regarding structural
```

1  stigma in this brief.  And I believe that -- to cross-examine

2  him regarding his testimony about structural stigma earlier.

3          THE COURT:  Overruled.  Go ahead.

4  BY MR. SOUTHWICK:

5  Q    Mr. Regnerus, in this brief, you state, "That Antigay

6  discrimination can diminish psychological and physical health

7  is widely acknowledged."  Do you recall that?

8  A    I do.  Do you have a copy of the brief that I could look

9  at?

10  Q    Sure.

11  A    It's been a while since I've looked at it.

12  Q    I can pull it up here on my screen.  Give me one second.

13          MS. SNYDER:  And, Paul, could I also ask that you

14  have somebody email that to me?

15          MR. SOUTHWICK:  Sure.  Okay.  Let me make sure that

16  this popped up.  Okay.  All right.  We'll have that sent

17  around.

18  BY MR. SOUTHWICK:

19  Q    And I'm not trying to introduce this into evidence or

20  anything, but I did want to ask you about some of your

21  statements.  So this is the -- this is the brief I'm referring

22  to here.  And it looks like it was filed on behalf of you and a

23  few others.  Do you recall this brief, generally, Mr. Regnerus?

24  A    Generally, yes.

25  Q    All right.  And the question before the Court was about a

1    Colorado public accommodation law.  This is the wedding cake

2    case; right?

3    A    Yep.

4    Q    As it's called in general parlance.  All right.  And can

5    you inform the Court of the purpose of the brief that you filed

6    in this matter?

7    A    Yeah.  By looking at what you have on the screen?  Or if

8    I -- I could pull it up myself and quickly review it.

9    Q    Do you recall that it had to do with structural stigma or

10   antigay stigma and the effects that that may or may not have on

11   LGBT people?

12   A    Yeah.  That was part of the brief.  Yes.

13   Q    Okay.  And what I'm looking at here is on page -- the top

14   of page 5.  This statement -- this statement here where you

15   state, "That antigay discrimination can diminish psychological

16   and physical health is widely acknowledged."  So, Mr. Regnerus,

17   do you stand by that statement today?

18   A    Yes.

19   Q    All right.  Mr. Regnerus, in your -- I'd like to turn back

20   to your expert report.  So let me pull your report up.  Okay.

21   A    Paul, this is a follow-up to that, if I may?

22   Q    Sure.

23   A    The word "can" is kind of essential to that statement.

24   Because I go on to describe why I did not think the particular

25   case in Colorado rose to that kind of level.  In social

1   science, lots of us use the words "can" or "may."  In my

2   report, I kind of called out -- I believe it was Dr. Wolff and

3   perhaps Dr. Meyer -- for often using "cans" and "mays," which

4   are a weaker than, sort of, does.  Right?  "Does" is sort of

5   this more confident statement like in -- consistently in cases.

6   It does create this problem.  "Can" is sort of like it might.

7   Right?  That's all.

8   Q    Thank you for that clarification.  So, Mr. Regnerus,

9   turning back to your report, it's paragraph 32, if you could

10  let me know when you've had a chance to pull that up --

11  A    I got it.

12  Q    -- or if you can see that all right here.

13  A    Mm-hm.

14  Q    All right.  In paragraph 32, you refer frequently to

15  experiences of brokenness -- broken families, marriages,

16  bodies.  You use that term repeatedly in paragraph 32 about

17  broken.  And can you explain what you mean by "brokenness" in

18  paragraph 32 and in the context of your expert opinions

19  regarding sexual orientation, gender identity, and Christian

20  sexual ethics at the Council's colleges?

21  A    Right.  So it's a quote.  It's not my own words.  But --

22  and I cite it to sort of say that, as I stated, the Christian

23  Church should be free to respond to cultural shifts.  I think

24  it's fair to say, given secularization patterns in the United

25  States, the Christian Church feels more embattled.  But it also

1   is dealing inside its own ranks with the greater levels of

2   brokenness in terms of relationships, divorce rates, personal

3   problems.

4       This is why there's always cultural-wide experience of

5   brokenness, et cetera, including broken bodies -- people who

6   self-harm, et cetera -- drinking, drug use.  And so, you know,

7   it's a -- this term "accompaniment" there you see -- I think

8   this is actually a -- a Catholic theologian is writing this

9   stuff.  Accompaniment is sort of what Christian colleges and

10  universities aim to do, is to accompany people in various

11  degrees of brokenness in their Christian life and why.

12      Now, that is not to claim that LGBT persons are uniquely

13  broken.  I did not make that claim.  Rather, that taps into

14  historical theological understandings of persons, in general,

15  as being broken and separated from God.  So it's just an

16  insertion that highlights that Christian communities often

17  understand their purpose as being one to sort of -- this is

18  kind of a trite term -- but like showing -- one beggar showing

19  the other beggar where the bread is.  Right?

20      So that -- it's a -- to help people to live with the

21  brokenness in their own lives sometimes, of which they can't go

22  back and repair things that have been done to them, things they

23  their parents did, et cetera.  So just a reflection of sort of

24  the theological understanding of sin as brokenness.

25  Q    And then you follow that up with the next paragraph

1  saying -- the second sentence -- "Authentic religious freedom

2  requires allowing Christians to articulate this vision of human

3  sexuality, theology-based anthropology freely and unhindered";

4  is that right?

5  A    Yes.

6  Q    Is it your understanding that the Council for Christian

7  Colleges and Universities -- that they base their sexual

8  conduct policies on a belief or world view that people who

9  engage in homosexual acts or homosexual relationships are

10 broken, as you described above?

11 A    I don't think they base sort of the relationship policies

12 on anything distinctively about sexual orientation but as part

13 of a general perspective of the brokenness that stalks a world

14 that's sort of basically steeped in sin basically.

15      And, you know, talking about structural stigma, you can

16 talk about structural sin and personal sin.  Christians are

17 nothing if not about trying to help people deal with sin in

18 their own lives and quest for Godliness or holiness.  I'm not

19 sure if I'm answering your question though.

20 Q    So, Dr. Regnerus, would you agree that the Counsel for

21 Christian Colleges and Institutions maintain their policies

22 prohibiting same-sex relationships and behavior, at least in

23 part, to convey the message that same-sex relationships and

24 sexual behavior are illegitimate relationship forms?

25 A    Illegitimate would typically mean reference to a

1  community.  I think they would maintain that those are outside

2  the designs of their creator.

3  Q   And would you also agree that similar to a criminal law --

4  like let's say a state criminal law that punishes homosexual

5  sodomy -- that on a smaller scale within this institutional

6  environment, these codes of conduct function in a similar

7  manner by punishing homosexual sodomy or homosexual romantic or

8  sexual relationships?

9  A   From the looks of the REAP report, I don't think a whole

10 lot's getting punished, period, in terms of student

11 administration and sexual relationship policy.  It seems rare,

12 and I suspect that's not how they go about perceiving it.

13 Q   Well, would you agree that state laws -- let me back up a

14 little bit.  Are you familiar that prior to the Supreme Court's

15 decision in Lawrence v. Texas, certain states continue to

16 criminalize homosexual behavior; do you recall that?

17 A   I recall it.  I -- it's my understanding that they were

18 seldom forced.

19 Q   And I do want to ask about that in terms of structural

20 stigma and enforcement.  It's also true that -- I think as you

21 just said -- that these criminal prohibitions on homosexual

22 sodomy were infrequently enforced by state governments; is that

23 right?

24 A   It's my speculation, but I have no data about this.

25 Q   But would you agree that -- even though infrequently

1    enforced -- that laws that criminalize or punish a particular
2    class of persons -- such as homosexuals with laws about
3    homosexual sodomy -- that those can exert a negative impact on
4    LGBTQ people, even if they're not being hauled into court every
5    time they have sex with their partner.  Would you agree with
6    that?
7            MR. SCHAERR:  Your Honor, I'm going to object to this
8    question.  Calls for speculation and a legal conclusion.
9            THE COURT:  Would you rephrase your question, please?
10   BY MR. SOUTHWICK:
11   Q    Would you agree that laws or policies that criminalize or
12   forbid same-sex conduct or same-sex sexual relationships can
13   have an adverse impact on the LGBT community regardless of how
14   frequently those policies are enforced?
15           MR. SCHAERR:  Your Honor, the same two objections to
16   this question.
17           THE COURT:  Break your question down, would you
18   please, and rephrase it.
19   BY MR. SOUTHWICK:
20   Q    Mr. Regnerus, referring to the REAP report, you were
21   testifying about how it's a pretty small percentage of LGBTQ
22   students who have actually experienced a form of discipline for
23   violating university's codes of conduct; do you recall that?
24   A    I do.  I do want to pull that slide up a second myself.
25   I've got it here.  The university sanctions thing?  Got it.

1    Q    Yeah.  Would it surprise you -- going to this issue of
2    structural stigma, would you agree that at least some of the
3    LGBT student population at these schools could feel some kind
4    of stigmatic harm or feeling of exclusion from these policies
5    that prohibit same-sex sexual conduct, even if they don't
6    actually get disciplined pursuant to the policy?
7    A    Yeah.  I think that's fair to say.
8    Q    Mr. Regnerus, in your report you talk, in certain parts,
9    about sexual orientation change efforts and gender identity
10   change efforts.  Do you recall that?
11   A    I do.  If you pull it up, I can make direct reference to
12   it.
13   Q    All right.  I believe that we're starting on paragraph 41
14   of your report.  And you go on through a few paragraphs talking
15   about sexual orientation change efforts and that there are a
16   variety of kinds; do you recall that?
17   A    Yes.
18   Q    So my question to you is -- Dr. Regnerus, it sounds like
19   in here you're talking about -- that there are kind of older
20   forms of sexual orientation change efforts like electroshock
21   therapy, and that you said that that kind of a treatment has
22   been in disfavor for decades; is that right?
23   A    To my knowledge, yes.
24   Q    To your knowledge, are there other forms of sexual
25   orientation change efforts that are in favor currently?

1  A    In favor?  Again, these are typically not so much about,

2  like, change.  It's about sort of -- what I highlight there is

3  the importance of people being able to seek psychological help

4  for what they wish to seek help for.  And so I'm not comparing

5  that to change efforts.  But I think about sort of the wide

6  popularity of cognitive behavior therapy, where you're dealing

7  with unwanted feelings, and psychologists can often sort of

8  help people deal with unwanted feelings.

9      I make no claims about change in there.  I just complain

10  there that typically all of these things are lumped into one

11  sort of kind of label of being about change when I see little

12  evidence from the CCCU that they're involved in change efforts.

13  But Dr. Meyer talks about this and kind of creates this

14  impression that the CCCU schools are -- or give the impression

15  that this is a clear risk of going there.

16  Q    Dr. Regnerus, is it your opinion that the colleges

17  attended by Plaintiffs should be allowed to practice sexual

18  orientation change efforts in their on-campus counseling

19  centers as you have described them in your report?

20          MR. SCHAERR:  Your Honor, objection.  This calls for

21  speculation, and it's outside the scope of this testimony.

22          THE COURT:  I believe it is.  Sustained.

23  BY MR. SOUTHWICK:

24  Q    Dr. Regnerus, I believe that you testified that it's

25  important for religious colleges like the ones Plaintiffs

1  attend -- it's important for them to be able to preserve their

2  sexual behavioral codes of conduct, because it's an essential

3  part of the kind of college or kind of institution that they

4  are; is that fair to say?

5  A    I think that's fair.  With regard to sort of the

6  specifics, though, it ranged widely within the CCCU.  But I can

7  only presume that they're -- you know -- given the close

8  associations of Christian understandings of the human body and

9  the purpose of relationships, sexuality, and marriage -- all

10  that stuff -- that you're going to get different kinds of

11  policies, but that those policies will be fairly important to

12  those schools.

13  Q    Sorry.  I'm having trouble with my computer trying to pull

14  up this -- okay.  There we go.  Well, my computer's not working

15  here.  All right.  Sorry about that.  I'm struggling with my

16  PDF, but I've got it back.  All right.  I'm nearing the end of

17  my questioning, Dr. Regnerus.  But just a couple more things I

18  want to go over with you.  And this paragraph 33.  Again, we

19  read from this after the brokenness discussion.  And we read

20  the section about, "Authentic religious freedom requires

21  allowing Christians to articulate this vision of human

22  sexuality and theology-based anthropology freely and

23  unhindered."  And that remains your testimony today; is that

24  right?

25  A    Yes.

1  Q    Dr. Regnerus, are you familiar that many of the same

2  Council for Christian College Institutions that are the subject

3  of Plaintiffs' complaint -- that many of those same

4  institutions prohibited interracial marriage and interracial

5  dating among their student body on the basis of sincerely held

6  religious beliefs?

7            MR. SCHAERR:  Your Honor, I have to object to this.

8  It's well beyond the scope of his direct testimony and calls

9  for speculation.

10           THE COURT:  Sustained.

11  BY MR. SOUTHWICK:

12  Q    Mr. Regnerus, you're testifying here about what true

13  religious freedom requires in terms of sexuality and theology.

14  And so what I'm asking for you is about consistency.  Is it

15  your testimony that in order to protect true religious freedom,

16  it would allow the Council for Christian Colleges and

17  Universities to maintain bans on interracial marriage and

18  interracial dating if those bans were on the basis of sincerely

19  held religious belief?

20           MR. SCHAERR:  Your Honor, same objections, plus it

21  calls for a legal conclusion.

22           THE COURT:  I'm going to sustain the objection and

23  ask you to move on.

24  BY MR. SOUTHWICK:

25  Q    Mr. Regnerus, are you affiliated with or -- with the Ruth

1  Institute?

2  A    I -- you just broke up.  "Affiliated" and then I heard

3  "Ruth Institute."

4  Q    Mr. Regnerus, are you affiliated with the Ruth Institute?

5            MR. SCHAERR:  Your Honor --

6            THE WITNESS:  Affiliated --

7            MR. SCHAERR:  Excuse me, Your Honor.  Let me object

8  to that.  It's well beyond the scope of his direct and

9  irrelevant to this proceeding as far as I can tell.

10           THE COURT:  I couldn't tell --

11           MR. SOUTHWICK:  Your Honor --

12           THE COURT:  Was it Root or Ruth?  I couldn't

13  understand what was asked.

14           MR. SOUTHWICK:  Ruth, R-U-T-H.

15           THE COURT:  Okay.

16           MR. SOUTHWICK:  This is going to bias, Your Honor.

17           THE COURT:  Overruled.  It will be asked.

18  BY MR. SOUTHWICK:

19  Q    Mr. Regnerus, are you affiliated with the Ruth Institute?

20  A    I'm familiar with them.  I've given a talk for them.  I'm

21  not affiliated with them in the way that I believe some persons

22  are.

23  Q    And are you aware that the Ruth Institute has been

24  designated as an anti-LGBT hate group by the Southern Poverty

25  Law Center for promoting falsehoods about LGBT people?

1          MR. SCHAERR:  Your Honor, I object to this.  He's

2   already said he's not affiliated with this group, so it can't

3   be -- it can't go to bias.  And it's certainly well beyond the

4   scope of his testimony or his report.

5          THE COURT:  Sustained.  Let's move on.

6          MR. SOUTHWICK:  All right.  No further questions.

7          THE COURT:  Cross for the Department of Justice?

8          MS. SNYDER:  No questions, Your Honor.

9          THE COURT:  Cross for the other Intervenors?

10          MR. TUCKER:  And no questions from the Religious

11   School Intervenors.

12          THE COURT:  Thank you.

13      Redirect?

14          MR. SCHAERR:  Yes, Your Honor, just a couple of

15   questions.

16

17                    REDIRECT EXAMINATION

18   BY MR. SCHAERR:

19   Q    First of all, Mr. Southwick asked you whether some

20   students could feel stigmatized by college policies even if

21   they don't get disciplined under them.  Do you recall that

22   testimony?

23   A    Yes.

24   Q    What impact would you expect those same policies to have

25   on Christian LGBT students who want to follow traditional

1    Christian teachings on matters of sexuality?

2    A    Right.  I would anticipate that -- given there are

3    different kinds of LGBT students who enroll at Christian

4    colleges -- some who approve of the rules, some whom chafe

5    under them, or some whom openly oppose them -- you're going to

6    see -- you should anticipate differential opinions about them

7    based on whether they dislike them or not.

8    Q    Okay.  And for those who want to follow traditional

9    Christian teachings, including members of the LGBT community,

10   what impact would you anticipate that that kind of a rule would

11   have?

12   A    I think they may anticipate that these are protective for

13   them.

14   Q    Mm-hm.

15   A    At the same time, you know, they may have some concern or

16   ambivalence about them.  It is some degree of speculation of

17   what they -- how they think about it.  What I'm prepared to

18   defend is the idea that LGBT students who enroll in CCCU-type

19   schools are a fairly diverse bunch, as I just said.

20   Q    Okay.  So is it fair to say that one person's stigma might

21   be another person's support?

22   A    Yes.  I think that's true.  In this case, some people

23   would perceive those as stigmatizing, and other people would

24   largely ignore them, and other people might think they're

25   protective because that's the kind of person and life they want

1   to develop -- right? -- one that sort of fits the Christian

2   teachings of the school.

3        But, again, you know, students are diverse.  The policies

4   are diverse.  So you're going to see different responses to

5   that, and then different responses over time.  Some people grow

6   more comfortable with them, some people grow less comfortable

7   with them.

8   Q    Okay.  Mr. Southwick asked you about your brief in the

9   Masterpiece case.  Do you recall that?

10  A    I do.

11  Q    Do you recall what the Supreme Court ultimately held in

12  that case?

13  A    I think they ruled in favor of Masterpiece Cake.  I forget

14  the decision.  I understand it's fairly narrow -- and by legal

15  ways I don't grasp.  So --

16  Q    Okay.

17  A    But they ruled in favor of the cake baker.

18  Q    Okay.  Well, if I were to tell you that part of the

19  Court's holding was that traditional Christian views on

20  marriage and sexuality are entitled to respect in governmental

21  proceedings, how, if at all, would that conclusion relate to

22  the opinions that you've expressed here?

23  A    Right.  If I'm not mistaken, and I could be, I think that

24  was Justice Kennedy who wanted to sort of state -- and I think

25  he stated that too in Obergefell -- I think -- that Christian

1    understandings on marriage and sexuality deserve -- I don't

2    know what his language was -- but respect and shouldn't be sort

3    of ruled objectionable out of hand.

4         In both of those cases, in which case, you know,

5    extrapolates to the present case, I would think he or at least

6    the decision writers of those cases would think it's an

7    overreach to sort of strike down the -- so the use of what are

8    historically widely understood Christian understandings of

9    relationship behavior and the body.

10   Q    Okay.  Thank you.  I have no further questions.

11              THE COURT:  May this witness -- yes?

12              MR. SOUTHWICK:  Short recross, Your Honor?

13              THE COURT:  There really is no such thing as recross.

14              MR. SOUTHWICK:  Oh.

15              THE COURT:  I don't know that you have anything more

16   to gain.  But I'd just as soon move on with this witness.

17              MR. SOUTHWICK:  Okay.  Nothing further.

18              THE COURT:  You're welcome.  May this witness be

19   excused?

20              MR. SCHAERR:  Yes, Your Honor.

21              MS. SNYDER:  Yes, from the Government Defendants,

22   Your Honor.  This is Hilarie Snyder.

23              MR. TUCKER:  This is Ryan Tucker.  Yes.

24              THE COURT:  You're excused.  Thank you for your time.

25              THE WITNESS:  Thank you, Your Honor.

```
 1              THE COURT:  Further witnesses for the Intervenors?
 2              MR. SCHAERR:  Not from CCCU, Your Honor.
 3              MR. TUCKER:  And none from the Religious Schools
 4    either, Your Honor.  This is Ryan Tucker.
 5              THE COURT:  All right.  Thank you.
 6       I guess then returning to the Plaintiff.  Anything
 7    further?
 8              MR. SOUTHWICK:  This is Paul Southwick.  Nothing
 9    further from Plaintiffs.
10              THE COURT:  Government, I'm just assuming that's the
11    case for you as well.
12              MS. SNYDER:  Nothing further, Your Honor, from the
13    Government.  Thank you.
14              THE COURT:  All right.  I believe the record now is
15    complete.  And let's talk about dates for filing your arguments
16    in this matter.  In looking at the calendar, I want to -- we
17    did some double-checking.  It seemed to me that -- we were
18    looking at filing simultaneous briefing.  And I was -- we were
19    looking at opening briefs for the 19th.  Does that work for
20    everybody?
21              MR. SOUTHWICK:  Plaintiffs -- that's fine.
22              MS. SNYDER:  Your Honor, just a question.  Do you
23    anticipate, in the briefing, citing to like transcript?  If so,
24    does the court reporter have a sense of when that would be
25    available?
```

1          THE COURT:  I have two court reporters who handled

2     this matter.  I'm going to go off the record and at least talk

3     to the court reporter who covered Friday and today and see what

4     she might be able to guide me with her schedule.

5

6               (A discussion was held off the record.)

7

8          THE COURT:  So my -- the court reporter -- we're back

9     on the record.  The court reporter tells me she can have the

10    transcript -- and she's assuming that the transcript for court

11    reporter who covered Thursday -- because I don't know whether

12    you've got a transcript or not -- she can have it done in two

13    weeks.  So that would be the 22nd.

14       And my suggestion is if you want transcript before you

15    file your brief, or you can do your brief and then refer to the

16    transcript, that I give you two weeks thereafter to file

17    your -- the opening simultaneous briefing.  Does that work?

18          MR. TUCKER:  Yes, Your Honor.

19          MR. SOUTHWICK:  So, Your Honor, that would mean

20    December 6th for --

21          THE COURTROOM DEPUTY:  Yes.

22          MR. SOUTHWICK:  -- for opening?

23          THE COURT:  Yep, December 6th.  And then -- and I'm

24    going to have a page limit on it.  And I want the page limit on

25    of 35 pages.  The response briefs then I would give you two

1    weeks thereafter.  And I'll give you the same 35 pages

2    simultaneous briefing.  That would be the 20th.

3              MR. SOUTHWICK:  Your Honor?

4              THE COURT:  Yes.

5              MR. SOUTHWICK:  This is getting into a lot of folks'

6    holiday schedules.

7              THE COURT:  It's getting into everybody's holiday

8    schedules.  And I'll take -- you know -- if you want to set

9    something different, you tell me.  I'm going to -- I'll get you

10   an opinion when we get you an opinion.  But I just want to make

11   sure that people have the transcript if they need to use it for

12   their briefing, and that we coordinate simultaneous briefing

13   and page limits.  So if you want to propose something else, be

14   my guest.

15             MR. SOUTHWICK:  So this is Paul Southwick.  If we're

16   waiting for the transcript and following the schedule, then my

17   request would be that the response briefs be due after the --

18   after the holidays -- so sometime in early January.

19             THE COURT:  Fine with us.

20             MS. SNYDER:  That's okay with the Government as well,

21   Your Honor.

22             MR. SOUTHWICK:  Something like January 7th or 10th?

23             THE COURT:  January 10th is fine with me.

24             MS. SNYDER:  Fine with the Government as well, Your

25   Honor.

1           THE COURT:  For the Intervenors?  You're on mute.

2           MR. SCHAERR:  Sorry.  I think we can live with that.

3           THE COURT:  Yeah.

4           MR. TUCKER:  Yes, Your Honor.  This is Ryan Tucker.

5      That's okay.

6           THE COURT:  Lawyers have a way of knowing how to make

7      the holidays more difficult.  And I'm very happy to skirt that

8      with the issues in this case.  I think they're easily -- these

9      schedules are easy to have people meet all their obligations.

10     Is there anything else we need to take up at this time?

11          MR. SOUTHWICK:  Just to clarify, Your Honor -- this

12     is Paul Southwick -- there will by no reply briefing; is that

13     correct?

14          THE COURT:  That's right.  Say it all in those two

15     briefs, 35 pages each.  I have the full record.  I've taken

16     copious notes.  I've read everything in this case.  We'll be

17     prepared to -- you know -- we will take this under advisement.

18     It's submitted now.  And we will have time to rule once we get

19     all the briefing done.  And we will issue an opinion

20     thereafter.  So if there's anything new that comes up, please

21     contact Cathy Kramer, my courtroom deputy, and let me know if

22     there's anything else we need to know about or address.

23     Otherwise, the case is submitted.  I thank you all for you

24     time, for this argument, and for the hearing, as well as what I

25     will anticipate in the written submissions.  And we are in

1   recess.

2

3              (The proceedings adjourned at 12:26 PM.)

1                    C E R T I F I C A T E

2    Elizabeth Hunter, et al. v. U.S. Department of Education, et

3                              al.

4                        6:21-cv-474-AA

5                     PRETRIAL CONFERENCE

6                     November 8, 2021

7         I certify, by signing below, that the foregoing is a true

8    and correct transcript, to the best of my ability, of the video

9    conference proceedings heard via video conference, taken by

10   stenographic means.  Due to the audio-visual connection,

11   parties appearing via speakerphone or cell phone or wearing

12   masks due to coronavirus, speakers overlapping when speaking,

13   speakers not identifying themselves before they speak, fast

14   speakers, the speaker's failure to enunciate, background noises

15   and/or other technical difficulties that occur during video

16   conference proceedings, this certification is limited by the

17   above-mentioned reasons and any technological difficulties of

18   such proceedings occurring over the video conference at the

19   United States District Court of Oregon in the above-entitled

20   cause.

21        A transcript without an original signature, conformed

22   signature, or digitally signed signature is not certified.

23

24   /s/Kendra A. Steppler, RPR
     _____
25
     Official Court Reporter        Signature Date: 11/22/2021

BY MR. PRINCE: [5]
546/8 548/9 548/25
549/14 550/6
BY MR. SCHAERR:
[14] 553/16 555/7
557/9 560/13 573/7
576/10 580/17 583/19
590/24 591/13 593/16
595/6 609/11 632/18
BY MR. SOUTHWICK:
[46] 503/9 509/11
511/10 512/20 513/14
513/18 514/1 514/24
515/10 517/20 518/8
519/11 522/4 522/20
523/23 527/23 528/8
528/11 529/13 530/14
530/23 532/10 534/1
534/6 535/3 535/16
536/15 537/1 537/25
542/6 542/14 565/14
566/24 569/11 612/3
613/16 615/16 619/13
620/4 620/18 626/10
626/19 628/23 630/11
630/24 631/18
BY MS. SNYDER: [3]
492/8 493/1 498/11
MR. MILLER: [4]
544/15 544/23 545/3
545/11
MR. PRINCE: [10]
527/21 545/6 545/18
545/21 545/24 546/3
548/7 550/5 551/11
619/10
MR. REGNERUS: [1]
552/20
MR. SCHAERR: [51]
491/10 545/13 545/17
548/3 552/16 553/13
554/19 555/4 555/6
559/2 565/4 566/19
569/3 569/8 573/1
573/4 574/21 575/17
575/24 576/7 576/9
580/7 580/16 583/5
583/12 583/18 590/16
590/19 591/3 591/8
591/12 593/13 595/5
608/23 609/4 609/10
611/23 613/12 619/22
626/7 626/15 628/20
630/7 630/20 631/5
631/7 632/1 632/14
635/20 636/2 639/2
MR. SOUTHWICK: [46]
491/6 513/21 513/25
517/15 517/19 518/7
518/18 518/24 522/3
522/18 536/20 537/23
542/11 544/11 545/9
551/17 554/22 565/8
572/18 575/4 580/10
583/14 590/17 593/11
595/1 615/15 619/11
619/20 619/24 620/15
631/11 631/14 631/16
632/6 635/12 635/14
635/17 636/18 636/21

637/19 637/22 638/3
638/9 638/15 638/22
639/11
MR. TUCKER: [15]
491/13 519/4 519/7
544/14 544/20 551/20
552/3 575/5 580/13
591/10 632/10 635/23
636/3 637/18 639/4
MS. SNYDER: [52]
491/8 492/2 492/24
498/10 503/4 509/7
511/7 512/15 513/11
514/6 515/4 517/17
518/2 518/5 518/15
519/2 519/5 521/23
522/16 527/18 528/7
529/11 530/7 530/21
532/1 533/23 534/3
535/2 535/8 536/5
537/20 541/24 542/10
542/12 544/5 548/22
550/1 551/15 551/18
552/11 575/25 576/6
580/11 583/16 591/6
620/13 632/8 621/11
636/12 636/22 638/20
638/24
THE COURT
REPORTER: [1]
549/12
THE COURT: [139]
491/15 491/22 492/1
503/6 509/9 511/9
512/16 513/13 513/17
513/20 513/22 514/8
515/5 517/25 518/4
518/17 518/22 518/25
519/3 519/9 521/25
523/19 527/20 528/10
529/12 530/9 530/22
532/2 533/24 534/4
535/10 536/6 537/24
541/25 544/6 544/13
544/16 544/22 545/1
545/5 545/8 545/16
545/20 545/23 546/1
548/6 548/24 550/3
551/13 551/16 551/22
552/5 552/10 552/13
552/18 552/22 553/4
553/9 553/12 554/21
555/5 556/11 556/21
556/23 557/1 558/4
558/7 558/12 559/4
559/8 559/10 559/12
559/16 559/18 559/24
560/2 560/5 560/10
565/11 566/22 569/6
573/3 575/3 575/8
575/19 576/5 576/8
580/9 580/15 582/25
583/4 583/8 583/11
583/17 591/5 591/9
591/11 593/15 595/4
608/16 609/2 609/5
611/25 613/15 615/11
620/3 626/9 626/17
628/22 630/10 630/22
631/10 631/12 631/15
631/17 632/5 632/7
632/9 632/12 635/11

635/13 635/15 635/18
635/24 636/1 636/9
636/10 636/14 637/1
637/8 637/23 638/4
638/7 638/19 638/23
639/1 639/3 639/6
639/14
THE COURTROOM
DEPUTY: [2] 490/10
637/21
THE WITNESS: [45]
491/21 491/25 512/18
514/10 515/6 530/10
532/5 533/25 534/5
535/11 536/7 542/2
542/13 544/7 546/5
549/13 552/9 553/8
553/10 556/14 556/22
556/25 557/4 558/6
558/11 558/13 559/7
559/9 559/11 559/14
559/17 559/20 560/1
560/4 560/9 560/12
566/23 569/9 583/2
583/6 583/10 613/14
615/14 631/6 635/25
/
/s/Kendra [1] 641/24
0
0.006 [1] 581/4
0.05 [1] 581/4
0.12 [1] 581/4
08212212 [1] 497/14
1
1 percent [1] 581/5
1,000 [1] 581/6
10 percent [1] 581/11
10-12 [1] 560/16
100 [6] 510/16 512/12
512/23 515/11 515/18
558/3
100 percent [1] 607/8
100,000 [2] 599/9
599/10
102 [3] 508/18 508/18
508/20
103 [1] 508/16
106.12 [1] 524/16
106.31 [1] 527/25
106.34 [2] 539/17
539/19
106.40 [1] 528/4
108 [5] 497/22 497/23
550/8 550/10 550/13
109 [3] 548/1 548/12
548/18
10th [2] 488/7 638/22
11 [8] 536/22 536/25
537/7 537/14 537/19
538/3 538/16 540/5
11/22/2021 [1] 641/25
1120 [1] 488/7
11:30 [1] 608/17
12 [4] 547/25 548/12
560/16 581/12
12 percent [1] 581/2
12:26 [1] 640/3
133,000 [1] 599/11
14 [4] 588/3 614/25

615/3 615/19
15 [2] 521/20 589/15
1/5 [1] 573/21
570/6 574/12 615/1
616/19
15100 [1] 489/5
16 percent [1] 614/4
16th [1] 523/16
17 [1] 599/13
1717 [3] 489/13 489/15
489/18
18 [7] 518/12 569/21
581/7 581/16 587/5
605/25 607/9
18-year-olds [1] 599/13
180 [3] 495/8 515/1
515/9
180-day [1] 495/1 495/4
495/6
19 [1] 555/10
1980s [1] 530/1
1989 [1] 536/24
1993 [1] 553/21
19th [1] 636/19
1:00 [1] 608/18
2
2 percent [1] 619/3
20 [7] 518/10 561/6
574/12 613/6 613/7
613/15 613/17
2000 [1] 553/23
20006 [3] 489/13
489/16 489/19
2002 [1] 553/25
2003 [1] 555/24
2004 [1] 555/25
20044 [2] 488/14
488/17
2006 [1] 519/23
2007 [1] 555/16
2011 [2] 569/22 603/18
2012 [4] 557/12 566/13
567/1 573/13
2013 [6] 517/7 517/7
519/20 520/3 522/11
524/9
2014 [7] 515/24 517/7
518/12 520/17 522/13
522/24 523/16
2015 [1] 603/18
2016 [5] 589/7 589/10
590/14 590/19 590/25
2017 [3] 582/10 582/11
619/17
2017-2018 [1] 558/14
2018 [2] 558/14 582/10
2020 [1] 587/7
2021 [6] 487/6 499/15
510/6 546/13 641/6
641/25
20s [2] 618/23 618/24
20th [1] 633/2
21 [10] 496/10 517/5
517/24 518/14 519/1
519/13 543/9 543/10
549/3 549/6
21-474 [1] 491/2
2130 [1] 489/23
21st [4] 496/12 496/17
496/22 497/1
22 [5] 518/14 519/1
523/15 617/11 617/15

223 [1] 535/4
224 [1] 535/4
22nd [2] 526/24 637/13
23 [5] 518/14 519/1
528/13 605/25 616/12
23 percent [1] 614/5
23-point [1] 616/13
25 [2] 570/6 587/5
25 percent [1] 618/25
26 [6] 554/6 554/7
554/13 554/16 554/20
575/18
27th [1] 520/17
3
3,000 [2] 581/7 581/15
3,001 [1] 581/6
30 [3] 538/6 603/3
607/9
30 percent [2] 581/13
619/1
300 [2] 581/15 601/13
32 [4] 622/9 622/14
622/16 622/18
320 [1] 489/10
33 [1] 629/18
34 [3] 524/16 527/25
528/4
35 [7] 515/2 515/12
546/22 546/25 637/25
638/1 639/15
36 [4] 493/3 515/2
515/12 535/17
360 [1] 581/15
38 [1] 602/5
38 percent [1] 616/22
39 [1] 569/21
4
4 percent [1] 617/22
40 [2] 570/6 615/22
40 percent [1] 603/3
405 [1] 489/23
41 [1] 627/13
4112 [1] 489/24
4128 [1] 488/8
43 percent [1] 617/20
431-4112 [1] 489/24
45th [1] 488/9
46 [1] 616/12
46 percent [1] 614/15
474 [1] 491/2
477 [1] 587/5
48 percent [3] 615/4
615/22 617/21
4800 [1] 489/10
4th [1] 520/3
5
5 percent [3] 580/24
581/1 581/1
50 [1] 616/1
50-18 [1] 518/12
50-20 [1] 518/10
50-some [1] 615/25
54 percent [1] 616/22
541 [1] 489/24
55 percent [2] 615/3
615/21
59 percent [1] 588/16

**6**

60 percent [1] 587/9
61 [1] 588/2
61 percent [1] 587/7
63 percent [1] 601/19
64 [1] 588/13
65 percent [2] 587/8
588/4
6:21-cv-474-AA [2]
487/5 641/4
6th [2] 519/19 637/23

**7**

70 [5] 546/12 546/15
546/16 547/4 588/14
73 [8] 510/4 510/5
510/8 510/14 510/15
510/15 515/1 546/13
73 percent [1] 588/19
76 [1] 488/9
7706 [1] 488/9
79 percent [1] 588/15

**8**

8 percent [1] 616/11
80 [1] 558/3
80 percent [1] 601/16
83929 [1] 488/5
8420 [1] 488/5
85260 [1] 489/6
8716 [1] 489/11
883 [2] 488/14 488/17
8:00 [1] 487/7
8:46 [1] 518/20
8:58 [1] 518/20
8th [2] 489/23 524/9

**9**

90 percent [1] 601/17
90-plus [1] 515/17
900 [4] 489/13 489/15
489/18 581/15
90th [1] 489/5
97005-8716 [1] 489/11
97203 [1] 488/5
97209-4128 [1] 488/8
97219 [1] 488/10
97401 [1] 489/23
9:08 [1] 523/21
9:09 [1] 523/21

**A**

AA [2] 487/5 641/4
abandon [1] 596/24
abandoned [1] 595/9
abide [1] 600/17
abided [1] 578/7
ability [7] 532/13 532/16
570/12 575/20 604/3
604/11 641/8
able [14] 504/22 517/10
517/15 531/13 531/23
538/18 601/6 615/17
617/18 617/21 619/2
628/3 629/1 637/4
abortion [2] 528/2 531/1
abortions [2] 527/7
527/13
about [126] 492/9
492/13 495/3 497/3
499/11 506/19 520/3
520/9 521/5 522/13

522/15 524/2 525/23
526/17 526/25 529/8
532/12 536/18 537/6
537/19 537/21 538/17
540/25 541/20 543/8
550/7 555/3 555/19
557/1 557/18 557/19
557/24 558/18 558/24
561/16 563/25 564/8
564/8 564/8 564/14
567/10 567/10 569/15
569/25 570/17 570/24
573/13 574/11 574/17
578/6 581/7 581/14
581/16 581/22 581/22
582/13 583/20 583/25
586/25 587/4 588/20
589/4 589/7 590/17
592/4 594/24 595/3
595/13 596/2 596/3
596/7 597/1 601/8
601/12 605/22 607/19
608/1 608/25 609/13
609/25 610/4 612/23
613/7 613/23 614/10
615/24 616/5 616/6
616/25 617/11 617/13
618/8 619/25 620/2
620/20 620/25 622/16
624/12 624/15 624/16
624/17 625/12 625/19
625/24 626/2 626/21
627/9 627/15 627/19
628/1 628/2 628/5
628/9 628/11 628/13
629/15 629/20 630/12
630/14 631/25 633/6
633/16 633/17 634/8
636/15 639/22
above [7] 520/19
585/14 615/25 616/25
624/10 641/17 641/19
above-average [1]
585/14
above-entitled [1]
641/19
above-mentioned [1]
641/17
Absolutely [3] 499/9
560/4 574/6
academic [4] 560/24
560/25 567/3 606/21
accept [1] 596/25
acceptable [2] 513/9
514/3
accepted [4] 617/14
617/17 617/23 618/2
access [8] 520/7 533/7
539/17 539/25 541/21
597/4 618/14 618/18
accident [1] 560/3
accommodating [1]
593/8
accommodation [1]
621/1
accompaniment [2]
623/7 623/9
accompany [1] 623/10
accord [1] 528/3
according [6] 508/15
526/16 549/6 584/25
614/3 618/25

account [1] 599/17
accuracy [1] 498/16
accurate [30] 494/4
494/9 494/14 495/18
495/25 496/2 496/5
496/11 499/4 509/12
509/25 510/1 510/8
510/9 515/19 515/20
520/10 520/24 523/5
523/6 524/12 524/13
534/11 535/7 541/15
546/19 546/20 547/1
547/2 549/5
accurately [3] 493/17
493/23 494/20
achieve [1] 555/15
acknowledged [4] 575/9
589/25 620/7 621/16
acknowledges [1]
522/24
across [7] 569/23
576/20 577/2 577/12
582/9 587/13 592/22
act [1] 495/9
acting [6] 493/10
532/22 532/23 533/4
533/6 538/10
action [10] 493/7
494/18 494/19 495/1
495/24 499/19 514/13
542/22 580/25 581/3
actions [2] 496/6
548/15
activities [1] 520/8
activity [1] 591/19
acts [2] 534/9 624/9
actual [1] 528/3
actually [24] 496/5
498/25 499/20 500/4
500/10 501/13 504/21
505/25 513/2 515/2
515/14 517/12 526/4
527/25 531/12 531/23
608/21 614/22 616/13
617/15 618/13 623/8
626/22 627/6
add [1] 585/21
added [1] 526/4
additional [7] 496/25
511/25 552/10 560/23
560/25 585/21 612/5
address [5] 512/7
603/11 608/21 609/9
639/22
addressed [3] 563/19
565/1 612/16
addresses [1] 539/19
adhere [2] 564/15 593/7
adjourned [1] 640/3
administration [1]
625/11
administrations [3]
605/21 612/19 612/21
administrative [20]
492/11 492/19 494/19
495/1 495/24 497/6
497/8 498/6 498/8
499/7 499/25 500/15
500/18 500/21 501/5
502/19 531/22 543/15
546/11 546/22
administratively [5]

523/8 523/12 531/6
531/24 547/19
administrators [1]
581/10
admissibility [1] 575/11
admission [8] 519/1
540/25 541/8 554/19
576/2 580/7 583/12
591/4
admissions [2] 597/11
597/12
admit [2] 565/6 575/18
admitted [2] 575/19
585/9
adolescence [1] 569/16
adolescent [1] 556/1
adolescents [2] 556/3
557/20
adopted [2] 570/11
570/11
adoption [1] 565/22
adult [7] 556/5 557/12
557/13 572/16 603/2
607/8 607/13
adulthood [2] 556/3
556/6
adults [7] 569/21 577/9
585/17 594/18 602/12
602/15 603/12
advanced [3] 539/17
540/1 540/17
adverse [1] 626/13
advertising [1] 598/3
advised [1] 561/2
advisement [1] 639/17
advising [1] 561/1
advisory [1] 536/11
affiliated [5] 630/25
631/2 631/4 631/6
631/19 631/21 632/2
affirmed [2] 507/6 530/4
afford [3] 595/20 597/9
597/18
afield [1] 569/4
aforementioned [1]
568/6
after [12] 500/10 507/12
507/19 516/1 553/2
567/17 570/11 598/11
598/18 629/19 638/17
638/18
again [27] 498/12
501/22 502/5 503/12
508/16 515/6 522/16
527/12 529/9 534/3
536/10 544/16 548/3
549/4 569/3 575/19
575/22 602/10 603/10
604/6 607/1 607/24
613/6 619/7 628/1
629/18 634/3
against [15] 497/15
520/4 520/5 520/6
524/10 524/12 524/25
529/2 529/7 531/11
531/19 538/21 575/23
581/21 592/13
age [6] 570/11 570/12
578/12 601/21 607/9
607/9
aged [1] 556/2
ages [1] 587/5

age [8] 503/11 512/23
513/25 552/4 555/19
561/9 571/14 574/19
agree [22] 512/11
512/13 512/23 533/10
535/25 539/10 567/19
567/21 568/19 592/25
600/5 614/5 615/23
617/9 618/19 624/20
625/3 625/13 625/25
626/5 626/11 627/2
agreed [6] 533/9 615/3
615/4 616/15 616/22
616/23
ahead [17] 491/24
503/6 517/21 518/23
522/2 537/24 538/15
545/2 553/9 553/12
555/5 565/11 575/16
587/18 590/20 592/18
620/3
AIKEN [1] 487/22
aim [1] 623/10
aimed [1] 605/3
al [6] 487/4 487/8 491/2
491/3 641/2 641/3
alcohol [3] 584/11
584/12 586/14
alcohol-related [1]
586/14
alerted [1] 526/6
Alex [1] 540/23
algorithms [2] 597/13
598/25
all [106] 496/3 499/13
499/24 501/4 504/5
505/3 506/14 506/24
508/3 508/13 509/3
509/4 509/12 509/17
509/21 509/23 509/24
510/10 510/12 510/13
510/19 511/3 511/16
511/21 512/10 514/15
514/19 517/10 518/7
518/18 519/3 519/19
520/2 521/2 521/12
522/11 522/23 523/15
524/2 526/18 526/23
528/12 528/17 538/19
539/13 540/10 542/4
542/17 543/19 546/9
548/6 548/15 552/5
553/9 556/4 558/6
559/10 560/1 560/2
560/2 560/10 563/1
566/11 567/9 568/25
569/9 572/3 572/4
574/16 576/22 577/3
577/18 580/2 581/5
591/9 592/19 598/19
600/5 603/11 606/19
608/18 612/19 613/4
613/13 614/24 620/16
620/25 621/4 621/19
622/7 622/12 622/14
627/13 628/10 629/9
629/15 629/16 632/6
632/19 634/21 636/5
636/14 639/9 639/14
639/19 639/23
allegation [2] 521/6
524/11

A

allegations [15] 497/25
499/3 504/19 506/1
506/6 508/9 512/6
516/21 520/9 532/7
538/25 539/7 539/25
540/10 540/21
alleged [2] 495/9
535/14
alleges [3] 520/6
535/25 539/16
alleging [1] 492/19
520/5
Alliance [1] 489/5
allow [6] 518/16 527/6
527/16 528/1 550/14
630/16
allowed [1] 628/17
allowing [4] 527/8 528/1
624/2 629/21
allows [1] 550/10
almost [3] 570/25
615/22 615/24
along [2] 514/5 542/19
already [9] 500/4
522/23 531/20 537/18
538/21 543/20 576/3
590/14 632/2
also [39] 492/13 493/5
494/18 495/2 498/22
503/2 507/9 514/19
522/14 523/6 523/11
527/21 534/7 540/9
543/15 550/3 554/13
556/16 569/25 570/9
575/17 583/3 583/6
594/14 594/15 596/5
597/7 597/21 597/24
601/1 601/22 603/20
615/10 616/2 616/4
620/13 622/25 625/3
625/20
alter [2] 595/22 595/23
altering [1] 610/23
although [3] 564/9
582/20 589/4
alumni [1] 535/21
always [5] 502/15
514/18 606/5 610/5
623/4
am [15] 487/7 504/19
518/20 518/20 523/21
523/21 531/16 535/24
536/16 538/4 542/18
549/13 576/14 609/6
609/7
ambiguous [5] 530/7
532/1 535/8 537/22
541/24
ambivalence [1] 633/16
Amendment [3] 548/14
548/15 548/20
American [6] 557/18
560/18 560/18 568/6
569/17 577/4
amicus [1] 619/15
among [16] 499/19
558/20 561/24 564/10
576/22 580/23 581/1
582/20 585/12 589/19
595/25 607/13 611/9

611/14 617/12 630/5
amount [3] 498/25
498/25 590/1
analyses [2] 563/6
589/15
analysis [19] 504/9
504/11 541/9 541/10
541/11 541/12 541/13
541/19 541/22 542/2
558/16 558/23 560/7
573/16 573/17 573/17
573/21 578/11 593/14
analytic [1] 557/15
analytical [1] 567/11
analyze [1] 504/18
ANN [1] 487/22
anomalies [1] 571/8
another [6] 507/2 556/4
607/10 608/17 615/13
633/21
answer [12] 512/16
513/1 513/6 514/8
514/9 532/2 532/3
541/25 542/1 542/3
542/8 615/12
answering [1] 624/19
anthropology [4] 592/8
592/9 624/3 629/22
anti [1] 631/24
anti-LGBT [1] 631/24
antiabortion [1] 524/11
anticipate [8] 518/6
586/12 633/2 633/6
633/10 633/12 636/23
639/25
anticipatory [1] 596/5
antigay [6] 557/17
558/18 559/13 620/5
621/10 621/15
anxiety [12] 584/7
585/6 585/22 586/19
586/19 587/9 588/4
588/5 588/19 589/20
601/18 602/9
any [51] 495/22 496/15
499/19 500/3 500/15
500/17 500/21 501/2
502/1 502/8 503/16
504/11 506/20 506/22
508/6 510/7 511/21
525/5 525/15 525/16
528/24 531/9 531/17
544/1 544/13 544/21
551/14 554/21 559/2
560/23 561/19 562/14
573/17 573/21 574/22
578/23 583/14 584/20
585/2 586/10 591/5
597/11 601/4 602/24
603/5 604/2 606/11
611/15 618/5 619/5
641/17
anybody [1] 585/5
Anyone [1] 544/22
anything [16] 506/19
510/25 559/2 562/6
574/16 575/3 580/9
583/22 583/25 620/20
624/12 635/15 636/16
639/10 639/20 639/22
anyway [1] 562/22
Anyways [1] 601/16

anywhere [1] 527/8
apart [1] 557/7
apologies [5] 513/25
545/14 548/3 548/7
550/23
apologize [3] 543/7
545/21 619/9
apologizes [1] 615/14
appeal [1] 571/25
Appeals [1] 571/25
appear [5] 554/16
601/17 602/18 615/21
618/1
APPEARANCES [2]
488/1 489/1
appearing [1] 641/11
appears [8] 506/4
510/17 519/24 554/9
554/25 570/17 579/15
614/4
applicability [1] 548/21
application [1] 549/18
applied [1] 551/7
applies [2] 508/8
598/19
apply [5] 549/16 598/23
599/15 599/21 599/22
applying [1] 599/1
appointed [1] 571/2
appreciate [2] 552/7
619/12
appreciated [1] 575/15
approach [2] 547/8
592/7
appropriate [6] 495/12
500/5 508/21 512/7
514/14 514/19
appropriately [1] 499/2
approval [2] 499/21
549/24
approve [2] 501/3 633/4
approximately [6]
496/11 496/12 496/22
510/19 535/19 615/21
April [2] 526/23 587/7
April-June 2020 [1]
587/7
apt [2] 578/5 602/2
Arbor [10] 517/6 519/13
519/21 520/4 520/16
521/18 522/9 522/25
523/11 541/19
Archives [1] 560/20
are [170]
area [4] 561/13 561/14
561/15 561/19
areas [3] 555/21 555/21
575/23
aren't [1] 542/8
argue [1] 551/6
argument [1] 639/24
argumentive [1] 527/18
arguments [1] 636/15
around [13] 499/15
546/12 547/4 555/16
555/24 555/24 564/6
587/1 604/25 606/21
607/12 610/23 620/17
arranged [1] 500/4
arrangement [1] 570/6
arranging [1] 500/3
article [8] 558/24 559/1

559/5 559/6 560/8
articles [4] 557/11
557/21 557/24 560/15
articulate [2] 546/2
624/2 629/21
as [153] 492/5 493/17
493/23 494/4 494/9
494/14 494/18 494/20
495/18 495/25 496/2
496/5 496/11 496/12
496/17 499/13 500/7
502/7 503/16 504/23
505/24 506/23 507/4
507/23 508/11 508/22
512/4 514/2 514/11
514/12 514/15 514/18
514/18 514/22 514/22
517/1 517/24 518/14
521/15 523/3 525/18
526/4 530/25 530/25
531/23 532/3 532/23
534/8 535/22 541/11
542/4 543/23 545/24
548/20 549/10 551/7
552/1 552/1 552/17
553/1 553/1 554/20
554/24 555/2 555/3
555/23 556/3 562/4
564/17 565/6 566/7
566/18 569/6 569/21
571/21 572/21 572/22
572/23 575/9 575/18
576/24 577/20 577/20
578/6 579/17 580/1
580/1 581/3 581/11
582/2 584/6 587/3
587/5 587/20 588/3
590/15 590/15 591/23
592/14 593/5 594/7
594/18 594/20 597/12
599/3 599/10 599/10
600/15 601/3 601/3
601/8 601/9 601/22
603/20 604/25 605/17
606/4 606/13 606/21
606/24 607/16 608/1
608/8 611/1 613/25
614/5 614/8 615/15
616/25 617/1 618/3
621/4 622/22 623/15
623/17 623/24 624/10
624/12 625/20 626/2
628/19 631/9 631/9
631/24 633/19 633/23
635/13 635/16 636/11
636/20 638/24 639/24
639/24
aside [3] 534/24 535/12
536/4
ask [23] 513/23 515/6
521/25 522/19 524/2
525/17 528/13 536/18
537/6 543/7 558/4
582/3 589/4 612/5
613/5 613/12 614/10
615/12 619/24 620/13
620/20 625/19 630/23
asked [15] 521/20
524/15 526/16 532/12
533/8 533/14 534/7
534/21 612/20 616/19

617/11 631/13 631/17
632/19 634/8
asking [7] 513/16
515/12 527/15 541/4
596/9 616/5 630/14
asks [2] 613/21 615/1
assault [2] 576/24
576/25
assert [2] 508/7 531/1
asserted [1] 516/2
asserting [1] 549/24
assess [1] 540/10
assessing [1] 562/8
574/2 574/4
assessment [5] 539/10
540/7 568/19 568/20
619/6
assessments [2] 569/23
570/1
assign [1] 508/22
assigned [6] 493/15
494/13 509/1 509/5
509/14 509/15
assist [4] 604/8 604/10
604/23 612/23
assistance [2] 532/15
612/18
Assistant [21] 499/21
500/19 500/23 500/24
501/2 502/16 506/25
507/6 520/17 527/3
532/6 532/22 532/23
533/1 533/4 533/6
538/10 542/19 542/23
543/5 555/18
Associate [1] 555/18
associated [1] 584/24
Association [1] 568/6
associations [1] 629/8
associative [1] 543/16
assuming [5] 505/3
551/22 598/12 636/10
637/10
assurance [25] 492/14
502/9 505/15 505/17
505/24 505/25 507/3
507/13 507/15 508/7
516/20 520/18 527/4
530/17 531/20 532/6
533/18 537/17 539/5
539/6 543/18 543/25
544/9 549/4 549/8
assurances [2] 502/6
543/20
assured [3] 530/3
530/11 539/7
attached [1] 517/1
attempts [2] 576/20
604/22
attend [7] 533/15
533/20 577/16 598/15
600/13 604/7 629/1
attendance [1] 577/18
attended [4] 541/6
543/20 610/16 628/17
attending [1] 543/24
attention [3] 492/17
570/14 586/11
attitudes [3] 556/2
557/18 557/19
Attorney [1] 489/10
attorneys [1] 555/2

**A**

attracted [2] 598/14 598/16
attractiveness [1] 606/15
attuned [1] 564/21
audio [3] 544/25 545/14 641/10
audio-visual [1] 641/10
audit [5] 570/22 570/22 570/24 570/24 571/5
August [2] 522/13 522/24
Austin [1] 555/9
Authentic [1] 624/1 629/20
available [2] 525/13 636/25
Ave [1] 488/9
Avenue [1] 489/23
average [23] 510/2 510/6 510/15 514/25 546/11 546/15 546/21 546/23 547/4 547/5 547/9 558/19 577/5 585/14 585/20 589/3 600/16 601/20 602/11 602/18 610/10 615/24 617/3
averages [1] 602/22
avoid [1] 578/8
Aw [1] 566/3
aware [20] 492/18 492/21 530/4 531/9 531/16 531/17 532/5 535/17 535/23 535/24 571/24 572/3 576/11 578/23 598/10 598/10 600/16 600/18 600/18 631/23
away [6] 517/13 559/23 571/13 595/15 597/8 597/15
awkward [2] 608/6 608/7
awry [1] 558/22
AZ [1] 489/6

**B**

back [23] 509/22 511/17 511/18 515/24 518/23 518/24 521/2 530/1 542/11 548/5 552/7 555/24 558/4 569/22 569/25 584/21 617/10 621/19 622/9 623/22 625/13 629/16 637/8
background [5] 553/18 564/11 602/9 602/24 641/14
baker [1] 634/17
balance [1] 575/14
bans [4] 565/20 565/21 630/17 630/18
BAPTIST [2] 487/12 489/3
base [2] 624/7 624/11
based [38] 502/2 502/9 502/13 509/2 520/5 520/7 520/20 527/4

530/15 536/10 539/23 534/25 556/14 556/16 563/6 564/11 564/23 565/4 581/23 581/24 582/7 582/21 588/6 589/13 589/15 590/11 592/1 593/22 594/20 595/7 595/9 597/12 599/13 600/20 611/7 624/3 629/22 633/7
bases [1] 529/21
basic [3] 505/4 582/14 590/10
basically [7] 543/19 557/5 558/14 558/19 608/7 624/14 624/14
basis [13] 506/4 507/15 516/4 516/12 516/15 516/20 523/6 523/13 531/25 547/20 550/17 630/5 630/18
Bates [1] 538/16
BAXTER [2] 488/9 491/6
be [152] 491/12 495/8 498/21 500/24 501/12 501/14 501/20 502/10 504/11 504/22 505/19 505/22 506/3 506/8 507/7 507/7 507/9 507/14 507/21 508/9 508/10 510/17 512/8 512/13 512/24 513/1 513/4 513/5 513/9 514/3 516/23 518/23 519/9 519/24 525/14 525/23 526/8 533/16 533/21 534/22 534/25 535/5 536/2 536/8 540/13 540/14 540/19 540/23 541/4 541/9 541/10 542/20 542/25 543/3 543/8 544/3 545/7 545/10 545/18 546/21 547/3 549/18 551/6 551/16 552/15 554/16 559/18 564/3 564/5 564/21 566/1 566/2 570/24 571/2 574/4 574/25 575/9 575/11 575/19 575/22 578/18 578/18 579/9 580/15 581/12 583/17 584/13 584/16 585/11 586/15 588/17 591/22 595/10 596/3 596/15 596/24 597/3 597/5 597/17 597/19 599/14 601/6 601/23 604/14 604/15 605/11 605/16 605/17 605/19 606/6 606/11 606/18 606/25 607/17 607/22 608/9 608/20 608/22 609/5 609/15 610/2 610/5 611/9 612/18 614/4 616/1 616/24 617/1 618/11 618/16 618/17 618/19 618/22 619/20 622/23 628/17 629/1 629/11 631/17 632/3 633/21 634/23 635/2

635/18 636/24 637/4 637/13 638/2 638/15 638/17 638/17 639/16
bearing [3] 543/4 573/21 592/22
Beaverton [1] 489/11
because [35] 497/18 500/1 504/9 506/5 506/18 509/14 510/24 513/2 515/7 517/12 520/8 521/3 521/6 525/2 533/17 541/1 542/8 544/17 552/1 559/13 569/16 570/17 570/25 585/25 595/10 596/6 597/9 602/22 607/5 609/5 609/20 621/24 629/2 633/25 637/11
become [6] 577/4 598/10 606/5 606/9 607/22 608/9
been [79] 492/5 493/4 496/19 496/25 497/10 497/12 497/18 497/24 498/1 498/20 499/1 499/13 500/7 500/11 500/11 502/8 507/22 509/1 509/5 509/14 509/24 511/15 512/11 512/21 512/22 514/13 514/22 515/1 515/18 531/13 531/23 533/1 535/19 537/17 538/18 538/21 539/5 539/6 542/22 550/7 550/11 551/24 553/1 553/25 555/10 557/14 567/3 567/5 567/6 568/2 568/14 569/19 570/4 570/15 570/23 571/3 572/23 574/11 579/17 581/18 582/2 585/20 585/24 586/6 586/17 587/1 590/14 590/25 592/5 592/5 592/13 593/24 614/11 620/11 623/22 627/22 631/23
before [19] 487/22 504/4 514/20 517/8 522/21 541/13 543/10 548/1 549/24 553/24 570/11 585/15 590/6 592/14 598/24 603/6 620/25 637/14 641/13
beggar [2] 623/18 623/19
beginning [3] 491/4 500/12 598/17
begins [1] 501/13
behalf [9] 491/13 492/19 493/7 522/8 529/7 565/19 568/12 597/17 620/22
behavior [19] 555/25 556/2 556/9 560/20 562/1 564/6 565/7 571/5 572/16 572/17 593/9 594/25 606/1 607/20 624/22 624/24 625/16 628/6 635/9

behavioral [3] 589/24 629/2
behaviors [1] 579/25
being [26] 503/12 509/13 511/17 511/18 541/23 552/7 554/24 555/2 569/25 574/5 576/25 604/2 612/4 612/22 613/24 615/2 616/25 617/1 617/18 617/21 619/14 623/15 623/17 626/4 628/3 628/11
belief [2] 624/8 630/19
beliefs [6] 526/19 541/20 593/1 601/7 603/21 630/6
believe [41] 499/10 505/13 507/18 514/10 516/16 521/24 524/20 525/23 532/24 534/9 535/4 536/19 537/21 545/24 547/25 550/1 553/6 554/6 554/13 557/2 559/11 568/10 568/17 568/24 568/24 574/24 587/13 590/5 590/14 591/2 595/8 602/7 604/22 612/6 620/1 622/2 627/13 628/22 628/24 631/21 636/14
belong [9] 613/25 614/6 614/16 614/18 614/20 615/2 615/20 616/21 617/2
belonging [1] 614/10
belongingness [1] 617/5
below [1] 641/7
besides [1] 578/13
best [5] 500/5 513/6 560/19 612/23 641/8
bet [1] 591/24
Beth [2] 492/24 498/10
better [11] 512/5 556/19 556/20 579/9 579/12 584/17 586/8 602/18 606/10 610/9 610/9
between [12] 517/5 518/11 524/4 561/16 561/20 575/13 579/2 585/3 601/25 603/3 612/24 617/1
beyond [8] 510/14 510/15 510/16 577/22 578/1 630/8 631/8 632/3
bias [1] 631/16 632/3
Bible [3] 593/2 593/3 595/9
Bible-based [1] 595/9
biblical [1] 564/15
big [1] 564/18
binder [1] 492/23
bisexual [1] 602/1
bisexuality [2] 602/2 606/14
bit [18] 497/3 499/11 503/14 504/12 509/22 539/13 547/9 556/5 595/13 601/18 606/2 613/20 613/20 614/9

615/18 615/19 615/25 623/14
blanket [1] 540/17
blow [1] 615/18
blue [1] 544/19
blurry [1] 613/20
Bob [3] 534/16 534/19 536/1
bodies [2] 622/16 623/5
body [7] 564/8 592/20 595/16 611/5 629/8 630/5 635/9
boils [1] 567/9
book [5] 556/1 556/4 556/6 601/12 607/6
books [5] 556/4 556/16 556/25 561/19 561/21
both [9] 547/24 556/22 569/23 570/14 589/23 600/23 606/22 618/21 635/4
bottom [3] 524/14 529/1 538/15
boundary [1] 596/9
Box [2] 488/14 488/17
Branch [1] 488/16
bread [1] 623/19
break [9] 509/10 509/10 518/16 518/20 523/21 557/7 609/1 609/3 626/17
breath [1] 615/12
brief [12] 513/3 619/15 620/1 620/5 620/8 620/21 620/23 621/5 621/12 634/8 637/15 637/15
briefing [9] 517/2 636/18 636/23 637/17 638/2 638/12 638/12 639/12 639/19
briefly [8] 500/1 528/15 543/12 560/23 562/24 576/15 591/14 593/25
briefs [4] 636/19 637/25 638/17 639/15
Brigham [3] 497/15 498/5 529/18
broader [3] 594/22 602/10 602/11
broke [1] 631/2
broken [6] 622/15 622/17 623/5 623/15 623/15 624/10
brokenness [9] 622/15 622/17 623/2 623/5 623/11 623/21 623/24 624/13 629/19
build [1] 597/22
built [1] 604/18
bunch [1] 633/19
BYU [12] 509/24 518/12 528/14 528/20 529/2 529/7 529/8 529/18 529/20 529/25 530/5 530/16
BYU-Idaho [9] 518/12 528/14 529/7 529/8 529/18 529/20 529/25 530/5 530/16
BYU-Idaho's [1] 528/20

C

Cakeshop [1] 619/16
calendar [2] 521/20
 636/16
call [10] 492/24 512/9
 552/17 556/8 563/21
 564/7 582/8 587/3
 592/10 601/14
called [11] 552/15
 553/1 558/18 568/11
 591/23 593/21 597/21
 603/12 607/8 621/4
 622/2
calls [4] 626/8 628/20
 630/8 630/21
Calvin [1] 553/24 594/1
came [1] 570/3
campus [19] 541/21
 598/11 607/5 608/3
 608/3 610/9 610/9
 613/25 614/6 614/9
 614/10 614/12 614/16
 615/1 616/7 616/19
 617/2 617/11 628/18
campuses [2] 610/10
 618/21
can [93] 495/11 498/10
 498/24 500/7 503/20
 503/22 507/2 507/25
 508/2 509/18 510/11
 512/17 513/6 514/8
 514/9 517/22 517/25
 520/12 520/13 522/1
 525/23 528/23 531/15
 532/3 532/3 533/7
 534/7 540/14 541/25
 541/25 542/4 543/12
 545/11 545/25 546/4
 546/5 548/10 548/11
 560/23 562/24 566/17
 569/13 574/4 575/14
 576/15 577/20 584/16
 586/3 588/17 590/1
 590/20 592/17 592/24
 595/14 595/14 595/20
 596/25 597/12 597/18
 598/17 601/10 601/23
 605/19 606/5 607/13
 608/5 608/8 610/2
 610/5 610/24 610/25
 618/19 619/19 620/6
 620/12 621/4 621/15
 621/23 622/1 622/6
 622/12 622/17 624/15
 626/3 626/12 627/11
 628/7 629/6 631/9
 637/9 637/12 637/15
 639/2
can't [7] 513/1 541/11
 542/3 543/2 623/21
 632/2 632/3
cannot [3] 525/1 530/10
 545/7
cans [1] 622/3
capable [1] 609/7
car [1] 560/2
care [1] 605/22
career [1] 558/1
careful [3] 540/19
 541/12 541/14
carefully [4] 538/23

540/8 540/9 575/10
cares [1] 610/4
Carolina [1] 553/23
case [75] 487/5 491/2
 492/18 493/16 495/10
 495/11 497/21 501/16
 503/3 503/22 504/1
 504/3 504/11 505/12
 506/8 506/18 507/4
 508/15 508/22 508/25
 509/1 509/5 509/14
 509/15 517/1 521/14
 522/15 540/13 540/23
 542/3 546/25 550/12
 553/21 554/4 554/8
 562/15 563/15 564/24
 565/5 565/22 565/23
 565/23 565/24 566/4
 566/4 566/7 566/21
 567/15 569/5 573/10
 573/12 573/18 573/21
 573/22 574/14 574/24
 577/22 578/1 594/14
 595/24 604/18 605/11
 606/25 619/16 621/2
 621/25 633/22 634/9
 634/12 635/4 635/5
 636/11 639/8 639/16
 639/23
cases [10] 504/6
 504/14 511/21 525/10
 531/17 543/15 547/8
 622/5 635/4 635/6
cash [1] 610/22
cash-strapped [1]
 610/22
category [2] 603/11
 617/16
Catherine [1] 533/2
Catholic [2] 589/22
 623/8
Cathy [1] 639/21
cause [4] 611/17
 611/18 611/20 641/20
caution [2] 536/8
 540/19
caveat [1] 540/8
CCCU [56] 491/10
 519/4 544/23 552/16
 553/20 563/20 563/21
 563/24 564/13 579/2
 579/17 580/2 580/5
 580/8 582/2 582/19
 582/21 583/13 584/5
 584/12 584/14 584/17
 585/12 586/8 586/13
 586/18 589/17 589/22
 590/22 591/21 591/24
 593/3 593/21 593/24
 594/21 596/12 597/22
 599/5 600/9 600/13
 604/3 604/8 604/22
 605/7 605/15 605/18
 606/8 607/3 609/23
 610/11 618/21 628/12
 628/14 629/6 633/18
 636/2
CCCU's [1] 583/15
CCCU-based [1]
 582/21
CCCU-type [23] 563/20
 563/21 563/24 564/13

580/5 582/19 584/17
589/17 589/22 591/24
593/21 594/21 597/22
599/5 600/9 600/13
604/3 604/8 605/7
605/15 609/23 610/11
633/18
CCCU-types [1] 579/2
CDC [1] 563/9
celibate [4] 601/5
 601/15 604/15 605/13
cell [1] 641/11
Center [1] 631/25
centers [1] 628/19
central [4] 543/17
 568/25 569/2 606/13
certain [8] 495/10
 498/25 501/23 506/16
 540/14 550/14 625/15
 627/8
certainly [9] 504/6
 504/12 505/22 516/19
 527/2 573/3 575/6
 586/19 632/3
certainty [1] 530/10
certification [1] 641/16
certified [1] 641/22
certify [1] 641/7
cetera [16] 557/7
 572/17 577/6 578/6
 580/1 585/7 585/22
 592/23 595/17 599/24
 603/7 605/20 610/20
 623/5 623/6 623/23
CFR [3] 524/16 527/25
 528/4
chafe [1] 581/20 633/4
chafed [1] 592/13
Chair [2] 568/9 568/13
challenge [4] 569/16
 605/17 606/12 606/12
challenged [1] 559/5
challenges [3] 584/7
 610/8 610/25
challenging [5] 597/5
 599/7 601/23 604/13
 610/2
chance [5] 519/14
 537/2 537/11 599/2
 622/10
change [21] 525/21
 525/21 526/4 572/21
 572/21 594/24 596/1
 596/2 597/1 608/14
 627/9 627/10 627/15
 627/20 627/25 628/2
 628/5 628/9 628/11
 628/12 628/18
changed [1] 525/24
changes [6] 499/11
 499/14 499/16 499/23
 500/1 595/3
chaos [1] 596/13
Chapel [1] 553/23
character [3] 595/8
 595/10 611/3
characteristic [1] 591/23
characterization [1]
 525/9
characterize [2] 562/24
 571/9
characterizes [1]

580/5 582/19 584/17
601/21
characterizing [1] 563/25
charge [1] 544/9
chart [10] 493/3 496/20
 509/3 509/22 549/6
 549/7 613/7 615/17
 617/13 617/16
checked [1] 545/15
checking [1] 545/15
chemistry [4] 539/18
 539/20 540/1 540/17
child [1] 592/21
child's [1] 569/20
children [5] 557/13
 568/23 569/21 570/7
 601/24
children's [2] 557/12
 558/8
choice [2] 604/4 618/10
choose [2] 600/9
 600/13
CHRISTIAN [49]
 487/11 489/8 553/19
 564/7 564/15 564/21
 572/12 578/4 591/15
 592/4 592/19 594/18
 597/23 598/5 598/8
 600/20 600/20 600/24
 601/6 603/20 603/21
 604/24 605/1 605/9
 606/16 609/14 609/17
 609/23 611/3 611/4
 622/19 622/22 622/25
 623/9 623/11 623/16
 624/6 624/21 629/8
 630/2 630/16 632/25
 633/1 633/3 633/9
 634/1 634/19 634/25
 635/8
Christian-based [1]
 600/20
Christianity [2] 564/18
 592/4
Christians [5] 582/20
 606/16 624/2 624/16
 629/21
Church [2] 622/23
 622/25
circles [1] 567/4
Circuit [2] 571/24 573/8
Circuit's [1] 574/14
circulated [1] 516/23
circumstance [1] 501/2
circumstances [4] 505/8
 535/12 550/14 605/10
cisgender [1] 616/20
 616/22 617/19
cisnormative [1] 592/10
cite [1] 622/22
cited [2] 568/14 578/19
cites [1] 563/11
citing [1] 636/23
civil [29] 488/13 488/16
 491/1 516/3 516/13
 517/6 518/13 522/7
 524/5 526/24 527/3
 528/20 529/7 529/9
 529/19 529/23 530/1
 530/18 531/4 531/5
 531/10 531/12 531/23
 538/11 541/16 542/16
 544/3 568/15 619/16

claim [9] 521/13 524/15
 524/24 525/5 536/3
 546/21 547/3 623/12
 623/13
claimed [3] 525/23
 531/21 571/2
claims [2] 524/22
 531/11 546/22 547/4
 628/9
clarification [2] 512/9
 622/8
clarify [7] 512/5 516/10
 521/3 532/23 539/9
 571/16 639/11
class [2] 596/24 626/2
classes [2] 561/4
 618/15
clear [5] 500/24 502/10
 562/19 579/2 628/15
climate [2] 615/1
 616/19
climb [1] 607/10
clinical [9] 572/5 572/20
 573/24 574/5 587/24
 588/5 588/22 588/25
 602/16
close [3] 550/12 616/10
 629/7
closed [6] 497/18
 505/19 507/14 523/8
 523/12 541/16
closely [1] 602/21
closing [1] 531/6
club [1] 618/14
clubs [2] 618/8 618/15
coach [2] 606/3 606/4
coalesced [1] 616/14
coauthor [1] 558/15
coauthored [1] 576/19
code [7] 527/12 527/16
 534/17 572/13 581/2
 581/18 581/20
codes [3] 625/6 626/23
 629/2
cognitive [1] 628/6
cohort [3] 576/17
 576/22 577/15
cohorts [1] 577/13
Coie [1] 488/7
Coley [3] 562/10 599/8
 599/12
colleague [3] 544/24
 545/4 559/7
colleagues [1] 557/16
collected [1] 556/15
collection [3] 578/19
 585/4 587/3 590/8
college [35] 487/12
 489/3 530/3 553/19
 553/20 553/24 572/13
 577/18 578/12 578/13
 579/6 580/25 582/22
 583/2 583/6 587/5
 587/6 588/17 594/1
 594/7 599/23 600/21
 605/14 605/25 607/14
 612/8 612/19 613/8
 613/20 613/22 617/19
 618/20 629/3 630/2
 632/20
college-age [1] 578/12
colleges [37] 487/11

C

colleges... [36] 489/8
563/21 563/25 577/16
578/4 578/8 578/25
578/25 579/2 579/11
580/3 584/1 584/17
586/9 589/23 591/15
591/16 593/7 595/9
599/5 600/9 606/16
609/14 609/21 609/23
610/12 610/18 611/16
622/20 623/9 624/7
624/21 628/16 628/25
630/16 633/4
Colorado [3] 619/16
621/1 621/25
Columbia [2] 524/10
559/11
column [34] 493/14
493/15 493/17 493/20
493/21 493/23 494/1
494/2 494/4 494/6
494/7 494/9 494/11
494/12 494/14 494/16
494/17 494/20 494/23
494/24 494/24 494/25
495/13 495/18 495/20
495/21 495/22 495/25
496/4 496/11 496/16
496/17 497/4 543/17
columns [1] 618/7
combinations [2] 596/8
606/19
combine [1] 556/17
come [9] 499/20 501/17
504/4 555/24 561/11
586/2 595/20 612/17
612/18
comes [4] 501/15 505/7
537/17 639/20
comfort [1] 590/1
comfortable [2] 634/6
634/6
coming [3] 589/16
596/8 599/2
Commission [1] 619/16
commitments [2]
592/19 592/20
committed [1] 598/7
committee [1] 568/10
common [2] 558/15
606/20
communication [5]
495/22 527/2 527/5
529/18 529/20
communications [3]
496/3 496/21 496/25
communities [2] 597/23
623/16
community [23] 576/16
577/10 577/16 590/2
594/22 595/2 598/2
598/6 598/6 598/7
601/1 603/20 604/11
604/15 604/23 605/3
605/8 606/16 606/21
610/4 625/1 626/13
633/9
comparable [7] 587/22
588/8 588/24 589/16
590/2 602/13 604/17

compare [4] 587/18
602/8 613/6 617/6
compared [17] 570/7
570/9 577/12 580/3
582/17 583/21 583/22
584/1 584/16 586/9
588/14 589/22 601/19
602/11 615/25 616/24
618/3
comparing [5] 582/8
586/21 590/11 602/21
628/4
comparison [9] 505/18
579/4 583/25 585/3
589/10 603/10 614/21
614/22 616/20
comparisons [2] 612/24
617/7
compiled [2] 493/9
493/10
complain [1] 628/9
complainant [11]
494/18 494/25 495/14
495/23 496/21 498/24
507/7 507/22 508/6
522/8 539/15
complainant's [1]
539/25
complainants [6] 493/6
511/20 511/20 512/3
514/14 543/14
complainants' [1] 493/7
complaint [87] 493/22
494/2 494/8 497/9
497/12 497/13 497/14
497/15 497/17 497/18
497/24 497/25 498/4
498/5 498/15 498/19
498/22 499/1 499/8
502/21 502/24 503/15
503/16 504/16 504/19
504/22 505/5 505/18
506/2 506/6 506/17
507/14 508/9 508/10
508/22 508/23 509/24
512/6 514/21 515/24
516/1 516/4 516/11
516/17 516/21 519/24
520/4 520/6 520/13
521/7 521/8 522/15
523/7 523/12 524/10
528/21 529/2 529/6
529/9 529/22 530/6
530/11 531/14 531/18
531/24 532/7 532/8
535/14 536/9 536/14
537/16 538/20 538/25
539/7 540/11 540/21
541/4 546/12 550/7
550/11 550/11 550/14
550/17 551/1 551/2
551/8 630/3
complaints [75] 492/11
492/19 493/3 493/4
493/5 494/13 494/13
495/8 497/6 497/8
497/15 497/23 498/7
498/8 499/13 499/17
499/25 500/15 500/18
500/18 500/21 501/5
501/8 501/12 501/19
502/2 502/6 502/20

508/14 509/1 509/4
509/7 509/12 509/17
509/5 509/13 509/19
509/23 510/10 510/12
510/13 510/19 510/20
510/25 511/12 511/13
511/15 512/5 512/12
512/22 512/24 513/4
513/9 514/4 514/11
514/16 514/18 514/23
515/2 515/8 515/13
515/17 516/14 516/20
521/25 524/25 525/25
531/3 531/7 535/18
538/13 541/12 541/17
542/21 542/25 546/15
546/22 546/25
complete [4] 510/3
514/25 536/12 636/15
completed [3] 515/2
515/18 524/1
completely [1] 540/10
completion [4] 510/6
512/14 512/24 513/2
complex [1] 602/3
compliance [2] 506/16
520/23
comply [1] 525/7
component [1] 556/17
comport [1] 548/15
compound [3] 509/8
535/8
computer [2] 545/11
629/13
computer's [1] 629/14
concern [1] 633/15
concluded [1] 571/6
conclusion [6] 569/14
570/3 590/10 626/8
630/21 634/21
conclusions [10] 567/8
567/13 568/22 569/1
569/2 570/20 571/17
586/21 589/10 589/19
conditions [1] 495/10
conduct [12] 521/16
534/17 572/13 573/1
581/3 581/18 624/8
625/6 626/12 626/23
627/5 629/2
conducted [6] 563/6
563/8 576/12 584/22
586/5 586/6
conducts [1] 581/20
conference [5] 641/5
641/9 641/9 641/16
641/18
confidence [1] 614/19
confident [1] 622/5
confirmed [1] 533/1
conflict [3] 506/16
520/23 611/19
conformed [1] 641/21
confusing [2] 509/8
530/7
connected [3] 545/10
558/17 559/21
connection [4] 548/4
551/25 577/9 641/10
connections [1] 491/16
consent [2] 498/24
505/2
conservative [2] 564/5

564/20
consider [10] 502/19
504/5 514/20 534/25
548/19 561/12 574/8
597/23 603/20 611/9
consideration [4]
499/14 514/19 567/19
572/25
considerations [1]
498/16
considered [2] 534/22
583/8
considering [4] 499/7
499/23 499/25 571/25
consistency [1] 630/14
consistent [9] 520/22
546/21 547/3 547/8
548/14 549/18 586/22
589/10 592/24
consistently [2] 601/6
622/5
constantly [2] 610/22
610/22
constitutes [1] 514/22
consulting [1] 568/10
contact [1] 639/21
contemporary [1]
574/11
contestation [1] 595/11
contested [1] 592/14
context [4] 522/19
530/5 581/10 622/18
continue [8] 491/24
502/19 513/8 514/4
519/10 527/16 568/21
625/15
Continued [3] 492/7
573/6 612/2
continues [1] 606/24
Continuing [1] 489/2
contradict [1] 618/6
contradicts [1] 619/5
contrast [2] 615/9 619/3
contribute [1] 602/2
control [1] 571/23
controlled [1] 549/17
controlling [1] 520/23
convey [1] 624/23
coordinate [1] 638/12
copies [3] 517/23
518/22 518/25
copious [1] 639/16
copy [7] 517/11 517/12
517/15 518/3 521/21
554/10 620/8
CORBAN [1] 487/12
core [3] 562/4 563/18
563/20
coronavirus [1] 641/12
correct [93] 492/20
495/14 496/13 496/14
496/20 496/22 496/23
501/6 501/7 504/10
505/10 505/11 505/20
506/11 507/10 507/11
507/16 507/17 508/10
508/11 509/6 509/15
509/16 509/19 509/20
510/17 511/13 511/16
515/16 519/21 519/25
520/1 523/9 524/6
524/7 525/8 526/1

526/2 526/11 527/7
526/0 530/1 530/2
530/20 531/8 533/2
533/3 538/6 538/7
542/9 542/16 543/1
543/2 543/22 544/4
546/12 546/13 546/17
551/4 553/7 560/9
562/11 563/12 563/13
565/25 566/7 566/8
566/15 566/16 567/2
567/6 568/1 571/18
573/14 573/25 574/1
577/19 583/23 584/19
589/8 591/25 593/18
593/19 594/2 594/4
594/5 612/9 612/10
616/23 618/3 619/5
639/13 641/8
corrected [1] 496/19
correctly [2] 548/16
548/17
correlation [1] 617/1
correspondence [14]
515/22 517/5 518/11
519/14 519/20 520/2
520/16 522/13 522/24
523/14 524/4 528/14
529/15 529/16
corresponding [1]
543/14
costly [1] 600/25
Couch [1] 488/7
could [70] 491/4 491/19
492/22 492/24 493/2
493/20 494/1 494/6
494/11 494/16 494/23
494/24 495/4 495/20
495/20 497/11 497/12
498/12 507/13 507/14
507/20 507/21 507/22
507/24 508/7 513/8
518/3 522/19 523/15
526/25 527/11 529/15
533/15 533/18 533/20
537/9 538/8 546/24
550/18 550/20 551/1
551/23 553/17 554/6
558/23 559/21 560/6
566/23 568/25 569/9
577/24 596/16 597/9
603/22 604/5 604/17
605/17 611/1 613/10
612/13 613/13 614/11
615/18 620/8 620/13
621/8 622/9 627/3
632/20 634/23
couldn't [2] 631/10
631/12
COUNCIL [8] 487/11
489/8 572/12 613/6
617/10 624/6 630/2
630/16
Council's [1] 622/20
counsel [6] 516/24
544/20 544/23 608/16
613/1 624/20
Counsel's [3] 521/24
522/16 555/2
counseling [2] 604/12
628/18
counterparts [1] 584/18

# C

country [2] 562/3
599/14
couple [4] 503/11
608/24 629/17 632/14
course [9] 498/20
531/21 546/3 546/25
550/21 558/1 561/9
564/18 612/22
courses [6] 539/18
539/19 539/23 540/1
540/17 561/8
coursework [2] 540/14
540/15
court [51] 487/1 487/23
489/22 493/8 495/4
495/21 496/8 498/1
498/2 498/3 498/12
516/24 526/25 534/18
538/8 553/4 565/6
565/15 565/19 565/24
566/18 566/25 567/17
567/18 567/22 567/23
569/13 571/13 571/17
571/19 571/25 572/1
572/24 574/25 575/20
575/22 594/14 608/25
619/17 620/25 621/5
626/4 634/11 636/24
637/1 637/3 637/8
637/9 637/10 641/19
641/25
Court's [5] 508/24
536/21 576/1 625/14
634/19
Courthouse [1] 489/22
courtroom [1] 639/21
coverage [1] 556/24
covered [5] 505/3 506/1
516/20 637/3 637/11
covers [7] 504/19 506/1
506/6 532/7 539/7
540/10 540/20
COVID [19] 563/6
563/8 582/11 584/22
585/1 585/5 585/7
585/8 585/20 585/25
586/5 586/10 586/16
586/20 587/2 590/6
610/8 610/17 616/3
Cowboys [1] 606/3
CPM [2] 508/17 508/20
create [1] 595/11
596/11 596/13 598/2
598/5 622/6
created [1] 549/7
creates [1] 628/13
creation [1] 543/23
creator [1] 625/2
criminal [3] 625/3 625/4
625/21
criminalize [3] 625/16
626/1 626/11
crises [1] 596/11
crisis [9] 585/18 611/9
611/14 611/17 611/18
611/21 612/7 612/11
612/14
criticism [1] 571/1
criticizable [1] 574/12
criticized [4] 567/3

567/5 568/2 569/13
criticizing [1] 574/17
cross [18] 503/8 516/23
519/10 536/16 545/2
545/3 545/5 546/7
547/25 549/2 565/9
565/13 609/6 611/25
612/2 620/1 632/7
632/9
cross-examination [7]
503/8 516/23 546/7
547/25 549/2 565/13
612/2
cross-examine [1]
620/1
crossed [2] 491/16
578/18
cultural [2] 622/23
623/4
cultural-wide [1] 623/4
current [17] 493/7
525/10 526/11 530/15
535/20 535/23 535/25
536/2 539/2 539/3
539/4 539/11 540/4
540/6 554/10 569/24
588/10
currently [8] 494/8
497/18 523/18 533/17
535/22 543/25 549/4
627/25
curve [1] 607/12
cut [2] 548/4 549/12
cv [5] 487/5 554/11
554/14 560/17 641/4

# D

D.C [5] 488/14 488/17
489/13 489/16 489/18
d/b/a [1] 487/12
Dallas [2] 496/18 606/3
Daniel [1] 553/10
data [16] 558/16 563/9
572/15 578/19 578/19
578/23 578/23 585/4
587/3 590/8 614/3
614/7 618/5 618/25
619/5 625/24
date [16] 493/18 493/24
494/2 494/4 494/9
494/14 494/21 495/18
495/25 496/2 500/13
502/7 510/11 557/6
619/2 641/25
dated [2] 520/17 523/16
dates [4] 510/11 585/9
586/11 636/15
dating [7] 534/20
617/14 618/9 618/19
618/24 630/5 630/18
DAVIS [2] 488/13 491/8
day [7] 495/1 495/4
495/6 540/24 552/8
606/11 606/17
days [23] 495/8 510/4
510/5 510/8 510/14
510/15 510/16 512/12
512/23 515/1 515/1
515/9 515/12 515/19
521/20 546/12 546/13
546/16 546/16 547/4
569/17 588/3 612/21

deal [5] 536/8 572/19
598/12 629/17 628/6
dealing [3] 521/3 623/1
628/6
Death [2] 558/17
559/21
debate [1] 611/19
DeBoer [6] 566/1 566/2
567/15 571/17 573/9
574/14
debunked [2] 570/16
570/16
decades [1] 627/22
December [3] 519/19
637/20 637/23
December 6th [2]
519/19 637/23
December 6th for [1]
637/20
decent [2] 491/15 561/3
decide [8] 506/15 599/5
599/17 599/23 599/24
601/5 603/12 604/15
decided [2] 605/13
616/3
decidedly [3] 588/21
604/19 618/16
deciding [1] 502/22
decision [31] 500/14
500/17 500/20 500/25
502/10 502/13 502/15
502/15 506/25 511/12
511/14 518/1 536/12
543/5 550/4 556/2
556/5 556/9 556/9
567/11 568/9 568/11
572/4 573/9 573/11
595/22 597/5 604/7
625/15 634/14 635/6
decision-maker [1]
504/14 500/17 500/20
500/25 506/25 536/12
550/4
decision-making [6]
556/2 556/5 556/9
556/9 567/11 597/5
decisions [3] 515/23
595/13 596/14
decisively [1] 610/17
declaration [1] 517/1
declares [1] 578/16
deeply [1] 605/22
defend [1] 633/18
defendant [2] 532/24
551/18
Defendant's [1] 492/22
Defendants [12] 487/9
487/14 488/12 489/3
489/8 491/9 519/6
576/1 580/12 591/7
613/1 635/21
Defendants-Intervenors
[1] 487/14
defending [2] 489/5
565/19
defined [1] 592/5
definitely [3] 510/23
547/6 607/12
degree [6] 503/2 553/22
561/13 585/21 586/13
633/16
degrees [1] 623/11

deliberate [1] 540/19
demand [1] 640/21
demonstrable [1]
611/20
demonstrate [1] 604/22
demonstrated [1] 577/4
demonstrates [1] 522/6
denomination [1]
592/23
denying [2] 520/7
541/21
department [15] 487/7
488/13 488/16 491/2
521/13 524/15 547/10
555/10 568/3 568/8
568/9 568/12 568/13
632/7 641/2
dependent [4] 596/20
596/20 596/22 610/22
depending [1] 596/19
depends [1] 581/13
deposition [14] 496/6
496/8 496/10 503/12
509/21 510/2 515/21
532/11 532/21 533/6
533/14 534/7 535/5
538/6
depression [11] 584/7
585/6 585/22 588/6
588/10 588/12 589/20
601/7 602/9 602/25
603/2
depressions [1] 587/9
depressive [1] 603/7
deputy [1] 639/21
derail [1] 533/8
describe [9] 495/21
529/15 538/8 543/12
553/17 560/23 566/17
567/22 621/24
described [8] 502/24
503/1 521/15 523/3
607/15 616/16 624/10
628/19
describes [2] 521/14
526/18
describing [1] 525/13
description [4] 493/5
524/19 534/12 535/7
descriptions [1] 513/3
deserve [1] 635/1
designated [1] 631/24
designs [1] 625/2
desire [1] 600/21
desk [2] 504/16 506/17
desperate [1] 610/24
despite [1] 508/3
detected [1] 589/21
deter [1] 604/8
determination [8]
505/18 505/22 506/3
506/7 506/10 506/11
506/13 516/19
determinations [3]
506/21 506/23 506/23
determine [10] 498/17
498/21 498/22 505/23
505/25 506/4 514/20
538/24 539/6 539/18
determined [1] 509/17
determines [4] 498/14
508/8 508/17 508/19

determining [3] 500/5
540/20 548/20
develop [1] 634/1
devout [1] 603/20
dial [1] 545/13
dialing [1] 548/5
did [43] 499/24 510/25
511/20 526/10 526/11
532/16 533/9 548/16
549/8 553/19 554/1
554/4 554/5 554/10
554/12 555/15 558/16
562/6 562/14 562/16
562/17 562/22 562/23
565/18 566/10 573/8
573/16 573/16 573/16
579/10 579/24 582/12
582/16 583/24 601/4
602/8 612/24 613/14
620/20 621/24 623/13
623/23 636/17
didn't [12] 525/3 526/8
549/12 558/5 558/9
566/25 568/8 570/18
571/7 571/7 578/9
599/16
differ [1] 592/22
difference [5] 577/10
579/2 616/11 616/13
617/9
different [35] 504/12
525/19 560/7 564/10
569/15 570/7 570/9
578/18 578/19 584/4
584/4 587/24 588/21
589/12 590/3 590/8
592/23 596/12 600/3
601/13 602/12 602/22
604/19 615/5 616/2
616/5 616/8 617/7
617/8 617/8 629/10
633/3 634/4 634/5
638/9
differential [1] 633/6
difficult [8] 601/2 604/13
605/2 605/4 605/9
605/23 608/2 639/7
difficulties [1] 491/17
587/20 602/16 610/9
641/15 641/17
difficulty [2] 585/15
619/8
dig [1] 579/16
digitally [1] 641/22
diminish [3] 568/15
620/6 621/15
diminished [2] 558/19
559/18
direct [12] 492/7 499/10
503/5 547/24 553/7
553/15 573/6 594/3
617/7 627/11 630/8
631/8
directed [2] 500/2
538/11
direction [1] 590/9
directly [3] 561/21
594/17 618/7
director [6] 493/11
513/19 514/2 542/8
542/15 542/18
disagree [3] 525/9

**D**

disagree... [2] 567/20 568/20
disagreed [1] 616/15
disciplinary [1] 580/25
discipline [6] 528/2 560/20 580/2 581/22 581/24 626/22
disciplined [5] 580/19 581/7 581/17 627/6 632/21
Disconnect [1] 545/12
discrete [1] 534/9
discriminate [2] 547/20 596/5
discriminated [1] 524/12
discriminating [1] 520/6
discrimination [15] 492/11 495/9 515/24 520/5 520/20 521/10 522/8 531/12 531/19 532/13 532/17 533/7 576/21 620/6 621/15
discriminatory [4] 534/8 534/9 534/11 536/1
discuss [2] 521/12 591/14
discussed [5] 549/2 576/12 593/17 593/20 602/5
discussing [1] 591/1
discussion [3] 589/6 629/19 637/6
discussions [2] 561/11 589/9
disfavor [1] 627/22
dislike [1] 633/7
dismiss [7] 497/23 498/15 500/15 500/17 502/1 502/9 502/13
dismissal [2] 498/3 542/23
dismissals [1] 501/3
dismissed [18] 497/10 497/12 497/19 497/20 497/21 497/22 501/16 508/10 509/24 516/3 516/12 516/14 516/19 532/8 550/7 550/11 550/16 551/3
dismisses [1] 550/25
dismissing [3] 531/13 531/24 541/17
disorder [1] 588/5
display [1] 554/6
dispositive [1] 501/1
disputes [2] 567/10 567/10
distance [1] 568/8
distanced [1] 568/4
distinction [1] 575/13
distinctions [3] 575/12 618/10 618/11
distinctively [2] 609/22 624/12
distinctiveness [1] 564/9
distress [5] 576/21 577/12 587/8 588/3 602/9
DISTRICT [8] 487/1

487/2 487/23 489/22 524/9 572/1 573/9 641/19
diverse [3] 633/19 634/3 634/4
diversity [1] 610/12
DIVISION [3] 487/3 488/13 488/16
divorce [2] 602/2 623/2
do [156]
docket [10] 493/15 493/16 493/17 493/23 497/14 517/4 518/10 518/12 519/23 608/18
Doctors [1] 562/10
document [32] 517/4 519/16 520/15 520/25 522/1 522/6 522/19 522/21 523/4 523/17 524/3 526/16 526/20 526/22 527/24 528/12 528/14 536/17 537/4 537/5 538/5 538/8 538/10 540/2 540/5 543/7 543/12 543/13 549/2 563/7 582/4 584/25
documentation [2] 511/21 530/12
documents [12] 507/23 516/23 516/25 517/8 518/9 518/13 521/21 527/19 530/24 532/21 533/5 542/4
does [52] 493/12 493/13 493/17 493/19 493/23 493/25 494/20 494/22 495/15 495/16 495/17 496/2 496/4 506/7 506/14 510/8 518/22 518/25 519/21 519/22 520/10 520/11 533/12 533/13 534/2 534/14 534/15 539/17 540/4 540/16 544/23 545/4 549/23 554/16 573/20 578/11 583/25 584/20 585/2 585/25 590/16 597/7 603/11 603/14 615/21 616/23 622/4 622/4 622/6 636/19 636/24 637/17
doesn't [2] 506/19 532/3
doing [2] 554/7 569/4
domain [5] 562/4 564/22 567/9 569/23 572/10
don't [57] 500/10 500/12 506/10 510/21 513/2 514/10 514/15 515/5 516/18 518/6 526/17 527/8 528/24 537/20 541/10 541/13 542/2 544/1 544/7 545/3 560/16 562/20 562/4 567/21 568/24 573/23 579/3 581/20 590/5 590/22 596/1 597/9 597/18 598/13 599/18 599/21 603/24 606/4 606/11 609/2

611/18 612/12 614/17 619/1 619/21 619/5 616/16 619/7 619/8 624/11 625/9 627/5 632/21 634/15 635/1 635/15 637/11
done [11] 541/9 541/10 541/23 547/22 560/15 561/5 608/25 619/11 623/22 637/12 639/19
door [1] 541/16
double [1] 636/17
double-checking [1] 636/17
doubt [1] 510/7
down [15] 498/10 509/10 509/10 520/14 521/17 524/14 539/13 546/2 567/10 595/20 607/9 607/23 613/24 626/17 635/7
dozen [1] 558/18
Dr [24] 526/13 542/7 557/16 558/16 559/6 559/7 559/7 575/18 576/12 576/17 576/19 577/15 577/22 577/25 578/1 578/11 602/8 606/14 606/17 611/6 617/22 622/3 628/13 628/24
Dr. [51] 509/12 519/12 528/19 529/14 530/24 531/9 542/15 552/17 553/17 554/7 554/14 554/20 555/8 557/10 558/15 559/1 560/14 560/14 562/16 565/6 568/5 568/14 569/4 573/8 574/13 574/22 576/11 577/8 577/14 579/19 582/3 583/20 589/7 589/19 590/18 590/23 590/23 590/25 593/18 595/7 599/3 599/8 599/12 609/12 610/11 624/20 627/18 628/16 629/17 630/1
Dr. Coley [2] 599/8 599/12
Dr. Hatzenbuehler's [1] 559/1
Dr. Mark [3] 552/17 554/20 558/15
Dr. Meyer's [1] 577/8
Dr. Regnerus [28] 553/17 554/7 554/14 555/8 557/10 560/14 560/14 565/6 569/4 573/8 574/13 576/11 577/14 579/19 582/3 583/20 590/23 590/25 593/18 595/7 599/3 609/12 610/11 624/20 627/18 628/16 629/17 630/1
Dr. Regnerus' [3] 568/5 568/14 574/22
Dr. Shirley [1] 562/16
Dr. Wells [1] 542/15
Dr. Wills [6] 509/12

519/12 528/19 529/14 530/24 531/9
Dr. Wolff [4] 589/7 589/19 590/23 622/2
Dr. Wolff's [1] 590/18
draft [1] 547/15
drew [1] 586/21
drinking [1] 623/6
Drive [1] 489/10
drug [1] 623/6
ducks [1] 511/4
due [4] 609/8 638/17 641/10 641/12
duly [1] 553/1
duration [1] 570/5
during [32] 499/10 502/24 503/1 503/11 508/6 509/21 512/3 515/21 532/11 532/21 533/5 533/14 534/7 534/16 563/6 569/16 569/20 584/22 584/22 584/25 585/5 585/7 585/8 585/13 585/20 585/24 586/5 586/20 587/2 607/14 610/17 641/15
Duron [1] 540/23
Duron's [1] 541/4
dynamics [2] 570/3 586/13

**E**

each [12] 494/2 494/7 503/11 510/11 525/3 525/3 541/12 542/21 542/25 543/13 546/18 639/15
earbuds [2] 545/10 545/12
earlier [17] 507/4 507/18 508/13 512/4 514/12 514/12 525/3 527/5 534/19 545/15 573/12 573/24 579/22 585/21 605/7 608/8 620/2
early [3] 500/2 618/23 638/18
easily [1] 639/8
easy [2] 600/25 639/9
economics [3] 556/8 557/3 557/8
ed [4] 600/4 609/19 609/20 612/20
ED2.000078 [1] 538/16
editor [2] 571/1 571/11
edits [1] 496/15
educated [2] 597/13 606/10
education [7] 487/7 491/3 520/8 547/11 553/19 610/12 641/2
educational [21] 493/21 504/24 507/8 507/24 508/7 516/7 524/23 524/25 525/5 526/6 526/9 531/2 531/11 531/19 532/14 533/15 535/20 535/22 549/16 553/17 600/1
effect [4] 584/20 585/2

616/8 616/4
effects [1] 621/10
effort [2] 590/8 598/5
efforts [13] 507/21 568/15 572/21 572/21 585/4 627/9 627/10 627/15 627/20 627/25 628/5 628/12 628/18 eight [2] 522/14 599/1
either [7] 498/15 502/3 551/7 578/7 585/16 595/22 636/4
elect [2] 598/15 609/25
elected [1] 578/8
electroshock [1] 627/20
elicit [1] 607/19
ELIZABETH [2] 487/4 641/2
ELLIOTT [3] 488/13 491/8 518/15
else [9] 544/22 575/3 580/9 585/24 587/1 599/25 638/13 639/10 639/22
elsewhere [2] 586/23 618/21
email [1] 620/14
embattled [1] 622/25
embraced [1] 591/15
embracing [1] 609/14
emergent [1] 583/6
emotional [5] 508/5 563/22 582/14 584/6 602/15
employment [1] 569/24
employs [1] 602/20
enable [1] 499/2
encouragement [1] 604/12
end [8] 500/12 508/7 521/17 522/11 536/16 560/17 571/6 629/16
energy [1] 507/23
enforce [1] 527/16
enforced [3] 625/22 626/1 626/14
enforcement [10] 492/10 493/11 502/18 513/19 514/2 521/5 542/9 542/15 542/18 625/20
engage [1] 624/9
enough [4] 505/7 596/16 616/9 616/9
enroll [6] 599/18 599/22 600/2 600/2 633/3 633/18
enrolled [1] 598/19
enrolling [2] 597/2 600/19
ensure [1] 547/7
entail [1] 556/16
entailed [2] 556/13 556/13
enter [1] 603/12
entire [2] 571/6 598/7
entirely [2] 567/18 582/11
entitled [2] 634/20 641/19
entity [2] 524/17 524/18
entries [1] 495/22

## E

entry [1] 496/18
enunciate [1] 641/14
environment [6] 581/19
596/10 597/6 600/21
609/19 625/6
environments [4]
568/23 579/4 608/2
612/8
episodes [1] 603/7
equal [2] 520/7 533/7
era [13] 563/6 563/8
582/11 585/1 585/5
585/7 585/8 585/25
586/5 586/20 587/2
610/8 610/17
eras [1] 578/4
especially [3] 586/14
605/20 606/23
essential [2] 621/23
629/2
essentially [3] 527/3
559/13 568/22
establish [1] 508/23
estimate [1] 557/24
estimates [1] 599/7
estimation [1] 563/20
et [22] 487/4 487/8
491/2 491/3 557/7
572/17 577/6 578/6
579/25 585/6 585/22
592/23 595/17 599/24
603/7 605/20 610/20
623/5 623/6 623/23
641/2 641/2
ethics [1] 622/20
EUGENE [1] 487/3
489/23
evaluate [7] 492/10
546/11 546/22 547/4
563/16 575/20 584/3
evaluated [3] 567/7
569/15 599/12
evaluating [4] 504/14
541/4 557/16 609/7
evaluation [29] 497/9
498/9 498/13 498/14
499/4 500/16 500/19
501/22 502/5 502/6
502/22 507/19 508/14
509/6 509/25 510/3
510/3 510/6 511/16
512/1 512/3 512/14
512/24 513/2 514/25
515/3 515/14 515/18
603/17
evaluations [2] 546/18
600/15
even [24] 500/25
501/14 508/3 508/6
509/1 514/12 515/18
525/13 551/2 577/9
581/13 581/15 585/8
598/13 599/5 599/21
606/10 610/7 610/17
614/19 625/25 626/4
627/5 632/20
evening [1] 552/7
events [1] 600/5
eventually [1] 558/25
ever [13] 547/11 547/15

547/19 553/25 580/25
588/9 588/11 588/19
588/19 588/20 589/1
598/23 598/24
every [10] 502/21
502/23 503/15 536/12
542/21 542/25 547/1
581/5 609/24 626/4
everybody [6] 517/25
518/22 518/23 518/25
580/4 636/20
everybody's [2] 551/24
638/7
everyday [1] 576/21
everyone [1] 608/16
everyone's [1] 537/13
everything [2] 580/9
639/16
evidence [11] 508/4
508/25 576/4 578/16
599/4 611/7 611/15
611/18 611/20 620/19
628/12
exacerbate [1] 563/22
exact [2] 500/13 564/2
exactly [4] 540/20 555/2
574/7 579/24
examination [13] 492/7
503/8 516/23 546/7
547/24 547/25 549/2
553/15 565/13 573/6
575/9 612/2 632/17
examine [2] 579/5
620/1
example [8] 498/2
539/14 539/14 539/15
540/12 540/18 588/22
594/23
examples [1] 540/22
Except [1] 616/24
exception [4] 497/9
497/12 498/5 501/16
exceptions [1] 525/13
exclude [3] 572/19
572/22 574/22
excluded [1] 540/14
exclusion [1] 627/4
exclusive [1] 579/1
exclusively [3] 543/5
587/6 606/24
excuse [9] 496/12
502/18 513/17 513/20
516/22 552/1 556/11
556/11 631/7
excused [4] 551/16
552/8 635/19 635/24
executive [1] 568/10
exempt [2] 520/19
526/8
exempted [3] 505/17
540/9 540/14
exemption [87] 492/14
500/25 502/2 502/9
502/14 503/25 504/2
504/10 504/18 505/7
505/9 505/15 505/17
505/25 506/6 507/4
507/14 507/16 508/8
511/5 516/3 516/4
516/12 516/15 516/20
523/1 523/7 523/13
524/16 524/22 525/25

526/9 527/4 527/6
527/9 527/16 527/22
528/4 528/5 529/21
529/22 529/25 530/1
530/5 530/11 530/16
530/18 530/19 531/21
531/21 531/25 532/6
532/13 532/16 533/18
534/23 534/24 535/13
536/4 537/18 538/12
538/22 538/23 538/24
538/25 539/5 539/6
539/9 539/10 539/16
539/19 539/21 539/22
539/22 540/7 540/9
540/13 540/17 540/20
543/18 544/1 549/4
549/9 549/15 549/22
549/25 551/6
exemptions [11] 502/7
524/24 525/6 525/6
525/13 525/23 526/14
537/9 538/14 538/18
543/21
exercise [1] 525/15
exert [1] 626/2
exhibit [58] 492/22
493/2 493/3 493/9
493/10 493/12 498/10
503/23 508/16 509/2
509/3 514/13 515/13
516/18 517/23 517/24
519/13 523/15 528/13
535/19 536/19 536/20
536/22 536/25 537/7
537/14 537/19 538/2
538/16 540/5 543/9
543/10 547/23 549/3
549/6 554/6 554/7
554/13 554/16 554/20
569/17 575/18 579/17
580/8 582/3 583/13
590/15 590/21 590/22
612/25 613/1 613/7
613/17 614/25 615/19
616/10 617/10 619/11
exhibits [5] 517/1
517/21 518/14 519/1
583/15
existed [1] 505/24
existing [1] 504/18
exists [2] 544/10 574/18
expect [2] 586/7 632/24
expected [4] 552/14
571/21 586/7 586/8
expeditiously [1] 514/18
expelled [1] 535/22
experience [22] 560/24
560/25 563/23 565/5
570/25 571/14 576/25
577/9 586/1 588/18
589/1 603/4 626/22
experiences [5] 580/1
580/1 580/2 599/22
622/15

experiment [1] 587/3
experimentation [1]
599/24
experimenting [2]
607/15 607/18
expert [37] 552/17
554/4 554/8 554/20
554/24 554/25 555/3
556/19 561/25 562/7
562/9 562/14 562/20
562/25 563/16 563/19
564/23 565/6 566/7
567/17 569/6 572/7
572/9 572/9 572/11
572/14 572/19 574/4
575/1 575/2 575/6
575/9 575/18 590/18
609/13 621/20 622/18
expertise [1] 559/5
575/11 575/23 593/13
experts [5] 562/12
565/1 574/8 600/6
611/8
explain [7] 494/6
494/11 494/16 495/4
497/11 556/12 622/17
explored [1] 556/7
express [1] 574/23
expressed [3] 577/23
578/1 634/22
extended [1] 563/20
extensive [1] 594/9
extent [8] 520/20 539/9
540/7 544/2 556/7
575/21 584/15 608/20
extra [2] 504/9 504/11
extrapolates [1] 635/5

## F

face [2] 618/4 619/7
faced [3] 578/24 580/25
596/3
fact [15] 507/18 509/14
510/16 525/5 527/6
532/16 538/5 547/7
568/13 568/21 571/7
584/20 585/2 608/9
612/8
factors [1] 514/19
facts [1] 498/1
factual [2] 563/18
564/25
factually [1] 567/6
570/17
faculty [1] 547/19
failing [1] 581/17
failure [2] 618/14
641/14
fair [47] 503/18 503/19
504/8 505/7 507/24
511/1 511/2 521/8
522/5 522/10 522/23
526/20 526/21 528/19
529/10 531/4 537/18
546/14 548/19 549/19
549/21 549/23 550/10
561/12 561/24 564/13
571/3 581/23 582/23
582/24 584/15 585/17
590/9 591/22 594/12
597/16 597/21 599/17
605/12 614/6 616/9

616/9 622/24 627/7
629/4 629/5 633/20
fairly [6] 510/22 592/5
607/19 629/11 633/19
634/14
faith [2] 605/9 609/17
fall [2] 538/25 557/6
falsehoods [1] 631/25
Falwell [8] 524/4 524/8
526/13 526/15 526/25
527/1 527/5 527/25
familiar [11] 516/6
516/13 538/2 549/10
566/4 566/6 605/18
605/18 625/14 630/1
631/20
families [2] 568/16
622/15
family [6] 569/15
569/25 570/2 573/14
573/20 601/24
fans [1] 610/15
far [9] 514/22 517/13
569/4 577/20 589/24
597/12 601/9 605/17
631/9
fared [2] 570/6 584/17
faring [2] 579/9 579/11
fast [1] 641/13
father [4] 569/19 570/2
570/8 570/10
favor [5] 536/13 627/25
628/1 634/13 634/17
federal [11] 488/16
498/1 498/2 532/14
550/12 565/24 566/18
566/25 567/16 572/24
597/9
federally [1] 531/2
feeds [1] 594/22
feel [15] 595/3 595/14
596/16 613/23 613/25
614/5 614/10 614/16
614/17 615/2 615/20
616/21 619/8 627/3
632/20
feeling [7] 614/20 617/2
617/13 617/17 617/23
618/2 627/4
feelings [2] 628/7 628/8
feels [1] 622/25
felt [2] 571/11 577/10
female [2] 524/12 608/4
females [1] 592/11
few [8] 517/17 524/2
524/3 526/24 546/9
613/5 620/23 627/14
fewer [1] 589/20
fickle [1] 545/16
field [3] 540/19 572/7
574/8
fielded [13] 569/22
582/9 584/25 585/7
585/9 585/13 585/20
585/21 585/24 587/2
610/8 614/8 616/2
fields [1] 555/1
figure [1] 511/4
figures [1] 602/8
file [9] 505/15 507/4
507/14 508/23 525/18
537/18 539/22 637/15

**F**

file... [1] 637/16
filed [30] 492/19 493/3
493/4 495/8 495/14
497/15 497/15 497/24
498/1 498/19 499/17
510/12 512/22 520/4
520/13 521/7 521/9
522/15 524/10 526/1
529/6 529/22 531/18
532/7 535/19 538/21
542/22 551/1 620/22
621/5
filing [6] 493/6 498/2
510/25 531/3 636/15
636/18
filings [1] 543/15
fill [1] 520/12
final [7] 505/22 506/3
506/10 506/24 506/25
543/5 611/6
financial [1] 532/14
financially [4] 595/25
596/16 597/3 597/16
find [10] 504/17 514/21
538/18 569/7 585/24
604/12 604/17 605/10
605/14 605/19
finding [2] 589/25 618/6
findings [2] 558/24
560/6 577/21 577/25
finds [1] 567/18 567/23
fine [6] 545/23 565/11
636/21 638/19 638/23
638/24
fingers [1] 491/16
finish [1] 609/12
finished [3] 523/25
528/18 537/12
first [27] 493/14 499/5
504/21 514/15 517/4
519/19 521/2 522/5
524/3 524/3 538/20
546/10 548/14 548/15
548/19 550/22 553/1
558/8 560/7 561/23
570/23 578/9 599/19
599/21 617/16 618/11
632/19
fiscal [2] 510/6 546/13
fit [2] 609/15 610/5
fits [1] 634/1
five [1] 614/11
fixed [1] 607/19
Floor [1] 488/7
Florida [1] 571/12
fluent [1] 607/16
fluidity [2] 606/15
606/22
focus [3] 581/21 582/16
609/8
focused [2] 579/6
589/21 592/10
folks' [1] 638/5
follow [10] 540/4 557/15
573/2 575/8 603/21
612/5 621/21 623/25
632/25 633/8
follow-up [5] 557/15
573/2 575/8 612/5
621/21

followed [3] 530/17
553/21 604/5
following [2] 521/19
638/16
follows [3] 492/5 553/2
594/4
football [2] 606/4 606/6
forbid [2] 591/19 626/12
force [2] 595/12 596/23
forced [1] 625/18
Forces [1] 560/20
forcing [1] 596/23
foregoing [1] 641/7
forget [1] 634/13
forgiveness [1] 601/1
forgiving [1] 600/1
form [4] 498/24 505/2
513/24 626/22
formally [1] 524/15
524/24
formation [1] 607/25
610/2
formed [1] 593/5
former [2] 524/4 532/22
forms [5] 596/7 604/24
624/24 627/20 627/24
forth [2] 503/2 529/21
forthcoming [1] 557/18
forward [14] 495/12
498/15 498/23 500/4
500/6 500/8 501/15
501/17 501/24 502/22
505/1 506/8 511/19
521/19
found [6] 503/17 570/22
572/23 576/15 586/23
604/11
foundation [6] 512/15
514/6 529/11 530/21
593/11 595/1
four [4] 528/14 555/19
556/4 610/3
four-page [1] 528/14
four-plus [1] 610/3
fourth [1] 497/4
Fox [4] 515/22 516/2
523/10 541/18
frames [1] 590/3
framework [3] 593/7
593/20 594/4
frankly [1] 565/22
585/11 585/15 595/19
596/2 596/11 607/2
free [4] 511/15 551/6
600/3 622/23
freedom [5] 489/5 624/1
629/20 630/13 630/15
freely [3] 604/12 624/3
629/22
frequent [2] 587/8 588/2
frequently [2] 622/14
626/14
freshman [1] 561/9
Friday [12] 491/18
492/9 492/13 495/3
496/3 502/25 503/1
505/3 516/22 532/25
552/7 637/3
Friday's [9] 493/18
493/24 494/4 494/9
494/14 494/21 495/18
495/25 496/2

friend [1] 571/3
friendship [1] 601/24
front [4] 492/23 493/8
505/19 519/16
full [3] 553/5 555/20
639/15
fully [4] 574/23 617/18
617/21 617/23
function [1] 625/6
fundamental [1] 559/14
Fundamentally [1]
567/9
funded [1] 531/2
funky [1] 614/10
further [21] 496/6 503/5
508/19 508/21 509/19
520/16 530/12 539/13
544/11 551/11 554/24
559/2 575/4 611/23
632/6 635/10 635/17
636/1 636/7 636/9
636/12
future [2] 539/23 596/6

**G**

gain [1] 635/16
gather [1] 511/25
gay [1] 606/11
gender [30] 520/21
520/22 521/10 523/2
528/24 530/19 531/19
541/20 541/21 547/12
547/14 547/16 547/18
547/21 560/21 572/21
591/17 593/9 594/24
596/7 599/6 606/23
609/16 614/4 617/12
617/21 618/1 619/1
622/19 627/9
gender-transitioning [1]
593/9
GENE [4] 489/12
491/10 590/17 619/20
general [24] 504/5
512/13 512/23 529/15
534/25 551/7 560/17
561/13 566/17 568/5
569/13 577/19 580/23
586/9 602/9 607/3
610/6 611/10 611/14
614/12 614/16 621/4
623/14 624/13
generalized [3] 578/17
586/14 588/5
generally [14] 502/17
502/18 504/12 505/20
505/21 512/2 512/22
529/17 536/7 536/9
536/13 564/14 620/23
620/24
generation [4] 576/11
576/18 576/23 587/6
generations [1] 578/16
generous [1] 581/12
gentlemen [1] 544/19
George [4] 515/22
516/2 523/10 541/18
get [19] 511/4 518/2
537/2 563/10 579/3
581/4 598/11 598/24
604/12 606/4 607/1
607/5 618/8 627/6

629/10 632/21 638/9
getting [5] 536/16 571/2
625/10 638/5 638/7
give [13] 512/17 517/17
532/3 532/3 536/11
595/15 598/24 611/2
620/12 628/14 637/16
637/25 638/1
given [14] 504/11
512/21 530/15 547/7
575/11 581/21 585/12
606/11 612/13 617/7
622/24 629/7 631/20
633/2
gives [2] 539/13 539/14
giving [1] 609/7
go [49] 491/24 498/15
500/6 502/22 503/6
517/10 517/21 517/22
518/23 519/15 521/13
522/2 526/18 537/24
538/15 538/15 544/19
545/2 553/9 553/12
555/5 558/4 565/11
575/10 575/16 587/18
588/8 590/19 592/18
597/8 598/12 599/1
599/5 600/9 609/20
609/24 609/25 613/4
613/22 613/24 620/3
621/24 623/21 625/12
627/14 629/14 629/18
632/3 637/2
God [3] 561/2 561/10
623/15
Godliness [1] 624/18
goes [10] 521/12
526/17 528/5 529/24
560/21 567/22 567/23
569/6 575/21 599/16
going [63] 491/16
491/17 498/23 500/4
500/8 501/24 503/13
504/18 504/20 511/5
516/24 516/25 518/9
519/12 521/2 521/16
523/19 525/4 537/6
541/4 541/13 542/7
542/7 542/20 542/25
543/8 544/3 545/1
545/5 545/13 546/1
548/12 552/1 553/6
566/3 566/19 567/16
579/17 579/18 584/3
593/15 598/9 598/20
600/14 600/15 607/25
608/19 608/20 609/1
612/5 613/4 619/24
626/7 627/1 628/15
629/10 630/22 631/16
633/5 634/4 637/2
637/24 638/9
Goldberg [1] 532/24
gone [2] 531/10 561/3
good [9] 503/10 518/18
552/8 588/4 603/24
609/15 609/19 610/3
612/4
got [10] 536/24 559/24
560/3 613/18 614/17
622/11 626/25 626/25

629/16 637/12
governing [1] 526/19
Government [29] 491/9
491/18 492/22 503/23
508/16 509/2 514/13
515/13 519/5 535/18
536/24 537/7 538/2
543/8 543/9 547/23
549/6 551/13 551/18
552/10 552/11 575/25
580/11 591/6 635/21
636/10 636/13 638/20
638/24
Government's [4]
536/18 536/18 536/22
549/3
governmental [1]
634/20
governments [1] 625/22
grabs [1] 595/10
gracious [1] 604/23
graduate [2] 541/1
541/8
Graduated [1] 553/21
graduation [1] 613/24
grant [3] 498/21 527/15
528/5
granted [7] 520/18
523/7 527/9 530/18
538/21 539/1 539/5
granting [5] 495/10
527/8 538/23 539/9
539/20
grants [1] 527/6 597/4
grasp [2] 564/17 634/15
great [3] 536/8 585/15
610/5
greater [6] 576/21
577/11 612/13 612/13
612/15 623/1
grew [3] 524/8 570/3
610/17
GREY [2] 489/9 489/10
Griffith [1] 489/10
grounded [2] 593/2
593/3
grounds [1] 619/23
group [8] 505/23 542/20
542/24 543/3 577/14
619/14 631/24 632/2
groups [1] 618/9
grow [2] 634/5 634/6
growing [5] 569/20
569/22 570/1 610/16
612/21
growing-up [3] 569/20
569/22 570/1
grown [2] 557/13 577/7
guess [5] 532/22 564/7
582/18 597/13 636/6
guest [1] 638/14
guidance [10] 503/24
506/14 506/14 506/18
506/20 506/22 530/17
537/15 540/5 547/18
guide [2] 608/6 637/12
guidelines [1] 504/5
guys [1] 518/15

**H**

had [49] 491/17 495/23
500/3 500/4 502/8

**H**

had... [44]  509/1 511/22
516/17 519/14 523/12
523/17 528/15 529/14
530/16 531/1 531/20
531/21 532/12 533/4
534/19 537/2 537/10
545/14 557/14 559/22
560/24 561/5 568/14
569/19 570/4 570/4
571/3 573/13 573/13
576/19 578/20 580/25
585/20 586/6 586/10
587/1 588/2 588/15
588/15 588/19 601/25
607/7 621/9 622/10
half [1]  608/3
hand [2]  552/23 635/3
handle [3]  503/24 504/2
504/4
handled [1]  637/1
handles [1]  546/18
handwringing [1]
595/18
happen [6]  501/25
507/2 518/16 571/11
593/6 595/8
happening [4]  514/14
514/22 516/6 577/3
happens [1]  595/23
happy [4]  517/10 555/4
570/24 639/7
harassed [1]  571/12
hard [2]  517/13 518/3
harm [5]  559/19 585/6
604/9 623/6 627/4
Harvard [1]  559/11
has [62]  495/1 495/23
496/19 497/10 497/12
497/18 497/24 498/20
499/1 499/12 499/13
500/7 501/16 504/16
508/20 509/17 509/18
512/21 514/13 515/14
516/14 516/19 521/6
531/10 531/12 531/18
531/23 532/6 532/8
533/1 534/10 537/7
537/21 538/16 538/21
539/5 539/6 543/18
547/10 547/13 547/15
547/17 547/19 547/22
550/7 550/11 566/20
567/6 567/7 568/2
568/4 572/23 574/11
576/3 577/4 577/7
582/2 589/4 590/14
613/7 627/21 631/23
hasn't [1]  567/3
hate [2]  521/23 631/24
Hatzenbuehler [3]
558/15 559/9 559/10
Hatzenbuehler's [2]
559/1 567/7
hauled [1]  626/4
have [180]
having [18]  492/5
498/23 527/13 540/25
544/25 553/1 561/12
579/1 581/18 585/14
588/9 588/11 588/13

588/20 589/1 597/4
619/9 629/13
he [42]  491/19 491/19
491/19 512/16 512/16
514/8 514/9 526/16
526/17 526/18 529/18
532/2 532/2 532/3
532/3 540/25 541/5
541/25 541/25 552/18
558/16 558/17 571/2
571/2 571/6 571/7
571/7 571/12 572/23
575/9 589/25 589/25
599/16 601/12 601/16
601/22 601/25 601/25
605/13 606/3 634/25
635/5
he's [13]  509/7 545/6
545/7 545/8 545/13
548/5 554/25 559/11
574/23 574/25 589/21
632/1 632/2
Head [1]  606/3
headline [1]  537/8
headquarters [7]  499/18
499/20 499/21 500/5
542/20 542/24 543/4
health [1]  563/22
572/7 572/20 582/14
582/14 584/1 584/6
588/4 588/7 601/5
602/15 611/9 611/14
612/7 612/11 620/6
621/16
hear [8]  544/17 545/25
546/4 548/10 549/12
552/1 554/23 555/1
heard [10]  515/8 545/7
545/19 551/24 552/4
556/18 575/2 581/22
631/2 641/9
hearing [6]  487/19
491/3 540/25 589/7
609/9 639/24
hearsay [1]  576/3
held [6]  511/17 511/18
630/5 630/19 634/11
637/6
Hello [1]  545/18
help [18]  531/10 531/13
531/23 597/19 605/3
605/22 606/9 608/9
612/13 612/15 612/17
612/22 619/12 623/20
624/17 628/3 628/4
628/8
helpful [5]  550/4 569/7
574/25 608/20 608/22
helps [1]  607/22
her [4]  562/22 568/12
568/17 637/4
HERBERT [2]  489/9
489/10
here [41]  491/11 496/7
498/2 503/12 513/3
515/13 517/4 517/24
520/14 521/4 525/19
537/21 540/18 552/8
565/1 581/14 599/2
599/16 600/2 610/1
610/23 612/4 612/17
614/1 614/3 614/21

615/17 615/20 617/9
618/9 619/6 620/12
620/22 621/13 621/14
622/12 626/25 627/19
629/15 630/12 634/22
here's [1]  601/9
hers [1]  562/17
heteronormative [1]
592/6
heterosexual [7]  582/17
607/9 615/1 615/3
615/22 616/9 617/9
heterosexuality [1]
607/12
heterosexuals [1]  582/8
hew [1]  564/7
hewing [1]  606/1
Hey [2]  507/13 598/25
high [1]  584/6
higher [23]  576/20
576/20 576/21 577/3
577/9 584/6 584/7
584/11 584/11 585/5
585/6 587/19 600/4
602/15 603/8 609/19
609/20 610/12 612/20
614/20 615/6 617/3
618/2
highlight [1]  628/2
highlights [1]  623/16
HILARIE [4]  488/15
491/8 517/15 635/22
Hill [1]  553/23
him [2]  520/7 620/2
himself [1]  522/1
hinge [1]  611/3
his [36]  491/20 511/7
513/11 526/15 540/25
541/1 541/8 544/25
548/4 554/25 559/12
565/4 565/5 566/20
569/6 571/14 572/24
574/23 574/24 575/9
575/10 575/19 576/12
578/1 589/12 590/19
593/13 593/14 601/13
619/25 620/22 630/8
631/8 632/4 632/4
635/2
historical [2]  596/17
623/14
historically [4]  564/21
592/4 618/23 635/8
hm [28]  561/7 561/22
564/4 564/19 566/14
566/16 573/15 588/1
588/23 589/14 589/18
590/4 598/1 598/22
599/20 601/11 602/14
602/17 603/6 603/15
603/23 603/25 606/7
607/4 608/12 610/19
622/13 633/14
hold [10]  510/20 510/21
510/24 511/3 511/11
511/13 511/23 512/21
559/16 559/16
holding [1]  634/19
holds [1]  605/23
holiday [2]  638/6 638/7
holidays [2]  638/18
639/7

holiness [1]  624/18
Homophobia [1]  576/22
homosexual [10]  593/9
594/24 624/9 624/9
625/4 625/7 625/7
625/16 625/21 626/3
Homosexuality [2]
560/21 602/1
homosexuals [2]  602/1
626/2
honor [85]  491/25 492/2
503/4 509/7 513/25
518/2 519/2 519/4
519/6 521/23 522/16
527/12 527/16 527/18
527/21 535/2 545/14
545/21 546/3 548/3
550/1 550/5 551/11
551/15 551/19 552/9
552/12 552/16 553/13
554/19 555/4 559/2
565/4 565/8 566/19
569/3 572/18 573/1
574/21 575/5 575/17
575/24 575/25 576/3
576/7 580/7 580/12
580/16 583/12 583/16
583/18 591/3 591/7
591/10 600/23 609/10
615/14 619/24 626/7
626/15 628/20 630/7
630/20 631/5 631/7
631/11 631/16 632/1
632/8 632/14 635/12
635/20 635/22 635/25
636/2 636/4 636/12
636/22 637/18 637/19
638/3 638/21 638/25
639/4 639/11
HONORABLE [1]
487/22
Hoogstra [2]  562/16
578/20
Hoogstra's [1]  563/7
hope [1]  514/17
Hopefully [1]  552/3
host [1]  596/3
hours [1]  575/1
household [2]  569/18
570/4
households [6]  569/17
570/8 570/9 570/10
570/10 570/11
housing [2]  515/24
516/11
how [43]  492/13 501/8
503/24 504/2 504/3
504/17 506/20 506/22
510/20 510/21 511/4
556/7 557/5 557/5
557/24 558/17 561/11
575/22 581/13 594/21
594/22 595/2 595/14
596/2 597/11 599/13
602/8 603/24 606/8
608/5 608/8 612/17
612/18 612/23 614/10
616/16 617/6 625/12
626/13 626/21 633/17
634/21 639/6
However [2]  528/2
530/15

human [7]  592/9 595/16
593/17 614/1 624/2
629/8 629/21
HUNTER [3]  487/4
491/2 641/2
hypotheticals [1]  536/11

**I**

I'd [16]  492/17 517/23
518/13 524/2 528/12
536/17 540/22 554/23
555/1 565/9 570/24
613/5 613/24 619/22
621/19 635/16
I'll [12]  517/21 519/15
537/23 539/15 553/5
582/3 590/19 599/25
606/18 638/1 638/8
638/9
I'm [101]  491/11 491/16
491/22 492/21 496/4
503/13 503/21 504/15
504/17 513/15 513/15
513/16 515/12 516/13
516/16 516/24 516/25
517/4 517/10 519/12
522/18 523/18 523/19
528/16 532/5 536/11
537/5 537/6 546/24
548/12 550/19 550/24
551/22 552/1 552/6
553/20 555/4 556/21
556/23 557/19 559/4
562/2 562/19 566/3
566/19 567/15 571/14
572/3 572/6 572/14
572/14 579/16 582/11
582/18 585/10 587/14
589/2 589/15 590/23
592/17 593/15 599/8
599/8 603/3 604/1
604/5 605/17 605/18
606/18 608/17 608/19
608/24 608/25 609/6
612/5 613/4 616/6
617/15 619/11 619/24
620/19 620/21 621/13
624/18 624/19 626/7
628/4 629/13 629/15
629/16 629/14 630/22
631/20 631/20 633/17
634/23 636/10 637/2
637/23 638/9 639/7
I've [29]  514/22 524/1
528/18 536/23 537/12
538/19 553/25 555/10
555/24 556/10 556/14
557/15 559/24 560/17
562/1 561/2 561/5
561/5 561/6 561/8
561/8 563/9 579/20
620/11 626/25 629/16
631/20 639/15 639/16
Idaho [9]  518/12 528/14
529/7 529/8 529/18
529/20 529/25 530/5
530/16
Idaho's [1]  528/20
idea [3]  505/6 610/25
633/18
ideal [1]  603/10
ideation [1]  559/19

I

identical [1] 497/25
identified [2] 498/6
607/13
identify [7] 493/2
494/24 497/13 504/22
544/18 581/11 590/23
identifying [1] 641/13
identity [15] 520/21
520/22 521/10 523/2
528/24 530/19 531/19
541/21 572/21 596/7
606/13 607/25 609/16
622/19 627/9
ideology [1] 606/23
ignore [1] 633/24
illegitimate [2] 624/24
624/25
illicit [1] 592/7
illness [1] 602/25
immediately [2] 496/5
616/25
impact [7] 492/14
499/24 596/23 626/3
626/13 632/24 633/10
impacted [2] 499/13
500/1
impacts [1] 604/2
implemented [2] 499/12
499/16
implementing [1] 523/3
importance [1] 628/3
important [5] 618/20
618/22 628/22 629/1
629/11
importantly [1] 501/13
impression [1] 628/14
628/14
inappropriately [1]
568/14
include [6] 496/3 496/4
502/6 526/11 541/14
554/10
included [3] 496/18
537/14 585/5
includes [2] 493/21
495/22
including [6] 521/21
525/6 578/20 611/5
623/5 633/9
inconsistent [1] 524/20
incorrect [1] 496/18
increase [1] 559/13
increasing [1] 606/22
indeed [4] 533/1 533/19
545/17 612/6
independent [1] 586/16
Index [2] 558/17 559/21
indicated [1] 512/4
indicates [7] 493/6
494/2 494/7 494/12
494/25 495/2 539/22
indication [2] 502/8
544/9
indiscernible [4] 549/10
605/1 615/8 617/25
individual [5] 493/16
544/16 575/7 616/25
617/2
individuals [2] 493/6
543/4

infer [1] 528/23
infer/10477 [1] 591/10
influence [1] 557/16
influences [3] 556/1
557/5 572/16
inform [1] 621/5
information [9] 494/20
499/1 508/18 508/20
508/21 509/18 511/25
521/20 525/23
informed [1] 592/8
informs [2] 525/12
592/2
infrequently [2] 625/22
625/25
initial [8] 505/6 505/8
505/12 505/13 506/11
506/20 507/2 517/2
injunction [4] 487/19
491/3 517/3 540/24
injuries [1] 536/1
insertion [1] 623/16
inside [1] 623/1
insofar [5] 564/17
571/21 594/18 601/8
614/8
instance [2] 514/15
530/25
instances [2] 496/24
531/5
instant [1] 494/18
Institute [5] 631/1 631/3
631/4 631/19 631/23
institution [24] 493/22
504/23 504/24 507/9
507/24 508/7 525/5
530/3 531/11 531/20
533/15 533/17 533/17
533/20 538/21 539/16
549/17 594/3 594/10
600/20 604/3 604/8
605/15 629/3
institution's [3] 538/24
539/19 547/14
institutional [1] 625/5
institutions [27] 516/8
524/24 524/25 526/7
526/10 531/3 532/14
535/21 535/22 537/8
538/13 538/17 543/20
543/21 543/25 549/4
549/8 564/11 579/7
594/15 594/17 597/22
600/1 605/7 624/21
630/2 630/4
institutions' [1] 541/20
instructed [3] 547/15
547/17 547/19
instructions [1] 538/13
intend [1] 525/15
intends [1] 525/15
intentionally [1] 610/1
intents [1] 542/17
interaction [1] 495/23
interactions [2] 496/21
514/14
interested [4] 556/21
556/23 597/19 601/3
interesting [2] 607/24
614/18
internalized [1] 576/22
interpretation [1] 526/15
interpretations [1] 593/4

interprets [1] 548/13
interracial [4] 630/2
630/4 630/17 630/18
interrupt [2] 513/23
521/24
intersection [2] 561/16
561/20
INTERVENOR [6]
489/3 489/8 491/10
551/23 552/2 552/16
Intervenors [10] 487/14
491/14 544/13 544/21
551/21 552/14 632/9
632/11 636/1 639/1
interview [2] 556/17
589/13
interview-based [1]
589/13
interviewing [1] 511/19
interviews [6] 500/3
500/6 500/7 511/24
511/25 556/20
introduce [4] 491/4
517/21 517/23 620/19
introduced [2] 518/14
590/15
invalid [1] 551/7
investigate [5] 492/10
534/8 534/11 535/14
539/25
investigating [1] 538/13
investigation [26]
495/12 498/16 500/22
505/5 507/5 507/6
507/8 507/9 507/12
507/20 507/20 507/25
516/2 521/7 521/14
521/16 522/7 525/4
525/7 525/10 525/22
526/7 535/13 536/10
536/14 542/23
investigations [4] 508/2
512/13 537/8 538/17
investigator [7] 504/15
505/6 505/8 505/12
505/13 505/16 507/3
investigators [6] 503/24
506/15 506/20 513/8
514/3 514/11
invitation [1] 525/11
invitatory [1] 525/11
invite [2] 524/23 525/17
invites [1] 525/5
inviting [1] 525/17
involved [2] 494/18
628/12
involves [3] 516/17
528/23 546/25
irrelevant [1] 631/9
irritating [1] 607/21
irritation [1] 570/15
ISAAK [1] 488/6
isn't [7] 509/4 515/3
525/2 525/7 527/12
546/19 570/21
issuance [1] 527/4
issue [10] 505/4 505/9
535/12 563/19 563/20
565/1 571/17 573/20
627/1 639/19
issued [4] 532/6 543/18

issues [1] 548/13
568/23 570/22
issues [17] 509/25
504/2 504/4 511/5
512/7 512/8 525/25
557/22 560/24 561/16
561/18 566/21 572/12
573/21 608/21 609/8
639/8
issuing [1] 506/9
it [320]
it's [117] 503/1 503/1
504/8 509/4 511/5
512/3 512/5 512/11
515/1 515/18 517/13
525/18 532/25 537/7
538/5 540/18 540/18
543/8 545/6 550/3
550/3 551/9 554/13
557/7 559/24 567/5
567/5 567/24 570/15
570/16 570/16 578/17
581/21 582/7 582/10
582/20 582/22 583/8
585/17 585/19 591/22
592/10 593/13 595/5
596/9 597/2 597/24
598/11 598/12 600/3
600/6 600/20 601/12
601/22 602/2 602/19
602/19 603/2 603/3
603/4 603/10 604/1
605/1 606/8 606/9
606/12 606/12 606/12
606/17 606/25 607/20
607/21 607/24 607/24
609/8 609/18 609/19
610/3 610/3 611/13
611/13 613/17 613/20
614/9 614/13 614/18
615/9 615/24 616/1
616/12 617/6 617/17
620/11 621/4 622/9
622/21 622/21 624/24
623/7 623/15 623/20
625/17 625/20 625/24
626/21 628/2 628/21
628/24 629/1 629/2
630/8 631/8 632/3
634/14 635/6 638/7
639/18
its [8] 511/4 526/19
526/19 527/16 528/3
548/13 550/16 623/1
itself [3] 568/4 568/8
569/16
Ivanhoe [1] 488/5
IX [41] 492/20 506/16
506/17 508/5 516/15
519/24 521/5 521/12
522/8 523/1 523/7
523/12 524/20 524/21
524/25 525/4 525/6
525/25 528/21 531/2
531/3 531/7 531/18
531/22 533/16 533/20
534/23 534/24 535/1
535/17 537/16 538/12
541/17 542/21 544/2
548/21 549/16 550/17
550/18 551/2 551/6

J.C [1] 488/4
Jaffe [3] 489/12 489/15
489/17
January [4] 523/16
638/18 638/22 638/23
January 10th is [1]
638/23
January 16th is [1] 523/16
January 7th or [1]
638/22
Jerry [4] 524/4 524/8
526/15 527/24
Jersey [5] 571/12 583/1
583/2 583/6 583/9
JESSUP [2] 487/13
489/3
job [2] 606/3 606/9
jobs [1] 561/3
Joe [1] 536/20
joining [2] 491/12 618/8
Jones [3] 534/16
534/19 536/2
JOSEPH [2] 488/9
491/6
Josh [5] 544/15 545/9
545/12 590/20 619/12
JOSHUA [7] 489/14
491/11 527/22 544/25
545/4 545/6 545/18
journal [5] 558/25
560/19 560/21 570/21
571/1
journals [2] 560/14
560/19
JUDGE [4] 487/23
571/19 571/20 571/21
Judge's [4] 566/4
567/16 567/16 573/9
July [1] 510/13
June [3] 510/12 520/17
587/7
June 27th [1] 520/17
jurisdiction [10] 498/18
498/19 504/6 505/2
506/5 521/6 532/9
534/10 535/6 536/3
just [83] 491/19 498/12
500/24 502/10 502/17
503/13 503/14 508/14
511/23 513/8 513/23
514/3 516/10 516/16
518/9 519/15 520/12
521/2 521/25 523/24
524/2 531/5 531/15
532/23 536/23 537/2
537/9 537/13 543/12
544/18 547/7 548/4
551/23 551/25 552/19
552/19 556/11 559/4
559/4 559/20 559/24
560/10 562/24 569/9
571/16 572/3 576/1
576/1 584/13 586/2
586/2 586/23 588/20
590/19 604/24 606/10
608/1 608/16 608/23
608/25 609/12 611/6
611/7 612/6 615/18
615/19 616/3 616/7
616/7 618/7 623/15

**J**

just... [12] 623/23
625/21 628/9 629/17
631/2 632/14 633/19
635/16 636/10 636/22
638/10 639/11
Justice [4] 488/13
488/16 632/7 634/24
justification [1] 526/17

**K**

keep [2] 491/16 609/1
Kendra [2] 489/22
641/24
Kennedy [1] 634/24
key [1] 558/24
kids [2] 570/3 581/6
kind [51] 506/14 506/18
517/22 520/12 526/9
541/8 541/10 541/22
546/1 556/2 556/17
557/7 558/5 561/10
563/9 563/25 570/4
584/11 585/11 587/18
589/12 590/8 592/24
594/7 594/10 595/11
596/9 598/2 598/11
599/12 600/21 600/25
603/16 604/23 606/17
608/5 614/21 618/11
621/23 621/25 622/2
623/18 627/3 627/19
627/21 628/11 628/13
629/3 629/3 633/10
633/25
kinds [20] 570/9 578/19
579/7 580/5 584/4
584/4 587/24 589/16
592/23 598/19 601/13
602/12 602/22 604/17
604/19 606/19 616/5
627/16 629/10 633/3
knew [1] 499/17
know [104] 497/20
501/8 501/14 501/18
501/20 501/25 502/1
502/3 504/21 504/25
505/8 505/14 506/23
507/3 507/19 507/22
512/12 513/3 523/24
532/3 533/15 533/20
537/2 537/10 538/18
542/2 551/25 560/16
561/17 562/15 563/4
571/9 572/3 575/12
580/1 581/10 581/16
581/19 582/17 584/10
584/12 585/8 588/11
590/3 590/5 594/17
596/4 596/6 596/7
597/4 598/9 598/13
598/17 599/9 599/13
599/18 599/23 600/19
600/23 601/20 601/22
601/25 602/19 603/4
604/18 605/19 605/23
606/6 606/9 607/6
607/17 608/5 608/17
610/1 610/3 610/7
612/15 614/8 614/11
614/15 614/17 614/18

**K** (continued)

616/2 616/3 616/7
616/10 617/6 618/5
618/8 618/14 622/10
623/6 624/15 629/7
633/15 634/3 635/2
635/4 635/15 637/11
638/8 639/17 639/21
639/22
knowing [4] 544/2 544/8
597/11 639/6
knowledge [8] 501/17
547/10 547/13 547/16
561/13 561/14 627/23
627/24
knows [3] 496/9 512/16
532/2
Kramer [1] 639/21

**L**

label [1] 628/11
lack [3] 532/8 593/11
595/1
laid [1] 504/5
Landry [1] 606/3
language [7] 525/11
525/19 525/24 526/4
526/8 526/11 635/2
large [4] 556/15 572/15
599/10 603/1
large-scale [2] 556/15
572/15
largely [3] 589/5 589/13
633/24
last [19] 495/9 507/25
508/2 520/14 520/15
527/24 528/12 543/7
549/2 552/2 553/5
553/11 557/1 561/23
569/10 574/12 577/23
578/2 616/1
later [6] 491/12 500/11
522/14 526/24 533/18
557/15
law [6] 488/4 489/10
621/1 625/3 625/4
631/25
Lawrence [1] 625/15
laws [4] 625/13 626/1
626/2 626/11
lawsuit [1] 532/24
lawyers [2] 519/14
639/6
layer [1] 504/9
lays [1] 538/12
learn [1] 533/8
learned [1] 583/21
learns [1] 497/24
least [25] 509/5 509/13
510/12 525/18 526/15
526/16 530/25 531/4
537/3 541/17 544/8
549/7 556/15 565/21
584/6 598/16 604/15
605/14 608/10 608/14
615/6 624/22 627/2
635/5 637/2
led [2] 558/18 567/7
legal [5] 505/23 562/20
626/8 630/21 634/14
legitimacy [1] 568/15
lengthy [1] 609/6
less [6] 546/15 576/25

577/5 596/22 618/22
630/6
let [17] 503/21 509/22
523/24 536/12 537/10
537/10 538/18 542/11
584/21 587/23 608/16
620/15 621/20 622/10
625/13 631/7 639/21
let's [19] 497/3 518/17
518/17 522/12 538/15
554/6 578/22 578/22
579/16 579/16 582/2
583/20 590/20 591/14
599/14 609/12 625/4
632/5 636/15
letter [24] 492/14 505/5
506/9 520/17 524/8
524/9 525/3 525/10
525/10 525/12 525/19
527/8 528/18 528/19
528/23 529/24 538/23
538/24 539/5 543/18
543/23 549/5 549/9
568/17
letters [6] 525/21
525/22 526/8 526/12
539/8 539/20
level [6] 501/14 501/23
506/25 613/7 613/19
621/25
levels [5] 506/24 576/24
576/24 585/21 623/1
LGBT [66] 516/7
523/11 530/25 563/22
572/20 576/16 577/5
577/8 577/10 577/13
577/16 578/4 578/11
578/12 578/24 579/2
579/3 579/6 580/3
580/4 580/19 581/24
582/16 582/22 584/1
584/2 584/5 584/16
585/5 585/12 585/18
587/5 588/15 596/6
599/4 599/13 600/7
600/12 600/15 600/23
600/23 601/3 601/5
602/15 602/25 603/12
603/19 604/14 605/6
605/12 605/24 606/16
609/15 611/9 611/13
612/11 621/11 623/12
626/13 627/3 631/24
631/25 632/25 633/3
633/9 633/18
LGBTQ [15] 516/14
516/17 520/14 521/4
521/9 522/7 531/10
531/17 532/7 568/15
572/8 612/7 614/5
626/4 626/21
Lhamon [1] 533/2
liberty [13] 518/11
524/15 525/20 526/18
527/6 527/9 527/11
527/15 572/11 585/23
life [11] 558/19 601/19
601/22 601/24 604/24
605/1 605/21 608/6
617/19 623/11 633/25
lifestyle [1] 605/13

lifetime [3] 576/20
577/2 588/17
lifted [5] 500/7 500/9
512/10 512/11 512/21
like [87] 491/15 492/17
517/6 517/11 517/12
517/21 517/23 518/6
518/14 518/16 519/14
524/2 524/17 527/12
528/3 528/12 534/25
536/1 536/10 536/17
536/21 540/22 545/9
552/17 554/17 554/23
555/1 561/1 561/10
562/3 563/4 563/4
569/5 569/24 570/16
570/18 571/7 576/2
577/17 581/4 581/20
582/13 582/19 586/14
587/23 588/11 595/14
596/2 596/5 596/11
596/16 597/8 598/16
601/15 601/19 601/20
606/8 606/9 607/9
607/24 609/23 610/6
610/16 612/17 613/5
613/24 614/17 614/20
615/2 615/20 616/14
616/21 617/2 618/17
619/23 620/22 621/19
622/5 622/6 623/18
625/4 627/18 627/20
628/2 628/25 636/23
638/22
likely [3] 599/21 605/14
617/18
likewise [3] 500/23
501/20 572/1
limit [2] 637/24 637/24
limited [5] 498/25
539/24 577/15 611/13
641/16
limits [1] 638/13
line [4] 518/10 519/23
566/20 616/1
lines [1] 560/16
list [4] 536/20 543/24
560/16 560/21
listed [2] 535/18 544/8
listen [1] 513/22
listing [2] 493/3 543/13
lists [4] 493/15 543/16
543/16 543/17
literally [1] 495/6
literature [6] 586/23
601/4 603/11 603/14
603/17 611/8
little [20] 495/3 497/3
499/11 503/14 504/12
509/22 537/3 539/13
547/9 556/5 558/22
579/16 584/13 595/13
601/18 606/2 614/9
615/25 625/14 641/8
live [11] 592/14 596/14
601/5 601/6 601/13
601/15 604/9 605/9
605/13 623/20 639/2
lives [5] 601/5 601/15
607/25 623/21 624/18
living [3] 598/7 601/2
604/23

**L-C** [1] 488/4
L-I-P [4] 488/7 489/12
489/15 489/17
Loans [1] 597/4
locate [1] 605/17
located [2] 538/19
603/16
loneliness [3] 588/13
588/16 588/17
lonely [1] 588/17
long [7] 500/10 510/20
510/21 571/13 592/5
592/11 592/13
longer [5] 546/23 547/5
547/9 586/3 597/9
longevity [1] 558/20
longstanding [1] 611/4
look [34] 492/22 494/23
495/20 504/7 504/13
505/1 505/14 505/16
510/10 510/11 516/25
518/5 518/9 519/21
520/10 520/14 521/17
522/12 524/14 526/7
529/1 540/8 557/2
563/5 563/7 575/10
582/12 585/8 587/1
609/20 616/12 616/23
617/15 620/8
looked [11] 530/24
558/22 563/5 563/9
569/23 575/22 576/17
577/15 582/13 618/7
620/11
looking [16] 502/6
505/22 509/2 512/8
515/22 522/6 537/5
537/18 597/18 615/19
617/10 621/7 621/13
636/16 636/18 636/19
looks [10] 517/6 519/14
524/17 528/3 545/9
554/17 613/20 616/14
620/22 625/9
lost [1] 558/19
lot [23] 507/22 508/4
507/14 581/14 581/19
586/14 595/18 595/18
595/19 596/12 597/13
598/24 599/15 601/9
603/14 610/23 614/17
618/10 618/20 638/5
lot's [1] 625/10
lots [8] 598/13 598/17
598/25 606/11 610/14
610/17 612/22 622/1
love [3] 557/6 598/18
601/24
lower [9] 576/24 576/24
586/16 586/17 587/19
587/23 601/18 614/14
616/1
lumped [1] 628/10

**M**

M-A-R-K [1] 552/25
macro [1] 557/7
made [6] 496/25 502/8
515/14 527/5 575/15
599/8
magnitude [1] 616/4

**M**

main [1] 583/11
mainline [1] 589/22
maintain [4] 528/1
624/21 625/1 630/17
major [2] 587/9 588/6
majority [1] 510/13
majors [1] 561/5
make [34] 491/23
499/23 501/24 503/21
505/18 506/7 506/10
506/10 506/12 506/21
506/22 516/19 518/1
530/12 536/23 551/24
581/15 593/8 595/13
595/22 595/25 596/14
597/5 604/3 608/2
609/25 610/24 617/7
620/15 623/13 627/11
628/9 638/10 639/6
maker [7] 500/14
500/17 500/20 500/25
506/25 536/12 550/4
makes [4] 521/18 563/8
584/11 594/16
making [11] 499/17
505/21 506/3 515/24
556/2 556/5 556/9
556/9 567/11 568/9
597/5
male [1] 608/4
males [1] 592/11
man [1] 591/20
man-woman [1] 591/20
manner [4] 547/8
592/15 598/19 625/7
Manual [10] 497/22
503/3 503/17 503/23
504/2 504/3 504/17
506/19 508/15 521/15
many [8] 557/24 575/1
584/17 599/13 603/24
609/22 630/1 630/3
marital [1] 569/24
Mark [7] 552/17 552/20
553/10 554/20 558/15
559/9 559/10
marked [2] 579/17
582/2
marker [2] 588/22
588/25
markers [1] 587/25
market [1] 600/3
marketplace [1] 610/13
marks [1] 596/9
marriage [12] 564/8
565/20 565/21 577/6
591/20 592/21 611/5
629/9 630/4 630/17
634/20 635/1
marriages [2] 601/15
622/15
married [1] 570/8
masks [1] 641/12
master's [1] 553/22
Masterpiece [3] 619/15
634/9 634/13
matter [12] 498/18
504/6 506/5 521/14
534/10 535/6 536/3
571/25 604/25 621/6

matters [1] 633/1
mature [1] 606/10
may [31] 492/14 495/7
500/11 500/11 502/6
504/21 504/22 506/6
512/8 513/4 513/5
518/2 526/7 545/18
546/15 546/16 547/8
551/16 573/1 576/7
582/20 607/17 607/21
621/10 621/10 621/21
622/1 633/12 633/15
635/11 635/18
maybe [5] 515/7 590/19
593/9 599/24 613/12
mays [1] 622/3
me [48] 496/12 502/18
503/20 503/21 503/22
509/22 513/17 513/20
516/10 516/22 517/13
536/23 537/2 537/10
538/18 542/11 545/25
546/4 548/4 548/10
550/20 552/4 556/11
556/11 564/24 569/10
584/21 587/23 594/6
599/25 606/2 606/25
607/20 613/9 620/12
620/14 620/15 621/20
622/10 625/13 631/7
631/7 636/17 637/4
637/9 638/9 638/23
639/21
mean [24] 560/16
562/20 564/17 571/10
571/19 578/3 582/10
592/19 597/7 598/17
600/2 601/9 603/4
605/25 607/2 608/11
612/20 614/8 617/1
617/25 618/23 622/17
624/25 637/19
meaning [1] 535/21
549/16 592/20 611/5
means [6] 498/13
546/15 581/4 615/24
619/7 641/10
measure [3] 581/13
585/18 618/17
measured [1] 588/3
measurements [1]
567/10
measures [4] 584/17
587/24 587/25 618/18
medically [1] 534/21
medicine [2] 557/20
559/1
meet [1] 639/9
meetings [1] 595/19
Melanie [1] 493/10
member [3] 553/20
568/10 603/19
members [6] 576/16
577/16 600/12 604/14
606/16 633/9
memorandum [2]
536/19 536/24
memorandums [1]
537/15
men [7] 539/24 540/15
564/9 592/11 606/4

mental [13] 572/7
572/20 582/13 584/1
587/8 588/2 588/4
601/4 602/25 611/9
611/13 612/7 612/11
mentioned [15] 499/10
546/10 573/12 573/24
578/21 579/21 580/18
586/5 586/23 587/19
592/14 596/15 602/4
604/25 641/17
merely [2] 522/18 534/8
message [1] 624/23
met [2] 503/11 505/4
methodological [2]
561/14 561/18
methodologies [1]
572/24
methodology [4] 567/12
571/18 572/9 572/23
methods [2] 561/4
571/22
Meyer [14] 558/16
559/6 559/7 562/10
576/12 576/17 576/19
577/15 577/22 577/25
578/1 606/17 622/3
628/13
Meyer's [4] 557/16
559/7 577/8 578/11
Michigan [2] 565/24
565/24
microphone [2] 545/11
545/21
mid [1] 499/16
mid-September [1]
499/16
might [23] 501/12 505/6
505/8 506/4 507/3
507/5 525/14 533/17
540/12 545/10 595/2
597/15 600/12 603/20
606/14 606/18 609/15
612/13 619/20 622/6
633/20 633/24 637/4
MILLER [4] 489/17
491/11 544/24 545/1
mind [2] 516/17 543/4
mine [2] 571/3 615/15
minimum [1] 600/6
ministers [1] 539/23
ministry [1] 540/16
minorities' [1] 557/17
minority [14] 556/7
558/20 581/2 581/12
604/1 614/4 617/12
617/12 617/20 617/21
618/1 618/25 619/1
619/8
minute [5] 513/23
518/16 583/20 586/2
586/3
minutes [1] 517/18
mischaracterizes [1]
511/7
MISHA [1] 488/6
missed [2] 528/25
550/22
missing [3] 520/13
524/18 551/25
misspoke [1] 515/11

misstated [1] 509/7
misstates [6] 493/15
514/6 515/4 537/22
542/10 542/12
misstating [1] 513/15
mistaken [7] 582/18
585/10 587/14 599/9
603/3 616/6 634/23
misunderstood [1]
515/7
mixed [3] 601/14 602/3
603/13
mixed-orientation [2]
601/14 603/13
Mm [27] 561/7 561/22
564/4 564/19 566/14
566/16 573/15 588/1
588/23 589/14 589/18
590/4 598/1 598/22
599/20 602/14 602/17
603/6 603/15 603/23
603/25 606/7 607/4
608/12 610/19 622/13
633/14
Mm-hm [27] 561/7
561/22 564/4 564/19
566/14 566/16 573/15
588/1 588/23 589/14
589/18 590/4 598/1
598/22 599/20 602/14
602/17 603/6 603/15
603/23 603/25 606/7
607/4 608/12 610/19
622/13 633/14
model [1] 604/9
modern [1] 592/6
moment [2] 528/15
574/19
moments [1] 552/4
Monday [1] 487/6
month [3] 520/3 588/3
614/11
months [8] 507/21
508/1 508/2 508/4
513/9 513/9 522/14
526/24
moralities [1] 560/2
morality [1] 600/24
more [49] 497/3 500/4
512/22 515/1 536/17
546/16 551/18 552/11
556/21 556/23 557/8
557/17 564/7 564/20
564/21 577/4 578/24
579/5 579/16 581/12
584/9 584/13 585/6
585/25 586/6 588/2
588/3 589/15 589/24
593/8 597/5 597/17
598/23 598/23 598/24
599/21 602/1 605/19
606/10 607/1 607/15
608/24 618/16 622/5
622/25 629/17 634/6
635/15 639/7
morning [3] 503/10
545/22 612/4
mortalities [1] 560/2
mortality [4] 557/17
558/19 559/13 559/18
most [17] 512/12
556/16 557/2 561/3

585/4 591/21 595/25
589/12 598/9 598/15
598/20 600/1 600/19
605/20 607/2 610/21
614/9
mostly [2] 556/14 592/3
mother [4] 569/18 570/2
570/8 570/10
motion [2] 517/2 574/22
move [23] 495/12 505/1
506/8 509/18 514/17
528/10 536/9 554/19
565/5 572/18 572/22
575/18 578/22 580/7
583/12 590/20 591/3
591/14 596/9 603/7
630/23 632/5 635/16
moved [2] 556/3 556/5
moving [3] 511/19
514/4 553/24
Mr [8] 513/16 526/25
545/24 546/4 567/7
614/22 619/10 631/4
Mr. [88] 491/19 491/22
492/9 503/10 508/13
512/18 514/2 514/10
515/6 515/12 515/21
516/16 516/9 516/9
516/11 517/7 519/17
522/5 522/21 523/24
524/23 525/8 527/1
528/9 528/13 528/15
528/16 531/17 532/11
532/12 535/17 536/16
537/3 537/13 537/21
538/2 541/3 541/4
543/9 544/11 545/1
545/25 548/4 548/7
548/10 549/3 550/20
552/6 553/6 554/7
554/24 565/9 565/15
565/18 565/23 566/25
567/12 567/15 569/12
570/19 570/21 571/16
571/24 572/5 572/11
572/19 572/22 579/18
612/4 612/24 613/12
615/17 618/5 618/19
619/14 619/25 620/5
620/23 621/16 621/19
622/8 626/20 627/8
630/12 630/25 631/19
632/19 634/8
Mr. Duron's [1] 541/4
Mr. Falwell [1] 527/1
Mr. Miller [1] 545/1
Mr. Prince [6] 548/4
548/7 550/20 554/7
579/18 613/12
Mr. Regnerus [31]
554/24 565/15 565/18
565/23 566/25 567/12
567/15 569/12 570/19
570/21 571/16 571/24
572/5 572/11 612/4
612/24 615/17 618/5
618/19 619/14 619/25
620/5 620/23 621/16
621/19 622/8 626/20
627/8 630/12 630/25
631/19
Mr. Regnerus' [3] 565/9

**M**

Mr. Regnerus'... [2]
572/19 572/22
Mr. Schaerr's [1] 553/6
Mr. Southwick [9]
512/18 514/10 515/6
516/9 516/9 528/16
549/3 632/19 634/8
Mr. Wells [2] 537/13
537/21
Mr. Willis [1] 491/19
Mr. Wills [32] 491/22
492/9 503/10 508/13
514/2 515/12 515/21
516/6 516/11 517/7
519/17 522/5 522/21
523/24 524/23 525/8
528/9 528/13 528/15
531/17 532/11 532/12
535/17 536/16 537/3
538/2 541/3 543/9
544/11 545/25 548/10
552/6
much [10] 552/6 552/7
552/13 595/14 595/15
597/1 597/5 601/3
618/2 628/1
muffled [2] 546/1 558/5
multigenerations [1]
610/15
Murphy [1] 525/20
must [7] 497/23 539/18
539/24 540/7 540/9
548/15 596/4
mute [4] 544/15 544/15
545/8 639/1
muted [1] 545/9
my [61] 491/16 496/5
496/10 497/2 501/17
502/15 503/1 504/16
510/21 516/22 516/24
517/24 524/1 532/18
532/25 533/25 535/11
536/16 537/12 539/2
540/4 541/3 542/17
544/24 545/3 545/21
546/10 547/13 549/21
550/19 550/23 551/9
553/10 553/10 558/1
563/20 584/4 597/17
597/24 597/24 606/3
607/6 615/14 616/5
620/12 622/1 622/21
625/17 625/24 627/18
627/23 629/13 629/14
629/15 629/17 637/8
637/14 638/14 638/16
639/21 641/8
myself [7] 556/16
561/12 579/5 581/19
613/9 621/8 626/24

**N**

name [8] 491/20 493/21
494/17 552/19 553/5
553/10 553/11 559/8
named [1] 532/23
names [2] 524/16
524/17
naming [1] 563/1
narrow [2] 608/21

634/14
narrowly [1] 592/8
National [2] 558/17
559/21
nationally [1] 556/15
natural [1] 587/3
nature [5] 504/24
529/15 540/21 586/12
612/18
near [3] 513/4 513/5
536/16
nearing [4] 512/13
512/24 513/1 629/16
necessarily [7] 504/25
536/12 540/18 563/1
588/11 603/5 618/13
necessary [1] 505/2
necessitate [1] 498/23
need [12] 509/9 516/18
517/17 526/17 546/2
597/18 608/21 609/9
612/13 638/11 639/10
639/22
needy [1] 597/16
negative [2] 599/22
626/3
negotiations [1] 508/4
neutral [1] 571/3
never [4] 547/13 547/17
547/22 570/22
new [8] 533/1 552/19
571/12 582/25 583/2
583/6 583/9 639/20
next [7] 494/23 518/10
522/12 522/13 539/8
616/18 623/25
NFSS [2] 567/24 568/4
NICHOLAS [3] 489/17
491/11 544/24
no [66] 487/5 488/9
491/2 496/4 498/17
501/17 502/12 502/15
502/15 503/4 504/1
504/3 505/6 519/4
519/5 519/7 525/11
525/17 536/22 544/7
544/9 544/11 544/14
544/17 545/6 547/17
547/22 551/11 551/15
552/4 552/11 557/1
559/20 562/15 567/24
573/19 574/18 577/10
577/17 579/1 579/9
579/11 580/10 580/11
580/13 583/3 583/14
583/16 584/17 590/19
591/6 591/9 591/10
597/9 609/2 611/19
611/23 616/17 625/24
628/9 632/6 632/8
632/10 635/10 635/13
639/12
No. [17] 493/14 493/15
493/17 497/14 514/13
517/5 517/24 519/13
519/23 523/15 528/13
536/25 538/3 540/5
543/9 613/17 617/10
No. 08212212 [1]
497/14
No. 1 [4] 493/14 493/15
493/17 617/10

No. 11 [3] 536/25 538/3
540/5
No. 15-14-2006 [1]
519/23
No. 20 [1] 613/17
No. 21 [3] 517/24
519/13 543/9
No. 22 [1] 523/15
No. 23 [1] 528/13
No. 3 [1] 514/13
No. 50-21 [1] 517/5
noises [1] 641/14
non [7] 579/3 580/4
584/5 584/14 600/15
600/23 601/3
non-CCCU [2] 584/5
584/14
non-LGBT [5] 579/3
580/4 600/15 600/23
601/3
none [4] 501/15 511/17
511/18 636/3
norm [1] 578/6
normal [4] 586/6 601/17
601/18 601/20
norms [2] 589/24 606/2
North [1] 553/22
not [195]
notable [1] 584/13
notably [1] 584/10
note [1] 508/15
noted [2] 576/19 585/5
notes [2] 527/24 639/16
nothing [1] 551/17
551/18 551/20 551/22
566/20 570/17 575/4
605/2 624/17 635/17
636/8 636/12
noticed [1] 601/25
notification [3] 506/9
526/9 526/12
notified [2] 507/7 507/9
notify [1] 525/16
notion [1] 598/16
notions [1] 592/4
November [4] 487/6
520/3 524/9 641/6
November 4th [1] 520/3
November 8th [1] 524/9
now [38] 492/17 495/3
500/14 509/4 511/15
512/10 512/11 513/7
514/22 516/18 517/22
525/2 525/3 528/16
529/14 531/5 532/22
537/5 547/10 554/14
562/5 567/15 570/14
577/21 583/22 585/23
586/21 589/9 591/14
592/13 599/12 600/5
607/17 608/17 609/1
623/12 636/14 639/18
Now's [1] 490/10
nuances [1] 571/22
number [24] 493/15
493/16 508/23 509/1
509/5 509/14 509/15
521/21 522/15 523/2
525/5 530/24 533/5
543/3 561/5 563/11
571/4 581/21 590/21
599/4 599/10 599/17

600/2 613/14
number 100,000 [1]
599/10
numbers [5] 493/17
493/23 588/8 588/24
614/19
numerous [2] 506/24
555/1
nursing [2] 541/1 541/8
NW [4] 488/7 489/13
489/15 489/18

**O**

oath [1] 491/24
obedience [1] 600/25
Obergefell [1] 634/25
object [8] 566/19 569/3
575/6 619/23 626/7
630/7 631/7 632/1
objection [40] 509/7
511/7 512/15 513/11
514/6 515/4 518/6
519/4 521/23 522/16
527/18 528/7 529/11
530/7 530/21 532/1
533/23 534/3 535/2
535/8 536/5 537/20
541/24 542/10 544/5
544/18 548/22 550/1
554/21 554/22 554/23
569/7 576/2 583/16
591/5 591/6 593/11
593/15 628/20 630/22
objectionable [1] 635/3
objections [14] 517/25
519/3 519/5 519/7
580/9 580/10 580/11
580/13 583/14 591/9
591/10 595/1 626/15
630/20
obligated [1] 541/19
obligations [1] 639/9
observation [1] 597/25
observations [1] 561/12
obviously [4] 574/21
574/25 604/13 611/19
occasion [1] 555/24
occur [1] 641/15
occurred [2] 570/25
586/10
occurring [1] 641/18
OCR [104] 492/10
492/19 493/4 493/11
494/3 494/12 494/19
494/25 495/8 495/10
495/23 496/7 497/7
497/9 497/23 497/24
498/14 498/16 498/21
498/23 499/17 499/24
501/5 501/8 501/18
502/1 502/17 502/18
503/17 503/20 503/21
503/22 503/24 504/4
504/15 506/15 507/23
508/5 508/8 508/17
508/19 508/22 510/17
510/18 510/20 511/4
511/12 513/19 514/2
512/5 515/23 516/12
516/19 518/11 519/20
519/23 519/24 520/2
520/3 520/16 521/6

521/7 521/9 521/17
522/14 523/7 524/10
525/4 525/16 526/6
527/6 527/15 528/2
528/5 530/4 530/15
532/8 534/7 534/10
534/25 535/6 535/13
536/3 537/16 538/11
538/22 539/4 540/4
541/3 541/19 542/9
542/18 543/16 546/18
547/1 547/10 547/13
548/13 548/15 548/19
550/15 550/16 550/25
551/1
OCR's [25] 493/12
493/16 494/7 495/7
499/7 499/12 499/14
503/2 511/14 520/17
521/5 524/23 525/1
525/2 525/21 525/21
527/1 530/17 532/13
539/11 540/6 549/24
October [7] 496/10
496/12 496/12 496/17
496/22 497/1 500/12
October 21 [1] 496/10
October 21st [4] 496/12
496/17 496/22 497/1
off [5] 610/9 610/20
614/12 637/2 637/6
off-campus [1] 614/12
offer [1] 590/1
offered [4] 540/18
554/24 555/3 612/22
offering [2] 586/13
598/6
offerings [1] 609/20
offers [1] 600/22
offhand [1] 616/16
office [32] 494/12
496/18 501/13 501/23
501/24 516/3 516/13
516/22 517/5 518/13
522/7 524/5 524/10
526/24 528/20 529/7
529/9 529/19 529/23
530/1 530/18 531/3
531/5 531/10 531/12
531/22 539/18 539/24
541/16 542/16 543/4
544/3
office's [1] 539/21
offices [5] 499/18
499/19 500/3 501/15
538/22
official [5] 506/22 525/1
525/2 542/17 641/25
officials [2] 542/20
542/24
often [7] 561/11 591/16
597/12 612/16 622/3
623/16 628/7
oftentimes [1] 596/6
Oh [11] 499/6 513/21
535/2 536/23 545/5
560/16 562/17 570/15
604/10 619/20 635/14
okay [137] 493/9
494/23 495/13 496/8
496/11 496/15 496/20

**O**

okay... [130] 497/3
497/11 501/18 502/1
502/17 502/23 503/20
511/23 514/25 515/17
517/19 522/11 529/6
538/15 547/10 548/12
554/4 554/16 554/18
555/6 555/13 555/17
555/21 557/21 560/23
561/15 561/19 561/24
562/5 562/18 562/22
562/24 563/11 563/18
563/24 564/23 565/3
569/8 573/12 573/20
573/24 574/4 574/8
574/10 574/16 574/20
576/15 577/14 577/21
578/11 578/15 578/17
578/22 579/8 579/18
579/21 579/24 580/6
581/9 581/23 582/2
582/6 582/12 582/16
582/22 583/10 584/15
584/20 585/2 586/17
586/21 587/10 587/15
588/10 589/6 590/9
590/14 591/8 591/12
591/22 592/1 592/16
593/1 593/5 593/17
593/20 594/9 594/20
595/5 596/15 596/22
597/7 597/15 597/21
598/5 600/5 601/4
602/4 602/24 603/9
603/19 604/2 604/7
605/5 605/7 605/12
606/14 608/15 609/4
609/10 610/11 611/6
611/15 611/22 613/11
620/15 620/16 621/13
621/20 629/14 631/15
633/8 633/20 634/8
634/16 634/18 635/10
635/17 638/20 639/5
old [3] 515/9 592/22
606/3
older [3] 556/5 577/12
627/19
olds [2] 576/23 599/13
once [5] 499/1 508/17
508/19 518/2 639/18
one [57] 497/9 497/11
497/15 497/21 500/2
501/4 501/16 504/6
509/23 515/2 515/13
518/10 530/25 533/5
533/18 536/17 536/17
537/14 540/22 540/24
541/12 542/21 542/25
543/7 550/7 553/20
557/12 557/16 558/9
558/10 558/12 558/13
562/2 562/2 568/22
573/11 574/4 574/15
580/4 589/1 598/3
599/2 603/5 612/16
615/11 615/13 616/6
617/3 617/4 618/16
618/17 620/12 623/17
623/18 628/10 633/20

**O'D [1]** 568/24
ones [1] 545/7
ones [2] 589/15 628/25
online [1] 545/7
only [17] 515/1 515/13
539/22 540/15 543/5
546/9 582/19 582/25
583/8 595/24 596/3
599/1 607/13 614/4
614/15 616/11 629/7
open [9] 498/15 500/21
505/19 514/20 523/12
525/4 535/13 542/23
595/23
opened [5] 499/2 507/7
507/8 507/10 516/1
opening [17] 505/5
507/5 507/12 507/19
521/7 521/14 522/7
525/7 521/14 525/22
526/7 526/8 536/9
536/13 636/19 637/17
637/22
openings [1] 501/3
openly [1] 633/5
operative [1] 498/1
opinion [18] 508/24
564/25 564/25 566/3
566/4 567/16 568/12
568/18 574/14 574/17
575/15 577/21 593/5
609/13 628/16 638/10
638/10 639/19
opinions [9] 536/11
574/24 574/24 575/10
577/22 578/1 622/18
633/6 634/22
opportunities [1] 533/8
opportunity [3] 523/17
529/14 587/2
oppose [2] 574/21
633/5
opposed [2] 531/24
534/8
option [1] 609/24
order [6] 498/17 511/4
517/3 595/22 601/6
630/15
OREGON [2] 487/2
641/19
organization [3] 549/17
549/19 549/24
organization's [1]
520/23
organizations [2]
605/22 606/13
orientation [25] 520/21
521/10 523/1 531/18
541/2 541/7 547/20
557/11 558/7 567/1
572/21 596/7 601/14
603/13 606/15 606/22
606/23 607/16 622/19
624/12 627/9 627/15
627/20 627/25 628/18
original [1] 641/21
other [48] 496/15
499/19 501/17 503/11
503/16 504/4 505/4
505/8 509/23 513/3
515/17 516/7 516/7
516/14 516/19 541/14

543/21 551/22 559/3
563/5 563/14 563/24
563/5 563/17 564/24
568/2 578/12 579/6
585/24 588/16 589/19
591/9 593/2 594/14
602/25 606/17 609/24
610/10 616/6 617/4
618/12 618/17 623/19
627/24 632/9 633/23
633/24 641/15
others [5] 605/20
617/14 617/17 618/3
620/23
otherwise [3] 594/18
597/8 639/23
our [6] 505/23 514/17
562/4 562/4 596/4
606/9
out [32] 504/5 504/17
507/13 511/4 511/18
512/2 515/12 519/15
523/19 524/8 533/4
538/12 545/15 546/23
546/25 548/5 549/12
555/23 564/3 574/6
581/5 581/7 581/11
581/15 599/10 601/2
603/7 609/19 610/15
613/5 622/2 635/3
outcome [2] 558/8
566/17
outcomes [10] 557/12
557/13 570/7 572/7
572/20 572/12 579/25
582/9 584/9 584/16
outside [6] 548/22
550/2 579/4 591/19
625/1 628/21
over [20] 508/9 512/12
515/8 515/18 521/6
527/11 534/16 534/18
553/6 558/1 561/2
564/22 574/12 575/23
595/19 603/4 615/13
629/18 634/5 641/18
overall [1] 590/9
overestimate [1] 585/11
overlap [1] 561/21
overlapping [1] 641/12
overreach [1] 635/7
overrule [1] 569/7
overruled [15] 512/16
514/8 515/5 515/5
530/9 532/2 533/24
534/4 535/10 536/6
541/25 544/6 566/22
620/3 631/17
oversees [1] 524/18
overturned [1] 572/3
own [8] 528/3 568/3
600/11 611/8 622/21
623/1 623/21 624/18
Oxford [1] 556/4 607/7

**P**

P.O [2] 488/14 488/17
page [39] 490/2 493/14
508/16 519/19 520/14
520/15 520/15 520/15
521/2 521/4 521/13
521/15 521/17 522/12

523/3 524/14 527/24
523/24 529/7 529/24
538/15 547/25 548/12
613/6 613/7 613/14
613/17 615/1 615/19
616/18 616/18 616/19
617/11 617/15 621/13
621/14 637/24 637/24
638/13
pages [8] 522/6 524/3
535/4 537/6 614/25
637/25 638/1 639/15
pandemic [1] 585/13
paragraph [1] 521/4
521/5 528/6 602/5
622/9 622/14 622/16
622/18 623/25 627/13
629/18
paragraphs [3] 537/10
537/12 627/14
paralyzed [1] 571/1
paraphrase [1] 503/13
paraphrasing [1] 606/18
Pardon [1] 583/4
parent [2] 557/14 570/4
parenting [3] 566/13
567/1 568/23
parents [5] 558/8
566/13 568/23 610/15
623/23
parlance [1] 621/4
part [20] 520/18 537/15
550/22 552/6 554/13
554/16 556/7 568/17
593/13 595/5 598/5
604/19 605/2 618/20
619/14 621/12 624/12
624/23 629/3 634/18
participate [3] 617/18
617/21 617/23
participating [1] 559/22
participation [24] 617/12
particular [24] 495/14
497/17 498/3 498/17
504/23 513/4 528/25
530/11 539/7 542/3
549/22 563/10 563/25
564/6 564/10 568/5
575/23 576/18 581/8
587/11 595/15 610/16
621/24 626/1
particularly [3] 537/9
561/13 585/18
parties [2] 565/19
641/11
partner [1] 626/5
partners [1] 568/16
parts [1] 627/8
party [1] 571/3
passed [2] 559/22
571/13
passing [1] 606/18
past [3] 537/22 569/25
589/5
pathway [1] 604/13
patient [1] 588/6
patterns [1] 622/24
PAUL [13] 488/4 488/4
491/6 503/10 535/2
554/22 565/8 590/16
620/13 621/21 636/8
638/15 639/12

pause [15] 500/3 500/7
500/9 500/11 510/18
510/18 510/24 511/3
511/11 511/19 511/20
511/23 512/10 512/11
512/21
pausing [1] 500/6
paying [1] 586/10
PDF [1] 629/16
peer [3] 557/21 557/25
560/15
peer-reviewed [2]
557/21 557/25
peer-reviewing [1]
560/15
peers [4] 577/13 602/18
616/20 617/19
Pell [1] 597/4
pending [1] 501/5
people [54] 557/5
559/22 561/1 570/15
570/18 578/24 581/19
585/14 595/2 597/18
598/6 598/13 598/15
598/17 598/20 598/23
600/2 603/7 604/23
605/4 605/8 605/19
605/22 608/6 609/8
609/24 609/25 610/4
610/15 610/20 611/10
611/14 612/7 612/12
613/23 614/17 618/12
621/11 623/5 623/10
623/20 624/8 624/17
626/4 628/3 628/8
631/25 633/22 633/23
633/24 634/5 634/6
638/11 639/9
people's [2] 604/19
607/25
per [3] 571/5 588/3
600/11
perceive [1] 633/23
perceived [4] 608/14
613/8 613/19 613/21
perceiving [1] 625/12
percent [42] 515/17
580/24 581/1 581/1
581/2 581/5 581/11
581/12 581/13 587/7
587/8 587/9 588/2
588/4 588/6 588/13
588/15 588/16 588/19
601/16 601/17 601/19
603/3 607/8 614/4
614/5 614/15 615/3
615/4 615/21 615/22
615/25 616/1 616/11
616/22 616/22 617/20
617/21 617/22 618/25
619/1 619/3
percentage [1] 626/21
percentages [1] 618/2
perfect [1] 540/12
perhaps [1] 561/1
606/20 607/16 622/3
period [5] 510/22
510/23 517/7 608/13
625/10
Perkins [1] 488/7
person [6] 550/10
552/19 592/9 617/14

## P

person... [2] 619/2 633/25
person's [3] 604/7 633/20 633/21
personal [7] 498/18 499/1 505/1 508/5 594/9 623/2 624/16
personally [1] 597/24
persons [7] 601/5 601/13 610/2 623/12 623/14 626/2 631/21
perspective [1] 624/13
Ph.D [2] 553/22 554/2
phase [1] 556/6
PHOENIX [1] 487/13 489/3
phone [3] 545/14 548/4 641/11
physical [4] 517/23 576/24 620/6 621/16
physically [1] 613/23
PI [1] 609/9
picked [1] 589/4
picking [1] 589/2
piece [2] 557/16 557/18
pieces [1] 520/13
pivotal [1] 610/14
place [9] 501/11 501/22 501/23 570/23 578/9 599/19 599/21 609/20 610/4
places [2] 600/3 609/24
plaintiff [4] 494/17 511/13 540/23 636/6
Plaintiff's [1] 504/15
plaintiffs [32] 487/5 488/3 491/5 491/7 492/17 492/18 493/7 495/24 496/22 503/6 503/16 510/25 518/24 535/18 536/21 543/14 543/17 543/20 544/12 551/7 554/23 565/9 580/10 583/14 611/25 628/17 628/25 636/9 636/21
Plaintiffs' [31] 497/6 497/8 499/13 499/25 500/15 500/18 500/21 501/4 502/19 508/14 509/3 509/4 509/12 509/23 510/10 510/19 510/20 511/11 514/4 515/2 517/24 528/13 542/21 556/19 562/12 563/19 565/1 574/22 600/6 611/8 630/3
plausible [1] 607/20
play [4] 505/7 573/17 606/15 610/14
players [1] 606/6
playing [1] 610/12
please [36] 491/4 492/22 492/25 493/2 493/20 494/1 494/6 494/11 494/16 494/23 495/20 497/13 500/10 511/9 512/19 513/22 516/10 518/23 521/25
522/3 525/19 531/15 540/23 545/23 553/9 555/5 556/12 566/23 569/10 576/8 615/11 615/11 615/12 626/9 626/18 639/20
plenty [3] 557/23 574/6 574/11
plunges [1] 607/9
plus [4] 515/17 596/6 610/3 630/20
PM [1] 640/3
point [23] 500/2 501/24 503/20 503/22 505/3 507/12 507/13 507/15 508/6 509/17 511/18 512/14 512/25 514/16 553/20 560/7 569/19 581/11 592/20 603/5 609/12 613/5 616/13
points [1] 598/4
policies [37] 521/22 530/15 534/8 534/11 563/22 564/6 564/10 584/12 589/24 591/17 592/2 592/13 593/1 593/8 593/21 594/24 595/9 596/4 596/24 598/10 598/18 599/6 600/17 600/21 611/1 611/16 624/8 624/11 624/21 626/11 626/14 627/4 629/11 629/11 632/20 632/24 634/3
policy [28] 506/14 524/11 528/1 534/17 534/22 534/22 534/25 535/5 535/14 536/1 536/2 539/3 539/4 539/11 540/4 540/6 547/11 547/14 547/15 547/18 580/20 581/25 595/3 595/13 595/21 598/12 625/11 627/6
pooled [1] 616/15
pools [1] 601/16
popped [2] 491/23 620/16
popularity [1] 628/6
population [11] 558/16 577/6 577/19 600/12 601/21 602/10 602/11 602/22 602/25 608/3 627/3
population-based [1] 558/16
populations [2] 558/20 589/17
portion [1] 548/17
portions [1] 572/19 574/22
Portland [3] 488/5 488/8 488/10
position [2] 553/24 568/6
positions [1] 555/17
possession [1] 493/12
possibility [4] 507/17 508/11 508/12 547/7
possible [3] 499/14 514/18 606/20
possibly [2] 504/23

599/10
potentially [2] 538/14 581/15
Poverty [1] 631/24
practice [5] 524/23 525/1 525/2 539/2 526/17
practices [1] 591/15
prayer [2] 618/9 618/14
pre [1] 582/11
pre-COVID [1] 582/11
precedent [1] 602/21
predecessor [1] 530/3
preexisting [1] 507/15
prefer [1] 608/25
pregnancies [1] 527/17
pregnancy [1] 527/13
preliminary [5] 487/19 491/3 506/7 517/3 540/24
prematurely [1] 571/13
preparation [2] 538/5 562/5
prepared [3] 613/24 633/17 639/17
preparing [1] 562/25
prerequisites [1] 505/4
present [7] 569/24 588/22 588/25 589/3 589/4 596/4 635/5
presented [1] 611/7
preserve [1] 629/1
President [6] 519/20 524/4 528/20 529/17 529/20 529/20
presume [8] 564/9 598/15 599/14 600/14 601/2 604/10 614/12 629/7
presumptions [1] 609/25
PRETRIAL [1] 641/5
pretty [6] 491/15 600/3 609/19 615/9 616/10 626/21
prevalent [1] 578/24
prevent [2] 532/13 532/17
previous [1] 578/4
previously [5] 492/5 526/6 565/15 572/23 589/7
priesthood [1] 540/16
primarily [2] 563/16 597/19
primary [1] 598/3
PRINCE [13] 489/14 491/11 527/22 544/25 545/4 545/6 545/18 548/4 548/7 550/20 554/7 579/18 613/12
principles [2] 504/13 548/16
print [5] 517/15 518/15 519/15 570/16 571/11 print-out [1] 519/15
printed [1] 517/11
prior [12] 496/5 505/13 510/7 520/3 526/8 526/12 529/25 533/4 555/17 563/8 596/13

## (column four)

621/14
probably [14] 508/3 561/6 562/2 578/5 584/12 585/21 591/23 592/10 592/13 597/1 607/2 614/14 615/5 615/25
problem [2] 578/17 620/1
problems [4] 496/15 563/22 585/12 623/3
procedure [1] 521/22
procedures [1] 538/12
proceed [1] 576/7
proceeding [4] 531/22 551/5 565/16 631/9
proceedings [7] 487/21 565/19 634/21 640/3 641/9 641/16 641/18
process [33] 492/10 492/15 499/7 499/12 499/14 500/2 501/11 501/12 501/22 501/22 502/5 502/7 502/17 502/18 502/21 502/22 502/23 503/15 503/15 503/17 503/20 508/6 511/5 514/5 514/17 516/6 516/9 516/10 517/22 536/12 571/6 571/6 571/8
processes [2] 507/25 521/15
processing [18] 494/7 497/21 503/3 503/17 503/21 503/22 504/1 504/3 504/17 506/19 508/15 508/19 508/21 509/19 514/5 514/18 521/9 521/15
professor [6] 555/12 555/18 555/19 555/20 593/24 594/21
program [4] 505/23 520/8 541/1 541/8
Programs [1] 488/16
progressive [1] 589/24
prohibit [2] 520/20 627/5
prohibited [1] 630/4
prohibiting [1] 624/22
prohibitions [3] 534/20 534/20 625/21
promoted [1] 555/19
promoting [1] 631/25
prompt [1] 521/16
pronounced [1] 586/1
properly [1] 530/16
proposal [2] 501/15 501/24
proposal's [1] 502/8
proposals [1] 501/17
propose [2] 506/12 638/13
proposed [2] 499/20 506/13
protect [1] 630/15
protected [3] 533/16 533/21 544/3
protection [1] 586/14
protections [1] 612/13
protective [2] 633/12

## (column five)

633/25
Protestant [3] 564/3 589/23 592/3
provide [10] 506/15 506/18 519/15 522/18 526/9 526/17 539/17 540/17 568/23 605/8
provided [7] 506/20 506/22 566/12 566/18 567/17 604/10 619/15
provides [5] 493/4 495/10 497/23 503/23 525/22
providing [4] 507/22 507/23 524/16 540/15
provision [4] 504/1 528/4 540/9 550/13
provisions [3] 497/22 520/19 524/21
psychological [9] 568/6 574/2 574/4 576/21 587/20 618/17 620/6 621/15 628/3
psychologically [1] 577/11
psychologist [4] 572/5 573/25 574/5 575/14
psychologists [1] 628/7
psychology [2] 572/20 574/11
public [5] 582/25 583/3 583/7 583/8 621/1
published [10] 555/22 557/10 558/7 558/24 559/5 560/6 571/7 582/10 603/17 607/6
pull [12] 516/24 566/3 582/2 613/9 613/12 620/12 621/8 621/20 622/10 626/24 627/11 629/13
pulling [1] 517/4
punish [4] 527/7 527/9 527/17 626/1
punished [1] 625/10
punishes [1] 625/4
punishing [1] 625/7
purport [1] 598/2
purports [1] 604/22
purpose [4] 511/24 621/5 623/17 629/9
purposes [2] 542/18 556/12
pursuant [3] 508/17 508/20 627/6
pursued [1] 558/23
put [5] 510/20 510/21 533/4 590/22 608/8
putting [3] 510/18 534/24 535/12
puzzled [1] 589/25

## Q

qualifications [1] 565/10
qualified [1] 574/23
qualitative [2] 556/20 589/13
quarters [1] 619/7
queer [6] 582/8 615/2 615/4 615/6 615/23 616/10
queer-spectrum [6]

Q

queer-spectrum... [6]
582/8 615/2 615/4
615/6 615/23 616/10
quest [1] 624/18
question [48] 509/8
509/9 511/9 512/19
513/6 513/23 513/24
514/8 515/7 521/25
529/12 530/8 531/15
535/9 537/22 539/2
540/4 541/3 542/3
542/8 542/12 546/10
546/24 550/19 550/20
558/4 559/14 566/23
569/10 577/24 604/5
613/21 614/10 615/2
615/12 615/12 616/21
617/6 617/8 618/12
620/25 624/19 626/8
626/9 626/16 626/17
627/18 636/22
questioning [3] 566/20
573/2 629/17
questionnaire [1] 588/7
questions [30] 503/5
524/2 537/6 544/12
544/13 544/14 544/21
544/24 546/9 551/11
552/4 559/3 582/13
596/3 608/24 611/6
611/23 612/6 612/16
612/23 613/5 613/22
616/5 616/24 617/11
632/6 632/8 632/10
632/15 635/10
quickly [3] 547/23
609/12 621/8
quit [1] 615/13
quite [7] 558/9 562/20
590/3 597/14 600/14
603/10 617/7
quote [2] 520/19 622/21

R

R-A-N-D-O-L-P-H [1]
492/4
R-E-G-N-E-R-U-S [2]
552/25 553/11
R-U-T-H [1] 631/14
radical [1] 571/8
raise [1] 552/22
raised [5] 493/22
530/16 561/18 570/8
570/14
raises [1] 612/22
raising [1] 525/25
ran [1] 540/13
range [2] 601/17 601/18
ranged [1] 629/6
ranges [1] 601/20
ranks [1] 623/1
rare [2] 581/25 625/11
rate [2] 602/9 602/24
rates [16] 577/3 580/19
580/22 584/6 585/6
585/6 586/15 586/17
587/19 587/20 602/15
603/2 610/7 610/8
617/3 623/2
rather [1] 517/13 525/6

531/13 579/18 623/13
ratio [1] 608/7
ratios [2] 607/5 608/2
reach [2] 512/2 570/12
reached [3] 564/25
567/9 590/11
reaching [1] 507/21
react [1] 594/23
read [19] 517/13 522/1
522/21 522/22 522/23
527/11 539/15 548/12
548/16 548/17 549/15
566/5 567/16 574/15
579/20 584/4 629/19
629/19 639/16
reading [6] 520/24
528/18 528/23 549/20
549/21 574/13
reaffirmed [2] 568/5
572/1
really [8] 512/5 540/13
544/1 566/20 571/21
599/16 606/11 635/13
REAP [40] 563/4 579/1
579/10 579/14 579/21
579/24 580/18 580/24
581/5 581/10 581/24
583/21 584/9 584/21
584/25 585/3 585/7
585/11 585/19 586/3
586/22 587/21 588/8
589/1 589/3 590/11
610/7 612/24 613/6
613/17 614/3 614/7
616/12 616/16 617/6
617/10 617/15 618/6
625/9 626/20
reason [3] 510/7 581/3
581/8
reasons [1] 641/17
recall [41] 492/9 492/13
495/7 500/9 503/11
510/4 510/5 510/19
510/21 515/21 516/1
516/5 516/16 516/18
532/15 532/18 533/10
533/11 535/6 535/11
568/16 574/13 574/16
580/18 580/22 584/8
589/6 589/9 613/1
619/14 620/7 620/23
621/9 625/16 625/17
626/23 627/10 627/16
632/21 634/9 634/11
recalling [1] 565/23
receded [1] 610/18
receive [3] 504/22
532/14 554/1
received [16] 494/3
508/21 509/18 510/11
519/9 520/4 522/25
524/9 528/21 529/18
529/19 529/25 531/20
580/15 583/17 591/11
receives [1] 547/1
recent [2] 557/2 579/5
recently [1] 493/4
557/18
recess [1] 640/1
recipient [7] 493/21
499/1 499/2 504/23
520/21 525/12 525/15

recipients [2] 543/11
543/16
recognize [1] 579/19
582/3 600/15 600/24
604/18 605/16 610/4
recognized [2] 508/24
585/14
recognizes [1] 520/2
606/22
recognizing [1] 610/1
recollection [4] 510/22
533/21 533/25 537/14
recommend [1] 507/5
recommendation [1]
542/22
recommending [1]
506/8
reconcile [1] 609/16
record [16] 491/4
513/12 544/18 556/12
575/15 576/2 636/14
637/2 637/6 637/9
639/15
recorded [1] 525/19
587/8
records [1] 493/12
recross [2] 635/12
635/13
redactions [2] 520/9
521/3
redirect [3] 551/14
632/13 632/17
reevaluation [1] 558/14
refer [6] 516/18 522/1
540/22 564/13 622/14
637/15
reference [7] 528/24
529/24 536/21 563/8
566/6 624/25 627/11
references [3] 494/16
494/17 530/2
referred [4] 508/22
510/18 511/11 566/12
referring [4] 562/10
589/15 620/21 626/20
refile [1] 550/11
refiling [1] 550/14
reflect [5] 493/17
493/23 494/20 495/16
585/25
reflected [1] 496/7
reflecting [2] 569/21
614/13
reflection [1] 623/23
reflects [2] 495/13
496/20
regard [8] 495/22
529/22 530/11 544/8
575/21 577/17 581/18
629/5
regarding [15] 515/23
524/10 525/22 528/21
529/9 539/25 541/7
566/13 567/1 572/2
572/23 595/2 619/25
620/2 622/19
regardless [3] 571/16
605/9 626/13
regards [1] 561/17
regional [12] 494/12
499/18 499/19 500/2
501/13 501/15 501/23

501/24 538/22 539/18
539/21 582/20 622/17
Regnerus [70] 552/17
552/20 553/10 553/17
554/7 554/14 554/20
554/24 555/2 555/8
557/10 560/14 560/14
565/6 565/15 565/18
565/23 566/25 567/12
567/15 569/4 569/12
570/19 570/21 571/16
571/24 572/5 572/11
573/8 574/13 576/11
577/14 579/19 582/3
583/20 590/23 590/25
593/18 595/7 599/3
606/14 609/12 610/11
611/6 612/4 612/24
614/22 615/17 617/22
618/5 618/19 619/14
619/25 620/5 620/23
621/16 621/19 622/8
624/20 626/20 627/8
627/18 628/16 628/24
629/17 630/1 630/12
630/25 631/4 631/19
Regnerus' [9] 565/9
567/18 568/3 568/5
568/14 572/19 572/22
574/22 575/18
regression [1] 571/22
regulation [1] 524/21
regulations [2] 523/3
548/13
relate [1] 634/21
related [5] 540/15
566/12 586/14 586/15
591/15
relating [1] 523/1
relationship [20] 555/25
556/9 557/6 557/14
564/6 569/19 570/2
570/5 572/17 598/18
600/16 602/13 606/1
607/19 608/2 611/1
624/11 624/24 625/11
635/9
relationships [15] 558/9
578/6 592/7 592/21
595/17 598/10 603/13
611/5 623/2 624/9
624/22 624/23 625/8
626/12 629/9
relevance [5] 527/21
528/7 577/22 577/25
619/23
relevant [3] 520/18
562/8 563/17
relied [1] 573/13
religion [12] 555/23
561/8 561/10 561/16
561/20 561/25 565/7
571/4 572/15 590/1
593/6 593/18
religious [102] 491/14
492/14 500/25 502/2
502/9 502/13 503/24
504/2 504/10 504/18
504/24 505/7 505/9
506/16 511/5 516/2
516/4 516/12 516/15
519/8 520/24 522/25

523/6 523/13 524/16
523/17 524/18 524/19
524/24 525/6 525/25
526/14 527/15 529/21
529/22 529/25 530/5
531/11 531/21 531/25
532/12 532/16 534/23
534/24 535/13 536/4
537/8 537/17 537/18
538/12 538/14 538/17
538/22 539/4 539/16
539/21 539/23 540/7
541/6 543/18 543/21
544/1 544/14 544/21
547/11 547/19 548/20
549/3 549/8 549/17
549/19 549/24 551/20
556/1 563/25 572/11
572/12 572/16 575/6
577/16 578/13 578/25
580/13 584/1 591/16
593/6 594/21 595/8
595/10 609/14 611/16
611/16 612/8 624/1
628/25 629/20 630/6
630/13 630/15 630/19
632/10 636/3
remain [7] 509/24 510/8
533/12 534/2 534/14
586/12 608/11
remained [1] 571/11
remaining [2] 498/6
498/8
remains [4] 508/11
510/9 577/11 629/23
remarks [1] 589/19
remember [2] 549/5
550/8
remind [2] 491/23
498/12
reminds [1] 606/2
rendered [1] 568/11
repair [1] 623/22
repeat [5] 512/18 515/7
550/20 569/9 604/5
repeatedly [1] 622/16
rephrase [10] 509/9
511/9 513/13 513/23
529/12 531/15 537/23
587/23 626/9 626/16
replicate [2] 558/23
560/6
reply [1] 639/12
report [59] 554/4 554/8
554/10 554/20 554/25
562/6 562/16 562/19
562/20 562/22 562/25
563/4 563/7 563/11
572/19 575/18 575/19
575/21 575/22 576/3
576/24 579/19 580/24
584/5 586/3 586/22
587/21 588/6 588/13
589/1 590/18 602/5
610/7 612/25 612/25
613/6 613/17 614/3
614/7 614/25 616/12
616/16 616/19 617/10
617/15 617/18 617/20
618/6 619/1 621/20
621/20 622/2 622/9
625/9 626/20 627/8

**R**

report... [3]  627/14
628/19 632/4
reported [9]  499/18
581/2 587/8 587/9
587/20 588/4 588/19
602/16 614/16
reporter [8]  489/22
553/4 636/24 637/3
637/8 637/9 637/11
641/25
reporters [1]  637/1
reporting [1]  577/3
reports [15]  561/18
562/7 562/9 562/14
563/17 563/19 564/23
575/1 576/20 577/8
582/7 588/9 588/20
601/16 604/19
representatives [1]
511/20
represented [1]  556/15
request [12]  495/5
495/6 495/6 495/14
495/16 505/14 520/18
521/18 527/4 527/12
533/18 638/17
requested [6]  495/1
498/20 519/1 522/25
527/10 527/25
requesting [6]  521/19
529/21 530/17 538/24
539/8 539/20
require [3]  520/21 541/7
549/23
required [3]  498/3 504/9
541/21
requirement [3]  495/7
495/11 512/4
requirements [2]  509/13
548/14
requires [4]  495/8 624/2
629/20 630/13
rescind [1]  541/7
rescinded [1]  541/1
research [2]  556/13
561/4
researched [2]  555/22
557/10
researchers [1]  587/4
resolution [3]  501/11
501/12 507/21
resolve [3]  492/11
501/8 501/18
resolved [1]  501/20
resources [2]  508/4
508/5
respect [10]  499/12
506/17 516/7 523/2
530/17 530/19 565/10
576/16 634/20 635/2
respond [3]  499/2
551/23 622/23
responded [1]  531/6
respondents [4]  580/24
581/5 581/11 614/14
responding [2]  529/8
574/25
responds [1]  526/25
response [10]  519/24
524/24 525/24 526/4

526/23 527/1 527/2
529/17 637/25 638/17
responses [3]  616/10
634/4 634/5
responsible [1]  612/19
rest [5]  526/20 526/21
552/8 588/16 608/19
restate [4]  531/15
546/24 566/23 577/24
restraining [1]  517/2
restrict [1]  532/16
restricts [1]  532/13
restroom [1]  541/22
result [1]  499/14
results [1]  585/22
resume [1]  511/15
resumed [1]  511/16
retain [4]  575/20 595/21
596/17 611/1
retained [2]  563/14
563/16
retains [1]  575/20
rethink [1]  598/17
retired [1]  571/13
retracted [2]  559/1
567/6
returning [1]  551/13
636/6
reveal [1]  498/25
revealed [1]  585/23
Reverend [1]  527/5
reversed [1]  573/11
review [35]  499/21
505/24 511/21 523/17
523/25 524/1 528/15
529/14 530/12 537/3
537/9 537/11 537/12
538/23 539/5 539/21
560/18 562/6 562/14
562/16 562/17 562/22
564/23 565/5 571/8
576/15 579/24 581/23
584/21 590/11 600/11
601/4 611/7 611/8
621/8
reviewed [16]  506/24
531/5 532/21 533/5
538/5 543/3 547/24
557/21 557/25 560/18
562/7 562/25 579/1
579/25 599/7 618/5
reviewing [6]  523/18
528/16 539/20 542/20
542/25 560/15
rewarding [1]  601/23
Ricks [1]  530/3
right [141]  503/22 504/9
509/17 509/21 510/14
510/16 511/3 511/6
511/17 512/10 513/6
515/15 516/18 517/10
518/7 518/18 519/3
519/19 520/2 521/2
521/12 522/12 522/23
523/13 523/14 523/15
524/2 525/15 526/23
528/12 528/16 528/17
531/7 536/23 536/24
537/5 538/19 539/13
543/19 545/2 546/9
548/6 552/5 552/23
553/9 555/9 555/16

555/23 558/6 559/10
560/10 502/12 563/9
566/11 567/25 568/7
568/25 569/9 569/15
569/20 570/1 570/14
571/21 576/5 576/18
579/13 581/1 581/14
581/20 583/2 584/3
586/19 587/1 587/25
588/5 589/12 590/7
590/16 591/9 591/24
592/3 592/10 592/19
593/10 593/22 593/23
593/24 594/16 596/18
596/19 597/1 600/9
602/6 602/11 603/4
603/11 605/10 605/11
607/16 609/18 610/14
614/1 614/2 614/3
614/24 615/7 615/8
615/20 615/24 616/7
616/11 616/13 616/14
617/4 617/16 617/20
620/16 620/25 621/2
621/4 621/19 622/4
622/7 622/12 622/14
622/21 623/19 624/4
625/23 627/13 627/22
629/15 629/16 629/24
632/6 633/2 634/1
634/23 636/5 636/14
639/14
rights [31]  516/3 516/14
517/6 518/13 522/7
524/5 526/24 527/3
528/20 529/7 529/9
529/19 529/23 530/1
530/18 531/2 531/4
531/6 531/10 531/12
531/23 533/16 533/21
538/11 541/16 542/16
544/3 544/3 548/20
568/15 619/16
risk [1]  628/15
road [1]  607/23
robbed [1]  576/25
Robin [1]  525/20
role [5]  573/17 606/14
606/22 610/11 610/14
romantic [1]  625/7
Room [1]  489/23
roommate [1]  618/9
roommates [1]  618/14
Root [1]  631/12
rose [1]  621/25
roughly [1]  570/6
RPR [2]  489/22 641/24
rule [2]  633/10 639/18
ruled [3]  634/13 634/17
635/3
rules [9]  578/6 578/10
606/2 607/18 607/21
608/5 608/8 610/23
633/4
ruling [1]  576/1
Rutger [1]  616/14
Rutgers [12]  563/7
578/20 582/7 583/21
584/9 585/3 586/22
588/14 590/11 612/25
614/25 616/19
Ruth [7]  630/25 631/3

631/4 631/12 631/14
631/21 632/6
RYAN [10]  489/4
491/13 519/7 544/20
551/21 552/3 575/5
635/23 636/4 639/4

**S**

safe [1]  613/23
said [19]  497/11 500/10
505/13 515/11 528/3
533/6 533/9 545/24
548/4 557/2 568/24
588/2 605/7 606/17
608/1 625/21 627/21
632/2 633/19
same [41]  497/25
503/15 503/15 504/8
522/14 534/20 556/8
557/14 558/8 558/25
565/19 565/21 566/13
567/5 567/8 568/22
569/19 570/5 571/14
576/23 577/6 587/5
595/1 602/19 604/14
607/18 614/15 616/21
617/9 624/22 624/23
626/12 626/12 626/15
627/5 630/1 630/3
630/20 632/24 633/15
638/1
same-sex [16]  534/20
556/8 557/14 558/8
565/19 565/21 566/13
568/22 569/19 570/5
577/6 624/22 624/23
626/12 626/12 627/5
sample [2]  588/17
602/19
samples [4]  584/4
589/16 602/21 617/8
sampling [1]  586/11
sanctions [1]  626/25
satisfaction [1]  601/19
satisfied [1]  509/13
saw [2]  558/22 585/4
say [54]  491/19 499/4
502/23 503/18 503/19
504/8 506/19 507/24
509/12 511/1 511/2
515/8 521/8 522/5
522/10 522/24 526/21
528/19 529/10 530/10
531/4 537/18 542/4
544/17 546/14 548/19
549/23 550/10 552/19
561/15 561/21 561/24
562/9 563/24 564/13
570/15 579/11 581/23
584/15 585/10 585/17
590/9 591/22 597/21
605/12 613/14 619/20
622/22 622/24 625/4
627/7 629/4 633/20
639/14
saying [9]  503/21
513/15 515/11 540/8
568/14 586/18 598/20
619/22 624/1
says [19]  497/4 508/17
508/19 519/23 521/5
521/13 521/15 521/18

524/18 524/14 538/20
538/3 539/15 548/13
549/15 567/22 606/3
613/21 613/25
scale [3]  556/15 572/15
625/5
scenarios [1]  608/7
SCHAERR [6]  489/12
489/12 489/15 489/17
491/10 545/24
Schaerr's [1]  553/6
schedule [2]  637/4
638/16
schedules [3]  638/6
638/8 639/9
scholarly [1]  561/3
scholars [1]  568/3
school [17]  491/14
544/21 547/15 547/17
547/20 550/18 551/2
563/24 593/24 594/21
594/23 594/23 598/16
600/13 618/23 632/11
634/2
school's [3]  547/11
580/20 581/25
schools [45]  519/8
544/14 548/20 551/20
564/14 564/14 564/20
575/6 580/5 580/14
582/20 584/2 584/5
584/12 584/14 584/18
585/12 586/8 586/13
586/18 589/17 589/21
589/22 591/21 591/24
592/23 593/22 595/19
596/12 596/12 597/12
598/9 598/23 598/25
599/1 599/15 607/3
610/16 610/21 610/21
627/3 628/14 629/12
633/19 636/3
science [2]  558/25
622/1
scope [7]  548/22 550/2
600/18 628/21 630/8
631/8 632/4
Scottsdale [1]  489/6
screen [9]  516/24
517/12 517/24 552/18
554/14 554/14 590/22
620/12 621/7
se [1]  571/5
search [1]  610/24
searching [1]  608/13
seated [1]  518/23
sec [1]  523/19
second [8]  521/4 558/9
558/12 558/13 616/18
620/12 624/1 626/24
Secretary [17]  499/22
500/19 500/23 500/24
501/3 507/1 507/6
520/17 527/3 532/6
532/22 532/23 533/1
533/4 538/11 542/19
542/24
Secretary's [1]  502/16
543/6
section [21]  497/22
497/22 508/16 508/17
508/18 508/20 537/7

S

section... [14]  537/19
538/17 539/17 548/1
548/12 548/18 549/15
550/8 550/10 550/17
550/22 613/25 615/20
629/20
sections [1]  525/16
secular [10]  577/4
578/25 579/11 582/22
584/2 584/18 586/9
587/12 610/10 614/20
secularization [1]
622/24
secularizing [1]  595/12
see [43]  493/14 500/7
505/15 505/17 517/11
517/25 518/6 527/8
528/24 529/4 529/5
540/2 540/3 552/18
571/8 577/2 579/2
586/7 586/8 588/24
590/20 595/18 595/18
595/23 608/5 608/8
610/6 610/11 611/18
611/19 612/21 613/13
615/4 615/17 617/9
617/22 619/4 622/12
623/7 628/11 633/6
634/4 637/3
seeing [1]  574/16 603/8
seek [3]  549/24 628/3
628/4
seeking [1]  609/16
seem [3]  577/11 598/24
618/16
seemed [5]  571/1 579/9
589/25 605/11 636/17
seems [9]  544/25
578/18 578/18 584/13
618/11 618/16 618/17
618/22 625/11
seen [4]  514/12 517/8
543/9 611/15
seldom [1]  625/18
selected [3]  602/19
602/21 609/18
selecting [1]  578/9
selectivity [1]  599/16
self [15]  559/19 581/11
585/6 588/9 588/20
589/1 599/16 602/16
602/19 602/21 604/19
607/13 608/14 609/18
623/6
self-harm [3]  559/19
585/6 623/6
self-identified [1]  607/13
self-identify [1]  581/11
self-perceived [1]
608/14
self-report [1]  589/1
self-reported [1]  602/16
self-reports [3]  588/9
588/20 604/19
self-selected [3]  602/19
602/21 609/18
self-selectivity [1]
599/16
SEMINARY [2]  487/13
489/3

send [1]  610/23
senior [1]  538/11
sense [8]  564/2 579/4
584/11 586/12 602/24
603/24 618/12 636/24
sent [1]  620/16
sentence [3]  538/20
539/8 624/1
separated [1]  623/15
separately [1]  572/22
September [4]  499/12
499/15 499/16 500/12
September 2021 [1]
499/15
series [3]  528/12
617/11 618/17
serious [5]  567/19
572/25 596/11 596/21
608/17
serve [1]  596/25
set [4]  491/1 503/2
602/20 638/8
sets [2]  529/21 578/19
setting [1]  536/4
settings [3]  578/13
594/15 602/12
seven [1]  522/14
several [8]  507/21
507/25 508/2 508/3
561/9 562/3 566/10
578/20
severely [1]  568/2
sex [27]  520/5 520/7
532/13 532/17 533/6
534/20 556/8 557/14
558/8 561/10 565/19
565/21 566/13 568/22
569/19 570/5 577/6
592/20 607/5 608/1
608/7 624/22 624/23
626/5 626/12 626/12
627/5
sex-based [1]  520/5
sexual [56]  520/21
521/10 523/1 531/18
541/1 541/7 547/20
556/1 556/5 556/8
557/2 557/6 557/11
557/17 558/7 558/20
560/20 561/25 565/7
567/1 571/5 572/20
576/25 578/6 581/2
581/12 581/18 581/20
591/19 596/7 600/24
606/1 606/15 606/21
606/23 607/16 617/12
617/20 618/1 618/25
619/8 622/19 622/20
624/7 624/12 624/24
625/8 625/11 626/12
627/5 627/9 627/15
627/20 627/24 628/17
629/2
sexuality [26]  547/12
547/14 547/16 547/18
560/24 561/16 561/20
564/16 580/20 581/25
591/17 592/5 595/17
596/17 599/6 604/25
609/15 609/16 611/4
624/3 629/9 629/22
630/13 633/1 634/20

635/1
shall [1]  549/16
shape [1]  585/16
shaped [1]  607/12
shapes [1]  604/24
share [3]  516/24 607/7
607/11
shared [1]  601/24
she [4]  605/13 637/4
637/9 637/12
she's [1]  637/10
shift [2]  597/14 597/15
shifts [1]  622/23
Shirley [1]  562/16
short [4]  510/22 543/8
614/19 635/12
shorthand [1]  567/24
shortly [1]  598/11
should [2]  504/16
504/17 505/19 512/13
512/24 513/1 538/22
570/22 585/11 586/11
586/15 599/14 609/1
609/25 612/17 612/17
612/18 616/24 617/1
622/23 628/17 633/6
shouldn't [1]  635/2
show [4]  579/17 579/18
583/25 590/20
showing [2]  623/18
623/18
shown [1]  504/16
shows [2]  543/19 607/7
shutdowns [1]  584/22
sic [2]  491/19 617/5
side [2]  584/3 584/3
sight [1]  611/19
signature [4]  641/21
641/22 641/22 641/25
signed [2]  498/23
641/22
significance [1]  592/21
significant [2]  570/13
600/6
significantly [5]  510/14
589/20 597/14 614/14
615/5
signing [1]  641/7
similar [8]  497/24
497/25 518/10 523/10
590/10 600/14 625/3
625/6
similarly [2]  504/2
516/14
simple [5]  588/20
600/24 601/23 606/2
616/17
simply [6]  505/1 511/19
525/12 525/14 574/25
578/8
simultaneous [4]  636/18
637/17 638/2 638/12
sin [5]  623/24 624/14
624/16 624/16 624/17
since [7]  496/6 519/16
522/23 553/25 567/7
585/19 620/11
sincerely [1]  630/5
630/18
single [2]  570/10
570/10
single-father [1]  570/10

single-mother [1]
570/10
sir [1]  546/24
sit [1]  513/8
sitting [6]  505/19
506/17 514/4 514/11
514/15 514/23
situation [7]  531/9
532/5 539/14 540/12
577/11 588/10 602/3
situations [4]  537/16
589/3 601/14 602/12
six [1]  614/11
Sixth [3]  571/24 573/8
574/14
Sixth Circuit [2]  571/24
573/8
Sixth Circuit's [1]
574/14
size [2]  543/2 612/21
skewed [2]  607/5 608/1
skirt [1]  639/7
slash [2]  495/23 543/14
slide [2]  607/7 626/24
slow [1]  546/2
small [7]  542/20 542/24
543/2 547/5 581/2
581/21 626/21
smaller [1]  618/10
625/5
Smith [4]  536/19 536/23
536/24 538/11
SNYDER [6]  488/15
491/8 566/1 566/2
567/15 635/22
so [221]
so-called [1]  568/11
social [9]  558/25 560/20
561/4 561/12 577/5
577/6 589/20 604/11
621/25
society [3]  560/21 577/4
612/9
Sociological [1]  560/18
sociologist [7]  555/23
571/4 571/5 572/15
573/13 593/5 593/18
sociologists [2]  562/4
619/15
sociology [12]  554/3
555/10 555/12 555/18
557/8 560/19 561/8
561/25 565/6 568/3
568/8 568/9
sodomy [4]  625/5 625/7
625/22 626/3
some [75]  491/17
496/24 499/11 513/4
513/5 515/22 516/23
516/25 520/9 520/12
522/18 531/4 532/21
537/6 543/19 544/23
546/15 546/16 549/3
549/7 556/7 556/17
556/19 556/20 556/22
560/7 561/17 563/9
565/9 566/11 569/19
570/15 572/9 573/1
577/2 578/22 578/23
579/5 585/18 585/21
586/13 587/22 587/22
589/6 591/19 594/3

596/15 596/15 597/8
599/22 600/1 601/14
601/15 603/16 603/22
605/19 609/25 612/5
612/24 615/25 619/25
620/20 627/2 627/3
631/21 632/19 633/4
633/4 633/5 633/15
633/16 633/22 634/5
634/6 636/17
somebody [5]  507/13
544/16 544/17 551/23
620/14
somebody's [2]  551/25
596/23
someone [3]  492/18
571/2 571/12
something [10]  506/1
536/8 561/10 603/19
607/22 619/21 619/22
638/9 638/13 638/22
sometime [1]  638/18
sometimes [8]  505/6
507/25 508/2 579/10
598/12 600/17 600/18
623/21
somewhat [5]  590/2
592/22 605/18 607/16
609/6
somewhere [1]  599/25
soon [2]  552/1 635/16
sorry [20]  491/22 496/2
496/4 503/21 515/11
535/2 546/24 550/19
550/24 552/6 557/19
559/17 571/14 587/18
590/23 592/17 616/18
629/13 629/15 639/2
sort [45]  559/20 561/9
562/3 562/4 564/11
571/1 582/7 585/13
585/25 588/5 588/21
592/20 596/13 597/3
598/3 599/13 599/15
604/11 608/1 608/13
609/22 610/6 610/25
611/2 611/3 612/19
617/6 622/4 622/4
622/6 622/22 623/9
623/17 623/23 624/11
624/14 628/2 628/5
628/7 628/11 629/5
634/1 634/24 635/2
635/7
sound [1]  590/16
sounds [3]  491/15
518/18 627/18
source [1]  590/2
sources [1]  593/2
Southern [1]  631/24
SOUTHWICK [18]
488/4 488/4 491/6
503/10 512/18 514/10
515/6 516/9 516/9
528/16 549/3 554/23
565/8 632/19 634/8
636/8 638/15 639/12
speak [10]  505/23
527/19 541/10 541/13
542/5 544/17 545/7
552/19 604/12 641/13
speaker's [1]  641/14

S

speakerphone [1] 641/11
speakers [3] 641/12 641/13 641/14
speaking [12] 492/9 492/13 504/12 512/2 529/17 536/7 536/13 568/11 585/4 589/5 615/13 641/12
specific [8] 504/1 504/4 520/9 524/19 525/11 528/24 540/22 618/8
specifically [4] 497/3 523/2 529/2 563/14
specificity [3] 503/2 504/3 542/4
specifics [1] 629/6
spectrum [8] 582/8 615/2 615/4 615/6 615/23 616/10 616/20 616/23
speculate [2] 536/10 541/11
speculation [16] 512/15 528/7 529/11 530/21 533/23 534/3 536/5 541/24 544/5 593/12 595/2 625/24 626/8 628/21 630/9 633/16
speculative [2] 548/23 597/17
spell [1] 553/5
spelled [1] 553/11
spent [1] 500/4
spike [1] 586/20
spoke [2] 495/3 499/11
spouses [1] 601/25
Spring [10] 517/6 519/13 519/21 520/4 520/16 521/18 522/8 522/25 523/11 541/18
stability [1] 607/20
stable [3] 586/12 595/25 608/11
stably [1] 570/8
staff [1] 538/12
Stafford [1] 597/4
stage [32] 494/7 497/4 497/6 497/9 498/6 498/9 498/13 498/14 498/14 498/17 499/4 499/5 500/16 500/19 507/19 508/14 508/24 509/6 509/25 510/3 510/4 511/16 512/3 513/5 513/5 515/1 515/3 515/14 515/18
stalks [1] 624/13
Stamp [1] 538/16
stamped [1] 519/19
stand [4] 532/19 567/12 568/21 621/17
standards [2] 504/7 504/13
star [1] 608/6
stark [1] 615/9
started [3] 544/17 555/23 618/24
starting [1] 627/13

starts [2] 607/10 608/18
state [12] 498/1 514/4 525/1 536/7 553/5 576/2 620/5 621/15 625/4 625/13 625/22 634/24
stated [4] 520/18 580/24 622/22 634/25
statement [12] 530/13 533/9 540/6 567/20 567/21 568/7 568/13 621/14 621/14 621/17 621/23 622/5
statements [4] 572/1 572/13 619/25 620/21
states [16] 487/1 487/23 489/22 509/22 520/16 525/14 529/1 558/21 567/17 567/24 585/18 600/1 609/21 622/25 625/15 641/19
stating [1] 536/3
statistically [3] 576/19 614/13 615/5
status [8] 493/5 495/2 495/16 496/20 497/17 562/19 569/24 602/13
statute [3] 549/11 549/20 549/23
statutes [1] 548/13
stay [2] 586/3 595/23
steeped [1] 624/14
stemming [1] 536/1
stenographic [1] 641/10
step [2] 506/12 523/19
stepparenting [1] 570/11
Steppler [2] 489/22 641/24
stigma [14] 557/17 558/18 559/13 577/5 577/10 580/2 620/1 620/2 621/9 621/10 624/15 625/20 627/22 633/20
stigmatic [1] 627/4
stigmatized [1] 632/20
stigmatizing [1] 633/23
still [10] 491/23 495/12 501/5 511/17 553/21 570/16 586/16 586/17 595/21 607/25
stock [1] 540/18
stop [2] 615/11 615/11
straight [7] 606/1 614/14 614/15 617/13 617/22 618/3 619/3
strain [1] 592/24
strapped [1] 612/19
Street [6] 488/5 488/7 489/5 489/13 489/15 489/18
strengths [1] 556/18
stress [1] 514/21
stressed [1] 597/3
stretch [1] 606/25
strike [1] 635/7
strong [3] 595/24 596/16 600/3
strongly [1] 564/9 616/15
structural [7] 619/25

620/2 621/9 624/15
structure [2] 526/19 569/15
structures [2] 573/14 573/20
struggles [1] 578/24
struggling [2] 578/12 625/19
student [36] 515/23 516/17 520/5 520/7 520/14 521/4 523/10 523/11 528/22 528/25 529/8 529/23 531/10 531/13 531/18 531/23 532/8 533/15 533/19 534/17 534/17 535/25 536/2 541/18 541/22 550/17 551/1 551/6 581/19 594/6 594/20 605/12 605/21 625/10 627/3 630/5
student's [5] 516/11 523/7 531/14 550/25 551/7
students [89] 516/7 516/15 520/22 521/9 524/12 527/17 528/2 530/25 533/7 534/21 535/20 535/20 535/23 543/24 544/1 547/19 561/2 563/23 578/4 579/3 579/6 579/9 579/11 579/12 580/4 580/4 580/19 581/7 581/14 581/17 581/24 582/9 582/16 582/17 582/19 582/22 584/1 584/2 584/5 584/16 585/12 585/19 586/8 586/9 587/5 587/6 587/8 588/15 594/22 596/25 597/2 597/8 597/15 598/3 598/9 598/19 599/4 600/9 600/15 600/19 600/23 601/3 606/9 607/1 609/15 614/4 614/5 614/16 615/2 615/6 615/22 615/23 617/13 617/20 618/1 618/3 618/20 619/1 619/1 619/3 626/22 632/20 632/25 633/3 633/18 634/3
students' [1] 531/6
studied [2] 570/7 594/15
studies [22] 557/22 557/25 562/8 562/24 563/2 563/11 563/17 564/24 567/8 572/10 572/15 574/2 574/5 575/12 578/20 579/6 583/23 584/16 585/24 589/12 593/6 593/18
study [63] 555/25 558/14 560/5 566/12 566/18 567/1 567/3 567/13 567/22 567/25 568/21 568/22 569/1

569/13 569/14 570/12 571/17 571/18 572/2 573/13 573/17 574/17 576/11 576/15 576/18 576/23 577/8 577/10 578/16 578/20 579/1 579/10 581/6 581/16 582/12 582/22 583/21 584/9 584/10 585/3 585/19 586/22 587/6 588/25 589/2 589/7 589/9 589/11 590/10 590/12 590/14 590/19 590/21 590/25 591/4 594/17 601/8 601/13 602/1 602/4 602/5 606/21 616/14
studying [1] 594/18
stuff [4] 567/11 596/14 623/9 629/10
stunned [1] 571/10
subject [13] 498/18 504/6 506/5 508/18 511/12 519/23 534/10 535/6 536/3 554/1 601/9 603/17 630/17
subject-matter [6] 498/18 504/6 506/5 534/10 535/6 536/3
subjective [1] 618/12
submissions [1] 639/25
submit [1] 554/4
submitted [2] 639/18 639/23
suboptimal [1] 568/23
subsection [2] 549/18 550/13
subsequent [1] 496/25
subset [1] 547/5
substance [1] 582/14
substantial [1] 590/1
success [1] 610/7
such [19] 509/18 534/22 535/5 536/2 542/4 546/18 547/4 547/15 549/19 571/10 578/9 581/3 585/10 592/14 604/7 610/21 626/2 635/13 641/18
sue [2] 550/18 551/1
sued [1] 571/12
sufficiently [1] 611/2
suggest [5] 550/4 578/11 578/23 608/19 611/15
suggested [1] 507/4
suggesting [1] 609/6
suggestion [1] 637/14
suggests [1] 578/3
suicidality [1] 584/7
suicide [3] 559/19 560/3 576/20
Suite [5] 488/5 489/10 489/13 489/15 489/18
summarize [2] 493/12 526/25
summary [4] 526/20 526/21 611/7 614/6
support [1] 577/5 577/6 597/10 601/1 604/11 604/17 605/14 613/8 613/19 613/22

633/21
supposed [2] 505/14 505/16
supposition [1] 601/1
Supreme [3] 619/17 625/14 634/11
sure [32] 491/23 492/1 499/17 503/21 512/21 517/14 518/4 522/3 536/23 551/24 553/20 558/11 560/12 572/14 582/11 586/4 599/3 600/10 603/11 604/1 604/5 604/14 604/21 606/18 608/23 612/15 620/10 620/15 620/15 621/22 624/19 638/11 639/25
surmise [2] 607/14 614/19
surpasses [1] 607/10
surprise [1] 627/1
surreptitiously [1] 578/7
survey [20] 556/14 559/22 563/4 563/6 579/14 579/21 579/24 580/18 581/5 581/10 581/24 582/21 583/21 585/3 585/7 585/11 587/4 589/2 589/4 589/15
survey-based [3] 556/14 563/6 589/15
surveys [2] 556/16 556/20
survive [1] 595/21
suspect [4] 597/20 600/16 609/5 625/12
suspected [1] 505/24
sustain [2] 593/15 630/22
Sustained [9] 527/20 528/10 530/22 548/24 550/3 595/4 628/22 630/10 632/5
Suzanne [1] 632/24
SW [2] 488/9 489/10
sworn [2] 492/5 553/1
symptoms [1] 589/20
system [1] 545/10
systematic [1] 592/15

T

table [1] 613/14
take [19] 498/10 499/20 506/12 507/20 518/5 518/16 523/24 537/3 537/9 546/15 546/16 546/23 547/5 547/9 608/25 615/12 638/8 639/10 639/17
taken [8] 496/6 514/13 518/20 523/21 548/15 576/4 639/15 641/9
takes [1] 546/11
taking [1] 501/23 510/18 610/20
talk [8] 497/3 570/24 583/20 624/16 627/8 631/20 636/15 637/2
talked [1] 550/7 557/1 581/22
talking [12] 529/6

talking... [11] 561/15
563/25 564/14 581/6
581/14 581/16 590/17
601/8 624/15 627/14
627/19
talks [4] 521/4 522/15
601/12 628/13
tapping [1] 618/11
taps [1] 623/13
taught [3] 561/6 561/8
561/9
taxes [1] 598/25
teach [2] 561/4 561/4
teaching [2] 561/1
564/21
teachings [5] 598/8
611/16 633/1 633/9
634/2
technical [2] 567/11
641/15
technological [1] 641/17
Technology [1] 545/16
TELEPHONIC [2] 488/1
489/1
tell [15] 520/13 543/2
555/8 568/25 569/13
577/20 582/6 586/25
597/12 601/10 612/12
631/9 631/10 634/18
638/9
telling [1] 564/24
tells [1] 637/9
temporary [2] 500/6
517/2
ten [2] 535/19 599/1
tend [5] 564/3 564/5
564/5 589/23 602/15
tenets [6] 506/16
520/24 524/19 539/24
541/6 549/19
tent [1] 564/18
tenure [4] 555/13
555/14 555/15 555/18
term [6] 588/6 592/8
599/9 622/16 623/7
623/18
terminated [1] 527/17
termination [1] 527/13
terms [17] 502/21
539/10 539/24 562/20
584/10 587/23 592/6
595/15 595/24 601/23
603/2 614/20 615/6
623/2 625/10 625/19
630/13
territory [1] 563/10
testified [22] 492/5
495/7 501/4 503/13
503/14 507/18 508/13
509/21 510/2 514/12
525/24 537/15 537/21
540/24 540/25 553/1
565/15 565/18 566/7
573/13 612/6 628/24
testify [3] 525/3 565/18
566/25
testifying [4] 521/24
522/17 626/21 630/12
testimony [56] 502/24
503/1 505/13 507/23

509/8 510/4 510/5
507/17 511/8 512/4
513/11 513/16 514/7
515/4 532/15 532/18
532/19 532/25 533/10
533/11 533/12 533/19
533/22 534/2 534/10
534/12 534/14 534/16
535/4 535/7 535/11
537/22 562/5 566/11
566/18 566/21 567/17
567/18 567/23 572/2
572/22 574/23 575/2
575/7 576/12 578/2
608/20 609/7 613/2
620/2 628/21 629/23
630/8 630/15 632/4
632/22
Texas [6] 552/21
553/25 555/9 555/13
568/4 625/15
text [3] 549/10 549/23
585/10
texted [1] 548/4
than [37] 509/23 512/22
513/3 515/1 525/7
531/13 541/14 546/15
546/16 546/23 547/5
547/9 557/8 578/25
579/9 579/12 584/9
584/18 587/19 588/21
589/3 589/22 598/23
598/24 602/2 602/18
603/8 605/20 607/1
610/9 610/10 614/14
615/6 616/1 617/4
618/22 622/4
thank [55] 491/25 492/2
503/4 503/6 518/5
518/18 519/9 519/12
519/18 528/17 528/19
532/11 537/13 544/11
544/22 546/3 546/9
551/10 551/13 551/16
552/6 552/9 552/13
552/22 553/4 553/13
554/1 554/18 560/11
560/14 566/3 573/4
575/8 575/15 575/17
575/24 576/6 576/9
580/6 580/15 580/16
583/18 591/8 609/10
611/22 612/4 619/11
622/8 632/12 635/10
635/24 635/25 636/5
636/13 639/23
Thanks [1] 503/12
that [940]
that's [56] 496/14
496/23 503/19 503/23
504/24 509/24 510/1
520/1 522/10 523/14
530/2 533/25 540/23
542/17 545/23 549/21
553/21 557/4 560/9
562/3 563/19 567/2
568/1 572/4 574/1
577/17 577/19 582/24
583/2 583/3 584/19
585/23 595/21 597/19
599/7 602/5 606/8
606/13 608/18 609/18

612/15 614/23 614/25
619/9 622/1 624/14
625/12 627/7 629/5
633/22 633/25 636/10
636/21 638/20 639/5
639/14
their [72] 492/18 506/17
510/25 520/22 523/12
527/17 531/2 531/24
533/16 533/20 544/2
544/8 550/11 551/2
563/21 564/11 568/16
569/21 569/25 570/1
570/1 570/1 570/2
570/2 577/12 580/25
584/18 592/7 592/7
593/8 594/24 595/9
595/10 595/15 595/21
596/9 596/17 596/24
598/3 598/10 598/18
599/5 601/6 601/21
602/18 603/21 604/3
605/2 605/21 605/21
610/3 610/17 610/20
609/16 610/6 611/1
611/2 617/19 623/11
623/17 623/21 623/23
624/7 624/18 624/21
625/2 626/5 628/18
629/1 630/5 638/12
639/9
them [66] 505/19
511/17 514/5 514/15
515/14 517/10 518/15
533/8 556/19 556/20
560/17 560/18 561/3
563/1 563/21 564/7
567/9 574/6 574/8
578/7 578/8 578/8
581/21 582/20 584/3
591/19 592/24 594/16
596/9 596/15 596/24
597/6 598/10 599/22
600/17 601/17 604/8
604/9 604/10 605/22
606/11 607/21 607/22
608/9 610/16 610/24
611/2 614/9 617/13
618/13 623/22 628/19
629/1 631/20 631/20
631/21 632/21 633/5
633/5 633/6 633/7
633/13 633/16 633/24
634/6 634/7
themselves [7] 527/19
542/5 572/24 605/10
607/8 607/15 641/13
then [58] 495/13 496/6
496/20 505/16 505/17
507/6 507/7 507/14
507/19 507/20 516/3
518/5 518/12 520/9
521/12 521/17 522/12
524/14 526/16 526/23
528/5 529/1 529/8
529/24 530/4 537/10
538/10 538/15 539/13
539/24 542/19 550/18
551/1 553/5 555/5
555/18 555/19 557/17
558/25 596/20 599/14
607/10 607/10 608/24

608/24 614/13 616/4
616/12 617/1 638/17
623/5 631/2 634/5
636/6 637/15 637/23
637/25 638/16
theologian [1] 623/8
theological [8] 564/11
592/7 592/19 593/7
593/20 595/16 623/14
623/24
theologically [2] 564/5
564/20
theology [6] 591/14
592/8 609/15 624/3
629/22 630/13
theology-based [2]
624/3 629/22
theology-informed [1]
592/8
theory [4] 556/8 557/4
557/7 559/12
therapy [2] 627/21
628/6
there [82] 491/19 496/6
496/15 496/17 498/16
500/6 504/4 505/9
505/9 505/14 505/15
507/3 507/21 508/3
514/13 514/13 515/8
520/9 537/3 538/20
540/2 543/7 543/17
544/17 544/19 549/7
550/13 552/14 552/18
553/21 555/10 555/16
555/17 559/12 559/19
563/23 564/1 569/18
570/18 574/6 574/6
580/4 580/23 581/6
582/20 584/13 587/23
587/24 597/2 597/8
599/14 600/2 602/22
606/19 607/7 607/14
608/1 609/5 609/19
610/15 611/9 612/6
613/20 613/20 613/21
613/22 616/3 617/1
617/16 623/7 627/15
627/19 627/24 628/2
628/9 628/10 628/15
629/14 633/2 635/13
639/10 639/12
there's [52] 497/11
501/22 502/5 504/1
504/3 504/9 504/10
504/11 505/15 507/13
507/19 514/11 524/17
525/11 525/17 536/17
536/17 537/17 544/9
562/3 570/17 574/11
584/9 584/12 587/4
592/24 598/12 599/15
599/17 600/25 602/25
603/14 603/16 607/2
607/12 607/18 607/25
609/2 609/21 609/22
610/20 612/11 613/22
615/20 616/11 616/13
616/17 617/13 618/10
623/4 639/20 639/22
thereafter [4] 560/7
637/16 638/1 639/20
Therefore [1] 521/19

thereof [2] 593/4 596/8
these [70] 494/12
494/13 502/2 502/5
504/13 507/25 511/5
511/12 511/21 512/12
512/22 512/23 513/4
514/16 514/23 516/25
517/8 513/8 514/11
518/13 525/12 531/5
542/25 547/8 556/14
556/16 557/22 561/11
564/20 569/17 569/20
575/12 577/3 577/21
577/25 580/5 586/11
587/10 587/12 588/19
588/21 592/11 592/22
593/21 593/21 595/19
595/25 597/11 598/9
598/25 600/19 601/16
605/20 606/19 607/23
607/18 607/24 608/5
612/20 625/6 625/21
627/3 627/4 628/1
628/10 633/12 639/8
thesis [1] 559/6
they [147] 500/3 501/20
505/22 505/22 505/24
506/3 506/4 506/6
506/8 506/10 506/10
506/12 506/12 507/5
509/14 509/24 510/15
510/21 513/1 519/9
520/20 525/14 535/21
535/22 542/5 544/7
544/7 556/3 559/20
559/21 564/3 564/5
564/5 572/3 573/11
573/23 576/24 577/9
577/11 578/7 578/25
579/25 580/24 582/8
585/15 587/3 587/16
588/2 588/8 589/4
590/2 592/6 592/22
593/3 593/7 595/9
595/12 595/20 595/22
595/22 595/23 596/1
596/2 596/13 596/16
596/16 596/25 597/1
597/19 597/22 598/2
598/11 599/2 599/18
599/22 599/24 600/14
600/15 600/17 601/13
601/14 602/18 603/22
604/10 604/15 604/17
605/16 605/19 606/4
606/5 607/17 607/22
608/9 608/13 609/18
610/14 610/14 610/16
610/16 610/24 610/25
611/1 611/3 612/12
614/11 614/16 614/16
617/14 614/20 616/14
617/18 618/10 618/13
618/16 619/2 619/2
623/21 623/22 624/7
624/11 625/1 625/12
625/17 626/5 627/5
628/4 629/3 632/21

**T**

they... [10] 633/7
633/12 633/15 633/17
633/17 633/25 634/13
634/17 638/11 641/13
they'll [1] 596/3
they're [41] 504/8
505/21 510/16 512/8
524/20 535/21 551/24
587/22 587/22 588/9
588/20 588/24 589/12
589/16 592/3 596/19
596/20 596/20 597/2
597/18 598/18 600/16
600/17 600/18 601/2
605/6 605/14 605/23
610/2 611/20 613/23
614/13 616/2 616/5
616/7 616/7 626/4
628/12 629/7 633/24
639/8
they've [1] 511/16 579/9
thing [7] 507/2 564/12
571/10 595/11 612/9
626/25 635/13
things [23] 499/19
556/18 561/11 561/24
564/3 572/14 582/15
586/15 586/15 587/22
587/22 588/21 600/19
601/2 605/4 605/23
606/19 608/11 612/20
623/22 623/22 628/10
629/17
think [75] 491/11
503/14 505/2 537/20
555/16 558/14 561/10
562/2 565/22 574/15
574/23 575/14 577/17
578/3 582/9 582/10
585/17 588/14 590/2
590/5 590/15 592/24
594/6 594/21 594/22
596/2 596/11 597/13
599/12 599/15 599/17
600/23 601/12 603/2
603/17 605/1 605/2
605/16 606/8 606/12
606/25 608/25 609/2
609/13 609/19 610/3
610/14 610/20 610/23
612/12 612/15 612/16
618/12 621/24 622/23
623/7 624/11 625/1
625/9 625/20 627/7
628/5 629/5 633/12
633/17 633/22 633/24
634/13 634/23 634/24
634/25 635/5 635/6
639/2 639/8
thinking [1] 589/2 599/8
third [5] 521/5 556/6
558/10 607/6 608/3
thirds [2] 607/2 608/4
this [258]
thorough [1] 541/11
thoroughly [1] 569/12
those [72] 493/5 499/23
500/1 501/8 501/11
501/18 502/13 504/7
505/4 506/15 506/21

506/23 506/23 511/24
524/25 525/16 531/9
535/12 535/19 537/10
537/11 539/22 541/20
544/1 556/3 556/25
562/8 562/12 563/11
564/3 564/10 568/24
569/18 570/3 572/14
576/16 579/4 580/22
583/22 586/2 586/15
587/17 587/18 587/19
592/2 593/1 594/15
594/17 595/8 595/12
596/22 597/14 608/22
608/8 608/11 610/21
614/19 616/15 617/3
625/1 626/3 626/14
629/11 629/12 630/3
630/18 632/24 633/8
633/23 635/4 635/6
639/14
though [13] 515/18
558/22 582/11 585/8
604/1 606/20 611/13
613/25 614/6 618/7
624/19 625/25 629/6
thought [4] 515/8 545/5
545/14 598/24
thoughtful [1] 541/14
thousands [4] 546/18
546/23 547/1 609/21
threatened [1] 577/1
threatens [1] 533/7
three [14] 516/25 518/9
518/13 522/5 555/19
556/15 561/11 562/7
562/9 563/16 563/19
575/1 600/3 619/7
three-quarters [1] 619/7
through [12] 496/3
496/22 510/11 514/17
515/14 517/10 517/22
519/15 526/18 607/9
613/4 627/14
Thursday [2] 576/13
637/11
thwarted [1] 578/7
tick [1] 594/16
tie [1] 544/19
time [45] 491/1 500/5
507/23 508/25 510/3
510/6 510/22 510/23
514/25 517/7 521/8
523/24 533/19 546/10
546/11 546/22 547/4
549/7 567/5 568/11
571/14 574/15 576/23
590/3 598/20 599/23
602/19 603/5 604/16
607/18 607/24 608/6
608/18 609/2 610/20
611/24 614/15 617/9
626/5 633/15 634/5
635/24 639/10 639/18
639/24
timed [1] 603/4
timeline [2] 499/24
500/1
timeliness [5] 495/4
495/7 495/11 505/1
512/7
timely [2] 498/19 521/7

**times [6]** 561/6 581/4
584/1 596 616/2
617/8
title [43] 492/20 506/16
506/17 508/5 516/15
519/24 521/5 521/12
522/8 523/1 523/7
523/12 524/20 524/21
524/25 525/4 525/6
525/25 528/21 531/2
531/3 531/7 531/18
531/22 533/16 533/20
534/23 534/24 535/1
535/17 537/16 538/12
541/17 542/17 542/21
544/2 548/21 549/16
550/17 550/18 551/2
551/6 555/11
today [19] 491/16
503/12 522/22 532/19
533/12 534/2 534/14
537/21 545/15 550/16
552/8 562/5 598/23
608/18 612/5 618/22
621/17 629/23 637/3
together [3] 557/7
561/11 616/15
told [2] 514/22 594/6
Tom [1] 606/3
tons [1] 612/20
too [5] 595/15 601/25
602/21 607/22 634/25
took [11] 547/4 552/6
553/23 560/5 563/5
563/7 571/17 579/5
585/23 586/19 587/1
top [1] 621/13
topic [3] 560/17 563/10
608/24
topics [1] 556/24
tossed [1] 599/10
total [2] 581/16 581/17
toward [3] 500/12 536/9
540/6
towards [3] 520/14
521/17 593/8
track [1] 559/21
tradition [1] 592/3
traditional [9] 564/15
596/17 596/24 598/7
609/14 609/17 632/25
633/8 634/19
traditionally [1] 564/7
traditions [1] 595/16
training [4] 539/23
540/15 540/16 565/4
trans [2] 616/20 616/23
trans-spectrum [2]
616/20 616/23
transcript [11] 487/21
636/23 637/10 637/10
637/12 637/14 637/16
638/11 638/16 641/8
641/21
transfer [1] 599/25
transgender [11] 515/23
516/11 523/10 528/21
528/25 529/8 529/23
534/20 541/18 541/22
557/20
transitioning [3] 534/21
593/9 594/24

**transitions [2]** 557/19
557/23
treat [1] 520/22
treated [1] 504/8
treatment [1] 627/21
tricky [1] 617/7
tried [4] 513/22 563/9
593/8 594/23
Trinity [1] 553/19
trite [1] 623/18
TRO [2] 508/24 508/25
trouble [3] 544/25
596/21 629/13
troubles [1] 586/1
true [10] 509/4 515/3
543/23 570/21 604/14
625/20 630/12 630/15
633/22 641/7
trusted [1] 605/19
try [1] 564/14
trying [17] 511/4 516/16
522/18 531/1 545/7
585/23 596/23 597/22
603/21 604/9 605/8
606/4 619/20 619/22
620/19 624/17 629/13
TUCKER [10] 489/4
491/13 519/17 544/20
551/21 552/3 575/5
635/23 636/4 639/4
tuition [4] 596/20
596/20 596/22 610/22
tuition-dependent [4]
596/20 596/20 596/22
610/22
turn [13] 492/17 504/16
504/17 504/20 519/12
523/15 536/22 547/23
547/25 552/13 553/6
597/8 621/19
turning [1] 622/9
turnover [1] 569/17
tweak [4] 595/13
595/14 596/4 611/2
two [22] 500/11 518/16
560/19 561/21 569/17
570/11 570/12 573/11
575/1 583/22 584/16
587/18 600/2 607/2
608/4 611/6 626/15
637/1 637/12 637/16
637/25 639/14
two-minute [1] 518/16
two-thirds [2] 607/2
608/4
type [24] 498/22 563/20
563/21 563/24 564/13
580/5 582/19 584/17
589/17 589/22 591/24
593/21 594/21 597/22
599/5 600/9 600/13
604/3 604/8 605/7
605/15 609/23 610/11
633/18
types [6] 569/16 569/18
569/18 579/2 580/3
602/23
typically [11] 572/15
585/4 588/9 592/6
593/1 593/3 596/19
605/8 624/25 628/1
628/10

**U**

U-shaped [1] 607/12
U.S [3] 487/7 491/2
641/2
ultimate [3] 500/14
500/17 500/20
ultimately [2] 573/9
634/11
unaware [1] 574/18
unbelievable [3] 567/18
567/23 572/25
unclear [1] 570/5 570/5
596/10
uncontroversial [1]
592/12
under [17] 491/24
495/10 497/21 497/22
501/2 524/16 525/16
525/16 535/1 535/6
535/12 537/7 550/8
550/13 632/21 633/5
639/17
undergraduate [2]
561/5 594/7
underpinnings [1]
572/12
understand [19] 512/5
512/6 550/19 552/14
558/5 558/9 560/10
562/21 571/22 575/12
575/13 576/1 576/3
590/21 599/3 600/20
623/17 631/13 634/14
understanding [26]
496/24 497/2 510/8
528/6 532/25 549/21
550/16 550/23 550/25
551/5 551/9 563/18
564/15 584/21 591/16
592/1 592/9 595/20
596/17 599/4 600/12
605/3 611/4 623/24
624/6 625/17
understandings [6]
564/8 595/16 623/14
629/8 635/1 635/8
understands [3] 556/8
557/5 606/8
understood [5] 550/5
558/10 575/24 578/5
635/8
undertakes [1] 498/17
unheard [1] 570/25
unhindered [2] 624/3
629/23
Union [1] 541/5 541/6
unique [5] 561/9 577/2
578/5 587/2 612/8
uniquely [2] 611/20
623/12
UNITED [9] 487/1
487/23 489/22 558/20
585/17 599/25 609/21
622/24 641/19
universities [20] 487/11
489/8 503/21 578/5
578/9 580/3 582/23
587/12 587/14 589/23
595/12 595/25 597/2
605/20 609/22 609/23
614/21 623/10 624/7

**U**

universities... [1] 630/17
Universities' [1] 572/13
university [56] 487/12
487/13 489/3 497/16
515/22 516/2 517/6
518/11 519/13 519/21
520/4 520/6 520/19
521/18 522/9 522/25
523/11 523/11 523/16
524/5 524/19 524/20
524/21 525/20 526/19
527/7 527/9 527/15
528/1 534/19 536/2
541/5 541/5 541/7
541/18 541/19 547/13
552/21 553/22 553/25
555/9 555/13 568/4
581/1 582/7 582/21
583/9 583/11 587/4
607/19 615/3 615/21
616/6 616/21 617/3
626/25
university's [7] 520/8
520/18 521/21 527/11
534/17 541/6 626/23
University-based [1]
582/7
unlawful [1] 534/22
535/1 535/5
unless [1] 528/25
unlike [1] 567/6
unnamed [1] 595/2
unrelated [1] 555/1
until [3] 500/4 501/15
574/18
untrue [1] 571/15
unwanted [2] 628/7
628/8
up [48] 491/23 492/24
498/21 504/16 506/24
509/22 516/25 517/4
522/7 542/11 557/13
557/15 566/3 569/20
569/22 570/1 570/4
573/2 575/8 582/2
584/21 589/2 589/4
595/10 596/14 607/10
608/4 609/12 611/2
611/6 612/5 613/9
613/13 615/18 620/12
620/16 621/8 621/20
621/21 622/10 623/25
625/13 626/24 627/11
629/14 631/2 639/10
639/20
uphold [1] 567/8
upon [3] 569/21 573/13
579/5
us [17] 491/12 515/21
517/17 521/20 523/24
536/9 541/13 555/8
566/10 568/25 569/13
576/15 582/6 586/25
590/21 622/1 638/19
use [20] 498/24 502/19
502/21 502/21 502/23
503/14 503/16 545/11
545/13 546/14 571/22
582/14 584/11 592/6
592/8 622/1 622/16

**Case 6:21-cv-00474-AA Document 211 Filed 11/08/24 Page 179 of 181**

623/6 635/7 638/11
used [2] 576/23 597/22
uses [1] 492/10
using [1] 622/3
usually [1] 595/24
utterly [1] 592/12

**V**

value [3] 569/6 618/4
619/7
valued [2] 616/25 617/1
valuedness [1] 617/5
Vanderbilt [3] 587/4
588/25 589/2
variables [1] 571/23
varies [1] 604/18
variety [11] 512/8 561/2
563/5 567/8 570/9
577/12 579/25 582/9
582/14 587/13 627/16
various [4] 494/13
498/16 604/24 623/10
vary [1] 564/10
vast [1] 510/13
Velez [1] 493/10
ventured [1] 555/25
verifiable [1] 612/9
versus [2] 580/4 616/12
very [21] 501/13 502/17
502/18 504/4 508/6
517/13 529/2 540/19
543/8 547/6 552/6
552/7 552/13 567/11
571/14 592/22 608/17
609/7 616/2 618/19
639/7
via [2] 641/9 641/11
victimization [2] 582/13
584/10
video [6] 488/1 489/1
641/8 641/9 641/15
641/18
view [3] 514/15 591/23
624/8
views [2] 568/5 634/19
violated [1] 535/15
violating [1] 626/23
violation [2] 550/18
551/2
violations [3] 492/20
527/13 580/19
violence [2] 577/1
586/15
violence-related [1]
586/15
vision [2] 624/2 629/21
visual [1] 641/10
VOLUME [1] 487/20
vulnerability [1] 584/13

**W**

W-I-L-L-S [1] 492/4
wait [4] 528/10 528/10
528/10 615/11
waiting [1] 517/23
638/16
waive [1] 495/6
waiver [9] 495/1 495/2
495/5 495/6 495/11
495/14 495/16 498/20
512/7
waivers [1] 495/3

want [40] 508/15
501/24 512/14 525/19
528/4 547/23 547/25
551/23 551/25 558/4
581/12 598/21 599/18
600/17 602/20 604/15
605/22 606/5 606/5
607/22 608/9 608/16
613/5 613/9 617/14
618/9 619/2 620/20
625/19 626/24 629/18
632/25 633/8 633/25
636/16 637/14 637/24
638/8 638/10 638/13
wanted [5] 491/22
521/2 547/7 560/10
634/24
wants [1] 605/13
was [153] 493/10
493/22 494/2 496/8
496/10 496/17 496/18
497/14 497/20 497/21
497/25 500/6 500/9
500/10 501/16 505/25
507/9 508/25 510/4
510/5 510/22 510/23
511/1 511/3 511/4
511/12 511/14 511/19
511/23 511/24 511/25
513/15 515/11 515/24
516/1 516/12 518/20
521/6 521/9 521/9
522/11 522/1 522/15
523/7 523/21 525/24
526/4 526/15 526/16
527/10 527/15 530/2
530/11 532/15 532/24
533/5 534/10 535/5
535/11 535/14 537/22
541/19 542/2 544/17
544/18 546/13 549/3
549/7 551/2 553/19
553/20 555/16 556/6
557/4 557/12 557/14
558/8 558/12 558/13
558/14 558/24 559/12
559/12 559/15 559/19
559/20 560/8 561/10
563/8 563/16 565/21
565/22 568/11 568/12
568/17 569/12 569/14
569/18 570/12 571/2
571/7 571/10 571/12
573/8 574/18 574/18
575/15 576/12 580/23
581/6 582/9 582/10
582/18 582/18 582/19
582/19 584/22 584/25
585/7 585/9 585/9
585/13 585/19 586/5
587/2 587/6 587/7
587/13 588/3 588/14
590/5 590/6 594/8
599/8 599/10 599/12
602/2 605/1 610/7
615/10 618/22 619/22
620/22 620/25 621/12
622/2 631/12 631/13
634/19 634/24 635/2
636/18 637/6
Washington [5] 488/14
488/17 489/13 489/16

**489/18**

489/18
wasn't [1] 510/22
way [11] 500/5 506/24
513/6 544/1 544/8
571/4 586/19 588/14
603/21 631/21 639/6
ways [5] 577/2 596/9
604/24 611/3 634/15
we [123] 491/15 491/17
491/18 498/2 498/17
498/18 498/22 498/24
498/24 499/16 499/17
500/2 500/4 500/10
501/11 502/21 502/21
503/14 504/5 504/7
504/13 505/3 506/5
506/8 511/21 512/2
512/8 514/19 514/20
515/13 517/17 517/22
518/2 518/2 518/5
520/12 520/13 520/14
521/3 525/17 525/17
526/11 526/17 527/11
531/5 532/21 533/5
534/16 534/18 540/7
540/8 540/9 541/11
541/12 543/15 543/15
545/14 545/14 547/7
547/8 549/2 550/7
552/4 552/6 554/6
554/19 556/8 558/23
560/19 564/7 564/17
569/23 570/7 574/21
574/23 574/24 575/6
575/17 579/3 580/7
583/12 583/20 585/4
585/13 586/2 586/10
590/22 591/3 592/24
593/17 595/13 595/14
595/14 596/4 599/14
608/21 609/1 609/24
610/6 610/6 613/12
613/13 613/22 614/22
614/24 616/3 616/12
629/14 629/18 629/19
636/16 636/17 636/18
638/10 638/12 639/2
639/10 639/19 639/22
639/25
we'd [2] 576/2 592/10
we'll [5] 491/24 552/13
586/2 620/16 639/16
we're [18] 491/17 509/2
510/13 517/22 518/9
522/6 526/7 529/6
551/25 581/16 581/14
581/16 584/3 601/8
615/19 627/13 637/8
638/15
we've [9] 503/10 506/22
514/12 530/24 534/18
575/2 581/22 590/25
593/20
weaker [1] 622/4
wearing [1] 641/11
wedding [1] 621/1
week [3] 577/23 578/22
608/19
weekend [1] 606/11
weeks [5] 500/11
503/11 637/13 637/16

**638/1**

weigh [2] 536/13
575/14
weight [2] 575/11
575/21 609/8
welcome [1] 635/18
well [49] 504/21 509/22
516/11 517/21 528/3
530/25 532/4 532/22
545/1 545/3 548/20
554/1 564/2 565/4
566/16 568/8 568/25
569/25 572/22 574/21
578/22 579/16 580/1
580/23 583/20 584/20
587/23 589/12 590/6
591/14 592/3 592/18
595/7 599/24 601/8
609/10 614/11 614/22
615/15 625/13 629/14
630/8 631/8 632/3
634/18 636/11 638/20
638/24 639/24
well-being [1] 569/25
Wells [3] 537/13 537/21
542/15
went [3] 518/15 534/16
534/18
were [47] 499/11
499/16 499/17 500/3
505/4 508/3 510/12
510/20 510/21 517/1
526/1 531/1 545/5
549/7 555/17 558/5
559/22 561/18 563/6
563/14 569/1 569/18
569/21 570/8 578/5
579/6 580/19 580/22
581/7 581/17 585/14
585/15 589/21 593/17
594/6 597/15 605/8
614/9 617/11 618/24
625/17 625/22 626/20
630/18 634/18 636/17
636/18
weren't [2] 535/21
586/10
WESTERN [2] 487/12
489/3
what [142] 493/14
493/20 494/1 494/6
494/11 494/16 494/24
495/4 495/21 497/6
497/17 498/6 498/12
501/14 502/17 502/18
502/24 503/1 503/2
505/17 506/14 506/18
511/24 512/5 513/3
513/3 514/22 515/12
525/14 527/1 537/16
537/19 538/8 540/8
540/9 540/20 540/20
541/13 542/2 544/2
554/1 554/24 555/2
555/11 555/17 555/21
555/21 556/7 556/12
556/13 556/23 557/5
558/12 558/17 559/8
559/24 562/19 563/14
563/24 564/24 566/11
566/17 568/25 569/4
569/13 570/17 571/19

**W**

what... [75] 573/8 573/8
576/15 579/3 579/24
580/22 582/2 582/6
582/8 582/12 583/20
583/22 583/25 584/20
585/2 585/24 585/24
586/18 586/22 587/1
591/22 591/23 592/1
592/10 593/6 593/21
594/15 595/7 595/23
596/4 596/23 597/21
597/22 598/20 599/2
599/18 601/14 603/8
603/12 604/2 604/12
606/4 606/5 606/14
607/22 608/9 608/21
608/21 609/7 609/13
609/13 609/18 610/11
612/18 613/14 616/11
618/12 621/7 621/13
622/17 623/9 628/2
628/4 630/12 630/14
631/13 632/24 633/10
633/17 633/17 634/11
635/2 635/7 637/3
639/24
what's [5] 544/8 563/18
579/17 595/15 599/3
whatever [2] 499/3
501/12
when [41] 495/9 496/8
500/9 501/18 501/20
501/25 504/10 504/21
512/2 513/22 523/24
537/2 537/10 538/18
538/20 541/3 541/16
546/14 548/20 555/15
559/22 561/15 562/9
563/24 564/13 569/22
570/7 585/13 588/24
596/13 605/25 608/3
614/11 618/8 618/22
618/24 622/10 628/11
636/24 638/10 641/12
where [30] 497/12
497/23 503/20 503/22
503/23 504/16 504/16
504/19 531/12 531/22
532/5 532/8 537/16
539/4 540/12 540/13
543/15 549/3 553/25
555/8 556/6 569/18
595/24 598/6 598/6
598/6 607/7 621/14
623/19 628/6
wherein [1] 498/14
whether [63] 494/25
495/13 498/15 498/18
498/19 498/20 498/21
498/22 499/23 500/14
500/17 500/20 502/1
504/18 505/2 505/7
505/18 505/23 505/25
506/15 508/18 513/1
514/20 516/13 516/16
530/4 532/12 533/8
533/14 533/16 533/20
534/7 534/21 535/7
538/25 539/6 539/19
540/10 541/5 541/6

541/20 542/22 543/17
543/20 580/18
595/20 605/6 605/23
605/25 609/14 610/24
610/25 611/1 613/23
613/23 617/17 617/17
617/24 618/13 632/19
633/7 637/11
which [67] 494/12
497/13 497/23 498/3
498/20 498/24 499/24
506/7 506/25 508/16
509/3 510/13 513/5
516/9 516/17 519/13
520/15 524/21 525/4
525/18 525/22 530/25
531/1 531/9 531/17
533/6 534/17 534/18
536/19 538/16 539/23
540/25 547/23 549/17
553/20 555/23 560/14
563/8 564/21 567/24
568/10 569/16 570/25
579/1 580/19 581/18
584/11 585/9 587/6
588/3 588/4 588/10
588/21 589/23 593/21
598/25 610/7 611/3
612/25 613/1 613/7
614/18 616/1 616/19
622/3 623/21 635/4
while [10] 517/22 577/3
577/4 577/9 605/14
607/21 608/13 610/17
614/9 620/11
who [74] 493/9 493/10
494/18 500/14 500/20
515/24 527/7 527/17
528/2 531/1 535/20
535/25 540/16 540/24
543/24 557/13 557/14
559/22 569/19 569/21
570/3 570/4 570/7
571/2 571/3 572/14
572/15 574/6 577/16
581/7 581/17 584/5
593/6 593/18 596/22
597/8 597/15 597/18
597/18 597/19 598/15
599/5 599/8 599/12
599/17 600/9 601/5
603/12 603/20 604/15
605/8 607/8 607/11
607/15 608/6 609/15
609/25 610/15 614/17
616/15 618/9 619/15
623/5 624/8 626/22
632/25 633/3 633/4
633/8 633/18 634/24
637/1 637/3 637/11
who's [5] 558/15 564/2
564/3 571/4 605/12
whole [4] 510/3 560/16
569/23 625/9
whom [3] 612/17 633/4
633/5
whose [2] 550/11 559/8
why [10] 497/20 501/10
501/21 502/4 505/17
590/22 600/12 621/24
623/4 623/11
wide [3] 585/19 623/4

628/5
widely [1] 567/3
568/2 585/13 620/7
621/16 629/6 635/8
wider [1] 606/21
will [48] 491/12 501/3
501/8 501/14 501/18
501/20 501/24 501/25
502/1 502/17 502/18
504/11 506/12 506/12
508/22 519/9 521/25
539/9 541/9 541/10
541/11 541/14 543/3
548/19 569/7 574/24
575/9 575/10 575/10
575/19 575/20 575/22
580/15 583/17 595/19
595/22 595/23 595/25
597/3 609/5 610/23
629/11 631/17 639/12
637/19 639/18 639/19
639/25
WILLIAM [3] 487/12
489/3 538/11
willingly [1] 610/1
Willis [1] 491/19
Wills [43] 491/21
491/22 491/22 492/9
503/10 508/13 509/12
513/16 514/2 515/12
515/16 516/6 516/11
517/7 519/12 519/17
522/5 522/21 523/24
524/23 525/8 528/9
528/13 528/15 528/19
529/14 530/24 531/9
531/17 532/11 532/12
535/17 536/16 537/3
538/2 541/3 542/7
543/9 544/11 545/25
546/4 548/10 552/6
wish [3] 606/11 609/18
628/4
withdrawn [1] 560/8
within [10] 495/8 499/24
521/20 536/3 538/25
593/13 595/12 596/13
625/5 629/6
without [7] 525/13
563/1 564/24 568/9
574/5 577/17 641/21
witness [22] 490/2
491/18 517/16 522/1
534/18 551/12 551/16
552/1 552/4 552/14
552/17 553/1 554/25
562/7 562/9 563/17
566/7 575/23 611/24
635/11 635/16 635/18
witnesses [4] 552/10
552/11 556/19 636/1
Wolff [10] 562/10 589/7
589/11 589/19 590/6
590/10 590/14 590/23
590/25 622/2
Wolff's [1] 590/18
woman [2] 531/1
591/20
women [13] 527/7
527/9 539/17 540/14
564/9 592/11 606/24
606/24 607/1 607/2

607/8 607/13 607/15
wonder [1] 589/24
wondering [1] 516/13
word [3] 546/14 599/9
621/23
wordings [1] 617/8
words [3] 568/24 622/1
622/21
work [8] 511/21 555/8
555/9 568/14 573/20
607/6 636/19 637/17
worked [1] 545/22
working [1] 629/14
works [2] 597/11
597/13
world [4] 600/2 605/18
624/8 624/13
worse [5] 570/6 579/10
584/17 586/8 589/3
worthy [2] 567/19
572/25
would [146] 491/23
498/21 498/23 499/20
501/14 503/16 505/4
505/22 505/23 506/3
506/8 507/7 507/7
507/9 508/9 508/10
512/10 512/12 512/18
512/23 513/9 514/2
515/6 516/18 517/11
517/12 518/6 520/23
526/6 526/21 527/11
530/12 530/18 533/16
533/21 534/22 534/24
534/25 535/5 535/13
535/25 536/2 536/8
536/9 536/13 536/21
540/23 544/7 546/21
547/3 549/18 550/4
550/14 551/6 552/16
552/19 552/22 554/19
559/18 561/21 564/21
566/1 566/2 571/10
574/8 575/17 578/7
580/7 583/12 585/10
585/20 586/6 586/7
586/7 586/12 586/17
591/3 591/21 591/22
591/22 593/6 594/23
595/8 595/10 595/11
595/12 596/11 596/15
596/16 596/23 597/1
597/5 597/7 597/8
597/14 597/17 597/19
597/22 598/15 604/2
604/7 604/8 604/10
604/14 604/17 605/8
605/14 607/1 607/5
608/9 608/22 608/25
612/12 614/18 616/1
617/5 618/5 618/19
624/20 624/25 625/1
625/3 625/13 625/25
626/5 626/9 626/11
626/17 627/1 627/2
630/16 632/24 632/2
633/10 633/10 633/23
633/23 634/21 635/5
635/6 636/24 637/13
637/19 637/25 638/2
638/17
wouldn't [2] 504/25

602/20
wrap [1] 611/6
write [1] 547/17
writers [1] 635/6
writing [2] 547/18 623/8
written [11] 508/20
509/18 547/11 547/13
549/11 556/10 557/15
559/6 561/19 601/9
639/25
wrong [2] 510/25
570/17
wrote [3] 556/1 556/3
583/24

**Y**

Yarhouse [5] 601/8
601/12 602/4 602/20
603/8
Yarhouse's [1] 602/8
yeah [46] 513/22
536/23 536/24 542/13
544/7 545/13 557/4
558/13 559/14 559/17
562/2 562/17 563/9
564/17 566/16 568/17
569/12 578/3 578/3
578/16 579/15 582/18
584/19 586/11 586/24
587/13 587/13 590/21
597/24 599/7 600/8
600/14 604/10 613/10
613/19 614/12 615/18
616/24 617/16 618/1
618/23 621/7 621/12
627/1 627/7 639/3
year [10] 510/6 526/1
546/13 546/18 547/11
553/23 553/24 557/15
576/23 599/13
years [13] 555/10
555/19 558/18 561/3
561/6 561/9 564/22
569/20 569/22 570/1
571/4 574/12 610/3
Yep [2] 621/3 637/23
yes [139] 492/12
492/16 492/21 493/3
493/13 493/19 493/25
494/5 494/10 494/15
494/22 495/15 495/19
496/1 496/17 497/5
497/14 497/21 501/2
503/19 506/12 507/17
508/2 508/11 510/1
511/14 512/2 514/17
515/25 516/5 519/2
519/22 520/1 520/11
521/1 521/11 522/10
522/22 523/5 523/9
526/22 527/14 529/5
532/18 533/13 533/19
533/25 534/5 534/10
534/13 535/5 536/8
537/5 540/6 542/17
543/3 543/11 543/13
543/23 544/20 545/20
546/5 546/20 547/6
547/8 548/2 548/11
548/17 549/6 549/13
550/9 550/13 551/4
551/9 552/16 552/20

**Y**

yes... [63]  553/8 553/19
554/9 554/15 555/14
557/23 558/2 561/17
562/7 562/13 563/3
565/2 565/21 567/2
574/3 574/9 576/8
576/14 577/20 578/14
582/1 582/17 583/5
584/23 585/19 586/24
590/13 591/2 591/18
593/25 594/13 594/17
594/19 598/9 600/10
600/10 601/9 602/7
605/11 605/16 611/11
613/3 614/8 615/5
616/17 620/24 621/12
621/18 624/5 627/17
627/23 629/25 632/14
632/23 633/22 635/11
635/20 635/21 635/23
637/18 637/21 638/4
639/4
yes/no [1]  616/17
yesterday [1]  516/22
yet [7]  513/5 564/24
570/15 589/25 598/13
601/23 611/2
yields [1]  617/3
you [546]
you'd [2]  505/1 527/12
you'll [2]  595/18 595/18
you're [31]  491/23
513/19 540/13 542/7
542/7 544/15 544/15
545/1 545/9 546/1
546/1 549/10 552/8
561/25 564/14 565/23
570/14 573/24 586/18
593/17 599/1 606/1
627/19 628/6 629/10
630/12 633/5 634/4
635/18 635/24 639/1
you've [20]  521/15
522/23 523/25 529/14
537/2 537/10 537/15
538/18 555/21 557/25
560/24 583/22 591/23
593/24 594/14 594/15
614/17 622/10 634/22
637/12
young [16]  497/16
498/5 529/18 556/3
556/4 556/6 572/16
578/24 585/14 585/17
594/18 607/13 611/10
611/14 612/7 612/11
younger [1]  607/8
youngest [3]  576/17
576/22 577/8
your [219]
yourselves [2]  491/4
544/18
youth [3]  572/8 572/16
611/13