CAROL FEDERIGHI
TX Bar No. 06872950
*Lead Counsel*
ELLIOTT M. DAVIS
NY Reg. No. 4596755
HILARIE E. SNYDER
DC Bar No. 464837

BRIAN B. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4336
elliott.m.davis@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCTION; and CATHERINE LHAMON, in her official capacity as Assistant Secretary, Office for Civil Rights, U.S. Department of Education, *et al.*,<br><br>Defendants. | Civil Action No. 6:21-cv-00474-AA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ELLIOTT M. DAVIS** |

Pursuant to Civil Local Rule 83–11(b), Elliott M. Davis hereby withdraws his appearance as counsel of record for the government Defendants. The government Defendants continue to be represented by Carol Federighi and Hilarie E. Snyder of the U.S. Department of Justice.

Dated: December 3, 2021            Respectfully submitted,

                                                                BRIAN M. BOYNTON
                                                                 Acting Assistant Attorney General

                                                                 CARLOTTA P. WELLS
                                                                 Assistant Director, Federal Programs Branch

                                                                 /s/ *Elliott M. Davis*
                                                                 CAROL FEDERIGHI, TX Bar No. 06872950
                                                                 *Lead Counsel*
                                                                 ELLIOTT M. DAVIS, NY Reg. No. 4596755
                                                                 HILARIE E. SNYDER, DC Bar No. 464837
                                                                 United States Department of Justice
                                                                 Civil Division, Federal Programs Branch
                                                                 P.O. Box 883
                                                                 Washington, DC 20044
                                                                 Phone: (202) 514-4336
                                                                 elliott.m.davis@usdoj.gov