**Paul Carlos Southwick (OSB 095141)**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
211 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Alletta S. Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

**Misha Isaak (OSB 086430)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Phone: 503-727-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

Elizabeth HUNTER; et al.,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF EDUCATION; and
Catherine LHAMON, in her official capacity as
Assistant Secretary for the Office of Civil
Rights, U.S. Department of Education,

        Defendants,

    v.

COUNCIL FOR CHRISTIAN COLLEGES &
UNIVERSITIES, WESTERN BAPTIST
COLLEGE d/b/a CORBAN UNIVERSITY,
WILLIAM JESSUP UNIVERSITY AND
PHOENIX SEMINARY,

        Intervenor-Defendants

Case No. 6:21-cv-00474-AA

**UNOPPOSED JOINT MOTION
FOR EXTENSION OF TIME
FOR RESPONSES AND
REPLIES REGARDING
PLAINTIFFS' MOTION FOR
LEAVE TO FILE SECOND
AMENDED COMPLAINT**

The parties respectfully request an extension for Defendants and Defendant-Intervenors to respond to Plaintiffs' Motion for Leave to File Second Amended Complaint ("Motion to Amend"), Dkt. 148, to January 7, 2022, and for Plaintiffs to reply in support of their Motion to Amend to January 21, 2022, and, in support thereof, state as follows:

1. Plaintiffs filed their Motion to Amend on December 2, 2021.

2. Defendant and Defendant-Intervenors deadline to respond to Plaintiffs' Motion to Amend is currently December 16, 2021.

3. Plaintiffs deadline to reply in support of their Motion to Amend is currently December 30, 2021.

4. In light of the upcoming holidays, and other briefing deadlines in this matter, the parties request additional time to brief the Motion to Amend.

Wherefore, the parties respectfully request an extension to January 7, 2022 for responses to Plaintiffs' Motion to Amend and to January 21, 2022 for Plaintiffs' reply in support of their motion to amend.

Date: December 9, 2021

s/ Paul Carlos Southwick

Paul Carlos Southwick
(OSB 095141)
TRIAL ATTORNEY
Religious Exemption Accountability
Project
Paul Southwick Law, LLC
8532 N. Ivanhoe St. #208,
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Director, Federal Programs
Branch

/s/ Hilarie E. Snyder

CAROL FEDERIGHI, TX Bar No.
06872950
Lead Counsel
HILARIE E. SNYDER, DC Bar No.
464837
United States Department of Justice
Civil Division, Federal Programs
Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-0747
hilarie.e.snyder@usdoj.gov

Attorneys for Defendants

/s/ Gene C. Schaerr

Gene C. Schaerr, DC Bar # 416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas Miller, MI Bar# P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar # 1685532*
Email: jprince@schaerr-jaffe.com
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060

/s/ Herbert G. Grey

Herbert G. Grey, OSB # 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org
* Admitted pro hac vice

Counsel for Defendant-Intervenor
Council for Christian Colleges &
Universities

/s/ Mark A. Lippelmann

Kristen K. Waggoner, OSB #
067077
Lead Counsel
Email: kwaggoner@ADFlegal.org
David A. Cortman, GA Bar #
188810*
Email: dcortman@ADFlegal.org
Ryan J. Tucker, AZ Bar # 034382*
Email: rtucker@ADFlegal.org
Mark A. Lippelmann, AZ Bar #
036553*
Email: mlippelmann@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
* Admitted pro hac vice

Counsel for Defendants-Intervenors
Western Baptist College d/b/a
Corban University, William Jessup
University and Phoenix Seminary

3

UNOPPOSED JOINT MOTION FOR EXTENSION OF
TIME