Herbert G. Grey, OSB # 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

Gene C. Schaerr, DC Bar # 416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas Miller, MI Bar# P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar # 1685532*
Email: jprince@schaerr-jaffe.com
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060

* Admitted *pro hac vice*

*Counsel for Defendant-Intervenor Council for Christian Colleges & Universities*

Kristen K. Waggoner, OSB # 067077
  *Lead Counsel*
Email: kwaggoner@ADFlegal.org
David A. Cortman, GA Bar # 188810*
Email: dcortman@ADFlegal.org
Ryan J. Tucker, AZ Bar # 034382*
Email: rtucker@ADFlegal.org
Mark A. Lippelmann, AZ Bar # 036553*
Email: mlippelmann@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020

* Admitted *pro hac vice*

*Counsel for Defendants-Intervenors Western Baptist College d/b/a Corban University, William Jessup University and Phoenix Seminary*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| ELIZABETH HUNTER, et al., | No. 6:21-CV-00474-AA |
| Plaintiffs, | |
| v. | DEFENDANTS-INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY |
| U.S. DEPARTMENT OF EDUCATION, et al., | |
| Defendants, | |

v.

COUNCIL FOR CHRISTIAN
COLLEGES & UNIVERSITIES,
WESTERN BAPTIST COLLEGE d/b/a
CORBAN UNIVERSITY, WILLIAM
JESSUP UNIVERSITY, AND
PHOENIX SEMINARY,

        Defendants-Intervenors.

Defendant-Intervenors Corban University ("Corban"), William Jessup University ("Jessup"), Phoenix Seminary, and the Council for Christian Colleges & Universities ("CCCU") provide notice of supplemental authority from the United States Court of Appeals for the Ninth Circuit, *Maxon v. Seminary*, No 20-56156, issued on December 13, 2021. The opinion is attached to this Notice as Exhibit A.

*Maxon* involved two students—Joanna Maxon and Nathan Brittsan, both of whom are plaintiffs from *this* case and represented by the same Plaintiffs' counsel—who were expelled from Fuller Theological Seminary for violation of the school's faith-based policies against same-sex marriage and extramarital sexual activity. *Maxon v. Seminary*, 2020 WL 6305460, at *1 (C.D. Cal. Oct. 7, 2020). The plaintiffs sued the seminary, alleging that the school violated Title IX by engaging in discrimination on the basis of sexual orientation and gender. *Id.* *4–*5. The United States District Court for the Central District of California dismissed the plaintiffs' complaint, holding that the seminary was entitled to invoke the Title IX religious exemption. *Id.* *9.

The Ninth Circuit affirmed, making two points that are relevant here. First, the Ninth Circuit held that Title IX does not require a school to provide written notice or obtain an assurance of exemption from the Department of Education before invoking the religious exemption. *Maxon*, 20-56256 at 5–7. Second, while the religious exemption only applies to educational institutions that are "controlled by a religious organization," 20 U.S.C. § 1681(a)(3), the Ninth Circuit held that the controlling organization need not be a distinct, external organization, but could include a school's

own religiously affiliated board of trustees. *Maxon,* 20-56256 at 2–3. On each of these points, the Ninth Circuit noted that the Department's current regulations—which reflect the 2020 amendments that Plaintiffs challenge here—are consistent with Title IX's statutory text and with the Department's longstanding practice. *Id.* at 3, 6.

    This opinion was not selected for publication, but it constitutes highly persuasive authority that supports the Intervenors' Joint Motion to Dismiss (ECF No. 137) and Joint Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 109).

Respectfully submitted.

DATED this 14th day of December, 2021.

/s/ Gene C. Schaerr
Gene C. Schaerr, DC Bar # 416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas Miller, MI Bar# P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar # 1685532*
Email: jprince@schaerr-jaffe.com
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060

/s/ Herbert G. Grey
Herbert G. Grey, OSB # 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

* Admitted *pro hac vice*

*Counsel for Defendant-Intervenor Council for Christian Colleges & Universities*

/s/ Mark A. Lippelmann
Kristen K. Waggoner, OSB # 067077
  *Lead Counsel*
Email: kwaggoner@ADFlegal.org
David A. Cortman, GA Bar # 188810*
Email: dcortman@ADFlegal.org
Ryan J. Tucker, AZ Bar # 034382*
Email: rtucker@ADFlegal.org
Mark A. Lippelmann, AZ Bar # 036553*
Email: mlippelmann@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020

* Admitted *pro hac vice*

*Counsel for Defendants-Intervenors Western Baptist College d/b/a Corban University, William Jessup University and Phoenix Seminary*

5 – Defendant-Intervenors' Notice of Supplemental Authority

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document was served on all counsel of record in this case by ECF.

DATED this 14th day of December, 2021.

/s/ Mark A. Lippelmann
Mark A. Lippelmann
*Counsel for Defendant-Intervenors*
*Corban University, William Jessup*
*University, and Phoenix Seminary*
