

**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS

230 SOUTH DEARBORN ST., 37TH FLOOR
CHICAGO, IL  60604

REGION V
ILLINOIS
INDIANA
IOWA
MINNESOTA
NORTH DAKOTA
WISCONSIN

January 7, 2022

Ms. Lauren Swain
8532 N. Ivanhoe St., Suite 203
Portland, OR 97203

*Sent via email only to:* lauren@paulsouthwick.com

OCR Case No. 05-22-2023

Dear Ms. Swain:

The U.S. Department of Education, Office for Civil Rights (OCR), has completed its evaluation of the complaint you filed against Lincoln Christian University (University) on October 28, 2021. You allege that in August 2021, the University discriminated against Kalie Hargrove (Student A) on the basis of sex (gender identity) by directing her either to withdraw from classes or face discipline because she publicly identified as transgender.

OCR enforces Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 - 1688, and its implementing regulation at 34 C.F.R. Part 106, which prohibit discrimination on the basis of sex in any education program or activity operated by a recipient of Federal financial assistance. As a recipient of Federal financial assistance from the Department, the University is subject to Title IX. Title IX and its implementing regulation contain several exemptions and exceptions from their coverage. *See* 20 U.S.C. §§ 1681(a)(1)-(9); 34 C.F.R. §§ 106.11-106.15; *see also* OCR's webpage on exemptions from Title IX. The University may claim an exemption from the application of Title IX and its implementing regulation to this complaint by contacting OCR.

OCR is opening an investigation into the complaint. Please understand that opening an investigation does not mean that OCR has made a decision about the complaint. During the investigation, OCR is neutral; OCR will collect and analyze the evidence it needs in order to make a decision about the complaint. OCR will ensure that its investigation addresses the complaint allegation and complies with OCR's *Case Processing Manual.*[1]

Individuals who file complaints with OCR may have the right to file a private suit in federal court whether or not OCR finds a violation.

It is also important for you to understand that the laws OCR enforces prohibit the University from harassing, coercing, intimidating, discriminating, or otherwise retaliating against you

---

[1] https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

Exhibit A

www.ed.gov

1

Page 2

because you filed a complaint or participated in the complaint resolution process. If this happens, you may file another complaint with OCR.

We will communicate with you periodically regarding the status of your complaint. If you have any questions about this letter, you may contact Michael O'Donnell, Senior Attorney, at michael.odonnell@ed.gov.

Sincerely,

*Dawn R. Matthias*

Dawn R. Matthias
Team Leader