## RE: OCR Complaint #05-22-2203

O'Donnell, Michael <Michael.ODonnell@ed.gov>
Mon 1/10/2022 9:08 AM
To: Lauren Swain <lauren@paulsouthwick.com>
Cc: Joe Baxter <joe@paulsouthwick.com>; Malik, Samia <samia.malik@edgov>

Ms. Swain:

I work with Dawn Matthias and am pleased to respond to your request. Dawn was replying on my behalf while I was away from the office.

OCR directed the University to respond within 20 days from the date of its letter—i.e., by January 27, 2022. If you would like a copy of OCR's letter to the University, you may request it through FOIA. To do so, simply send me a fresh e-mail identifying the case by case name only, and requesting a copy of OCR's letter to the University dated January 7, 2022 pursuant to the Freedom of Information Act.

Sincerely,

Michael O'Donnell
Senior Attorney
Office for Civil Rights
U.S. Department of Education
230 South Dearborn Street
Chicago, IL 60604

---

From: Lauren Swain <lauren@paulsouthwick.com>
Sent: Friday, January 7, 2022 4:51 PM
To: O'Donnell, Michael <Michael.ODonnell@ed.gov>
Cc: Joe Baxter <joe@paulsouthwick.com>; Matthias, Dawn <Dawn.Matthias@ed.gov>
Subject: Re: OCR Complaint #05-22-2203

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. O'Donnell and Ms. Matthias,

Thank you for notifying us that the OCR will be investigating this complaint. I am cc'ing our attorney, Joe Baxter. Please include him on future communications regarding this case.

We request that you share with us OCR's notification letter to Lincoln Christian University regarding this investigation and inform us of time frame provided for the university's response.

Sincerely,

Lauren Swain

**Lauren Swain**

**Administrative Assistant/Paralegal REAP**

EXHIBIT B                                                                                                       1

**Paul Southwick Law, LLC**

<u>lauren@paulsouthwick.com</u>





---

**From:** Matthias, Dawn <Dawn.Matthias@ed.gov>
**Sent:** Friday, January 7, 2022 12:50 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Cc:** O'Donnell, Michael <Michael.ODonnell@ed.gov>
**Subject:** OCR Complaint #05-22-2203

Good afternoon,

Please find attached correspondence regarding the above-referenced complaint. The document is password protected. I will send an email shortly with the password.

Sincerely,

*Dawn Matthias*
*Team Leader*
*U.S. Department of Education*
*Office for Civil Rights*
*John C. Kluczynski Federal Building*
*230 S. Dearborn Street, 37th floor*
*Chicago, IL 60604*