IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>　　　　　　　　　Defendants. | Civil Action No.<br><br>**DECLARATION OF JOURNEY MUELLER** |

I, Journey Mueller, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I am a resident of Longmont, Colorado, located in Boulder County.

3. Between August 2017 and April 2018, I was a student at Colorado Christian University in Lakewood, Colorado (hereinafter "CCU").

4. While attending CCU, I received Federal Financial Aid, including student loans and scholarships.

5. I am continuing to pay off the student loans for my education at CCU.

6. I attended CCU because of family ties and because CCU offered me a scholarship.

7. CCU's student handbook contains a lifestyle covenant outlining rules of behavior for students. This covenant requires students to commit to "mutual accountability" by reporting

1   DECLARATION OF JOURNEY MUELLER

other students to CCU's administration if their behavior is perceived to violate the covenant. This encourages a snitch culture that puts queer and transgender students at risk of harm.

8. The lifestyle covenant regulates romantic relationships and sexual conduct. Same-gender romantic relationships and signs of affection between same-sex couples are forbidden and may result in discipline.

9. The 2020-2021 Student Handbook defines the sexual misconduct forbidden by the covenant broadly as "any consensual sexual behavior that occurs outside of the covenant of marriage. This includes sexual intercourse, cohabitation, public displays of affection, intimate contact, consensual sexual touching, **behavior that exhibits a same-sex romantic relationship**, pornography, and actions (for example spending the night with someone of the opposite sex) that may lead to situations of temptation, regret, and immoral conduct."

10. The 2020-2021 Student Handbook goes on to state the following about same-sex romantic relationships:

> God created human beings to show forth God's image as male and female in relationship (Gen 1:26-28), and the biblical ideal is the expression of sexuality within a heterosexual, lifelong, monogamous union (Mk 10:4- 12). However, God's ideal for human sexuality, as with every aspect of humanity, has been interrupted by humanity's rebellion and God's judgment. As a result, some human beings experience confusion regarding their gender identity and/or sexual orientation. When students at CCU find themselves with questions regarding their gender identity, or sexual orientation, they are encouraged to come forward and take advantage of the University's Counseling Center services and pastoral resources to help guide and direct them through their struggle. At times it may be necessary to remove a student from specific involvement such as athletic team

participation, leadership positions, or other University activities either temporarily or permanently. The University will allow students to continue their enrollment at the University as long as they can remain celibate, and as they undergo counseling and mentoring. All students who are not married are required to remain celibate, whether they are same-sex attracted or opposite-sex attracted. It is the University's desire to walk with the student through their struggle with their sexual orientation. **If a student does engage in a same-sex relationship, violates the policy on same-sex behavior, or exhibits same-sex intimate relationship behavior anytime during the mentoring, he or she will be disciplined within the terms of the sexual conduct/activity policy.**

11. I am a lesbian woman.

12. During my time as a student, my roommates suspected I was attracted to women. They locked me in my dorm room, blocked the door and wouldn't let me leave until I confessed.

13. My roommates then outed me to administration in accordance with CCU's policy of reporting other students for lifestyle covenant violations.

14. My roommate's outing of my sexual orientation triggered a series of disciplinary actions against me by CCU. My discipline included mandated conversion therapy, mandated mentorship, and academic probation.

15. My counselor told me that the goal of my counselling was for me to become heterosexual.

16. CCU removed me from my housing.

17. CCU placed me in an isolated dorm where I had to live alone because CCU did not want me to live with other women.

18. As a student at CCU, I was required to attend "ex-gay" chapels where same-gender relationships were demonized and abstinence was touted as an alternative to homosexuality.

19. CCU blocked access to LGBTQ+ resources on its campus Wi-Fi, making it difficult for me to find affirming help.

20. As a result of CCU's actions, I am now living with clinically diagnosed PTSD and other mental health issues.

21. Because of the abusive environment at CCU, I suffered documented mental health crises involving self-harm and suicide attempts.

22. To stay alive, I had to leave CCU. I left shortly before the end of my first year.

23. Due to CCU's conduct, my relationship with my family has been significantly and negatively impacted, including periods of housing instability.

24. CCU stole my coming out from me. Instead of me coming out to my family when I was ready and in my own way, they forced me to come out to my family and to do so under humiliating and painful circumstances.

25. I barely survived this experience.

26. I am not the only student that CCU has treated like this. Others have told me that they have experienced the same or similar treatment from CCU because they are queer or trans.

27. There are other queer students at CCU right now. I have been told by one of them that they are terrified to say or do anything that might expose their sexuality.

28. After I left CCU, I requested my student records so that I could consider pursuing legal recourse. CCU failed to give me my student records. I felt powerless at this point and my mental health further deteriorated.

4   DECLARATION OF JOURNEY MUELLER

29. Additionally, I did not try to further assert my right to be free from discrimination because CCU is a religiously affiliated university and I did not think I would have been protected.

30. In fact, CCU requested and received a religious exemption from Title IX by the Department of Education that allowed them to do what they did to me without any consequence or accountability.

31. I still live near the CCU campus and experience anxiety when I think about what they did to me.

32. I am and have been a federal taxpayer and I don't think my taxes should be funding the discrimination against me.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 22nd day of January, 2021.

By: *Mueller*
Journey Mueller