IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>                Defendants. | Civil Action No. 6:21-cv-00474-AA<br><br>**DECLARATION OF CHANDLER HORNING** |

I, Chandler Horning, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I am a resident of Meridian, ID, located in Ada County.

3. I started attending Brigham Young University Idaho in Rexburg, ID in September 2015. I graduated in April 2020.

4. I chose to stay at Brigham Young after I came out because I was too far into school to be able to logically and easily transfer my credits.

5. BYU's recent history when it comes to its stance on queer students is volatile. In February 2020, the school removed the wording banning same-sex romantic attraction. However, a few weeks later, a commissioner from the LDS church sent out a letter stating in no uncertain terms that "the moral standards of the Church did not change" and that "same-sex romantic behavior cannot lead to eternal marriage and is therefore not compatible with the principles included in the honor code."

6. Presently BYU's honor code states that students, faculty, and staff must "live a chaste and virtuous life, including abstaining from any sexual relations outside of a marriage between a man and a woman."

7. BYU-Idaho also has a page on their counselling center website specifically discussing same sex attraction that says: "Sadly, anxiety, depression, social difficulties, feelings of isolation, and even suicidal thoughts may arise for individuals experiencing same-gender attraction." The resources on this page lead only to LDS approved materials.

8. I am a gay man.

1   **DECLARATION OF CHANDLER HORNING**

9. I did not feel safe coming out on campus. After I did come out, I attended school online. When I had to go back to on-campus learning, I put myself back in the closet for two semesters.

10. If I had acted in any way on my sexuality, even if it was to hold hands with a man, I could be expelled.

11. BYU-Idaho's policies make me feel like a flawed alien not worthy to live or exist.

12. I was damaged by BYU's policies. I spent my time there afraid that I would get expelled and therefore evicted from my BYU housing for breaking their honor code.

13. Students who are expelled or suspended are evicted within three days from BYU-I's mandatory, approved unmarried student housing.

14. Losing my housing would have left me homeless in rural Idaho.

15. I've suffered anxiety and depression from the stress and from hearing how gross I am even when they weren't saying it to my face.

16. There was an underground "conversion therapy-lite" group held by a faculty member in a dentist office in Rexburg. It is for those who "want to follow God's plan" and marry someone of the opposite sex in the temple despite being LGBT.

17. I am a federal income taxpayer in the United States. I am also repaying student loans from the U.S. Department of Education that I took out to enroll in Brigham Young University.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this __29__ day of March, 2021.

By: s/Chandler Horning  
Chandler Horning

2   **DECLARATION OF CHANDLER HORNING**