**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF EDUCATION and  )<br>Suzanne GOLDBERG, in her official capacity as  )<br>Acting Assistant Secretary for Civil Rights,  )<br>U.S. Department of Education,  )<br>)<br>Defendants.  ) | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF LAUREN SWAIN** |

I, Lauren Swain, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I work for the Religious Exemption Accountability Project (REAP) as a paralegal and administrative assistant.

3. I submitted Title IX complaints with the Office for Civil Rights (OCR) of the U.S. Department of Education on behalf of 35 Plaintiffs in this case, with the first submitted on June 23 and the last submitted August 2 of 2021.

4. To date, OCR regional offices have acknowledged receipt of 23 of the 35 complaints, with 12 complaints not yet acknowledged by OCR regional offices.

5. There are significant differences in the way that each OCR regional office responds to complaints, including, but not limited to, 1) which documents, if any, accompany their response emails, 2) whether or not they request an interview, and 3) whether or not the complainant is included in the initial interview request.

6. OCR Regional offices have requested interviews regarding 7 of the complaints. Two offices requested interviews with the complainants themselves.

7. On August 5, OCR-Kansas City attorney Sophia Bond emailed me requesting a phone interview with me alone regarding the complaint submitted by Plaintiff Saren Craig against College of the Ozarks, and scheduled the interview for August 10. On August 9, Ms. Bond sent an email canceling the phone interview, with no reason given or attempt to reschedule. To date, Ms. Bond has not responded to my email on August 11 requesting an explanation for the cancelation and a time frame for rescheduling the meeting. *See* Exhibit A.

8. On August 6, OCR-Chicago attorney Camille Lee emailed me requesting a phone interview with Plaintiff Louis James between August 9 and 13, regarding his complaint against Indiana Wesleyan University. After I provided our availability, she withdrew the meeting request with no reason given. To date, Ms. Lee has not responded to my email on August 11 requesting an explanation for the cancelation and a time frame for rescheduling the meeting. *See* Exhibit B.

9. On August 10, Krenice Ramsey at OCR-Chicago emailed me requesting a phone interview with me on August 12 or 13 or another date, regarding claims made by Plaintiffs Lauren Hoekstra and Avery Bonestroo against Dordt University. After I provided our availability for August 13, Ms. Ramsey withdrew the request on August 11 with no reason given. To date, Ms. Ramsey has not responded to my email on August 11 requesting an explanation for the cancelation and a time frame for rescheduling the meeting. *See* Exhibit C.

10. Exhibit D is communications from OCR-Atlanta attorney Sairalina Montesino requesting and scheduling an interview with Plaintiff Alex Duron regarding his complaint against Union University. This interview was conducted with Mr. Duron, attorney Paul Southwick, and me on August 11.

11. Exhibit E is communications from DeShawn Jones at OCR-Philadelphia requesting and scheduling an interview regarding Plaintiff Gary Campbell's complaint against Clarks Summit University. This interview was conducted with attorney Paul Southwick and me on August 11.

12. Exhibit F is communications from OCR-Chicago attorney Camille Lee, including requesting and scheduling two interviews with Plaintiff Mortimar Halligan regarding their complaint against Indiana Wesleyan University. These interviews were conducted with M. Halligan, attorney Paul Southwick, and me on July 2, and then with M. Halligan, policy fellow Josiah Robinson, and me on July 22, 2021.

     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 17th day of August, 2021.

                             By: s/ Lauren Swain
                             Lauren Swain