## Re: OCR 07212131, College of the Ozarks- Schedule Phone Interview

Lauren Swain <lauren@paulsouthwick.com>
Wed 8/11/2021 3:36 PM

**To:** Bond, Sophia <Sophia.Bond@ed.gov>

Thanks again for the update, Sophia. We'll look forward to hearing from you again.

Please explain why your request for an interview was rescinded and within what time frame we are likely to receive a new request.

Best,
Lauren

**Lauren Swain**
**Administrative Assistant/Paralegal REAP**
**Paul Southwick Law, LLC**
**lauren@paulsouthwick.com**
**(303) 887-5951**



---

**From:** Bond, Sophia <Sophia.Bond@ed.gov>
**Sent:** Monday, August 9, 2021 1:06 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Cc:** Burke, Bradley <Bradley.Burke@ed.gov>; Mattson, Timothy <Timothy.Mattson@ed.gov>; Lynch, Kimberly <Kimberly.Lynch@ed.gov>
**Subject:** RE: OCR 07212131, College of the Ozarks- Schedule Phone Interview

Ms. Swain,

At this time I am canceling our phone interview set for tomorrow August 10, 2021. OCR will make contact with you at a later date regarding your complaint.

Thank you.

**Sophia Bond**
Attorney
U.S. Department of Education
Office for Civil Rights
1010 Walnut Street, Suite 320
Kansas City, Missouri 64106
(816) 268-0418
Sophia.Bond@ed.gov



EXHIBIT A                                                                                                                                1

## Re: OCR 07212131, College of the Ozarks- Schedule Phone Interview

Lauren Swain <lauren@paulsouthwick.com>
Mon 8/9/2021 1:20 PM

**To:** Bond, Sophia <Sophia.Bond@ed.gov>
**Cc:** Burke, Bradley <Bradley.Burke@ed.gov>; Mattson, Timothy <Timothy.Mattson@ed.gov>; Lynch, Kimberly <Kimberly.Lynch@ed.gov>

Acknowledged.

---

**From:** Bond, Sophia <Sophia.Bond@ed.gov>
**Sent:** Monday, August 9, 2021 1:06 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Cc:** Burke, Bradley <Bradley.Burke@ed.gov>; Mattson, Timothy <Timothy.Mattson@ed.gov>; Lynch, Kimberly <Kimberly.Lynch@ed.gov>
**Subject:** RE: OCR 07212131, College of the Ozarks- Schedule Phone Interview

Ms. Swain,

At this time I am canceling our phone interview set for tomorrow August 10, 2021. OCR will make contact with you at a later date regarding your complaint.

Thank you.

**Sophia Bond**
Attorney
U.S. Department of Education
Office for Civil Rights
1010 Walnut Street, Suite 320
Kansas City, Missouri 64106
(816) 268-0418
Sophia.Bond@ed.gov



REGION VII – ARKANSAS, KANSAS, MISSOURI, NEBRASKA, OKLAHOMA, SOUTH DAKOTA

**CONFIDENTIALITY NOTICE:** The information is this email is confidential and may be legally privileged. Access to this email by anyone other than the intended addressee(s) is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or not taken in reliance on it is prohibited and may be unlawful. If you are not the intended recipient, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.

---

**From:** Lauren Swain <lauren@paulsouthwick.com>
**Sent:** Thursday, August 5, 2021 3:56 PM
**To:** Bond, Sophia <Sophia.Bond@ed.gov>
**Subject:** Re: OCR 07212131, College of the Ozarks- Schedule Phone Interview

EXHIBIT A

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Ms. Bond.  Much appreciated.

-Lauren

---

**From:** Bond, Sophia <Sophia.Bond@ed.gov>
**Sent:** Thursday, August 5, 2021 2:54 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Subject:** RE: OCR 07212131, College of the Ozarks- Schedule Phone Interview

Ms. Swain,

Great. I will call you on Tuesday August 10, 2021 at 11:00 (CST) for interview.

Thank you.

**Sophia Bond**
Attorney
U.S. Department of Education
Office for Civil Rights
1010 Walnut Street, Suite 320
Kansas City, Missouri 64106
(816) 268-0418
Sophia.Bond@ed.gov



REGION VII – ARKANSAS, KANSAS, MISSOURI, NEBRASKA, OKLAHOMA, SOUTH DAKOTA

**CONFIDENTIALITY NOTICE:** The information is this email is confidential and may be legally privileged. Access to this email by anyone other than the intended addressee(s) is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or not taken in reliance on it is prohibited and may be unlawful. If you are not the intended recipient, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.

---

**From:** Lauren Swain <lauren@paulsouthwick.com>
**Sent:** Thursday, August 5, 2021 3:52 PM
**To:** Bond, Sophia <Sophia.Bond@ed.gov>
**Subject:** Re: OCR 07212131, College of the Ozarks- Schedule Phone Interview

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Sophia.

I am available at 11am CST on Tuesday, August 10.
You called the correct phone #: 303-887-5951.

EXHIBIT A    3

Best,
Lauren

**Lauren Swain**
**Administrative Assistant/Paralegal REAP**
**Paul Southwick Law, LLC**
**lauren@paulsouthwick.com**
**(303) 887-5951**



---

**From:** Bond, Sophia <Sophia.Bond@ed.gov>
**Sent:** Thursday, August 5, 2021 2:44 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Subject:** OCR 07212131, College of the Ozarks- Schedule Phone Interview

Ms. Swain,

Per our conversation today, I would like to schedule a phone interview with you to get additional details regarding your OCR complaint number 07212131. Are you available for a phone interview on Monday, August 9, 2021 at 11:00 a.m. (CST) or Tuesday August 10, 2021 at 11:00 am (CST)? If you are not available either of those dates/times, please provide another date/time that best works with your schedule. Additionally, please provide an updated phone number for me to call.

Thank you for your attention, assistance, and patience on this matter.


**Sophia Bond**
Attorney
U.S. Department of Education
Office for Civil Rights
1010 Walnut Street, Suite 320
Kansas City, Missouri 64106
(816) 268-0418
Sophia.Bond@ed.gov



REGION VII – ARKANSAS, KANSAS, MISSOURI, NEBRASKA, OKLAHOMA, SOUTH DAKOTA

**CONFIDENTIALITY NOTICE:** The information is this email is confidential and may be legally privileged. Access to this email by anyone other than the intended addressee(s) is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or not taken in reliance on it is prohibited and may be unlawful. If you are not the intended recipient, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.

EXHIBIT A                                                                                                                                                 4