# Re: Your Complaints Against Dordt University --OCR Docket #05-21-2268 and #05-21-2269

**Lauren Swain** <lauren@paulsouthwick.com>
Wed 8/11/2021 1:00 PM

**To:** Ramsey, Krenice <Krenice.Ramsey@ed.gov>

Thank you very much for updating us, Krenice. We look forward to hearing from you again.

Please explain why your request for an interview was rescinded and within what time frame we are likely to receive a new request.

Best,
Lauren

**Lauren Swain**
**Administrative Assistant/Paralegal REAP**
**Paul Southwick Law, LLC**
**lauren@paulsouthwick.com**
**(303) 887-5951**



---

**From:** Ramsey, Krenice <Krenice.Ramsey@ed.gov>
**Sent:** Wednesday, August 11, 2021 9:56 AM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Cc:** Frazer, Jason <Jason.Frazer@ed.gov>; Paul Southwick <paul@paulsouthwick.com>
**Subject:** RE: Your Complaints Against Dordt University --OCR Docket #05-21-2268 and #05-21-2269

Lauren,

Thanks for your response. I apologize for any inconvenience but we will need to reschedule this meeting. We will be in touch regarding new dates and times.

Best,
Krenice

**From:** Lauren Swain <lauren@paulsouthwick.com>
**Sent:** Tuesday, August 10, 2021 4:48 PM
**To:** Ramsey, Krenice <Krenice.Ramsey@ed.gov>
**Cc:** Frazer, Jason <Jason.Frazer@ed.gov>; Paul Southwick <paul@paulsouthwick.com>
**Subject:** Re: Your Complaints Against Dordt University --OCR Docket #05-21-2268 and #05-21-2269

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Krenice. We are available at 12:30 Central Time on Friday. Please include our attorney, Paul Southwick (cc'd) when sending the meeting information.

Best,
Lauren

EXHIBIT C

**Lauren Swain**
**Administrative Assistant/Paralegal REAP**
**Paul Southwick Law, LLC**
**lauren@paulsouthwick.com**
(303) 887-5951



**From:** Ramsey, Krenice <Krenice.Ramsey@ed.gov>
**Sent:** Tuesday, August 10, 2021 8:10 AM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Cc:** Frazer, Jason <Jason.Frazer@ed.gov>
**Subject:** Your Complaints Against Dordt University --OCR Docket #05-21-2268 and #05-21-2269

Ms. Swain,

The U.S. Department of Education, Office for Civil Rights (OCR) is in receipt of the complaints you filed against Dordt University, which we received on July 28, 2021. We have had the opportunity to review your complaints and would like to schedule a time to speak with you by phone to get additional information.

We have availability Thursday, 8/12 from 9:00-11:30am and 12:30-3:00pm or Friday, 8/13 from 9:00-11:30am and 12:30-1:30pm. Please advise if a 30-60 minute window works for you during these dates and times. If not, please suggest 2-3 dates and times that you are available. We can call you at the telephone number you listed on your complaint (303-887-5951) or you can direct me to another preferred telephone number.

Thank you and we look forward to speaking with you.

Krenice Ramsey
U.S. Department of Education
Office for Civil Rights
John C. Kluczynski Federal Building
230 S. Dearborn Street, 37th floor
Chicago, IL 60604
Direct: (312) 730-1730
Email: Krenice.Ramsey@ed.gov
Pronouns: she/her/hers

EXHIBIT C                                                                                            2