## Re: OCR Interview 04-21-2294_Alex Duron

**Lauren Swain** <lauren@paulsouthwick.com>
Tue 8/10/2021 8:34 AM

**To:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>; Paul Southwick <paul@paulsouthwick.com>

Thank you, Sairalina.

We look forward to speaking with you.

-Lauren

---

**From:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>
**Sent:** Tuesday, August 10, 2021 8:31 AM
**To:** Paul Southwick <paul@paulsouthwick.com>
**Cc:** Lauren Swain <lauren@paulsouthwick.com>
**Subject:** OCR Interview 04-21-2294_Alex Duron

Good morning:

Please find below the link to join our meeting scheduled for tomorrow. There is also a dial-in number provided for your convenience.

Best Regards,

Sairalina Montesino
OCR Attorney
Department of Education
Office for Civil Rights
61 Forsyth St., Suite 19T10
Atlanta, GA  30303
sairalina.montesino@ed.gov
Tel:  404.974.9448
Fax: 404.974.9471

---

**From:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>
**Sent:** Thursday, August 5, 2021 8:41 AM
**To:** Lauren Swain <lauren@paulsouthwick.com>; ████████████████████>
**Subject:** OCR Interview 04-21-2294_Alex Duron
**When:** Wednesday, August 11, 2021 10:00 AM-10:30 AM.
**Where:** Microsoft Teams Meeting

Good morning,

I'm resending the calendar invite to clarify the meeting is scheduled for 12pm Eastern / 9am Pacific time.

Best regards,


EXHIBIT D

8/16/2021

Case 6:21-cv-00474-AA    Document 163-4    Filed 03/04/22    Page 2 of 4
Case 6:21-cv-00474-AA    Document 167-4 *SEALED*    Filed 03/07/22    Page 2 of 4

_____

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 202-991-0393,,987846053#   United States, Washington DC
Phone Conference ID: 987 846 053#
Find a local number | Reset PIN

Learn More | Meeting options

_____

# Re: Clarification Interview - 04-21-2294

**Lauren Swain <lauren@paulsouthwick.com>**
Tue 8/3/2021 6:38 PM
**To:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>

Alex and I are available on Wednesday, August 11 starting at noon Eastern Time.

Thank you,
Lauren

---

**From:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>
**Sent:** Tuesday, August 3, 2021 3:31 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Subject:** RE: Clarification Interview - 04-21-2294

Ms. Swain:

Thank you for your prompt response. The Complainant is Alex Duron. Also, just as an FYI, I'll be on vacation on 8/18-8/28 and would like to schedule it for sometime prior to that, if possible.

Thanks,

Sairalina Montesino
OCR Attorney
Department of Education
Office for Civil Rights
61 Forsyth St., Suite 19T10
Atlanta, GA 30303
sairalina.montesino@ed.gov
Tel: 404.974.9448
Fax: 404.974.9471

**From:** Lauren Swain <lauren@paulsouthwick.com>
**Sent:** Tuesday, August 3, 2021 5:25 PM
**To:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>
**Subject:** Re: Clarification Interview - 04-21-2294

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for your inquiry, Ms. Montesino. 5 of our clients have filed Title IX complaints that have been forwarded to the Atlanta office, but, to my knowledge, no case numbers have been assigned as of this writing.

Can you tell me the name of the complainant you are referring to in this email?

Thanks very much for your assistance,

Lauren

**EXHIBIT D**

Lauren Swain
**Administrative Assistant/Paralegal REAP**
**Paul Southwick Law, LLC**
**lauren@paulsouthwick.com**
(303) 887-5951



---

**From:** Montesino, Sairalina <SAIRALINA.MONTESINO@ed.gov>
**Sent:** Tuesday, August 3, 2021 3:11 PM
**To:** Lauren Swain <lauren@paulsouthwick.com>
**Subject:** Clarification on Interview - 04-21-2294

Good afternoon Ms. Swain:

I have been assigned to investigate the above-referenced complaint. As part of the evaluation process, OCR conducts interviews with Complainants in order to clarify the allegations and gather information required to determine if we have jurisdiction to open this Complaint for investigation.

Please let me know your availability next week and I will make myself available at a time that works for you.

Sairalina Montesino
OCR Attorney
Department of Education
Office for Civil Rights
61 Forsyth St., Suite 19T10
Atlanta, GA  30303
sairalina.montesino@ed.gov
Tel:  404.974.9448
Fax: 404.974.9471

EXHIBIT D                                                                 4