IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education,<br><br>       Defendants. | Civil Action No. 6:21-cv-00474-AA<br><br>**DECLARATION OF FAITH MILLENDER** |

I, Faith Millender, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I am currently a resident of St. David's, Pennsylvania, located in Delaware County.

3. I grew up in West Africa and moved back to the United States when I was 15.

4. My parents were Southern Baptist missionaries.

5. I have two siblings. All three of us are queer.

6. Beginning in August 2018, I became a student at Eastern University in Pennsylvania. I expect to graduate in May 2022.

7. Eastern University originated as a Southern Baptist institution but is now a non-denominational Christian liberal arts college.

8. I took out student loans from the U.S. Department of Education to enroll at Eastern University and I will be required to repay those loans. I am a federal income taxpayer in the United States.

9. I attended Eastern University because I was interested in attending a Christian school and I wanted to be in a nursing program. I loved Eastern University when I visited it and it fit all the criteria of the college I wanted to attend.

10. I was also attracted to the fact that Eastern was more liberal than some of the other colleges I was considering (Liberty University and William Carey University).

11. Eastern University has a limited mention of their sexual intimacy policy in their handbook. The policy states "as a Christian community, Eastern University expects a

sexual lifestyle that is consistent with our understanding of biblical teaching. For our community, inappropriate displays of affection are not acceptable and sexual intimacy is prohibited outside of marriage between one man and one woman."

12. I was not aware of this policy at the time I enrolled at Eastern.

13. This policy undermines Eastern's message to us that we are safe and welcome here.

14. It is very hard to feel loved while you are also being told that you are not able to love.

15. Additionally, our professors are bound by a clause that prohibits homosexual conduct and treats it is a terminable offense.

16. Two queer staff members quit their jobs at Eastern shortly after becoming engaged to each other. It is unknown whether they would be safe to be out about their relationship.

17. The uncertainty around Eastern's policies on queer relationships and conduct (other than marriage) makes it risky for queer students, faculty and staff at Eastern to date or show affection.

18. I am a bisexual/queer woman.

19. I feel safe and supported by a significant amount of people on the campus.

20. My nursing program is more traditional than the other programs and I feel safe with my professors, but I do not feel supported in my identity or even seen as a queer individual.

21. Queer people are rarely discussed in my program. Faculty do not teach us how to provide LGBTQ+ specific healthcare. Students in our program are not taught how to specifically care for transgender and queer patients.

22. I have made my experience and identity known and have done a number of school projects on queer topics. These projects are met with varying responses, but usually shock and surprise.

23. There are members of the faculty and staff that I do not feel safe with because of their known homophobia.

24. I don't know whether my nursing program would support me if I experienced discrimination from patients or other providers because of my sexuality.

25. There is an official LGBTIA+ club on Eastern University's campus called Refuge. I am co-President of Refuge. It became a sanctioned club in 2017.

26. Refuge's goal is twofold: (1) provide a safe space for queer students, and allies, to be seen and heard; (2) provide advocacy and education for the non-affirming constituencies on our campus.

27. Refuge has lived up to its name and purpose. It is good for our mental health, safety and sense of belonging on campus.

28. While Eastern provides a better environment for queer students than some other Christian colleges, I still feel frustrated and invalidated because of my school's policies on sexual orientation.

29. I feel like I am disregarded and that my sexuality makes me "less than" other students because of these policies. Other queer students and I are being told that we are supported and safe on campus, but Eastern University's policies result in discrimination, misgendering, and queer students on campus being labelled as morally wrong.

30. It is discouraging to be told over and over again that the emotions, perceptions, and realities we as queer students experience on campus are invalid and do not matter.

31. While I feel safe on campus, I, at the same time, choose to not come out to some professors or other people associated with the school because I have concerns whether I will feel safe and respected by them.

32. Queer members of the Eastern University community are not ever fully safe on campus, as evidenced by the interactions of some homophobic members of that community and a sexual intimacy policy which is vague and open to many interpretations.

33. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 12th day of February, 2021.

By: *Faith Millender* (signature)
Faith Millender