**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| Elizabeth HUNTER; et al., on behalf of themselves and all others similarly situated, | ) ) ) Civil Action No. 6:21-cv-00474-AA |
| Plaintiffs, | ) ) **DECLARATION OF JP** |
| v. | ) ) |
| U.S. DEPARTMENT OF EDUCATION and Suzanne GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights, U.S. Department of Education, | ) ) ) ) ) |
| Defendants. | ) ) ) |

I, JP, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I am a resident of Waco, Texas, located in McClennan County.

3. I grew up in the Los Angeles area in California. I went to a private Christian high school with a very similar environment to Baylor.

4. I began attending Baylor University in Waco, Texas in August 2017. I'm a pre-med student. I expect to graduate in May 2021 with a degree in Biology and Biochemistry.

5. I receive merit based financial aid to attend Baylor.

6. I am Vice President of Gamma Alpha Upsilon, which when written in the Greek alphabet appears as "GAY." Gamma is the only "official," unofficial LGBTQ+ support group for Baylor students.

7. I became involved in Gamma during my first semester of Freshman year. I originally joined as an ally and Gamma gave me the space to figure out my sexual identity.

8. Baylor has multiple statements listed in its website when it comes to marriage and homosexuality.

9. The school has an official policy on sexual conduct. This policy states "Baylor will be guided by the biblical understanding that human sexuality is a gift from God and that physical sexual intimacy is to be expressed in the context of marital fidelity. Thus, it is expected that Baylor students, faculty, and staff will engage in behaviors consistent with this understanding of human sexuality."

10. Baylor's official Statement on Human Sexuality states "Baylor University welcomes all students into a safe and supportive environment in which to discuss and learn about a variety of issues, including those of human sexuality. The University affirms the biblical understanding of sexuality as a gift from God. Christian churches across the ages and around the world have affirmed purity in singleness and fidelity in marriage between a man and a woman as the biblical norm. Temptations to deviate from this norm include both heterosexual sex outside of marriage and homosexual behavior. It is this expected that Baylor students will not participate in advocacy groups which promote understandings of sexuality that are contrary to biblical teaching."

11. This statement makes me feel like my identity is a sinful temptation. It feels like Baylor thinks that something is inherently wrong with my sexual identity.

12. Baylor's statements say that they support queer students but they directly contradict these statements by saying that queer identities are invalid and by denying us access to queer support groups.

13. Baylor's official statement on Human Sexuality then directs students "struggling" with these issues to go to some form of counselling at one of the on-campus counselling centers.

14. This feels like Baylor is suggesting conversion therapy by another name.

15. Baylor University also has a statement of "Commitment to Diversity and Inclusion" which states "we seek to embody Christ's teachings of love and inclusivity across boundaries of racial, ethnic, gender, social-economic, religious, and other expressions of human difference. Because, at Baylor, 'Love thy neighbor' is not just words...they are a way of life."

16. Baylor does not put these words into practice. Baylor is designed to support white, heteronormative Christian men and takes little to no action to practice the Baylor Way towards other students.

17. This "way of life" seems to be a value of the school, except when it is not, such as when Baylor expressly allows for discrimination, as stated in Baylor's Civil Rights policy, "As a religiously controlled institution of higher education, Baylor is exempt from compliance with select provisions of certain civil rights laws, and Baylor is also exempt from prohibitions of discrimination based on religion. As such, the University prescribes standards of personal conduct which are consistent with its religious mission and values".

18. This policy makes me feel unsafe and unprotected by the law.

19. Baylor is unlikely to discipline queer students merely for being queer. However, Baylor's policy forbidding "homosexual behavior" and its other statements condemning queer identities and relationships, makes me feel like I could never show affection to a queer partner and that I would be at risk of discipline and ridicule if I were to hold their hand or give them a kiss in public.

20. I am a queer man.

21. I chose Baylor because it has an excellent pre-med program. I originally did not want to go to Baylor because of it's conservative reputation. However, Baylor ended up being the best school that I got into and that I could afford.

22. I was not aware of Baylor's disposition towards the LGBTQ+ community when enrolling as I did not discover my sexuality until between my Freshman and Sophomore years.

23. Baylor claims to love its LGBTQ+ students, yet they refuse to grant us access to any form of student support system. They treat our existence as if there is something inherently wrong with us.

24. While I have not been subjected to conversion therapy or other therapy or assaulted, the school's opinion towards it's LGBTQ+ students cause me a great deal of anxiety.

25. I fear that I will not be able to be fully out without it affecting my career in medicine. I worry that I will not be able to get into medical school because I am not straight. My professors are not as affirming of queer identities as other departments on campus and I fear how Baylor treats its non-straight students will negatively affect my career.

26. Baylor has allowed a student group to promote hostile, homophobic messages and defended that group's right to spread those messages, while at the same time, forbidding LGBTQ+ students from having a support group or sanctioned club.

27. Gamma, or an earlier version of Gamma, has applied for a charter every semester and been denied its charter every time.

28. This year, Gamma has more support for its charter than it ever has had in its history.

29. For the first time ever, Gamma's charter has the official support of: (1) Baylor Student Senate; (2) Baylor Faculty Senate; (3) Baylor NAACP; (4) Baylor Asian Student Coalition; (5) Baylor Latinx Coalition; (6) Baylor Black Student Coalition; (7) Texas Rising; (8) College Democrats; (9) several pan-Hellenic sororities and fraternities (*informally supported); (9) nearly all multicultural sororities and fraternities.

30. I am participating in this lawsuit because Baylor has made their LGBTQ+ students feel like they are less than and undesirable. I am tired of seeing my friends hurt by the way their school treats them. I want to help change the way our universities treat their LGBTQ+ students.

32. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 27th day of February, 2021.

By:

JP