*HUNTER, et al., v. UNITED STATES DEPARTMENT OF EDUCATION, et al.,*
Case No.: 6:21-cv-00474-AA
Exhibit A

| # | Docket # | Recipient | Received | Stage | Filer | Re: Plaintiff | 180-Day Waiver Requested? Status? | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 11212234 | Bob Jones University | 7/28/2021 | Dismissed | Lauren Swain | Elizabeth Hunter | Yes. Denied | Dismissed allegation 1 (policy) for lack of subject matter jurisdiction – religious exemption ("SMJ – RE"); dismissed allegation 2 (student disciplined) for untimeliness, no waiver. |
| 2 | 08212212 | Brigham Young University | 7/27/2021 | Dismissed | Lauren Swain | Ashtin Markowski | Yes (moot) | Dismissed for same allegation filed in federal court. |
| 3 | 10212151 | Brigham Young University-Idaho | 7/27/2021 | Dismissed | Lauren Swain | Chandler Horning | Yes (moot) | Dismissed, SMJ - RE. |
| 4 | 10212152 | Brigham Young University-Idaho | 7/28/2021 | Dismissed | Lauren Swain | Rachel Moulton | Yes (moot) | Dismissed, SMJ - RE. |
| 5 | 11212236 | Liberty University | 7/28/2021 | Dismissed | Lauren Swain | Mackenzie McCann | Yes. Denied | Dismissed allegation 1 (policy), OCR currently investigating same/similar allegations in another complaint; dismissed allegation 2 (harassment) for untimeliness, no waiver. |

1

*HUNTER, et al.,* v. *UNITED STATES DEPARTMENT OF EDUCATION, et al.,*
Case No.: 6:21-cv-00474-AA
Exhibit A

| 6 | 06212205 | Baylor University | 7/28/2021 | Evaluation | Lauren Swain | Jake Picker | Yes (pending) | |
|---|---|---|---|---|---|---|---|---|
| 7 | 06212204 | Baylor University | 7/28/2021 | Evaluation | Lauren Swain | Justin Tidwell-Davis | Yes (pending) | |
| 8 | 06212206 | Baylor University | 7/28/2021 | Evaluation | Lauren Swain | Veronica B. Penales | Yes (pending) | |
| 9 | 15212122 | Cedarville University | 7/28/2021 | Evaluation | Lauren Swain | Brooke C. | Yes (pending) | |
| 10 | 07212131 | College of the Ozarks | 7/28/2021 | Evaluation | Lauren Swain | Saren Craig | Yes (pending) | |
| 11 | 05212268 | Dordt University | 7/28/2021 | Evaluation | Lauren Swain | Avery Bonestroo | Yes (pending) | |
| 12 | 05212269 | Dordt University | 7/28/2021 | Evaluation | Lauren Swain | Lauren Hoekstra | Yes (pending) | |
| 13 | 03212191 | Eastern University | 7/28/2021 | Evaluation | Lauren Swain | Faith Millender | Yes (pending) | |
| 14 | 09212315 | Fuller Theological Seminary In California | 7/27/2021 | Evaluation | Lauren Swain | Darren McDonald | Yes (pending) | |
| 15 | 10212150 | George Fox University | 7/27/2021 | Evaluation | Lauren Swain | Audrey Wojnarowisch | Yes (pending) | |
| 16 | 5212266 | Indiana Wesleyan University | 7/30/2021 | Evaluation | Lauren Swain | Louis James | Yes (pending) | |

*HUNTER, et al.,* v. *UNITED STATES DEPARTMENT OF EDUCATION, et al.,*
Case No.: 6:21-cv-00474-AA
Exhibit A

| 17 | 05212226 | Indiana Wesleyan University | 6/24/2021 | Evaluation | Lauren Swain | Mortimer Halligan | No | |
|---|---|---|---|---|---|---|---|---|
| 18 | 04212293 | Lee University | 7/27/2021 | Evaluation | Lauren Swain | Daniel Tidwell-Davis | Yes (pending) | |
| 19 | 04212295 | Lipscomb University | 7/28/2021 | Evaluation | Lauren Swain | Victoria Joy Bacon | Yes (pending) | |
| 20 | 03212193 | Messiah University | 7/28/2021 | Evaluation | Lauren Swain | Rachel Held | Yes (pending) | |
| 21 | 05212273 | Moody Bible Institute | 7/28/2021 | Evaluation | Lauren Swain | Megan Steffen | Yes (pending) | |
| 22 | 07212133 | Oklahoma Baptist University | 7/28/2021 | Evaluation | Lauren Swain | Tristan Campbell | Yes (pending) | |
| 23 | 10212153 | Seattle Pacific University | 7/28/2021 | Evaluation | Lauren Swain | Spencer Vigil | Yes (pending) | |
| 24 | 04212297 | Toccoa Falls College | 7/28/2021 | Evaluation | Lauren Swain | Natalie Carter | Yes (pending) | |
| 25 | 04212294 | Union University | 7/27/2021 | Evaluation | Lauren Swain | Alex Duron | Yes (pending) | |
| 26 | 04212296 | Union University | 7/28/2021 | Evaluation | Lauren Swain | Scott McSwain | Yes (pending) | |
| 27 | 09212316 | Westmont College | 7/27/2021 | Evaluation | Lauren Swain | Darren McDonald | Yes (pending) | |

*HUNTER, et al.*, v. *UNITED STATES DEPARTMENT OF EDUCATION, et al.*,
Case No.: 6:21-cv-00474-AA
Exhibit A

| 28 | 07212132 | York College | 7/27/2021 | Evaluation | Lauren Swain | Hayden Brown | Yes (pending) | |
|---|---|---|---|---|---|---|---|---|
| 29 | 11212233 | Regent University School of Law | 7/28/2021 | Investigation | Lauren Swain | Jamie Lord | Yes. Moot | Opened investigation of allegation 1 (policy) and 2 (harassment). |
| 30 | 08212214 | Colorado Christian University | 8/3/2021 | Investigation in part; Dismissed in part | Lauren Swain | Journey Mueller | Yes. Denied | Opened allegation 1 (policy) for investigation; dismissed allegation 2 (placed student on probation, removed her from housing, required conversion therapy) for untimeliness, no waiver. |
| 31 | 09212318 | Azusa Pacific University | 7/27/2021 | Investigation in part; Dismissed in part | Lauren Swain | Jonathan Jones | Yes. Denied. | Opened allegation 1 (policy) and 2 (refusal to recognize LGBTQ+ student group) for investigation; dismissed allegation 3 (student's fear of punishment and revocation of scholarship) for untimeliness, no waiver. |
| 32 | 11212235 | Liberty University | 7/27/2021 | Investigation in part; Dismissed in part | Lauren Swain | Lucas Wilson | Yes. Denied | Opened allegation 1 (policy) for investigation; dismissed allegation 2 (encouraged student to participate in conversion therapy) for untimeliness, no waiver. |
| 33 | 09212314 | La Sierra University | 7/27/2021 | Investigation in part; Dismissed in part | Lauren Swain | Cameron Martinez | Yes. Denied. | Opened allegation 1 (refusal to recognize LGBTQ+ student group) and 2 (policy); dismissed allegation 3 (failure to address homophobic comments and complaints of |

4

*HUNTER, et al.,* v. *UNITED STATES DEPARTMENT OF EDUCATION, et al.,*
Case No.: 6:21-cv-00474-AA
Exhibit A

|  |  |  |  |  |  |  |  | discrimination) for untimeliness, no waiver. |
|---|---|---|---|---|---|---|---|---|
| 34 | 03212192 | Clarks Summit University (formerly Baptist Bible College) | 7/28/2021 | Investigation in part; Dismissed in part | Lauren Swain | Gary Campbell | Yes. Denied | Opened allegation 1 (policy) for investigation; dismissed allegation 2 (disciplined and harassed student and refused to allow him to reenroll) for untimeliness, no waiver. |

5