Shawn M. Lindsay, OSB #020695
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
*Solicitor General*
CHRISTIAN B. CORRIGAN*
*Assistant Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406-444-2707
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov
*Pro hac vice

Attorneys for Amicus Curiae

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. Department of Education, et al., <br><br> *Defendants,* <br><br> WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, et al., <br><br> *Intervenor-Defendants.* | Case No. 6:21-CV-00474-AA <br><br> **NOTICE OF CHANGE OF FIRM NAME, ADDRESS, AND EMAIL** |

1 – *Notice of Change of Firm Name, Address, and Email*

NOTICE IS HEREBY GIVEN that for attorney Shawn M. Lindsay, the law firm name, address, and email address identified below have changed. The undersigned requests that service of all future pleadings and other papers be made as listed below effective September 20, 2022. The telephone and fax numbers remain the same.

NEW FIRM NAME: JurisLaw LLP
NEW E-MAIL: shawn@jurislawyer.com
NEW ADDRESS: Three Centerpointe Drive
Suite 160
Lake Oswego, OR 97035

DATED this 20th day of September 2022.

**JURISLAW LLP**

By: /s/ Shawn M. Lindsay
Shawn M. Lindsay, OSB #020695
*Of Attorneys for Amicus Curiae*