

June 10, 2022

Catherine E. Lhamon, Assistant Secretary
United States Department of Education
Office for Civil Rights
Lyndon Baines Johnson Department of Education Bldg
400 Maryland Avenue, SW
Washington, DC 20202-1100

**RE: La Sierra University**
**OCR Case No. 09-21-2314**
**Assertion of Religious Exemption**

Dear Assistant Secretary Lhamon:

On May 3, 2022, La Sierra University received the above-referenced complaint. The complaint alleges:

1. The University is discriminating against the Student and other LGBTQ students on the basis of sexual orientation and gender identity by refusing to officially recognize the LGBTQ student group on campus; and

2. The University is discriminating against the Student and other LGBTQ students on the basis of sexual orientation and gender identity because its policies and practices, including its current student handbook, endorse the Seventh-day Adventist doctrine on homosexuality, stating that sexual intimacy belongs only within the marital relationship of a man and a woman.

La Sierra University is a religious institution of higher education, a part of the Seventh-day Adventist system of higher education, that takes seriously anti-discrimination provisions under federal and state law and is committed to providing a learning and living environment that promotes student safety, transparency, personal integrity, civility and mutual respect. La Sierra University seeks to ensure that its campus is a loving, compassionate, and welcoming environment for all students, including its LGBTQ students, while at the same time resolving to live consistently within traditional Christian values and teachings on sexuality in keeping with its mission and heritage as a Seventh-day Adventist university, and in keeping with the tenets of the Seventh-day Adventist Church.

In addition to other exemptions granted by the United States Constitution, La Sierra University is exempt from the provisions of Title IX that could give rise to the alleged violations stated above because La Sierra University is, for purposes of the definition found in 34 CFR §106.12(c)(1) through (6), controlled by a religious organization, and compliance with Title IX, as interpreted in and sought by the above-referenced complaint, would be inconsistent with the religious tenets of the Seventh-day Adventist Church.
The Seventh-day Adventist Church is a worldwide "family of Christian believers who are united in mission, purpose, and belief" that "strives to operate as one unified body" and "[works] together

*Office of the President*

4500 Riverwalk Parkway
Riverside, CA 92515

P 951.785.2020
F 951.785.2019

www.lasierra.edu
president@lasierra.edu



toward the same goal: building up the body of Christ and preparing others for His soon return John 14:3 )."[1]

"The Seventh-day Adventist Church conducts its activities through ecclesiastical organizations and a wide array of other entities and corporations established for specific functions aligned with the Church's believes, values, and mission."[2]  These organizations include the Pacific Union Conference of Seventh-day Adventists[3] (Pacific Union), which is the primary Seventh-day Adventist Church organization that sponsors and provides significant financial support to La Sierra University.  These organizations also include a number of institutions of higher education around the world, such as La Sierra University.  The Seventh-day Adventist Church publishes a directory called the Yearbook which presents information on entities and institutions that are recognized as official denominational organizations.  Both the Pacific Union[4] and La Sierra University[5] are listed in the Yearbook.

La Sierra University's Articles of Incorporation filed with the State of California are attached as Attachment 1.  The Articles set forth that La Sierra University is a religious nonprofit corporation[6] and that upon dissolution its assets go to the Pacific Union.[7]

La Sierra University's Bylaws[8] are attached as Attachment 2 and state that La Sierra University is an institution of higher education sponsored and maintained by the Pacific Union as part of the system of educational institutions established throughout the world by the Seventh-day Adventist Church.[9]  Under its Articles and Bylaws, the university is responsible to a constituency, all members of which must be members of the Seventh-day Adventist Church and almost all of whom serve ex officio due to positions held within the Pacific Union or the university.[10]

Moreover, the university is operated by its Board [of Trustees] as an integral part of the Pacific Union.[11]  The members of the university's Board of Trustees must be members of the Seventh-day Adventist Church and almost half of the board serve as ex officio members because of positions held within the Pacific Union

---

[1] Seventh-day Adventist Church, (2022, May 30).  *How is the Seventh-day Adventist Church Organized and Structured?*  Adventist Church Website.  https://www.adventist.org/world-church/
[2] Seventh-day Adventist Church, (2022, May 30).  *Yearbook.*  Adventist Church Website.  https://www.adventist.org/resources/directories/yearbook/
[3] The Pacific Union Conference is one of nine unions that make up the North American Division of the Seventh-day Adventist Church.  Unions coordinate the work of conferences (conferences are another fundamental component of the Seventh-day Adventist Church, usually organized in either a state, part of a large state, or multiple states in the case of smaller states).  The Pacific Union covers the territory covered by California, Nevada, Utah, Arizona and Hawaii.
[4] Seventh-day Adventist Church, (2022, May 30).  *Yearbook listing for Pacific Union Conference.*  Adventist Church Website.  https://www.adventistyearbook.org/entity?EntityID=18227&highlight=pacific|union
[5] Seventh-day Adventist Church, (2022, May 30).  *Yearbook listing for La Sierra University.*  Adventist Church Website.  https://www.adventistyearbook.org/entity?EntityID=18235&highlight=la|sierra|university
[6] La Sierra University Articles of Incorporation, Article II.
[7] Ibid., Article IV.
[8] La Sierra University's Bylaws were amended on May 18, 2022, and are attached as Attachment 2.  None of the amendments affected the portions cited herein but the prior version of the Bylaws are provided as well (Attachment 3) for your comparison since the complaint arose prior to May 18 amendments.
[9] La Sierra University Bylaws, Article Four, lines 15-17.
[10] Ibid., Article Five, Section 5.3.
[11] Ibid., Article Four, lines 17-18.



or other regional entities of the Seventh-day Adventist Church.[12]  The Board of Trustees manages the affairs of the university and exercises all corporate powers in accordance with the religious principles of the Seventh-day Adventist Church.[13]  The Bylaws instruct the board to guide the university "wisely in fulfilling its mission in higher education in the context of the educational, occupational, moral, spiritual, and social needs and challenges of the Seventh-day Adventist Church and in service to the Pacific Union."[14]  Among others, the Board's functions include (a) ensuring the university's mission and policies are aligned with the mission and philosophy of the Seventh-day Adventist Church,[15] (b) charging the president with the task of leading a strategic planning process aligned with the mission and philosophy of the Seventh-day Adventist Church,[16] and (c) exercising all powers consistent with the (religion-based) policies of the Pacific Union.[17]  In addition, all university officers must be members of the Seventh-day Adventist Church.[18]  Furthermore, the President is expected to fulfill the duties of the office in a manner aligned with the mission and philosophy of the Seventh-day Adventist Church.[19]

According to the university's Board Policy Manual, attached as Attachment 4, La Sierra University's mission is "rooted in the Christian gospel and Seventh-day Adventist values and ideals"[20] and its vision is "[t]o be an Adventist University that inspires the intellect, lives our faith, and changes the world."[21]  Its Directional Values include, but are not limited to, "[e]mbracing our Seventh-day Adventist beliefs, values, and identity in a spirit of openness, contributing reflectively to their continuing development, and pursuing the integration of faith and learning,"[22] "[o]ffering every student a robust liberal arts education, faithful to a Seventh-day Adventist vision of global citizenship, service and diversity,"[23] and "[a]cting in responsible ways with the resources entrusted to us by students, parents, donors, and the Seventh-day Adventist Church."[24]

Furthermore, the stakeholders to whom the Board feels primarily accountable include as number one "[t]he Seventh-day Adventist Church of which we are a part and which supports us both financially and spiritually.  Our direct contact with our church is both through the leaders who are part of our Board of Trustees and through our constituency."[25]  The primary beneficiaries of the university include, among others, "[t]he Seventh-day Adventist Church."[26]  The Board of Trustees thus "has a responsibility to the Seventh-day Adventist Church."[27]

---

[12] Ibid., Article Six, Section 6.2
[13] Ibid., Article Six, Section 6.1.
[14] Ibid., Article Six, Section 6.6, lines 182-185.
[15] Ibid., lines 195-196.
[16] Ibid., lines 201-202.
[17] Ibid., lines 231-233.
[18] Ibid., line 300.
[19] Ibid., Article Seven, Section 7.3, lines 328-333.
[20] La Sierra University Board Policy Manual, Section 2.1.
[21] Ibid., Section 2.2.
[22] Ibid., Section 2.3.
[23] Ibid.
[24] Ibid.
[25] Ibid., Section 2.4.
[26] Ibid., Section 2.5.
[27] Ibid., Section 3.2



As noted in the La Sierra University Faculty Handbook, in harmony with its mission, origins, and affiliation with the Seventh-day Adventist Church, the university endeavors to recruit and appoint full-time faculty who are members of the Seventh-day Adventist Church.[28]  In the event that a qualified Seventh-day Adventist is not available to fill an advertised full-time faculty position, Christians who demonstrate an understanding of and commitment to the mission of the university will be given preference and may be hired into non-tenure track positions.[29]  At least 90 percent of full-time faculty must be Seventh-day Adventists.  Furthermore, the majority of full-time faculty in any school and/or department shall be Seventh-day Adventists, and all full-time faculty in the Church's divinity school at La Sierra University, H.M.S. Richards Divinity School, shall be members of the Seventh-day Adventist Church.[30]  Faculty chairs/directors and/or deans are responsible to ascertain candidates' understanding and commitment to the university's mission.[31]  The Faculty Handbook also states that the university does the things most other universities do, but "it does these things as the fruition of its Adventist heritage and commitment" and "its religious orientation provides a perspective for its educational programs and projects" and a "framework for its moral values and lifestyle."[32]

The Seventh-day Adventist Church accepts the Bible as its only creed and holds certain fundamental beliefs to be the teaching of the Holy Scriptures.[33]  The church has formulated 28 Fundamental Beliefs that constitute the church's understanding and expression of the teaching of Scripture.[34]  Fundamental Belief Number 23, entitled "Marriage and the Family," expresses the religious tenet that "[m]arriage was divinely established in Eden and affirmed by Jesus to be a lifelong union between a man and a woman in loving companionship."[35]  The religious tenets of the Seventh-day Adventist Church have been further described in various official statements of the Seventh-day Adventist Church,[36] and the church's statement on homosexuality sets forth that "Seventh-day Adventists believe that sexual intimacy belongs only within the marital relationship of a man and a woman" and that "sexual acts outside the circle of a heterosexual marriage are forbidden."[37]

---

[28] La Sierra University Faculty Handbook, Part III, Section 3.1, A.  The faculty handbook can be found online at https://lasierra.edu/fileadmin/documents/about-la-sierra/provost/faculty-handbook.pdf
[29] Ibid.
[30] Ibid.
[31] Ibid.
[32] Ibid., Appendix A, *Aims of the University*
[33] Seventh-day Adventist Church, (2022, May 31) *Official Beliefs of the Seventh-day Adventist Church*.  Adventist Church Website.  https://www.adventist.org/beliefs/
[34] Ibid.
[35] Ibid.
[36] Seventh-day Adventist Church, (2022, May 31) *Official Statements*.  Adventist Church Website.  https://www.adventist.org/official-statements/
[37] Seventh-day Adventist Church, (2022, May 31) *Homosexuality*.  Adventist Church Website.  https://www.adventist.org/official-statements/homosexuality/



La Sierra University's Student Handbook makes clear that the university is a Seventh-day Adventist institution[38] and it requires students to attend worship services.[39] It states "[s]tudents who choose La Sierra University as their university make a personal commitment to conduct themselves in a manner, [sic] which reflects their sense of responsibility for the honor, integrity, and values of the university and themselves as members of its community.  They agree to comply with all university values and policies and own the consequences of their behavior."[40]  In a section entitled "Institutional Values and Community Expectations" within the sexual misconduct policy, the Student Handbook states "[i]n keeping with La Sierra University's mission and its heritage as a Seventh-day Adventist university, we resolve to live consistently within traditional Christian values and teachings on sexuality. We believe that Scripture is the ultimate authority on how to conduct our lives. La Sierra University takes the position that sexuality is a gift from God. Therefore, sexual expression should honor God, self, and others. The University expects that faculty, staff, and students will not engage in sexual intercourse outside of marriage nor engage in any sexual behavior or activity that would violate the values of La Sierra University as a Seventh-day Adventist institution…"[41]

The Student Handbook also states, "we resolve to live consistently with traditional Christian values and teaching on sexuality and support the Seventh-day Adventist position on Homosexuality."[42]
In short, OCR's litigating or even accepting the second claim identified in OCR's letter would constitute a direct challenge to core Seventh-day Adventist teachings and beliefs about marriage and human sexuality. For similar reasons, any effort by OCR to require La Sierra to officially recognize a campus LGBTQ group—the focus of the first claim identified in OCR's letter—would likewise challenge Seventh-day Adventist teachings and beliefs on marriage and sexuality and place OCR in the unconstitutional position of seeking to substitute its judgment for the judgment of a religious institution on a matter of religious belief and practice.

To conclude, La Sierra University asserts it is exempt from any provision or interpretation of Title IX that could give rise to the allegations stated in the above-referenced OCR complaint and seeks OCR dismissal of the complaint.  The information provided above demonstrates La Sierra University satisfies the religious exemption criteria in 20 U.S.C. §1681(3) and 34 C.F.R. §106.12.  La Sierra University is an institution of the Seventh-day Adventist Church and therefore must be exempt from any provision of Title IX that would require the university to abandon, disregard or even compromise the tenets of the Seventh-day Adventist church as they relate to marriage and sexuality.

While we expect and appreciate OCR's prompt dismissal of the OCR complaint, we remain committed to making our campus a welcoming environment for every student.  The Seventh-day Adventist Church recognizes that every human being is valuable in the sight of God, including our LGBTQ students, and while every employee and student is called to honor and abide by the Seventh-day Adventist Church values of the

---

[38] La Sierra University Student Handbook, pages 8, 9, 11, 23, 37, 41, 51 most notably, which can be found online at https://lasierra.edu/fileadmin/documents/slife/la-sierra-student-handbook.pdf
[39] Ibid., pages 12, and 23-25.
[40] Ibid., page 13.
[41] Ibid., page 37.
[42] Ibid., page 41.

institution while employed or enrolled at La Sierra University, we recognize we serve a diverse student population. La Sierra University will continue to strive to always demonstrate Christ-like compassion when addressing our students' needs and concerns.

Sincerely,

Joy A. Fehr

President

cc: Anamaria Loya, Chief Attorney, OCR
Blake Thompson, Deputy Chief Attorney, OCR



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

THE ASSISTANT SECRETARY

July 20, 2022

Joy A. Fehr, President
La Sierra University
Office of the President
4500 Riverwalk Parkway
Riverside, CA 92515

Dear President Fehr,

I write in response to your June 10, 2022, letter to the U.S. Department of Education's Office for Civil Rights (OCR), in which you requested assurance of a religious exemption from Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681-1688, for La Sierra University ("La Sierra") in Riverside, California.

Title IX prohibits discrimination on the basis of sex in any education program or activity operated by a recipient of Federal financial assistance. Title IX and its implementing regulations at 34 C.F.R. § 106.12 provide that Title IX does not apply to an educational institution controlled by a religious organization to the extent that the application of Title IX would be inconsistent with the controlling organization's religious tenets. Section 106.12(b) of the Department's Title IX regulations describe the process by which an educational institution may request assurance of a religious exemption. The request must identify the religious organization that controls the educational institution and specify the tenets of that organization and the provisions of the law or regulation that conflict with those tenets. Section 106.12(c) of the Department's Title IX regulations describes the evidence that is sufficient to establish that an educational institution is controlled by a religious organization.

Your letter states that La Sierra "is a religious institution of higher education, a part of the Seventh-day Adventist system of higher education" and that "'the Seventh-day Adventist Church conducts its activities through ecclesiastical organizations and a wide array of other entities and corporations established for specific functions aligned with the Church's [beliefs], values, and mission.'" According to your letter, "these organizations include the Pacific Union Conference of Seventh-day Adventists (Pacific Union)" which "is the primary Seventh-day Adventists Church organization that sponsors and provides significant financial support to La Sierra University." Your letter explains that, according to La Sierra's "Articles and Bylaws," "the university is operated by its Board [of Trustees] as an integral part of the Pacific Union." The letter also states

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EXHIBIT H 7

that "the members of [La Sierra's] Board of Trustees must be members of the Seventh-day Adventist Church and almost half of the board serve as ex officio members because of positions held within the Pacific Union or other regional entities of the Seventh-day Adventist Church." The letter also explains that "the Board of Trustees manages the affairs of the university and exercises all corporate powers in accordance with the religious principles of the Seventh-day Adventist Church."

Your letter states that La Sierra's Faculty Handbook provides that the university "endeavors to recruit and appoint full-time faculty who are members of the Seventh-day Adventist Church. In the event that a qualified Seventh-day Adventist is not available to fill an advertised full-time faculty position, Christians who demonstrate an understanding of and commitment to the mission of the university will be given preference and may be hired into non-tenure track positions." The letter also states that "at least 90 percent of full-time faculty must be Seventh-day Adventists," "the majority of full-time faculty in any school and/or department shall be Seventh-day Adventists, and all full-time faculty in the Church's divinity school […] shall be members of the Seventh-day Adventist Church."

The letter also states that "La Sierra's […] Student Handbook makes clear that the university is a Seventh-day Adventist institution" that requires its students to "attend worship services," "make a personal commitment to conduct themselves in a manner which reflects their sense of responsibility for the honor, integrity, and values of the university and themselves as members of its community," and "agree to comply with all university values and policies." The letter explains that as provided in the "Institutional Values and Community Expectations" section of La Sierra's Student Handbook, La Sierra "'expects that faculty, staff, and students will not engage in sexual intercourse outside of marriage nor engage in any sexual behavior or activity that would violate the values of La Sierra […] as a Seventh-day Adventist institution…'" Your letter further states that the Student Handbook requires students, faculty, and staff "'resolve to live consistently with traditional Christian values and teaching on sexuality and support the Seventh-day Adventist position on Homosexuality.'"

According to your letter, La Sierra's Board Policy Manual provides that the university's "mission is 'rooted in the Christian gospel and Seventh-day Adventist values and ideals' and its vision is '[t]o be an Adventist University that inspires the intellect, lives our faith, and changes the world.'" Your letter further states that La Sierra's "directional values include, but are not limited to, '[e]mbracing […] Seventh-day Adventist beliefs, values, and identity in a spirit of openness, contributing reflectively to their continuing development, and pursuing the integration of faith and learning.'" The letter further explains that "the Seventh-day Adventist Church accepts the Bible as its only creed and holds certain fundamental beliefs to be the teaching of the Holy Scriptures. The church has formulated 28 Fundamental Beliefs that constitute the church's understanding and expressing of the teaching of Scripture." Your letter continues, stating that "Fundamental Belief Number 23, entitled 'Marriage and the Family,' expresses the religious tenet that '[m]arriage was divinely established in Eden and affirmed by Jesus to be a lifelong union between a man and a woman in loving companionship.'" The letter explains that "the religious tenets of the Seventh-day Adventist Church have been further described in various official statements of the Seventh-day Adventist Church, and the church's statement on homosexuality sets forth that 'Seventh-day

Adventists believe that sexual intimacy belongs only within the marital relationship of a man and a woman' and that 'sexual acts outside the circle of a heterosexual marriage are forbidden.'"

For the above reasons, La Sierra requests assurance of its exemption from "any provision or interpretation of Title IX that could give rise to the allegations" identified in an OCR notification letter, including allegations of discrimination against LGBTQ students on the basis of sexual orientation and gender identity by refusing to officially recognize an LGBTQ student group on campus and by adopting policies reflecting religious tenets that "sexual intimacy belongs only within the marital relationship of a man and a woman." La Sierra has requested assurance of this exemption insofar as Title IX would require La Sierra to "abandon, disregard, or even compromise the tenets of the Seventh-day Adventist church as they relate to marriage and sexuality." Although La Sierra does not identify a specific provision of the Title IX regulations from which it seeks assurance of its exemption, OCR interprets La Sierra's letter as a request for assurance of its exemption from 34 C.F.R. § 106.31 (governing education programs or activities) to the extent its application would be inconsistent with tenets of the Seventh-day Adventist church as they relate to marriage and sexuality.

La Sierra is exempt from this provision to the extent that its application would be inconsistent with the tenets of the Seventh-day Adventist church as they relate to marriage and sexuality.

Please note that this letter should not be construed to grant exemption from the requirements of Title IX and the regulations other than as stated above. In the event that OCR receives a complaint against your institution, we are obligated to determine initially whether the allegations fall within the exemption here recognized. Also, in the unlikely event that a complaint alleges that the practices followed by an institution are not based on the religious tenets identified in your request, OCR may contact the controlling organization to verify those tenets. If the organization provides an interpretation of tenets that has a different practical impact than that described by the institution, or if the organization denies that it controls the institution, OCR will not recognize this exemption.

I hope this letter fully responds to your request. If you have any further questions, please do not hesitate to contact me.

Sincerely,

Catherine E. Lhamon
Assistant Secretary for Civil Rights



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

REGION IX
CALIFORNIA

50 UNITED NATIONS PLAZA
MAIL BOX 1200, ROOM 1545
SAN FRANCISCO, CA 94102

November 1, 2022

**VIA ELECTRONIC MAIL**

Lauren Swain
Paul Southwick Law, LLC
8532 N. Ivanhoe Street, #208
Portland, OR 97203

Re: La Sierra University
OCR Case No. 09-21-2314

Dear Ms. Swain:

On July 27, 2021, the United States Department of Education (Department), Office for Civil Rights (OCR) received your complaint on behalf of a student at La Sierra University, whom we will refer to as the Student, alleging that the University discriminated on the basis of sex. On May 3, 2022, OCR notified you that it was initiating an investigation regarding the following two allegations:

1) The University is discriminating against the Student and other LGBTQ students on the basis of sexual orientation and gender identity by refusing to officially recognize the LGBTQ student group on campus (Allegation 1); and

2) The University is discriminating against the Student and other LGBTQ students on the basis of sexual orientation and gender identity because its policies and practices, including in its current student handbook, endorse the Seventh-day Adventist doctrine on homosexuality, stating that sexual intimacy belongs only within the marital relationship of a man and a woman (Allegation 2).

OCR enforces Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 - 1688, and its implementing regulation at 34 C.F.R. Part 106, which prohibit discrimination on the basis of sex in any education program or activity operated by a recipient of Federal financial assistance. As a recipient of Federal financial assistance from the Department, the University is subject to Title IX. Title IX and its implementing regulations contain several exemptions and exceptions from its coverage. *See* 20 U.S.C. §§ 1681(a)(1)-(9); 34 C.F.R. §§ 106.11-106.15.

OCR has now determined that it is dismissing your complaint. OCR explains its decision in further detail below.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EXHIBIT H

*www.ed.gov*

10

Pursuant to Section 108(a) of the OCR's *Case Processing Manual*, (CPM),[1] OCR must dismiss a complaint if it determines that it does not have subject matter jurisdiction over the complaint.

By letter to the Assistant Secretary for Civil Rights dated June 10, 2022, the University requested an assurance of exemption from the application of Title IX and its implementing regulations. By letter dated July 20, 2022, the Assistant Secretary for Civil Rights assured the University of its exemption from 34 C.F.R. § 106.31 (governing education programs or activities) to the extent that application of that provision would be inconsistent with tenets of the Seventh-day Adventist church as they relate to marriage and sexuality.

Because the University is exempt from the above-referenced regulatory provision of Title IX to the extent that its application conflicts with the religious tenets of its controlling religious organization, OCR lacks jurisdiction to address the complaint allegations. Accordingly, OCR is dismissing this complaint pursuant to Section 108(a) of the CPM.

OCR would also like to make you aware that individuals who file complaints with OCR may have the right to file a private suit in federal court whether or not OCR finds a violation.

This letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.

Please be advised that the University must not harass, coerce, intimidate, discriminate, or otherwise retaliate against an individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR. If this happens, the individual may file a separate retaliation complaint with OCR.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information that could reasonably be expected to constitute an unwarranted invasion of personal privacy if released.

If you have any questions or concerns, please contact Blake Thompson at Blake.Thompson@ed.gov.

Sincerely,

Anamaria Loya
Chief Attorney

[1] *See* CPM (July 18, 2022) at https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf.