**Paul Carlos Southwick (OSB 095141)**
**Joseph Baxter (OSB 215137)**
**Religious Exemption Accountability Project**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Alletta S. Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

**Misha Isaak (OSB 086430)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: misaak@perkinscoie.com
Phone: 503-727-2000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| ELIZABETH HUNTER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; and Catherine LHAMON, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education,<br><br>  Defendants,<br><br>v.<br><br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY,<br><br>  Intervenor-Defendants. | Case No. 6:21-cv-00474-AA<br><br>**NOTICE OF APPEARANCE OF JOSEPH BAXTER** |

NOTICE IS HEREBY GIVEN that Joseph Baxter, of Paul Southwick Law, LLC,

enters his appearance in this case on behalf of the Plaintiffs.

Dated:  November 16, 2022               Respectfully submitted,

                                         JOSEPH BAXTER

                                          /s/ *Joseph Baxter*
                                         PAUL C. SOUTHWICK (OSB 095141)
                                         *Lead Counsel*
                                         JOSEPH BAXTER (OSB 215137)
                                         Religious Exemption Accountability Project
                                         Paul Southwick Law, LLC
                                         8532 N. Ivanhoe St. #208,
                                         Portland, OR 97203
                                         Email: paul@paulsouthwick.com
                                         Phone: 503-806-9517

                                         *Attorneys for Plaintiffs*