Gene C. Schaerr, DC Bar # 416368*
Email: gschaerr@schaerr-jaffe.com
Nicholas Miller, MI Bar# P70694*
Email: nmiller@schaerr-jaffe.com
Joshua J. Prince, DC Bar # 1685532*
Email: jprince@schaerr-jaffe.com
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060

* Admitted *pro hac vice*

Herbert G. Grey, OSB # 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

*Counsel for Defendant-Intervenor
Council for Christian Colleges &
Universities*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
Eugene Division

| | |
|---|---|
| ELIZABETH HUNTER, et al., | No. 6:21-CV-00474-AA |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, et al., | DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENORS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS |
| Defendants, | |
| v. | |
| COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY, | |
| Defendants-Intervenors. | |

1. I, Dr. Janet Dean, am a licensed psychologist (Kentucky) and Professor of Pastoral Counseling Education at Asbury Theological Seminary. I have worked in Christian higher education as both a full-time therapist and psychology professor, serving 18 years at Asbury University prior to transferring to the seminary. During this time, my ongoing research has been focused on sexual minorities on faith-based campuses, with multiple peer-reviewed articles, a book, and many presentations at professional conferences and training events. I have served on the Taskforce on LGBT Issues of Division 36 Society for the Psychology of Religion and Spirituality, American Psychological Association, for the past eight years, and I was recently named the Chair-Elect of the Board of Directors of Equip, a non-profit organization that assists faith-based institutions to better care for their gay members. My master's degree and doctorate in Clinical Psychology are from The Ohio State University; I also have a master's degree in Counseling and a Master of Divinity degree from Asbury Theological Seminary. My CV is incorporated here as Exhibit 1.

2. In preparation for this declaration, I reviewed Plaintiffs' Supplemental Brief as well as the attached academic studies dealing with LGBTQ+ health and well-being, most notably a research brief published by The Trevor Project on September 28, 2022, entitled *Suicide Risk and Access to Care Among LGBTQ College Students*, as well as a report by the Trevor Project entitled *2022 National Survey on LGBTQ Youth Mental Health*. I have also reviewed the materials and studies discussed below, and those attached to this Declaration as Exhibits.

3. In reviewing Plaintiff's Supplemental brief, I note that they claim that the Trevor Project study showed that "where the religious educational institutions at issue do not provide affirming and/or equal access to mental health services . . . LGBTQ+ students . . . were nearly four times more likely to attempt suicide" than such students who do have

access to mental health services.  Pls.' Supp. Br. 4, ECF No. 178.  There are a couple of major problems with this claim.

4.  First, the Trevor study did not break out religious schools in its data set, and indeed appears to have drawn mostly from public/state universities for their data on LGBTQ+ health risks. Attempts to extrapolate from that study design to conventionally religious campuses, with no data on the availability of mental health services to students generally or LGBTQ+ at these campuses, lacks validity.

5.  Second, plaintiffs conflate the categories of "affirming" and "equal access" to mental health services, as though these are the same thing, thereby suggesting that conservative Christian schools by definition cannot provide such services.  But this conclusion is simply not true. Plaintiffs assume that Christian schools that do not have an "affirming" philosophy overall (as in embracing and endorsing LGBTQ+ lifestyle decisions) cannot provide adequate mental health services that would be equally available to and supportive of LGBTQ+ students.  But again, this is an invalid assumption.

6.  Data from a recent study that I and some of my colleagues are conducting on conservative Christian university and college campuses show that, at the vast majority of such campuses, counseling services are widely made available to all students, including LGBTQ+ students.  This recent study also reveals that the vast majority of counselors on these campuses, something like 90%+, operate on a student-centered value philosophy.  In other words, while the university or college itself may not have an "affirming" philosophy, the counselors that work at the schools are in almost all instances going to provide a

counseling experience that is reflective of the concerns, values, and goals of the student, while also striving to be consistent with the religious views of the institution.

7. We have made an initial report of some of this data in a popular article, *Counseling and Sexuality on Christian Campuses*, which I have attached as Exhibit A. This article shows that Plaintiffs' claim that LGBTQ+ students lack equal access to supportive, caring, and even "affirming" counseling services at Christian campuses, is not supported by the actual practices at these schools. Indeed, an earlier 2017 study called *A Survey of Sexual Minorities Who Attend Faith- Based Institutions of Higher Education*, which I have attached as Exhibit B, revealed that nearly 90% of sexual minority students on Christian campuses were aware of counseling services on their campuses. In addition, more than 1/3 of LGBTQ+ students surveyed at CCCU schools already had used these counseling center for assistance, and another 15% would do so if they thought they needed support.

8. It would seem that access to counseling services generally is what is truly important for LGBTQ+ student health, and not necessarily access to LGBTQ+ specific services. The Trevor Study document (page 4) declares that the more important consideration is whether LGBTQ+ students had access to mental health services at the campus ("had 84% lower odds of attempting suicide in the past year"). The LGBTQ+ Student Services on the next page reflected a 42% lower odds – so, while specific LGBTQ Student Services appeared to be of some value to the students who were surveyed, it was nowhere near as important as counseling services generally. And, depending on what LGBTQ+ Student Services actually offered, they could be value discordant for some

3 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR
   CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

conventionally religious LGBTQ students who are more likely to be found at Christian schools.

9.    Further, just last year, we published a study called *The Mediating Role of Self-Acceptance in the Psychological Distress of Sexual Minority Students on Christian College Campuses*, attached here as Exhibit C, that explored the rates of psychological distress in sexual minority students on Christian campuses. In our study, we did not find higher rates of psychological distress in sexual minority students on Christian campuses compared to a nationally normed sample by the Center for Collegiate Mental Health.  Indeed, we discovered that sexual minority students at Christian campuses had lower rates of distress compared with the national sample.  In that national group, 25% of LGB students reported "marked" distress, the highest level, but only 9% of such students at Christian campuses reported this level of distress.  Fully 50% of sexual minority students at Christian campuses reported low distress, compared with only 36% that reported low distress in the national sample.

I swear and or affirm that the above is true to the best of my knowledge and recollection, and I am an adult competent to make this declaration.

_____    12/9/2022_
Dr. Janet Dean                Date

## EXHIBIT 1: CURRICULUM VITAE OF DR. JANET DEAN

# JANET B. DEAN

**Professor of Pastoral Counseling Education**
**Asbury Theological Seminary**
204 N. Lexington Ave.
Wilmore, Kentucky 40390
Cell: 859.351.7568
janet.dean@asburyseminary.edu

### CREDENTIALS

**Psychologist License**, Health Service Provider, Approved Supervisor, Kentucky #129393, 2004 – 2025
(National Provider Number: 1811181480)

**Elder**, The Church of the Nazarene, June 2021 (Ordination) - present

### EDUCATION

**Ph.D. in Clinical Psychology, 2003,** The Ohio State University, Columbus, OH
Personality Emphasis, Minor - Quantitative Psychology, Certificate - Teaching of Psychology
**M.A. in Clinical Psychology, 2001,** The Ohio State University, Columbus, OH
**M.Div. in Divinity Studies, 1997,** Asbury Theological Seminary, Wilmore, KY
**M.A. in Counseling, 1994,** Asbury Theological Seminary, Wilmore, KY
**B.A. in Psychology, 1992,** *summa cum laude*, The University of Akron, Akron, OH

### ACADEMIC APPOINTMENTS

2022-Present **Professor of Pastoral Counseling Education**, Asbury Theological Seminary, Wilmore, KY
Courses include Pastoral Ethics, Care of Persons, Pastoral Diagnosis, Research Methods.

2008-2022 **Professor (Associate, 2013; Tenure, 2014; Full, 2021)**, Department of Psychology, Asbury University, Wilmore, KY
Courses include Ethics, Experimental Psychology, Forensic Psychology, Psychology of Personality, Physiological Psychology, Abnormal Psychology, Psychology of Personhood (regular and honors courses), Liberal Arts Seminar, Research Practicum, Psychology & Everyday Life, Developmental Psychology, Adolescence & Emerging Adulthood, Statistics, Learning & Motivation, Child & School Psychology, Counseling & Psychotherapy II.

2004-Present **Adjunct Faculty,** Asbury University, Wilmore, KY

2002-2022 **Affiliate Faculty,** Counseling & Pastoral Care, Asbury Theological Seminary
Courses include Research Methods, Development, Lifespan Development, Cognitive Behavioral Counseling, Counseling Skills, and Group Counseling.

1998-2002 **Graduate Teaching Assistant (Teaching Fellow),** Department of Psychology, The Ohio State University, Columbus, OH

1997-2002 **Research Assistant in Personality Studies,** Department of Psychology, The Ohio State University

1994-1996 **Interviewer** (30 hours total), Counseling and Pastoral Care, Asbury Theological Seminary

1994; 1996 **Teaching Assistant**, Counseling and Pastoral Care, Asbury Theological Seminary

**CLINICAL POSITIONS**

2008-present    **Psychologist, Pastoral Counselor, & Owner,** Grace Psychological and Pastoral Counseling
                Services (part-time), Wilmore, KY

2020-present    **Psychologist,** BetterHelp (part-time, online), Wilmore, KY

2010-2017       **Clinical Supervisor,** Ed Necco & Associates, Inc., Lexington, KY

2004-2008       **Director for Clinical Services (2006-2008) / Psychologist,** Center for Counseling,
                Asbury College, Wilmore, KY

2003-2004       **Clinical Psychologist 1** (Adult Outpatient Mental Health), Jessamine Counseling Center,
                Bluegrass Regional Mental Health Mental Retardation Board, Inc., Nicholasville, KY

2002-2003       **Psychology Intern** (Clinical/Forensic Psychology), Federal Medical Center, Federal Bureau of
                Prisons, Lexington, KY

1999-2001       **Psychometrician** (part-time)**,** Ohio Rehabilitation Services Commission, Bureau of Disability
                Determination, Toledo, Springfield, & Chillicothe, OH

1998-2002       **Psychology Assistant** (part-time practica)

                Timothy Moritz Forensic Unit, Twin Valley Behavioral Healthcare, Ohio Department of
                    Mental Health, Columbus, OH, 2001-2002

                Rehabilitation Medicine, Traumatic Brain Injury Unit, Dodd Hall, The Ohio State University,
                    Columbus, OH, 2000-2001

                Crittenton Family Services, Columbus, OH, 2000

                Counseling & Consultation Service, The Ohio State University, Columbus, OH, 1999-2000

                Psychological Services Center, The Ohio State University, Columbus, OH, 1998-1999

1993-1994       **Practicum Counselor** (part-time practicum), Student Counseling & Career Service,
                Asbury College, Wilmore, KY


**MINISTRY POSITIONS**

2022-           Associate Pastor, Pastoral Counseling, Beth Arukah, Lafayette Church of the Nazarene,
                Lexington, KY

2022            Delegate, Nazarene Missions International, to the Kentucky District Assembly of the
                Church of the Nazarene (Bowling Green, KY), representing Lafayette Church of
                the Nazarene, Lexington, KY

2014-2021       Secretary of the Church Board (2014- 2021), Treasurer (2016-2021), Trustee (2014-
                2021), Counter (2013-2016), and other various committee assignments, Grace
                Community Church of the Nazarene, Nicholasville, KY

2021            Lay Nazarene Missions International Delegate to the Kentucky District Assembly of the
                Church of the Nazarene (Bowling Green, KY), representing Grace Community Church of
                the Nazarene, Nicholasville, KY

2017-2021       Women's Ministries Leader, Grace Community Church of the Nazarene, Nicholasville, KY

2002-2021       Member, Church of the Nazarene

2017-2020       Lay Member, District Advisory Board, Kentucky District of the Church of the Nazarene

2017-2018       Leader, Sexual Minority Support Group, Grace Community Church of the Nazarene,
                Nicholasville, KY


6 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR
CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

| | |
|---|---|
| 2016-2019 | Lay Delegate to the Kentucky District Assembly of the Church of the Nazarene (Bowling Green, KY), representing Grace Community Church of the Nazarene, Nicholasville, KY |
| 2014-2017 | Grace Group Leader, Grace Community Church of the Nazarene, Nicholasville, KY |
| 2014, June | Member, Missions Team to Cancun, Mexico, Grace Community Church of the Nazarene, Nicholasville, KY, and the Jesus Film Project |
| 2007-2012 | Professional Counselor, Altar Ministries, Ichthus Festival |
| 2003-2005 | Treasurer, Member of Launch Team / Management Team; LifeBridge Church of the Nazarene; Lexington, KY |
| 1999-2000 | Assistant Pastor of Prayer Ministries (volunteer); Lighthouse Free Methodist Church; Pickerington, OH |
| 1996-1997 | Newsletter Editor, Wilmore Free Methodist Church; Wilmore, KY |
| 1994-1997 | Premarital Counseling Group Leader, Wilmore Free Methodist Church; Wilmore, KY |
| 1993-1994 | Director of Preschool Ministries; Wilmore Free Methodist Church; Wilmore, KY |
| 1991-1992 | Young Adult Small Group Leader; Cornerstone Free Methodist Church; Akron, OH |
| 1989-1992 | Kindergarten Sunday School Teacher; Cornerstone Free Methodist Church; Akron, OH |
| 1988-2002 | Free Methodist Church of America, Member |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| 2022-present | Association for Clinical Pastoral Education, Inc. |
| 2019-present | Sexual & Gender Identity Institute, Wheaton College, Wheaton, IL, Fellow |
| 2004-present | American Psychological Association, Member |
| 2012-present | APA Division 36 – Society for the Psychology of Religion & Spirituality, Member |
| 2003-present | Kentucky Psychological Association, Member |
| 2003-present | Christian Association of Psychological Studies, Member |
| 2015-present | Kentucky Counseling Association, Member |
| 2018-present | Kentucky Chapter, Association for Spiritual, Ethical, & Religious Values in Counseling, Member |
| 2021-present | Network of Professors with a Biblical Perspective |
| 1991-present | Psi Chi National Psychology Honor Society, Member, Advisor (2008-2022) |
| 2010-2015 | Institute for the Study of Sexual Identity, Regent University, Virginia Beach, VA, Associate |
| 2010-2015 | Society for Personality and Social Psychology, Member |
| 2009-2016 | Kentucky Academy of Science, Member |

## CERTIFICATIONS

| | |
|---|---|
| 2021-2023 | Certified Clinical Telemental Health Provider, #861432, Evergreen Certifications |
| 2014 | Certified Organization Advisor, Leadership Excellence and Advisor Development (LEAD), Mortar Board National College Senior Honor Society |
| 2014 | Certificate of Achievement, Academic Leadership Academy, Bluegrass Higher Education Consortium |
| 2011 | Certificate in Strengths Approaches to Higher Education Leadership and Student Success |

2007            Qualified Administrator of the Myers-Briggs Type Indicator

**GRANTS, HONORS, AND DISTINCTIONS**

2021-2024       Research Grant: *The Gender Identity and Faith Project* ($30,000), Networking Grant for Christian Scholars, Council for Christian Colleges and Universities, Associate Researcher with Mark Yarhouse, Steve Stratton, and Jeffrey Reed

2020-2021       Planning Grant: *The Gender Identity and Faith Project* ($5,000), Networking Grant for Christian Scholars, Council for Christian Colleges and Universities, Associate Researcher with Mark Yarhouse, and Steve Stratton

2020            Faculty Development Grant for Research ($500), Asbury University

2018-2021       Research Grant: *The Gender Identity Project (A Longitudinal Study)* ($29,000), Louisville Institute, Associate Researcher with Mark Yarhouse, Steve Stratton, Mike Lastoria

2018            Faculty-Scholar Award, Asbury University

2015            Research Grant: *Citizens' Attitudes Regarding Smoking in Public Places* ($11,811), Green River District Health Department, Primary Investigator with Paul Nesselroade

2015            Research Grant: *Citizens' Attitudes Regarding Smoking in Public Places* ($14,340), Bullitt County Health Department, Primary Investigator with Paul Nesselroade

2014            Outstanding Undergraduate Mentor, Kentucky Psychological Foundation

2013            Research Grant: *Citizens' Attitudes Regarding Smoking in Public Places* ($14,000), Jessamine County Health Department, Primary Investigator with Paul Nesselroade

2011            Certificate of Appreciation, United States Navy Reserves, Commanding Officer, Navy Region Midwest Reserve Component Command

2011-2013       Research Grant: *Forgiveness in 16 Christian Colleges: Effects on the College Community* ($500 to Asbury University), Virginia Commonwealth University, Associate Researcher with Everett Worthington (Primary Investigator) and Steve Stratton (Co-Researcher)

2009-2010       Research Grant: *Workforce Opportunity Project for 23 southeastern Kentucky counties* ($108,000), Eastern Kentucky Concentrated Employment Program, Associate Researcher with Carla Ockerman-Hunter (Primary Investigator) and Steve Stratton (Co-Researcher)

2008-2010       Research Grant: *Forgiveness, Differentiation of Self and Spirituality* ($2,000), Western Kentucky University, Associate Researcher with Jill Duba (Primary Investigator), Virginia Holeman and Lise DeShea (Co-Researchers)

2007            Alumni Achievement Award, Coventry High School, Akron, Ohio

2006            Letter of Commendation, United States Navy Reserves, Commanding Officer, Naval Mobile Construction Battalion 24

2005            Research Grant: *Service-Learning Mini-Grant for Developmental Psychology course* ($400), Lily Foundation

2005            Plaque of Appreciation for Ombudsmanship, United States Navy Reserves, Sailors, Naval Mobile Construction Battalion 24

2002            Nominee (one of 80 from 3000 teaching associates), Graduate Teaching Associate Annual Award, The Ohio State University

2001            Honorable Mention, Poster Presentation, Ohio Psychological Association

1999            Promoting Excellence in Teaching Fellowship, The Ohio State University

1998-2001       Psychology Department Teaching Fellow, The Ohio State University

5 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

| | |
|---|---|
| 1997-1998 | University Graduate Fellow, The Ohio State University |
| 1997 | Outstanding Young Women of America |
| 1994-1995 | Robert A. Traina English Bible Scholarship, Asbury Theological Seminary |
| 1994-1995 | Myron C. Boyd Free Methodist Scholarship, Asbury Theological Seminary |
| 1994 | International Society of Theta Phi |
| 1992-1994 | Academic Excellence Scholarship, Asbury Theological Seminary |
| 1992 | Phi Sigma Alpha Honor Society |
| 1989-1992 | Presidential Scholar, The University of Akron |
| 1991 | Golden Key / Peat Marwick Award, The University of Akron |
| 1990 | Golden Key National Honor Society |

## PROFESSIONAL SERVICE POSITIONS

| | |
|---|---|
| 2022-present | Chair Elect, Board of Directors, Equip, https://equipyourcommunity.org/ |
| 2022-present | Vice President, Board of Directors, Dayton Community Impact Center, https://daytoncic.com/ |
| 2021-2022 | Consultant, Council of Christian Colleges and Universities |
| 2021 | Hospitality Coordinator, 2021 Annual International Convention (Louisville, KY), Christian Association for Psychological Studies |
| 2013-present | Member, Taskforce on LGBT Issues, American Psychological Association, Division 36 – Society for the Psychology of Religion and Spirituality |
| 2013-2021 | Member, Spring Academic Conference Planning Committee, Kentucky Psychological Foundation |
| 2019-2020 | Public Education Chair, Board of Directors, Kentucky Psychological Foundation |
| 2018 | Student Poster Judge, Annual Convention, Christian Association for Psychological Studies |
| 2017-2018 | Science and Research Interest Section Representative (Elected), Board of Directors, Kentucky Psychological Association |
| 2015-2016 | Coordinator & Moderator, 2016 Spring Webinar Continuing Education Series, Kentucky Psychological Association |
| 2015-2016 | Member, Continuing Education Committee, Kentucky Psychological Association |
| 2014-2015 | Co-Coordinator & Co-Moderator, 2015 Spring Webinar Continuing Education Series, Kentucky Psychological Association |
| 2009-2021 | Judge, Kentucky Psychological Association Foundation, Spring Academic Conference |
| 2008-2018 | Ambassador, Kentucky Psychological Association |
| 2013 | Co-Chair, 2013 Annual Convention Planning Committee, Kentucky Psychological Association |
| 2010-2011 | Member, 2011 Annual Convention Planning Committee, Kentucky Psychological Association |
| 2010-2011 | Mentor, Early Career Psychologists' Mentorship Program, Kentucky Psychological Association |
| 2009-2010 | Mentee, Early Career Psychologists' Mentorship Program, Kentucky Psychological Association |
| 2005-2007 | Member, Committee of Early Career Psychologists, Kentucky Psychological Association |
| 2005-2007 | Assistant Ombudsman, Lexington/Louisville (KY) Navy Reserve Center, Naval Mobile Construction Battalion 24, United States Navy Reserve |
| 2001-2002 | Student Representative to the Ohio Women in Psychology Association |
| 1998-2001 | Class Representative to Clinical Psychology Faculty Meeting, The Ohio State University |

2 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR
CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

| 1998-2001 | Delegate of Psychology Department, Council of Graduate Students, The Ohio State University |
| 1994-1995 | President, Theta Phi Honor Society; Chapter at Asbury Theological Seminary |
| 1992-1995 | President, Secretary, and Representative to the John Wesley Seminary Foundation; Asbury Theological Seminary |
| 1994-1997 | Technical Services Assistant, Cataloguing (Full-time employment); B.L. Fisher Library; Asbury Theological Seminary |
| 1993 | Summer Assistant Chaplain, Chandler Medical Center, University of Kentucky, Lexington, KY |

**PROFESSIONAL SERVICE POSITIONS at ASBURY UNIVERSITY**

| 2021-2022 | Member, Tenure and Promotion Committee, Provost's Office |
| 2021-2022 | Member, SEARCH Advisory Committee, Provost's Office |
| 2020-2022 | Member, Task Force on Care & Compassion for Sexual & Gender Minority Students, Student Development |
| 2015-2021 | Program Director, SEARCH Student Scholarship |
| 2012-2022 | Member, Institutional Review Board |
| 2008-2022 | Faculty Advisor, Psi Chi International Honor Society in Psychology & the Psychology Club |
| 2020 | Member, Bible/Theology Faculty Search Committee (3 faculty positions) |
| 2018-2019 | Member, Faculty Development Committee |
| 2017-2018 | Member & Facilitator, Faculty Interview Group for the Provost's Selection Process, President's Office |
| 2015-2020 | Chair, Presidential Appeals Committee, President's Office |
| 2011-2016 | Member, Faculty Development Committee |
| 2017 | Chair, Subcommittee on Administration and Organization for Reaffirmation of Accreditation, SACS, President's Office |
| 2016, 20, 21 | Co-Organizer, Wesleyan Heritage Conference |
| 2016 | Member, Ad Hoc Committee on Human Sexuality, Student Development |
| 2016 | Member, Online Advisory Committee, School of Graduate and Professional Studies |
| 2012, 2014 | Member, Wesleyan Heritage Conference Committee |
| 2014-2015 | Member, Ad Hoc Committee on Sexuality Statement, Provost's Office |
| 2013-2014 | Member, Sociology Faculty Search Committee |
| 2013 | Member, Task Force on Pornography, Student Development |
| 2013 | Member, Committee for Quantitative Literacy Course |
| 2012-2015 | Member, Cornerstone Committee |
| 2009-2012 | Member, Institutional Effectiveness Committee |
| 2005-2011 | Member, Women in Leadership and Ministry Advisory Council |
| 2007-2009 | Committee Chair, Southern Association of Colleges and Schools Reaccreditation – Student Affairs and Services Subcommittee |

**PUBLICATIONS: BOOKS & BOOK CHAPTERS**

Yarhouse, M.A., Stratton, S. P., & Dean, J. B. (in press). Stewarding diverse sexual and gender identities. In P. L. Glanzer (Ed.), *Stewardship of your body: Christ enlivening our selves*. Abilene Christian University Press.

3 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Yarhouse, M. A., Dean, J. B., Stratton, S. P., & Lastoria, M. (2018). *Listening to Sexual Minorities: A Study of Faith and Sexual Identity on Christian College Campuses.* Intervarsity Press.

Dean, J. B., Stratton, S. P., Yarhouse, M.A., & Lastoria, M. D. (2011). Same-sex attraction. In M. D. Lastoria (Ed.), *Sexuality, religiosity, behaviors, attitudes: A look at religiosity, sexual attitudes, and sexual behaviors of Christian college students* (pp. 56-69). Association for Christians in Student Development.

**PUBLICATIONS: PEER-REVIEWED JOURNAL ARTICLES**

Yarhouse, M. A., Dean, J. B., Stratton, S. P., Keefe, H., & Lastoria, M. (2021). Listening to transgender and gender diverse students on Christian college campuses. *Journal of Religion and Health*, 60(6), 4480-4499. https://doi.org/10.1007/s10943-021-01425-0

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2021). The mediating role of self-acceptance in the psychological distress of sexual minority students on Christian college campuses. *Spirituality in Clinical Practice, 8*(2), 132-148. https://doi.org/10.1037/scp0000253

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2021). Becoming an intentional church community: Relationships, security, and discipleship in sexual identity and faith development. *Christian Education Journal: Research on Educational Ministry*, *18*(2), 232-251. https://doi.org/10.1177/0739891320948882

Reed, J., Stratton, S. P., Koprowski, G., Dillon, C., Dean, J. B., Yarhouse, M. A., Lastoria, M., & Bucher, E. (2020). "Coming out" to parents in a Christian context: A consensual qualitative analysis of LGB student experiences. *Counseling and Values, 65,* 38-56. http://doi.org/d3r5

Yarhouse, M. A., Dean, J. B., Stratton, S. P., Lastoria, M., & Bucher, E. (2017). A survey of sexual minorities who attend faith-based institutions of higher education. *Growth Journal*, *16*, 20-38*.* Retrieved from https://pillars.taylor.edu/acsd_growth/vol16/iss16/3

Sauerheber, J. D., Holeman, V. T., Dean, J. B., & Haynes, J. (2014). Perception of counselor educators about spiritual competencies. *Journal of Psychology and Christianity, 33*(1), 70-83.

Stratton, S. P., Dean, J. B., Yarhouse, M. A., & Lastoria, M. (2013). Sexual minorities in faith-based higher education: A national survey of attitudes, milestones, identity, and religiosity. *Journal of Psychology and Theology, 41,* 3-23. http://doi.org/dx2d

Holeman, V. T., Dean, J. B., DeShea, L. A., & Duba, J. D. (2011). Forgiveness, sacred loss/desecration, and differentiation of self. *Journal of Psychology and Theology, 39*(1), 31-43. Erratum published due to error in title at original publication. http://doi.org/gdm83q

Yarhouse, M. A., Stratton, S. P., Dean, J. B., & Brooke, H. (2009). Listening to Christian sexual minorities on Christian college campuses. *Journal of Psychology and Theology, 37* (2), 96-113. http://doi.org/dx2g

Stratton, S. P., Dean, J. B., Nonneman, A. J., Bode, R. A., & Worthington, E. L., Jr. (2008). Forgiveness interventions as spiritual development strategies: Comparing forgiveness workshop training, expressive writing about forgiveness, and retested controls. *Journal of Psychology and Christianity, 27* (4), 347-357*.*

Mirels, H. L., & Dean, J. B. (2006). Right-wing authoritarianism, attitude salience, and beliefs about matters of fact. *Political Psychology, 27* (6), 839-866. http://doi.org/cbzvbc

Mirels, H. L., Greblo, P., & Dean, J. B. (2002). Judgmental self-doubt: Beliefs about one's judgmental prowess. *Personality and Individual Differences, 33,* 741-758. http://doi.org/c29crs

**PUBLICATIONS: ACADEMIC WORKS**

Dean, J. B. (2004). Cognitive dysorganization, prospective memory, and planning [ProQuest Information & Learning]. In *Dissertation Abstracts International: Section B: The Sciences and Engineering* (Vol. 65, Issue 2–B, p. 1025).

Dean, J. (2002). *Examination of the relationships among cognitive dysorganization, prospective memory performance, & the presence or absence of memory cues* (Thesis). The Ohio State University.

Dean, J. B. (1994). *The relationship of Maslow's theory of self-actualization to Biblical theology and Christian counseling* (Thesis). Asbury Theological Seminary.

Dean, J. B. (1992). *Effects of religious orientation on counselors' perceptions of clients* (Honors Thesis). The University of Akron.


**PUBLICATIONS: MAGAZINE & NEWSPAPER ARTICLES, ENDORSEMENTS, REPORTS, OTHERS**

Yarhouse, M. A., Dean, J. B., & Stratton, S. P. (2022, Fall). Counseling services for sexual and gender minority students at Christian colleges and universities. *Advance Magazine* (Council for Christian Colleges and Universities). https://www.cccu.org/magazine/counseling-sexuality-christian-campuses/

Dean, J. B. (2021, Sep 9). Are women cleaned and called? *Mutuality* [blog+magazine] (Christians for Biblical Equality International).

Dean, J. B. (2020, May/Jun). Surrendered to the Word of God. *Holiness Today* (The Church of the Nazarene), *22*(3), 20-23.

Dean, J. B. (2019). Endorsement of M. Yarhouse book, *Sexual identity and faith: Helping clients find congruence.* Templeton Press.

Dean, J. B. (2019). Endorsement of M. Yarhouse & O. Zaporozhets book. *Costly obedience: Listening to and learning from celibate gay Christians.* Zondervan Publishers.

Dean, J. B. (2019, Nov/Dec). Reflecting His image. *Holiness Today* (The Church of the Nazarene), *21*(6), 8-13.

Dean, J. B. (2019). Updates from the KPF 2019 presentation with the Kentucky Governor's Scholars Program. *The Kentucky Psychologist* (Kentucky Psychological Association), 2019.

Dean, J. B. (2019, Jun). No compromise. *The Discipleship Place (*The Church of the Nazarene). E-journal.

Dean, J. B., & Nesselroade, K. P. (2015). *Webster County Citizens' Attitudes Regarding Smoking in Public Places*. Green River (KY) District Health Department.

Dean, J. B., & Nesselroade, K. P. (2015). *Bullitt County Citizens' Attitudes Regarding Smoking in Public Places*. Bullitt County (KY) Health Department.

Dean, J. B., & Nesselroade, K. P. (2013). *Jessamine County Citizens' Attitudes Regarding Smoking in Public Places*. Jessamine County (KY) Health Department.

Ockerman-Hunter, C., Borkosky, B. T., Swanberg, J. E., Stratton, S. P., & Dean, J. B. (2011). The Workforce Opportunity Project. *Eastern Kentucky Concentrated Employment Program, Inc.*

Dean, J. B. (2010, Aug 11). WJMS did all it could to protect orchestra program [Letter to the editor]. *Jessamine Journal (KY).*

Dean, J. B. (2010). *West Jessamine Middle School Parent Handbook.* Jessamine County Schools.

Dean, J. B., & Holcomb, G. (2010). *APA Style Checklist – 6th Edition: Asbury University.* Asbury University Behavioral Sciences Department.

Dean, J. B. (2009, Oct 7). Standing 'O' for WJMS's 'No Child' performance [Guest commentary]. *Jessamine Journal.*

Dean, J. B. (2002). [Review of book *Fits, Trances, and Visions: Experiencing religion and explaining experience from Wesley to James* by A. Taves.] *The Wesleyan/Holiness Studies Center Bulletin, 10,* 3-4.


6 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

**PRESENTATIONS: NATIONAL & INTERNATIONAL CONFERENCES**

Price, M., Dean, J. B., & Watterson, E. (2022, Mar). *The college experience as perceived by students of color on Christian campuses: A survey on campus climate* [Poster Session]. Christian Association for Psychological Studies International Conference [Online].

Carter, M., Dean, J. B., & Miller-Eshleman, M. (2022, Mar). *A path from spiritual abuse to attachment to God: Adult attachment as a mediator* [Poster Session]. Christian Association for Psychological Studies International Conference [Online].

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2021, Mar). *Self-acceptance: A pathway to minimizing psychological distress in Christian sexual minority students* [Workshop]. Christian Association for Psychological Studies International Conference [Online].

Stratton, S. P., Dean, J. B., & Yarhouse, M. A. (2021, Mar). *The intersection of gender identity and faith in Christian higher education: A consensual qualitative research analysis* [Workshop]. Christian Association for Psychological Studies International Conference [Online].

Dean, J. B., & Russell, M. (2021, Mar). *Who is God? How different views of God affect attitudes towards same-sex attraction* [Poster session]. Christian Association for Psychological Studies International Conference [Online].

Dean, J. B., & Hamilton, B. (2021, Mar). *Family dynamics relating to college students' mental health* [Poster session]. Christian Association for Psychological Studies International Conference [Online].

Yarhouse, M. A., Dean, J. B., Stratton, S. P., Keefe, H., Reed, J., & Koprowski, G. (2020, Aug). *The experiences of transgender and gender diverse students at Christian college campuses* [Poster session]. American Psychological Association Convention, Washington, DC [Online].

Rosenkrantz, D. E., Stratton, S. P., & Dean, J. B. (2020, Aug). The complex relationship between religious/spiritual and sexual identities: A literature review. In J. A. Paulez and E. B. Davis (Chairs), *Prismatic faith: Diverse perspectives on the complex religious/spiritual lives of sexual minorities* [Symposium]. American Psychological Association Convention, Washington, DC [Online].

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2020, Mar). *The intersection of faith and gender identity at faith-based schools: Attitudes, beliefs, climate, and milestones.* [Conference session]. Christian Association for Psychological Studies International Conference, Atlanta, GA.

Dean, J. B., & Stratton, S. P. (2019, Mar). *Holding faith and sexual identity together: Sexual minority students' patterns of holding and their related self-perceptions, mental health, and college experiences* [Conference session]. Christian Association for Psychological Studies International Convention, Dallas, TX.

Dean, J. B., McKain, S., & Goodrum, C. (2019, Mar). *Understanding the mediation effect of attachment to God between perfectionism and scrupulosity and religiosity* [Poster session]. Christian Association for Psychological Studies International Convention, Dallas, TX.

Reed, J. L., Stratton, S. P., Dean, J. B., Dillon, C., Yarhouse, M. A., Lastoria, M., & Koprowski, G. (2018, Nov).*"Coming out": Disclosures to parents by LGB Christians* [Conference session]. American Association of Marriage and Family Therapy Convention, Louisville, KY.

Dean, J. B., Stratton, S. P., Yarhouse, M. A., & Lastoria, M. (2018, Apr). *Living in the tension: Mental health and psychological well-being among sexual minorities at faith-based colleges and universities* [Conference session]. Christian Association of Psychological Studies International Convention, Norfolk, VA.

Stratton, S. P., Dean, J. B., Yarhouse, M. A., Lastoria, M., Reed, J., Koprowski, G., Halford, S., & Zimmerman, T. (2018, Apr). *"Holding on": How faith-based college students negotiate intersecting sexual and religious/spiritual identities* [Conference session]. Christian Association of Psychological Studies International Convention, Norfolk, VA.

7 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Dean, J. B., Yarhouse, M. A., Stratton, S. P., Lastoria, M., Sadusky, J., & Summay, W. (2017, Aug). *Listening to sexual minorities at faith-based colleges & universities* [Conference session]. American Psychological Association Convention, Washington, DC.

Dean, J. B., Stratton, S. P., Yarhouse, M. A., Lastoria, M., Butcher, E., & Sadusky, J. (2017, Mar). *Listening to sexual minority Christians across time and place: A survey of students* [Conference session]. Christian Association for Psychological Studies International Convention, Chicago, IL.

Holeman, V. T., & Dean, J. B. (2017, Mar). *Let forgiveness flow: A Christian-based yoga intervention for forgiveness* [Poster session]. Christian Association for Psychological Studies International Convention, Chicago, IL.

Yarhouse, M. A., Dean, J. B., Stratton, S. P., Lastoria, M., & Butcher, E. (2016, Aug). *A survey of sexual minorities who attend faith-based institutions of higher education* [Poster session]. American Psychological Association Convention, Denver, CO.

Dean, J. B., Stratton, S. P., Yarhouse, M. A., Lastoria, M., & Butcher, E. (2016, Mar). *Listening to sexual minority Christians across time and place: A survey of students attending sixteen CCCU-member institutions* [Conference session]. Christian Association for Psychological Studies International Conference, San Diego, CA.

Stratton, S. P., & Dean, J. B. (2016, Mar). *Counselor, tend thyself: Trauma and self-care among counselors* [Conference session]. Christian Association for Psychological Studies International Conference, San Diego, CA.

Stratton, S. P., Dean, J. B., & Nesselroade, K. P. (2015, Apr). *Physician, tend thyself: Self-care among CAPS members* [Conference session]. Christian Association for Psychological Studies International Conference, Denver, CO.

Stratton, S. P., & Dean, J. B. (2014, Aug). Identity formation in context: The intersection of sexual identity and religious/spiritual identity. In J.R. Wolff & M. A. Yarhouse (moderators), *Integrating Identities-Spirituality, Religion, and Sexuality* [Symposium]. American Psychological Association Convention, Washington, DC.

Yarhouse, M. A., Dean, J. B., Stratton, S. P., Colpitts, D., & McRay, B. (2014, Apr). *Multiple considerations among sexual minority Christians* [Conference session]. Christian Association for Psychological Studies International Conference, Atlanta, GA.

Stratton, S. P., Dean, J. B., Nesselroade, K. P., Davis, E. B., & Cuthbert, A. (2014, Apr). *Counselor self-care and lovingkindness meditations: Review of research and opportunity to practice* [Conference session]. Christian Association for Psychological Studies International Conference, Atlanta, GA.

Holeman, V. T., Dean, J. B., & Sauerheber, J. D. (2013, Mar). *Religious training in counselor education programs: Faculty perceptions of needed competencies in graduates* [Poster session]. American Counseling Association Conference, Cincinnati, OH.

Dean, J. B., Sauerheber, J. D., & Holeman, V. T. (2012, Mar). *Religious training in counselor education programs: Competencies of graduates* [Conference session]. Christian Association for Psychological Studies International Conference, Washington, DC.

Stratton, S. P., Dean, J. B., Nesselroade, K. P., Hamilton, A., Jordan, R., Stratton, J., & Shaw, F. (2011, Apr). *The importance of prayer-based contemplative forms for Christian samples: Differentiating prayer and secular meditation* [Conference session]. Christian Association for Psychological Studies International Conference, Indianapolis, IN.

Stratton, S. P., Dean, J. B., Nesselroade, K. P., Hamilton, A., Jordan, R., Stratton, J., & Shaw, F. (2011). *Effects of spiritual and secular mindfulness for Christians* [Poster session]. Christian Association for Psychological Studies International Conference, Indianapolis, IN.

Holeman, V. T, Dean, J., DeShea, L., & Duba, J. D. (2010, Apr). *Forgiveness, spiritual perception, and differentiation of self* [Poster session]. Christian Association for Psychological Studies International Conference, Kansas City, MO.

Yarhouse, M. A., Stratton, S. P., Dean, J. B., & Brooke, H. (2007, Aug). *Sexual minorities: Christian college students and their sexual experiences* [Poster session]. American Psychological Association Conference, San Francisco, CA.

Yarhouse, M. A., Stratton, S. P., Dean, J. B., & Brooke, H. (2007, Mar). *Listening to Christians who experience same-sex attraction: A climate survey of students attending three CCCU-member institutions* [Conference session]. Christian Association for Psychological Studies International Conference, Valley Forge, PA.

Dean, J. B., & Mirels, H. L. (2001, Jun). *Cognitive dysorganization impairs prospective memory* [Poster session]. American Psychological Society Conference, Toronto, Ontario.

Mirels, H. L., & Dean, J. B. (1999, Aug). *Right-wing authoritarianism and informational assumptions* [Poster session]. American Psychological Association, Division 9 – Society for the Psychological Study of Social Issues, Conference, Washington, DC.

## PRESENTATIONS: STATE CONFERENCES

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2022, Nov). *Making decisions about treatment goals with sexual and gender minority students at Christian colleges and universities* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Stratton, S. P., Reed, J., Dean, J. B., Yarhouse, M., Bledsoe, K., Sipe, A., Hardyman, M., Price, D., & Keefe, H. (2022, Nov). *Early life chapters for a sample of Christian gender minorities: A consensual qualitative research analysis of childhood, middle school, and high school experiences* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Stratton, S. P., Reed, J., Dean, J. B., Yarhouse, M., Bledsoe, K., Sipe, A., Hardyman, M., Price, D., & Keefe, H. (2022, Nov). *Later life chapters for Christian gender minorities: A consensual qualitative research analysis of college, current, and anticipated future experiences* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2021, Nov). *Facilitating self-acceptance in Christian sexual minorities* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Stratton, S. P., Reed, J., Dean, J. B., Yarhouse, M.A., Bledsoe, K., Sipe, A., Hardyman, M., Price, D., & Keefe, H. (2021, Nov). *The experiences of a small sample of students navigating gender identity development at faith-based institutions: A consensual qualitative analysis* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Stratton, S. P., Clements, N., Koprowski, G., Dean, J. B., Yarhouse, M. A.  Anderson-Fiddler, C., Chang, S., Dodson, M., & Keefe, H.  (2021, Nov). *Gender identity development and spiritual/religious identity development in an undergraduate sample in faith-based higher education* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Stratton, S. P., Reed, J. L., Dean, J. B., Yarhouse, M. A., Bledsoe, K., Dillon, C., Price, D., Sipe, A., & Sadusky, J. (2019, Nov). *The impact of micro-affirmations on a sample of sexual minority students in faith-based higher education* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Stratton, S. P., Dean, J. B., Koprowski, G., Yarhouse, M. A., Anderson-Fiddler, C., Clements, N., Monroe, Z., & Sadusky, J. (2019, Nov). *Updated "holding patterns": The intersection of sexual identity and religious/spiritual identity* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Dean, J. B., Stratton, S. P., Yarhouse, M. A., & Keefe, H. (2019, Nov). *Gender identity and religious/spiritual*

9 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

*identity in faith-based higher education* [Conference session]. Kentucky Counseling Association Conference, Louisville, KY.

Dean, J. B., Stratton, S. P., Yoder, M., Matthews, C., & Raymond, J. (2019, Mar). *Why psychology? Why my sub-discipline?* [Panel discussion]. Kentucky Psychological Foundation Spring Academic Conference, Wilmore, KY.

Dean, J. B., Stratton, S. P., & Yarhouse, M. A. (2018, Nov). *Living in the tension: Mental health and psychological well-being among sexual minorities at faith-based colleges and universities* [Conference session]. Kentucky Counseling Association Convention, Louisville, KY.

Stratton, S. P., & Dean, J. B. (2018, Nov). *"Holding on": How faith-based college students negotiate intersecting sexual and religious/spiritual identities* [Round table discussion]. ASERVIC, Kentucky Counseling Association Convention, Louisville, KY.

Dean, J. B., & Nesselroade, Jr., K. P. (2018, Apr). *Psyched about science… within reason* [Invited workshop]. Kentucky Psychological Foundation Spring Academic Conference, Richmond, KY.

Reed, J., Dillon, C., Stratton, S. P., Dean, J. B., Yarhouse, M. A., Lastoria, M., & Koprowski, G. (2017, Nov). *"Coming out": A qualitative study of disclosure to parents by Christian sexual minorities during the college years* [Conference session]. Kentucky Counseling Association Convention, Louisville, KY.

Stratton, S. P., Dean, J. B., Yarhouse, M. A., Lastoria, M., Reed, J., Koprowski, G., Halford, S., & Zimmerman, T. (2017, Nov). *Holding sexual and religious/spiritual identity in faith-based higher education* [Conference session]. Kentucky Counseling Association Convention, Louisville, KY.

Dean, J. B., Stratton, S. P., Yarhouse, M. A., Lastoria, M., Sadusky, J., & Bucher, E. (2017, Nov). *Listening to sexual minorities at faith-based colleges & universities* [Three-hour Conference session]. Kentucky Psychological Association Convention, Lexington, KY.

Stratton, S. P., Dean, J. B., Yarhouse, M. A., Lastoria, M., & Butcher, E. (2016, Nov). *Listening to sexual minority Christians across time and place: A survey of students* [Conference session]. Kentucky Counseling Association Convention, Louisville, KY.

Dean, J. B. (coordinator/moderator) (2016). *Treatment updates for clinical practice: Bringing home lessons from the front lines* [Five one-hour webinars]. Kentucky Psychological Association, Louisville, KY. (online)

Stratton, S. P., & Dean, J. B. (2015, Nov). *Counselor, tend thyself: Self-care among KCA members* [Conference session]. Kentucky Counseling Association Convention, Louisville, KY.

Dean, J. B., & Stratton, S. P. (coordinators/moderators) [2015]. *Integrating psychology and primary health care: psychologists and physicians as collaborators* [Five one-hour webinars]. Kentucky Psychological Association, Louisville, KY. (online)

Dean, J. B., Duncan, A., & Shechet, A. (2013, Nov). *Learning in the trenches: Understanding the psychological needs of military families through firsthand perspectives* [Conference session]. Kentucky Psychological Association Convention, Lexington, KY.

Dean, J. B., Nonneman, A. J., Stratton, S. P., Bode, R. A., & Worthington, E. L., Jr. (2008, Mar). *Forgiveness interventions as spiritual development strategies: Comparing forgiveness workshop training, expressive writing about forgiveness, and retested controls* [Poster session]. Kentucky Psychological Association Spring Academic Conference, Louisville, KY.

Dean, J. B., & Mirels, H. L. (2001, Oct). *Cognitive dysorganization and film recall* [Poster session]. Ohio Psychological Association Conference, Mt. Sterling, OH.

## PRESENTATIONS: INVITED CONFERENCES

Dean, J. B. (2022, Oct). *Sexual identity in today's world & church* [Conference session]. Flourish Conference,

National Association of Evangelicals, Nashville, TN.

Dean, J. B. (2022, May). *Being intentional in ministry with sexual/gender diverse young people* [Workshop]. NazaZoom, Equip to Engage, Church of the Nazarene (denomination), [online].

Dean, J. B. (2022, May). *The way of love: Listening* [Conference session]. Loved to Love Resourcing Conference, Love Wins: LGBT a ministry of Trinity Family Midtown Church of the Nazarene, Kansas City, MO.

Dean, J. B. (2022, May). *Sexual & gender identity: A pastoral approach* [Conference session]. The Gathering: For Such a Time as This, The Holiness Partnership, Church of the Nazarene, Kansas City, MO.

Dean, J. B. (2022, Feb). *Intentional ministry with sexual/gender diverse young people* [Workshop]. SPARK:MidSouth, Equip to Engage, Church of the Nazarene (denomination), Dickson, TN.

Dean, J. B. (2022, Feb). *Discipling young people into their identity in Christ* [Workshop]. SPARK:MidSouth, Equip to Engage, Church of the Nazarene (denomination), Dickson, TN.

Dean, J. B. (2021, Nov). *Growing into our identity in Christ* [Conference session; delivered twice]. SDMI Leadership Conference 2021 (LC2021), Church of the Nazarene (denomination), Asheville, NC.

Dean, J. B. (2019, Jun). *A dozen myths about sexual identity: Ministry to teens who experience same-sex sexual attraction* [Conference session]. Nazarene Youth International (NYI) Convention, Church of the Nazarene (denomination), Denver, CO.

Dean, J. B. (2019, Jun). *Understanding sexual and gender diversity for ministry* [Conference session]. Colorado District Assembly, Church of the Nazarene (denomination), Denver, CO. https://www.youtube.com/watch?v=6TDgQc9lsgw

Dean, J. B. (2019, Jun). *Ministry to sexual and gender diverse individuals* [Conference session]. Colorado District Assembly, Church of the Nazarene (denomination), Denver, CO.

Dean, J. B. (2019, Feb). *Understanding and reaching those navigating sexual identity questions* [Conference session]. M19, the Church of the Nazarene (denomination), Kansas City, MO.

Dean, J. B., & Hopkins, D. J. (2019, Feb). *Discipleship and self-care in recovery* [Conference session]. Asbury University and the Salvation Army, Growing Saints Conference, Wilmore, KY.

Dean, J. B. (2018, Dec). *Faith and sexual identity on Christian college campuses* [Webinar]. Association for Christians in Student Development.

Dean, J. B. (2018, Nov). *Walking with sexual and gender diverse people in faith* [Conference session]. Nazarene Camping Association Conference, Colorado Springs, CO.

Yarhouse, M. A., White, G. (Moderator), Dean, J. B. (Discussant), Benton, B. (Discussant), & Dwiwardani, C. (Discussant). (2018, Apr). *Religion and spirituality in LGBTQ+ studies* [Conference session]. Christian Association of Psychological Studies International Conference Distinguished Scholar Lecture, Norfolk, VA.

Dean, J. B. (2017, Apr). *Fitting In: Christian sexual minorities on faith-based campuses* [Invited conference session]. In workshop, *Where Research Will Take You.* Kentucky Psychological Foundation Spring Academic Conference, Louisville, KY.

Dean, J. B. (2015, Mar). *Learning compassion in the most unlikely places* [Keynote address]. Kentucky Psychological Association Spring Academic Conference, Midway, KY.

Schuster, S. A., & Dean, J. B. (2014, Mar). *Advocacy: Every voice counts* [Conference session]. Kentucky Psychological Association Spring Academic Conference, Wilmore, KY.

Dean, J. B. (2011, Apr). *Negotiating gay and lesbian issues in your church with grace* [Conference session]. Come to the Water International Conference for Wesleyan/Holiness Women Clergy, St. Louis, MO.

Dean, J. B. (2004, Feb). *Loosening the ties that bind: Pastoral responses to addictive behaviors* [Conference

session], Asbury Theological Seminary Ministry Conference, Wilmore, KY.

PRESENTATIONS: INVITED PUBLIC SCHOLARSHIP

Dean, J. B. (2022, Oct). *Helping parents and pastors respond to gender identity concerns in children and teens* [Podcast]. In A. Miller III (Producer/Moderator), More to the Story. https://andymilleriii.com/articles/gender-dysphoria-a-pastoral-response-with-dr-janet-dean

Dean, J. B. (2022, Nov). *Human sexuality: A pastoral perspective* [Three workshops]. Leadership Development Initiative, Kansas City District, Church of the Nazarene, Kansas City, MO.

Dean, J. B., Sadusky, J., Coles, G., Gilson, R., & Burchfiel, N. (Moderator) (2022, Oct). *Talking about sexual and gender identity* [Panel discussion]. Kerusso College, Pinkston, Falls Church, VA.

Dean, J. B. (2022, Oct). *Identity crisis* [Lecture]. Board Meeting, Francis Asbury Society, Wilmore, KY.

Dean, J. B. (2022, Aug). *Understanding sexuality and gender* [Four 30-minute dialogs]. Youth Retreat, Summersville Church of the Nazarene, Summersville, KY.

Dean, J. B. (2022, May). *Transgender issues in children's ministries* [60-minute dialog]. Children's Ministry Directors (US and Canada), The Church of the Nazarene, [online].

Dean, J. B. (2022, May). *Addressing gender identity concerns in children's ministries* [120-minute dialog]. Pastors, Eastern Virginia District, The Church of the Nazarene, [online].

Dean, J. B. (2022, Apr). *Self-care in ministry: 1) What was I thinking? Disillusionment and burnout, 2) What am I doing? Burdens and boundaries, and 3) Where am I going? Resting and abiding* [4.5 hours of training workshops]. USA Eastern Territorial Headquarters of the Salvation Army, Renewal & Enrichment Convocation, Waymart, PA.

Dean, J. B. (2022, Apr 20). *Gender and sexual identity and faith* [60-minute dialog]. In J. Garlow, R. Garlow-Schindler, M. Bramnick, & A. W. Schindler (Producers/Moderators), The World Prayer Network, [online].

Dean, J. B. (2022, Apr). *Understanding Gen Z* [Classroom lecture and discussion]. EDU204 Cultural Responsiveness (dual credit course), West Jessamine High School, Nicholasville, KY.

Dean, J. B. (2022, Mar). *Trauma-informed ministry: 1) The story of trauma, and 2) Rewriting trauma's story* [3 hours of training workshops]. Empire State Division Officers' Retreat, The Salvation Army, Long Point Camp, Penn Yan, NY.

Dean, J. B. (2022, Mar). *Anxiety and the Christian faith* [90-minute webinar]. In J. Comstock (Producer/Moderator), *The Discipleship Place,* The Church of the Nazarene.

Dean, J. B. (2022, Jan). *Intentionality in Christian community: Ministry and support for sexual minorities* [1.25 hour presentation]. Joint Student Symposium, Departments of Psychology and School of Theology and Ministry, Indiana Wesleyan University, Marion, IN.

Dean, J. B. (2022, Jan). *Predicting psychological well-being in sexual minority students on Christian college campuses: The role of faith, social support, and self-acceptance* [1 hour presentation]. Psychology Majors and Faculty, Department of Psychology, Indiana Wesleyan University, Marion, IN.

Dean, J. B. (2021, Nov). *Current issues regarding sexuality and holiness* [30-minute presentation]. The Holiness Partnership, Mackey, IN.

Dean, J. B. (2021, Oct). Exchanging mental health myths with sound Christian care [90-minute webinar]. In J. Comstock (Producer/Moderator), *The Discipleship Place,* The Church of the Nazarene. https://vimeo.com/639308936

Dean, J. B. (2021, Oct). *A biblical perspective of serving LGBTQ+ students in faith-based universities* [30-minute workshop, webinar]. First meeting, Network of Professors with Biblical Perspective (NPBP), Point Loma University, San Diego, CA.

12 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Yarhouse, M. A., Dean, J. B., & Stratton, S. P. (2021, Oct). *Equipping pastors in the LGBTQ+ conversation: Sexual identity intermediate training* [Webinar]. Sexual & Gender Identity Institute, Wheaton College, Chicago, IL.

Yarhouse, M. A., Dean, J. B., & Stratton, S. P. (2021, Sep). *Equipping pastors in the LGBTQ+ conversation: Sexual identity introduction* [Webinar]. Sexual & Gender Identity Institute, Wheaton College, Chicago, IL.

Dean, J. B. (2021, Aug). *Providing a welcoming environment for all students* [90-minute workshop]. Faculty and staff, Milligan University, Milligan College, TN.

Dean, J. B. (2021, Aug). *How to respond if a student comes out to you (and other ways to be welcoming)* [90-minute workshop]. Student leaders and Student Development, Milligan University, Milligan College, TN.

Yarhouse, M. A., & Dean, J. B., (2021, Apr). *The mental health and well-being of students navigating sexual or gender identity on Christian college campuses* [Multi-academic webinar]. Council for Christian College and Universities, Washington, D.C. https://www.youtube.com/watch?v=kjXkvSVm6fM

Dean, J. B. (2021, Apr). *Self-care in ministry: 1) What was I thinking? Disillusionment and burnout, 2) What am I doing? Burdens and boundaries, and 3) Where am I going? Resting and abiding* [4.5 hours of training workshops]. USA Eastern Territorial Headquarters of the Salvation Army, Renewal & Enrichment Convocation, Waymart, PA [online].

Dean, J. B. (2021, Mar; 2020, Mar, cancelled; 2019, Mar). *Youth culture* [Classroom discussion]. West Jessamine High School, Nicholasville, KY.

Dean, J. B. (2021, Mar). *Becoming an intentional church community: Relationships, security, and discipleship in sexual identity and faith development* [Podcast]. In A. Miller III (Producer/Moderator), Captain's Corner Podcast, Tampa Salvation Army Church. http://bit.ly/3rMCd8z

Dean, J. B. (2021, Feb). *Trauma-informed ministry: 1) Understanding trauma, 2) The marks of trauma, and 3) Trauma-informed pastoral care* [4.5 hours of training workshops]. Empire State Officers' Retreat, The Salvation Army. NY [Online].

Dean, J. B. (2020, Aug). *Love one another: Navigating sexual and gender diversity* [Workshop]. Morgantown Church of the Nazarene, Morgantown, KY.

Dean, J. B. (2020, Apr, cancelled). *Self-care in ministry: 1) What was I thinking? Disillusionment and burnout, 2) What am I doing? Burdens and boundaries, and 3) Where am I going? Resting and abiding* [4.5 hours of training workshops]. USA Eastern Territorial Headquarters of the Salvation Army, Renewal & Enrichment Convocation, Waymart, PA.

Dean, J. B. (2021, Mar; 2020, Mar, cancelled; 2019, Mar). *Youth culture* [Classroom discussion]. West Jessamine High School, Nicholasville, KY.

Dean, J. B. (2020, Mar). *Thinking pastorally about forgiveness* [Lecture and discussion]. Center for Pastor Theologians, Wilmore, KY.

Yarhouse, M. A., Stratton, S. P., & Dean, J. B. (2020, Feb). Lessons from listening to sexual minorities [60-minute podcast]. In H. Wilcox (Producer/Moderator), *Thrive,* Asbury Theological Seminary. *https://thrive.asburyseminary.edu/listeningtosexualminorities/*

Dean, J. B. (2019, Jul). *Resiliency and mental health* [Lecture]. Kentucky Psychological Foundation, Governor's Scholars Program, Morehead State University, Morehead, KY.

Dean, J. B. (2019, Jul). Living in the tension: Sexual identity and faith [90-minute podcast]. In J. Comstock (Producer/Moderator), *The Discipleship Place,* The Church of the Nazarene. http://bit.ly/3tgz9lh

Dean, J. B. (2019, Jul). *Listening to sexual minorities on Christian college campuses* [Workshop]. Board of Regents, Baylor University, Summer Meeting, Dallas, TX.

Dean, J. B. (2019, Jul). *Building an intentional community* [Workshop]. Board of Regents, Baylor University,

13 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Summer Meeting, Dallas, TX.

Dean, J. B. (2019, Jul). *Being a military chaplain* [5-hour workshop]. Kentucky Division of the United States Naval Sea Cadet Corps, Summer Training, Wilmore, KY.

Dean, J. B. (2019, Jun). *Resiliency and mental health* [Lecture]. Kentucky Psychological Foundation, Governor's Scholars Program, Bellarmine University, Louisville, KY.

Dean, J. B. (2019, Jun). *Ministry to teens who experience same-sex sexual attraction* [Presentation]. Lakewood Church of the Nazarene, Lakewood, CO.

Dean, J. B. (2019, Jun). *Parenting children who are gay* [Presentation], Lakewood Church of the Nazarene, Lakewood, CO.

Dean, J. B. (2019, May). *Understanding the Myers-Briggs Type Indicator* and *Personal context/Myers-Briggs* [Three-hour professional training workshop]. Citizens Union Bank, Shelbyville, KY.

Dean, J. B. (2019, Apr). *Self-care in ministry: 1) What was I thinking? Disillusionment and burnout, 2) What am I doing? Burdens and boundaries, and 3) Where am I going? Resting and abiding* [4.5 hours of training workshops]. USA Eastern Territorial Headquarters of the Salvation Army, Renewal & Enrichment Convocation, Waymart, PA.

Dean, J. B. (2019, Feb). *Listening to sexual minorities at faith-based colleges & universities* [Three-Hour Workshop]. Eastern Nazarene College Faculty and Staff Training, Boston, MA.

Dean, J. B. (2019, Feb). *Listening to sexual minorities at faith-based colleges & universities* [Three-hour Workshop]. Baylor University Student Life Staff, Waco, TX.

Stratton, S. P., Dean, J. B., & Yarhouse, M. A. (2019, Jan). *Pastoral care and LGBTQ+ issues: Passionate truth and amazing love* [15-hour workshop]. Professional Leadership and Continuing Education (PLACE), Church at Powai, Mumbai, India.

Dean, J. B., & Lastoria, M. (2018, Oct). Listening to sexual minorities on Christian college campuses [One hour podcast]. In C. Mason & T. Hixenbaugh (Producers/Moderators), *The Learner's Corner.* https://thelearnerscornerpodcast.simplecast.fm/

Dean, J. B. (2018, Aug). *Understanding the Myers-Briggs Type Indicator* [Workshop]. Leadership Shelby Retreat, Bagdad, KY.

Dean, J. B. (2018, Aug). *Personal context/ Myers-Briggs* [Workshop]. Leadership Shelby Retreat, Bagdad, KY.

Dean, J. B., & Lastoria, M. (2018, Aug 8). Listening to sexual minorities on Christian college campuses [Thirty minute radio broadcast on WUMZ, Detroit, MI]. In B. Dutko's (Host), *The Bob Dutko Show: Fearlessly Defending the Faith.* http://www.bobdutko.com/

Dean, J. B. (2018, May). *Challenging worldly myths about same-sex sexuality* [Workshop]. LaFayette Church of the Nazarene, Lexington, KY.

Dean, J. B. (2016, Jan). *Why not true spiritual friendships?* [Sermon]. Toccoa Falls College, Toccoa Falls, GA. https://www.youtube.com/watch?v=2lXLUQNsc8A

Dean, J. B. (2016, Jan). *Seeking a true friend; being a true friend* [Sermon]. Toccoa Falls College, Toccoa Falls, GA. https://www.youtube.com/watch?v=wPWZwBatwiM

Dean, J. B. (2016, Jan). *Women in ministry* [Class presentation]. Toccoa Falls College, Toccoa Falls, GA.

Zimmerman, T., Stratton, S. P., & Dean, J. B. (2015, Oct). *Celibacy and spiritual friendship among gay Christians* [Panel discussion]. Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2014, Oct). *Overcoming obstacles in parent-educator communication* [Workshop]. Jessamine County Schools School Leadership training, Nicholasville, KY.

14 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Dean, J. B. (2014, May 4). PTSD in our veterans [Radio broadcast episode]. In K. Chawansky (Producer), *Let's Talk: The Dr. Stan Frager Show.* Louisville, KY: 970AM WGTK.

Dean, J. B. (2013, May). *Inter-netted: Pastoral and church responses to being caught up in the web* [Presentation]. Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2011, Feb). *Ministering to homosexuality* [Chapel presentation]. Asbury Theological Seminary, Theta Phi Lecture Series, Wilmore, KY. https://vimeo.com/311688851

Dean, J. B. (2006, Mar; 2005, Mar; 2003, Mar, Apr). *Working with offenders and their families* [Workshop]. Salvation Army Pastoral Care Training, Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2004, Oct). *Homosexuality: Are theology and science in conflict?* [Lecture]. Asbury Theological Seminary, Theta Phi Honor Society Lecture Series, Wilmore, KY.

Dean, J. B. (2004, Mar; 2003, Mar). *Working with addicted populations* [Workshop]. Salvation Army Pastoral Care Training, Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2002, May). *Cognitive dysorganization and remembering to do things* [Presentation]. The Ohio State University Undergraduate Brown Bag Series, Columbus, OH.

Dean, J. B. (2005, Sep). *Preparing for homecoming* [Workshop]. Naval Marine Construction Battalion 24 (NMBC-24), Ombudsman program, United States Navy Reserves, Lexington, KY.

Dean, J. B. (2002, Jun). *Depression and the elderly* [Workshop]. Shepherd Church of the Nazarene, Seniors' Group, Gahanna, OH.

## PRESENTATIONS: INVITED ADDRESSES & SERMONS

Dean, J. B. (2022, Dec). *Sitting in the wait* [Sermon]. Daily Eucharist, Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2022, Sept). *Deeper still* [Sermon]. Chapel, Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2022, Sept). *Who's throwing the stones?* [Sermon]. Beloved Women's Ministry, Asbury Theological Seminary, Wilmore, KY.

Dean, J. B. (2022, Apr). *"Better vision and Easter hope"* [Sermon]. Lafayette Church of the Nazarene, Lexington, KY.

Dean, J. B. (2022, Feb). *"Most beautiful gifts: Sexuality and gender"* [Sermon]. Lafayette Church of the Nazarene, Lexington, KY.

Dean, J. B. (2021, Oct). *"Liberty within the limits of love"* [Lecture/Sermon]. Faith & Culture Series, Student Life, Asbury University, Wilmore, KY.

Dean, J. B. (2021, Aug). *"Why do you call Me good?"* [Sermon]. Cottage Grove Evangelical Congregational Church, Akron, OH.

Dean, J. B. (2021, May). *Waiting* [Sermon]. Salvation Army Officers, USA Eastern Territorial Educational Department, Spring Continuing Education, Wilmore, KY.

Dean, J. B. (2021, May). *It's about the Vine* [Sermon]. Kentucky District Women's Retreat, The Church of the Nazarene, Franklin, KY.

Dean, J. B. (2021, Apr). *Death of perfectionism; perfection of resurrection* [Sermon]. Anticipating Resurrection 2021, Facebook. https://www.facebook.com/groups/ladypreachers/learning_content

Dean, J. B. (2021, Mar). *The Lord directs our steps* [Chapel address]. Asbury University, Wilmore, KY. https://www.asbury.edu/podcasts/81196/

15 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Dean, J. B. (2021, Jan). *That other bad word: Submit* [Sermon]. Be Still, Be Holy! Renewal Fire Event, Facebook. http://bit.ly/3rXOK8Y

Dean, J. B. (2020, Nov). *Heroes of the Faith: Christopher Yuan* [Sermon]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B. (2020, Mar, cancelled). *God is good* [Sermon]. Cottage Grove Evangelical Congregational Church, Akron, OH.

Dean, J. B. (2020, Jan). *Deeper and deeper to submitted* [Sermon]. Salvation Army Officers, USA Eastern Territorial Educational Department, Winter Continuing Education, West Nyack, NY.

Dean, J. B. (2019, Jun). *Parenting prodigals* [Sermon]. Lakewood Church of the Nazarene, Lakewood, CO.

Dean, J. B. (2019, Jan). *Seeing God in the mountain* [Sermon]. Salvation Army Officers, USA Eastern Territorial Educational Department, Winter Continuing Education, West Nyack, NY.

Dean, J. B. (2018, Jul). *The God Who sees us* [Sermon]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B. (2017, Nov). *So much more: God's plan for human sexuality* [Chapel address]. Asbury University, Wilmore, KY.

Dean, J. B. (2017, Feb). *Seasons change* [Keynote address]. Trinity Hill United Methodist Church Women's Celebration, Lexington, KY.

Dean, J. B. (2017, Feb). *Yet, He remains* [Keynote address]. Trinity Hill United Methodist Church Women's Celebration, Lexington, KY.

Dean, J. B. (2017, Feb). *Seasons of sadness: Understanding depression* [Workshop]. Trinity Hill United Methodist Church Women's Celebration, Lexington, KY.

Dean, J. B. (2017, Feb). *Because you say so, I will* [Sermon, given twice]. Trinity Hill United Methodist Church, Lexington, KY.

Dean, J. B. (2016, Jun). *Because you say so, I will* [Sermon]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B. (2016, Feb). *Surviving ch-ch-changes* [Workshop]. Trinity Hill United Methodist Church Women's Celebration, Lexington, KY.

Dean, J. B. (2015, Jan). *Fearfully and wonderfully made* [Workshop]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B. (2015, Jan). *Help wanted: A best friend* [Sermon]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B., & Dean, K. L. (2013, Nov). *Train up: The coaching team (parents)* [Sermon]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B. (2013, Aug). *Weird: Real love for sexual minorities* [Sermon]. Grace Community Church of the Nazarene, Nicholasville, KY.

Dean, J. B., Faupel, C., Elliot, N., & Head, N. (2011, Jun). *Social networking in the youth culture* [Panel discussion]. Ichthus Music Festival, Youth Worker Tent, Wilmore, KY.

Dean, J. B. (2010, Jun). *Helping youth find their way in a crazy world* [Workshop]. Ichthus Music Festival, Youth Worker Tent, Wilmore, KY.

Dean, J. B. (2009, Oct). *Perfectionist?* [Sermon]. Asbury University Chapel, Wilmore, KY.

**PRESENTATIONS: INVITED at ASBURY UNIVERSITY (WILMORE, KY)**

Dean, J. B. (2022, Apr). *A blessing prayer* [Devotional]. Faculty Prayer.

Dean, J. B. (2022, Jan) *Connecting faith, relationships, and self-acceptance in Christian sexual minorities* [Presentation]. Faculty Brown Bag.

Dean, J. B. (2021, Nov). *Holding sexual identity and religious/spiritual identity together* [Class session, presented twice]. TH250 Christian Theology course.

Dean, J. B. (2021, Nov). *Holy love and boundaries* [Devotional]. Faculty Prayer.

Dean, J. B., Shafer, W., Gaffney, S., & Sneed, T. [Moderator] (2021, Nov). *Curious minds: Research in today's world [*Panel Discussion]. SEARCH, Provost's Office.

Dean, J. B. (2021, Sept). *My career journey as a Christian psychologist* [Presentation]. Careers in Psychology Sophomore Seminar.

Dean, J. B. (2021, Apr). *Stressed? Healthy ways to manage stress* [Workshop]. Student Development, Student Government Association.

Dean, J. B. (2021, Mar). *Motivated through prayer* [Devotional]. Faculty Prayer.

Dean, J. B., Banter, J., Aiken, M. I., Moran, K., & Lopez, R. (2020, Nov). *Women's human sexuality* [Panel discussion]. Student Development.

Dean, J. B. (2020-2008, yearly). *Psychologists in government agencies* [Presentation]. Careers in Psychology Sophomore Seminar.

Dean, J. B., Covington, D., & Hull, B. (2020, Jan). *Biblical gender equality panel* [Panel discussion]. Biblical Gender Equality Club.

Dean, J. B. (2019, Nov). *Supporting transgender and gender diverse students on a Christian college campus* [Workshop]. Student Development Staff.

Dean, J. B., Banter, J., Bounds, T., & Weaver, H. (2019, Nov). *Women's human sexuality* [Panel discussion]. Student Development.

Dean, J. B. (2019, Oct). *Ministering to sexual minorities in the local church.* [Presentation]. Christian Ministries and Mission, Senior Seminar.

Dean, J. B. (2019, Oct). *The promise of the abundant life* [Devotional]. Faculty Prayer.

Dean, J. B. (2019, Sep). *Moving from sex to gender: Transgender and gender diverse students on Christian college campuses* [Presentation]. Faculty Brown Bag.

Baldwin, S., Dean, J. B., & Zimmerman, T. (2019, Aug). *Christian sexual ethic policy* [Panel discussion]. Student Development, Student Leadership.

Dean, J. B. (2019, Feb). *Social justice out of God in us.* [Devotional]. Faculty Prayer.

Dean, J. B., Banter, J., Bounds, T., Locke, H., & Willhite, R. (2018, Oct). *Women's human sexuality* [Panel discussion]. Student Development.

Budd, C., Ury, W., Dean, J. B., Sutlive, V., & Anderson, K. (2018, Aug). *Asbury's Wesleyan Holiness heritage* [Panel discussion]. Faculty Development Committee.

Brown, K., Dean, J. B., Swartz, D., Bounds, C., & Baldwin, S. (2018, Mar). *Diversity dialogue: Hidden dimensions of our faith* [Panel discussion]. Office of Intercultural Affairs.

Dean, J. B., & Nesselroade, K. P. (2018, Mar). *Faith and learning at Asbury* [Presentation]. Office of the Academic Dean, New Faculty Training.

Dean, J. B. (2017, Nov). *Be bold.* [Devotional]. Faculty Prayer.

17 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Dean, J. B. (2017, Nov). *Residence life strategies for working with sexual minorities on Christian college campuses* [Workshop]. Residence Directors and Dean of Residence Life.

Dean, J. B. (2019, Mar; 2017, Sep; 2015, Jan; 2013, Oct; 2013, Mar). *Identity therapy for Christian sexual minorities* [Workshop]. Center for Counseling, Staff Training.

Dean, J. B. (2017, Sep). *Listening to sexual minorities at faith-based colleges & universities* [Presentation]. Faculty Brown Bag.

Dean, J. B., Baldwin, S. T., & Haseloff, G. (2017, Aug). *Sexuality at Asbury* [Panel discussion]. Student Development.

Dean, J. B. (2017-2010, every semester). *Experimental psychology review* [Presentation]. Psychology Department, Senior Seminar.

Dean, J. B. (2016, Feb; 2015, Feb; 2014, Feb; 2012, Nov). *Counseling clients with personality disorders* [Workshop]. Center for Counseling, Staff Training.

Dean, J. B., Sallee, W., & Woods, C. (2017, Apr). *Reintegration: Maintaining relationships at home during and after college* [Panel discussion]. Leadership Development Steering Committee.

Dean, J. B., Shores, J., Anderson, C., & Shockley, B. (2017, Feb). *Unhealthy Relationships* [Panel discussion]. Issues Awareness Committee.

Dean, J. B., Banter, J., Bounds, T., & Sallee, L., & Moran, K. (2016, Nov). *Women's human sexuality* [Panel discussion]. Student Development.

Dean, J. B., Strait, D., Brown, K., Bounds, C., Hull, B., & Swartz, D. (Moderator) (2016, Oct). *The moral self: Wesleyan perspectives on grace, truth, and morality* [Panel discussion]. Wesleyan Heritage Conference, Provost's Office.

Dean, J. B. (2016, Oct). *Treating Borderline Personality Disorder* [Presentation]. Center for Counseling, Staff Training.

Dean, J. B. (2016, Apr). *Boom talk: Managing anxiety* [Presentation]. Campus Ministries.

Dean, J. B. (2016, Apr). *The IRB… Not as Stressful as the IRS… Usually* [Presentation]. Faculty Development Committee.

Dean, J. B., & Swartz, D. (2016, Mar). *Developing as an effective scholar* [Presentation]. Office of the Academic Dean, New Faculty Training.

Dean, J. B. (2016, Mar). *Sexual identity development in Christian college students* [Presentation]. Center for Counseling, Staff Training.

Dean, J. B. (2016, Feb). *Sexual identity development in Christian college students.* [Presentation]. Student Development staff.

Dean, J. B. (2016, Jan). *Uncovering our lost (contemplative) heritage through the self-care practices of Christian mental health clinicians* [Presentation]. Faculty Brown Bag.

Dean, J. B. (2015, Nov). *Managing anxiety as student leaders* [Presentation]. Campus Ministries.

Dean, J. B., Baldwin, S. T., Kratzer, M., Sallee, L., Hurlow, J., Campbell, J. T., & Moran, K. (2015, Nov). *Talking about sexuality* [Panel discussion]. Student Development.

Dean, J. B. (2015, Oct). *Just as I am… and what I will be* [Devotional]. Faculty Prayer.

Dean, J. B. (2015, Aug). *Living between two cultures* [TED Talk]. Faculty Development Committee, Faculty Retreat.

Dean, J. B., Bellew, K., Thompson, S., & Jones, A. (2015, Apr). *Breaking the silence on pornography* [Panel discussion]. Issues Awareness Committee.

18 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Dean, J. B., Duncan, J., Allen, D., & Choate, S. (2015, Feb). *Depression & suicide.* [Panel discussion]. Issues Awareness Committee.

Dean, J. B., Strait, D., Strait, S., Hylen, M., Hylen, K., Wyatt-Ross, J., & Horn, C. (2015, Feb). *Parent-teacher communications* [Panel discussion]. TELL Cabinet, School of Education.

Dean, J. B. (2014, Nov). *Be successful: Use your EQ (emotional intelligence)* [Workshop]. Lead-On! Program.

Dean, J. B., Brown, K., Segre-Lewis, C., & Dickens, O. (2014, Nov). *Talking to students about same-sex attraction and faith* [Panel discussion]. Faculty Forum, Provost's Office.

Dean, J. B. (2014, Nov). *Be successful: Use your EQ (emotional intelligence)* [Workshop]. Lead-On! Program.

Dean, J. B. (moderator; 2014, Feb). *Modern relationships: The old, the new, the different. Inter-racial and multicultural relationships in today's society* [Panel discussion]. Allelon Student Leadership Council.

Dean, J. B. (2014, Apr). *The God who died* [Devotional]. Faculty Prayer.

Dean, J. B. (2013, Nov). *A pastoral response to sexual minorities* [Presentation]. Christian Ministries Senior Seminar.

Dean, J. B. (2013, Nov). *Gratitude – not entitlement* [Devotional]. Faculty Prayer.

Lee, D., Gobin, C., & Dean, J. B. (2013, Aug). *Academic life at Asbury University* [Panel discussion]. Intercultural New Student Orientation.

Dean, J. B. (2013, Aug; 2012, Aug; 2011, Aug; 2010, Aug; 2009, Aug; 2008, Aug; 2007, Aug; 2006, Aug). *Making real connections as a peer professional* [Workshop]. TAG Training Program, Student Development.

Dean, J. B. (2013, Mar). *Listening by seeing: Understanding and communicating through our body language* [Workshop]. Lead-On! Program.

Brown, D., & Dean, J. B. (2012, Aug). *Asbury University academics* [Panel discussion]. New Student Orientation.

Lee, D., Pauler, S., Gobin, C., & Dean, J. B. (2012, Aug; 2011, Aug; 2010, Aug; 2009, Aug; 2008, Aug). *Academic life at Asbury University* [Panel discussion]. Intercultural New Student Orientation.

Dean, J. B. (2012, Oct). *Grace for one another* [Devotional]. Faculty Prayer.

Dean, J. B. (2012, Apr). *The power of our words* [Devotional]. Faculty Prayer.

Holcomb, G., & Dean, J. B. (2012, Apr). *Growing spiritually in the Asbury community: Seniors reflect on their faith development* [Presentation]. Faculty Brown Bag Series.

Banker, B., Cuckler, M., Dean, J. B., & Bosch, D. (2012, Jan). *ACCESS faculty panel* [Panel discussion]. Admissions Student Visitation Program.

Dean, J. B. (2011, Oct). *Forgiving the Church* [Devotional]. Faculty Prayer.

Dean, J. B. (2011, Oct). *Abnormal Psychology review* [Presentation]. Senior Seminar, Psychology Department.

Dean, J. B. (2011, Sep). *Doubts and donuts: Finding balance* [Presentation]. Residence Life.

Strait, D., Cuckler, M., & Dean, J. B. (2011, Aug). *Asbury University academics* [Panel discussion]. New Student Orientation.

Stratton, S. P., Dean, J. B., & Nesselroade, K. P. (2011, Apr). *The importance of prayer-based contemplative forms for Christian samples: Differentiating prayer and secular meditation* [Presentation]. Faculty Brown Bag Series.

Hayslett, L., Dean, J. B., Ellis, L., & Bryson, S. (2011, Mar). *Sexual assault awareness* [Panel discussion]. Master's in Social Work Student Association.

19 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

Dean, J. B. (2011, Feb). *Overwaiting or stepping out in faith* [Devotional]. Faculty Prayer.

Dean, J. B. (2011, Feb). *Maintaining healthy boundaries* [Presentation]. Psi Chi Honor Society and Psychology Club.

Dean, J. B. (2010, Sep). *Psychological themes in the movie AVATAR* [Presentation]. Intercultural Student Programs, Student Development.

Strait, D., Oswald, R., Miller, G., & Dean, J. B. (2010, Aug). *Asbury University academics* [Panel discussion]. New Student Orientation.

Dean, J. B. (2010, Apr). *Doubts and donuts* [Presentation]. Residence Life.

Dean, J. B. (2010, Apr). *Quantitative psychology* [Presentation]. Mathematics Department, Careers Seminar.

Dean, J. B. (2010, Jan). *The dialectical Christian* [Devotional]. Faculty Prayer.

Jenkins, T., & Dean, J. B. (2010, Jan). *I don't have to be perfect – Thank God!* [Workshop]. Lead-On! Program.

Dean, J. B. (2009, Nov). *Maintaining healthy boundaries* [Presentation]. Residence Life Staff.

Dean, J. B. (2009, Sept). *Listening and responding to Christian sexual minorities* [Presentation]. Faculty Brown Bag Series.

**REVIEWER WORK**_____  _____

Two articles for *Psychology of Religion and Spirituality* (2020-2021).

Promotional team member, Book by Mark Yarhouse & Julie Sadusky (2020). *Emerging gender identities: Understanding the diverse experiences of today's youth.* Brazos. *Team Page*

Two articles for *Spirituality in Clinical Practice* (2020-2021).

Book by J. Balswick & J. Balswick (2019). *Authentic Human Sexuality: An Integrated Christian Approach (3rd Ed.).* Intervarsity Press.

Book by Brian Powell (2018, unpublished). *Transformissional: Creating Missional Momentum in Consumer Church Culture.*

Book by Mark Yarhouse & Olya Zaporozhets (2018, unpublished). *Costly obedience: Listening to and learning from celibate gay Christians.* Zondervan Publishers.

Seven articles for *Journal of Psychology and Theology* (2012-present).

Four chapters of Twenge & Campbell (2013). *Personality: Understanding Yourself and Others*. Pearson.

One chapter of Arnett, J. (2011). *Human Development: A Cultural Approach.* Pearson.

Book by Hunter, M. (2011). *Back to the Source: The Spiritual Principles of Jesus.* Mic Hunter. Review for *The National Psychologist,* Gahanna, Ohio.

One chapter of Myers, D. (2011). *Psychology (10 ed.).* Worth.

Entire text of Belsky, J. (2010). *Experiencing the Lifespan (2nd ed.)*. Worth.

Study by Jen Ripley (Regent University graduate student) and Mark Yarhouse (personal communication, January 27, 2010). *GLBT Therapists' Attitudes Study.* Project for graduate level statistics course.

Book by Mark Yarhouse (2010). *Homosexuality and the Christian.* Bethany House Publishers.

Two chapters of Belsky, J. (2007). *Experiencing the Lifespan*. Worth.

20 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

**DISSERTATION ASSISTANCE/STATISTICAL CONSULTING**

Dissertation Coach for Greg McElyea, Asbury Theological Seminary, 2020-current.

Dissertation Coach for David Janvier, Asbury Theological Seminary, 2020-current.

First Reader for Doug Hopkins, Doctor of Ministry, Nazarene Theological Seminary, 2017-2019. *Corporate prayer and Paul's epistle to the Ephesians as catalyst for ecclesial renewal at Grace Community Church of the Nazarene.*

Outside Reader, Dissertation Committee for Ronald Hitchcock, Doctor of Ministry in Preaching and Leadership, Asbury Theological Seminary, 2013. *Shared identity: A study of friendship and shared values in premarital and married relationships.*

Dissertation Advisory Committee Member for Reid Thomas, Doctor of Ministry in Preaching and Leadership, Asbury Theological Seminary, 2005. *Evidence of the Gospel in preaching to postmoderns: A study of the sermons of leading preachers.*

Dissertation Statistical & Research Design Consultant, Doctor of Ministry, Asbury Theological Seminary

21 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR
CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

- Tami Brown, Completed 2022.
- Cindy Brewer, Completed 2020.
- Lian Nu, Completed 2020.
- David Nam, Completed 2019.
- John Freeland, 2019 tentative.
- Craig Stephans, Completed 2018.
- Jeff French, Completed 2017.
- Iosmar Alverez, Completed 2017.
- Eliseo Mejia, Completed 2017.
- Steve Suttles, Completed 2015.
- John Mark Black, Completed 2015.
- Mark Arni, Completed 2014.
- Brian Sixbey, Completed 2014.
- Jasmin Brown, Completed 2014.
- Lois Soto, Completed 2014.
- Craig Taylor, Completed 2014.
- Greg Rosser, Completed 2013.
- Habila Saidu, Completed 2013.
- Rodney Curpanen, Completed 2013.
- Alice Wolfe, Completed 2012.
- Mark LaBode, Completed 2013.
- Chris Howlett, Completed 2012.
- David Bradley, Completed 2012.
- Sunil Samuel, Completed 2012.
- Sorin Ignat, Completed 2012-2015.
- Jane Riecke, Completed 2011.
- Babatunde Oladimeji, Completed 2012.
- Ron Hitchcock Completed 2011-2013.
- Andrew Tan, Completed 2011.
- Robbie Phillips, Completed 2011.
- Brian Bradford, Completed 2011.
- Jeff Harper, Completed 2011.
- Tom Sparrow, not completed, 2009.

Statistical & Research Design Consultant, Other Projects

- Youth Becoming Leaders Program, Asbury University, 2016-2020.
- Nicole Lowery, Dissertation, Doctor of Psychology in Clinical Psychology, Argosy University, 2012.
- Asbury Theological Seminary, Spiritual Formation Project, 2011.
- Steve Stratton, Asbury Theological Seminary, Formational Study, 2009.
- Deb Vetter, doctoral studies, Azuza Pacific University, 2008-2009.
- Melanie Noble, Dissertation, Doctor of Philosophy in Counseling Psychology, University of Kansas, 2008.
- James Hampton, Dissertation, Doctor of Philosophy in Educational Philosophy, University of Kansas, 2006.

22 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF NEW FACTS

UPDATED 12/4/2022

23 - DECLARATION OF DR. JANET DEAN IN SUPPORT OF DEFENDANTS-
INTERVENOR CCCU'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF OF
NEW FACTS