**Paul Carlos Southwick (OSB 095141)**
**TRIAL ATTORNEY**
**Joseph Baxter (OSB 215137)**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Email: joe@paulsouthwick.com
Phone: 503-806-9517

**Timothy R. Volpert (OSB 814074)**
**Tim Volpert PC**
2111 NE Hancock St. Ste. 2B
Portland, OR 97212
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

**Misha Isaak (OSB 086430)**
**Alletta S. Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: ABrenner@perkinscoie.com
Email: misaak@perkinscoie.com
Phone: 503-727-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Elizabeth HUNTER; et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF EDUCATION; and Catherine LHAMON, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education,<br><br>            Defendants,<br><br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY,<br><br>            Intervenor-Defendants. | Case No. 6:21-cv-00474-AA<br><br>**DECLARATION OF PAUL CARLOS SOUTHWICK ISO RESPONSE TO INTERVENOR-DEFENDANT CCCU'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

I, Paul Carlos Southwick, declare:

1. I am over 18 years of age and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as **Exhibit A** is a true and accurate copy of Amendment No. 6482 to H.R. 8404 (Respect for Marriage Act), Title II—Religious Beliefs and Moral Convictions (proposed by Senator Mike Lee)).

3. Attached as **Exhibit B** is a true and accurate copy of a news article entitled "Ancaster Redeemer University student calls for change on how education institution addresses LGBTQ+ students." December 5, 2022. TheSpec.com

4. Attached as **Exhibit C** is a true and accurate copy of the Brief submitted by the National Association of Evangelicals in *Bob Jones University v. United States*, 461 U.S. 574 (1983).

5. Attached as **Exhibit D** is a true and accurate copy of a Gallup article and polling data regarding opinions on interracial marriage. Dated September 10, 2021.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 30th day of December, 2022.

                                                  By: s/Paul Carlos Southwick
                                                  Paul Carlos Southwick