IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH HUNTER, *et al.*,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

      Defendants,

COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, *et al.*,

      Defendant-Intervenors.

Civ. No. 6:21-cv-00474-AA

JUDGMENT

This case is DISMISSED in accordance with the Court's accompanying Opinion and Order.

DATED: 1/12/2023

                Melissa Aubin, Clerk

                By   /s/ C. Kramer
                         Deputy Clerk

1 –JUDGMENT