UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Oregon

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:21-cv-00474-AA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/29/2021

Date of judgment or order you are appealing: 01/12/2023

Docket entry number of judgment or order you are appealing: 189, 190

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Elizabeth HUNTER; Veronica Bonifacio PENALES; Alex DURON; Zayn SILVA; Rachel MOULTON; Quinn Victoria Joy BACON; Hayden BROWN; Brooke C.; Gary CAMPBELL; Tristan CAMPBELL; Natalie CARTER; Rachel HELD; Lauren HOEKSTRA; Chandler HORNING; Jonathan JONES; Ashtin MARKOWSKI; Cameron MARTINEZ; Mackenzie MCCANN; Darren MCDONALD; Scott MCSWAIN; Jayce MONTGOMERY; Journey MUELLER; Jake PICKER; Danielle POWELL; Megan STEFFEN; Spencer VIGIL; Lucas WILSON; Audrey WOJNAROWISCH; Saren CRAIG; Jamie LORD; Mortimer HALLIGAN; Justin Michael TIDWELL-DAVIS; Daniel Christopher TIDWELL-DAVIS; Devyn BRYANT; Consolata BRYANT; Sabrina BRADFORD; Andrew HARTZLER; Kalie HARGROVE; Clover ST. HUBERT; Alice MURPHY; Violet ADAMS

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

**Form 1**                                                                                                               *Rev. 06/09/2022*

Was there a previous appeal in this case? ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**   *Paul Southwick*   **Date**   March 10, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:*
*http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Elizabeth HUNTER; Veronica Bonifacio PENALES; Alex DURON; Zayn SILVA; Rachel MOULTON; Quinn Victoria Joy BACON; Hayden BROWN; Brooke C.; Gary CAMPBELL; Tristan CAMPBELL; Natalie CARTER; Rachel HELD; Lauren HOEKSTRA; Chandler HORNING; Jonathan JONES; Ashtin MARKOWSKI; Cameron MARTINEZ; Mackenzie MCCANN; Darren MCDONALD; Scott MCSWAIN; Jayce MONTGOMERY; Journey MUELLER; Jake PICKER; Danielle POWELL; Megan STEFFEN; Spencer VIGIL; Lucas WILSON; Audrey WOJNAROWISCH; Saren CRAIG; Jamie LORD; Mortimer HALLIGAN; Justin Michael TIDWELL-DAVIS; Daniel Christopher TIDWELL-DAVIS; Devyn BRYANT; Consolata BRYANT; Sabrina BRADFORD; Andrew HARTZLER; Kalie HARGROVE; Clover ST. HUBERT; Alice MURPHY; Violet ADAMS

Name(s) of counsel (if any):

**Paul Carlos Southwick**
**Joseph C. Baxter**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Email: joe@paulsouthwick.com
Phone: 503-806-9517

**Alletta S. Brenner**
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: ABrenner@perkinscoie.com

Phone: 503-727-2000

**Timothy R. Volpert**
**Tim Volpert PC**
3439 SE Hawthorne Blvd #343
Portland OR  97214
Email: tim@timvolpertlaw.com
Phone: 503-703-9054

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

U.S. Department of Education; and Catherine LHAMON, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education

Name(s) of counsel (if any):

**Carol Federighi**
**Hilarie E. Snyder**
**Brian M. Boynton**
**Carlotta P. Wells**
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Carol.Federighi@usdoj.gov

*To list additional parties and/or counsel, use next page.*
*Feedback or questions about this form? Email us*
*at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES

Name(s) of counsel (if any):
**Gene C. Schaerr**
**Nicholas Miller**
**Joshua J. Prince**
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-1060
Email:
gschaerr@schaerr-jaffe.com
nmiller@schaerr-jaffe.com
jprince@schaerr-jaffe.com

**Herbert G. Grey**
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005-8716
Telephone: (503) 641-4908
Email: herb@greylaw.org

**Form 6**                                    3                        *New 12/01/2018*

**Additional Appellees**

Name(s) of party/parties:
WESTERN BAPTIST COLLEGE d/b/a
CORBAN UNIVERSITY, WILLIAN JESSUP
UNIVERSITY and PHOENIX SEMINARY

Name(s) of counsel (if any):
**Kristen K. Waggoner**
**David A. Cortman**
**Ryan J. Tucker**
**Mark A. Lippelmann**
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Emails:
kwaggoner@ADFlegal.org
dcortman@ADFlegal.org
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org