Paul Carlos Southwick (OSB 095141)
Joseph Baxter (OSB 215137)
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Email: joe@paulsouthwick.com
Phone: 503-806-9517

Alletta S. Brenner (OSB 142844)
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| Elizabeth HUNTER., *et al.,*<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>DEPARTMENT OF EDUCATION; and Catherine LHAMON, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education,<br><br>　　　　　　　　Defendants,<br><br>COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, WESTERN BAPTIST COLLEGE d/b/a CORBAN UNIVERSITY, WILLIAM JESSUP UNIVERSITY AND PHOENIX SEMINARY,<br><br>Intervenor-Defendants. | Case No. 6:21-cv-00474-AA<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY PAUL J. C. SOUTHWICK** |

NOTICE OF WITHDRAWAL OF PAUL J. C. SOUTHWICK

PLEASE TAKE NOTICE that, in accordance with Local Rule 83-11, Paul J. C. Southwick of Paul Southwick Law, LLC will no longer represent Plaintiffs in this matter after October 27, 2023. Alletta Brenner and the Perkins Coie LLP law firm will continue to appear on Plaintiffs' behalf in this case.

DATED this 25th day of October, 2023

**PAUL SOUTHWICK LAW LLC**

By: <u>s/Paul Southwick</u>

Paul Carlos Southwick (OSB 095141)
Joseph Baxter (OSB 215137)
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Email: paul@paulsouthwick.com
Email: joe@paulsouthwick.com
Phone: 503-806-9517

Alletta S. Brenner (OSB 142844)
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Email: ABrenner@perkinscoie.com
Phone: 503-727-2000

*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL OF PAUL J. C. SOUTHWICK